IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | No. |
| Defendants. | **JURY TRIAL DEMANDED** |

NOTICE OF *EX PARTE* MOTION TO PROCEED UNDER
PSEUDONYM AND FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that upon the Declaration of Philip A. Byler, Esq. and the Complaint in this action, the undersigned attorneys hereby move this Honorable Court on a date and time set by the Court for an Order granting leave to the Plaintiff in the above-captioned action to file the Complaint as "John Doe," granting leave to the Plaintiff in the above-captioned action proceed in the

[1]

litigation under the pseudonym "John Doe" and restraining the named Defendants from revealing Plaintiff's identity for the reasons set forth in the attached Plaintiff's Memorandum of Law In Support Of Plaintiff's Motion to Proceed Under Pseudonym And For Protective Order, and granting such further and other relief as the Court deems just and proper.

**Dated: New York, New York**
      **January 24, 2017**      Respectfully submitted,

ALEX MENDOZA LAW, LLC
By: /s/Roberto Alejandro Mendoza
Roberto Alejandro Mendoza 30766-49
6950 Indianapolis Blvd.,
Hammond, Indiana 46324
(219) 200-2000
alex@alexmendozalaw.com
(LOCAL COUNSEL)
**Attorneys for Plaintiff John Doe**

NESENOFF & MILTENBERG, LLP
By: /s/Andrew T. Miltenberg
Andrew T. Miltenberg, Esq.
Philip A. Byler, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
pbyler@nmllplaw.com
(*PRO HAC VICE* ADMISSION PENDING)
**Attorneys for Plaintiff John Doe**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the attached document/s on all parties of record via the Court's CM/ECF system.

>  /s/Roberto Alejandro Mendoza
> Roberto Alejandro Mendoza 30766-49
> ALEX MENDOZA LAW, LLC
> 6950 S. Indianapolis Blvd.
> Hammond, IN 46324
> (219) 200-2000