IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | **No.** <br><br> **JURY TRIAL DEMANDED** |
| **Defendants.** | |

### DECLARATION OF ANDREW T. MILTENBERG, ESQ. IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

**ANDREW T. MILTENBERG, ESQ.**, hereby declares subject to the penalties of perjury pursuant to 28 U.S. C. § 1746:

1. I am admitted to practice in the courts of the State of New York and am a member of the Bar of the New York Courts. I am making application to be admitted *pro hac vice* to this Court for this case. I am associated with the law firm

[1]

of Nesenoff & Miltenberg, LLP, attorneys for the plaintiff, John Doe ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's motion in the above captioned action for an Order granting leave to the Plaintiff to file the Complaint as "John Doe," proceed under the pseudonym "John Doe" and restrain the named Defendants from disclosing Plaintiff's identity.

3. Accompanying these motion papers is the Complaint in this action. The Complaint states the facts and the claims pertinent to Plaintiff's motion. The Court is respectfully referred to the Complaint.

**WHEREFORE**, for the reasons stated in Plaintiff's Memorandum of Law In Support Of Plaintiff's Motion to Proceed Under Pseudonym And For Protective Order and such other reasons as may appear just to the Court, Plaintiff John Doe requests that his *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order be granted in its entirety.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

**Executed:** New York, New York
January 18, 2017

_____*Andrew T. Miltenberg Esq.*_____
Andrew T. Miltenberg, Esq.