(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

JOHN DOE

v.

PURDUE UNIVERSITY et al.

Cause No. 2:17-33-JD-PRC

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiff-John Doe

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Miltenberg   First Name: Andrew   Middle Name/Initial: T.

Generation (Sr, Jr, etc):

Firm Name: Nesenoff & Miltenberg, LLP

Street Address: 363 Seventh Avenue   Suite/Room No.: 5th Floor

City: New York   State: New York   Zip: 10001

Office Telephone No.: (212) 736-4500   Fax No.: (212) 736-2260

E-Mail Address: amiltenberg@nmllplaw.com

**EDUCATION:**

College: Emory University   Degree: BA   Year Completed: 1987

Law School: Brooklyn Law School   Year Graduated: 1990

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New York | 1991 | Active | 2399582 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| New York Appellate Division-First Department | 1991 | Active |
| U.S. District Court-Southern District of New York | 1991 | Active |
| U.S. District Court-Eastern District of New York | 1991 | Active |
| U.S. District Court-Northern District of New York | 2011 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Andrew T. Miltenberg, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 1/27/17

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____        _____
                                                                                              Judge, U. S. District Court

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANDREW TODD MILTENBERG

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 4, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 5, 2017**

_Clerk of the Court_

6726