# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# PHILIP A. BYLER
# OF NEW YORK, NY

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the fourteenth day of May, in the year one thousand nine hundred and ninety, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this eighth day of February 2017.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer