(COURT USE ONLY)

RECEIPT NO. [ ]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

JOHN DOE

v.

PURDUE UNIVERSITY et al.

Cause No.   2:17-33-JD-PRC

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiff-John Doe

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Miltenberg    First Name: Andrew    Middle Name/Initial: T.

Generation (Sr, Jr, etc):

Firm Name: Nesenoff & Miltenberg, LLP
Street Address: 363 Seventh Avenue    Suite/Room No.: 5th Floor
City: New York    State: New York    Zip: 10001
Office Telephone No.: (212) 736-4500    Fax No.: (212) 736-2260
E-Mail Address: amiltenberg@nmllplaw.com

**EDUCATION:**

College: Emory University    Degree: BA    Year Completed: 1987
Law School: Brooklyn Law School    Year Graduated: 1990
Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New York | 1991 | Active | 2399582 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| New York Appellate Division-First Department | 1991 | Active |
| U.S. District Court-Southern District of New York | 1991 | Active |
| U.S. District Court-Eastern District of New York | 1991 | Active |
| U.S. District Court-Northern District of New York | 2011 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Andrew T. Miltenberg, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 1/27/17

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: __JAN 3 0 2017__   

                                                         _____
                                                         Judge, U. S. District Court
                                                         **MAGISTRATE JUDGE**