# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | ) ) ) ) ) ) ) ) ) ) ) No. 2:17-cv-00033-JD-PRC |
| Defendants. | ) |

## NOTICE OF EXTENSION OF TIME FOR DEFENDANTS MITCHELL ELIAS DANIELS, JR., ALYSA CHRISTMAS ROLLOCK, KATHERINE SERMERSHEIM, ERIN OLIVER, JACOB AMBERGER AND THE TRUSTEES OF PURDUE UNIVERSITY TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver, Jacob Amberger and The Trustees of Purdue University ("Defendants"), by counsel, respectfully give notice pursuant to N.D. IND. L.R. 6-1 of an extension of time to March 31, 2017 to respond to Plaintiff's Complaint. In support of this Notice, Defendants state:

1. Plaintiff's Summons and Complaint were served on February 10, 2017.

2. Defendants' pleading in response to Plaintiff's Complaint is due on March 3, 2017. This deadline has not previously been extended.

3. Defendants require additional time, twenty-eight (28) days, within which to plead

in response to Plaintiff's Complaint, up to and including March 31, 2017.

4. The undersigned counsel has contacted Plaintiff's counsel and confirmed that Plaintiff's counsel has agreed to the requested extension to March 31, 2017.

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey
Attorney No. 18973-79
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
Telephone: 765.423.1561
***Attorney for Defendants Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver, Jacob Amberger and The Trustees of Purdue University***

## CERTIFICATE OF SERVICE

I certify that on the 15th day of February 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| **Andrew T. Miltenberg** | **Roberto Alejandro Mendoza** |
| **Philip A. Byler** | Alex Mendoza Law LLC |
| Nesenoff & Miltenberg, LLP | 6950 Indianapolis Blvd |
| 363 Seventh Avenue | Hammond, IN 46324 |
| 5th Floor | |
| New York, NY 10001 | |

/s/ William P. Kealey
William P. Kealey

8858202v1

2