| | (COURT USE ONLY) |
|---|---|
| RECEIPT NO. | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| JOHN DOE |
|---|

v.

| PURDUE UNIVERSITY et al. |
|---|

Cause No. | 2:17-33-JD-PRC |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

| Plaintiff-John Doe |
|---|

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: | Byler |   First Name: | Philip |   Middle Name/Initial: | A. |

Generation (Sr, Jr, etc):

Firm Name: | Nesenoff & Miltenberg, LLP |

Street Address: | 363 Seventh Avenue |   Suite/Room No.: | 5th Floor |

City: | New York |   State: | New York |   Zip: | 10001 |

Office Telephone No.: | (212) 736-4500 |   Fax No.: | (212) 736-2260 |

E-Mail Address: | pbyler@nmllplaw.com |

## EDUCATION:

College: | DePauw University |   Degree: | BA |   Year Completed: | 1973 |

Law School: | Harward Law School |   Year Graduated: | 1976 |

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|-------|---------------|----------------|-----------------|
| New York | 1979 | Active | 1475664 |
| Ohio | 1976 | Active | 0034303 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|-------|---------------|----------------|
| Supreme Court of the United States | 1990 | Active |
| United States Court of Appeals for the Sixth Circuit | 1976 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 1998 | Active |
| U.S. District Court-Southern District of New York | 1979 | Active |
| U.S. District Court-Eastern District of New York | 1979 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☒ Yes (If yes, please attach an explanation)   ☐ No

Applicant:  I, [ Philip A. Byler ] , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: [ 1/27/17 ]

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:    2/22/17                                    s/Paul R. Cherry
_____                    _____
                                                     Judge, U. S. District Court

Revised 06/05/2013