IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | ) ) ) ) ) No. 2:17-cv-00033-JD-PRC ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver, and Jacob Amberger (collectively, the "Individual Defendants") and The Trustees of Purdue University ("Purdue" or "Purdue University") (collectively, "Defendants"), by counsel, move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for entry of an order dismissing Plaintiff's Complaint, on the following grounds:

A. The Complaint fails to allege any standing for Plaintiff to sue for an injunction with respect to future sexual misconduct complaints.

B. Service as a university president or investigator, without more, is not actionable under the theories of relief and facts alleged by Plaintiff.

C. With respect to Count I of the Complaint, alleging constitutional injury under Section 1983:

1

        1.       The Complaint fails to state a claim upon which relief may be granted against Purdue University and its officials in their official capacity because none of them is a "person" within the meaning of Section 1983.

        2.       The Complaint fails to state a claim upon which relief may be granted and is beyond the subject matter jurisdiction of this Court because the Eleventh Amendment bars suit against Purdue University for any damages or injunctive relief under Section 1983 and bars suit against the Individual Defendants in their official capacity for damages under Section 1983.

        3.       The Complaint fails to allege a violation of the Fourteenth Amendment. The Complaint fails to allege any protected liberty or property interest. The Complaint alleges that Plaintiff was afforded the process that was due for school discipline and fails to allege any denial of substantive due process or procedural due process under the Fourteenth Amendment.

        4.       The Individual Defendants have qualified immunity against Plaintiff's allegations that he is entitled to more due process than notice and an opportunity to be heard.

        5.       The Individual Defendants have absolute immunity for a quasi-judicial process.

D.       With respect to Count II of the Complaint, alleging violation of Title IX:

        1.       The Complaint fails to state a claim upon which relief may be granted against the Individual Defendants. A Title IX claim can only be brought against a federal grant recipient, not an individual.

        2.       The Complaint fails to satisfy the requirement to plead plausible facts showing that Plaintiff was expelled from school because he is male.

E.       With respect to Counts III and IV of the Complaint:

        1.       The Eleventh Amendment precludes subject-matter jurisdiction for a breach of contract claim against Purdue University in this Court.

2. The Eleventh Amendment precludes subject-matter jurisdiction for a quasi-contractual equitable claim against Purdue University in this Court.

A brief in support of this motion is filed herewith.

Respectfully submitted,

<u>/s/ William P. Kealey</u>
William P. Kealey
Attorney No. 18973-79
James F. Olds
Attorney No. 27989-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver, Jacob Amberger and The Trustees of Purdue University***

## **CERTIFICATE OF SERVICE**

      I certify that on the 31st day of March 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Andrew T. Miltenberg | Roberto Alejandro Mendoza |
| Philip A. Byler | Alex Mendoza Law LLC |
| Nesenoff & Miltenberg, LLP | 6950 Indianapolis Blvd |
| 363 Seventh Avenue | Hammond, IN 46324 |
| 5th Floor | |
| New York, NY 10001 | |

                                              /s/ William P. Kealey
                                              William P. Kealey

888847v3