# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | ) | |
|---|---|---|
| JOHN DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-00033-JD-PRC |
| PURDUE UNIVERSITY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The plaintiff, JOHN DOE                            .

Date:   04/05/2017

/s/Paul Luka
*Attorney's signature*

Paul Luka 6288860
*Printed name and bar number*

Mendoza Law, P.C.
120 S. State St., Ste. 400
Chicago, IL 60603

*Address*

paul@alexmendozalaw.com
*E-mail address*

(312) 971-7309
*Telephone number*

(312) 268-1089
*FAX number*