IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE**,<br>　　　　　Plaintiff,<br>　v.<br><br>**PURDUE UNIVERSITY**, et al.,<br><br>　　　　　Defendants. | No.　2:17-cv-00033-JD-PRC |

### JOINT MOTION FOR EXTENSION OF TIME
### TO RESPOND/REPLY TO MOTION TO DISMISS

By their attorneys of record, pursuant to N.D. Ind. L.R. 6-1(a) the parties move this Court to extend the deadlines to respond to, and reply in support of, the defendants' Motion to Dismiss (ECF No. 18) from April 14, 2017 for plaintiff's response and April 21, 2017 for movants' reply, to June 9, 2017 and June 23, 2017, respectively.  In support, they state as follows:

　　　　1.　　Principal counsel for the plaintiff, Philip A. Byler, will be on trial for two weeks beginning April 24, 2017, which has in turn caused his schedule to be overloaded in May.  Principal counsel will be writing the plaintiff's response to the motion to dismiss.

　　　　2.　　Counsel for the defendants, William P. Kealey, will be in trial during the week of May 30 and on vacation from June 3 until June 11.

　　　　3.　　Due to the number and complexity of matters to be addressed in the response and reply briefing, the parties seek additional time to ensure sufficient opportunity for completeness of briefing.

WHEREFORE, the parties pray that this Court will extend the time in which they must respond to, and reply in support of, the defendants' motion to dismiss from April 14, 2017/April 21, 2017 to **June 9, 2017/June 23, 2017**, respectively.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/Roberto Alejandro Mendoza<br>Attorney for Plaintiff | /s/William P. Kealey (by permission)<br>Attorney for Defendants |
| Roberto Alejandro Mendoza 30766-49<br>Alex Mendoza Law, LLC<br>6950 Indianapolis Blvd.,<br>Hammond, Indiana 46324<br>(219) 200-2000<br>alex@alexmendozalaw.com<br>(LOCAL COUNSEL) | William P. Kealey<br>Attorney No. 18973-79<br>Stuart & Branigin LLP<br>300 Main Street, Suite 900<br>P.O. Box 1010<br>Lafayette, IN 47902-1010<br>Email: wpk@stuartlaw.com<br>Telephone: 765.423.1561 |

/s/Philip A. Byler (by permission)
Attorney for Plaintiff

Philip A. Byler, Esq.
Andrew T. Miltenberg, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
pbyler@nmllplaw.com
(ADMITTED *PRO HAC VICE*)

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of the attached document(s) on all parties of record by causing them to be issued through the Court's Electronic Case Filing System.

    /s/Roberto Alejandro Mendoza
    Attorney for Plaintiff

2