UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# ORDER

Pursuant to General Order 2017-4, the Clerk is hereby directed to reassign the following cases as hereinafter provided. This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

Due to this reassignment, the period for consent to a magistrate judge's jurisdiction for all cases listed is reopened through **May 22, 2017**.

The following cases are reassigned from **Judge Jon E. DeGuilio** to **Judge William C. Lee** as the presider for all further proceedings:

| | |
|---|---|
| 1:15-cv-27 | USA v. Primesource Healthcare Systems Inc et al |
| 1:15-cv-105 | Prime Insurance Company v. Riteway Trucking Inc et al |
| 1:16-cv-74 | USA v. Hamrick et al |
| 1:16-cv-222 | Blankenship v. Commissioner of Social Security |
| 1:16-cv-246 | Ritchie v. Commissioner of Social Security |
| 1:16-cv-268 | Weaver v. Commissioner of Social Security |
| 1:16-cv-318 | Illinois Casualty Company v. Leohn Corporation et al |
| 1:16-cv-330 | Gorss Motels Inc v. Brigadoon Fitness Inc et al |
| 1:16-cv-371 | Spicher v. Commissioner of Social Security |
| 1:16-cv-385 | Reimers v. Commisioner of Social Security |
| 1:16-cv-398 | Carnahan v. Commissioner of Social Security |
| 1:16-cv-417 | Egly v. Commissioner of Social Security |
| 1:17-cv-22 | Wilhelm v. Commissioner of Social Security |
| 1:17-cv-67 | Miller v. Commissioner of Social Security |
| 1:17-cv-113 | Marner v. Commissioner of Social Security |
| 1:17-cv-133 | Walters v. Abednego Environmental Services LLC |

The following cases are reassigned from **Judge Jon E. DeGuilio** to **Judge Theresa L. Springmann** as the presider for all further proceedings:

| | |
|---|---|
| 1:15-cv-54 | Ortega v. Echelon Furniture |
| 1:15-cv-354 | USA v. Bryant et al |
| 1:16-cv-189 | RollingCloud v. Gladieux |
| 1:16-cv-227 | Nationwide Mutual Insurance Company et al v. Total Property Care Inc. |
| 1:16-cv-262 | Regent Bank v. Birch REA Partners Inc |
| 1:16-cv-315 | Arington v. Pence et al |
| 1:16-cv-328 | Grandstaff v. Commissioner of Social Security |
| 1:16-cv-355 | Zimmer Inc v. Beamalloy Reconstructive Medical Products LLC et al |
| 1:16-cv-372 | Barclay v. Commissioner of Social Security |
| 1:16-cv-387 | R3 Composites Corporation v. G & S Sales Corp |
| 1:16-cv-390 | ME2 Productions Inc v. Does 1-8 |
| 1:16-cv-410 | Cincinnati Insurance Company v. Brigadoon Financial Inc et al |
| 1:17-cv-9 | Shaw, Jr. v. Creative Powder Coatings LLC et al |
| 1:17-cv-14 | Bliss v. Commissioner of Social Security |
| 1:17-cv-19 | Phillips v. Miller |
| 1:17-cv-23 | Best v. Commissioner of Social Security |
| 1:17-cv-38 | Cousino v. Commissioner of Social Security |
| 1:17-cv-45 | Mitchell v. Commissioner of Social Security |
| 1:17-cv-53 | Maggart v. Commissioner of Social Security |
| 1:17-cv-62 | Norfolk Southern Railway Company v. Frick Services, Inc. |
| 1:17-cv-65 | Renal Care Group Indiana LLC v. Fort Wayne City of |
| 1:17-cv-80 | Metropolitan Life Insurance Company v. Hanni et al |
| 1:17-cv-102 | Purvis v. Wal-Mart Stores, Inc. |
| 1:17-cv-105 | Reese v. Zimmer Production Inc |
| 1:17-cv-108 | Hale et al v. Stoffel |
| 1:17-cv-116 | Shoffner v. Commissioner of Social Security |
| 1:17-cv-123 | Webb v. Commissioner of Social Security |
| 1:17-cv-124 | Buroff v. Gladieux |
| 1:17-cv-137 | Jester v. Commissioner of Social Security |
| 1:17-cv-140 | Jones v. Commissioner of Social Security |
| 1:17-cv-144 | Thrivent Financial v. Gonzales, representative Estate of David L Boon et al |
| 1:17-cv-146 | Vogelgesang v. Commissioner of Social Security |

The following cases are reassigned from **Judge Jon E. DeGuilio** to **Judge James T. Moody** as the presider for all further proceedings:

| | |
|---|---|
| 2:12-cv-409 | SEALED CASE |
| 2:14-cv-362 | Jones et al v. City of Hammond et al |
| 2:15-cv-273 | Those Amazing Performers LLC v. International Council of Air Shows |
| 2:15-cv-312 | Norris v. Crown Point Community School Corporation et al |
| 2:15-cv-458 | Dixon v. Buncich et al |
| 2:16-cv-98 | Regan et al v. City of Hammond Indiana |
| 2:16-cv-224 | Kras v. Dick's R U Crazy Inc et al |
| 2:16-cv-374 | SEALED CASE |
| 2:16-cv-436 | Member Select Insurance Company v. Cub Cadet LLC et al |
| 2:16-cv-467 | Quarles v. Merrillville School, et al |
| 2:16-cv-516 | Northern Indiana Public Service Company v. Allianz Underwriters Ins Co et al |
| 2:17-cv-33 | Doe v. Purdue University et al |
| 4:16-cv-15 | O'Shea v. Harding et al |

The following cases are reassigned from **Judge Jon E. DeGuilio** to **Judge Rudy Lozano** as the presider for all further proceedings:

| | |
|---|---|
| 2:11-cv-287 | USA v. Tilden |
| 2:14-cv-237 | Butler v. Kidston et al |
| 2:15-cv-84 | M.G. v. M.F. et al |
| 2:15-cv-303 | Dyniewski et al v. AG Lines Inc et al |
| 2:15-cv-417 | Johnson v. Fryzel et al |
| 2:16-cv-97 | Metlife Investors USA Insurance Company v. Steven L Lindsey et al |
| 2:16-cv-274 | The Novogroder Companies Inc et al v. Markel Corporation et al |
| 2:16-cv-354 | Echostar Technologies LLC et al v. Kincaid et al |
| 2:16-cv-397 | Lewis et al v. WL Logan Trucking Company et al |
| 2:16-cv-438 | Walkowiak v. Bridgepoint Education Inc |
| 2:16-cv-441 | Razon et al v. Vyas |
| 2:16-cv-476 | Dukes v. Comcast Cable Communications Management LLC et al |
| 2:16-cv-541 | USA v. $5,010.00 in U.S. Currency |
| 2:17-cv-38 | Pekin Insurance Company v. Precision Commercial Construction Inc et al |

| | |
|---|---|
| 2:17-cv-72 | Hildebrand et al v. Hastings Mutual Insurance Co |
| 2:17-cv-77 | Cunningham v. Foresters Financial Services Inc et al |
| 2:17-cv-90 | Adams v. Verde Energy USA Inc |
| 2:17-cv-127 | USA v. Jaques |
| 2:17-cv-139 | Williams v. Berrier |
| 4:15-cv-22 | Rogers v. Quality Carriers Inc et al |
| 4:15-cv-110 | Fields v. Wright Medical Technology Inc et al |
| 4:16-cv-20 | Beabout v. First Merchants Corporation et al |
| 4:16-cv-88 | Ranburn Corporation v. Argonaut Insurance Company et al |
| 4:16-cv-105 | Connor v. Crawford Company |

The following cases are reassigned from **Judge Jon E. DeGuilio** to **Judge Joseph S. Van Bokkelen** as the presider for all further proceedings:

| | |
|---|---|
| 2:13-cv-274 | Robert v. City of South Bend Indiana et al |
| 2:15-cv-8 | Martini v. AMH Roofing Inc |
| 2:15-cv-262 | Bish et al v. Indiana Harbor Belt Railroad |
| 2:15-cv-281 | Old Republic Insurance Co. v. Gary/Chicago International Airport Authority |
| 2:16-cv-35 | Gordon v. Friends of the Gary Public Library Inc et al |
| 2:16-cv-184 | Lee v. Rohr-Valpo Motors Inc et al |
| 2:16-cv-195 | Sneed v. Commissioner of Social Security |
| 2:16-cv-200 | D5 Ironworks Inc et al v. Local 395 Ironworkers AFL-CIO |
| 2:16-cv-326 | Sheet Metal Gary Area Pension Fund v. Pro Fab Sheet Metal Inc |
| 2:16-cv-378 | White v. Porter County Indiana et al |
| 2:16-cv-384 | Sterling v. Southlake Nautilus Health & Racquet Club Inc et al |
| 2:16-cv-499 | Shignler v. Commissioner of Social Security |
| 2:17-cv-24 | Deboer Lapole v. Commissioner of Social Security |
| 2:17-cv-37 | Klimek v. Commissioner of Social Security |
| 2:17-cv-62 | Hampton v. Commissioner of Social Security |
| 2:17-cv-67 | Stroud v. Commissioner of Social Security |
| 2:17-cv-68 | Herrold v. Commissioner of Social Security |
| 2:17-cv-81 | Ruiz Sr. v. Commissioner of Social Security |
| 2:17-cv-105 | Ham v. Commissioner of Social Security |
| 2:17-cv-128 | Washington v. Tovo et al |
| 2:17-cv-140 | Copeland v. Commissioner of Social Security |

| | |
|---|---|
| 2:17-cv-154 | Reardon v. Short-Elliott-Hendrickson Incorporated |
| 4:15-cv-88 | Paredes et al v. Monsanto Company et al |
| 4:16-cv-10 | Ferguson v. Menard Inc |
| 4:16-cv-38 | Wilkes v. Caresource Management Group Co |

IT IS SO ORDERED.

DATED: May 1, 2017

/s/ Theresa L. Springmann
───────────────────────
Chief Judge, U.S. District Court
Northern District of Indiana