AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOHN DOE

    Plaintiff(s)

        v.                                              **Civil Action No. 2:17-cv-33**

PURDUE UNIVERSITY
PURDUE UNIVERISTY BOARD OF TRUSTEES
MITCHELL ELIAS DANIELS, JR., *individually and as agent for Purdue University*
ALYSA CHRISTMAS ROLLOCK, *individually and as agent for Purdue University*
KATHERINE SERMERSHEIM, *individually and as agent for Purdue University*
ERIN OLIVER, *individually and as agent for Purdue University*
JACOB AMBERGER, *individually and as agent for Purdue University*

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED as to all counts.   The Court dismisses without prejudice the claims for injunctive relief in Counts I and II; dismisses without prejudice the state law contract claims in Counts III and IV; dismisses without prejudice all § 1983 claims against Defendants Purdue University, the Purdue University Board of Trustees, and the individual defendants in their *official* capacities; dismisses with prejudice all claims against Defendant Daniels in his individual capacity; dismisses with prejudice the § 1983 damages claims against the individual defendants in their *individual* capacities for failure to state a claim; and dismisses with prejudice the Title IX claims in Count II for failure to state a claim.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by Magistrate Judge <u>Paul R. Cherry</u>   on a <u>Motion to Dismiss</u>_____

DATE:<u>    November 15, 2017    </u>        ROBERT TRGOVICH, CLERK OF COURT

by<u>    /s/Jason Schrader                    </u>

*Signature of Clerk or Deputy Clerk*