AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| John Doe *Plaintiff* v. Purdue University, et al. *Defendant* | Case No. 17 CV 33 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe, as local counsel.

Date:   12/15/2017

/s/ Damon M. Cheronis
*Attorney's signature*

Damon M. Cheronis, 6277244
*Printed name and bar number*

Law Office of Damon M. Cheronis
140 S. Dearborn St., Ste. 411
Chicago, IL 60603
*Address*

damon@cheronislaw.com
*E-mail address*

(312) 663-4644
*Telephone number*

(312) 277-1920
*FAX number*