UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:17-cv-33-PRC |
| | ) | |
| v. | ) | |
| | ) | |
| PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR., ALYSA CHRISTMAS ROLLOCK, KATHERINE SERMERSHEIM, ERIN OLIVER, and JACOB AMBERGER, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Notice is hereby given that Plaintiff John Doe, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the November 15, 2017, Opinion and Order, and Judgment [Dkt. 31-32] granting Defendants' Motion to Dismiss Plaintiff's Complaint that was in effect a dismiss with prejudice of the entire Complaint constituting a Final Judgment. The three areas of purported dismissal without prejudice were in fact with prejudice. *One*, the Court says that the claims for prospective injunctive relief under Counts I and II (due process and Title IX) are dismissed without prejudice; however, (a) the Judge dismisses with prejudice Count II (the Title IX claim) and one cannot seek any relief much less prospective injunctive relief with no claim, and (b) the Court dismisses with prejudice the part of Count I (the section 1983 claim) against the individual defendants for damages on the ground that there is no protected interest that Plaintiff has to require due process of law). *Two*, the Court says that the claim in the part of Count II (the section 1983 claim) against Purdue, the Purdue Board of Trustees and the

individual defendants in their individual capacities for injunctive relief is dismissed without prejudice; however, (a) the Court has ruled that sovereign immunity renders Purdue and the Purdue Board of Trustees immune for suit, and (b) the Court has ruled that there is no ongoing violation so as to require injunctive relief. *Three*, the Court dismisses the state law claims without prejudice on the ground of no subject matter jurisdiction, which follows from the dismissal of the federal law claims that must be considered with prejudice.

Respectfully submitted on this 15th day of December, 2017.

/s/ Philip A. Byler
Philip A. Byler, Esq. *(pro hac vice)*
Andrew T. Miltenberg, Esq. *(pro hac vice)*
**NESENOFF & MILTENBERG, LLP**
363 Seventh Avenue, 5th Floor
New York, New York 10001
(212) 736-4500
(212) 736-2260 Fax
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com

-and-

/s/ Damon M. Cheronis
Damon M. Cheronis, Esq.
**LAW OFFICES OF DAMON M. CHERONIS**
140 S. Dearborn, Suite 411
Marquette Building
Chicago, Illinois 60603
(312) 386-7033
(312) 277-1920
damon@cheronislaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the attached document/s on all parties of record via the Court's CM/ECF system.

/s/ Damon M. Cheronis
Damon M. Cheronis, Esq.
**LAW OFFICES OF DAMON M. CHERONIS**
140 S. Dearborn, Suite 411
Marquette Building
Chicago, Illinois 60603
(312) 386-7033
(312) 277-1920
damon@cheronislaw.com