# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

December 18, 2017

| No. 17-3565 | JOHN DOE,<br>Plaintiff - Appellant<br><br>v.<br><br>PURDUE UNIVERSITY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No. 2:17-cv-00033-PRC<br>Northern District of Indiana, Hammond Division<br>Magistrate Judge Paul R. Cherry<br>Clerk/Agency Rep Robert N. Trgovich<br><br>Case filed: 12/18/2017<br>Case type: cv/pri<br>Fee status: Paid<br>Date of Judgment: 11/15/2017<br>Date NOA filed: 12/15/2017 ||

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 17-3565 | John Doe | Docketing statement due | 12/22/2017 |
| 17-3565 | John Doe | Transcript information | 01/02/2018 |

sheet

| 17-3565 | John Doe | Appellant's brief | 01/29/2018 |

**NOTE:** This notice is issued to counsel of record, in furtherance of the revised *Circuit Rule 3(d)*, to provide necessary information regarding this appeal. Please verify this notice for accuracy. Counsel are encouraged to provide a fax and/or e-mail address to the court. If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten (10) days.

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Docket_Notice**(form ID: **108**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 18, 2017

**To:**   Robert N. Trgovich
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-3565
>
> Caption:
> JOHN DOE,
> Plaintiff - Appellant
>
> v.
>
> PURDUE UNIVERSITY, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 2:17-cv-00033-PRC
> Magistrate Judge Paul R. Cherry
> Clerk/Agency Rep Robert N. Trgovich
>
> Date NOA filed in District Court: 12/15/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)