UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>PURDUE UNIVERSITY, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)  CAUSE NO.: 2:17-CV-33-JPK<br>)<br>)<br>) |

**ORDER REGARDING CONTINUED EXERCISE OF JURISDICTION
BY UNITED STATES MAGISTRATE JUDGE**

The duly appointed United States Magistrate Judge, having taken judicial notice of General Orders 2018-21 and 2019-1, as well as the case records of the United States District Court for the Northern District of Indiana, now makes the following findings and order:

On December 31, 2018, the Honorable Paul R. Cherry retired from his position as United States Magistrate Judge of the United States District Court for the Northern District of Indiana. As a consequence of the retirement of Honorable Paul R. Cherry, some of the cases assigned to him were reassigned to the undersigned United States Magistrate Judge of the United States District Court for the Northern District of Indiana, who has assumed jurisdiction over those cases. The above-captioned case is among those reassigned to the undersigned.

In this particular case, the parties consented to the exercise of jurisdiction by a United States Magistrate Judge in accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 72-1. As the parties filed their consent to a Magistrate Judge other than the undersigned, to avoid any potential conflicts of interest or other appearance of impropriety, the parties should be given a reasonable period of time to object to the continued exercise of jurisdiction by the undersigned. Each party shall have thirty days from today's date to object to the continued exercise of jurisdiction over this matter by the undersigned. The failure to

timely file an objection to the continued exercise of jurisdiction by the undersigned shall operate as consent to his jurisdiction.

The Court **SETS** this case for a telephonic status conference on **September 5, 2019, at 9:30 a.m.** (C.S.T.). If the parties do not intend to object to the continued exercise of jurisdiction by the undersigned, they may jointly notify the Court of this at any time before the thirty-day deadline to object has passed. In the event of such a joint notification, the parties may also request an earlier telephonic status conference.

So ORDERED this 24th day of July, 2019.

s/ Joshua P. Kolar  
MAGISTRATE JUDGE JOSHUA P. KOLAR  
UNITED STATES DISTRICT COURT