IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | ) ) ) ) ) ) ) ) ) ) ) ) No. 2:17-cv-00033-JPK |
| Defendants. | ) |

## NOTICE OF EXTENSION OF TIME FOR DEFENDANTS PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR., ALYSA CHRISTMAS ROLLOCK, KATHERINE SERMERSHEIM, ERIN OLIVER AND JACOB AMBERGER TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Purdue University, Purdue University Board of Trustees, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver and Jacob Amberger ("Defendants"), by counsel, respectfully give notice pursuant to N.D. IND. L.R. 6-1 of an extension of time to September 3, 2019 to respond to Plaintiff's Complaint. In support of this Notice, Defendants state:

1. Following the July 22, 2019 Mandate reopening this case, Defendants' pleading in response to Plaintiff's Complaint is due on August 5, 2019.

2. Defendants require additional time, twenty-eight (28) days, within which to plead in response to Plaintiff's Complaint, up to and including September 3, 2019.

3. The undersigned counsel has contacted Plaintiff's counsel and confirmed that Plaintiff's counsel consents to the requested extension.

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey, Attorney No. 18973-79
Tyler L. Jones, Attorney No. 34656-29
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
Telephone: 765.423.1561

*Attorney for Defendants Purdue University, Purdue University Board of Trustees, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver and Jacob Amberger*

1235280v1