IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.,** individually and as agent for Purdue ) | |
| University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-00033-JPK |
| individually and as agent for Purdue University, ) | |
| **KATHERINE SERMERSHEIM**, individually and as ) | |
| agent for Purdue University, **ERIN OLIVER**, individually ) | |
| and as agent for Purdue University, **JACOB** ) | |
| **AMBERGER**, individually and as agent for Purdue ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS**
***EX PARTE YOUNG* CLAIM AND ENTER RULE 54(B) DISMISSAL**

Come now, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim, Erin Oliver, and Jacob Amberger (the "Individual Defendants"), by counsel, and, respectfully move the Court to (i) dismiss Plaintiff's Count I against the Individual Defendants for failing to state an *Ex parte Young* claim upon which relief may be granted, and (ii) enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing the Individual Defendants from this case, on the following grounds:

A.  Plaintiff has failed to state a plausible *Ex parte Young* claim against any Individual Defendant on Count I because he has failed to allege the existence of any "record" that would be available to any third-parties, or that any Individual Defendant has the prospective official responsibility for maintaining such a "record."

1

B.  All other claims against the Individual Defendants in their official or individual capacities have been dismissed, and there is no just reason for delay to enter a final order, dismissing them from the lawsuit.

Pursuant to Local Rule 7-1(a) – (b), a brief in support of this Motion is filed herewith.

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
  tlj@stuartlaw.com
  jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

1237205