**From:** Remaly, Craig M
**To:** Rollock, Alysa C.
**Cc:** Devine, Barbara J.
**Subject:** ▮
**Date:** Friday, July 29, 2016 11:18:41 AM
**Attachments:** ▮

Ms. Rollock,

We have started our process to review ▮ actions, but he is not responding to any of our attempts to contact him. We can conduct the process without him, and will if he continues to ignore us. Would you be willing to provide me a copy of your decision regarding his appeal? We will need it for our records to support our decision. I've attached a copy of the his signed release which is on file with the University's legal department.

Thank you for assistance.

Very respectfully,

CDR Craig Remaly
Executive Officer, NROTC Unit, Purdue University
765-494-2057
remaly@purdue.edu

EXHIBIT A

May 24, 2016

From: ▮▮▮▮▮▮▮▮
To:   Whom It May Concern

Subj:  Authorization of Release of Information

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮, hereby authorize the release of all information pertaining to investigation and corresponding case concerning ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ to the Department of Naval Sciences, Purdue University.

This release serves to allow the Department of Naval Sciences, Purdue University, to remain fully informed about my academic career at Purdue University, including, but not limited to, any disciplinary, scheduling, and housing matters

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Signature/Date