

June 23, 2016

Vice President for Ethics and Compliance
Alysa Christmas Rollock
Purdue University

Dear Vice President Rollock:

I wish to appeal the Final Determination dated June 14, 2016, that I violated Purdue's Anti-Harassment Policy. I maintain that ▇▇▇▇ allegations of sexual assault are false. I never penetrated ▇▇▇▇ while she was sleeping without her consent, digitally or otherwise. The determination that I did so is incorrect and contrary to the facts. I should not be suspended for something I did not do, and which ▇▇▇▇ did not and could not prove occurred, because it did not occur.

A suspension will cause me significant harm, not least of which is harm to my reputation. Also, there is the loss of my scholarships and participation in NROTC. I have also suffered great personal harm. The entire process has caused me great anxiety and depression. I have been full of uncertainty of what would happen and whether the process would be fair, along with knowing that I did not do what ▇▇▇▇ claims. Being part of this investigation has also cut me off from all the friendships I had been developing (because I was ordered by the NROTC not to talk to any of my friends in the unit, which meant I could not tell them the truth about what was going on). All this emotional distress has interfered with my ability to study. My second semester grades have dropped greatly as a result as well.

I believe that my rights to due process of law have been violated. I was never provided with the evidence that was supposed to support this allegation which prevented me from adequately preparing a defense to the false accusation. I have also not been provided the evidence relied upon in making the finding against me in order to prepare and submit a proper appeal. Furthermore, I was extremely disappointed too in observing that 2 of the 3-person panel from the Advisory Committee on Equity were not prepared for the June 6 meeting as they verbally stated they were looking at my case file for the first time following my entry into the meeting.

EXHIBIT B

I responded to everything that was asked of me, providing ample documentation about the nature of my relationship with ▇▇▇▇▇ including after the alleged event. I have answered every question truthfully. Yet, all I have received is a summary notification that provides no basis for the committee's determination. The terms of the suspension also prevent me from telling the truth about what really happened. This seems so unfair to me.

If the committee's incorrect determination is not set aside, I shall have no alternative but to seek all available legal remedies to correct this severe injustice to my reputation and future, resulted loss of scholarships and return my good name to me. I have once again attached my written response to this false allegation for your consideration.

Thank you for your consideration and I anxiously await your decision.

Sincerely,

▬▬▬▬▬▬▬▬

Written Response to Allegation

I ▬▬▬▬▬▬ was in a dating relationship with ▬▬▬▬▬▬ during the Fall 2015 semester and Spring 2016 semester this school year. We are both in the NROTC unit, and I did not know who she was prior to our meeting through that. The allegations she now brings against me are false and without merit. I do not know why these false charges were filed against me.

▬▬▬▬▬▬ claims that "*In or around November 2015, [she] stayed the night in your room in Tarkington Hall. In the morning, [she] abruptly woke up to you groping her while she was fully clothed.*"

This is not true. I know the date to which she is referring to be in mid-December, as she only stayed the night in my room on several occasions. I asked her to do so out of concern and I let her sleep on our futon. I slept on the floor nearby and my roommate slept in his bed directly above the futon. In the morning I woke up, and placed my hand on her knee out of affection. This woke her up, and she immediately grew erratic and angry at me, leaving the room shortly after. I do not know why she behaved this way. I do know that she had attempted suicide several days before this, and I was unsure of her mental stability in the aftermath, which is why I asked her to stay the night with my roommate and me.

"*You then told ▬▬▬▬ that during another night in November 2015, while you were staying the night in ▬▬▬▬ room, you penetrated her digitally while she was sleeping. ▬▬▬▬ was not aware of this earlier incident and did not consent to the sexual contact. When she told you that this upset her, you told her you felt bad about the first time. Despite that, you still decided to have sexual contact with her the second time while she was asleep. ▬▬▬▬ was very upset and left your room.*"

This is also not true. I do not know where this is coming from. I have never had any sexual contact with her while she was asleep. I have never told her that I had any sexual contact with her while she was asleep.

Her allegations against me do not make sense and are inconsistent with her conduct towards me based after she claims these events occurred. She texted me wishing me a Happy Christmas Eve as well as numerous texts over the holidays. Further, she invited me to her room at the start of the spring semester. A person who has been sexually assaulted like she claims would not send such friendly messages or make such an invitation to the person who allegedly assaulted her. Such conduct on her part demonstrates that her accusations against me are not true.