| | |
|---|---|
| **From:** | Jones, Tyler L. <TLJ@stuartlaw.com> |
| **Sent:** | Friday, July 26, 2019 4:46 PM |
| **To:** | pbyler@nmllplaw.com |
| **Cc:** | Kealey, William P. |
| **Subject:** | Doe v. Purdue: Authorization and Release of Records from the Navy/NROTC |
| **Attachments:** | Authorization and Release of Navy.pdf; RFP to Navy.PDF |

Phil,

Attached is a proposed authorization and release, and our proposed request for production to a non-party (Navy, NROTC).

Please review the same and have your client execute the authorization and release. The Navy/NROTC requires an authorization/release or a Judge-issued subpoena in order to release documents covered by our RFP (See, for general information, https://www.jag.navy.mil/organization/code_14_Touhy_Requests.htm). **Please have the executed document submitted to me no later than the end of business hours on August 9, 2019**. If I have not heard from you by then, I am authorized to pursue a judge-signed subpoena and we will address the same at the upcoming status conference.

Once we have your release, we will serve a copy of our RFP and a formal request under 32 CFR pt. 725 on the Navy/NROTC.

I will be in Denver most of next week, and will have dubious access to my email. Nevertheless, I will try to respond promptly if you have any immediate concerns.

Thank you for your time, and have a pleasant weekend.

Tyler

**Tyler L. Jones**
ASSOCIATE



300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP

# ███████████ AUTHORIZATION & RELEASE OF U.S. NAVY AND NROTC RE: NROTC RECORDS

This Authorization & Release ("Release") is dated this _____ day of _____, 2019, pursuant to litigation between ███████████ and Purdue University, *inter alia*, Case No. 2:17-cv-00033-JPK, currently pending in the United States District Court for the Northern District of Indiana.

## Recitals

1. ███████████ was a member/midshipman of the Purdue Naval Reserve Officer Training Corps ("NROTC") on or about 2015-2016.
2. Sometime in 2016, the NROTC dismissed or expelled ███████████
3. ███████████ initiated a lawsuit in the United States District Court for the Northern District of Indiana against Purdue University and various individuals, and served his summons and Complaint on February 10, 2017.
4. In response to ███████████ Complaint, Defendants filed their Motion to Dismiss on March 31, 2017.
5. This Court, by Magistrate Judge Cherry acting pursuant to the parties' consent to magistrate jurisdiction, granted Defendants' Motion on November 15, 2017. ███████████ appealed to the Seventh Circuit Court of Appeals.
6. On June 28, 2019, the Seventh Circuit issued its ruling and ordered remand for further proceedings. *Doe v. Purdue Univ. et al.*, 928 F.3d 652 (7th Cir. 2019).
7. The case has now returned to the district court and the parties are initiating discovery.
8. The parties to the abovementioned lawsuit believe that the NROTC has discoverable information.

Wherefore, in order to expedite the discovery process, ███████████ by counsel, stipulates to the following:

## Authorization

I, ███████████ HEREBY AUTHORIZE the United States Navy, the NROTC, and the Purdue University NROTC, and their agents, employees, and legal counsel, to release all records requested by Defendants' Counsel, William P. Kealey, James F. Olds, or Tyler L. Jones, in the above-mentioned case, including, but not limited to: a Preliminary Investigation Report, my Service Record, my Student File, any "Disenrollment Package," my dismissal/expulsion from the Purdue NROTC, the award and subsequent rescission of any scholarship, and any relevant emails. This Authorization serves the purpose of expediting discovery and permitting both sides to obtain information which may lead to the discovery of admissible evidence. I HEREBY WAIVE ALL RIGHTS OF PRIVACY under the Privacy Act of 1974, Family Educational Rights and Privacy Act, and the Health Insurance Portability and Accountability Act.

## Release

I, ███████████, HEREBY RELEASE, QUIT, AND FOREVER DISCHARGE the U.S. Navy, the NROTC, and the Purdue University NROTC, including their agents, employees, and legal counsel, from any and all claims, whether in law or equity, including pursuant to the Privacy Act of 1974, the Family Educational Rights and Privacy Act, or the Health Insurance Portability and Accountability Act, arising from the disclosure of my records to the Defendants, Purdue

1

University, its agents, employees, and legal counsel. I represent that I have consulted with legal counsel, and that I sign this Agreement willingly, voluntarily, and with intent to execute it.

**Signature**

███████████████████         _____
                            Date

_____      _____
Philip A. Byler (as to form only)   Date

#1217380v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR., individually and as agent for Purdue University, ALYSA CHRISTMAS ROLLOCK, individually and as agent for Purdue University, KATHERINE SERMERSHEIM, individually and as agent for Purdue University, ERIN OLIVER, individually and as agent for Purdue University, JACOB AMBERGER, individually and as agent for Purdue University, | ) ) ) ) ) No. 2:17-cv-00033-JPK ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' REQUEST FOR PRODUCTION ON NON-PARTY**

Comes now Defendants, by counsel, and requests that the United States Navy—specifically the Purdue Naval Reserve Officer Training Corps ("NROTC")—produce and permit Defendants to inspect and to copy the following:

1. Any documents or photographs from an investigation conducted by the Navy or the NROTC, including a "Preliminary Investigation Report," concerning ▇▇▇▇

2. Any transcript, including a typed or handwritten record, of any hearing or testimony submitted to the Navy or the NROTC concerning ▇▇▇▇

3. Any "Service Record" concerning ▇▇▇▇

4. Any "Student File" concerning ▇▇▇▇

5. Any "Disenrollment Package" concerning ▇▇▇▇

6. Any emails, documents, letters, text messages, electronic records, or copies of same, in the possession of the Navy or the NROTC concerning, addressing, or referencing:

    a. Any investigation conducted by Purdue University, the Navy, or the NROTC, including a "Preliminary Investigation Report," into ▮▮▮▮ occurring after April 11, 2016;

    b. Any award or rescission of any scholarship provided by the Navy or the NROTC to ▮▮▮▮

    c. Any "Disenrollment Package," and ▮▮▮▮ expulsion or disqualification from the Navy or the NROTC.

7. Any handwritten, typed, or recorded statement by former NROTC participants/midshipmen ▮▮▮▮ or ▮▮▮▮

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

       I certify that on the _____ day of _____, 2019, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein:

Andrew T. Miltenberg
Philip A. Byler
amiltenberg@nmllplaw.com
pbyler@nmllplaw.com

Roberto (Alex) Alejandro Mendoza
info@alexmendozalaw.com

Damon M. Cheronis
damon@cheronislaw.com

Paul E. Luka
paul@mendozalaw.net

by e-mail.

And the following by U.S. mail or other mail service, with sufficient postage attached:

General Counsel of the Navy
Navy Litigation Office
720 Kennon Street SE
Bldg 36 Room 233
Washington Navy Yard, DC 20374-5013

                                    /s/ William P. Kealey
                                    William P. Kealey

1194076v1