**From:** Jones, Tyler L.
**Sent:** Wednesday, August 14, 2019 12:35 PM
**To:** pbyler@nmllplaw.com
**Cc:** Kealey, William P.
**Subject:** Doe v. Purdue: Navy Records

Good afternoon, Mr. Byler,

Attached you will find our draft Verified Motion for Issuance of a Subpoena. As we discussed two weeks ago, we would like to obtain discovery from the Purdue NROTC, which has documents/records relevant to this case. The Navy requires a release for these records, and we asked you to execute our Navy-approved release in order to obtain these documents.

In light of your decision not to execute this release, we are planning on filing the this Motion on Friday, if we do not receive your client's executed release by the close of business **tomorrow, Thursday, August 15, 2019**.

If you do elect to execute the release, the Navy has requested that you have it notarized as well.

Thank you for your time,

Tyler Jones

**Tyler L. Jones**
ASSOCIATE



300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP