IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | ) ) ) ) No. 2:17-cv-00033-JPK ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' CERTIFICATION PURSUANT TO N.D. IND. L.R. 37-1**

Defendants, by counsel, hereby certify that, in accordance with Local Rule 37-1, Defendants' counsel in good faith conferred and attempted to confer with Plaintiff's counsel Philip A. Byler in an effort to resolve without court action the matter of Defendants' proposed non-party request for production, as follows:

1. On July 19, 2019, at approximately 2:45, Attorney Byler and I discussed several issues over the phone, including whether his client would execute a release and authorization for his Navy records. Defense counsel Tyler L. Jones was also on this call. Attorney Byler said he would consider the request.

2. On July 26, 2019, Attorney Jones sent Attorney Byler a proposed authorization and release, together with Defendants' proposed request for production and subpoena *duces tecum*. I was copied onto this email. Attorney Byler and I exchanged replies before

1

reaching an impasse on this issue.

3. On August 14, 2019, Attorney Jones forwarded Defendants' draft Motion for subpoena to Attorney Byler and informed him that Defendants would file the same if the release were not promptly voluntarily provided. On August 15, 2019, Attorney Byler communicated his refusal.

    Respectfully submitted,

    /s/ William P. Kealey
    William P. Kealey (No. 18973-79)
    Tyler L. Jones (No. 34656-29)
    James F. Olds (No. 27989-53)
    Stuart & Branigin LLP
    300 Main Street, Suite 900
    P.O. Box 1010
    Lafayette, IN 47902-1010
    Email: wpk@stuartlaw.com
           tlj@stuartlaw.com
           jfo@stuartlaw.com
    Telephone: 765.423.1561
    ***Attorneys for Defendants***

1235330