UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:17-cv-00033-JPK |
| | ) | |
| v. | ) | |
| | ) | |
| PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR., ALYSA CHRISTMAS ROLLOCK, KATHERINE SERMERSHEIM, ERIN OLIVER, and JACOB AMBERGER, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND
<u>VERIFIED MOTION FOR ISSUANCE OF A SUBPOENA</u>**

By his attorneys of record, pursuant to N.D. Ind. L.R. 6-1(a) Plaintiff moves this Court to briefly extend the deadlines to respond to both Defendants' Motion to Dismiss [ECF No. 43] and Defendants' Verified Motion for Issuance of a Subpoena [ECF No. 45]. Specifically, Plaintiff requests the deadline to respond to Defendants' Motion to Dismiss be extended from August 27, 2019 to September 3, 2019 and the deadline to respond to Defendants' Verified Motion for Issuance of a Subpoena be extended from August 29, 2019 to September 3, 2019. In support, he states as follows:

1.  However, principal counsel for Plaintiff, Philip A. Byler will be away on vacation from August 19, 2019 to August 27, 2019. This vacation was scheduled prior to the filing of Defendants' Motions and unfortunately cannot be rescheduled.

1

2.    Due to the principal counsel's availability and the complexity of the matters to be addressed in the response to the Motions, Plaintiff seeks additional time to ensure enough opportunity for completeness of briefing.

3.    Counsel for Plaintiff conferred with counsel for Defendants on Monday, August 19, and he indicated that the Defendants had no objection to this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and Verified Motion for Issuance of a Subpoena up to and including September 3, 2019, and for all other relief the Court deems just.

Dated: August 20, 2019                                    Respectfully Submitted,

*/s/ Philip A. Byler*
Attorneys for Plaintiff

Philip A. Byler, Esq.
Andrew T. Miltenberg, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
(ADMITTED *PRO HAC VICE*)

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he served the attached document on all parties of record via the Court's CM/ECF system.

                                      */s/ Philip A. Byler*
                                      Philip A. Byler, Esq.