IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** individually and as agent for Purdue University, **ALYSA CHRISTMAS ROLLOCK**, individually and as agent for Purdue University, **KATHERINE SERMERSHEIM**, individually and as agent for Purdue University, **ERIN OLIVER**, individually and as agent for Purdue University, **JACOB AMBERGER**, individually and as agent for Purdue University, | ) ) ) ) No. 2:17-cv-00033-JPK ) ) ) ) ) ) ) |
| Defendants. | ) |

**VERIFIED NOTICE TO THE COURT**

Counsel for Defendants, Tyler L. Jones, notifies the Court as follows:

1.   On August 19, 2019, the Court entered a Minute Order on Defendants' Verified Motion for an Issuance of a Subpoena requiring the parties to indicate "whether they have any reason to believe that the United States Navy, Naval Reserve Officer Training Corps, and/or Purdue Naval Reserve Officer Training Corps objects to the issuance of the subpoena requested in Defendants' Verified Motion for an Issuance of a Subpoena . . . ."

2.   On August 19, 2019, the undersigned contacted counsel for the Navy, John J. Matuszak, provided him with a copy of the proposed subpoena, and asked him to advise Defendant whether he had any objections to the issuance of the subpoena.

3.   On August 21, 2019, this Court entered another Minute Order granting Plaintiff's unopposed Motion for Extension of Time to file response briefs to Defendants' motions. In this

same Order, the Court again ordered the parties to indicate whether they were aware of any objections by the Navy, the NROTC, or the Purdue NROTC to the issuance of a subpoena.

4. On August 23, 2019, Mr. Matuszak advised the undersigned counsel that the United States Navy, Naval Reserve Officer Training Corps and Purdue Naval Reserve Officer Training Corps have no objection to the issuance of the proposed subpoena. A true and accurate copy of this email is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel represents to the Court that, the Navy, NROTC, and Purdue NROTC do not have any objections to the issuance of the subpoena accompanying its Motion for the issuance of the same.

I verify under penalty of perjury under the laws of the United States of America and the State of Indiana that the foregoing representations are true, according to my knowledge, information, and belief.

Respectfully submitted,

/s/ Tyler L. Jones
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

#1239553