**Jones, Tyler L.**

| | |
|---|---|
| From: | Matuszak, John J CIV USN (USA) <john.matuszak@navy.mil> |
| Sent: | Friday, August 23, 2019 2:23 PM |
| To: | Jones, Tyler L. |
| Cc: | Kealey, William P. |
| Subject: | RE: Doe v. Purdue: Navy, NROTC, PNROTC subpoena |

To whom, it may concern:

My name is John Matuszak, Counsel for the Navy, and its related entities, including the Naval Reserve Officer Training Corps and the Purdue Naval Reserve Officer Training Corps.

On Monday, August 19, 2019, I received a copy of the proposed subpoena, filed with the United States District Court for the Northern District of Indiana, in Case No. 2:17-cv-00033-JPK. I have since reviewed the same and advise that the Navy, NROTC, and Purdue NROTC do not have any objections to the issuance of this proposed subpoena.


Very truly yours,

John Matuszak
Counsel
Naval Service Training Command
2601A Paul Jones Street
Great Lakes, IL 60088
(847)688-4422

CONFIDENTIALITY NOTICE

This e-mail and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error, please immediately notify me at (850) 452-2054 and permanently delete the original copy and any other copy of the e-mail, and any printout thereof.

1


DEFENDANT'S EXHIBIT A