**EXHIBIT G**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
-----------------------------------------------------------x
JOHN DOE,                                    | CIVIL ACTION
                                             | No. 2:17-cv-33-JPK
                Plaintiff,           |
                                             |
    v.                                       |
                                             |
PURDUE UNIVERSITY, PURDUE                    |
UNIVERSITY BOARD OF TRUSTEES,                |
MITCHELL ELIAS DANIELS, JR., in              |
his official capacity as President of Purdue |
University, ALYSA CHRISTMAS                  |
ROLLOCK, in her official capacity at         |
Purdue University, and KATHERINE             |
SERMERSHEIM, in her official                 |
capacity at Purdue University,               |
                                             |
                Defendants.          |
-----------------------------------------------------------x

### DECLARATION OF PLAINTIFF JOHN DOE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR RULE 54(b) JUDGMENTS

    **PLAINTIFF JOHN DOE**, hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff John Doe named in the above-captioned action.

2. I submit this Declaration in opposition to Defendants' motion to dismiss the individual Defendants and for entry of Rule 54(b) Judgments for those individual Defendants, an opposition anchored in the Amended Complaint.

3.    I have read the Amended Complaint, and I have directed it to be filed because I believe it to be meritorious. The factual allegations of the Amended Complaint (as well as the factual allegations in the original Complaint) are largely based on the disciplinary case documents supplied to counsel, and any factual allegations not based on the documents are accurate to the best of my recollection. The factual allegations of the Complaint were fairly summarized in the opinion of the U.S. Court of Appeals for the Seventh Circuit in this case, *Doe v. Purdue*, 928 F.3d 652 (7th Cir. 2019), and those factual allegations have been carried forward into the Amended Complaint albeit with some modifications and additions. The legal claims in the Amended Complaint were upheld by the U.S. Court of Appeals for the Seventh Circuit in this case, *Doe v. Purdue*, 928 F.3d 652 (7th Cir. 2019).

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 31 day of August, 2019.

*John Doe (court authorized pseudonym)*
**Plaintiff John Doe**