**EXHIBIT F**

16AUG2016

From: ████████

To: Senior Member, Performance Review Board

Subj: Written statement to be included with final report

Despite the unfortunate circumstances surrounding my disenrollment from Purdue NROTC, I would like to thank the unit for all that it has given me. I learned a lot about both myself, others, and what it takes to be an ideal officer in the United States Navy. It is easily one of the most valuable years of my life, and the experience I have gained through my involvement will influence me for many years to come. I am fortunate to have spent the time I did with the many high caliber men and women in the battalion, and I am forever humbled by the opportunity granted to me to be a part of it, however brief it may have been.

I understand the reason for which I am being disenrolled, and as there is nothing further I can do to try and prevent it, I have accepted this and moved on. However, I will continue to refute the university's decision in my case, as I am not guilty of the charges that have been leveled against me. I am satisfied in the sense that I know my conscience in the matter is clear, and I have not done anything to compromise the moral integrity I have been raised with and taught to uphold. I still wish to serve my country in whatever means possible once I have completed my education, whether that means enlisting or something else entirely, only God knows for sure.

I would again like to thank the NROTC unit for all of the opportunities it has granted me over the past year, and I wish all my former fellow midshipmen the very best in their future Navy careers.

Very Respectfully,

_____     _____

████████████████     Date