**Heydy Rodriguez**
___

| | |
|---|---|
| **From:** | Phil Byler |
| **Sent:** | Thursday, August 15, 2019 6:58 AM |
| **To:** | Jones, Tyler L. |
| **Cc:** | Kealey, William P.; Andrew T. Miltenberg; Heydy Rodriguez |
| **Subject:** | Re: Doe v. Purdue: Navy Records |

Dear Tyler:

I will be opposing your motion, which is misconceived, based upon a misstatement of the "background" facts and a misstatement of the Seventh Circuit decision in this case. I also note that I had suggested that we wait until we have the conference with the Court on September 5 before we launch out on to discovery given that the Seventh Circuit decision in this case controls us and not a three year old pre-motion to dismiss Rule 26(f) report, and I further note that I had advised you I will be seeking leave to amend the Complaint per the Seventh Circuit's decision in this case. But it is clear to me that you just can't wait because Purdue's Title IX office does not want to live under the U.S. Constitution and abide by due process of law and a proper interpretation of Title IX. So Purdue disparages due process of law as Plaintiff John Doe's "preferred procedures," and Purdue moves against to dismiss the relief that the Seventh Circuit identified as open to Plaintiff John Doe and seeks to engage in a fishing expedition regardless of the Seventh Circuit's rationale for flatly rejecting Purdue's argument against recognition of a 14th Amendment liberty stigma-plus interest.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260



**Phil Byler, Esq.**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500  •  212.736.2260 fax
Vcard  •  nmllplaw.com