IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS SECTION 1983 DAMAGE CLAIMS,
DUE PROCESS CLAIMS, AND INJUNCTIVE RELIEF CLAIMS**

Come now Defendants The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, and move under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of all claims of Plaintiff John Doe's Amended Complaint (ECF No. 51), except Plaintiff's claim for damages under Title IX, as follows:

The Amended Complaint narrows the original Complaint by dropping two defendants (Oliver and Amberger) and dropping allegations of individual-capacity liability for individual defendants. However, the Amended Complaint still prays for Section 1983 damages, *Ex parte Young* injunctive relief, and Title IX damages and injunctive relief. Of those surviving allegations, only the Title IX damage claim states an actionable federal question.

1

Defendants move to dismiss the Section 1983 damage claims that have been previously dismissed in this case; dismiss John Doe's stigma-plus theory of due process relief due to his failure to meet the pleading requirement specified in the appellate ruling; dismiss John Doe's property-interest theory of due process relief due to his failure to meet the pleading requirement specified in the appellate ruling; and dismiss John Doe's injunctive relief claims due to subject-matter jurisdiction defects.

A brief in support is filed herewith.

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
         tlj@stuartlaw.com
         jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

1242179