IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK,** in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) No. 2:17-cv-33-JPK ) ) ) |
| | ) |
| Defendants. | ) ) ) ) |

**BRIEF IN SUPPORT OF MOTION TO DISMISS SECTION 1983 DAMAGE CLAIMS, DUE PROCESS CLAIMS, AND INJUNCTIVE RELIEF CLAIMS**

Come now Defendants The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, and move under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of all claims of Plaintiff's Amended Complaint (ECF No. 51), except Plaintiff's claim for damages under Title IX.

John Doe's characterization of events has been summarized in this Court's November 15, 2017 ruling (ECF No. 31) and in the Seventh Circuit's June 28, 2019 ruling. Therefore, John Doe's characterization of events will not be re-summarized here.

The Amended Complaint narrows the original Complaint by dropping two defendants (Oliver and Amberger) and (pursuant to the appellate ruling) dropping any allegations of

1