IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) No. 2:17-cv-33-JPK-APR |
| Defendants. | ) |

**NOTICE OF EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF JOHN DOE'S FIRST SET OF INTERROGATORIES**

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim (the "Defendants"), by counsel, give notice pursuant to L.R. 6-1 of an extension of time to January 27, 2020 to respond to Plaintiff John Doe's First Set of Interrogatories. In support of this Notice, Defendants state:

1. Plaintiff John Doe's First Set of Interrogatories was served on December 1, 2019 and is due for response on December 30, 2019.

2. This deadline has not previously been extended.

3. Defendants require additional time, twenty-eight (28) days, within which to respond to Plaintiff John Doe's First Set of Interrogatories, up to and including January 27, 2020.

4. The undersigned counsel has contacted Plaintiff John Doe's counsel and confirmed that Plaintiff John Doe's counsel consents to the requested extension to January 27,

2020.

Dated: December 27, 2019						Respectfully submitted,


								/s/ William P. Kealey
								William P. Kealey, Attorney No. 18973-79
								Tyler L. Jones, Attorney No. 34656-29
								James F. Olds, Attorney No. 27989-53
								Stuart & Branigin LLP
								300 Main Street, Suite 900
								P.O. Box 1010
								Lafayette, IN 47902-1010
								Email: wpk@stuartlaw.com
								           tlj@stuartlaw.com
								           jfo@stuartlaw.com
								Telephone: 765.423.1561

								***Attorneys for Defendants***


1263912