UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
-------------------------------------------------------------------x
| | |
|---|---|
| **JOHN DOE,** | CIVIL ACTION |
| | No. 2:17-cv-33-JPK |
| Plaintiff, | |
| v. | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK,** in her official capacity at Purdue University, and **KATHERINE SERMERSHEIM,** in her official capacity at Purdue University, | |
| Defendants. | |

-------------------------------------------------------------------x

## NOTICE OF MOTION TO COMPEL AND ASSOCIATED RELIEF

**PLEASE TAKE NOTICE** that upon the Declaration of Philip A. Byler required by N.D. Ind. L.R. 37-1(a) and Rule 37(a)(1) of the Federal Rules of Civil Procedure, with its Exhibits A through L, and the accompanying Memorandum of Law, Plaintiff John Doe, by counsel, respectfully will move this Honorable Court, U.S. Magistrate Judge Joshua P. Kolar presiding, Hammon Division, located at the U.S. Courthouse, 5400 Federal Plaza, Hammond, Indiana 46320, for an Order compelling discovery responses, document production and paying attorneys' fees and expenses related hereto pursuant to Rule 37(a)(1) of the Federal Rules of Civil

Procedure, Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, Rule 37(a)(4) of the Federal Rules of Civil Procedure and Rule 37(a)(5) of the Federal Rules of Civil Procedure, and for such further and other relief as the Court deems just and proper, including adjustment of the litigation schedule.

Filed herewith in support of the aforementioned motion are: (i) a Declaration of Philip A. Byler required by N.D. Ind. L.R. 37-1(a), with Exhibits A-L, and Rule 37(a)(1) of the Federal Rules of Civil Procedure; and (ii) a Memorandum of Law.

Date:  May 4, 2020                    Respectfully submitted,

                                               NESENOFF & MILTENBERG, LLP
                                               By: /s/ *Philip A. Byler*
                                               Philip A. Byler (pro hac vice admission)
                                               Andrew T. Miltenberg (pro hac vice admission)
                                               363 Seventh Avenue, Fifth Floor
                                               New York, New York 10001
                                               (212) 736-4500
                                               pbyler@nmllplaw.com
                                               ***Attorneys for Plaintiff John Doe***

TO:   William P. Kealey
        Tyler L. Jones
        James F. Olds
        Stuart & Branigin LLP
        300 Main Street – Suite 900
        P.O. Box 1010
        Lafayette, Indiana 47902-1010
        (212) 423-1561
        wpk@stuartlaw.com
        tlj@stuartlaw.com
        jfo@stuartlaw.com
        ***Attorneys for Defendants***

## **TABLE OF MOTION EXHIBITS**

Exhibit A:   Plaintiff's First Set of Interrogatories

Exhibit B:   Defendants' Responses to Plaintiffs First Set of Interrogatories

Exhibit C:   Plaintiff's First Set of Document Requests

Exhibit D:   Defendants' Responses to Plaintiffs First Set of Interrogatories

Exhibit E:   Defendants' Supplemental Document Production for three of Plaintiff's First Set of Document Requests

Exhibit F;   Mr. Byler's letter dated February 28, 2020 to Mr. Kealey

Exhibit G:   Mr. Kealey's letter dated March 13, 2020, to Mr. Byler

Exhibit H:   Mr. Byler's letter dated April 8, 2020, to Mr. Kealey

Exhibit I:   Mr. Kealey's e-mail dated April 23, 2020

Exhibit J:   Mr. Byler's letter dated April 29, 2020

Exhibit K:   Documents from Navy production

Exhibit L:   Plaintiff's Memorandum of Law In Opposition To Defendants' "Motion To Dismiss Section 1983 Damage Claims, Due Process Claims And Injunctive Relief Claims"

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on May 4, 2020.

William P. Kealey
Tyler L. Jones
James F. Olds
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
*Attorneys for Defendants*

BY:   ☐  U.S. Mail     ☐   Federal Express

      ☐  Hand-Delivery     x     Other: Email

                              ____*Philip A. Byler, Esq.*_____
                                   Philip A. Byler, Esq.