IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE** | ) |
| **UNIVERSITY BOARD OF TRUSTEES,** | ) |
| **MITCHELL ELIAS DANIELS, JR.,** in | ) |
| his official capacity as President of Purdue | ) No. 2:17-cv-33-JPK |
| University, **ALYSA CHRISTMAS** | ) |
| **ROLLOCK**, in her official capacity at | ) |
| Purdue University, **KATHERINE** | ) |
| **SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' STATUS CONFERENCE REPORT

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim (the "Defendants"), by counsel, provide the following report in connection with the status conference set for May 19, 2020.

1. On May 4, 2020, Plaintiff's Attorney Byler consented to scheduling five Navy ROTC witnesses for deposition on May 20-21. On that date, Defendants' Attorney Jones wrote to Attorney Byler, cc to Navy Attorney Matuszak:

> As you know, Purdue has requested the Navy's permission to depose 5 former NROTC personnel; specifically: Rodney Hutton, Megan Redlawsk, Adam Sheppard, Craig Remaly, and Kyle Willstatter. The Navy granted that request and, after coordinating with Mr. Matuszak (Navy Counsel) and reaching out to the witnesses for their availability, our best dates are likely May 20-22 (with May 20 being the only day that Mr. Hutton is available in the foreseeable future). Due to everyone's location (we have four lawyers in three different states, and at least one witness in another state) all of these depositions will be available to be participated in remotely via webcam. Please advise in the next 24 hours which dates and times would work best for you for May 20-22. We anticipate the majority of these depositions to be set for 90 minutes.

On May 4, Attorney Byler responded, cc to Navy Attorney Matuszak:

> I will participate in any deposition. I am not available May 18-19 or June 1-2. If the Navy needs to set other times, the Navy should feel free to so state.

See **Exhibit A** hereto (May 4 email string). The depositions have been confirmed with all five witnesses and Navy Attorney Matuszak and are scheduled to proceed on May 20-21 as agreed. Defendants look to Attorney Byler to honor his May 4 commitment.

2. The undersigned has called Attorney Byler's attention to the Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

http://www.ca7.uscourts.gov/rules-procedures/rules/rules.htm#standards

3. Plaintiff's recent letters to the Court recycle the same objections that this Court rejected in its September 19, 2019 Opinion and Order (ECF No. 61).

4. Plaintiff has not filed a motion for relief from the scheduling order entered on September 9, 2019 (ECF No. 57). If such a motion is filed, Defendants will respond promptly.

Dated: May 19, 2020

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey, Attorney No. 18973-79
Tyler L. Jones, Attorney No. 34656-29
James F. Olds, Attorney No. 27989-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

1263912