**Kealey, William P.**

| | |
|---|---|
| **From:** | Byler <philb@optonline.net> |
| **Sent:** | Monday, May 4, 2020 10:40 AM |
| **To:** | Jones, Tyler L.; Philip A. Byler @ Nesenoff & Miltenberg, LLP |
| **Cc:** | Kealey, William P.; Matuszak, John J CIV USN (USA) |
| **Subject:** | RE: Doe v. Purdue: Military Depositions |

Tyler:

I will participate in any deposition. I am not available May 18-19 or June 1-2. If the Navy needs to set other times, the Navy should feel free to so state.

Your motion is essentially asking Judge Kolar to reverse the Seventh Circuit. It is not a responsive pleading.

You are still ignoring what the Seventh Circuit ruled and what the Navy production shows. Judge Kolar's order allowing the Navy subpoena has backfired on you; or have you not figured that out?

Phil

> On May 4, 2020 at 10:33 AM "Jones, Tyler L." <TLJ@stuartlaw.com> wrote:
>
> Phil,
>
> Respectfully, the Defendants have filed and served their responsive filing to the Plaintiff's Amended Complaint. That MTD is currently pending and, according to Judge Kolar, we should expect to have a ruling soon.
>
> I understand your client's position, but considering that much of your client's amended DPC claim hinges on an alleged stigma that allegedly cost him a career as a naval officer, it is entirely proper for us to seek discovery on that claim. That fact should be apparent by the fact that the Navy has not objected to any part of our two Touhy Requests, and by Judge Kolar's Order granting our request for a subpoena to the Navy.
>
> These are Purdue's depositions and discovery requests to a non-party; nevertheless, you may participate in the depositions if you would like, and to that end I advised

1

Exhibit A

you of the possible dates. I have done this as a personal and professional courtesy.  My request remains open until tomorrow at 8:53 a.m.  If I you do not advise of your preferences, then I will proceed with scheduling these depositions based on Purdue's counsel's, Navy's counsel's, and the non-parties' availability.

Thank you,

Tyler

---

**From:** Byler <philb@optonline.net>
**Sent:** Monday, May 4, 2020 10:17 AM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>; Philip A. Byler @ Nesenoff & Miltenberg, LLP <phyler@nmllplaw.com>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>; Matuszak, John J CIV USN (USA) <john.matuszak@navy.mil>
**Subject:** Re: Doe v. Purdue: Military Depositions

Tyler:

I have received your e-mail.

Given what the Seventh Circuit ruled and what the Navy documents that have been produced show, you are wasting our time in this case with five depositions of Navy personnel.  You can't re-write history.  And before you take any depositions, particularly of non-parties, Defendants need to answer the Amended Complaint.

Sincerely,

Phil

> On May 4, 2020 at 8:53 AM "Jones, Tyler L." <TLJ@stuartlaw.com> wrote:
>
> Good morning, Phil.
>
> I hope you had a relaxing weekend.  As you know, Purdue has requested the Navy's permission to depose 5 former NROTC

personnel; specifically: Rodney Hutton, Megan Redlawsk, Adam Sheppard, Craig Remaly, and Kyle Willstatter. The Navy granted that request and, after coordinating with Mr. Matuszak (Navy Counsel) and reaching out to the witnesses for their availability, our best dates are likely May 20-22 (with May 20 being the only day that Mr. Hutton is available in the foreseeable future).

Due to everyone's location (we have four lawyers in three different states, and at least one witness in another state) all of these depositions will be available to be participated in remotely via webcam.

Please advise in the next 24 hours which dates and times would work best for you for May 20-22. We anticipate the majority of these depositions to be set for 90 minutes.

Thank you,

Tyler

**Tyler L. Jones**

ASSOCIATE



300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010

P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

3

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.

Stuart & Branigin LLP

4