IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** )<br> ) **CIVIL ACTION**<br>Plaintiff, )<br>v. )<br> )<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY** )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS** )<br>**DANIELS, JR.,** in his official capacity as President of )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) No. 2:17-cv-33-JPK<br>in her official capacity at Purdue University, )<br>**KATHERINE SERMERSHEIM**, in her official capacity )<br>at Purdue University, )<br> )<br>Defendants. )<br> ) | |

## MOTION TO COMPEL

Defendants, by counsel, move pursuant to Federal Rule of Civil Procedure 37(a) for an Order granting the following relief:

1. An Order compelling Plaintiff to fully answer Defendants' second set of interrogatory requests; specifically, No. 12, and that the Plaintiff fully cooperate with the Defendants' efforts to subpoena his text messages records with Jane Doe;

2. An Order compelling Plaintiff to produce his Instagram and Snapchat data (as may be downloaded from the platforms) from August 2015 to the present;

3. An Order awarding Defendants' their reasonable costs in filing this motion, including their reasonable attorney's fees; and,

4. An Order for all other relief that is just and proper.

In support of this Motion, Defendants have submitted a brief, containing argument therein, and a certification, pursuant to Local Rule 37-1.

    Defendants respectfully request that the Court grant this Motion and all other relief that is just and proper.

Dated: May 19, 2020

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765.423.1561
**Attorneys for Defendants**

1296267