IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR., in his official capacity as President of Purdue University, ALYSA CHRISTMAS ROLLOCK, in her official capacity at Purdue University, KATHERINE SERMERSHEIM, in her official capacity at Purdue University, | ) ) ) ) ) No. 2:17-cv-33-JPK ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' INDEX TO EXHIBITS IN SUPPORT OF ITS MOTION TO COMPEL**

Come now Defendants, the Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, and file this Index to Exhibits in Support of Its Motion to Compel as follows:

**EXHIBIT A:** Plaintiff's Response to Defendants' First Discovery Requests

**EXHIBIT B:** Plaintiff's Response to Defendants' Second Discovery Requests

**EXHIBIT C:** Correspondence from Defendants' counsel dated March 13, 2020 to Plaintiff's counsel

**EXHIBIT D:** Plaintiff's counsel's response to Defendants' correspondence dated April 9, 2020

**EXHIBIT E:** Email correspondence from Defendants' counsel dated April 23, 2020 to Plaintiff's counsel

**EXHIBIT F:** Correspondence from Plaintiff's counsel dated April 29, 2020 to Defendants' counsel

1

**EXHIBIT G:**     Plaintiff's Amended Rule 26 Disclosures

**EXHIBIT H:**     Texts Message Excerpts Between John Doe and Jane Doe

**EXHIBIT I:**     Excerpts from Plaintiff's Taylor University Records


Dated: May 19, 2020

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
           tlj@stuartlaw.com
           jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

#1299653