Message : No

---

Received from ███████ on Wed Dec 23, 2015 12:56 AM

Message : Shit I'm being awful to you I'm sorry I'm upset with my mom not you

---

Received from ███████ on Wed Dec 23, 2015 12:52 AM

Message : Stop saying sorry and explain or do something to change it

---

Sent to ███████ on Wed Dec 23, 2015 12:52 AM

Message : I dont know... im sorry

---

Received from ███████ on Wed Dec 23, 2015 12:50 AM

Message : Why? Seriously why? And then why do you do what you do ?

---

Sent to ███████ on Wed Dec 23, 2015 12:43 AM

Message : Im trying

---

Received from ███████ on Wed Dec 23, 2015 12:42 AM

Message : Well stop freaking out about stuff like that

---

Sent to ███████ on Wed Dec 23, 2015 12:41 AM

Message : I love you

---

Sent to ███████ on Wed Dec 23, 2015 12:41 AM

Message : I still want to be with you!

---

Sent to ███████ on Wed Dec 23, 2015 12:40 AM

Message : Please, im just trying to figure out what to do

---

Sent to ███████ on Wed Dec 23, 2015 12:40 AM

Message : But i do!

Received from ▓▓▓▓ on Tue Dec 29, 2015 12:17 AM
Message : ▓▓▓▓

Received from ▓▓▓▓ on Mon Dec 28, 2015 11:20 PM
Message : and you don't

Received from ▓▓▓▓ on Mon Dec 28, 2015 11:20 PM
Message : To actually change it you're still doing the same things you did when we first started going out! You're not changing it you're not you just say you will

Sent to ▓▓▓▓ on Mon Dec 28, 2015 10:56 PM
Message : Im not going in circles any more ▓▓▓▓. What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?

Received from ▓▓▓▓ on Mon Dec 28, 2015 10:38 PM
Message : No I get angry because you continue to do it and just say sorry you don't actually change anything

Sent to ▓▓▓▓ on Mon Dec 28, 2015 10:37 PM
Message : We already went over this several times. I cant even apologize any more because you get angry at me for it.

Received from ▓▓▓▓ on Mon Dec 28, 2015 10:22 PM
Message : Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries

Received from ▓▓▓▓ on Mon Dec 28, 2015 10:21 PM
Message : pout and whine like a little child

Received from ▓▓▓▓ on Mon Dec 28, 2015 10:21 PM
Message : That is not true I get mad when you won't just leave me alone about things when I don't talk about and I get mad when you just up and leave and when you

Sent to ▓▓▓▓ on Mon Dec 28, 2015 07:46 PM
Message : And you never tell me whats going on. It's always you being really vague by saying "everything" or "family" but usually you just say you dont want to talk about it. It is not at all fair for you to tell me that its my fault when you refuse to even talk to me. I have asked you multiple