

- Close Window
- Print This Page
- Expand All | Collapse All

# SD-001544

| | | | |
|---|---|---|---|
| **Contact** | ▉ | **Record Type** | Student Development Contact |
| | | **Student Care Contact Name** | SD-001544 |
| **Access Level** | Level 2 (Internal) | **Owner** | Counselor Account |
| **Date and Time** | 10/28/2016 5:58 PM | | |
| **Staff Member** | Rachel McGregor | | |
| **Contact Type** | Meeting with Student | | |
| | | **Status** | Open |
| **Location** | Boren Center | | |
| **Persons Involved** | | | |

## Issue and Resolution

**Description** — ▉ missed my class on Wednesday, but we were able to find time to meet and catch up on Friday. He seemed a bit evasive this time, as though he didn't really want to talk about school but would rather talk about current events in the world. Here are some things we talked about: -He is still failing most of his classes -He doesn't know where to go for J-Term. He would like to travel but doesn't have much money of his own. He doesn't want to go home because he dislikes being home. He doesn't know how he would get the $1000 for tuition if he stayed and did a J-Term course. -He doesn't like his roommate. He told me his roommate is messy and doesn't do laundry often, so ▉ tries to keep the door propped and a window cracked to air the room out. His roommate has also disturbed him while he tries to sleep. -He has met with Scott Gaier and told me he planned to do homework all weekend long to try to catch up, as discussed with Scott.

**Steps Taken**

**Notify**

## System Information

| | | | |
|---|---|---|---|
| **Created By** | Counselor Account, 5/31/2017 11:57 AM | **Last Modified By** | Counselor Account, 5/31/2017 11:57 AM |
| | | **Contact Recruiting Year** | 2016 |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

# SD-003179

| | | | | |
|---|---|---|---|---|
| **Contact** | ▇▇▇▇▇▇ | | **Record Type** | Student Development Contact |
| | | | **Student Care Contact Name** | SD-003179 |
| **Access Level** | Level 2 (Internal) | | **Owner** | Samuel Morris Hall |
| **Date and Time** | 8/26/2017 4:00 PM | | | |
| **Staff Member** | Tyler Witzig | | | |
| **Contact Type** | Meeting with Student | | | |
| | | | **Status** | Open |
| **Location** | SM Office | | | |
| **Persons Involved** | ▇▇▇▇▇▇ | | | |

## Issue and Resolution

**Description**    ▇▇ noticed that ▇▇ had an unusual amount of nutritional supplements with him as he moved in. ▇▇ asked ▇▇ about it and ▇▇ shared in that conversation that ▇▇ was micro-dosing on an LSD type supplement. Here's a brief summary:

- ▇▇ is trying to be the best version of himself. So he's taken to supplements to help him be healthy.
- ▇▇ struggled with depression last year.
- ▇▇ has been struggling with a significant addiction to pornography addiction for years.
- ▇▇ has found relief from both depression and pornography through his micro dosing.
- ▇▇ explained to ▇▇ that technically this was not an illegal substance.
- ▇▇ didn't want other authority figures to know, because ▇▇ was concerned they wouldn't listen to him and understand his reasoning.
- ▇▇ is also concerned that his parents would have to know about this and ▇▇ is confident that this would result in them removing ▇▇ from Taylor.

**Steps Taken**
- ▇▇ shared that ▇▇ had already notified me (he called me before the conversation).
- ▇▇ shared that I would be looking to have a conversation with ▇▇ soon and ▇▇ seemed willing to do that.

- I have reached out to ▇▇ and will try to meet with him by the end of the night.

**Notify**    Jesse Brown; Scott Barrett

## System Information

| | | | | |
|---|---|---|---|---|
| **Created By** | Samuel Morris Hall, 8/26/2017 5:35 PM | | **Last Modified By** | Samuel Morris Hall, 8/26/2017 9:07 PM |
| | | | **Contact Recruiting Year** | 2016 |

## Activity History
### STDEV: New Student Care Contact

| | |
|---|---|
| **Name** | |
| **Task** | ✓ |
| **Due Date** | 8/28/2017 |
| **Assigned To** | Scott Barrett |
| **Last Modified Date/Time** | 8/26/2017 9:11 PM |
| **Comments** | Review this Student Care Contact |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.

salesforce

- Close Window
- Print This Page
- Expand All | Collapse All

# SD-003181

| | | | |
|---|---|---|---|
| **Contact** | [redacted] | **Record Type** | Student Development Contact |
| | | **Student Care Contact Name** | SD-003181 |
| **Access Level** | Level 2 (Internal) | **Owner** | Samuel Morris Hall |
| **Date and Time** | 8/26/2017 8:00 PM | | |
| **Staff Member** | Tyler Witzig | | |
| **Contact Type** | Meeting with Student | | |
| | | **Status** | Open |
| **Location** | SM Office | | |
| **Persons Involved** | [redacted] | | |

## Issue and Resolution

**Description**

I met with [redacted] related to his conversation with Alex's conversation with [redacted] Here's a summary of our conversation:

- [redacted] has been really getting into nutrition. Taking a lot of B vitamins and other supplements that are good for the brain.
- Then [redacted] wanted to address his total wellness, both physical and spiritual health. This journey eventually led to his experimenting with microdosing a substance analogous to LSD.
- [redacted] takes a substance that he was able to legally buy that has similar properties to LSD and it is usually used for experimental research.
- Micro-dosing has been hugely helpful to [redacted] [redacted] has pulled out of depression and stopped looking at pornography since micro-dosing.
- The best benefit of micro-dosing is that it allows him to be more productive and builds better habits.
- [redacted] hopes to quit micro-dosing in the future after his better habits solidify in his life.
- [redacted] was open and honest about his use. And agreed to stop using it until we had a meeting with someone from the SD office.
- [redacted] gave me his supply to hold onto until we meet again.

Other comments that may relate to one's understanding of his health:
- [redacted] mentioned that he took a 20 day water fast over the summer that was helpful to him spiritually.
- [redacted] doesn't like to go to doctors and he tries to take supplements to address ailments. (specifically related to dermatology)

**Steps Taken**

I communicated the concern of [redacted] taking a substance that has hallucinogenic properties. Even though it may be legal, this is likely a substance we would ask student to refrain from use at Taylor.

I also communicated my general unfamiliarity with micro-dosing and communicated that I would consult with other SD professionals and we would likely meet again.

**Notify** Jesse Brown; Scott Barrett

## System Information

| | | | |
|---|---|---|---|
| **Created By** | Samuel Morris Hall, 8/26/2017 9:07 PM | **Last Modified By** | Jesse Brown, 8/28/2017 12:04 PM |
| | | **Contact Recruiting Year** | 2016 |

## Activity History

**STDEV: New Student Care Contact**

| | |
|---|---|
| Name | Task ✓ |
| Due Date | **8/28/2017** |
| Assigned To | **Scott Barrett** |
| Last Modified Date/Time | **8/29/2017 5:49 AM** |
| Comments | **Review this Student Care Contact** |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

# SD-003238

| | | | |
|---|---|---|---|
| **Contact** | ▮▮▮▮▮ | **Record Type** | Student Development Contact |
| | | **Student Care Contact Name** | SD-003238 |
| **Access Level** | Level 2 (Internal) | **Owner** | Samuel Morris Hall |
| **Date and Time** | 9/1/2017 5:00 PM | | |
| **Staff Member** | Tyler Witzig | | |
| **Contact Type** | Meeting with Student | | |
| | | **Status** | Open |
| **Location** | SM Office | | |
| **Persons Involved** | ▮ Tyler | | |

## Issue and Resolution

| | |
|---|---|
| **Description** | I met with ▮ to check in after our conversation with Jesse Brown and Jeff Wallace:<br>- ▮ is feeling no withdrawal symptoms from stopping the microdosing.<br>- ▮ is however, feeling a slight decrease in his focus.<br>- ▮ wants to know what the next steps are for him.<br>- We spent some time talking about his further study into LSD.<br>- We spent time talking about his hopes for growth this year. |
| **Steps Taken** | I told him that our next step would possibly be another meeting with Jesse to consider ways to move forward and provide more clarity on expectations around use of microdosing. |
| **Notify** | Jesse Brown |

## System Information

| | | | |
|---|---|---|---|
| **Created By** | Samuel Morris Hall, 9/5/2017 10:03 AM | **Last Modified By** | Samuel Morris Hall, 9/5/2017 10:03 AM |
| | | **Contact Recruiting Year** | 2016 |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

# SD-003976

| | | | |
|---|---|---|---|
| **Contact** | ▮▮▮▮▮▮▮▮ | **Record Type** | Student Development Contact |
| | | **Student Care Contact Name** | SD-003976 |
| **Access Level** | Level 2 (Internal) | **Owner** | Scott Barrett |
| **Date and Time** | 12/13/2017 4:30 PM | | |
| **Staff Member** | Scott Barrett | | |
| **Contact Type** | Central Office Meeting | | |
| | | **Status** | Open |
| **Location** | | | |
| **Persons Involved** | | | |

## Issue and Resolution

**Description**   ▮▮▮▮ came to meet with me today to discuss the package of 1P-LSD that was received in the mail yesterday. The package was accidentally delivered to ▮▮▮▮ who opened it and gave it to Abi Noble his Hall Director.

▮▮▮▮ said that he was just under the impression that he could not be using 1p-LSD while he was at Taylor. I told him that the drugs were now in possession of campus police. I told him I would discuss this further with Jeff and Jesse and that we would expect to meet up with him at the start of next year. I told him might get the LSD back, but that he should not expect to.

He then proceeded to want to have a philosophical conversation about 1P-LSD. We talked briefly and I told him we would be following up after break.

**Steps Taken**

**Notify**   Jeff Wallace; Jesse Brown; Samuel Morris Hall

## System Information

| | | | |
|---|---|---|---|
| **Created By** | Scott Barrett, 12/13/2017 5:14 PM | **Last Modified By** | Scott Barrett, 12/13/2017 5:14 PM |
| | | **Contact Recruiting Year** | 2016 |

## Activity History

### STDEV: New Student Care Contact

| | |
|---|---|
| Name | |
| Task | ☑ |
| Due Date | 12/15/2017 |
| Assigned To | Samuel Morris Hall |
| Last Modified Date/Time | 1/30/2018 8:33 AM |
| Comments | Review this Student Care Contact |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.