IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## RULE 37-1(a) CERTIFICATION REGARDING
## DEFENDANTS' MOTION TO COMPEL

Pursuant to Local Rule 37-1(a), Defendants certify that Defendants have attempted to confer with Plaintiff in an effort to resolve the matters in Defendants' Motion to Compel without court action, as follows:

1. Defendants served their First Requests for Interrogatories and First Requests for Production to the Plaintiff on September 25, 2019. Plaintiff responded to that discovery on November 8, 2019.

2. On March 13, 2020, Defendants' counsel, William P. Kealey, submitted a letter to Plaintiff's counsel, Philip A. Byler requesting Mr. Byler's availability for a discovery conference. Mr. Byler did not make himself available for a conference.

1

3. Defendants served their Second Request for Productions and Second Requests for Interrogatories on March 11, 2020. Plaintiff responded to that discovery on April 10, 2020.

4. On April 23, 2020, Mr. Kealey emailed Mr. Byler, noting the lack of discovery conference, and repeating an invitation to confer. On April 29, Mr. Byler responded, declaring a discovery impasse.

5. True and accurate copies of these documents are attached as exhibits to Defendants' Brief in Support of their Motion to Compel.

Dated: May 19, 2020                          Respectfully submitted,


/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
Telephone: 765.423.1561

***Attorney for Defendants***

1299400