IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
|     Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) No. 2:17-cv-33-JPK |
|     Defendants. | ) |

**NOTICE OF EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim (the "Defendants"), by counsel, give notice pursuant to L.R. 6-1 of an extension of time to June 30, 2020 to answer Plaintiff John Doe's Amended Complaint. In support of this Notice, Defendants state:

1. Plaintiff John Doe's Amended Complaint (ECF No. 51) was filed on September 3, 2019. Pursuant to the Court's Opinion and Order dated May 19, 2020 (ECF No. 84), Defendants' responsive pleading is due on June 2, 2020.

2. This deadline has not previously been extended.

3. Defendants require additional time, twenty-eight (28) days, within which to answer Plaintiff John Doe's Amended Complaint, up to and including June 30, 2020.

4. The undersigned counsel has contacted Plaintiff John Doe's counsel and

confirmed that Plaintiff John Doe's counsel consents to this extension to June 30, 2020.

Dated: May 22, 2020               Respectfully submitted,

/s/ William P. Kealey
William P. Kealey, Attorney No. 18973-79
Tyler L. Jones, Attorney No. 34656-29
James F. Olds, Attorney No. 27989-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
          tlj@stuartlaw.com
          jfo@stuartlaw.com
Telephone: 765.423.1561

**Attorneys for Defendants**

1300908