IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE** | ) |
| **UNIVERSITY BOARD OF TRUSTEES,** | ) |
| **MITCHELL ELIAS DANIELS, JR.,** in | ) |
| his official capacity as President of Purdue | ) No. 2:17-cv-33-JPK |
| University, **ALYSA CHRISTMAS** | ) |
| **ROLLOCK**, in her official capacity at | ) |
| Purdue University, **KATHERINE** | ) |
| **SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN**

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate to the following and respectfully request that the Court modify the case management order (ECF No. 57) as follows:

1. On September 9, 2019, this Court entered its Minute Order (ECF No. 57) which specifies:

    - Fact discovery to be completed by June 26, 2020;

    - Plaintiff's expert witness disclosures and reports to be delivered to the Defendants by September 4, 2020;

    - Defendants' expert witness disclosures and reports to be delivered to the Plaintiff by October 9, 2020;

    - Objections to expert witnesses by January 15, 2021; and,

- Dispositive motions to be filed by January 15, 2021.

2. Due to the current public health emergency, there have been delays in scheduling and traveling for in-person depositions in Lafayette, Indiana of Plaintiff, Defendants Sermersheim and Rollock, and Purdue employees Amberger and Bloom. In addition, pending written discovery must progress before certain depositions can be conducted.

3. The undersigned conferred via telephone on May 22, 2020 and concluded that an extension to Wednesday, September 30, 2020 is necessary for completion of fact discovery.

4. Accordingly, the parties agree to the following:

    - All fact discovery to be completed by Wednesday, September 30, 2020;
    - Plaintiff's expert witness disclosures and reports to be delivered to the Defendants by December 11, 2020;
    - Defendants' expert witness disclosures and reports to be delivered to the Plaintiff by January 29, 2021;
    - Objections to expert witnesses by April 30, 2021; and,
    - Dispositive motions to be filed by April 30, 2021.

5. The parties represent that this Motion is not made for the purposes of delay and is intended solely to facilitate the parties' efforts to collaborate in conducting discovery and preparing this case for resolution.

Date: May 22, 2020

| | |
|---|---|
| Respectfully submitted, | /s/ William P. Kealey <br> William P. Kealey (18973-79) |
| /s/ Philip A. Byler (pro hac vice) <br> Philip A. Byler <br> Andrew T. Miltenberg <br> Nesenoff & Miltenberg LLP <br> 363 7th Ave 5th floor, <br> New York, NY 10001 <br> Email: pbyler@nmllplaw.com <br> amiltenberg@nmllplaw.com <br> Telephone: 212-736-4500 <br> ***Attorneys for Plaintiff*** | Tyler L. Jones (34656-29) <br> James F. Olds (27989-53) <br> Stuart & Branigin, LLP <br> 300 Main St., Ste. 900 <br> P.O. Box 1010 <br> Lafayette, IN 47902-1010 <br> Email: wpk@stuartlaw.com <br> tlj@stuartlaw.com <br> jfo@stuartlaw.com <br> Telephone: 765-423-1561 <br> ***Attorneys for Defendants*** |