IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
|         Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) No. 2:17-cv-33-JPK |
|         Defendants. | ) |

## JOINT STIPULATION ON PENDING MOTIONS TO COMPEL

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate as follows:

1. On May 4, 2020, Plaintiff filed a "Notice of Motion to Compel and Associated Relief" (ECF No. 72).

2. On May 19, 2020, Defendants filed a Motion to Compel (ECF No. 80).

3. Pursuant to the Court's direction, the parties have continued to meet-and-confer regarding the pending discovery motions.

4. Plaintiff's Motion to Compel (ECF No. 72) is withdrawn in its entirety, and the Parties note as follows:

- Request for relief on Plaintiff's Interrogatory No. 25 is resolved. Plaintiff and Defendant Purdue University stipulate that Purdue University received hundreds of

1

millions of dollars per year in federal funding during the time specified in the interrogatory;

- Request for relief on Plaintiff's Interrogatory No. 19 is resolved. Defendants will make a custodian-of-records witness from its Office of Institutional Equity available for a remote deposition regarding procedures applicable to and recollections of request(s) and release(s) of documents regarding Plaintiff.

- Requests for relief on Plaintiff's Interrogatories 1-18 and Plaintiff's Document Requests 1-3 are resolved. Not later than June 19, 2020, Defendant Purdue University will produce a data compilation showing the following information for sexual misconduct allegations made and investigated under student conduct regulations at Purdue:

    (i) number of allegations by female students during the 2015-2016 school year against male students, and from that set of allegations, how many resulted in decisions finding the respondent culpable of sexual misconduct;

    (ii) number of allegations by students during the 2015-2016 school year against female students, and from that set of allegations, how many resulted in decisions finding respondent culpable of sexual misconduct.

- Request for relief on Plaintiff's Document Requests 7-8 is resolved. Not later than June 15, 2020, Defendant Purdue University will produce a record of CARE's posts to its Facebook page for the 2015-2016 academic year and a calendar listing of CARE events for the 2015-2016 school year as well as materials, if any, distributed at those events;

- Request for relief on Plaintiff's Document Requests 21-22 is resolved. Defendant Purdue University represents that all "documents concerning or referring to the sending of the university investigation report to the Navy ROTC" have been produced to Plaintiff;

- Request for relief on Plaintiff's Document Request 30 is resolved; The parties agree that the request has been met.

- Request for relief on Plaintiff's Document Request 51 is resolved; The parties agree that the request has been met.

- Request for Relief on Plaintiff's Document Request 55 is resolved. The parties agree that the request has been met.

6. Defendants' Motion to Compel is withdrawn without prejudice, subject to Plaintiff's performance as follows:

- In reference to Defendants' Motion to Compel (ECF No. 80), not later than June 15, 2020, Plaintiff will provide Defendants with the following information for the time period between August 2015-August 2016: (a) his cell phone number(s), (b) the name of his cell-phone provider, (c) and his account number for this cell phone number(s), and any other information that may be necessary to subpoena his text message records with Jane Doe. Plaintiff will cooperate with Defendants' efforts to issue a subpoena on the cell phone provider for all text message communications with Jane Doe.

- In reference to Defendants' Motion to Compel (ECF No. 80), not later than June 15, 2020, Plaintiff will provide Defendants with a complete data download of all Instagram and Snapchat data from his accounts, from August 2015 to the present.

Date: June 2, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Byler (pro hac vice) | /s/ William P. Kealey |
| Philip A. Byler | William P. Kealey (18973-79) |
| Andrew T. Miltenberg | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | James F. Olds (27989-53) |
| 363 7th Ave 5th floor, | Stuart & Branigin, LLP |
| New York, NY 10001 | 300 Main St., Ste. 900 |
| Email: pbyler@nmllplaw.com | P.O. Box 1010 |
| amiltenberg@nmllplaw.com | Lafayette, IN 47902-1010 |
| Telephone: 212-736-4500 | Email: wpk@stuartlaw.com |
| ***Attorneys for Plaintiff*** | tlj@stuartlaw.com |
| | jfo@stuartlaw.com |
| | Telephone: 765-423-1561 |
| | ***Attorneys for Defendants*** |