IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.,** in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) | |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) | |
| at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH DISCOVERY ORDER

Defendants, by counsel, respectfully move, pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(ii) and (iii), for an order striking Plaintiff's damage claim against the Defendants, and prohibiting him from introducing evidence relating to his damage claims, as a sanction for his willful disregard of his obligation to disclose his damage claim under Fed. R. Civ. P. 26(a)(1)(A)(iii), and for his willful disregard of his obligation to comply with this Court's Order granting "the relief implied in the parties' [89] Joint Stipulation on Pending Motions to Compel." (ECF No. 90). Plaintiff has failed to comply with Fed. R. Civ. P. 26(a)(1)(A)(iii), insofar as Plaintiff has failed to disclose materials bearing on the nature and extent of injuries suffered by failing to execute medical authorizations. Plaintiff has failed to comply with the Court's Order (ECF No. 90), insofar as Plaintiff has failed to produce a complete data download of all Snapchat data from his accounts, from August 2015 to the present.

1

As a sanction for Plaintiff's failure to comply with the Federal Rules of Civil Procedure and this Court's Order, Defendants respectfully request that Plaintiff's damage allegations be stricken and that he be prohibited from introducing evidence relating to his damage claims.

Defendants also request an award of their reasonable attorney fees incurred in preparing and presenting this Motion.

Defendants' brief in support of this Motion and certification pursuant to Local Rule 37-1 are filed herewith.

Dated: July 17, 2020

Respectfully submitted,

*/s/ Tyler L. Jones*
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tlj@stuartlaw.com
jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

1308515