# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF JOHN DOE'S CONSENTED TO LOCAL RULE 6.1 MOTION

Plaintiff John Doe, through undersigned counsel, respectfully move, pursuant to Northern District of Indiana Local Rule 6.1, for an Order granting an extension of time to file Plaintiff's Reply to Counterclaim from July 21, 2020 to July 31, 2020.  Defendants' counsel consents to this motion so long as the new time to file is no later than July 31, 2020 (which it is) and Plaintiff does not contest the ECF service of the Defendants' Answer (which Plaintiff doesn't).  The Declaration of Plaintiff's counsel and Plaintiff's Reply to Counterclaim are filed herewith.

**Dated:  July 29, 2020**

                                        **Respectfully submitted,**
                                        **NESENOFF & MILTENBERG, LLP**
                                        **By: /s/** *Philip A. Byler*
                                        **Philip A. Byler, Esq.**
                                        **Andrew T. Miltenberg, Esq.**
                                        **363 Seventh Avenue, Fifth Floor**
                                        **New York, New York 10001**
                                        **(212) 736-4500**
                                        **pbyler@nmllplaw.com**
                                        **amiltenberg@nmllplaw.com**
                                        *Attorneys for Plaintiff John Doe*