IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF PLAINTIFF'S COUNSEL PHILIP A. BYLER IN SUPPORT
OF PLAINTIFF JOHN DOE'S CONSENTED TO LOCAL RULE 6.1 MOTION**

PHILIP A. BYLER, hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1.  I am Senior Litigation Counsel at Nesenoff & Miltenberg LLP, the attorneys for Plaintiff John Doe in his case. I am admitted pro hac vice to this Court and have been handling the case since its original filing, including successfully arguing the Seventh Circuit appeal, *Doe v. Purdue*, 928 F.3d 652 (7th Cir. 2019).

2.  I respectfully submit this Declaration in support of Plaintiff John Doe's motion, pursuant to Northern District of Indiana Local Rule 6.1, for an Order granting an extension of time to file Plaintiff John Doe's Reply to Counterclaim from July 21, 2020 to July 31, 2020.

3.  Defendants' counsel consents to this motion so long as the new time to file the Reply to Counterclaim is no later than July 31, 2020 (which it is) and Plaintiff John Doe does not contest the ECF service of the Defendants' Answer (which Plaintiff John Doe doesn't).

[1]

4. The consent of Defendants' counsel reflects the professional courtesies shown to each other. In May 2020, Plaintiff's counsel consented to a 30-day extension of time for Defendant to file their Answer and provided a Word version of the Amended Complaint to Defendants' counsel to ease the drafting of Defendants' Answer.

5. In Plaintiff's view, the motion facilitates the filing of a Reply to Counterclaim so that the case can be litigated and adjudicated fairly on the merits.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2020.

                                                                         /s/ Philip A. Byler
                                                                            Philip A. Byler