# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, </br>     Plaintiff, </br></br> v. </br></br> PURDUE UNIVERSITY, *et al.*, </br>     Defendants. | ) </br> ) </br> ) </br> )   CAUSE NO.: 2:17-CV-33-JPK </br> ) </br> ) </br> ) |

## ORDER

This matter is before the Court *sua sponte*. On May 31, 2017, the Court granted Plaintiff John Doe's motion to proceed in this case pseudonymously and ordered the parties to use the pseudonym "John Doe" for Plaintiff. The documents filed with Plaintiff John Doe's Memorandum of Law in Opposition to Defendants' Motion for Sanctions [DE 98] do not comply with the Court's previous order, insofar as they contain Plaintiff's true name. Accordingly, the Court has restricted the documents filed at Docket Entry 98.

The Court **ORDERS** Plaintiff John Doe to file redacted versions of the documents filed at Docket Entry 98 by **August 21, 2020**. Finally, the Court **REMINDS** counsel to file only documents, including exhibits, that comply with the Court's May 31, 2017 order and **ADVISES** counsel that future filings containing Plaintiff's true name will be stricken.

So ORDERED this 14th day of August, 2020.

s/ Joshua P. Kolar  
MAGISTRATE JUDGE JOSHUA P. KOLAR  
UNITED STATES DISTRICT COURT
