IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE,                                    )<br>                                                     )<br>        Plaintiff,                          )<br>v.                                            )<br>                                                     )<br>PURDUE UNIVERSITY, PURDUE UNIVERSITY )<br>BOARD OF TRUSTEES, MITCHELL ELIAS    )<br>DANIELS, JR., in his official capacity as President of )<br>Purdue University, ALYSA CHRISTMAS ROLLOCK, )<br>in her official capacity at Purdue University, KATHERINE )<br>SERMERSHEIM, in her official capacity at Purdue University, )<br>                                                     )<br>        Defendants.                     )<br>                                                     ) | CIVIL ACTION<br><br><br><br><br><br>No. 2:17-cv-33-JPK |

**PLAINTIFF JOHN DOE'S COMPLIANCE STATEMENT WITH THE COURT'S AUGUST 14, 2020 3:43 EST ORDER TO FILE FULLY REDACTED PAPERS IN COMPLAINCE WITH THE COURT'S MAY 31, 2017 PSEUDONYM ORDER**

Plaintiff John Doe respectfully submits this Compliance Statement with the Court's August 14, 2020 Order (ECF No. 102) for Plaintiff John Doe's papers filed July 31, 2020 (ECF No. 98). Along with this Compliance Statement are Motion Exhibits 1 through 4 that have been redacted so that there will be compliance with the Court's August 14, 2020 Order (ECF No. 102). Plaintiff John Doe and his counsel apologizes.

**Dated: August 21, 2020**                    Respectfully submitted,
                                                                 NESENOFF & MILTENBERG, LLP
                                                                 By: /s/ *Philip A. Byler*
                                                                 **Philip A. Byler, Esq.**
                                                                 **Andrew T. Miltenberg, Esq.**
                                                                 **363 Seventh Avenue, Fifth Floor**
                                                                 **New York, New York 10001**
                                                                 **(212) 736-4500**
                                                                 pbyler@nmllplaw.com
                                                                 amiltenberg@nmllplaw.com
                                                                 *Attorneys for Plaintiff John Doe*

[1]