# Exhibit 2

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF
## PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by Sacred Dunes Alternative Health and its employees of medical records or other protected health information as described below:

Patient's Name: ▮  
Patient's Address: ▮  
Date of Birth: ▮  
Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.    No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.    No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed _[signature]_____    Relationship to Patient:_____  
Patient or Legal Representative  
_____    Date ▮  
Printed name if not Patient

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF
## PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by Winfield Family Medicine and its employees of medical records or other protected health information as described below:

Patient's Name: _____                    Date of Birth: _____
Patient's Address: _____                   Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.      No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.      No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed _____                    Relationship to Patient: _____
       Patient or Legal Representative
       _____                    Date _____
       Printed name if not Patient

**AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF**
**PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS**

I hereby request and authorize the use, disclosure and/or release by HealthLink and its employees of medical records or other protected health information as described below:

Patient's Name: ███████████████    Date of Birth: ███████████
Patient's Address: ███████████████    Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.    No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.    No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed ███████████████    Relationship to Patient: _____
    Patient or Legal Representative
    _____    Date ███████
    Printed name if not Patient

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by Porter Regional Hospital and its employees of medical records or other protected health information as described below:

Patient's Name: _____  Date of Birth: _____
Patient's Address: _____  Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.     No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.     No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed _____  Relationship to Patient: _____
       Patient or Legal Representative
       _____  Date _____
       Printed name if not Patient

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF
## PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by St. Mary Medical Center and its employees of medical records or other protected health information as described below:

Patient's Name: _____                     Date of Birth _____
Patient's Address: _____                    Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.     No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.     No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed _____                     Relationship to Patient: _____
       Patient or Legal Representative
       _____                     Date _____
       Printed name if not Patient

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by Carepointe Ear, Nose, Throat and Sinus Hearing Center and its employees of medical records or other protected health information as described below:

Patient's Name: ███████████████  
Patient's Address: ███████████████

Date of Birth: ███████  
Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.    No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.    No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed ███████████████  
Patient or Legal Representative  
_____  
Printed name if not Patient

Relationship to Patient:_____  
Date ███████████

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF
## PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by Porter Regional Hospital Outpatient Rehabilitation Services and its employees of medical records or other protected health information as described below:

Patient's Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      Date of Birth: ▮▮▮▮▮▮▮
Patient's Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.     No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.     No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Relationship to Patient: _____
     Patient or Legal Representative
                                Date ▮▮▮▮▮▮▮▮▮▮▮

## AUTHORIZATION FOR USE, DISCLOSURE OR RELEASE OF PROTECTED HEALTH INFORMATION AND MEDICAL RECORDS

I hereby request and authorize the use, disclosure and/or release by Valparaiso Family Dentistry/Southshore Family Dentistry and its employees of medical records or other protected health information as described below:

Patient's Name: ███████████████  
Patient's Address: ███████████████  
Date of Birth: ███████  
Patient's I.D.#: _____

Copies of the identified information should be furnished to any representative of the firm Stuart & Branigin LLP, P.O. Box 1010, Lafayette, Indiana 47902.

Please describe specifically what medical records or other health information may be used or released: Any and all medical records pertaining to your care and treatment of the patient, whether generated by you or your office, or received from another health care provider, including but not limited to all hospital records, x-ray records and reports, laboratory reports, medical records, physicians= records whether handwritten or otherwise, nurses= records whether handwritten or otherwise, therapy records, medication records, pharmacy records, physical exams, all documents or forms filled out by the patient, including intake sheets, reports, summaries, letters, notes, billing records and/or statements reflecting charges, credits and payments, all letters and other documents and records sent to or received from the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, all notes or other records concerning any communications with the patient=s attorney and/or any other employee of the patient=s attorney=s law firm, and any other record in your possession. You may also answer deposition questions concerning the medical and health information identified in this release with any attorney of the firm of Stuart & Branigin LLP.

This information is being requested for the following reasons: Defense of pending litigation.

Unless the ANo@ box is marked, this Authorization extends to such psychiatric, mental health, and drug and alcohol abuse information, if any, as may be contained in said medical record. This release permits re-disclosure in accordance with 42 C.F.R., Part 2, which is a federal regulation governing release and use of medical information pertaining to treatment for alcohol or drug abuse.    No

Unless the ANo@ box is marked, the Authorization also extends to communicable disease, including human immunodeficiency virus (HIV), and AIDS related complex (ARC) and acquired immunodeficiency syndrome (AIDS), if contained in said medical record.    No

I understand that upon release and disclosure of the protected medical records and information, the records and information may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations.

I understand that the Health Care Provider named above will not deny treatment, payment, enrollment or eligibility for benefits based upon whether I sign this authorization. I also understand that an authorization may be necessary in order to process any request I have made for a release of medical records or other medical information. I may inspect or copy any information used or disclosed under this authorization.

I understand that I may revoke this authorization in writing at any time by mailing or delivering a written revocation to the Health Care Provider named above. The revocation will be effective upon receipt by the provider, except to the extent that the provider has taken action in reliance on this authorization. I further understand that this authorization will expire one year from the signature date indicated below, and this authorization will be void and no further information will be furnished pursuant to it.

Stuart & Branigin LLP will reimburse actual costs incurred by the Health Care Provider named above in preparing and delivering the information requested in this authorization, in accordance with applicable statutes.

Signed ███████████████  Relationship to Patient: _____  
    Patient/Representative  
_____  Date ███████  
Printed name if not Patient