# Exhibit 4

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Monday, May 11, 2020 11:45 AM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Gellenbeck, Pamela S. <PSG@stuartlaw.com>; Heydy Rodriguez <HRodriguez@nmllplaw.com>
**Subject:** RE: Plaintiff Prodution of Medical Records

Thank you, Phil

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Monday, May 11, 2020 11:44 AM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Cc:** Gellenbeck, Pamela S. <PSG@stuartlaw.com>; Heydy Rodriguez <HRodriguez@nmllplaw.com>
**Subject:** Re: Plaintiff Prodution of Medical Records

Tyler:

I will do better than advise of ETA.

Link: https://www.dropbox.com/sh/luuux1vrg6zsmt3/AADf2fef_Nltbov6BDcOTm9Ua?dl=0
password: dvpurdue2020!

This is the first download. I will be supplementing this production.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

**Phil Byler, Esq.**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904

212.736.4500 • 212.736.2260 fax
Vcard • nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Monday, May 11, 2020 9:41 AM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Gellenbeck, Pamela S. <PSG@stuartlaw.com>; Heydy Rodriguez <HRodriguez@nmllplaw.com>
**Subject:** RE: Plaintiff Prodution of Medical Records

Ok. Please advise of an ETA when possible.

Thanks,

Tyler

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Monday, May 11, 2020 9:35 AM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Cc:** Gellenbeck, Pamela S. <PSG@stuartlaw.com>; Heydy Rodriguez <HRodriguez@nmllplaw.com>
**Subject:** Re: Plaintiff Prodution of Medical Records

Tyler:

Thanks. I am in the process for arranging for that. Not having a law office open (Governor Cuomo has ordered that the lockdown be kept in place until June 6) slows things down.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260


**Phil Byler, Esq.**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500   •   212.736.2260 fax
Vcard   •   nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Monday, May 11, 2020 9:22 AM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Gellenbeck, Pamela S. <PSG@stuartlaw.com>; Heydy Rodriguez <HRodriguez@nmllplaw.com>
**Subject:** RE: Plaintiff Prodution of Medical Records

Phil,

If the PDF is too large, you should be able to attach the documents to a link. If you do that, we can go to a link and download the documents. That is what we did for the Purdue records we produced a while back.

Tyler

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Saturday, May 9, 2020 8:35 AM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Subject:** Fw: Plaintiff Prodution of Medical Records

Tyler:

I will have to break up the pdf I tried to send.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

Phil Byler, Esq.

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500  •  212.736.2260 fax

Vcard  •  nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** postmaster@stuartlaw.com <postmaster@stuartlaw.com>
**Sent:** Saturday, May 9, 2020 8:31 AM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Subject:** Undeliverable: Plaintiff Prodution of Medical Records

**Delivery has failed to these recipients or groups:**

Jones, Tyler L. (TLJ@stuartlaw.com)
Your message is too large to send. To send it, make the message smaller, for example, by removing attachments.

The maximum message size that's allowed is 36 MB. This message is 37 MB.

**Diagnostic information for administrators:**

Generating server: DM5PR13MB0987.namprd13.prod.outlook.com

TLJ@stuartlaw.com
Remote Server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

ARC-Seal: i=2; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=fail;

b=B1zZZBSauIALNpTvXOM1cNHLDVjP1OpKbkCL7tOWyOEjMo7M1ClP8wu/HkmedW89CxT/IOEkH3M
7Ql81QSQEEcyGkVwrt9kG1SypA+1ii+a0Uzq5h3AydV/YCSSil3Ks4z/84qh/T7DrXlYyyz3NzkLv
tnNskIGfIfDkEqCwuoG1oET46NkydsSwj+afNoVbMzGxcJWfWHNai10oT1i5hLzu8pddvhK57DviH
W5szkBRiMsX0Xl5CQiePztSUMg1aIv4clk/3Z4KX1kPsq1d4HLpnvOcky+LrBU2zJTNrgm/FgEac2
zgdqnCtFzRfo37bci0aB0Sp6rzJMUO9K6+Ww==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector9901;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-
SenderADCheck;
bh=9XRqId27c4p4KWUjwmpU5AtaXOremHjiP0OP78iRgxc=;

b=Bc/98zdmViZm4AoKrcFW+YT1zqLznbsbUur47SagkPJPWJ1b7JvG9omaAklASJxffl2NQ+7peoX
3WjldkHpTNB+vPCHYDz5X/uA6EmMk2A7XhqCVRn8FDBIL7rQCifzdP5chetuJmQQhC6p6tt6d2e7N
zDLRJ0oTcY6XVb2wyRwucAie4xYmNKdxHiEDfQwuty8XvxeMRYzeK3zemCRjEEgTSHoOTZNY2+hJG
BDFbG/mtdEgKfAJFnMleVSddkgf7va/38xY4kOulT8JP7T2Gi7p1gu1hEui/ArjtiHYwUCIBu8hE/
5kuBAE9E+t+a98f1wqua8ZwRCDyhcCkDNm6A==
ARC-Authentication-Results: i=2; mx.microsoft.com 1; spf=pass (sender ip is
40.107.93.103) smtp.rcpttodomain=stuartlaw.com smtp.mailfrom=nml1plaw.com;
dmarc=bestguesspass action=none header.from=nml1plaw.com; dkim=pass
(signature was verified) header.d=nm363.onmicrosoft.com; arc=fail (47)

Received: from BN6PR03CA0053.namprd03.prod.outlook.com (2603:10b6:404:4c::15)
by DM5PR13MB0987.namprd13.prod.outlook.com (2603:10b6:3:73::14) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2979.18; Sat, 9 May
2020 12:30:54 +0000
Received: from BN3NAM01FT042.eop-nam01.prod.protection.outlook.com
(2603:10b6:404:4c:cafe::e2) by BN6PR03CA0053.outlook.office365.com
(2603:10b6:404:4c::15) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2979.28 via Frontend
Transport; Sat, 9 May 2020 12:30:53 +0000
Authentication-Results: spf=pass (sender IP is 40.107.93.103)
smtp.mailfrom=nmllplaw.com; stuartlaw.com; dkim=pass (signature was
verified)
header.d=nm363.onmicrosoft.com;stuartlaw.com; dmarc=bestguesspass
action=none
header.from=nmllplaw.com;
Received-SPF: Pass (protection.outlook.com: domain of nmllplaw.com designates
40.107.93.103 as permitted sender) receiver=protection.outlook.com;
client-ip=40.107.93.103; helo=NAM10-DM6-obe.outbound.protection.outlook.com;
Received: from NAM10-DM6-obe.outbound.protection.outlook.com (40.107.93.103)
by BN3NAM01FT042.mail.protection.outlook.com (10.152.67.229) with Microsoft
SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384)
id
15.20.2979.27 via Frontend Transport; Sat, 9 May 2020 12:30:52 +0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=nm363.onmicrosoft.com;
s=selector2-nm363-onmicrosoft-com;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-
SenderADCheck;
bh=9XRqId27c4p4KWUjwmpU5AtaXOremHjiP0OP78iRgxc=;

b=DzRuWP3UmptY2Q89UwGBu0vtAAtd1PMucP6okpUZhdecFRmWsThL4bvf/oDcjPmURcQKoz8TEvt
omwEiKyJV9L1DXXAJBrvZggq3yP3VGSW3dpyTVy85Uh/01XcMO4ygn9ySKOsk/PyIRm013OyELmoy
0sdrEZHq9DuUH+abnk0=
Received: from MWHPR03CA0008.namprd03.prod.outlook.com
(2603:10b6:300:117::18)
by CH2PR12MB4231.namprd12.prod.outlook.com (2603:10b6:610:7d::24) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2958.20; Sat, 9 May
2020 12:30:28 +0000
Received: from MW2NAM10FT008.eop-nam10.prod.protection.outlook.com
(2603:10b6:300:117:cafe::6b) by MWHPR03CA0008.outlook.office365.com
(2603:10b6:300:117::18) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2979.26 via Frontend
Transport; Sat, 9 May 2020 12:30:28 +0000
Authentication-Results-Original: spf=fail (sender IP is 23.96.254.246)
smtp.mailfrom=nmllplaw.com; stuartlaw.com; dkim=none (message not signed)
header.d=none;stuartlaw.com; dmarc=none action=none
header.from=nmllplaw.com;
Received-SPF: Fail (protection.outlook.com: domain of nmllplaw.com does not
designate 23.96.254.246 as permitted sender)
receiver=protection.outlook.com;
client-ip=23.96.254.246; helo=us1-emailsignatures-cloud.codetwo.com;
Received: from us1-emailsignatures-cloud.codetwo.com (23.96.254.246) by
MW2NAM10FT008.mail.protection.outlook.com (10.13.154.158) with Microsoft
SMTP
Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id

15.20.2979.27 via Frontend Transport; Sat, 9 May 2020 12:30:27 +0000
Received: from NAM11-DM6-obe.outbound.protection.outlook.com (104.47.57.169)
by us1-emailsignatures-cloud.codetwo.com with CodeTwo SMTP Server (TLS12) via
SMTP; Sat, 09 May 2020 12:30:16 +0000
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=Pf65LOlw7HPMUkUj0quIZ9PGKPI6HO62mtl7GrhhxtjT1SUg0hxIZQAYxv9m45EpG+m9heZ1trW
oRGwBhxs/ke8FdvZMZJUKXPGoV2vmSpefgBBHjRPmRSg8Rz4mtBV37eGcWz6LkbJJzj/hMi9Rf10f
NnBL0teJOqm0jPE3wFDCmrwbV7FsbRgfUQIKigvm661YxgSBvlVIbBQur0CKUZMXiPTydlNY2Sk5g
evyfBcNbkJyorA0J4m+HrG8RRMTxciVobiMstl4dmPhrOP0I6Z2gGrkj5PwBUPV3w/2CYT2hOXuwW
tvhO0b9wTm0iWzcPx+v3J06R7+JJE4OOOSsw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector9901;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-
SenderADCheck;
bh=V9Isp7WhQ3MkRCbaGbCLrJB8CI1aigxAipkMOhB/pco=;

b=WMGMvQURI2BSH6mlJ8hXoAnHTx9GYmGgL2O970bs+wBjrp0duaJbQIGG41R+K3xRIph1S3Oa/4C
KE416UTOsCnVKsOPZhQL1xM2eKjhvMi0rUqwg4mAdOwehLZ+meW99edzE8BGoBbNwI5eHScll+2nA
0X9X+q6uiBLlv+YbGirYZ22OBwONGTVoNgJ2Vzg56qLVF0NX4GjelFd5y0Ow+0WENP7zpVndqrNft
lZ7XRZ35s+olxBDnFUBHmaxgrTc1MwPcH0qLn92+TKD64E5Yc871x0NQ5fgCwddwmVCd914iginma
GyXdXWUryAhGG7LKtImXPuMcbjIfNom+U+ng==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
smtp.mailfrom=nmllplaw.com; dmarc=pass action=none header.from=nmllplaw.com;
dkim=pass header.d=nmllplaw.com; arc=none
Received: from BL0PR12MB2498.namprd12.prod.outlook.com (2603:10b6:207:40::15)
by BL0PR12MB2820.namprd12.prod.outlook.com (2603:10b6:208:80::11) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2958.21; Sat, 9 May
2020 12:29:44 +0000
Received: from BL0PR12MB2498.namprd12.prod.outlook.com
([fe80::c10:d141:c50b:dbd8]) by BL0PR12MB2498.namprd12.prod.outlook.com
([fe80::c10:d141:c50b:dbd8%6]) with mapi id 15.20.2979.033; Sat, 9 May 2020
12:29:44 +0000
From: Phil Byler <pbyler@nmllplaw.com>
To: "Jones, Tyler L." <TLJ@stuartlaw.com>
Subject: Plaintiff Prodution of Medical Records
Thread-Topic: Plaintiff Prodution of Medical Records
Thread-Index: AQHWJf0r/92yOvdAWU6Y6xFfs51isA==
Date: Sat, 9 May 2020 12:29:43 +0000
Message-ID:
<BL0PR12MB24981AC1C99E580D64EB7B5DACA30@BL0PR12MB2498.namprd12.prod.outlook.c
om>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Authentication-Results-Original: stuartlaw.com; dkim=none (message not
signed)
header.d=none;stuartlaw.com; dmarc=none action=none
header.from=nmllplaw.com;
x-originating-ip: [74.88.181.91]
x-ms-publictraffictype: Email
X-MS-Office365-Filtering-Correlation-Id: fdf8be81-26a5-4140-cb66-08d7f414d0a3
x-ms-traffictypediagnostic:

BL0PR12MB2820:|BL0PR12MB2820:|BL0PR12MB2820:|CH2PR12MB4231:|CH2PR12MB4231:|CH
2PR12MB4231:|DM5PR13MB0987:
X-Microsoft-Antispam-PRVS:
<CH2PR12MB42317424BB7E0DA07D7E2B87ACA30@CH2PR12MB4231.namprd12.prod.outlook.c
om>
x-ms-exchange-transport-forked: True
x-ms-oob-tlc-oobclassifiers: OLM:7219;OLM:10000;
x-forefront-prvs: 03982FDC1D
X-MS-Exchange-SenderADCheck: 1
X-Microsoft-Antispam-Untrusted: BCL:0;
X-Microsoft-Antispam-Message-Info-Original:
3XJYjDlWXHquj8YzeWGcL+ieCN301FErPWdMIuYRgjcf61F/Ujk5cv3LSOGsnw9vT6ogBvLrVOyr3
9pvGPLn4++l417D8lwWPyeq60OzUfZj63SMxKwHNKo+rp/BDjf0pzZ9O1rV0/vgavOQi6ZIQdVNiO
BMoz5muPyay/ENU2qTLFXPQOq3d1GkVdOBj6YVEJqfnVS2cf0HMMX6iQ3tSOqgG60Rbt6G7pSiaCT
SR54L4hwmLd9eKnBNjm4R9jev/kIMasIhn9P8H4RFRb3AY5eN1S01QLboCS8Nugx64gFiYUom2GLJ
KvV4NqLBuVB2vwoRz1a+pk2ZKp524LZRPXJtrFreQB3m9DA2S4R6bBVmrHyveUCf5fC6XCO9sX20u
q/nkOsxIuHYdOMho/m4HPVMblXym+sAgxEaSQ5qZRIG1xEKBV5oyq9+mjhuWVIXKrd8dodYA3Mp17
sW9wgMi07HN+WIZVzNk5MaF71IAIOJK+ae6IRVeoYaS3iMDBPP/jA2UozzBYquhzuMkfrGvg==
X-Forefront-Antispam-Report-Untrusted:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BL0PR12MB2498
.namprd12.prod.outlook.com;PTR:;CAT:NONE;SFTY:;SFS:(396003)(376002)(136003)(3
46002)(366004)(39840400004)(33430700001)(86362001)(76116006)(2906002)(7120040
0001)(26005)(33656002)(33440700001)(4744005)(478600001)(6916009)(99936003)(65
06007)(5660300002)(66556008)(52536014)(66616009)(186003)(55016002)(9686003)(6
6446008)(8936002)(316002)(66946007)(64756008)(7696005)(8676002)(19627405001)(
66476007);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata:
Ay0DyisioZ5B0ndfUKGiHB34oUvbGteXUsGz+NeRDbVOtZteSqWvEQiSTtWIjaaCaw9QAYRcRVmms
wihbUk0tgBnQ9FK+xvFEDXxdEl4MN7vM82q4RR68J4djZZEmsswSZQOc+hpu/rv45IQetkcf2vkkY
p1O+Kx8KSkRDFcmdp8nPMSUOMTj3NU2QHztiK3bFOQxT/swyoHhQAPTLFfjqI/4CqtKS8b2Ryv9G0
niw8Q+EOCwP4Izu48yzIeJEZ+/Efn0rYrdz8AdaQ42g1CwReqH61NHQLW7PZWCj4RvKfUAH5bfLth
h5Z/dIeIitA/dorYDtHWLQJRc5kx+UiLOVKXyJY7NVGX9+cIQTbtHtATLn5WjO9LzskUfG3nhtjtk
qZfP5MAAbRXqMO93r6oAvrCPDp8/cWtgfVnYCj2P+6sFUE2PaI1O7kilLR31xQJKrA3YQSXHPmVe3
WWLeh/B2E1Jwis9vmyCE9OIzHt3xo=
Content-Type: multipart/mixed;
boundary="_004_BL0PR12MB24981AC1C99E580D64EB7B5DACA30BL0PR12MB2498nam
p_"
MIME-Version: 1.0
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BL0PR12MB2820
X-CodeTwo-MessageID: ec434820-43ff-4a05-acd0-cd4f3fea7ad6.20200509123016@us1-
emailsignatures-cloud.codetwo.com
X-CodeTwoProcessed: true
References: <87d47ade-bd31-4f7a-bfea-4db005a4b532.0338f9b1-4152-4911-9bd2-
657cd8c33845.da4c7602-7b4e-4bb9-94b7-
3dc60b9f13d9@emailsignatures365.codetwo.com>
Return-Path: pbyler@nmllplaw.com
X-EOPAttributedMessage: 1
X-MS-Exchange-Transport-CrossTenantHeadersStripped: MW2NAM10FT008.eop-
nam10.prod.protection.outlook.com
X-Forefront-Antispam-Report-Untrusted:
CIP:23.96.254.246;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:us1-
emailsignatures-cloud.codetwo.com;PTR:us1-emailsignatures-
cloud.codetwo.com;CAT:NONE;SFTY:;SFS:(136003)(396003)(376002)(346002)(3984040
0004)(46966005)(33430700001)(19627405001)(8936002)(26005)(7636003)(70586007)(
55016002)(33656002)(478600001)(6506007)(5660300002)(7696005)(70206006)(336012
)(33440700001)(28085005)(66616009)(7596003)(8676002)(21480400003)(186003)(235

185007)(316002)(166002)(82310400002)(66574014)(99936003)(2906002)(356005)(706
6003)(47076004)(6916009)(52536014)(86362001)(9686003)(43620500001)(1539862500
2);DIR:OUT;SFP:1102;
X-MS-Office365-Filtering-Correlation-Id-Prvs: 625352f3-9fe6-43c3-6cdd-
08d7f414a78f
X-Forefront-PRVS: 03982FDC1D
X-Microsoft-Antispam-Untrusted: BCL:0;
X-Microsoft-Antispam-Message-Info-Original:
XzF9sw5Uudl00w6AGCLn+NMDDSlpc6j5+BJPzVLMJPpRMZ0pmfC+plp/rUNCgSyFMTV0E9Ng3kjf+
Js7rTZVnffjAcxVQwfGg9aV2/PTPuzrvL0S+1J0kNgF3V3j7dFYHjqIsztlq13S7+B8X+6E4WKKMv
80p091jL93xoNiX15Vil8j567Axpu0Sh6vn1Fq4L7OvaZiqNQHv4D/Th0w7hOIgZD+cWR9j6Zq1No
drMt0bEoTrnBXL8nKkTi+Pv++clvdeRA7fRTarzVnoy/exjfsCLwQ8d9gU4rBytl7mYLX2vy40wCw
akd5qd/GWKlFKHkkQoSQA9yUnZeYOUzFTKWNy6t1mzIfYByY3UgBkkZXKdxV1J1/BW+Cz6TLqx0Aa
YeGXqWW+dBIGrqQLJdpWWrBQVQ6Tck0lfs2H9ECPyGQuA38UQ3s5Hhn/U++v7Dh9YfHKbAEB8vT5E
Fxb2MksVdFJYpgMaeLBgLS3m2YezR1519UvEWZsPTxEi3s1IT1YNwfsr9WPeCk05jLBRAwto4G5J9
PU0itEdj3hSXB9F99IPcA2be22T97W1ubjWIdbmI5/De1p2FBlbVCyb29LghUIuYBWrmNdjtbu2yK
KPpQ0KEGl/GRBBc518HlQCyBjYbxS1185BrW8/FR0GYW+c2tk9SGD1FIAeYPUe1c2NB/mdSzg/xEu
XkGHaNcy6eCkiDOdlFO3avKyb3DpVJN8xgRFcyBwFPNHB2/vbtmCK4=
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CH2PR12MB4231
X-EOPTenantAttributedMessage: 6af2b7bc-c9e3-4b39-a791-ca12d3ae55e7:0
X-MS-Exchange-Transport-CrossTenantHeadersStripped: BN3NAM01FT042.eop-
nam01.prod.protection.outlook.com
X-MS-Exchange-Transport-CrossTenantHeadersPromoted: BN3NAM01FT042.eop-
nam01.prod.protection.outlook.com
X-Forefront-Antispam-Report: EFV:NLI;
X-MS-Office365-Filtering-Correlation-Id-Prvs:
7e2744a6-6308-4afa-b7cc-08d7f414c176