IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,**                    )<br>                                                )<br>          Plaintiff,              )<br>v.                                             )<br>                                                )<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY**   )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS**  )<br>**DANIELS, JR.**, in his official capacity as President of   )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**,   )<br>in her official capacity at Purdue University, **KATHERINE**   )<br>**SERMERSHEIM**, in her official capacity at Purdue University,  )<br>                                                )<br>          Defendants.          )<br>                                                ) | **CIVIL ACTION**<br><br><br><br><br><br><br>No. 2:17-cv-33-JPK |

**PLAINTIFF JOHN DOE'S NOTICE PER LOCAL
<u>RULE 6-1(b) FOR AN AUTOMATIC INITIAL EXTENISION</u>**

Plaintiff John Doe respectfully submits this Notice per Northern Indiana Local Rule 6-1(b) for an automatic initial extension for Plaintiffs' Response to Defendants' Third Set of Interrogatories. The deadline for the afore-stated Response has not been extended before. The extension is for 28 days. The original deadline was September 21, 2020. The new deadline is October 19, 2020. Counsel for Defendants consents to this extension.

**Dated:  September 11, 2020**

                                        **Respectfully submitted,**
                                        **NESENOFF & MILTENBERG, LLP**
                                        **By: /s/** *Philip A. Byler*
                                        **Philip A. Byler, Esq.**
                                        **Andrew T. Miltenberg, Esq.**
                                        **363 Seventh Avenue, Fifth Floor**
                                        **New York, New York 10001**
                                        **(212) 736-4500**
                                        pbyler@nmllplaw.com
                                        amiltenberg@nmllplaw.com
                                        *Attorneys for Plaintiff John Doe*

[1]