**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF ZOOM CONFERENCE DEPOSITION

**PLEASE TAKE NOTICE** that Plaintiff John Doe, by counsel, Nesenoff & Miltenberg LLP, will remotely by Zoom Conference take the deposition of Mitchell Elias Daniels Jr., on September 28, 2020, beginning at 8:00 a.m. (EST), with the witness in a safe place in or near Lafayette, Indiana 47902, before a notary public or other official authorized by law to administer oaths. You are invited to attend and take such part as may be proper.

Date: September 1, 2020

Respectfully submitted,
NESENOFF & MILTENBERG, LLP

By: /s/ *Philip A. Byler*

Philip A. Byler (pro hac vice admission)
Andrew T. Miltenberg (pro hac vice admission)
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
***Attorneys for Plaintiff John Doe***

EXHIBIT A

TO:   William P. Kealey
        Tyler L. Jones
        Stuart & Branigin LLP
        300 Main Street – Suite 900
        P.O. Box 1010
        Lafayette, Indiana 47902-1010
        (212) 423-1561
        wpk@stuartlaw.com
        tlj@stuartlaw.com
        ***Attorneys for Defendants***