IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.,** in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, ) | |
| **KATHERINE SERMERSHEIM**, in her official capacity ) | |
| at Purdue University, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 37-1(a) CERTIFICATION REGARDING
## DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Local Rule 37-1(a), Defendants certify that Defendants have attempted to confer with Plaintiff in an effort to resolve the matters in Defendants' Motion for Entry of Protective Order without involving the Court, as follows:

1. On September 2, 2020, Plaintiff served a "Notice of Zoom Conference Deposition" for Defendant Mitch Daniels for September 28, 2020.

2. On September 4, 2020, Defendants' counsel, William P. Kealey, emailed a letter to Plaintiff's Counsel, Philip A. Byler. See **Exhibit A**. The letter states: "[Plaintiff has] deposed the highest-ranking administrators involved in the events alleged in the Amended Complaint. None of your written discovery is directed to the personal knowledge of President Daniels. What 'needed information' have you been unable to obtain short of a deposition of President Daniels?" *Id.* (quoting *Todd v. Ocwen Loan Servicing*, 2019 U.S. Dist. LEXIS 229505, *9 (S.D. Ind. Dec. 13, 2019)).

3. On September 8, after not receiving a response, Mr. Kealey forwarded a draft motion for protective order to Mr. Byler and advised Mr. Byler that he was prepared to file it on Friday (September 11, 2020) but that he was available to discuss the issues. Mr. Byler's response did not indicate any interest in discussion; Mr. Byler stated his intent to "fully brief[]" the issue for the Court. See **Exhibit B**.

4. On September 10, Mr. Byler emailed a letter to Defendants' counsel, rejecting the defense request to forego deposition of President Daniels. See **Exhibit C**.

Dated: September 11, 2020

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey, Attorney No. 18973-79
Tyler L. Jones, Attorney No. 34656-29
James F. Olds, Attorney No. 27989-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

#1308576