**Jones, Tyler L.**

| | |
|---|---|
| **From:** | Byler <philb@optonline.net> |
| **Sent:** | Tuesday, September 8, 2020 5:42 PM |
| **To:** | Kealey, William P.; Phil Byler |
| **Cc:** | Jones, Tyler L. |
| **Subject:** | RE: Doe v Purdue Notices of Deposition |

Bill:

When you say filing, I presume you mean filing with the Court on Friday that would give me two weeks to respond and a week for your reply? The matter should be fully briefed for the Court.

Phil Byler

> On September 8, 2020 at 3:56 PM "Kealey, William P." <WPK@stuartlaw.com> wrote:
>
> Phil,
>
> See the attached draft motion for protective order. I have calendared the motion for filing on Friday. I am available to discuss the matter.
>
> Bill
>
> **William P. Kealey**
> Stuart & Branigin LLP
> (765) 428-7077
>
> **From:** Kealey, William P.
> **Sent:** Friday, September 4, 2020 4:44 PM
> **To:** Byler <philb@optonline.net>; Phil Byler <pbyler@nmllplaw.com>
> **Cc:** Jones, Tyler L. <TLJ@stuartlaw.com>
> **Subject:** RE: Doe v Purdue Notices of Deposition
>
> Phil,
>
> Please see my attached correspondence.

1

**EXHIBIT B**

Bill

**William P. Kealey**
Stuart & Branigin LLP
(765) 428-7077

**From:** Byler <philb@optonline.net>
**Sent:** Wednesday, September 2, 2020 3:24 PM
**To:** Kealey, William P. <WPK@stuartlaw.com>; Jones, Tyler L. <TLJ@stuartlaw.com>
**Subject:** Doe v Purdue Notices of Deposition

Bill & Tyler:

Attached are two Notices of Deposition.

Phil Byler

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.