# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

John Doe

v.

Purdue University, et al.

Cause No. 17-CV-00033

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Family Concern Counseling, Mr. Noel Perry (both non-parties)

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Winters   First Name: Paul   Middle Name/Initial: Zachary

Generation (Sr, Jr, etc):

Firm Name: Wagenmaker & Oberly

Street Address: 53 W. Jackson Blvd   Suite/Room No.: Suite 1734

City: Chicago   State: IL   Zip: 60604

Office Telephone No.: (312) 626-1600   Fax No.: (312) 626-1610

E-Mail Address: paul@wagenmakerlaw.com

**EDUCATION:**

College: Virginia Polytechnic Institute and State Univ.   Degree: BA English   Year Completed: 1988

Law School: DePaul University College of Law   Year Graduated: 2012

Other Post-Graduate Schooling: Trinity Evangelical Divinity School, Master of Divinity, 1994

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 2012 | Active | 6310511 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US District Court Northern District of Illinois | 2013 | Active - General Bar |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Paul Z. Winters, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: September 22, 2020

_____
Signature of Applicant

Print Form

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

Print Form

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Paul Winters
Wagenmaker & Oberly, LLC
53 W. Jackson Boulevard, Suite 1734
Chicago, IL 60604

**Via Electronic Mail**

Chicago
Tuesday, September 22, 2020

In re:   Paul Zachary Winters
Admitted: 11/01/2012
Attorney No. 6310511

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By: **/s/ Darryl R. Evans**
Darryl R. Evans
Senior Deputy Registrar

DRE