UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

John Doe

v.

Purdue University, et al.

Cause No. 2:17-cv-00033-JPK

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Family Concern Counseling, Mr. Noel Perry (both non-parties)

Party(s) Represented

Prefix (check one): ☐ Mr.  ☑ Ms.  ☐ Mrs.

Last Name: Wagenmaker   First Name: Sally   Middle Name/Initial: R.

Generation (Sr, Jr, etc):

Firm Name: Wagenmaker & Oberly, LLC
Street Address: 53 W. Jackson Blvd.   Suite/Room No.: Suite 1734
City: Chicago   State: IL   Zip: 60604
Office Telephone No.: 312-626-1600   Fax No.: 312-626-1610
E-Mail Address: sally@wagenmakerlaw.com

**EDUCATION:**
College: University of Mississippi   Degree: BA Music   Year Completed: 1987
Law School: Emory University School of Law   Year Graduated: 1990
Other Post-Graduate Schooling: N/A

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 1995 | Active, Good Standing | 6226526 |
| GA | 1990 | Inactive, Good Standing | 600789 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US District Court Northern District of Illinois | 1995 | Active - General Bar |
| US District Court Northern District of Georgia | 1992 | Active |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☑ No

Applicant: I, Sally R. Wagenmaker, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: September 28, 2020

_Sally R. Wagenmaker_
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____                    _____
                                                  Judge, U. S. District Court

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Sally R. Wagenmaker
Wagenmaker & Oberly, LLC
53 W. Jackson Blvd, Suite 1734
Chicago, IL 60604

**Via Electronic Mail**

Chicago
Monday, September 28, 2020

In re:   Sally R. Wagenmaker
Admitted: 02/28/1995
Attorney No. 6226526

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By: **/s/ Darryl R. Evans**
       Darryl R. Evans
       Senior Deputy Registrar

DRE

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Sally R. Wagenmaker
Wagenmaker & Oberly LLC
53 W Jackson Suite 1734
Chicago, IL 60604

**CURRENT STATUS:** Inactive Member-Good Standing
**DATE OF ADMISSION:** 11/16/1990
**BAR NUMBER:** 600789
**TODAY'S DATE:** 09/24/2020

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435