(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

John Doe

v.

Purdue University, et al.

Cause No. 2:17-cv-00033-JPK

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Family Concern Counseling, Mr. Noel Perry (both non-parties)

Party(s) Represented

Prefix (check one) ☐ Mr.  ✔ Ms.  ☐ Mrs.

Last Name: Wagenmaker    First Name: Sally    Middle Name/Initial: R.

Generation (Sr, Jr, etc):

Firm Name: Wagenmaker & Oberly, LLC
Street Address: 53 W. Jackson Blvd.    Suite/Room No.: Suite 1734
City: Chicago    State: IL    Zip: 60604
Office Telephone No.: 312-626-1600    Fax No.: 312-626-1610
E-Mail Address: sally@wagenmakerlaw.com

**EDUCATION:**

College: University of Mississippi    Degree: BA Music    Year Completed: 1987
Law School: Emory University School of Law    Year Graduated: 1990
Other Post-Graduate Schooling: N/A

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 1995 | Active, Good Standing | 6226526 |
| GA | 1990 | Inactive, Good Standing | 600789 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US District Court Northern District of Illinois | 1995 | Active - General Bar |
| US District Court Northern District of Georgia | 1992 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☑ No

Applicant: I, Sally R. Wagenmaker, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: September 28, 2020

*Sally R. Wagenmaker* (signature)
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:   9/29/2020                                                /s/Joshua P. Kolar
                                                                                    Judge, U. S. District Court

Revised 06/05/2013