# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate to the following and respectfully request that the Court modify the case management order (ECF No. 88) as follows:

1. On May 26, 2020, this Court entered its Minute Order (ECF No. 88) which specifies: "The fact discovery deadline is EXTENDED to 9/30/2020. Plaintiff's expert witness disclosures and reports to be delivered to Defendants by 12/11/2020. Defendants' expert witness disclosures and reports to be delivered to Plaintiff by 1/29/2021. Objections to expert witnesses due by 4/30/2021. Dispositive motions to be filed by 4/30/2021."

2. On September 14, 2020, the Court directed (ECF No 112) counsel for the parties meet and confer regarding adjustment to discovery deadlines and on September 24, 2020, the Court

[1]

again directed (ECF No 117) the parties the parties meet and confer regarding adjustment to discovery deadlines.

3. The undersigned conferred via telephone on May 25 and 29, 2020 and concluded that an extension to Friday, October 30, 2020 is necessary for completion of fact discovery.

4. Accordingly, the parties agree to the following:

• All fact discovery to be completed by Friday, October 30, 2020;

• The remainder of the deadlines set forth in Case Management Plan (ECF No 88) are unchanged.

5. The parties represent that this Motion is not made for the purposes of delay and is intended solely to facilitate the parties' efforts to collaborate in conducting discovery and preparing this case for resolution.

Date: September 29, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Byler | /s/ William P. Kealey |
| Philip A. Byler (pro hac vice) | William P. Kealey (18973-79) |
| Andrew T. Miltenberg | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | Stuart & Branigin, LLP |
| 363 7th Ave 5th floor, | 300 Main St., Ste. 900 P.O. Box 1010 |
| New York, NY 10001 | Lafayette, IN 47902-1010 |
| Email: pbyler@nmllplaw.com | Email: wpk@stuartlaw.com |
| amiltenberg@nmllplaw.com | tlj@stuartlaw.com |
| Telephone: 212-736-4500 | Telephone: 765-423-1561 |
| Attorneys for Plaintiff | Attorneys for Defendants |