IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) No. 2:17-cv-33-JPK |
| Defendants. | ) |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' RESPONSE TO NON-PARTIES' MOTION TO QUASH**

Come now Defendants, by counsel, and pursuant to N.D. Ind. L.R. 5-4 (a)(8) submit their Index in Support of its Response to Non-Parties' Motion to Quash as follows:

**EXHIBIT A:**  Plaintiff's Initial Disclosures

**EXHIBIT B:**  Plaintiff's Amended Initial Disclosures

**EXHIBIT C:**  Plaintiff's Second Amended Initial Disclosures

**EXHIBIT D:**  Plaintiff's Deposition Excerpts – pp. 148-155, 191

**EXHIBIT E:**  Email from Defendants' counsel to Plaintiff's counsel dated August 21, 2020; and Email from Plaintiff's counsel to Defendants' counsel dated August 31, 2020

**EXHIBIT F:**  Declaration of Pam Gellenbeck

**EXHIBIT G:**  Declaration of Jay Saine, Process Server

**EXHIBIT H:**  Proof of Service

1

| | |
|---|---|
| **EXHIBIT I:** | Valparaiso Police Department Report |
| **EXHIBIT J:** | Plaintiff's Objections and Responses to Defendants' First Request for Production of Documents |

Dated: October 7, 2020

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey, Attorney No. 18973-79
Tyler L. Jones, Attorney No. 34656-29
James F. Olds, Attorney No. 27989-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

1330820