IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PURDUE UNIVERSITY, PURDUE UNIVERSITY | ) | |
| BOARD OF TRUSTEES, MITCHELL ELIAS | ) | |
| DANIELS, JR., in his official capacity as President of | ) | |
| Purdue University, ALYSA CHRISTMAS ROLLOCK, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) | |
| KATHERINE SERMERSHEIM, in her official capacity | ) | |
| at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF PAM GELLENBECK

I, Pam Gellenbeck, being duly sworn on my oath declare as follows:

1.  I am an adult resident of Indiana and I have personal knowledge of the facts stated in this declaration.

2.  I am employed as a Paralegal for Stuart & Branigin law firm in Lafayette, Indiana.

3.  On September 1, 2, and 3, 2020 I contacted Noel Perry's office to obtain his availability for a deposition in this case.  I left messages on Mr. Perry's voice mail to return my call.  In addition, I provided Mr. Perry with my email address on voice mail in attempt to offer another form of communication that might be more convenient.

4.  On September 3, 2020 at 7:50 p.m. Mr. Perry left me a voice mail message indicating he was returning my call.

5.  On September 11, 2020, I phoned Mr. Perry and left a voice mail message.

6.  After all of my attempts, I was unable to speak to Mr. Perry to schedule his deposition.

EXHIBIT F

I declare under the penalties of perjury that the foregoing facts are true.

Date: /0 - 7 - 2020

PAM GELLENBECK

#1329472