**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK,** | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM,** in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DECLARATION OF JAY SAINE

I, Jay Saine, being duly sworn on my oath declare as follows:

1. I am an adult resident of Indiana and I have personal knowledge of the facts stated in this declaration.

2. I am employed as a Process Server for Lake County Civil Process Service in Valparaiso, Indiana.

3. I was retained by the firm of Stuart & Branigin to effect personal service on Mr. Noel Perry of Family Concern Counseling in Valparaiso, Indiana.

4. On or about September 15 or 16, 2020, I called Family Concern Counseling and asked when Mr. Perry would be available because I needed to effect service on him. The staff answering the call refused to answer my question and represented that Mr. Perry no longer worked at the office.

1

EXHIBIT G

5. On September 17, 2020, I arrived at Family Concern Counseling's offices in Valparaiso, Indiana, with my associate Will Sheehan. There are two buildings.

6. I went to the main entrance of the main building and knocked on the door. A female staff member answered the door.

7. I identified myself and I explained that I was there to effect personal service on Noel Perry.

8. I asked the staff member if she could accept service on behalf of Mr. Perry, but she stated that she could not.

9. I asked the staff member if Mr. Perry was available and she indicated that she did not know and that if he was busy.

10. I went back out and observed that Mr. Perry's name was listed on the other building.

11. I could see a man through the glass who resembled Mr. Perry. I compared him to the picture available on Family Concern Counseling's website and confirmed that this was the same man.

12. I went up to Mr. Perry's cracked door and knocked. I announced that I was there to serve him with a federal subpoena.

13. After doing so, Mr. Perry shut his door and did not respond.

14. I waited three minutes and then knocked again, repeating that I was there to serve Mr. Perry.

15. After doing this, I heard Mr. Perry lock the door and saw him pick up his cell phone. I could hear him call the police through the glass.

16. To deescalate the situation, I went and waited outside.

2

17. When the police arrived, I informed them who I was, what had happened, and why I was there.

18. The police officer and I went inside and the officer knocked on Mr. Perry's door.

19. Mr. Perry opened the door and the police officer explained to Mr. Perry that I was there to serve him with a subpoena.

20. At that point, I walked towards Mr. Perry and the officer and attempted to hand Mr. Perry the subpoena.

21. Mr. Perry pushed the subpoena away with his hand/arm and refused to take it.

22. The police officer then grabbed the subpoena and placed it inside Mr. Perry's office as he was trying to close the door.

23. After this, I prepared a Proof of Service, a true and accurate copy of which is attached hereto as **Exhibit A**.

24. I added additional notes to my Proof of Service, outlining what had occurred.

I declare under the penalties of perjury that the foregoing facts are true.


Date: 10-7-2020

JAY SAINE

#1328926

3

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17-cv-33-JPK

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* NOEL PERRY, MA

on *(date)* 09/15/2020 .

☑ I served the subpoena by delivering a copy to the named person as follows: NOEL PERRY, MA

2004 VALPARAISO ST, VALPARAISO,IN 46383

_____ on *(date)* 09/17/2020 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2020

_____
*Server's signature*

Jay Saine Process Server
_____
*Printed name and title*
1450 E Joliet ST
Crown Point, In 46307

_____
*Server's address*

Additional information regarding attempted service, etc.:
Upon getting to the business. I spoke with a female who stated she could not take the papers and that Noel Perry was busy and she was not sure if he was even in. I then walked over to the other building and found a man inside a office, the name tag on the door stated Noel Perry, I then saw the man who I knew was Noel Perry based of his photo from the business website. I then knocked on the door he then shut the door and locked it. I then knocked again and he called the police. Once the officer got there. I explained what I was doing there. We both went inside. She knocked on the door and he opened it and started yelling at her. I then handed him the Subpoena and we then left.

EXHIBIT A