AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17-cv-33-JPK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* NOEL PERRY, MA
on *(date)* 09/15/2020 .

☑ I served the subpoena by delivering a copy to the named person as follows: NOEL PERRY, MA
2004 VALPARAISO ST, VALPARAISO, IN 46383
on *(date)* 09/17/2020 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2020

*Server's signature*

Jay Saine Process Server
*Printed name and title*
1450 E Joliet ST
Crown Point, In 46307

*Server's address*

Additional information regarding attempted service, etc.:
Upon getting to the business. I spoke with a female who stated she could not take the papers and that Noel Perry was busy and she was not sure if he was even in. I then walked over to the other building and found a man inside a office, the name tag on the door stated Noel Perry, I then saw the man who I knew was Noel Perry based of his photo from the business website. I then knocked on the door he then shut the door and locked it. I then knocked again and he called the police. Once the officer got there. I explained what I was doing there. We both went inside. She knocked on the door and he opened it and started yelling at her. I then handed him the Subpoena and we then left.

EXHIBIT H