## Detailed History for Police Event #200107385 As of 9/30/2020 10:19:24

Output for: S170

Priority:1 Type:P107 - TRESPASS
Location:2004 N VALPARAISO ST #B, VAL btwn E GLENDALE BLVD and ALBERT ST
Info:FAMILY CONCERN COUNSELING

| Created: | 09/17/2020 13:18:53 | CAD2 | C131 |
|---|---|---|---|
| Entered: | 09/17/2020 13:20:21 | CAD2 | C131 |
| Dispatch: | 09/17/2020 13:21:13 | CAD5 | C146 |
| Enroute: | 09/17/2020 13:21:19 | VP085 | VPD63 |
| Onscene: | 09/17/2020 13:22:53 | VP085 | VPD63 |
| Control: | 09/17/2020 13:24:11 | CAD5 | C146 |
| Closed: | 09/17/2020 13:29:51 | VP085 | VPD63 |

ICUnit: PrimeUnit:V63 Dispo:C Type:P107 - TRESPASS
Agency:VP Group:VP Beat:VPN Zone:VP1
Case #:VP2022033    ☐ Detail

| Time | Action | Details |
|---|---|---|
| 13:18:53 | CREATE | Location:2004 N VALPARAISO ST #B, VAL Type:P105 Info:FAMILY CONCERN COUNSELING Name:NOEL PERRY-COUNSELOR RPaddr:1209 E LINCOLNWAY, VAL Phone:219/916-2001 Source:WRLS Group:VP Area:VP1 TypeDesc:SUSP.PER./VEHICLE LocDesc:btwn E GLENDALE BLVD and ALBERT ST Priority:3 Agency:VP LocType:S |
| 13:18:53 | ALI | E911Phne:219/916-2001 E911Pilot:219/511-0246 E911Add:1209 E LINCOLNWAY, VAL E911Subs:VERIZON E911Srce:WRLS Tower:VERIZ Sector:W SECTOR AliLong:-87.044141 AliLatitude:41.468679 |
| 13:19:07 | ALI | E911Phne:219/916-2001 E911Pilot:219/511-0246 E911Add:1209 E LINCOLNWAY, VAL E911Subs:VERIZON E911Srce:WPH2 Tower:VERIZ Sector:W SECTOR AliLong:-87.055857 AliLatitude:41.487004 Uncertainty:27 Confidence:90 |
| 13:19:07 | ALIGEO | GeoLong:-87.055857 GeoLat:41.487004 ClosestAdd:414 ALBERT ST AddDesc:99 ft S ClosestInt:ALBERT ST / N VALPARAISO ST InterDesc:143 ft SE Area1:VP1 Area2:VF2EC Area3:VF2EC |
| 13:20:21 | ENTRY | Response:None-->P1 Comment:ADV'D THERES A MIDDLE AGED W/M BANGING ON DOOR / DOES NOT KNOW WHO IT COULD BE |
| 13:20:21 | -NPREMS | Comment:(none) |
| 13:20:48 | INFO | Comment:MALE IS WEARING GRY SHIRT / GRY HAT / SUN GLASSES / BLUE BANDANA |
| 13:20:54 | SELECT | |
| 13:21:07 | CHANGE | Type:P105-->P107 Priority:3-->1 TypeDesc:SUSP.PER./VEHICLE-->TRESPASS Comment:CAN SEE |
| 13:21:13 | DISP | V63 Operator:VPD63 OperNames:KODICEK,MICHELLE |
| 13:21:13 | -PRIU | V63 |
| 13:21:13 | -CASE | V63 Inc#:VP2022033 |
| 13:21:19 | *ENRTE | V63 |
| 13:21:33 | INFO | Comment:CAN SEE HIM THROUGH A WINDOW / MALE IS PASSED THE LOBBY IN HALLWAY BY THE OFFICES |
| 13:21:39 | ENRTE | V63 |
| 13:21:43 | *ENRTE | V63 |
| 13:22:21 | BACKER | V146 UnitID:V63 Location:2004 N VALPARAISO ST #B, VAL Operator:VPD146 OperNames:HALL,CALEB |
| 13:22:24 | INFO | Comment:DOOR MUST HAVE BEEN LEFT UNLOCKED BY PRIOR CLIENT / DOES NOT KNOW HOW HE GOT IN AND IS WANTING HIM ESCORTED OFF THE PROPERTY IMMEDIATELY |
| 13:22:31 | INFO | Comment:NO FLU SYMPTOMS |

EXHIBIT I

| Time | Event | Details |
|---|---|---|
| 13:22:31 | NOMORE | |
| 13:22:53 | *ONSCN | V63 |
| 13:24:11 | OK | V63 |
| 13:25:12 | *CLEAR | V146 |
| 13:25:19 | MISC | V63 Comment:NO FURTHER NEEDED. SUBJ WAS SERVING SUPENA. NO FURTHER NEEDED |
| 13:27:59 | *MISC | V63 Comment:THE MALE IN QUESTION WAS ON PREMISE TO SERVE A FEDERAL SUBPOENA TO NOEL PERRY. I KNOCKED ON THE DOOR TO PERRY'S OFFICE AND ASKED HIM TO COME OUT AND SPEAK WITH ME AT WHICH TIME PERRY OPENED THE DOOR AND STATED HE WAS WITH A CLIENT AND DID NOT WANT TO SPEAK WITH ME. I ATTEMPTED TO HAND THE SUBPOENA TO HIM AT WHICH TIME PERRY STARTED TO CLOSE THE DOOR ON ME. I PLACED THE SUBPOENA IN THE DOOR AS IT WAS BEING CLOSED SO PERRY COULD RETRIEVE IT AFTER SPEAKING WITH HIS CLIENT. PERRY WATCHED ME PLACE THE SUBPEONA IN THE DOOR. |
| 13:29:51 | *CLEAR | V63 Dispo:C Comment:PERRY WAS TRYING TO BE SERVED WITH A FEDERAL SUBPEONA AND HE REFUSED TO OPEN THE DOOR AND TAKE IT FROM THE PERSON SERVING HIM. WHEN I KNOCKED ON THE DOOR TO SPEAK WITH PERRY AND ADVISE HIM WHAT WAS HAPPENING, HE REFUSED TO COME OUT AND SPEAK WITH ME AND HE REFUSED TO TAKE THE SUBPEONA I WAS HANDING HIM. I MADE SURE THE SUBPOENA WAS PLACED IN THE DOOR TO PERRY'S OFFICE AS HE CLOSED IT SO THAT HE HAD THE SUBPEONA. |
| 13:29:51 | -PRIU | V63 |
| 13:29:51 | -CLEAR | |
| 13:29:51 | *CLOSE | |

**CONTACT INFO:**

| Name | Phone | RPaddr | Weapon? | Drugs? | Alcohol? |
|---|---|---|---|---|---|
| NOEL PERRY-COUNSELOR | 219/916-2001 | 1209 E LINCOLNWAY, VAL | | | |