IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PURDUE UNIVERSITY, PURDUE ) | |
| UNIVERSITY BOARD OF TRUSTEES, ) | |
| MITCHELL ELIAS DANIELS, JR., in ) | |
| his official capacity as President of Purdue ) | No. 2:17-cv-33-JPK |
| University, ALYSA CHRISTMAS ) | |
| ROLLOCK, in her official capacity at ) | |
| Purdue University, KATHERINE ) | |
| SERMERSHEIM, in her official capacity ) | |
| at Purdue University, ) | |
| ) | |
| Defendants. ) | |

**NON-PARTIES FAMILY CONCERN COUNSELING AND MR. NOEL PERRY N.D.
<u>Ind. L.R. 37-1 CERTIFICATION</u>**

Non-parties Family Concern Counseling and Mr. Noel Perry, by counsel, pursuant to N.D. Ind. L.R. 37-1 certify that counsel for non-parties has conferred in good faith or attempted to confer with Defendants' counsel, William Kealey, in an effort to resolve the matter raised in non-parties' Motion to Quash Subpoena for non-party Noel Perry to testify at a deposition. In support of said Certification, Attorney Wagenmaker states as follows.

1. On September 21, 2020 at 9:31 a.m. Central Time, attorney Clyde Taylor, an associate at my firm, placed a telephone call from his office in Chicago, IL, to Attorney William Kealey in Lafayette, IN, in reference to the above-referenced subpoena, at my express direction, and as further described herein.

2. During that phone call, Attorney Taylor advised Attorney Kealey as follows:

1

a. Attorney Taylor's law firm, Wagenmaker & Oberly, represents Family Concern Counseling and their employee, Noel Perry.

b. Attorney Taylor was in receipt of the subpoena served on Mr. Perry.

c. Family Concern Counseling and Mr. Perry object to the subpoena on numerous grounds including untimeliness, improper service, and privilege.

d. Counsel for Family Concern Counseling and Mr. Perry would send Attorney Kealey a letter, pursuant to Fed. R. Civ. P. 45(c)(2)(B), objecting to the subpoena's request for Mr. Perry to produce "any and all medical records pertaining to your care and treatment of [John Doe.]"

e. Counsel for Family Concern Counseling and Mr. Perry would file a Motion to Quash the command for Mr. Perry to appear for a deposition on September 24, 2020, unless Attorney Kealey agreed to withdraw the subpoena.

3. Attorney Kealey indicated that he would not withdraw the subpoena.

4. Attorney Taylor then advised Attorney Kealey that counsel for Family Concern Counseling and Mr. Perry would file a Motion to Quash the command for Mr. Perry to appear for a deposition, in accordance with Fed. R. Civ. P. 45(d)(3), prior to the date to appear.

Respectfully submitted,

By: *Sally R. Wagenmaker*
Sally R. Wagenmaker
Attorney at Law
Wagenmaker & Oberly
53 W. Jackson Blvd., Suite 1734
Chicago, IL 60604
312-626-1600 (phone)
312-626-1610 (fax)
sally@wagenmakerlaw.com