# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **UNOPPOSED MOTION TO EXTEND**

Plaintiff, John Doe, by counsel and with the consent of Defendants' counsel, move for an extension for Plaintiffs' Response to Defendants' Third Set of Interrogatories. The current deadline is October 19, 2020. The new deadline would be October 30, 2020. Counsel for Defendants consents to this extension. Defendants' Third Set of Interrogatories are contention interrogatories more appropriate for response at the end of discovery.

Date: October 14, 2020

Respectfully submitted,
/s/ Philip A. Byler
Philip A. Byler (pro hac vice)
Andrew T. Miltenberg
Nesenoff & Miltenberg LLP
363 7th Ave, 5th floor
New York, NY 10001
Email: pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
Telephone: 212-736-4500
Attorneys for Plaintiff