IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PURDUE UNIVERSITY, PURDUE | ) |
| UNIVERSITY BOARD OF TRUSTEES, | ) |
| MITCHELL ELIAS DANIELS, JR., in | ) |
| his official capacity as President of Purdue | ) No. 2:17-cv-33-JPK |
| University, ALYSA CHRISTMAS | ) |
| ROLLOCK, in her official capacity at | ) |
| Purdue University, KATHERINE | ) |
| SERMERSHEIM, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

**INDEX OF EXHIBITS IN SUPPORT OF MOVANTS' REPLY BRIEF
TO MOVANT'S MOTION TO QUASH SUBPOENA TO MR. NOEL PERRY**

Come now Non-Parties Family Concern Counseling and Mr. Noel Perry, by counsel, and pursuant to N.D. Ind. L.R. 5-4 (a)(8) submit their Index in Support of their Reply Brief to Movant's Motion to Quash Subpoena to Mr. Noel Perry, as follows:

| | |
|---|---|
| **EXHIBIT A:** | Declaration of Noel Perry |
| **EXHIBIT A, Attachment 1:** | Perry Call Log |
| **EXHIBIT A, Attachment 2:** | COVID Entry Sign |
| **EXHIBIT B:** | Declaration of Elise Juhl |
| **EXHIBIT C:** | Declaration of Brenda Morris |

1

Respectfully submitted,

By: /s/ Sally R. Wagenmaker

Sally R. Wagenmaker
Attorney at Law
Wagenmaker & Oberly
53 W. Jackson Blvd., Suite 1734
Chicago, IL 60604
312-626-1600 (phone)
312-626-1610 (fax)
sally@wagenmakerlaw.com