IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PURDUE UNIVERSITY, PURDUE | ) |
| UNIVERSITY BOARD OF TRUSTEES, | ) |
| MITCHELL ELIAS DANIELS, JR., in | ) |
| his official capacity as President of Purdue | ) No. 2:17-cv-33-JPK |
| University, ALYSA CHRISTMAS | ) |
| ROLLOCK, in her official capacity at | ) |
| Purdue University, KATHERINE | ) |
| SERMERSHEIM, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ELISE JUHL

I, Elise Juhl, being duly sworn on my oath declare as follows.

1. I am an adult residing in the state of Indiana and under no legal disability.

2. I have personal knowledge of the facts stated in this declaration.

3. I am employed as a front office receptionist with Family Concern Counseling ("FCC").

4. On September 15th and 16th, 2020 I was serving in my role as a receptionist at FCC's offices located at 2004 Valparaiso Street in Valparaiso, IN.

5. I worked from approximately 9 am until 5 pm on both September 15th and September 16th.

6. Other than a few short breaks of approximately five minutes each, I remained at

1

Doe v. Purdue University et al. (2:17-cv-33-JPK)
Reply in Support of Motion to Quash Subpoena
Exhibit B: Declaration of Elise Juhl

my desk from 9 am until 5 pm on both September 15th and September 16th and answered all phone calls placed to FCC's main number for its Valparaiso office.

7. At no time on either September 15th or September 16th did I receive a phone call from anyone inquiring if Noel Perry worked at FCC, what Mr. Perry's office hours or availability were, which building Mr. Perry works in, or requesting any other information in relation to Mr. Perry.

I declare under the penalties of perjury that the foregoing facts are true.

Date: 10/14/2020                                  *[signature: Elise Juhl]*

2

Doe v. Purdue University et al. (2:17-cv-33-JPK)
Reply in Support of Motion to Quash Subpoena
Exhibit B: Declaration of Elise Juhl