IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PURDUE UNIVERSITY, PURDUE | ) |
| UNIVERSITY BOARD OF TRUSTEES, | ) |
| MITCHELL ELIAS DANIELS, JR., in | ) |
| his official capacity as President of Purdue | ) No. 2:17-cv-33-JPK |
| University, ALYSA CHRISTMAS | ) |
| ROLLOCK, in her official capacity at | ) |
| Purdue University, KATHERINE | ) |
| SERMERSHEIM, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF BRENDA MORRIS

I, Brenda Morris, being duly sworn on my oath declare as follows.

1. I am an adult residing in the state of Indiana and under no legal disability.

2. I have personal knowledge of the facts stated in this declaration.

3. I am employed as receptionist with Family Concern Counseling ("FCC").

4. On September 17, 2020, while acting in my role as a receptionist at FCC offices located at 2004 Valparaiso Street in Valparaiso, I heard someone knock on the front door of FCC's main building, Building A.

5. FCC's current practice is to keep all exterior doors locked in response to the risk of COVID-19.

6. I unlocked the door and opened it a bit. A man dressed in sweatpants and a T-shirt

1

Doe v. Purdue University et al. (2:17-cv-33-JPK)
Reply in Support of Motion to Quash Subpoena
Exhibit C: Declaration of Brenda Morris

told me he needed to drop off some paperwork and a check for Noel Perry.

7. I asked him if it was paperwork for a client.

8. He said no, that it was personal and that it was a subpoena.

9. I told him that I was unable to accept anything other than client paperwork for a counselor, and that I am not authorized to accept personal documents for counselors.

10. The man did not ask me if I would accept service of the subpoena on behalf of Mr. Perry.

11. I made no comment to the man regarding whether or not Mr. Perry was or was not available.

12. The man asked my name, made a note of it, and left.

13. The man did not provide any name or identification for himself.

I declare under the penalties of perjury that the foregoing facts are true.

Date: 10-14-20                         *Brenda Morris*

2

Doe v. Purdue University et al. (2:17-cv-33-JPK)
Reply in Support of Motion to Quash Subpoena
Exhibit C: Declaration of Brenda Morris