```
 1              well.
 2      Q       And what were they?
 3      A       There was an Instagram download that I was prompted
 4              by your friend to download and send and I did that,
 5              and I looked over that.  And there was a Snapchat
 6              filed that I was also directed to download and
 7              send, and that I did not send, but I did look at it
 8              as I reviewed with my lawyer whether or not we
 9              should send that, whether it was relevant to the
10              case or not.
11                  I did not review it specifically for this
12              deposition, but it was fairly recently that I did
13              look at it.
14      Q       When you looked at the Snapchat file, what did you?
15      A       Metadata.
16      Q       Can you be more specific?
17      A       There is a list of very small files that contains
18              no content, there are no messages, no pictures, no
19              videos on that Snapchat file that they allow you to
20              download.  It only contains time stamped metadata
21              for the past 30 days from the time that the file
22              was downloaded.  And I assume that's from the
23              servers.
24                  So there is a file that has time stamps for
25              all the chats that I've sent and received to the
```

Page 11

1       people on my friends list within the 30-day time
2       period.  There is a list of content received.  It
3       just says video or a photo and the time that it was
4       sent or received.
5           And there was a file with location data of all
6       of the devices that I've used to access my Snapchat
7       account, I think, over its lifetime.  And there was
8       a file for all of the people on my friends list as
9       well.
10          So there were more files that were empty from
11      my download.  So I don't recall what placeholders
12      were because they weren't relevant to my file.  But
13      the entire file was less than several megabytes.
14      It didn't contain any content of any sort.
15  Q   What other electronic media did you review on your
16      computer or phone?
17  A   Well, my Instagram account also had a download from
18      the Instagram servers.  And the Instagram download
19      was something that did contain content.  That's
20      something that I did send along to you.
21          And it contains all of the pictures that I've
22      posted over the course of the account and all of
23      pictures and videos that I've posted to my story.
24      And that is what I remember.  It was mostly those
25      things.  So I can't recall the other details of