

# Memories

This section includes information about Memories you've saved in Snapchat. Download was made available to you.

Login History and Account Information

Snap History

Chat History

Our Story and Crowd-Sourced Content

Purchase History

Shop History

Snapchat Support History

User Profile

Friends

Ranking

Story History

Account History

Location

Search History

Terms History

Subscriptions

Bitmoji

In-app Surveys

| Date | Media Type |
|---|---|
| 2020-06-02 20:41:40 UTC | VIDEO |
| 2020-05-03 07:59:16 UTC | VIDEO |
| 2020-04-05 22:23:22 UTC | VIDEO |
| 2020-03-16 01:29:36 UTC | PHOTO |
| 2020-02-20 00:22:45 UTC | PHOTO |
| 2020-02-08 06:31:54 UTC | VIDEO |
| 2020-01-21 07:23:48 UTC | PHOTO |
| 2020-01-09 12:46:17 UTC | VIDEO |
| 2019-11-21 23:37:04 UTC | VIDEO |
| 2019-11-07 00:14:38 UTC | VIDEO |
| 2019-11-07 00:14:06 UTC | VIDEO |
| 2019-10-28 18:07:34 UTC | PHOTO |
| 2019-10-19 07:08:21 UTC | VIDEO |
| 2019-10-19 07:08:07 UTC | VIDEO |
| 2019-10-16 09:27:25 UTC | VIDEO |

EXHIBIT C

| Reported Content | | |
|---|---|---|
| Bitmoji Kit | 2019-10-16 09:27:11 UTC | VIDEO |
| Connected Apps | 2019-10-05 01:37:42 UTC | VIDEO |
| Talk History | 2019-09-28 00:30:34 UTC | VIDEO |
| Ads Manager | 2019-09-28 00:30:20 UTC | VIDEO |
| Snap Games and Minis | | |
| My Lenses | 2019-09-12 04:39:12 UTC | VIDEO |
| Memories | 2019-05-31 08:21:47 UTC | VIDEO |
| Cameos | 2019-05-31 08:21:35 UTC | VIDEO |
| Email Campaign History | 2019-05-11 02:34:35 UTC | PHOTO |
| Frequently Asked Questions | | |
| | 2019-04-09 05:20:08 UTC | PHOTO |
| | 2019-03-23 17:14:34 UTC | VIDEO |
| | 2019-02-20 02:54:00 UTC | VIDEO |
| | 2019-02-20 02:53:52 UTC | VIDEO |
| | 2019-02-20 02:53:42 UTC | VIDEO |
| | 2019-02-20 02:53:26 UTC | VIDEO |
| | 2019-02-20 02:52:43 UTC | VIDEO |
| | 2018-12-04 02:57:54 UTC | VIDEO |
| | 2018-11-09 01:14:18 UTC | VIDEO |
| | 2018-10-28 07:44:52 UTC | PHOTO |
| | 2018-10-21 06:58:35 UTC | VIDEO |

| Timestamp | Type |
|---|---|
| 2018-10-21 06:58:35 UTC | VIDEO |
| 2018-10-21 06:58:25 UTC | VIDEO |
| 2018-10-19 22:42:43 UTC | VIDEO |
| 2018-10-19 22:42:26 UTC | VIDEO |
| 2018-10-19 22:41:59 UTC | VIDEO |
| 2018-10-19 22:37:43 UTC | VIDEO |
| 2018-10-19 22:37:35 UTC | VIDEO |
| 2017-12-16 07:50:04 UTC | VIDEO |
| 2017-12-16 07:49:52 UTC | VIDEO |
| 2017-12-16 07:49:21 UTC | VIDEO |
| 2017-12-15 05:26:42 UTC | VIDEO |
| 2017-12-15 05:26:39 UTC | VIDEO |
| 2017-12-15 05:26:31 UTC | VIDEO |
| 2017-12-15 05:26:02 UTC | VIDEO |
| 2017-11-24 21:07:56 UTC | PHOTO |
| 2017-11-06 07:25:00 UTC | VIDEO |
| 2017-11-05 22:33:47 UTC | VIDEO |
| 2017-11-03 05:28:26 UTC | VIDEO |

| Date | Type |
|---|---|
| 2017-11-03 05:27:45 UTC | VIDEO |
| 2017-11-03 05:27:09 UTC | VIDEO |
| 2017-11-03 05:26:32 UTC | VIDEO |
| 2017-11-03 05:25:55 UTC | VIDEO |
| 2017-11-03 05:25:35 UTC | VIDEO |
| 2017-11-03 05:24:32 UTC | VIDEO |
| 2017-10-04 15:24:45 UTC | VIDEO |
| 2017-10-02 12:47:19 UTC | PHOTO |
| 2017-09-30 21:16:49 UTC | PHOTO |
| 2017-09-24 06:11:01 UTC | VIDEO |
| 2017-09-10 21:43:33 UTC | VIDEO |
| 2017-09-08 04:55:17 UTC | VIDEO |
| 2017-09-08 04:53:19 UTC | VIDEO |
| 2017-06-26 05:02:26 UTC | VIDEO |
| 2017-06-26 05:00:22 UTC | VIDEO |
| 2017-06-24 20:10:11 UTC | VIDEO |
| 2017-06-12 01:46:47 UTC | VIDEO |
| 2017-06-07 22:48:31 UTC | VIDEO |

| Timestamp | Type |
|---|---|
| 2017-05-29 02:25:23 UTC | VIDEO |
| 2017-05-23 21:26:45 UTC | VIDEO |
| 2017-05-20 16:21:41 UTC | VIDEO |
| 2017-05-13 18:46:02 UTC | PHOTO |
| 2017-04-06 02:51:59 UTC | VIDEO |
| 2017-03-18 18:24:09 UTC | PHOTO |
| 2017-01-17 09:30:54 UTC | PHOTO |
| 2017-01-17 08:28:56 UTC | PHOTO |
| 2017-01-17 08:28:53 UTC | VIDEO |
| 2017-01-17 08:28:49 UTC | VIDEO |
| 2017-01-12 22:07:26 UTC | VIDEO |
| 2016-12-12 03:04:41 UTC | PHOTO |
| 2016-11-25 22:12:49 UTC | PHOTO |
| 2016-10-21 03:29:35 UTC | VIDEO |
| 2016-09-30 16:39:54 UTC | VIDEO |
| 2016-09-11 18:50:05 UTC | VIDEO |
| 2016-09-09 20:26:14 UTC | PHOTO |