## **PLAINTIFF JOHN DOE ON SNAPCHAT PRODUCTION**

When I first received the initial zip file of metadata from Snapchat as per Purdue's request in July 2020, the html links in the file did not work for me. I tried accessing them on four different internet browsers (Google Chrome, Mozilla Firefox, Opera, and Microsoft Edge) with no success. I characterized as metadata the Snapchat zip file from the data I could access and read, and was not aware of the 7-day time limit for downloading and viewing memory files, as the html link for viewing them was not working in the first place.

"Memories_history" is the only link from the entire zip file with content for download. I was unaware of the 7-day time limit and content inclusion, as the html links were not working for me at the time that I received the file from Snapchat. So, my initial assessment that the July 2020 zip file was entirely comprised of metadata was technically right; however, the "memories_history" file gave the option to download files, though only for a 7-day span from the time a data request was fulfilled; I only learned of this 7 day time limit later after the time limit had already expired, which is why I re-produced a zip file to Defendants.

To produce, to Defendants, the 75 Snapchat pictures and videos that I have recently produced required getting another Snapchat data download, which I did.

The 75 pictures and videos from my memories on the Snapchat servers that have been produced to Defendants are random, irrelevant pieces of content that I saved over the past few years on my account. They are comprised of: my filming myself, friends, or family; clips of video games; and clips of movies/TV shows. There is nothing within these files remotely relevant to my court case.

Also, as for the 11 files no longer present in my memories and about which Defendants have complained: I did delete some files off of the Snapchat application on my phone at some point between zip file productions, with no idea that they would also be deleted from my Snapchat account and Snapchat servers entirely. As my cell phone slows down and fills up over time, I try to find ways to clear space and memory to keep its performance as optimized as possible. I deleted some images and videos off my phone that I did not care for anymore, without the realization that they held any relevance to the zip file productions, or that would be permanently deleted from the Snapchat account. Apparently, however, that was the effect of deleting files off my cell phone.

It was my understanding that the zip files Snapchat produces in response to data download requests were exclusively composed of metadata. As the html links were not working when I examined the zip file initially, and the file sizes were all mere kilobytes in size, I was under the impression that the zip file held no account content. Still, because I have never posted anything relevant to my court case on my social media, I can say that the 11 files were not material to this case. From what I remember, they were comprised of more pictures and video clips from video games and TV shows, a picture of my friend in a car as we drove to a creek, and a picture of a Walt Disney statue at Disney World.

- "Plaintiff John Doe"

EXHIBIT D