# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate to the following and respectfully request that the Court modify the case management order (ECF No. 88) as follows:

1. On May 26, 2020, the Court entered its Minute Order (ECF No. 88) which specifies: "The fact discovery deadline is EXTENDED to 9/30/2020. Plaintiff's expert witness disclosures and reports to be delivered to Defendants by 12/11/2020. Defendants' expert witness disclosures and reports to be delivered to Plaintiff by 1/29/2021. Objections to expert witnesses due by 4/30/2021. Dispositive motions to be filed by 4/30/2021." On September 30, 2020, the Court entered in its Minute Order (ECF 121) which specifies: "The fact discovery deadline is EXTENDED to 10/30/2020."

2. The parties, in discussions, have agreed that certain additional depositions need to be taken, including an investigator on Plaintiff's case who no longer works at Purdue but for another

[1]

university in Indiana and an employee of Taylor University, that additional time is also necessary in the event that Dr. Perry is to be deposed and Plaintiff is to provide additional time for deposition, and that additional time also needs to be allowed given the Covid-related restrictions have hindered the Parties' ability to schedule timely depositions with non-party witnesses and additional time also needs to be allowed for Covid-19 quarantines.

3. The undersigned conferred via telephone and e-mail correspondence, including on November 3 and 6, 2020, and concluded that extensions of time are necessary.

4. Accordingly, the parties agree to the following:

- All fact discovery to be completed by 12/21/2020;
- Plaintiff's expert witness disclosures and reports are to be delivered to Defendants by 01/25/2021;
- Defendants' expert witness disclosures and reports to be delivered to Plaintiff by 03/016/2021;
- The remainder of the deadlines set forth in Case Management Plan (ECF No 88) are unchanged.

5. The parties represent that this Motion is not made for the purposes of delay and is intended solely to facilitate the parties' efforts to collaborate in conducting discovery and preparing this case for resolution.

Date: November 16, 2020

Respectfully submitted,

/s/ Philip A. Byler
Philip A. Byler (pro hac vice)
Andrew T. Miltenberg
Nesenoff & Miltenberg LLP
363 7th Ave 5th floor,
New York, NY 10001
Email: pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
Telephone: 212-736-4500
Attorneys for Plaintiff

/s/ William P. Kealey
William P. Kealey (18973-79)
Tyler L. Jones (34656-29)
Stuart & Branigin, LLP
300 Main St., Ste. 900 P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tlj@stuartlaw.com
Telephone: 765-423-1561
Attorneys for Defendants