**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JOHN DOE, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>PURDUE UNIVERSITY, *et al.*, )<br>      Defendants. ) | CAUSE NO.: 2:17-CV-33-JPK |

### NOTICE TO COUNSEL

In anticipation of the upcoming hearing in this matter, set for January 27, 2021, the Court now provides notice to counsel regarding how the Court intends to proceed.

First, the Court intends to address the issue of redactions. Second, the Court will briefly address Defendants' pending motion for the issuance of a show cause order, filed at Docket Entry 133. Having reviewed the parties' filings on this issue, the Court believes that an evidentiary hearing is likely necessary. However, prior to ordering such a hearing, the Court will allow the parties to make any argument they wish concerning the need for an evidentiary hearing. The Court will also entertain any motions or agreements concerning the existing case management deadlines.

So ORDERED this 22nd day of January, 2021.

                                                          s/ Joshua P. Kolar
                                                        MAGISTRATE JUDGE JOSHUA P. KOLAR
                                                        UNITED STATES DISTRICT COURT