IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
|      Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) No. 2:17-cv-33-JPK |
|      Defendants. | ) |

**DEFENDANTS' SUBMISSION OF CORRECTED EXHIBIT C TO REQUEST FOR ISSUANCE OF ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S NON-COMPLIANCE WITH ORDER AND SPOLIATION OF EVIDENCE**

The Defendants, by counsel, submit the attached Exhibit C in support of its request of issuance of order to show cause regarding Plaintiff's non-compliance with order and spoliation of evidence as follows:

1.  On October 26, 2020, Defendants filed its Request of Issuance of Order to Show Cause Regarding Plaintiff's Non-Compliance with Order and Spoliation of Evidence [ECF No. 133].

2.  Defendants submitted Exhibit C [ECF No. 133-3] in support of their request.

3.  It has since come to Defendants' attention that a duplicate of Exhibit B [ECF No. 133-2] was mistakenly filed in place of the correct exhibit.

4.  Accordingly, Defendants now submit the correct Exhibit C in support of its Request [ECF No. 133].

1

Dated: January 26, 2021  Respectfully submitted,

*/s/ Tyler L. Jones*
William P. Kealey, Attorney No. 18973-79
Tyler L. Jones, Attorney No. 34656-29
James F. Olds, Attorney No. 27989-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tlj@stuartlaw.com
jfo@stuartlaw.com
Telephone: 765.423.1561
**Attorneys for Defendants**

#1354724