

## Memories

This section includes information about Memories you've saved in Snapchat. Download link was made available to you.

Login History and Account Information

Snap History

Chat History

Our Story and Crowd-Sourced Content

Purchase History

Shop History

Snapchat Support History

User Profile

Friends

Ranking

Story History

Account History

Location

Search History

Terms History

Subscriptions

Bitmoji

In-app Surveys

| Date | Media Type |
|---|---|
| 2020-06-02 20:41:40 UTC | VIDEO |
| 2020-05-03 07:59:16 UTC | VIDEO |
| 2019-11-21 23:37:04 UTC | VIDEO |
| 2019-11-07 00:14:38 UTC | VIDEO |
| 2019-11-07 00:14:06 UTC | VIDEO |
| 2019-10-28 18:07:34 UTC | PHOTO |
| 2019-10-19 07:08:21 UTC | VIDEO |
| 2019-10-19 07:08:07 UTC | VIDEO |
| 2019-10-16 09:27:25 UTC | VIDEO |
| 2019-10-16 09:27:11 UTC | VIDEO |
| 2019-10-05 01:37:42 UTC | VIDEO |
| 2019-09-12 04:39:12 UTC | VIDEO |
| 2019-05-31 08:21:47 UTC | VIDEO |
| 2019-05-31 08:21:35 UTC | VIDEO |
| 2019-03-23 17:14:34 UTC | VIDEO |

EXHIBIT C

| | | |
|---|---|---|
| Reported Content | | |
| Bitmoji Kit | 2019-02-20 02:54:00 UTC | VIDEO |
| Connected Apps | 2019-02-20 02:53:52 UTC | VIDEO |
| Talk History | 2019-02-20 02:53:42 UTC | VIDEO |
| Ads Manager | 2019-02-20 02:53:26 UTC | VIDEO |
| Snap Games and Minis | 2019-02-20 02:52:43 UTC | VIDEO |
| My Lenses | 2018-12-04 02:57:54 UTC | VIDEO |
| Memories | 2018-11-09 01:14:18 UTC | VIDEO |
| Cameos | 2018-10-28 07:44:52 UTC | PHOTO |
| Email Campaign History | 2018-10-21 06:58:35 UTC | VIDEO |
| Snap Tokens | 2018-10-21 06:58:25 UTC | VIDEO |
| Frequently Asked Questions | 2018-10-19 22:42:43 UTC | VIDEO |
| | 2018-10-19 22:42:26 UTC | VIDEO |
| | 2018-10-19 22:41:59 UTC | VIDEO |
| | 2018-10-19 22:37:43 UTC | VIDEO |
| | 2018-10-19 22:37:35 UTC | VIDEO |
| | 2017-12-16 07:50:04 UTC | VIDEO |
| | 2017-12-16 07:49:52 UTC | VIDEO |
| | 2017-12-16 07:49:21 UTC | VIDEO |
| | 2017-12-15 05:26:42 UTC | VIDEO |

| Timestamp | Type |
|---|---|
| 2017-12-15 05:26:39 UTC | VIDEO |
| 2017-12-15 05:26:31 UTC | VIDEO |
| 2017-12-15 05:26:02 UTC | VIDEO |
| 2017-11-24 21:07:56 UTC | PHOTO |
| 2017-11-06 07:25:00 UTC | VIDEO |
| 2017-11-05 22:33:47 UTC | VIDEO |
| 2017-11-03 05:28:26 UTC | VIDEO |
| 2017-11-03 05:27:45 UTC | VIDEO |
| 2017-11-03 05:27:09 UTC | VIDEO |
| 2017-11-03 05:26:32 UTC | VIDEO |
| 2017-11-03 05:25:55 UTC | VIDEO |
| 2017-11-03 05:25:35 UTC | VIDEO |
| 2017-11-03 05:24:32 UTC | VIDEO |
| 2017-10-04 15:24:45 UTC | VIDEO |
| 2017-10-02 12:47:19 UTC | PHOTO |
| 2017-09-30 21:16:49 UTC | PHOTO |
| 2017-09-24 06:11:01 UTC | VIDEO |
| 2017-09-10 21:43:33 UTC | VIDEO |
| 2017-09-08 04:55:17 UTC | VIDEO |

| | |
|---|---|
| 2017-09-08 04:53:19 UTC | VIDEO |
| 2017-06-26 05:02:26 UTC | VIDEO |
| 2017-06-26 05:00:22 UTC | VIDEO |
| 2017-06-24 20:10:11 UTC | VIDEO |
| 2017-06-12 01:46:47 UTC | VIDEO |
| 2017-06-07 22:48:31 UTC | VIDEO |
| 2017-05-29 02:25:23 UTC | VIDEO |
| 2017-05-23 21:26:45 UTC | VIDEO |
| 2017-05-20 16:21:41 UTC | VIDEO |
| 2017-05-13 18:46:02 UTC | PHOTO |
| 2017-04-06 02:51:59 UTC | VIDEO |
| 2017-03-18 18:24:09 UTC | PHOTO |
| 2017-01-17 09:30:54 UTC | PHOTO |
| 2017-01-17 08:28:56 UTC | PHOTO |
| 2017-01-17 08:28:53 UTC | VIDEO |
| 2017-01-17 08:28:49 UTC | VIDEO |
| 2017-01-12 22:07:26 UTC | VIDEO |
| 2016-12-12 03:04:41 UTC | PHOTO |

| | |
|---|---|
| 2016-11-25 22:12:49 UTC | PHOTO |
| 2016-10-21 03:29:35 UTC | VIDEO |
| 2016-09-30 16:39:54 UTC | VIDEO |
| 2016-09-11 18:50:05 UTC | VIDEO |