**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Wednesday, June 10, 2020 11:49 AM
**To:** Jones, Tyler L.
**Cc:** Kealey, William P.
**Subject:** Re: Follow-up: Deposition Dates and Authorizations

Hi Tyler:

I got waylaid yesterday by something unexpected that will be very interesting, but does not involve us. I have already been in communication with [redacted] about the authorizations and pinning down deposition dates. I will get back to you.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

**Phil Byler, Esq.**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500 • 212.736.2260 fax
Vcard • nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action

EXHIBIT C

about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Wednesday, June 10, 2020 11:45 AM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** RE: Follow-up: Deposition Dates and Authorizations

Phil,

I am following up on the email chain below. Please advise what date we can expect to receive your client's medical authorizations and social media records. We will need to have his medical records and social media records in order to fairly depose him sometime in the date range originally suggested.

If there is going to be any trouble with producing any of these records or documents, we need to know now so that we can reschedule depositions accordingly.

Tyler

---

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Friday, June 5, 2020 6:42 PM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Subject:** Re: Follow-up: Deposition Dates and Authorizations

Hi Tyler:

I was occupied this afternoon on another case. I see your email. Thanks for the nice comments. I will get back to you with respect the rest.

Phil

Get [Outlook for Android](https://aka.ms/ghei36)

**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Friday, June 5, 2020 12:17:31 PM
**To:** Phil Byler <pbyler@nmllplaw.com>; Byler <philb@optonline.net>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Follow-up: Deposition Dates and Authorizations

Phil,

I hope all is well.  First, I'd like to thank you again for forwarding a Word version of the Amended Complaint.  I'd also note that the Court seemed pleased at counsels' ability to amicably work out our discovery disputes.  That deserves a Kudos for you, Bill, me, and all of our teammates and staff (Heydy, Pam, Michele, etc.).

Continuing in that spirit—and as promised last week—I am following up on the following:

1. Specific dates for the following live depositions during the weeks of June 22 and/or June 29:
   a. Your client
   b. Roommate [redacted]
   c. Your client's parents (though we are willing to discuss the need for these depositions if you are not planning on calling on them at trial or relying on their testimony in response or support of any substantive or dispositive motion)
2. Your client's executed medical authorizations, which I forwarded to you on May 12

I would note that the sooner we get the authorizations, the sooner we will be able to get the records and depose your client on them. To the extent that we do not have his complete medical records (or to the extent we are missing any other pertinent production, such as his cell phone or social media records) we will reserve the right to depose him a second time on those documents.

We are generally available on the following dates: June 25-26, July 1-3.

Please advise,

Tyler

**Tyler L. Jones**
ASSOCIATE

300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP