|        |                                                      |
|--------|------------------------------------------------------|
| **From:**    | Phil Byler <pbyler@nmllplaw.com>              |
| **Sent:**    | Thursday, June 18, 2020 10:23 AM              |
| **To:**      | Jones, Tyler L.; Byler                         |
| **Cc:**      | Kealey, William P.                             |
| **Subject:** | Re: Overdue Stipulated Materials and Depositions |

Tyler:

I am working on it.  I did not check the pdf with the authorizations.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260



**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.


The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

1

EXHIBIT F

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Wednesday, June 17, 2020 12:48 PM
**To:** Phil Byler <pbyler@nmllplaw.com>; Byler <philb@optonline.net>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** RE: Overdue Stipulated Materials and Depositions

Phil,

It has also come to my attention that your client did not execute the authorizations for three important providers—one of which is a provider he is seeing for treatment of his claimed injuries.
- Winfield Family Medicine
- Sacred Dunes Alternative Health
- Family Concern Counseling

Please also advise if we will have those authorizations by the end of the week.

Tyler

---

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Wednesday, June 17, 2020 12:25 PM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>; Byler <philb@optonline.net>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Re: Overdue Stipulated Materials and Depositions

Thanks, Tyler.

As to depositions, I will get you those dates. I have been checking out travel arrangements (flying may not be a good idea for me) and whether there are quarantine restrictions on me coming from New York (there are for New York people going to Maine and certain places in California).

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.


The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.


SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.


IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Wednesday, June 17, 2020 11:51 AM
**To:** Phil Byler <pbyler@nmllplaw.com>; Byler <philb@optonline.net>

**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** RE: Overdue Stipulated Materials and Depositions

Phil,

Regarding the stipulations, see paragraph 6, reproduced below.

Regarding the depositions, we need dates that would be convenient for you and your witnesses to have their live depositions taken at our offices in Lafayette, IN. Please produce dates between late June and early August.

Tyler

6. Defendants' Motion to Compel is withdrawn without prejudice, subject to
Plaintiff's performance as follows:
- In reference to Defendants' Motion to Compel (ECF No. 80), not later than June15, 2020, Plaintiff will provide Defendants with the following information for the time period between August 2015-August 2016: (a) his cell phone number(s), (b) the name of his cell-phone provider, (c) and his account number for this cell phone number(s), and any other information that may be necessary to subpoena his text message records with Jane Doe. Plaintiff will cooperate with Defendants' efforts to issue a subpoena on the cell phone provider for all text message communications with Jane Doe.

- In reference to Defendants' Motion to Compel (ECF No. 80), not later than June15, 2020, Plaintiff will provide Defendants with a complete data download of all Instagram and Snapchat data from his accounts, from August 2015 to the present.

---

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Wednesday, June 17, 2020 11:44 AM
**To:** Jones, Tyler L. <TLJ@stuartlaw.com>; Byler <philb@optonline.net>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Re: Overdue Stipulated Materials and Depositions

Tyler:

What information do you need?  You will get it.  My attention was elsewhere.  It was inadvertent on my part to not follow up on this information.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260



**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Wednesday, June 17, 2020 11:32 AM
**To:** Phil Byler <pbyler@nmllplaw.com>; Byler <philb@optonline.net>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Overdue Stipulated Materials and Depositions

Phil,

As agreed in the stipulations, your client was to provide information necessary to subpoena his text records and his social media data by the 15th. That deadline has now come and gone.

Please advise if we will have these documents by Thursday night. If there is some need to discuss this, then let me know ASAP.

Likewise, you have not gotten back with Bill or me for concrete dates for the noticed depositions, including your client, his roommate, and your client's parents. If we do not receive your input for a list of dates for these depositions for June-early August by Thursday night, we will reissue the notices for a time that is convenient for Bill and/or myself and proceed accordingly.

Tyler


**Tyler L. Jones**
ASSOCIATE



300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP