**Jones, Tyler L.**

| | |
|---|---|
| From: | Gellenbeck, Pamela S. |
| Sent: | Friday, June 19, 2020 4:27 PM |
| To: | Jones, Tyler L. |
| Subject: | FW: John Doe v. Purdue [IWOV-imanage.FID74540] |

FYI

From: Byler <philb@optonline.net>
Sent: Friday, June 19, 2020 4:26 PM
To: Gellenbeck, Pamela S. <PSG@stuartlaw.com>
Subject: Re: John Doe v. Purdue [IWOV-imanage.FID74540]

Thanks, Pamela. I am getting things in order on my side. Things have been more complicated in New York in recent months.

Regards, Phil Byler

> On June 19, 2020 at 3:37 PM "Gellenbeck, Pamela S." <PSG@stuartlaw.com> wrote:
>
> Mr. Byler:
>
>
> Attached is the stats for male students for 2015 and 2016. We are still compiling the stats for female students and hope to have them to you next week. Also, we are still waiting on the outstanding authorizations, deposition dates and the materials stipulated to be produced by June 15.
>
>
> Thank you,
>
>
> Pam
>
> **Pamela S. Gellenbeck**
>
> PARALEGAL
>
>  Stuart + Branigin
>
> 300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010

1

# EXHIBIT G

P: 765.428.7076 | F: 765.742.8175 | psg@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.

Stuart & Branigin LLP