| | |
|---|---|
| **From:** | Phil Byler <pbyler@nmllplaw.com> |
| **Sent:** | Tuesday, June 23, 2020 5:12 PM |
| **To:** | Jones, Tyler L. |
| **Cc:** | Kealey, William P. |
| **Subject:** | Re: Doe v. Purdue: Outstanding Discovery |

Thanks you, Tyler, for your note.  I am not ignoring you, and I appreciate your patience.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260



**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.


SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

EXHIBIT H

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Tuesday, June 23, 2020 4:37 PM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Doe v. Purdue: Outstanding Discovery

Phil,

We are still awaiting your client's stipulated discovery and records that are crucial for us to advance the discovery process. Specifically, between myself and my paralegal (and not including this email) I count 3 previous emails and reminders over the last week or so for discovery that was promised to be in our hands by the 15th almost a month ago.

We understand that work can be busy or distracting at times, and that Covid-19 has made some work more challenging, but these are burdens on all counsel and you have not articulated a specific reason why your client has not fulfilled his obligations or why you have not provided us with other requested information. To reiterate, we are still waiting on the following:

- The entirety of your client's medical authorizations;
- Deposition dates for your client, his roommate, and your client's parents; and,
- The information you stipulated to providing, including,
    - Your client's cell phone data, sufficient to allow us to subpoena his records with Jane Doe and
    - Your client's social media records

**To the extent that you have taken the position that you cannot or will not provide any of this information, please advise by 5:00 p.m. tomorrow afternoon.** If we do not receive a responsive answer on these topics, we will issue notices for all of these depositions on dates and times that are available to us, and we will continue our meet-and-confer via the most appropriate means. If necessary, we will refile a renewed motion to compel on the missing information, which we will need to fairly and fully depose your client.

Our availability for the depositions of Plaintiff and his witnesses in August is as follows: August 3, 7, 10, 11, 14, 17-21. If we can get the missing information sooner, we can consider a nearer date.

Very truly yours,

Tyler

**Tyler L. Jones**
ASSOCIATE



300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP