| | |
|---|---|
| From: | Phil Byler <pbyler@nmllplaw.com> |
| Sent: | Thursday, June 25, 2020 4:19 PM |
| To: | Gellenbeck, Pamela S. |
| Cc: | Heydy Rodriguez; Jones, Tyler L.; Kealey, William P.; DOE ▮▮▮▮ v_ PURDUE _1391_998_ Email _1391_998_0_ |
| Subject: | Re: John Doe v. Purdue University [IWOV-imanage.FID74540] |

Pamela:

I see it.  I will get back to you.  There are times I wish I could clone myself.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

**Phil Byler, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500    •    212.736.2260 fax

Vcard    •    nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

EXHIBIT J

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Gellenbeck, Pamela S. <PSG@stuartlaw.com>
**Sent:** Thursday, June 25, 2020 3:49 PM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Heydy Rodriguez <HRodriguez@nmllplaw.com>; Jones, Tyler L. <TLJ@stuartlaw.com>; Kealey, William P. <WPK@stuartlaw.com>; DOE _ v_ PURDUE _1391_998_ Email _1391_998_0_ <{F74540}.imanage@efs.stuartlaw.com>
**Subject:** John Doe v. Purdue University [IWOV-imanage.FID74540]

Mr. Byler:

Please see the enclosed correspondence from Mr. Jones, as well as Amended Notices of Deposition for Plaintiff, Plaintiff's parents and Plaintiff's roommate.

Thank you,

Pam

**Pamela S. Gellenbeck**
PARALEGAL

Stuart + Branigin

300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7076 | F: 765.742.8175 | psg@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP