## Jones, Tyler L.

**From:** Phil Byler <pbyler@nmllplaw.com>
**Sent:** Wednesday, July 15, 2020 7:26 AM
**To:** Jones, Tyler L.; Kealey, William P.; Byler
**Subject:** Re: Overdue Stipulated Materials and Depositions

Welcome Back Tyler:

I see your e-mail, and I will get back to you.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260

# NESENOFF & MILTENBERG LLP

**Phil Byler, Esq.**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500 • 212.736.2260 fax
Vcard • nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

EXHIBIT M

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Tuesday, July 14, 2020 2:14 PM
**To:** Phil Byler <pbyler@nmllplaw.com>; Kealey, William P. <WPK@stuartlaw.com>; Byler <philb@optonline.net>
**Subject:** RE: Overdue Stipulated Materials and Depositions

Phil,

I am back from my vacation—camping in the Badlands, which I highly recommend if you enjoy that sort of thing—and am writing in response to your most recent email.

I appears that, at the moment, we are still missing Snapchat data and the remaining medical authorizations.

With regard to the Snapchat data, you agreed to produce "a complete data download" from August 2015-present. (ECF No. 89). We included the following link in our RFP, but I'll provide it again here: https://support.snapchat.com/en-US/a/download-my-data. Social media sites like Snapchat and Instagram have all streamlined this process and will deliver data in a neat zip file (just like the Instagram data you provided us). While I appreciate that someone may have made representations to you about what Snapchat does/doesn't do, I'd direct you to the same hyperlink, which explains that all of the data that is collected and maintained by Snapchat (and is readily available for download). I actually just tested this service myself and it took me less than 15 minutes. Considering that you stipulated to produce this data, that the data is readily defined and accessible to your client, that you or your client have demonstrated an ability to download and remit data via the Instagram data provided, and that Defendants have produced their side of the stipulations, there is no basis to not provide this information.

With regard to the remaining medical releases, there are no privilege or relevancy issues. The only privilege that might conceivably apply to those records would be doctor-patient privilege, but this was waived when you agreed to execute the medical authorizations. For the same reasons and because you have put your client's emotional and psychological state at issue, relevancy cannot act as a bar to producing this release. In any event, you have a duty under FRCP 26(a)(1)(A)(iii) to "make available for inspection and copying as under Rule 34 the documents or other evidentiary material . . . on which each computation [of damages] is based, including materials bearing on the nature and extent of injuries suffered . . . ." Like with the Snapchat data, this requires little from your client besides executing and forwarding the

2

release. We will take care of submitting the relevant requests to the provider and producing a copy to everyone.

There is no reason for this delay, especially with depositions fast approaching. We will need have the data and the releases by **9:00 a.m., Thursday, July 16, 2020** that you previously promised to produce. If there is a later date-certain that would work, I am open to discussing that date if there is a specific need for more time. If we do not hear from you, then we will proceed with taking whatever action is necessary to protect our clients' rights, including a motion for sanctions or a motion to compel.

Thank you,

Tyler