IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff, | ) CIVIL ACTION<br>)<br>) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) <br>)<br>)<br>) No. 2:17-cv-33-JPK<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' INDEX TO EXHIBITS IN SUPPORT OF <u>MOTION FOR SANCTIONS</u>

Come now Defendants, the Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, and file this Index to Exhibits in Support of Its Motion for Discovery Sanctions as follows:

**EXHIBIT A:**   Plaintiff's Second Amended Rule 26(a)(1)(A) Initial Disclosures.

**EXHIBIT B:**   May 12, 2020 Emails Between Tyler Jones and Philip Byler.

**EXHIBIT C:**   June 5, 2020 Emails From Tyler Jones to Philip Byler.

**EXHIBIT D:**   June 10, 2020 and June 12, 2020 Emails Between Tyler Jones and Philip Byler.

**EXHIBIT E:**   June 15, 2020 Email From Philip Byler Producing Executed Authorizations.

**EXHIBIT F:**   June 17, 2020 Emails Between Tyler Jones and Philip Byler.

**EXHIBIT G:**   June 19, 2020 Emails Between Pam Gellenbeck and Philip Byler.

1

| | |
|---|---|
| **EXHIBIT H:** | June 23, 2020 Emails Between Tyler Jones and Philip Byler. |
| **EXHIBIT I:** | June 25, 2020 Letter From Tyler Jones to Philip Byler, Including All Attachments. |
| **EXHIBIT J:** | June 25, 2020 Email From Philip Byler to Tyler Jones Confirming Receipt of June 25, 2020 Letter. |
| **EXHIBIT K:** | July 3-4, 2020 Emails from Philip Byler Forwarding a Portion of the Stipulated Materials and an Additional Medical Authorization. |
| **EXHIBIT L:** | July 7 – 12, 2020 Emails Between William Kealey and Philip Byler. |
| **EXHIBIT M:** | July 14, 2020 Email From Tyler Jones to Philip Byler, and Mr. Byler's Response to the Same. |

Dated: July 17, 2020                    Respectfully submitted,

<div style="margin-left:50%">

*/s/ Tyler L. Jones*
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
           tlj@stuartlaw.com
           jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

</div>

#1308579