IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) No. 2:17-cv-33-JPK ) ) |
| Defendants. | ) ) |

## DEFENDANTS' CERTIFICATION OF REDACTIONS

Defendants, by counsel, in response to the telephonic status conference held January 27, 2021, states as follows:

The undersigned certifies that he has personally searched, as well as performed a search using electronic software of its Motion for Sanctions and supporting exhibits [DE 93] for the true names of John and Jane Doe.

Dated: February 5, 2021.    Respectfully submitted,

/s/ *Tyler L. Jones*
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
         tlj@stuartlaw.com
         jfo@stuartlaw.com
***Attorneys for Defendants***