**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| **JOHN DOE,**<br><br>          Plaintiff,<br><br>     v.<br><br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University,<br><br>          Defendants. | **CIVIL ACTION**<br><br>No. 2:17-cv-33-JPK |

## JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate to the following and respectfully request that the Court modify the case management order (ECF Nos. 88 and 140) as follows:

1.      On November 17, 2020, the Court entered its Minute Order (ECF No. 140) which specifies: "The Court, finding good cause shown and noting the agreement of the parties, GRANTS 139 Joint Motion to Modify Case Management Plan. The fact discovery deadline is EXTENDED to 12/21/2020. Plaintiff's expert witness disclosures and reports to be delivered to Defendants by 1/25/2021. Defendants' expert witness disclosures and reports to be delivered to Plaintiff by 3/16/2021. Approved by Magistrate Judge Joshua P Kolar on 11/17/2020."

2.      The ECF No. 139 Joint Motion to Modify Case Management Plan had the provision that the remainder of the deadlines set forth in Case Management Plan (ECF No 88) are unchanged. Unchanged by the Court's Minute Order (ECF No. 140) approving ECF No. 139 Joint Motion to

- 1 -

Modify Case Management Plan were "Objections to expert witnesses due by 4/30/2021" and "Dispositive motions to be filed by 4/30/2021."

3. The parties, in discussions, have agreed that Plaintiff may have until February 12, 2021, to deliver Plaintiff's expert witness disclosures and reports concerning gender bias and process, and Defendants may move for a Rule 35 examination. Plaintiff may consent beforehand to the Rule 35 examination; but in no event does Plaintiff's counsel concede that a Rule 35 examination is necessary or relevant per Rule 35(a)(2). Also, additional time is necessary to accommodate the revised schedule that included Dr. Perry's deposition and to take into account needs to be allowed for the Covid-related restrictions that have hindered the Parties' ability to schedule events and for Covid-19 quarantines.

4. The undersigned conferred via telephone and e-mail correspondence, including on January 25, 2021, January 28, 2021, and February 1-3, 2021, concluded that extensions of time are necessary.

5. Accordingly, the parties agree to the following:

- Plaintiff's one expert witness disclosure and report concerning gender bias are to be delivered to Defendants by 02/19/2021;

- Defendants' motion for a Rule 35 examination in compliance with Rule 35(a)(2) to be made by 2/12/2021;

- If Defendants' Rule 35 examination request is granted, Defendants' Rule 35 examination report to be delivered to Plaintiff's counsel 14 days after completion;

- Defense expert disclosures to be delivered to Plaintiff's counsel no later than 04/30/2021;

- Objections to expert witnesses due by 6/30/2021; and

- Dispositive motions to be filed by 6/30/2021.

- 3 -

      6.      The parties represent that this Motion is not made for the purposes of delay and is intended solely to facilitate the parties' efforts to collaborate in conducting discovery and preparing this case for resolution.

Date:   February 9, 2021
Respectfully submitted,

| /s/ Philip A. Byler | /s/ William P. Kealey |
|---|---|
| Philip A. Byler (pro hac vice) | William P. Kealey (18973-79) |
| Andrew T. Miltenberg | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | Stuart & Branigin, LLP |
| 363 7th Ave 5th floor, | 300 Main St., Ste. 900 P.O. Box 1010 |
| New York, NY 10001 | Lafayette, IN 47902-1010 |
| Email: pbyler@nmllplaw.com | Email: wpk@stuartlaw.com |
| amiltenberg@nmllplaw.com | tlj@stuartlaw.com |
| Telephone: 212-736-4500 | Telephone: 765-423-1561 |
| Attorneys for Plaintiff | Attorneys for Defendants |