IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE TO THE COURT

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate to the following and respectfully request that the Court take notice of the following regarding the upcoming evidentiary hearing:

1. On January 27, 2021, following a status conference, this Court set Defendants' pending motion for an evidentiary hearing. In a subsequent Order [ECF No. 146], this Court ordered the Parties to meet and confer as to how exhibits will be presented at the evidentiary hearing, *inter alia*.

2. The Parties, through their respective counsel, have conducted meet-and-confer via email during the week of February 15, 2021. In doing so, they have exchanged exhibits and agreed to the admissibility and authenticity of each of the following exhibits (which will be submitted to this Court by the Parties' respective counsel through the Chamber's email):

1

*Defendants' Exhibits*

a. Snapchat "Login History and Account Information"

b. Snapchat "Memories" from June 16, 2020 download

c. Snapchat Data Screenshot from June 16, 2020 download

d. Snapchat "Memories" from subsequent production

e. Snapchat Data Screenshot from subsequent download

f. Plaintiff's Answers to Defendants' First Request for Interrogatories

g. Plaintiff's Responses to Defendants' Second Requests for Production

h. Plaintiff's Verification to Answers to Defendants' First Request for Interrogatories

i. Parties' Joint Stipulation

j. Court's Order dated June 3, 2020 [ECF No. 90]

k. Emails between Parties from date range of June 10, 2020 – July 14, 2020

l. Declaration of Plaintiff [ECF 98-2]

m. Excerpts of Deposition of Plaintiff by Defendants

n. "Plaintiff John Doe on Snapchat Production"

*Plaintiff's Exhibits*

a. Screenshot of Instagram File Categories

b. Screenshot of Phone Records Produced

c. Plaintiff's Opposition to Sanction Ex. 2 (redacted Medical Authorizations)

d. Plaintiff's Opposition to Sanction Ex. 3 (May 9, 2020 E-Mails)

e. Plaintiff's Opposition to Sanction Ex. 4 (May 11, 2020 E-Mails)

f. Plaintiff's Answers to Defendants' Third Set of Interrogatories

g. Plaintiff's Third Amended Rule 26 Disclosure

      h.   Court Order dated September 24, 2020 [ECF 117]

3.   Besides the exhibits listed above, Plaintiff may use the following, in conjunction with the testimony of Plaintiff, as past recollection recorded of each of the following exhibits:

      a.   Plaintiff Description of Contents of Snapchat List

      b.   Plaintiff Description of Contents Instagram List

4.   The Parties represent that they may not need or introduce every exhibit listed above.

5.   The Parties represent that they have each gone through their own exhibits—by hand and with an electronic search tool—and redacted any protected personal information.

Wherefore, the Parties respectfully request that this Court take this notice under advisement and the exhibits which will be submitted by each office.

Date: 2/19/2021

Respectfully submitted,

| /s/ Philip A. Byler<br>Philip A. Byler (pro hac vice)<br>Andrew T. Miltenberg<br>Nesenoff & Miltenberg LLP<br>363 7th Ave 5th floor,<br>New York, NY 10001<br>Email: pbyler@nmllplaw.com<br>amiltenberg@nmllplaw.com<br>Telephone: 212-736-4500<br>Attorneys for Plaintiff | /s/ Tyler L. Jones<br>William P. Kealey (18973-79)<br>Tyler L. Jones (34656-29)<br>Stuart & Branigin, LLP<br>300 Main St., Ste. 900 P.O. Box 1010<br>Lafayette, IN 47902-1010<br>Email: wpk@stuartlaw.com<br>tlj@stuartlaw.com<br>Telephone: 765-423-1561<br>Attorneys for Defendants |
|---|---|