IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CERTIFICATION OF REDACTIONS: ECF 98**

Plaintiff's counsel, in response to the telephonic status conference held on January 27, 2021, states as follows:

The undersigned certifies that he has personally searched, as well as performed a search using electronic software of its Opposition To Motion for Sanctions and supporting exhibits [ECF 98] for the true names of John Doe and Jane Doe.

**Dated: February 22, 2021**

                                                      **Respectfully submitted,**
                                                      **NESENOFF & MILTENBERG, LLP**
                                                      **By: /s/** *Philip A. Byler*
                                                      **Philip A. Byler, Esq.**
                                                      **Andrew T. Miltenberg, Esq.**
                                                      **363 Seventh Avenue, Fifth Floor**
                                                      **New York, New York 10001**
                                                      **(212) 736-4500**
                                                      pbyler@nmllplaw.com
                                                      *Attorneys for Plaintiff John Doe*