IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY** )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS** )<br>**DANIELS, JR.**, in his official capacity as President of )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**, )<br>in her official capacity at Purdue University, **KATHERINE** )<br>**SERMERSHEIM**, in her official capacity at Purdue University, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION**<br><br><br><br><br><br><br>No. 2:17-cv-33-JPK |

**PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO FILE
"SUR-REPLY" TO ADDRESS DEFENDANTS' MISREPRESENTATIONS
CONCERNING THE TESTIMONY AND EXHIBITS OF THE NAVY
DEPOSITIONS THAT WERE NOT THE SUBJECT OF THE MOVING
PAPERS FOR OR OPPOSITION TO DEFENDANTS' SANCTIONS MOTION**

Plaintiff John Doe, through undersigned counsel, respectfully moves this Honorable Court, U.S. Magistrate Judge Joshua P. Kolar presiding, Hammon Division, located at the U.S. Courthouse, 5400 Federal Plaza, Hammond, Indiana 46320, for leave to Plaintiff John Doe for the Court to accept the accompanying "sur-reply" to Defendants' Reply in further support of sanctions in order to address the portion of Defendants' Reply that made misrepresentations concerning the testimony and exhibits of the Navy depositions that were not the subject of the moving papers for or opposition to Defendants' sanctions motion, and for such further and other relief as the Court deems just and proper.

Filed herewith in support of the aforementioned motion for leave is a Memorandum of Law and the exhibits listed in the Table of Exhibits.

Date:  August 14, 2020                        Respectfully submitted,
                                              NESENOFF & MILTENBERG, LLP

                                              By: /s/ *Philip A. Byler*
                                              Philip A. Byler (pro hac vice admission)
                                              Andrew T. Miltenberg (pro hac vice admission)
                                              363 Seventh Avenue, Fifth Floor
                                              New York, New York 10001
                                              (212) 736-4500
                                              pbyler@nmllplaw.com
                                              amiltenberg@nmllplaw.com
                                              *Attorneys for Plaintiff John Doe*

TO:   William P. Kealey
      Tyler L. Jones
      Stuart & Branigin LLP
      300 Main Street – Suite 900
      P.O. Box 1010
      Lafayette, Indiana 47902-1010
      (212) 423-1561
      wpk@stuartlaw.com
      tlj@stuartlaw.com
      *Attorneys for Defendants*

## TABLE OF EXHIBITS

Exhibit A:    Deposition Transcript of Commanding Officer Rodney Hutton

Exhibit B:    Ex. A to Hutton Deposition (NSTC 168-195) June 14, 2016 "Preliminary Inquiry"

Exhibit C:    Ex. D to Hutton Deposition (NSTC 0055-0060) Scholarship Papers for Plaintiff John Doe

Exhibit D:    Ex. H to Hutton Deposition (NSTC 0001-004) August 2020 ROTC Appointment Termination and Disenrollment Authorization

Exhibit E:    Ex. G to the Hutton deposition (NSTC 00111-0012) August 10, 2020 Performance Review Board document

Exhibit F:    Deposition Transcript of Executive Officer Craig Remaly

Exhibit G:    Ex. D to the Remaly deposition (NSTC 0140-0142) E-mail by Staff Lieutenant Willstatter

Exhibit H:    Deposition Transcript of Staff Lieutenant Kyle Willstatter

Exhibit I:    Ex. 6 to Willstatter Deposition (NSTC 0018-0019) Appointment of Performance Review Boards

Exhibit J: Deposition Transcript of Staff Lieutenant Megan Redlawsk Chester

Exhibit K: Deposition Transcript of Staff Lieutenant Adam Sheppard