# Exhibit B

14 JUN 16

From:  LT Megan R. Redlawsk, USN
To:    Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University

Subj:  PRELIMNARY INQUIRY RECOMMENDATIONS SURROUNDING ALLEGATION OF SEXUAL ASSAULT MADE AGAINST MIDSHIPMAN 4/C █████ █████, USNR

Ref:   (a)  CO NROTCUPU 5830 ltr of 05 April 2016
       (b)  JAGINST 5800.7F, Chapter II – Section 0203
       (c)  NSTC M-1533.2(ROD)
       (d)  Purdue University Investigator Report of 20 May 2016
       (e)  MIDN █████████'s statement of 03 May 2016

1.  Per reference (a), I have compiled the following summary of facts, opinions, and recommendations pertaining to the allegations of sexual assault made against MIDN 4/C █████.

2.  I have concluded that MIDN 4/C █████ did in fact engage in sexual harassment and assault specifically in the form of inappropriate and nonconsensual physical contact per references (d) and (e). Per reference (c), these actions violate established Naval ROTC policy, specifically section 3-19: Conduct/Aptitude Standards of Midshipman Performance, subsection 2.a Major Offenses, item (11) Sexual harassment/assault.

4.  Per reference (c), section 6-9: Performance Review Board (PRB), subsection 3. PRB Required, item (c), I recommend that the Commanding Officer convene a PRB that will consider the actions, conduct, and aptitude of MIDN 4/C █████ for purposes of continuation in the program. I further recommend based on his actions and references (a) through (e) that MIDN 4/C █████ be disenrolled from the NROTC program.

M. R. REDLAWSK

NSTC-0168
EXHIBIT A



EXHIBIT
Defendant's A

EXHIBIT

A

# PURDUE
**UNIVERSITY**

**PERSONAL AND CONFIDENTIAL**

Via Electronic Mail on June 14, 2016

█████████████████████████

Re: Final Determination

Dear ███████████

In correspondence dated April 11, 2016, I advised you that pursuant to Purdue University's Procedures for Resolving Complaints of Discrimination and Harassment (Revised July 1, 2015), (the "Procedures"), I appointed Ms. Erin Oliver, Associate Director, and Mr. Jacob Amberger, Investigator, both with the Office of Institutional Equity, as co-University Investigators to investigate allegations regarding Mr. ████'s conduct toward you, that, if substantiated, might constitute harassment in violation of the University's Anti-Harassment Policy (III.C.1). Specifically, it was alleged that Mr. ████ digitally penetrated you while you were sleeping without your consent.

Pursuant to the Procedures, I convened a panel of three members from the Advisory Committee on Equity (the "Panel"). After considering information provided by you, Mr. ████, the University Investigators, and consulting with the three-person panel from the Advisory Committee on Equity on Monday, June 6, 2016, **I have made the determination that a preponderance of the evidence does support a finding that Mr. ████'s conduct violated the *Anti-Harassment Policy.***

Purdue University does not condone and will not tolerate harassment of any person in the workplace or educational environment and will take appropriate steps to sanction such misconduct and to prevent such incidents from recurring. Accordingly, and pursuant to the Procedures, I have determined and notified Mr. ████ that the appropriate sanctions for his misconduct are as follows:

1. Mr. ████ is suspended from Purdue University from June 13, 2016 for a period of one full academic year to indicate how detrimental his misconduct is to the University. Suspension, as defined in Section A.5 of the University Regulations, means that during this time, Mr. ████ would be ineligible to register for any academic programs under

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

NSTC-0169



OFFICE OF INSTITUTIONAL EQUITY

## UNIVERSITY INVESTIGATOR'S REPORT

**TO:**      Dr. Katherine Sermersheim, Dean of Students

**FROM:**  Erin N. Oliver, Associate Director, Office of Institutional Equity
Jacob L. Amberger, Investigator, Office of Institutional Equity

**DATE:**  May 20, 2016

**RE:**      University/████ Complaint

### I.     Investigators' Charge

On April 11, 2016, Dr. Katherine Sermersheim, Dean of Students, appointed Erin N. Oliver, Associate Director, Office of Institutional Equity, and Jacob L. Amberger, Investigator, Office of Institutional Equity, as the University Co-Investigators in the Formal Complaint initiated by Purdue University pursuant to the Formal Resolution Process of the Procedures for Resolving Complaints of Discrimination and Harassment ("Procedures"). The complaint alleged that ████████████ ████████████ was sexually harassed by ████████████ undergraduate student, in violation of the University's *Anti-Harassment Policy* (III.C.1). The allegations included sexual harassment (specifically, sexual violence). An extension request to complete the investigation and was requested and granted until May 20, 2016.

### II.    Relevant Provisions

*Anti-Harassment (III.C.1)*

Purdue University is committed to maintaining an environment that recognizes the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect; and encourages its members to strive to reach their potential. The most effective way to work toward preventing Harassment is through education that emphasizes respect for every individual.

Harassment in the workplace or the educational environment is unacceptable conduct and will not be tolerated. Purdue University is committed to maintaining an educational and work climate for faculty, staff and students that is positive and free

1

Non-Party PU0∞est C. Young Hall, 10th Floor ∷ 155 S. Grant Street ∷ West Lafayette, IN 47907-2114
(765) 494-7253 ∷ TTY: (765) 496-1343 ∷ Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

NSTC-0170

from all forms of Harassment. This policy addresses Harassment in all forms, including Harassment toward individuals with legally protected status for reasons of race, gender, religion, color, age, national origin or ancestry, genetic information or disability and Harassment toward individuals for other reasons such as sexual orientation, gender identity, gender expression, marital status or parental status.

*Harassment* is conduct towards another person or identifiable group of persons that has the purpose or effect of:

- Creating an intimidating or hostile educational environment, work environment or environment for participation in a University activity;
- Unreasonably interfering with a person's educational environment, work environment or environment for participation in a University activity; or
- Unreasonably affecting a person's educational or work opportunities or participation in a University activity.

Use of the term Harassment includes all forms of harassment, including Racial Harassment and Sexual Harassment.

*Sexual Harassment is:*

A. Any act of Sexual Violence.
B. Any act of Sexual Exploitation.
C. Any unwelcome sexual advance, request for sexual favors or other written, verbal or physical conduct of a sexual nature when:
   1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, education or participation in a University activity;
   2. Submission to, or rejection of, such conduct by an individual is used as the basis for, or a factor in, decisions affecting that individual's employment, education or participation in a University activity; or
   3. Such conduct has the purpose or effect of unreasonably interfering with an individual's employment or academic performance or creating an intimidating, offensive or hostile environment for that individual's employment, education or participation in a University activity.

*Sexual Violence* is any non-Consensual sexual act, including but not limited to rape, sexual assault, sexual battery and sexual coercion. Sexual Violence also includes Relationship Violence. Examples of Sexual Violence include, but are not limited to:

2

Non-Party PU002

- Non-Consensual sexual contact: touching, with any body part or object, another person's intimate parts (e.g., genitalia, groin, breast, buttocks), whether clothed or unclothed.
- Non-Consensual sexual intercourse: oral, anal and/or vaginal penetration, to any degree and with any body part or object.
- Compelling a person to touch his or her own or another person's intimate parts without Consent.

*Consent/Consensual* is defined as affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence.

Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent.

The voluntary nature of Consent will be subject to heightened scrutiny in circumstances in which a person engages in a sexual relationship with a person over whom he or she has any power or authority within the University.

*Retaliation* is prohibited and is defined as any overt or covert act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment, against any person or group for exercising rights under this policy.

### III.    Interviews and Document Review
1.  ▮▮▮▮▮ (▮▮▮, Respondent), undergraduate student, computer graphics technology, Purdue Polytechnic Institute



Pursuant to this complaint, we also reviewed the following documents/information:

3

Non-Party PU003

1. Text messages

## IV.  Allegations

The University elected to exercise its right to investigate the allegations of sexual harassment. Specifically, it is alleged that during or around November 2015, while ██████ was sleeping in ████ s room, he touched ██ intimate parts without ██ permission. He later admitted to ██ that he digitally penetrated ████████ while ██ was asleep in his room in early November. It is also alleged that ████ threatened and chased ████████ with a stun gun[1] type device down a hallway in his residence hall.

## V.  Background



███████ is a freshman studying computer graphics technology in the Purdue Polytechnic Institute. He is also a member of the Naval Reserve Officer Training Corps (NROTC).

████████ and ████ met through the NROTC program during Boiler Gold Rush (BGR) in August 2015. They began a romantic relationship in late August or early September 2015. The relationship ended in January 2016.

## VI.  Analysis & Findings

████████ reported that when ██ and ████ first met in early August 2015, they were friendly and helped each other with their NROTC dress uniforms. They also reported that they worked out together. When they began to date ████████ reported that their relationship was "great." Within a few months ████████ reported that ████ became "clingy." ████ reported that he always wanted to stay overnight in ██ room or wanted ██ to come to his room and stay overnight. ██ reported that if ██ did not want to spend time with him, he would challenge ██ and question ██ as to why ██ didn't want to be with him. ████████ also reported that ████ had a terrible temper. ████ reported that although his outbursts were never directed towards ██ his conduct would make ██ uncomfortable. ████ reported that he would become upset over simple, "common things." For example, if he received a text message that he did not like or was late for something, he would yell and curse. ████ denied "having a temper." He reported that if he was upset about something, he would tend to become quiet. ████ reported that his dating relationship with ████████ was his first serious

---

[1] A stun gun (or electroshock device) is used for incapacitating a person by administering electric shock aimed at disrupting superficial muscle function and/or causing pain without significantly hurting the subject. Taser is a brand name.

4

███████ and he wanted to spend time with ███ ██████████████ reported that ██ has never observed ███ lose his temper or raised his voice in anger or frustration. ███ reported that if he overslept, ███ would make statements such as, "Why does this always happen to me?" in a normal tone. ██████████ did report that ██ and ██ had an agreement to wake the other if they were going to be late for something, and if ██ did not wake him up, ███ would question ██ as to why ██ didn't follow through with their agree. However ██ reported that ██ had never yelled a ████. Another witness reported that ████ seems "awkward" in social settings, but he has never caused ███ to feel uncomfortable and has never been observed losing his temper.

██████████ also reported being concerned with ████ s ownership of a "Taser." ██ alleged that he threatened ████ with it and chased ██ with in the residence hall. ██ reported that he actually owned a stun baton that he purchased online. He purchased the device because his room was on the first floor of his residence hall and had found the room's window damaged as if someone was trying to gain entry. ██████ reported that ████ had asked if ██ had a stun device, and ██ told him that ██ did and showed it to him. ██ reported that ██ was in ██'s room when █ picked up the stun baton. ██ believed the battery was dead so ██ turned on the device in a joking manner and directed it toward ████. When the device actually activated as ██ pushed the button ██ realized it was live and put it down. ██ reported that ██ picked it up and activated it and pointed it toward ████. ██ reported that ██ ran down the hallway to get away from him, and ███ followed with the device still active. ████ stated that ████ knew the device was active because ████ could hear it made the clicking sound of an active stun device. ██████ reported that ██ had spoken with ████████ and ██ told ██ that ████ had shocked ████ with the stun baton on two occasions while ██ was sleeping. ████ admitted to showing ██████ the stun baton and activating it. He denied ever chasing ██ with it or acting, even in a joking manner, as if he was going to touch it to ██. ██ did admit that he and ██████████ had "jabbed" each other with the baton on several occasions, always in a playful manner. ██████████ reported that ██ and ███ had shocked each other a "couple of times" with the stun baton. ██ stated that the shocks were consensual and always in joking manner. ██ reported that typically they shocked the other to wake them up as their alarms went off. ██ reported that they stopped shocking each other because it "got old." ██████████ reported that ██ knew of one occasion that ███ had the stun baton out and was showing ██████ as they stood in the hallway. ██ reported that ███ activated the stun baton and ██████ stated, "Don't do that." ██ stated that ███ promptly turned it off. ██ reported that ██ did not observe ████ chasing ████ with the stun baton at any time. ████████ reported that ██ did have a conversation with ████ after ██ saw the stun baton. ██ reported that ██ told ██████ that ███ had shocked ██ on one occasion when ███ thought ██ was missing a class. However ██████ reported that had class was canceled, so ██ was upset that ███ had shocked ██ and woken ████ up for no reason. However, ██ did reported that ███ was not aware that his class had been cancelled.

5

Non-Party PU005

*Nonconsensual Touching*

████████ and ████ reported conflicting dates on the incidents of nonconsensual touching. ████████ believed the incident took place in late November 2015, while ████ believed the incident took place around December 13, 2015. The following is a summary of their recollection of the incident with the date range each believed it took place.

████████ reported that in late November 2015, after ████ requested ██ come to his room, ██ went to watch a movie. ████ reported that ████████████ was asleep in his bed, and ██ fell asleep on a futon in the room. ██ was lying on the floor when ██ fell asleep. ██ woke up, and ████ had his hand between ██ legs, over ██ clothing, as he was still lying on the floor. ████ reported that he placed his hand on ██ leg above ██ knee and moved it towards ██ "crotch" area. ████ reported that his hand reached ██ crotch area and stopped. ████ reported that ██ immediately moved away from the futon, left his room, and returned to ██ room. Later that day, ████ sent ██ a text message asking if ██ was okay. ████ did not respond. Several days after the incident ████████ reported that ██ met with ████ for lunch. ████ reported the conversation during the meal was normal and then went to his room to talk. Once in his room, ████████ asked if ████ was going to apologize to ██. ████ responded that he did feel bad for touching ██ and did not know what was on his mind while he was doing it. ████████ asked ██ if he had touched ██ before while ██ slept, and he responded, "Well, I felt bad." ████ then relayed to ████████ that earlier in November when ██ was asleep in his room, he digitally penetrated ████████. He told ██ that ██ woke up and thought ██ was having a bad dream. He reported that he played along that ██ had just had a bad dream and did not tell ██ what he had done. ████████ reported that ██ had no recollection of the event. ████ reported that ██ stated, "We've done stuff before," and "I don't understand why you're upset." ████████ reported that ██ was upset by ████ 's disclosure and decided to leave his room. ████ escorted ██ out.

████ reported that around December 13, 2015, ████████ made statements to him that led him to believe that ████████ was considering suicide. He reported that he was concerned about ████████ so a few days after the statements were made, he invited ████████ to his residence hall room to watch a movie. While watching the movie, ████████ laid on a futon,, and ████ laid next to ██ on the floor. ████ reported that he simply reached up from the floor and placed his hand on ██ leg, just above ██ knee, out of affection and concern. He reported that as soon as he did so, ████████ woke up, became very upset, and left the room without saying a word. He reported that they never specifically spoke about the incident or ██ reaction. He denied ever digitally penetrating ████████ or touching ██ in a sexual way while ██ slept. He reported that sometime after the incident, ████████ told ████ that ██ did not like it when he touched ██ as ██ slept, and he stopped doing that after ██ expressed the concern. Both ████████ and ████ reported that ████████████ was asleep in the room

during this incident. ████████ reported that ██ was asleep while ████ was in the room, and ██ woke up as ██ was walking out of the room. ██ reported that ██ did not see anything occur, and ████████ did not appear to be upset.

████████ reported that they shared text messages for approximately one week into December. In the text messages, ████ became angry with ████████ when ██ expressed concern about the prior interactions. In response to ██ anger, he stated, "I said I'm sorry. What more do you want me to do?" "Forgive me. I didn't know what I was doing." "Why can't you get over it? I said I was sorry."

In a message thread on December 23, 2015, ████ states, "Im so sorry I did what I did to you. I just cant change it no matter how much I want to, im just messed up and im a terrible person." When asked by investigators for the context of the message, he explained that he was apologizing because he had not been truthful with ██ about his academic performance. He reported that he was neglecting his own school work to help ██ on ██ own work, but did not tell ██ about it. However, when he told ██ that he had his own work to catch up on, ████ was upset that he had not been honest with ██ about work he needed to complete. When he was pressed further, he reluctantly confirmed that he was also referring to the incident around December 13, 2015, in which he placed his hand on ████████ leg, and ██ woke up startled. He continued to deny that he touched ██ crotch while ██ was sleeping and insisted that he had merely placed his hand on ██ thigh, above ██ knee but below ██ crotch. He stated that he apologized because ██ was still very upset about the incident. In those messages ████████ is supportive of ████ telling him that he can change, and ██ can forgive him. ████████ reported that ██ felt ████ was apologizing for lying to ██ about putting off his own schoolwork to help ████ All the texts messages they shared prior to December 28, appeared to be normal and of a friendly nature. See attached copy of the message thread.

In a message thread on December 28, 2015 ████████ and ████ are talking about their relationship. ████ shared that he often thought about leaving school and becoming a missionary, and ████████ responded that ██ is not comfortable talking to him at that moment. ████ replied and asked ████████ how ██ would feel if he walked away from ██ every time something upset him or ignored ██ when he asked ██ what was wrong, as ██ was doing to him at that time. When ████████ replied that if ██ wanted to respond that way, he could, ████ replied that he was "done." ████████ · replied that ██ did become upset when ████ will not leave ██ alone about things. The following messages were sent:

████████ "Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries."

████: "We already went over this several times. I cant even apologize any more because you get angry at me for it."

Non-Party PU007

████████ 'No I get angry because you continue to do it and just say sorry you don't actually change anything"

████ : "Im not going in circles any more ████████ What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?"

████ initially explained to investigators that his statement of "violating" ████████ was in reference to ████ learning that he had not been truthful with ████ about his academic performance. He reported that he was neglecting his own school work to help ████ on ████ own work. When he told ████ that he had his own work to catch up on, ████████ was upset that he had not been honest with ████ about work he needed to complete. When he was pressed further about ████████ statement of ████ waking up to him touching ████ he reluctantly confirmed that he was referring to the incident around December 13, 2015, in which he placed his hand on ████████ leg, and ████ woke up startled. He continued to deny that he touched ████ crotch while ████ was sleeping and insisted that he had merely placed his hand on ████ thigh, above ████ knee, but below ████ crotch. ████████ reported that ████ believed ████ was apologizing for the inappropriate touching incidents.

In a message thread from January 14, 2016 ████████ told ████ that he should have left after ████ fell asleep and "that wasn't okay." ████ responded, "ok." ████████ stated, "And please don't touch me especially when I'm sleeping." ████ reported that he went to ████████ room to watch a movie. While he was there, ████████ fell asleep. After ████ fell asleep, he fell asleep as well. When ████████ woke up and he was still in ████ room ████ became upset. He reported initially that at that time ████████ was becoming more distant, so when ████ asked him not to touch ████ he thought ████ meant ████ wanted less contact with him. As with the other text messages discussed above, when pressed, ████ admitted he know ████ was talking about him physically touching ████ without ████ consent while ████ slept. See attached copy of the text message thread.

*Alleged Incidents of Stalking*

████████ reported that while they were dating, ████ would show up on ████ floor uninvited and unescorted. ████████ reported that ████ told ████ he could not come to ████ floor uninvited, and he would respond, "It's okay." ████████ reported finding ████ at least twice walking unescorted on the floor. ████ knew he was dating ████████ so the first time ████ told him that he had to be escorted. He responded, "Oh, okay," and seemed to brush the situation off, but seemed to understand. On a second occasion ████ told him again that he needed to be escorted, telling him, "We talked

8

about this before." ▮▮▮ reported that ▮▮ was always polite when ▮▮ spoke with him, and ▮▮ always had a good impression of him.

▮▮▮ reported that on another occasion, when ▮▮ was out of town for the weekend, ▮▮ entered ▮▮ room without permission and rearranged ▮▮ furniture, clothing, and personal possessions. ▮▮ reported that ▮▮ was very upset that he did this. ▮▮ had spoken to him before about moving a futon around in the room, but much more had been moved around by ▮▮ that ▮▮ wanted. ▮▮ also reported that ▮▮ did not expect him to make any changes without ▮▮ knowledge

▮▮ reported that ▮▮ had expressed a desire to move ▮▮ furniture around. He decided that he wanted to surprise ▮▮ and decided to move ▮▮ furniture for ▮▮ reported that he spoke to ▮▮ about gaining access to ▮▮ room while ▮▮ was out of town for a weekend. ▮▮ reported that ▮▮ gave him permission to enter ▮▮ room and even unlocked the door so that he could complete his surprise rearrangement of ▮▮ room. ▮▮ reported that ▮▮ was surprised and happy with the room rearrangement. ▮▮ recalled a brief conversation in which ▮▮ referenced surprising ▮▮ in some manner, but did not recall the details. ▮▮ reported that ▮▮ only had a couple of interactions with ▮▮ and they were in passing in the hallways and common spaces. ▮▮ was confident that ▮▮ did not provide "permission" for ▮▮ to enter ▮▮ room and did not unlock ▮▮ door so that he could enter. ▮▮ reported that during the time tha ▮▮ was gone ▮▮ had misplaced ▮▮ key, and it was possible that ▮▮ had left ▮▮ door unlocked during ▮▮ absence.

▮▮ also reported that during the early spring 2016 semester, ▮▮ seemed to always be in places ▮▮ was going to, such as a lounge area in the Armory utilized by ROTC members or dining courts ▮▮ frequented. ▮▮ reported that the hours ▮▮ was in the lounge were very unusual because he had no reason to be in the Armory. ▮▮ reported that ▮▮ used the lounge in between classes and Rifle Team practice. After a few weeks, ▮▮ stopped using the lounge. While he was in there lounge with ▮▮ ▮▮ reported that he would stare a ▮▮ and make ▮▮ uncomfortable. ▮▮ reported that his presence it was "intimidating." In late February 2016, ▮▮ reported that ▮▮ arrived on the floor of ▮▮ residence hall unescorted and gave ▮▮ ▮▮ a bottle opener. ▮▮ reported that ▮▮ told ▮▮ ▮▮ "I can't find ▮▮ can you give ▮▮ this?" ▮▮ reported that ▮▮ told ▮▮ he could not be in the floor unescorted again. ▮▮ reported that he was returning a challenge coin to ▮▮ He reported that he did go to ▮▮ floor unescorted and did not find ▮▮ in ▮▮ room, so he gave the coin to ▮▮

In response to ▮▮ taking ▮▮ the bottle opener or challenge coin and arriving on ▮▮ floor uninvited and unescorted, ▮▮ sent ▮▮ a text message on February 22, 2016, and told him not to come to ▮▮ room "under any circumstance." ▮▮ reciprocated and asked ▮▮ not to come to his room. ▮▮ reported that he did not know why ▮▮ was so upset at him, so he started to respond to text messages with

9

poetry, which further upset ████████ They continued to share text messages until February 23, 2016.

████████sent ████ one last message on March 15, 2016, and accused him of damaging ███ room when he rearranged it. ████ reported that he placed screws in the walls which caused damage that ███ was responsible for. The last contact they had with each other was a group breakfast together in the middle of March 2016.

All text messages were provided by ████. ████████ reported that ███ had deleted the messages from ███ phone and no longer had access to the messages.

## VII.   Conclusion

It was reported that ████'s relationship with ████████ was his first romantic relationship. Evidence supports that although he believed many of his actions were good intentioned and for the purpose of caring for ████████ he crossed lines that made ████████ uncomfortable. Specifically, entering ███ room and rearranging ███ personal belongings without consent. Further, when asked about the incident, ████ reported that a resident advisor provided him with permission and unlocked ████'s door so that he could "surprise" ███ however, a preponderance of the evidence supports that that did not occur.

████ also apologized to ████████ profusely in text messages. He explained the apologies were because he had lied to ███ about his own school work to help ███ with ███ own. However, when message around those apologies were reviewed, statements made by ████████ brought that explanation into question. When ████ was asked to clarify his apologies with ████████ statements of inappropriate touching, he reluctantly confirmed that he was apologizing for that touching as well.

████'s uncomfortable, awkward, and unconfident clarification of the text message admission to violating ████████ combined with the apparent dishonesty regarding his entrance into ███ dorm room have led us to determine that he is not a credible witness. Evidence does support that ████████ was a credible witness. Therefore, we believe that a preponderance of the evidence supports that ████'s admission to ████████ that he digitally penetrated ████████ without ███ consent while ███ was sleeping was an accurate statement and the event did occur. Evidence also supports that ████ touched ████████ while ███ was sleeping in an unwanted and nonconsensual way in December 2015.

Therefore, this investigation determined that a preponderance of the evidence supports that ████ violated the University's Anti-harassment policy.

10

Non-Party PU010

NSTC-0179

## VIII.  Recommendations

Based upon a preponderance of the evidence, we find the allegations of sexual harassment, specifically sexual violence, against ███████████ are substantiated. Therefore, we do find a violation of the Anti-Harassment (III.C.1) policy.  Taking into consideration all relevant facts, our recommendation is as follows:

1. ████ should be suspended from Purdue University from the date of the final decision in this case for a period of one full academic year to indicate how detrimental his misconduct is to the University.  Suspension, as defined in Section A.5 of the University Regulations, means that during this time, ████ would be ineligible to register for any academic programs under the sponsorship of Purdue University including, but not limited to, regional campuses and Statewide Technology locations.  This sanction should not appear on his academic transcript.

2. The no contact order that was initiated prior to this investigation should maintain in effect until ██████ completes ███ current academic program.

3. As a condition of any re-entry, ████ should be required to complete the 90-minute bystander intervention training or equivalent program offered by the Vice President for Ethics and Compliance or Center for Advocacy, Response, and Education (CARE).

4. As a condition of any re-entry, ████ should also be required to meet with Chris Greggila, Assistant Director, CARE, prior to returning to the university and one time per month during his first semester of return.  ████ should contact Mr. Greggila at █████████████ to schedule these meetings.

11

Non-Party PU011

Sent to ███████████ on Wed Dec 23, 2015 12:40 AM
Message : But i do!

Sent to ███████████ on Wed Dec 23, 2015 12:40 AM
Message : Please, im just trying to figure out what to do

Sent to ███████████ on Wed Dec 23, 2015 12:41 AM
Message : I still want to be with you!

Sent to ███████████ on Wed Dec 23, 2015 12:41 AM
Message : I love you

Received from ███████████ on Wed Dec 23, 2015 12:42 AM
Message : Well stop freaking out about stuff like that

Sent to ███████████ on Wed Dec 23, 2015 12:43 AM
Message : Im trying

Received from ███████████ on Wed Dec 23, 2015 12:50 AM
Message : Why? Seriously why? And then why do you do what you do ?

Sent to ███████████ on Wed Dec 23, 2015 12:52 AM
Message : I dont know... im sorry

Received from ███████████ on Wed Dec 23, 2015 12:52 AM
Message : Stop saying sorry and explain or do something to change it

Received from ███████████ on Wed Dec 23, 2015 12:56 AM
Message : Shit I'm being awful to you I'm sorry I'm upset with my mom not you

Sent to ███████████ on Wed Dec 23, 2015 12:56 AM
Message : No

Sent to ███████████ on Wed Dec 23, 2015 12:57 AM
Message : You're right

Received from ███████████ on Wed Dec 23, 2015 12:58 AM
Message : ?

Sent to ███████████ on Wed Dec 23, 2015 12:59 AM
Message : Im trying to change. I just feel like I've lost track of who I am and I am scared because I am drifting from God and I dont even know what I want to do anymore and I just freaked out hardcore all finals week and couldnt think straight at all and i made some really bad decisions and hurt you and now i feel like we're at odds and i keep trying to fix things and they only get worse

Non-Party PU012

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:00 AM
Message : Hey, calm down it just takes time okay?

Sent to ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:02 AM
Message : I just feel like i cant do this anymore

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:02 AM
Message : Do what?

Sent to ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:02 AM
Message : Anything

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:03 AM
Message : Yes you can I know you can you've done too much and gone through
too much to say That

Sent to ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:06 AM
Message : I just hate myself right now

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:06 AM
Message : You're so amazing please don't say that

Sent to ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:12 AM
Message : Im so sorry i did what i did to you. I just cant change it no matter how
much i want to, im just messed up and im a terrible person

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:13 AM
Message : Yes you can you can change it

Sent to ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:15 AM
Message : I cant change what i did

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:15 AM
Message : I promise you can it just takes time

Received from ▒▒▒▒▒▒▒ on Wed Dec 23, 2015 01:15 AM
Message : I can forgive you though and you can get better

Sent to ████████ on Mon Dec 28, 2015 03:55 PM
Message : Can I tell you something?

Received from ████████ on Mon Dec 28, 2015 03:56 PM
Message : What

Sent to ████████ on Mon Dec 28, 2015 03:57 PM
Message : I wouldnt mind living my life as a missionary in a third world country.

Sent to ████████ on Mon Dec 28, 2015 03:57 PM
Message : As funny as it may sound.

Received from ████████ on Mon Dec 28, 2015 03:57 PM
Message : You've told me that

Sent to ████████ on Mon Dec 28, 2015 03:58 PM
Message : Not like this.

Received from ████████ on Mon Dec 28, 2015 03:58 PM
Message : What do you mean like this?

Sent to ████████ on Mon Dec 28, 2015 03:59 PM
Message : I...

Sent to ████████ on Mon Dec 28, 2015 03:59 PM
Message : I dont know how to explain it

Received from ████████ on Mon Dec 28, 2015 03:59 PM
Message : Telling me is telling me

Received from ████████ on Mon Dec 28, 2015 04:01 PM
Message : I can't do this.

Sent to ████████ on Mon Dec 28, 2015 04:01 PM
Message : What?

Received from ████████ on Mon Dec 28, 2015 04:01 PM
Message : I can't do this

Sent to ████████ on Mon Dec 28, 2015 04:02 PM
Message : Yes you can

Received from ████████ on Mon Dec 28, 2015 04:02 PM
Message : Talk to you right now

Sent to ████████ on Mon Dec 28, 2015 04:02 PM
Message : ok

Sent to ████████ on Mon Dec 28, 2015 04:11 PM
Message : Am I upsetting you?

Non-Party PU014

3

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:12 PM
Message : Everything is

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:12 PM
Message : You do this every time. You shut me out.

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:13 PM
Message : Yep

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:14 PM
Message : Why

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:14 PM
Message : What are you going to do?

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:15 PM
Message : Thats not the point

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:15 PM
Message : What's the point

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:15 PM
Message : Communicating

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:15 PM
Message : Why?

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:16 PM
Message : It can help

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:16 PM
Message : Yeah I've tried and it doesn't so no

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:17 PM
Message : Would you like if I walked away from you every time something upset me, and ignored you every time you asked me to explain what was wrong? Because that is how I feel right now.

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:18 PM
Message : If that's how you handle things fine

Sent to ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:19 PM
Message : Then im done.

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:19 PM
Message : With?

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 04:29 PM
Message : ▓ ?

Received from ▓▓▓▓▓▓▓▓ on Mon Dec 28, 2015 05:45 PM
Message : K bye

Non-Party PU015

4

Received from [redacted] on Mon Dec 28, 2015 05:52 PM
Message : And you do you literally get up and leave without saying a word you do and I always tell you what's wrong or what's upsetting me and the fact that you don't understand that is not my fault I'm not going to spend an hour spelling out every single detail for you

Sent to [redacted] on Mon Dec 28, 2015 07:35 PM
Message : I was in a concert

Sent to [redacted] on Mon Dec 28, 2015 07:46 PM
Message : And you never tell me whats going on. It's always you being really vague by saying "everything" or "family" but usually you just say you dont want to talk about it. It is not at all fair for you to tell me that its my fault when you refuse to even talk to me. I have asked you multiple times if you want to talk and you always say no. Always. I try to understand, but you give me nothing then get angry when I have no idea what the problem is. And then you get upset and call me out whenever I dont respond to you, which is literally exactly what you do. Im afraid to even talk about things with you because whenever we disagree on something it becomes an argument, and I dont want to argue. You tell me that i have a short temper, but you are always angry whenever something goes wrong for you and you shut me out. You dont even try to change that. You tell me that communication doesnt help, yet whenever I dont talk to you you get pissed off at me. I don't know what it is you want, because whenever I try to help or improve the situation, it always ends up getting worse.

Received from [redacted] on Mon Dec 28, 2015 10:21 PM
Message : That is not true I get mad when you won't just leave me alone about things when I don't talk about and I get mad when you just up and leave and when you pout and whine like a little child

Received from [redacted] on Mon Dec 28, 2015 10:22 PM
Message : Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries

Sent to [redacted] on Mon Dec 28, 2015 10:37 PM
Message : We already went over this several times. I cant even apologize any more because you get angry at me for it.

Received from [redacted] on Mon Dec 28, 2015 10:38 PM
Message : No I get angry because you continue to do it and just say sorry you don't actually change Anything

Sent to [redacted] on Mon Dec 28, 2015 10:56 PM
Message : Im not going in circles any more [redacted] What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?

Received from ████████████ on Mon Dec 28, 2015 11:20 PM
Message : To actually change it you're still doing the same things you did when we first started going out! You're not changing it you're not you just say you will and you don't

Non-Party PU017

6

Received from ██████████ on Thu Jan 14, 2016 11:52 AM
Message : That wasn't okay

Sent to ██████████ on Thu Jan 14, 2016 11:53 AM
Message : ?

Received from ██████████ on Thu Jan 14, 2016 11:54 AM
Message : You should've left after I fell asleep or woken me back up

Sent to ██████████ on Thu Jan 14, 2016 12:00 PM
Message : ok

Received from ██████████ on Thu Jan 14, 2016 12:03 PM
Message : And please don't touch me especially when I'm sleeping

Non-Party PU018

7

This list of people can vouch for my behavior around ██████████ and my character in general.



Henry Martin (██████
Derric Salser (██████
Jeremy Ochs (███████
Daniel Anderson (████████
Cade Balzer (████████
Elvin Uthappan (█████████
Seth Koester (██████
Andrew McVey (███████
Allison Poole (███████

This list of people can vouch for my character in general.



Joseph Witter (███████
Michael Alerding (███████
Matthew DeMar (████████
Harrison Ruby (████████
Kyle Beeson (██████
Aesa Shelton (██████
Joseph Palermo (█████████
Noah Ruh (██████
Eric Stewart (███████
Connor Foley (██████
Emmanuel Bell (████████
Michael Culley (███████
Hailey Nailor (██████
Devin Eubanks ██████████)
Zachary Juliot (██████
William Kellerhalls (█████████
Zachary Maciolek (█████████
Christopher Mead (██████████
Logan Stewart (██████
Jacob Wallace (██████
Rainer Neis (██████
Nathan Courtney (███████

I (███████████) was in a dating relationship with ███████████ during the Fall 2015 semester and Spring 2016 semester this school year. We are both in the NROTC unit, and I did not know ██ prior to our meeting through that. The allegations ██ now brings against me are false and without merit. I do not know why these charges are being filed against me, and I can only speculate as to the intentions of such claims.

████████ claims that "*In or around November 2015, [██ stayed the night in your room in Tarkington Hall. In the morning, [██ abruptly woke up to you groping ██ while ██ was fully clothed.*" This is not true. The date to which ██ is referring was in mid-December. ██ only stayed in my room on several occasions. I asked ██ to stay that night out of concern of ██ emotional state. ██ slept on our futon. I slept on the floor nearby and my roommate slept in ██ bed directly above the futon. I woke up, and placed my hand on ██ knee out of affection. This woke ██ up, and ██ immediately grew erratic and angry at me, leaving the room shortly after. I do not know why ██ behaved this way. I do know that ██ had attempted suicide several days before this. I was unsure of ██ mental stability in the aftermath, which is why I asked ██ to stay the night with my roommate and me.

"*You then told ██████ that during another night in November 2015, while you were staying the night in ██████'s room, you penetrated ██ digitally while ██ was sleeping. ████████ was not aware of this earlier incident and did not consent to the sexual contact. When ██ told you that this upset ██ you told ██ you felt bad about the first time. Despite that, you still decided to have sexual contact with ██ the second time while ██ was asleep. ████████ was very upset and left your room.*" This is not true. I do not know where this came from. I have never had any sexual contact with ██ while ██ was asleep. I have never told ██ that I had sexual contact with ██ while ██ was asleep.

"*In addition, you went through ██████'s underwear without ██ permission.*" This is also not true. There were several occasions where I offered to help ██ do loads of laundry because ██ had complained about how it was going to take ██ awhile, and I took that as a cue to offer help. ██ seemed very grateful when I did that, and I never once went through ██ clothes without permission.

"*You would also "joke" with your taser and at one point chased ██████ down the dorm igniting it threatening to taze ██ You would jokingly mention that you tazed your roommate twice while ██ was asleep.*" I do not own a taser. I own a stun baton, and have never once threatened ██ with it. My roommate and I have used it on each other out of fun in the past, but I took it home over Winter Break and have not had it since. I never chased ██ or made any attempt towards ██ with this.

"*After breaking up with you, you would still come to* ███████*'s room unannounced and without an escort.*" ██████████ never formally broke up with me, just communicated less and less over time starting several weeks into the Spring Semester. I understood that ███ was distancing ██████ and I respected that choice. I went to ████ room on one occasion to return a challenge coin ███ had left in my room the previous semester. I had just found it and decided to hand it to ████ on my way over to Wiley Dining Court. Since I do not live in Wiley Hall, I need an escort to even enter. I waited by the lobby side door until one of the residents entered, and I asked ████ if ███ could escort me to ████████ room so that I could return the coin. ████ was not present in ████ room, so I turned it into ████ Resident Assistant (████████████) and promptly left. I do not know who escorted me. Prior to this, ████████████ had never communicated any "ground rules" or wishes for me to stay away from ████ room. After ████ received the coin from ████ Resident Assistant approximately a week and a half later, ████ sent me a text message reading "You cannot just come to my dorm under any circumstances. If you need to give me something give it to me or put it in my box". This was the first time ████ had clearly stated anything of this nature.

"*You have displayed little control over your temper in front of* ████████ This is also untrue. I do not know where this even came from. I have been seen with ████████ by many people, all of which can witness against this, as I have never once lost my temper in front of ████

I believe that the following information is also important to show that I have been falsely accused by ████████████

████████████ and I had a sexual relationship from October to December. All sexually related activity immediately ceased following ████ suicide attempt on 13CDEC2016. ████ has told me that ████ was allegedly raped in the last year and a half in high school back in ████████ ████ has also told me ████ attempted suicide at least twice in high school, one of which ████ parents walked in on. ████ had a frequent temper, something I think ████ tried to see reflected in me, hence the accusation. For example, as ████ is on the shooting team, ████ would practice with them several times a week. Nearly every time ████ would return from a practice, I would ask ████ how it went, to which ████ would nearly always give an angry reply or deflection.

████ told me at the end of winter break that ████ contemplated running away from home and did not know if ████ wanted to return to Purdue.

"I want to run away"

"Like literally last night I drove an hour out of town before turning around"

On the night of ▮ suicide attempt, I met ▮ at ▮ room in Wiley Hall and ▮ acted extremely erratic. ▮ destroyed ▮ room by throwing objects everywhere, crying, and talking about how much ▮ hated ▮ life. ▮ felt hopeless because ▮ told me ▮ hated ▮ family yet missed home, did not think ▮ even wanted to be in the Navy or at Purdue at all, and felt ▮ was going to fail ▮ finals that week and not be able to pursue ▮ major. After I had finally calmed ▮ down, ▮ decided ▮ wanted to go for a walk, to which I insisted on accompanying ▮ as I did not trust ▮ judgement at the time. We walked to the parking garage by the armory on University Street, and went to the top. At this time I grew alarmed. ▮ began to walk to the edge and tried for the next 45 minutes to convince me to allow ▮ to sit up on the ledge. ▮ progressed from a casual, carefree mood to crying and yelling as ▮ struggled to do so. ▮ argued that ▮ had sat on the ledge previously, and ▮ would be fine. ▮ then argued that ▮ friends would let ▮ do it if they were present, to which I disagreed. After that ▮ tried to convince me that even if ▮ were to fall, it would not kill ▮ or matter. I assured ▮ it would kill ▮ and held ▮ from climbing up. ▮ finally progressed to telling me that even if it did kill ▮ it wouldn't matter, and "God didn't care what happened to [▮] I finally was able to drag ▮ down the stairwell back onto the sidewalk, and at that point ▮ stopped struggling. On our way back to the dorms ▮ was literally skipping and singing, as if nothing had happened at all. ▮ never understood why I became so upset by this event, as ▮ explained to me "It had nothing to do with you. You aren't part of the reason I wanted to kill myself". ▮ never thanked me for that night and seemed to resent me for what I did ever since.

I reported ▮ to 2 different Resident Assistants (▮ and ▮) in January for ▮ actions from December, hoping it would allow ▮ access to help. I also reported ▮ to my Scholarship Advisor ▮. All of them filed reports with the university as a result. I also attended a QPR Suicide Prevention Training program on 16FEB2016 that I had learned about through NROTC. I did not report my attendance of this program to the unit, as my reasons for attending were personal, and I received a certificate for completing the course.

Despite this recent false claim that I sexually assaulted ▮ in November, ▮ continued to date me into the month of January. This included frequent texting and calling over Winter Break. ▮ also began dating an NROTC upperclassman within a few weeks of distancing ▮ from me, and ▮ heavily communicated with ▮ for about a month prior to "breaking up" with me.

*[signature]* 03MAY2016

**May, Megan R**

| | |
|---|---|
| **From:** | Remaly, Craig M |
| **Sent:** | Tuesday, May 03, 2016 10:44 AM |
| **To:** | May, Megan R |
| **Subject:** | FW: Article 31b Rights |
| **Signed By:** | ████████████ |

Here you go Megan.

ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-CLIENT PRIVILEGE

1



███████████

Written Response to Allegation

I (███████████) was in a dating relationship with ███████████ during the Fall 2015 semester and Spring 2016 semester this school year. We are both in the NROTC unit, and I did not know who ██ was prior to our meeting through that. The allegations ██ now brings against me are false and without merit. I do not know why these false charges were filed against me.

███████████ claims that "*In or around November 2015, █ stayed the night in your room in Tarkington Hall. In the morning, █ abruptly woke up to you groping ██ while ██ was fully clothed.*"

This is not true. I know the date to which ██ is referring to be in mid-December, as ██ only stayed the night in my room on several occasions. I asked ██ to do so out of concern and I let ██ sleep on our futon. I slept on the floor nearby and my roommate slept in ██ bed directly above the futon. In the morning I woke up, and placed my hand on ██ knee out of affection. This woke ██ up, and ██ immediately grew erratic and angry at me, leaving the room shortly after. I do not know why ██ behaved this way. I do know that ██ had attempted suicide several days before this, and I was unsure of ██ mental stability in the aftermath, which is why I asked ██ to stay the night with my roommate and me.

"*You then told ██ that during another night in November 2015, while you were staying the night in ███████ room, you penetrated ██ digitally while ██ was sleeping. ███████ was not aware of this earlier incident and did not consent to the sexual contact. When ██ told you that this upset ██ you told ██ you felt bad about the first time. Despite that, you still decided to have sexual contact with ██ the second time while ██ was asleep. ███████ was very upset and left your room.*"

This is also not true. I do not know where this is coming from. I have never had any sexual contact with ████ while ████ was asleep. I have never told ████ that I had any sexual contact with ████ while ████ was asleep.

████ allegations against me do not make sense and are inconsistent with ████ conduct towards me based after ████ claims these events occurred. ████ texted me wishing me a Happy Christmas Eve as well as numerous texts over the holidays. Further, ████ invited me to ████ room at the start of the spring semester. A person who has been sexually assaulted like ████ claims would not send such friendly messages or make such an invitation to the person who allegedly assaulted ████ Such conduct on ████ part demonstrates that ████ accusations against me are not true.