# Exhibit D

## APPOINTMENT TERMINATION
## DISENROLLMENT AUTHORIZATION

From: Commander, Naval Service Training Command
To: Midshipman Fourth Class ███████, USNR, ███████
Via: Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University

1. The Secretary of the Navy has approved the recommendation for the termination of your appointment as Midshipman, Naval Reserve by disenrollment from the Naval Reserve Officers Training Corp (NROTC) Program for the following reason(s):

| REASON FOR DISENROLLMENT/TERMINATION | CODE | EFFECTIVE DATE |
|---|---|---|
| DROPPED BY INSTITUTION | 91LL | 29 Aug 2016 |

2. In accordance with the agreement you executed upon entering the NROTC Scholarship Program, you will now:

[ ] Be disenrolled from the NROTC Program and revert to your enlisted status currently held in _____

[✓] Be disenrolled from the NROTC Program and discharged from the naval service.

[ ] The Secretary of the Navy has directed that you reimburse the government for educational assistance received as per your NROTC scholarship service agreement.

3. Provided you discontinue scholastic instruction at this educational institution and if you qualify, you may be entitled to an allowance for travel from this institution to your home of record at the time you were accepted in the NROTC Program in accordance with Joint Travel Regulations.

4. The disenrollment, when effected, shall be reported by an appropriate entry in the Officer Candidate Accounting and Reporting System.

SIGNATURE: R. K. WOOD, Director of Officer Development   By direction [signature]   DATE: 9/25/16

### FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University
To: Midshipman Fourth Class ███████, USNR, ███████

1. Delivered

2. Officials of the educational institution to which this NROTC Unit is attached have stated that you [ ] are [X] are not continuing scholastic instruction at the institution at other than government expense.

3. Your official records indicate that your home of record at the time of acceptance was: Valparaiso, IN
City, State

4. Accounting data for travel to your home of record is provided below if you are entitled to an allowance for travel from this institution.

| APP | SUBHEAD | OBJ CL | BL CONT | SA | AAA | TC | TANGO NO. | COST CODE | EST CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

SIGNATURE: [signature]   DATE: 11/4/16

NSTC 1533/124 (07-11)

NSTC-0001
EXHIBIT K

EXHIBIT Defendant's H

# Disenrollment Checklist

**Student Name:** [redacted] S
**NROTC Unit:** Purdue University

| Document | Document Order and Description | Initial |
|---|---|---|
| | CO Summary Letter to NSTC | X |
| | Disenrollment Checklist Coversheet | N/A |
| Encl (1) | Disenrollment Recommendation NSTC 1533/122 / Student Statement ✓  Student signature ✓  CO signature ✓ | JwC |
| | Student Letter to NSTC (Rebuttal #3) (if applicable) | |
| Encl (2) | Disenrollment acknowledgement NSTC 1533/120 / Student signature ✓ JwC  Payback option ___ | JwC |
| | CO's endorsement of appeal/rebuttal (if applicable/may addressed in CO's Summary Letter to NSTC) | |
| | Midshipman's appeal/rebuttal of PNS decision (if applicable) | |
| Encl (3) | Performance Review Board Recommendation from CO to MIDN (acknowledging any student appeal, if applicable) (Example 8-J) / CO signature ✓   Student signature ✓ | JwC |
| | Midshipman's appeal/rebuttal of Senior Board Member's decision (if applicable) | JwC |
| Encl (4) | Senior Board Member Letter to PNS (Example 8-I) | JwC |
| | Results of Performance Review Board (Example 8-H) | |
| ~~Encl (5)~~ | Senior Board Member signature ___ Student signature ___ or Waiver of PRB Proceedings (Example 8-E) | |
| Encl (~~5~~) 5 | Notification of Performance Review Board (Example 8-G) CO signature ✓ Student signature ✓ | JwC |
| Encl (~~5~~) 6 | Appointment of Performance Review Board (Example 8-F) | Jwc |
| Encl (~~8~~) 7 | Trigger Document (related to type of disenrollment) | |
| Encl (~~9~~) 8 | Supporting Documents These may include but not limited to: -Summary of PRB Proceedings (Not a transcript) -Signed and Dated request for Drop on Request (Mandatory for DOR disenrollments) -MIDN Personal Statement -University Notification of Dropped by Institution -Current Student Transcript (Mandatory) -Counselling notes -CO's assignment or removal letters (Warning, Probation, LOA) -Urinalysis Results -Police Report -Statement of financial hardship or family illness -Documentation of refusal of immunization -Student statement of conscientious objection -Corps of Cadets removal letter -BUMED Letter (Signed and endorsed by OD only) -MCRC Letter, Waiver, or Candidate Disenrollment Package | JwC |
| Encl (~~10~~) 9 | Enlistment/reenlistment document (DD Form 4) (Full SSN) | JwC |
| Encl (~~11~~) 10 | NROTC Scholarship Service Contract NSTC 1533/135 | JwC |
| Encl (~~12~~) 11 | Education Cost Sheet Breakdown NSTC 1533/113 | JwC |
| **Timeline/Sequencing Verification** | Required for due process (chronological order) | |
| | Appointment Date 16Jun, reschedule 25Jn | |
| | Notification Acknowledgement Date 1Aug | |
| | Waiver Date (if applicable) N/A | |
| | Acknowledgement of Senior Board MBR LTR to Student 15Aug | |
| | Acknowledgement of PNS Decision to Student 25Aug | |
| | Date Placed on G Code LOA 20Aug | |

I have reviewed and verified that all enclosed documents are complete, accurate and pertinent to this disenrollment.

PNS Signature _[signature]_

NSTC 1533/159 (08-16)



DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

1533
Ser 094
6 Sep 16

From: Commanding Officer, NROTC Unit, Purdue University
To: Director, Officer Development

Subj: DISENROLLMENT RECOMMENDATION ICO MIDN 4/C ▮▮▮▮ (NAVY OPTION)

Ref: (a) NSTC M-1533.2 (ROD)

Encl: (1) Disenrollment Recommendation NSTC 1533/122
(2) Disenrollment Acknowledgement NSTC 1533/120
(3) PRB Recommendation
(4) Senior Member Letter to PNS
(5) Notification of PRB
(6) PRB Appointment
(7) University Investigation
(8) Supporting Documents
(9) DD Form 4
(10) NROTC Scholarship Contract
(11) Education Cost Sheet

Supporting document: None

1. Background.

   a. MIDN 4/C ▮▮▮▮

   b. NROTC Unit Purdue University

   c. No Degree Listed

   d. Valparaiso, IN

2. Type of Disenrollment (Dropped by Institution)

   a. MIDN ▮▮▮ was suspended by the University for one academic year.

NSTC-0003

3. Academic History:

Fall 2015 GPA: 2.47; Cumulative GPA: 3.30
Spring 2016 GPA: 2.11; Cumulative GPA: 3.17

4. Aptitude Summary.

   None.

5. Previous Administrative Actions.

   Academic Warning and Interim LOA.

6. Medical Considerations.

   None.

7. Mitigating factors.

   None.

8. Unit Actions.

   Disenrollment process.

9. PNS Recommendation.

   Recommend disenrollment of MIDN ▇ due to suspension by the University for one academic year.

   R. HUTTON

Copy to:
Company Officer
Student File

2