# Exhibit E

```
                                                       1533
                                                       10 Aug 16

From:  Senior Member, Performance Review Board, NROTC Unit
       Purdue University
To:    Commanding Officer, NROTC Unit, Purdue University

Subj:  PERFORMANCE REVIEW BOARD ICO MIDN 4/C ▓▓▓▓▓▓▓

Ref:   (a) NSTC M-1533.2A(ROD)
       (b) CO, NROTCUPU ltr 1533 of 16 June, 2016
       (c) CO, NROTCUPU ltr 1533 of 25 July, 2016

Encl:  (1)  PRB Appointment Letter
       (2)  PRB Notification Letter to the student regarding the PRB
       (3)  Email agreeing to a delay in PRB proceedings
       (4)  Copy of changed appointment letter
       (5)  Copy of changed notification letter to the student
            with signed acknowledgement
       (6)  Privacy act statement signed by the student
       (7)  MIDN ▓▓▓'s counseling notations
       (8)  University Academic Report
       (9)  University Investigator's Report
       (10) Final determination from the Dean of Students
       (11) MIDN ▓▓▓ statements of appeal of final
            determination
       (12) University response to MIDN ▓▓▓ appeal
```

1. Per references (a) through (c), a Performance Review Board was held 9 August, 2016 to determine MIDN ▓▓▓▓▓▓▓ aptitude for commissioned service while enrolled in the NROTC program. MIDN ▓▓▓ was suspended by Purdue University.

2. Board members present were:
   CDR Craig M. Remaly, USN Senior Member
   Maj Michael N. McDowell, USMC Voting Member
   LT Leonard R. Taylor, USN Voting Member
   LT Kyle Willstatter, USN Recorder/Company Officer

3. MIDN 4/C ▓▓▓ was present.

4. Student data:
   Major:              Computer Graphics
   Cumulative GPA:     3.17
   Earned Credits:     72.0
   GPA Credit Hours:   62.0

5. Military Aptitude history (5.0 scale):
   Semester Year    Aptitude Grade
   Fall 2015        3.33

ENCLOSURE (▓)



Subj: PERFORMANCE REVIEW BOARD ICO MIDN 4/C ▓▓▓▓

6. Academic history (4.0 scale):

| Semester Year | Semester GPA | Cumulative GPA |
|---|---|---|
| Spring 2016 | 2.11 | 3.17 |
| Fall 2015 | 2.47 | 3.30 |

7. Disciplinary problems:

   Academic Warning Spring 2016 (for Fall 2015 semester)
   ILOA pending PRB for Academics (for Spring 2016 semester)

8. Professional performance history:

   Fall 2015:        Ranked 22 of 28 4/C Midshipmen

9. Summary of Board findings:

MIDN 4/C ▓▓▓▓'s (SNM) board came to order at 1004 on 9 August, 2016, in the NROTC Purdue University Conference Room. To begin, I introduced each member present and informed SNM of the five possible outcomes the board may recommend to the Commanding Officer. I explained the process of the board and then asked if he had further questions. After reviewing his rights, he did not have any further questions, and did not wish to challenge any member for cause.

Following the preliminary procedures, LT Willstatter presented the case before the board by offering the exhibits listed in the enclosures as noted above. He stated that the exhibits showed SNM has been suspended by Purdue University for a minimum of one academic year, and brought the board's attention to section 6-16, paragraph 9 of reference (a), which states that any student suspended by the academic institution shall be immediately disenrolled by the PNS.

SNM made an opening statement in which he said that despite the long process and regardless of the outcome, his conscience was clear. SNM did not call any witnesses or provide any other oral or written statements, and the board had no questions. SNM did not elect to make a closing statement. The board closed for deliberations at 1007, reconvened at 1011, and adjourned at 1012

10. Board Recommendation:
By a vote of 3 - 0, the Performance Review Board found that MIDN 4/C ▓▓▓▓ was suspended by Purdue University. By a vote of 3 - 0, the board recommends that MIDN 4/C ▓▓▓▓ be disenrolled from the NROTC program.

                                    _____
                                    CDR C. M. Remaly, USN
                                    Senior Member

_____              _____
Maj M. N. McDowell, USMC             LT L. R. Taylor, USN
       Member                               Member

                            2

ENCLOSURE (4)