# Exhibit I



DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

1533
16 Jun 16

From: Commanding Officer, NROTC Unit Purdue University
To: CDR Craig M. Remaly, USN, Executive Officer, NROTC Unit Purdue University

Subj: APPOINTMENT AS SENIOR PERFORMANCE REVIEW BOARD MEMBER

Ref: (a) NSTC M-1533.2 (ROD)

1. Per reference (a), you are hereby appointed as Senior Member of a Performance Review Board that will consider the performance of MIDN ▮▮▮▮▮▮▮▮ ▮▮▮, who is deficient in the following areas outlined in reference (a):

   a. Suspension from the university.

2. Members of the board are:

   **Senior Member:**
   CDR C. M. Remaly, USN

   **Voting Members:**
   Maj M. N. McDowell, USMC
   LT L. R. Taylor, USN

   **Non-Voting Members:**
   LT M. R. Redlawsk (Recorder)

3. The Performance Review Board will convene at 1000, 23 June, 2016. MIDN ▮▮▮ will be notified separately.

4. Prior to the Performance Review Board, you should ensure that all board members are familiar with the applicable portions of reference (a).

5. Upon completion of the board, you must submit a summary of the Performance Review Board to me.

R. HUTTON

EXHIBIT
PM 6

ENCLOSURE ( )

**DEPARTMENT OF THE NAVY**

DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

1533
25 Jul 16

From: Commanding Officer, NROTC Unit Purdue University
To:   CDR Craig M. Remaly, USN, Executive Officer, NROTC Unit Purdue University

Subj: NOTIFICATION OF PRB SCHEDULE CHANGE

Ref:  (a) NSTC M-1533.2 (ROD)

1. To accommodate time for the appeal of his suspension, the Performance Review Board that will consider the performance of MIDN ▓▓▓▓▓▓▓▓▓▓ originally scheduled for 23 June 2016 has been rescheduled. MIDN ▓▓▓▓ is deficient in the following areas outlined in reference (a):

   a. Suspension from the university

2. Members of the board are:

   <u>Senior Member:</u>
   CDR C. M. Remaly, USN

   <u>Voting Members:</u>
   Maj M. N. McDowell, USMC
   LT L. R. Taylor, USN

   <u>Non-Voting Members:</u>
   LT K. Willstatter, USN (Company Officer and Recorder)

3. The Performance Review Board will convene at 1000, 9 August 2016. MIDN ▓▓▓▓ will be notified separately.

4. Prior to the Performance Review Board, you should ensure that all board members are familiar with the applicable portions of reference (a).

5. Upon completion of the board, you must submit a summary of the Performance Review Board to me.

R. HUTTON

ENCLOSURE (▓)

NSTC-0019