# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S CERTIFICATION OF REDACTIONS: ECF 106

Plaintiff's counsel, in response to the telephonic status conference held on January 27, 2021, states as follows:

The undersigned certifies that he has personally searched, as well as performed a search using electronic software of the Court authorized Sur-Reply and supporting exhibits [ECF 106] for the true names of John Doe and Jane Doe.

**Dated: February 22, 2021**

                                              **Respectfully submitted,**
                                              **NESENOFF & MILTENBERG, LLP**
                                              **By:** /s/ *Philip A. Byler*
                                              **Philip A. Byler, Esq.**
                                              **Andrew T. Miltenberg, Esq.**
                                              **363 Seventh Avenue, Fifth Floor**
                                              **New York, New York 10001**
                                              **(212) 736-4500**
                                              pbyler@nmllplaw.com
                                              *Attorneys for Plaintiff John Doe*