IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>          Plaintiff,<br>    v.<br><br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University,<br><br>          Defendants. | CIVIL ACTION<br><br>No. 2:17-cv-33-JPK |

### STIPULATION OF THE PARTIES TO FILE SECOND AMENDED COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, John Doe, by counsel, and Defendants Purdue University, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, having conferred and agreed upon the advisability of an amended complaint to conform to rulings in the case and plaintiff's updated factual contentions, stipulate and agree to entry of an order granting leave for Plaintiff to file his Second Amended Complaint, appended hereto, and leave for Purdue to file an amended counterclaim with its answer to the Second Amended Complaint.

Date:   March 1, 2021
Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Byler<br>Philip A. Byler (pro hac vice)<br>Andrew T. Miltenberg<br>Nesenoff & Miltenberg LLP<br>363 7th Ave 5th floor,<br>New York, NY 10001<br>Email: pbyler@nmllplaw.com<br>amiltenberg@nmllplaw.com<br>Telephone: 212-736-4500<br>Attorneys for Plaintiff | /s/ William P. Kealey<br>William P. Kealey (18973-79)<br>Tyler L. Jones (34656-29)<br>Stuart & Branigin, LLP<br>300 Main St., Ste. 900 P.O. Box 1010<br>Lafayette, IN 47902-1010<br>Email: wpk@stuartlaw.com<br>tlj@stuartlaw.com<br>Telephone: 765-423-1561<br>Attorneys for Defendants |