UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:17-CV-33-JPK |
| ) | |
| PURDUE UNIVERSITY, *et al.*, ) | |
|     Defendants. ) | |

## **ORDER**

This matter is before the Court *sua sponte*. Currently under advisement with the Court is a Request for Issuance of Order to Show Cause Regarding Plaintiff's Non-Compliance with Order and Spoliation of Evidence [DE 133], filed by Defendants Purdue University, Purdue University Board of Trustees, Michell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim. To aid in the Court's determination on this issue, the Court now orders the parties to supplement the record as follows.

During an evidentiary hearing held on February 22, 2021, there was discussion as to what was displayed on Plaintiff's phone and/or computer screen when he downloaded certain data from Snapchat.[1] Specifically, the Court inquired as to what data the Snapchat mobile application and Snapchat website reflected was available for users to download at the relevant times. While Plaintiff endeavored during the hearing to demonstrate to the Court the display he saw on his phone screen when he completed the downloads, it would nonetheless be helpful to the Court to have exhibits on the record showing the same.

Accordingly, the Court hereby **ORDERS** the parties to meet and confer regarding the screen displays that would have been seen by an individual on both the Snapchat mobile

---

[1] As Plaintiff testified at the hearing, one Snapchat data download occurred on July 16, 2020, while a subsequent download occurred in early October 2020.

application and Snapchat website at the time Plaintiff made the relevant downloads.[2] The Court further **ORDERS** the parties to file, on or before **April 27, 2021** a joint report with exhibits either showing, via screenshots, or describing in full the screen displays that existed as Plaintiff would have seen them. If the parties cannot come to an agreement regarding what the screen displays showed at the time Plaintiff made the relevant downloads, they may file separate reports on that same date with exhibits reflecting what they believe to be the screen displays described above.

So ORDERED this 13th day of April, 2021.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT

---

[2] By "screen displays," the Court refers specifically to what an individual would see on the screen of their computer or phone when viewing the Snapchat page specifying what information is available for download by a user from the Snapchat server.