IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) <br> **BOARD OF TRUSTEES, MITCHELL ELIAS** ) <br> **DANIELS, JR.**, in his official capacity as President of ) <br> Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) <br> in her official capacity at Purdue University, **KATHERINE** ) <br> **SERMERSHEIM**, in her official capacity at Purdue University, ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION** <br><br><br><br><br><br><br> No. 2:17-cv-33-JPK |

## PLAINTIFF JOHN DOE'S SUBMISSION PER THE COURT'S APRIL 13, 2021 ORDER

Plaintiff John Doe respectfully submits the following to satisfy the Court's Order dated April 13, 2021. Plaintiff hereby provides links to (i) a photo album of mobile screenshots created by John Doe that visualizes navigation of his Snapchat application when downloading account data, (ii) a video that supplements the photo album created by plaintiff John Doe showing the same in video format, and (iii) a third-party video that demonstrates how to download Snapchat data from a desktop computer.

The following link is the above-mentioned photo album, created by Plaintiff John Doe. The pictures are in numbered order, and clicking into each one will reveal an accompanying description just below each respective photo that explains the context of each screenshot:

https://ibb.co/album/B4M92g

[1]

The second following link is a supplement of the photo album created by plaintiff John Doe showing the same in video format:

https://www.youtube.com/watch?v=xEfyYCHd61k

The third following link is a video recommended by Defendants. The first 4 minutes are relevant to the court-order, the remainder of the video is not. Plaintiff John Doe agrees with Defendants that the first four minutes of the video is a good representation of the download process on a desktop computer:

https://www.youtube.com/watch?v=kyGY2CwWaSQ

To Plaintiff John Doe's understanding, the process for how to download one's personal data today is the same as it was at the time of the initial data request. Although the photo album was created to comply with the Court Order, Plaintiff John Doe utilized a desktop computer each time he downloaded his data. To see a replication of how Plaintiff John Doe obtained his Snapchat zip file, the first several minutes of the below linked YouTube video exemplify the process.

After viewing Defendant's proposed stipulation, Plaintiff John Doe and his counsel concluded that Defendants' proposed response to the Court Order went well beyond the boundaries of what was requested and was unnecessarily excessive. Plaintiff John Doe therefore is filing his own response to the Court Order.

## TABLE OF SUBMISSION CITATIONS

https://ibb.co/album/B4M92g

https://www.youtube.com/watch?v=xEfyYCHd61k

https://www.youtube.com/watch?v=kyGY2CwWaSQ

**Dated:  April 27, 2021**

                                                        **Respectfully submitted,**
                                                        **NESENOFF & MILTENBERG, LLP**

                                                        **By: /s/** *Philip A. Byler*

                                                        **Philip A. Byler, Esq.**
                                                        **Andrew T. Miltenberg, Esq.**
                                                        **363 Seventh Avenue, Fifth Floor**
                                                        **New York, New York 10001**
                                                        **(212) 736-4500**
                                                        **pbyler@nmllplaw.com**
                                                        **amiltenberg@nmllplaw.com**
                                                        *Attorneys for Plaintiff John Doe*