N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' REPORT REGARDING SNAPCHAT

Defendants, by counsel, file this Report in compliance with this Court's Order [DE 163], dated April 13, 2021.

1. The Parties attempted to meet-and-confer in response to this Court's April 13, 2021 Order; however, meet-and-confer was unsuccessful. Defendants believe that Plaintiff's proposed stipulation was too limited and failed to address some of the key issues involving the deleted Snapchat videos and photos. Defendants also believe that the Court would appreciate neutral, non-party articles and videos explaining the essential functions of Snapchat and providing demonstrative exhibits of the data download process.

2. Defendants previously provided Plaintiff with each of these links. Plaintiff did not raise any objections in meet-and-confer to the accuracy of any of the following articles or videos. Plaintiff did not raise objections that any of these articles or videos were

1

inconsistent with how Snapchat's data download process functioned during the time in question.

3. The deleted photos and videos at issue were designated and stored by Snapchat as "Memories." The Memories feature was added to Snapchat in 2016. *See* Claire Brenner, Snapchat Memories: Your Ultimate Use Guide, G2, https://learn.g2.com/snapchat-memories#:~:text=Snapchat%20Memories%20is%20a%20feature,reposted%20on%20your%20Snapchat%20story., (last accessed Apr. 22, 2021).

4. Memories created or saved on Snapchat are saved directly to Snapchat by default, as opposed to a cell phone's video or camera roll, *id.*, though the default can be changed to save memories directly to a phone's camera roll and Snapchat, or just the camera roll, *see* How to Export all Memories in Snapchat, TechJunkie, https://social.techjunkie.com/snapchat-export-all-memories/#:~:text=Thankfully%2C%20Snapchat%20has%20an%20option,you%20use%20Android%20or%20iOS., (last accessed Apr. 22, 2021).

5. Photos and videos saved in Snapchat Memories can only be deleted from Snapchat by accessing the Snapchat application; in other words, deleting photos and videos on the device's or phone's camera roll would not delete photos and videos stored on Snapchat. *See, e.g.*, Rahul Verma, Delete Single or All Snapchat Memories / Clear Cache All Memories, Get Droid Tips, https://www.getdroidtips.com/delete-snapchat-memories/ (last accessed Apr. 22, 2021).

6. See also the following YouTube demonstrations of how to create, use, and delete Memories. How to Use Memories in Snapchat, Really Social, https://www.youtube.com/watch?v=E1P2LPCiBQM, (last accessed Apr. 22, 2021); How

to Delete Snapchat Memories all at Once (EASY!), Digital Unraveled, https://www.youtube.com/watch?v=KBVBvBkAero, (last accessed Apr. 22, 2021).

7. Snapchat data, such as Memories, can be downloaded, accessed, and viewed on a phone or laptop/desktop. Regardless of the device, what one sees is the same. *Compare* How to Download Your Entire Snapchat History!, Foxy Tech Tips, https://www.youtube.com/watch?v=xEfyYCHd61k (last accessed Apr. 22, 2021) (showing how to download on a phone) *with* How to download Snapchat media files, BradioSD, https://www.youtube.com/watch?v=kyGY2CwWaSQ (last accessed Apr. 22, 2021) (demonstrating in the first four minutes of the video how to download Snapchat data on a desktop/laptop and what is provided to a user when they download the data).

8. As shown in these resources, Snapchat produces downloadable zip files[1] of a user's data, including their Memories. Once the zip file is downloaded, the individual Memories (photos and videos) can be accessed and viewed. *E.g.*, How to download Snapchat media files *supra* (watch from 2:48 to 4:03 for a demonstration of what selecting and viewing these photos and videos from a download looks like).

9. Plaintiff's screenshots stop short of what this Court requested, and they do not show the entire download process. Defendants will pick up where he stopped.

---

[1] Zip files are folders that contain a compressed compilation of files. They function like folders on a device and are used primarily for transferring otherwise voluminous records in a single download or transfer. Once received, the file can be "unzipped" or decompressed to access the individual materials therein. In some respects, it is helpful to think of a zip file like a piece of luggage—it contains individual items (shirts, socks, pants) that would be cumbersome to transport or carry individually but not when crammed together in the suitcase, and which can be accessed individually once the luggage is opened. For more information, *see* Korbin Brown, *Everything You Need to Know About Zip Files*, How-To Geek, https://www.howtogeek.com/178146/htg-explains-everything-you-need-to-know-about-zipped-files/ (last accessed Apr. 22, 2021).

10. Page 1 of **Exhibit A** shows what John would have seen on his screen when he opened the zip file that he originally downloaded on July 16, 2020, and that he produced to the Defendants on September 30, 2020. The zip file contains three options: 1) "html", 2) "json", and 3) "index.html".

11. Page 2 of **Exhibit A** shows what John would have seen on his screen when he opened the first folder in the zip file titled "html". Among the options available is "memories_history.html" which contained Snapchat Memories.

12. Page 3 of **Exhibit A** shows the beginning of what John would have seen on his screen when he selected the "memories_history.html" option. A complete printout of this was previously attached as DE 133-2. At the very top of the download, it provides that "This section includes information about Memories you've saved in Snapchat. Download links below will expire 7 days from when your data file was made available to you."

13. Page 1 of **Exhibit B** shows what John would have seen on his screen when he opened the zip file that he subsequently downloaded in early October, and that he produced to the Defendants on October 7, 2020. The zip file contains three options: 1) "html", 2) "json", and 3) "index.html".

14. Page 2 of **Exhibit B** shows what John would have seen on his screen when he opened the first folder in the zip file titled "html". Among the options available is "memories_history.html" which contained Snapchat Memories.

15. Page 3 of **Exhibit B** shows the beginning of what John would have seen on his screen when he selected the "memories_history.html" option. A complete printout of this was previously attached as DE 133-3. As with the previous download, at the very top the download provides "This section includes information about Memories you've saved in

Snapchat. Download links below will expire 7 days from when your data file was made available to you."

16. For a demonstration of how videos and photos would have been presented to John had he clicked on any of the download links on Page 3 of **Exhibit A** or **Exhibit B** (attached fully as DE 133-2 and DE 133-3), Defendants direct this Court to the YouTube videos referenced above.[2]

Respectfully submitted,

/s/ Tyler L. Jones
William P. Kealey (18973-79)
Tyler L. Jones (34656-29)
James F. Olds (27989-53)
Stuart & Branigin, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
　　　　tlj@stuartlaw.com
　　　　jfo@stuartlaw.com
Telephone: 765-423-1561
*Attorneys for Defendants*

1376091

---

[2] Exhibits A and B have been enlarged to make them easier to read. Defendants have also redacted John's name from these exhibits. The Court may need to use the zoom function (also accessible through the "+" and "-" symbols on the PDF viewer) to increase the size of the screenshot.