

EXHIBIT A

| Name | Size | Packed Size | Modified | Created | Accessed | Attributes | Encrypted | Comment | CRC | Method | Characteristics | Host OS | Version | Volume Index | Offset | Folders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| account.html | 10 792 | 10 792 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | B4AA5A6F | Store | | FAT | 20 | 0 | 349 332 | |
| account_history.html | 10 245 | 10 245 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 262BA62B | Store | | FAT | 20 | 0 | 185 161 | |
| bitmoji.html | 9 116 | 9 116 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 4C03C9BA | Store | | FAT | 20 | 0 | 360 171 | |
| bitmoji_kit_user.html | 8 542 | 8 542 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 24463679 | Store | | FAT | 20 | 0 | 331 953 | |
| cameos_metadata.html | 8 462 | 8 462 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | A59D15C3 | Store | | FAT | 20 | 0 | 439 946 | |
| chat_history.html | 47 442 | 47 442 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 2E29C179 | Store | | FAT | 20 | 0 | 369 334 | |
| community_lenses.html | 8 703 | 8 703 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | A0EFDC68 | Store | | FAT | 20 | 0 | 538 810 | |
| connected_apps.html | 8 704 | 8 704 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 4CCB1813 | Store | | FAT | 20 | 0 | 276 487 | |
| email_campaign_history.html | 8 548 | 8 548 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 67337196 | Store | | FAT | 20 | 0 | 600 523 | |
| faq.html | 12 034 | 12 034 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 7857DF98 | Store | | FAT | 20 | 0 | 255 919 | |
| friends.html | 25 174 | 25 174 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | F9D6CDC4 | Store | | FAT | 20 | 0 | 609 133 | |
| in_app_reports.html | 8 453 | 8 453 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 89F38B6E | Store | | FAT | 20 | 0 | 564 642 | |
| in_app_surveys.html | 8 437 | 8 437 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 05E15013 | Store | | FAT | 20 | 0 | 267 996 | |
| location_history.html | 14 117 | 14 117 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | C85BD51F | Store | | FAT | 20 | 0 | 425 773 | |
| memories_history.html | 41 989 | 41 989 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 3E9073D0 | Store | | FAT | 20 | 0 | 213 874 | |
| purchase_history.html | 8 517 | 8 517 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 9A9BFE5A | Store | | FAT | 20 | 0 | 530 237 | |
| ranking.html | 9 990 | 9 990 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 47B9CEFA | Store | | FAT | 20 | 0 | 520 200 | |
| search_history.html | 8 891 | 8 891 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 7F98E02B | Store | | FAT | 20 | 0 | 416 828 | |
| shared_story.html | 8 729 | 8 729 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 11D2A3EC | Store | | FAT | 20 | 0 | 340 551 | |
| shop_history.html | 8 868 | 8 868 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | F380204C | Store | | FAT | 20 | 0 | 195 461 | |
| snap_ads.html | 8 879 | 8 879 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | B107F881 | Store | | FAT | 20 | 0 | 511 273 | |
| snap_games_and_minis.html | 8 870 | 8 870 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | F44EB50D | Store | | FAT | 20 | 0 | 591 593 | |
| snap_history.html | 18 392 | 18 392 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 196CC0AE | Store | | FAT | 20 | 0 | 573 149 | |
| story_history.html | 46 655 | 46 655 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 30F0CA82 | Store | | FAT | 20 | 0 | 285 245 | |
| subscriptions.html | 8 505 | 8 505 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | B3571DE7 | Store | | FAT | 20 | 0 | 556 084 | |
| support_note.html | 8 463 | 8 463 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | C8BEAA38 | Store | | FAT | 20 | 0 | 547 569 | |
| talk_history.html | 8 453 | 8 453 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 3E775D86 | Store | | FAT | 20 | 0 | 176 656 | |
| terms_history.html | 9 440 | 9 440 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 14DD9C5E | Store | | FAT | 20 | 0 | 204 381 | |
| user_profile.html | 62 758 | 62 758 | 2020-07-16 22:11 | | | -rw-r--r-- | | - | 6A1EB110 | Store | | FAT | 20 | 0 | 448 463 | |

0 / 29 object(s) selected

