

EXHIBIT B



