## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>Plaintiff,<br>v.<br><br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:17-cv-33-JPK |

### JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate to the following and respectfully request that the Court modify the case management order (ECF No. 157) as follows:

1. On February 23, 2021, the Court entered its Minute Order (ECF No. 157) which specifies in pertinent part: "The Court, finding good cause shown and noting the agreement of the parties, GRANTS nunc pro tunc 149 Joint Motion to Modify Case Management Plan. . . . Objections to expert witnesses due by 6/30/2021. Dispositive motions to be filed by 6/30/2021. Approved by Magistrate Judge Joshua P Kolar on 2/23/2021."

2. The parties, in discussions, have agreed that the respective parties both need more time to prepare the objections and motions referenced in the Case Management Plan given the size of the discovery record, the issues raised and the schedules and commitments of counsel. The

undersigned conferred via telephone and e-mail correspondence, including on June 14, 2021, and concluded that extensions of time are necessary.

    3.    Accordingly, the parties agree to the following:

- Objections to expert witnesses due by 7/30/2021; and
- Dispositive motions to be filed by 7/30/2021.

    4.    The parties represent that this Motion is not made for the purposes of delay and is intended solely to facilitate the parties' efforts to collaborate in conducting discovery and preparing this case for resolution.

Date:   June 16, 2021
Respectfully submitted,

| /s/ Philip A. Byler | /s/ William P. Kealey |
|---|---|
| Philip A. Byler (pro hac vice) | William P. Kealey (18973-79) |
| Andrew T. Miltenberg | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | Stuart & Branigin, LLP |
| 363 7th Ave 5th floor, | 300 Main St., Ste. 900 P.O. Box 1010 |
| New York, NY 10001 | Lafayette, IN 47902-1010 |
| Email: pbyler@nmllplaw.com | Email: wpk@stuartlaw.com |
| amiltenberg@nmllplaw.com | tlj@stuartlaw.com |
| Telephone: 212-736-4500 | Telephone: 765-423-1561 |
| Attorneys for Plaintiff | Attorneys for Defendants |

\