IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.,** in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, ) | |
| **KATHERINE SERMERSHEIM**, in her official capacity ) | |
| at Purdue University, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Defendants, by counsel, pursuant to N.D. Ind. L.R.7-1(e)(2), move the Court for an order granting leave to exceed the 25-page limit set by N.D. Ind. L.R.7-1(e)(1) and permitting Defendants to file an oversized brief in support of their forthcoming motion for summary judgment. Defendants further state:

Defendants' summary judgment brief will contain an issue statement, lengthy statement of material facts, summary of the pending allegations and procedural history, and argument on multiple complex issues. The scope of the brief matches the scope of Plaintiff's Second Amended Complaint (DE 160) which contains more than sixty pages of allegations. As noted in the recently filed Joint Motion to Modify Case Management Plan (DE 166), the "size of the discovery record" and the "issues raised" in this case have entailed extensive efforts by counsel.

For these reasons, Defendants seek leave to file a supporting brief not to exceed fifty pages (excluding the cover page, table of contents, table of authorities, and appendices).

1

**WHEREFORE**, Defendants respectfully request that the Court grant this Motion for Leave to File Oversized Brief.

July 20, 2021.                                      Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (18973-79)
Tyler L. Jones (34656-29)
James F. Olds (27989-53)
Stuart & Branigin, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
          tlj@stuartlaw.com
          jfo@stuartlaw.com
Telephone: 765-423-1561
*Attorneys for Defendants*

1381985v1