IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |

### **PLAINTIFF JOHN DOE'S MOTION TO FILE OVERSIZED BRIEF**

Plaintiff, by counsel, pursuant to N.D. Ind. L.R.7-1(e)(2), move the Court for an order granting leave to exceed the 25-page limit set by N.D. Ind. L.R.7-1(e)(1) and permitting Plaintiff to file an oversized brief in support of his forthcoming motion for summary judgment.

Plaintiff further states: Plaintiff's summary judgment brief will contain a lengthy statement of material facts and argument on multiple issues. As noted in the recently filed Joint Motion to Modify Case Management Plan (ECF 166), the "size of the discovery record" and the "issues raised" in this case have entailed extensive efforts by counsel.

Defendants have moved (ECF 169) for leave to file an oversized brief for their forthcoming motion for summary judgment. Defendants' counsel did not consult with Plaintiff's counsel about its motion. Had Defendants' counsel done so, Plaintiff's counsel would have agreed to make a joint motion to file oversized briefs in support of their respective forthcoming summary judgment motions.

For these reasons, Plaintiff seeks leave to file a supporting brief not to exceed fifty pages (excluding the cover page, table of contents, table of authorities, and appendices).

**Dated: July 20, 2021**

                                           **Respectfully submitted,**
                                           **NESENOFF & MILTENBERG, LLP**
                                           **By: /s/ *Philip A. Byler***
                                           **Philip A. Byler, Esq.**
                                           **Andrew T. Miltenberg, Esq.**
                                           **363 Seventh Avenue, Fifth Floor**
                                           **New York, New York 10001**
                                           **(212) 736-4500**
                                           pbyler@nmllplaw.com
                                           amiltenberg@nmllplaw.com
                                           *Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on July 20, 2021.

William P. Kealey, Esq.
Tyler L. Jones, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
        tlj@stuartlaw.com
*Attorneys for Defendants*

      BY:     ☐ U.S. Mail     ☐     Federal Express

               ☐ Hand-Delivery    x    <u>Other: ECF</u>

                                           *Philip A. Byler, Esq.*
                                           Philip A. Byler, Esq.