# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF JOHN DOE'S MOTION TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION WITH OVERSIZED BRIEF

Assuming the Court grants Defendants' motion to file an oversized brief in support of Defendants' forthcoming motion for summary judgment, Plaintiff, by counsel, pursuant to N.D. Ind. L.R.7-1(e)(2), moves the Court for an order granting leave to exceed the 25-page limit set by N.D. Ind. L.R.7-1(e)(1) and permitting Plaintiff to file an oversized brief in opposition to Defendants' forthcoming motion for summary judgment.

Defendants, in their motion for an oversized brief for their forthcoming motion for summary judgment, state:

> Defendants' summary judgment brief will contain an issue statement, lengthy statement of material facts, summary of the pending allegations and procedural history, and argument on multiple complex issues. The scope of the brief matches the scope of Plaintiff's Second Amended Complaint (DE 160) which contains more than sixty pages of allegations. As noted in the recently filed Joint Motion to Modify Case Management Plan (DE 166), the "size of the discovery record" and the "issues raised" in this case have entailed extensive efforts by counsel.

(ECF 169.)  To respond to such an oversized brief, Plaintiff should have an equivalent number of pages.

Defendants' counsel did not consult with Plaintiff's counsel about its motion. Had Defendants' counsel done so, Plain\tiff's counsel would have agreed to make a joint motion to file oversized briefs in opposition to their respective forthcoming summary judgment motions.

For these reasons, Plaintiff seeks leave to file an opposition brief not to exceed fifty pages (excluding the cover page, table of contents, table of authorities, and appendices).

**Dated: July 20, 2021**

**Respectfully submitted,
NESENOFF & MILTENBERG, LLP
By: /s/** *Philip A. Byler*
**Philip A. Byler, Esq.
Andrew T. Miltenberg, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com**
*Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on July 20, 2021.

William P. Kealey, Esq.
Tyler L. Jones, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
　　　　tlj@stuartlaw.com
*Attorneys for Defendants*

BY:　☐ U.S. Mail　　☐ Federal Express

　　　☐ Hand-Delivery　x　Other: ECF

*Philip A. Byler, Esq.*
Philip A. Byler, Esq.