# EXHIBIT C

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
 2                      HAMMOND DIVISION
                     CIVIL ACTION NUMBER
 3                     2:17-cv-33-JPK

 4
    JOHN DOE,                            )
 5                                       )
             Plaintiff,                  )
 6                                       )
               -vs-                      )
 7                                       )
    PURDUE UNIVERSITY, PURDUE             )
 8  UNIVERSITY BOARD OF TRUSTEES,        )
    MITCHELL ELIAS DANIELS, JR.,         )
 9  in his official capacity as          )
    President of Purdue University,      )
10  ALYSA CHRISTMAS ROLLOCK, in          )
    her official capacity at             )
11  Purdue University,                   )
    KATHERINE SERMERSHEIM, in her        )
12  official capacity at                 )
    Purdue University,                   )
13                                       )
             Defendants.                 )
14
15                   CUSTODIAN OF RECORDS
              PURDUE'S OFFICE OF INSTITUTIONAL EQUITY
16           REMOTE DEPOSITION OF TRENT KLINGERMAN
17
18       The remote deposition upon oral examination of
    TRENT KLINGERMAN, a witness produced and sworn
19  before me, Diane Zeyen, RPR, a Notary Public in and
    for the County of Hamilton, State of Indiana, taken
20  on behalf of the Plaintiff, at the offices of the
    deponent, 610 Purdue Mall, West Lafayette,
21  Tippecanoe County, Indiana, on the 21st day of
    October, 2020, at 10:00 a.m., pursuant to the
22  Federal Rules of Civil Procedure with written
    notice as to time and place thereof.
23
24
25
```

Page 6

1  (Time Noted: 10:00 a.m.)
2      (Due to the need for this deposition
3  to take place remotely because of the
4  Government's order for social distancing,
5  the parties will stipulate that the court
6  reporter may swear in the witness over the
7  phone/virtual videoconference and
8  that the witness has verified that he
9  is in fact Trent Klingerman.)
10         - - -
11         TRENT KLINGERMAN,
12 having been duly sworn to tell the truth, the whole
13 truth, and nothing but the truth relating to said
14 matter was examined and testified as follows:
15
16 DIRECT EXAMINATION,
17   QUESTIONS BY PHILIP BYLER:
18 Q  Okay. Good morning. My name is Phil Byler. I
19    represent the plaintiff, John Doe, in this case,
20    called John Doe versus Purdue University and
21    others. I will be asking you questions.
22        I am going to start out by asking you first
23    to identify who you are.
24 A  My name is Trent Klingerman.
25 Q  And what is your position at Purdue?

Page 7

1  A  I am the deputy general counsel.
2  Q  And could you give your business address?
3  A  610 Purdue Mall, West Lafayette, Indiana, 47907.
4  Q  Okay. Let me ask you, if you would, to
5     summarize your educational background.
6  A  Bachelor's degree, Purdue University, 1994. Law
7     degree, Indiana University, Maurer School of
8     Law, 2001.
9  Q  Okay. And would you summarize your educational
10    background? Excuse me, not educational,
11    employment background, yeah.
12 A  Deputy general counsel, Purdue University, 2016
13    to the present.
14        Prior to that, vice president of human
15    resources, Purdue University, 2014 to 2016.
16        Prior to that, director of employee
17    relations, Purdue University, 2012 to 2014.
18        Prior to that, a partner at Stuart &
19    Branigin.
20        Prior to that, associate with Stuart &
21    Branigin.
22        Prior to that, law school.
23 Q  Have you been deposed before?
24 A  Yes.
25 Q  And I will ask you to state for the record, you

Page 8

1     do understand the procedures of a deposition?
2  A  I do.
3  Q  Is there any reason why you can't give full and
4     complete testimony today to the questions I will
5     be posing to you?
6  A  No reason.
7  Q  I am going to, first of all, ask the court
8     reporter to mark as Custodian Exhibit 1, well,
9     why don't we mark it as Klingerman's Exhibit 1,
10    the Notice of Deposition or Amended Notice, I
11    should say.
12        (Klingerman's Deposition Exhibit 1 was
13    marked for identification.)
14        THE REPORTER: Okay.
15        MR. BYLER: Was the witness, Tyler,
16    provided a copy of the exhibits?
17        MR. JONES: I believe you were, Trent.
18        MR. BYLER: Okay.
19        MR. JONES: See, see, he is on top of it.
20    He is the man with the plan.
21        MR. BYLER: Okay. Well, he wasn't smiling,
22    and I had expected him to smile if he had
23    exhibits in front of him.
24        MR. JONES: I guess we all have our own
25    sense of fun.

Page 9

1        MR. BYLER: Well, if you aren't a working
2     lawyer, you have to develop these senses of
3     humor.
4        MR. JONES: I suppose so.
5  BY MR. BYLER:
6  Q  Can you pull out the Notice of Deposition, that
7     should be Amended Notice of Deposition in front
8     of you?
9  A  I do have it right in front of me.
10 Q  Have you seen it before?
11 A  I have, indeed.
12 Q  Can you turn to the third page that is entitled
13    "CUSTODIAN DEPOSITION LIST OF SUBJECTS AND
14    DOCUMENTS"?
15 A  Yes, I am there.
16 Q  Are you the witness that is being put forth by
17    the defendants to testify as to these subjects
18    and documents?
19 A  I am.
20 Q  Let me ask you a general question. In the
21    school year 2015 to 2016, what were you
22    personally doing at Purdue?
23 A  The academic year 2015 to 2016 I was the vice
24    president for human resources. I became deputy
25    general counsel October of 2016.

3 (Pages 6 - 9)