# EXHIBIT D

## **Descriptions of Snapchat Memories, Chronological Order**

https://drive.google.com/drive/folders/1nBBMudBDJ7bnohkm6Xk1maDtL6548zCS?usp=sharing

2016-09-11 (1 VIDEO) – In car with friends

2016-09-30 (1 VIDEO) – Friend being silly at lunch

2016-10-21 (1 VIDEO) – Friends on couch playing video games

2016-11-25 (1 PHOTO) – Picture of sister

2016-12-12 (1 PHOTO) – Picture of self

2017-01-12 (1 VIDEO) – Video of friends messing around

2017-01-17 (1 VIDEO) – Video of friends being silly

2017-01-17 (1 VIDEO) – Video of my friend and I in a car listening to music

2017-01-17 (1 PHOTO) – Picture of friend and I at an event

2017-01-17 (1 PHOTO) – Picture of roommate as I work on schoolwork

2017-03-18 (1 PHOTO) – Picture of me and my dog

2017-04-06 (1 VIDEO) – Video of roommate at lunch

2017-05-13 (1 PHOTO) – Picture of my laptop in commons area at school

2017-05-20 (1 VIDEO) – Video of brother making a face

2017-05-23 (1 VIDEO) – Video of mother singing in car

2017-05-29 (1 VIDEO) – Video of car race

2017-06-07 (1 VIDEO) – Video of me sifting through cardboard

2017-06-12 (1 VIDEO) – Video of my friend Elvin being silly as we play a video game

2017-06-24 (1 VIDEO) – Video of traffic with music playing

2017-06-26 (2 VIDEOS) – Clips from John Wick movie

2017-09-08 (1 VIDEO) – Video of roommate with music playing

2017-09-08 (1 VIDEO) – Watching silly youtube video with roommate being silly in background

2017-09-10 (1 VIDEO) – Group of friends being silly at the store

2017-09-24 (1 VIDEO) – Video of school roommate leaving his bed

2017-09-30 (1 PHOTO) – Picture of apple tree

2017-10-02 (1 PHOTO) – Picture of plastic hook hanging outside a window

2017-10-04 (1 VIDEO) – Video of roommate being dancing and being silly

2017-11-03 (7 VIDEOS) – Videos of a snapchat clip getting progressively more distorted each time it is recorded again

2017-11-05 (1 VIDEO) – Video of me with my laptop outside in the rain

2017-11-06 (1 VIDEO) – Video of me being silly with my roommate

2017-11-24 (1 PHOTO) – Picture of my dog

2017-12-15 (4 VIDEOS) – Video of my friend sleeping in a funny position

2017-12-16 (3 VIDEOS) – Video of me finding my school photo in a high school yearbook

2018-10-19 (5 VIDEOS) – Video of video game clip in slow motion with sad music playing

2018-10-21 (2 VIDEOS) – Video of a video game cut-scene

2018-10-28 (1 PHOTO) – Picture of silly looking video game character

2018-11-09 (1 VIDEO) – Video of a video game glitch

2018-12-04 (1 VIDEO) – Video of an impressive shot in the video game "Rocket League"

2019-02-20 (5 VIDEOS) – Video of me opening the video game "Rocket League" to receive season rewards

2019-03-23 (1 VIDEO) – Video of video game clip

2019-05-31 (2 VIDEOS) – Video of silly scene in a cartoon

2019-09-12 (1 VIDEO) – Video of silly scene in a cartoon

2019-10-05 (1 VIDEO) – Video of a silly scene in movie trailer for "Alladin"

2019-10-16 (2 VIDEOS) – Video of a scene in a cartoon

2019-10-19 (2 VIDEOS) – Video of silly scene in a cartoon

2019-10-28 (1 PHOTO) – Picture of denim

2019-11-07 (2 VIDEOS) – Video of sister playing the piano

2019-11-21 (1 VIDEO) – Video of sister in the kitchen

2020-05-03 (1 VIDEO) – Video of me being silly

2020-06-02 (1 VIDEO) – Video of video game glitch (same video as 2018-11-09)

---------

The following photos and videos that were deleted off my phone and thus deleted from my Snapchat account:

2020-04-05 (1 VIDEO)

2020-03-16 (1 PHOTO)

2020-02-20 (1 PHOTO)

2020-02-08 (1 VIDEO)

2020-01-21(1 PHOTO)

2020-01-09 (1 VIDEO)

2019-09-28 (2 VIDEOS)

2019-05-11 (1 PHOTO)

2019-04-09 (1 PHOTO) – Picture of statue at theme park

2016-09-09 (1 PHOTO) – Picture of friend in car


All of these 11 videos (out of 86) would have been of silly scenes from TV shows that I no longer cared to have on my phone. I do not specifically remember what the remaining photos and videos were, but they were more of the same as the 75 and I would have thought them inconsequential and irrelevant in order to have deleted them off my phone. I only remember the two photos from 2019-04-09 & 2016-09-09 because the dates gave my memory some context. In April 2019, I was on vacation in Florida with my family; in September 2016, I was at Taylor University.  The nine I cannot specifically recall were in 2019 and 2020.