IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully move the Court for an Order granting summary judgment in their favor on all counts in Plaintiff's, John Doe's, Second Amended Complaint [DE No. 160].

Defendants' designated evidence in support of their Motion for Summary Judgment is more fully set forth in their Index to Exhibits to Brief in Support of Defendants' Motion for Summary Judgment that is filed with this Motion.

Defendants' position is more fully set forth in their Brief in Support of Motion for Summary Judgment that is filed with this Motion.

Because there is no genuine dispute as to any material fact, and because Defendants are entitled to judgment as a matter of law to all claims in John Doe's Second Amended Complaint, Defendants respectfully request that the Court grant summary judgment in their favor and enter a judgment of dismissal of Plaintiff John Doe's Second Amended Complain.

August 31, 2021.                                   Respectfully submitted,


                                                   /s/ William P. Kealey
                                                   William P. Kealey (18973-79)
                                                   Tyler L. Jones (34656-29)
                                                   James F. Olds (27989-53)
                                                   Stuart & Branigin, LLP
                                                   300 Main St., Ste. 900
                                                   P.O. Box 1010
                                                   Lafayette, IN 47902-1010
                                                   Email: wpk@stuartlaw.com
                                                          tlj@stuartlaw.com
                                                          jfo@stuartlaw.com
                                                   Telephone: 765-423-1561
                                                   *Attorneys for Defendants*


#1381978