IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) ) No. 2:17-cv-33-JPK |
| Defendants. | ) |

### INDEX TO EXHIBITS TO BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now Defendants, the Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, and file their Index to Exhibits in support of Defendants' Motion for Summary Judgment:

- Exhibit A - Deposition of Rodney Hutton:  pp. 7-8, 11, 13, 15, 19-22, 25-30, 32-34, 43-45, 48-53, 57

- Exhibit B - Deposition of Craig Remaly:  pp. 8, 12-15, 18-19, 22-25, 29-30, 42

- Exhibit C - Deposition of Kyle Willstatter:  pp. 6-8, 13-16, 19, 22-23, 34-38

- Exhibit D - Regulations for Officer Development (ROD):  pp. 66, 79-81, 102, 172, 195, 197, 214

- Exhibit E - Deposition of Megan Chester:  pp. 7-10, 18-22, 24, 29

- Exhibit F - University Investigator's Report dated May 20, 2016

1

- Exhibit G - Contract between John Doe and Navy
- Exhibit H - Deposition of Midshipman A:  pp. 7-8, 21-34
- Exhibit I - (Jane's) Sexual Violence Report dated April 4, 2016
- Exhibit J - Deposition of Adam Sheppard:  pp. 9-12, 19, 27
- Exhibit K - Email from Hutton to Stefancic dated April 4, 2016
- Exhibit L – (LT Sheppard's) Sexual Violence Report dated April 4, 2016
- Exhibit M - Electronic notification email
- Exhibit N - Notice of Interim Leave of Absence dated April 5, 2016
- Exhibit O - Deposition of Katherine Sermersheim:  pp. 9-10, 14-15, 45
- Exhibit P - Deposition of Monica Bloom:  pp. 6, 11, 28-30
- Exhibit Q - Email from Bloom to Sermersheim and Rollock dated April 5, 2016
- Exhibit R - Notice of Allegations
- Exhibit S - Deposition of Alysa Christmas Rollock:  p. 13
- Exhibit T - Correspondence from Dr. Sermersheim to Jane Doe and John dated April 11, 2016
- Exhibit U - Information Sheets
- Exhibit V- John Doe's Response to Allegations
- Exhibit W- Deposition of Erin Oliver:  pp. 5-9
- Exhibit X - Deposition of Jacob Amberger:  pp. 6-8, 19
- Exhibit Y - Text Messages of December 2015 and January 2016
- Exhibit Z - Deposition of Plaintiff John Doe:  pp. 21-22, 35-38, 40-41, 56, 58-63, 65, 70-72, 79, 84-85, 90-91, 115-119, 123-124, 128, 130-133, 137-138, 142-145, 168-169, 171-173, 183-188

- Exhibit AA - Email from Sermersheim to Panel of Advisory Committee on 5-26-16

- Exhibit BB – Letter from Sermersheim dated May 31,2016 notifying John Doe of panel meeting

- Exhibit CC – Jane's Statement, and email that she cannot attend

- Exhibit DD - Email from Bloom to Sermersheim dated June 5, 2016

- Exhibit EE - Email from Sharp dated May 31, 2016

- Exhibit FF - Determination Letter dated June 14, 2016

- Exhibit GG - John Doe's Appeal dated June 23, 2016

- Exhibit HH - Letter from Rollock to John Doe dated June 28, 2016

- Exhibit II - Revised Final Determination dated June 29, 2016

- Exhibit JJ - Exhibit 7 to Plaintiff John Doe's Deposition

- Exhibit KK- Appeal of Revised Final Determination dated July 10, 2016

- Exhibit LL- Final Determination dated July 21, 2016

- Exhibit MM- Email from Sheppard to Doe dated May 3, 2016 (NSTC-0180)

- Exhibit NN- Redlawsk Preliminary Inquiry dated June 14, 2016 (NSTC 0168)

- Exhibit OO – Initial PRB notice from June 16, 2016

- Exhibit PP - Email from Willstatter to John Doe dated July 26, 2016

- Exhibit QQ - PRB Summary and Recommendation

- Exhibit RR - Appointment Termination

- Exhibit SS - Disenrollment Recommendation

- Exhibit TT- January 15, 2016 Placement on Academic Warning

- Exhibit UU- Purdue University Transcript

- Exhibit VV- Email between Sheppard and John Doe regarding grades (NSTC-0181)

3

- Exhibit WW- Notice from Hutton and NROTC dated May 20, 2016

- Exhibit XX - Taylor University Transcript

- Exhibit YY- Reports / documents from Taylor referencing their interception of John's LSD substance

- Exhibit ZZ - Deposition of Noel Perry: pp. 24-25

- Exhibit AAA – Amberger Investigator Notes

- Exhibit BBB – Oliver Investigator Notes

Dated: August 31, 2021

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tlj@stuartlaw.com
jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

#1387874