Page 1

1                 UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF INDIANA
2                     HAMMOND DIVISION
3
4    JOHN DOE,                    )
                                  )
5          Plaintiff,             )  CIVIL ACTION NUMBER
                                  )  2:17-cv-33-JPK
6          vs.                    )
                                  )
7    PURDUE UNIVERSITY, PURDUE    )
     UNIVERSITY BOARD OF          )
8    TRUSTEES, MITCHELL ELIAS     )
     DANIELS, JR., in his         )
9    official capacity as         )
     President of Purdue          )
10   University, ALYSA            )
     CHRISTMAS ROLLOCK, in her    )
11   official capacity at         )
     Purdue University,           )
12   KATHERINE SERMERSHEIM, in    )
     her official capacity at     )
13   Purdue University,           )
                                  )
14         Defendants.            )
15
16
17       VIDEOCONFERENCE DEPOSITION OF RODNEY HUTTON
18
19        The deposition upon oral examination of
     RODNEY HUTTON, a witness produced and sworn before me,
20   Megan M. Bowman, Notary Public in and for the County of
     Marion, State of Indiana, taken on behalf of the
21   Defendants, at the offices of Stuart & Branigin LLP,
     300 Main Street, Lafayette, Tippecanoe County, Indiana,
22   on Wednesday, May 20, 2020, scheduled to commence at
     8:30 a.m., pursuant to the Federal Rules of Civil
23   Procedure with written notice as to time and place
     thereof.
24
25

EXHIBIT A

Page 7

1          MR. MATUSZAK:  Mr. Jones, before you begin, can

2     we also admit the letter approving -- a Navy letter

3     approving this deposition?

4          MR. JONES:  Yes.  And I apologize, John.  Go

5     ahead.

6          MR. MATUSZAK:  I'd like to admit as Exhibit 1

7     the letter approving this Navy's -- that this --

8     I'm sorry.  I admit as Exhibit 1 the letter from

9     the Navy approving this deposition.

10         (Deposition Exhibit 1 was marked for

11    identification.)

12         MR. JONES:  Anything else you need to put into

13    the record, John?

14         MR. MATUSZAK:  I'm sorry?

15         MR. JONES:  Is there anything else you need to

16    put into the record?

17         MR. MATUSZAK:  No, that's all right now.

18         MR. JONES:  Thank you.

19 BY MR. JONES:

20    Q    Rod, for the record, during the time in question

21         with the Purdue NROTC, can you please state your

22         position and title?

23    A    Commanding Officer Purdue Navy ROTC.

24    Q    Thank you.  What's a good mailing address for you,

25         sir?

Page 8

1   A   2129 Sunrise Avenue, Lafayette, Indiana, 47904.

2   Q   Thank you, sir.  Is there a good contact email for

3       you?

4   A   H-U-T-T-O-N-R-E- @yahoo.com

5   Q   Thank you, sir.  Very briefly, can you give me your

6       educational background?

7   A   I have a bachelor's degree from the University of

8       Minnesota.  Master's degrees from the Naval

9       Postgraduate School and Faith Bible Seminary.

10  Q   Thank you, sir.  And what is the year of your

11      graduating with a bachelor's degree?

12  A   1988.

13  Q   Thank you, sir.  Can you tell me -- you said you

14      were the commanding officer during the time in

15      question?

16  A   Yes.

17  Q   What were your responsibilities as the commanding

18      officer?

19  A   I held overall responsibility for oversight and

20      training of staff and midshipmen.

21  Q   For the Purdue NROTC?

22  A   For Purdue NROTC.

23  Q   Okay.  Did that responsibility branch out over any

24      other universities or NROTC units?

25  A   No.

Page 11

1      Navy after they graduate from Purdue University at

2      the time in question?

3    A   Are we speaking about the time entering into the

4      ROTC program or exiting the ROTC --

5          MR. MATUSZAK:   I have to object.

6    A   -- program into the Navy?

7          MR. MATUSZAK:   Yeah, I have to object to the

8      question.   The graduate end of the NROTC program

9      would not be enlisted into the Navy.   They would be

10     commissioned officers.   There's a difference.

11   Q   Okay.   After students at Purdue who are enrolled in

12     the NROTC program graduate, what are their options

13     for entering the military as a commissioned

14     officer?

15   A   Upon completion of all requirements of the NROTC

16     program, a student would be commissioned into the

17     Naval or Marine Corps Service as an officer.

18   Q   At what rank, sir?

19   A   That would be at the rank of ensign in the Navy.

20   Q   Thank you, sir.   And when a midshipman -- and when

21     -- or when a midshipman joins the program initially

22     upon entering into a university, do they join at

23     the rank of Midshipman Forth Class?

24   A   Yes.

25   Q   Thank you.   Earlier you confirmed that there are

Page 13

1   A   Can you be more specific?

2   Q   Okay.  Assuming a student at the time in question

3        was alleged to have sexually assaulted or harassed

4        another midshipman, what procedures were in place

5        at that time for disenrolling a midshipman?

6   A   A procedure or process for an alleged violation as

7        described would require a process walking through

8        to include investigation, review boards, and

9        determinations, and review as part of

10       disenrollment.

11   Q   Thank you.  And when you say "review board," do you

12       mean a public review board?

13   A   Specifically the review board is -- would be

14       described as a "performance review board."  I would

15       not describe it as "public," but I also would not

16       describe it as a "closed."

17   Q   Fair enough.  Thank you, sir.  And you mentioned an

18       investigation.  What did you mean by an

19       investigation?

20   A   Do you want me to speak about this specific event

21       or --

22   Q   We can get into that later.  I just didn't know if

23       there was a -- when you say "investigation," if you

24       meant to a Purdue investigation or a university

25       investigation or a military investigation.

Page 15

1    portion of the midshipmen and as an instructor.

2  Q  Thank you.  Are you familiar with someone by the

3     name of Adam Sheppard?

4  A  Yes.

5  Q  Who is he?

6  A  Adam was also a staff lieutenant.

7  Q  Would he have had the same responsibilities as

8     Megan?

9  A  At this time, Adam was assigned as the battalion

10    officer.

11        Do you want to know those responsibilities as

12    well?

13  Q  Yes, sir.

14  A  His responsibilities were for the training of the

15    midshipmen battalion leadership.

16  Q  Are midshipmen divided into battalions?

17  A  Purdue University, all midshipmen are in one

18    battalion, separated into four companies.

19  Q  Understood.  So there's a single battalion at

20    Purdue University and then that battalion has four

21    subsets?  Is that --

22  A  Yes.

23  Q  Thank you.  Are those four companies further

24    divided into anything else?

25  A  Yes.  They -- within, they would be divided into

Page 19

1    Naval Reserve Officers Training Corps Unit, Purdue

2    University.

3        At that time, would that have been you or

4    Commander Remaly?

5  A   That was me.

6  Q   Okay.  So you have seen this document prior to

7    today?

8  A   I have.

9  Q   Okay.  Sir, can you explain to me, if you know, why

10    this document was created?

11  A   Lieutenant Redlawsk was assigned as a preliminary

12    inquiry officer.  And this is her report back to me

13    on her actions.

14  Q   Thank you.  What is a "preliminary inquiry

15    officer"?

16  A   The preliminary inquiry officer is the individual

17    assigned by the commanding officer to look into the

18    facts associated with an allegation.

19  Q   Okay.  Would this be an allegation that's raised to

20    the NROTC or an allegation that's raised to the

21    university?

22  A   Specifically to the NROTC.

23  Q   Thank you.  To the best of your knowledge, was this

24    document, Exhibit A in front of you, drafted

25    because ▮▮▮▮▮▮▮▮ alleged that ▮▮▮▮▮▮▮▮

Page 20

1        sexually assaulted her among other things?

2    A   Yes.

3    Q   To the best of your knowledge, did Megan Redlawsk

4        investigate whether or not ███████████ sexually

5        assaulted, among other things, ████████████████

6            MR. BYLER:  Objection to form.  Striking

7        ambiguous.  The word "investigate" can mean very

8        different things and the witness has already

9        testified that the -- this case was referred to --

10           MR. JONES:  All you need to say is object to

11       form, Phil.  That's all you need to say.  Your

12       objection's been preserved.

13   A   I would like to ask:  Are you asking what actions

14       did Lieutenant Redlawsk take to investigate?

15   Q   Sure.  We can start there.

16   A   I directed her to utilize the university

17       investigation for determinations of what occurred.

18   Q   Did you order her to make an independent

19       determination whether or not this had occurred?

20       And by "this" I mean, the allegations raised by

21       ████████████████

22   A   No.

23   Q   What did you -- I'll rephrase.

24           Do you see in paragraph 2 in front of you, sir,

25       at the very end, it says, "Conduct -- Section 3-19:

Page 21

1        Conduct/Aptitude Standards of Midshipman

2        Performance, subsection 2.a Major Offenses, item

3        (11) Sexual harassment/assault"?

4    A   I see that.

5    Q   Earlier you had said you could not remember the

6        names of some of the particular rules.  Would this

7        have been one of the rules that would've applied to

8                         during the time in question?

9    A   Yes.

10   Q   Why did you direct Lieutenant Redlawsk to use the

11       university investigation?

12   A   Based on our dual reporting requirements with the

13       university and the Navy.

14   Q   When you say "dual reporting requirements," for the

15       record, can you explain what you mean?

16   A   As an -- I believe the correct terminology is

17       "associate professor."  I had Title IX reporting

18       responsibilities in addition to my Naval reporting

19       responsibilities.

20   Q   So if I understand you right, you are stating that

21       you had an obligation to notify both Purdue and the

22       Navy of the allegations; is that correct?

23   A   Yes.

24   Q   Okay.  What did you do when you got this report?

25       Did you take any action?

Page 22

1   A    Are you speaking specifically of the report Exhibit

2        A in front of me?

3   Q    Yes, sir.

4   A    Based on this, I reviewed all elements of the

5        report, reviewed Naval requirements, and carried

6        out the Naval requirements.

7   Q    What Naval requirements did you carry out?

8   A    The disenrollment of the student.

9   Q    And I don't want to mischaracterize your testimony.

10       I just want clarification.

11           When you say you disenrolled the student, you

12       mean you disenrolled him because you determined

13       that he sexually harassed and assaulted ████████

14       ███████

15  A    No.

16  Q    What do you mean then?

17  A    Because the student was suspended from the

18       university upon completion of that process, the

19       NROTC requirements required that I disenroll the

20       student from the program.

21  Q    Okay.  My question, Mr. Hutton, if you were going

22       to disenroll ████████ for being less than a

23       full-time student at Purdue, why did you have

24       Lieutenant Redlawsk look into the allegations of

25       ████████

Page 25

1      regards to academic standards, the unit had a

2      process of providing students additional assistance

3      and a warning in order -- when they were below the

4      standard in order to assist with regaining that

5      standard.

6    Q   When you say "the standard," do you mean NROTC

7      standard?

8    A   Yes.

9    Q   You said "additional assistance."  What additional

10      assistance would be provided?

11   A   Assistance would include formal study requirements,

12      meeting with staff personnel or others as deemed

13      appropriate and necessary.

14   Q   Thank you.  I would ask everyone to look at Exhibit

15      B.

16          (Defendant's Exhibit B was marked for

17      identification.)

18   Q   For identification purposes, the subject line is

19      "Placement on Academic Warning."  It is Bates

20      number NSTC-0156 through -0157.  I'll give everyone

21      a moment to open to that and turn to it.  And,

22      Mr. Hutton, please take a moment to review it if

23      you haven't already.

24          Have you had a moment to review it?

25   A   Yes.

Page 26

1    Q    Sir, have you seen this document before?

2    A    Yes.

3    Q    Are you familiar with it?

4    A    Yes.

5    Q    Can you please identify it for the record?

6    A    It is a letter signed by me placing Midshipman

7         Forth Class ▮▮▮▮▮▮▮▮▮ on academic warning.

8    Q    And the attached page, the second page, what is

9         that?

10   A    The second page is the student acknowledgement.

11   Q    Meaning that he received it and -- he received the

12        placement on academic warning notice; correct?

13   A    Yes.

14   Q    Why did you issue this letter?

15   A    As stated in paragraph 1(A), the student failed to

16        meet the minimum program semester GPA standard of

17        2.5, based on a 2.47 GPA in the fall of 2015.

18   Q    Okay.  And I note here in paragraph 2, it lists out

19        several terms of his academic warning.  When you

20        were describing earlier additional academic

21        assistance, is this what you were referring to?

22   A    Yes.

23   Q    What is super -- what is "supervised study"?

24   A    Supervised study were times requiring a student to

25        study with oversight.

Page 27

1   Q    Would that be with a lieutenant or with a higher

2        ranking midshipman?

3   A    Generally with a higher ranking midshipman or a

4        tutor provided by the NROTC program.

5   Q    Thank you, sir.  And if you know, does the GPA

6        requirement, is that solely for a student's major

7        or is it for all of their classes including Naval

8        science classes?

9   A    It applied to their full-semester GPA.

10  Q    Thank you, sir.  Do you know who ████████████

11       company officer was at the time this letter was

12       issued?

13  A    I do not recall.

14  Q    What did you mean when you said -- or when the

15       letter says, "Meet all applicable program standards

16       by the end of the Spring of 2016 semester."

17            What does the phrase "all applicable program

18       standards" refer to?

19  A    That would be restoring his GPA for the semester

20       and cumulative above the program standards.

21  Q    It says in paragraph 3, for the record, "Failure to

22       make academic progress is cause for convening a

23       Performance Review Board with disenrollment a

24       possible outcome.  Meeting NROTC standards will

25       remove you from this status."

Page 28

1        Is that all correct?

2  A   Yes.

3  Q   And by "correct," I don't mean if I read it

4      correctly.  I'm merely asking:  Is that accurate

5      that at the time if there was a failure to make

6      academic progress, a Performance Review Board would

7      be convened with disenrollment as a possible

8      outcome?

9  A   Yes.

10  Q   Thank you.  For the record, can you explain what a

11     "leave of absence" is from the NROTC?

12  A   A leave of absence from the NROTC program results

13     in a suspension of student benefits.  Specifically

14     payment of tuition and fees.

15  Q   And an "interim leave of absence," would that be

16     the same thing except that it's on a limited basis?

17  A   The interim leave of absence would have been

18     established at a time while the continued

19     Performance Review Board process was being carried

20     out to make a final determination.

21  Q   I see.  So it's from the time a Performance Review

22     Board has been instituted or noticed until that

23     date that is when an inter -- an ILOA would be

24     issued.

25      Is that accurate?

Page 29

1    A    At the discretion of the commanding officer.

2    Q    Thank you.  Sir, I would have you go to Exhibit C.

3         (Defendant's Exhibit C was marked for

4         identification.)

5    Q    And for everyone's record, identification purposes,

6         this should say "Notification of Interim Leave of

7         Absence," in the subject line.  It is Bates number

8         NSTC-0152 through NSTC-0153.

9         Mr. Hutton, would you please review this while

10        everyone else is getting it open?

11   A    Yes.

12   Q    Thank you.

13        Have you had a moment to review it, sir?

14   A    I have.

15   Q    Are you familiar with this document?

16   A    I am.

17   Q    Can you please identify it for the record?

18   A    It is a letter from me as the commanding officer to

19        Midshipman Third Class ███████████  notification

20        of interim leave of absence.

21   Q    Thank you, sir.  And, sir, just for identification

22        purposes, the second page, can you please identify

23        that as well?

24   A    The second page is the student acknowledgement from

25        Midshipman ████ to me acknowledging he's being

Page 30

1             placed on interim leave of absence.

2    Q    So basically just saying he got your letter?

3    A    Yes.

4    Q    Was Midshipman ▉▉▉▉ in fact, placed on interim

5         leave of absence on May 20, 2016?

6    A    Yes.

7    Q    At that time, were his tuitions and -- let me

8         rephrase the question.

9             At that time pending the result of the

10        Performance Review Board for his academic benefits,

11        including tuition payment and fees by the NROTC

12        suspended?

13   A    Yes.

14   Q    And, sir, when the letter says, "You should plan to

15        pay tuition fees for the fall of 2016 semester," is

16        this because if the PRB determines that the GPA

17        requirements here were met that the student would

18        be responsibile for those academic benefits?

19   A    Yes.

20   Q    Thank, you.  Sir, I'll note that in line 3 -- and,

21        of course, that's redacted.  I'm not asking about

22        that redacted information.  What I do want to know,

23        why did you refer ▉▉▉▉▉▉▉▉ to A.P. Sheppard?

24   A    I do not recall specifically the connection between

25        the two.

Page 32

1   A    The terms of the scholarship are sent out by the

2         Navy ROTC program above Purdue.

3   Q    Understood.  The national program you mean?

4   A    Yes.

5   Q    Referring to that then, I would direct everyone's

6         attention to Exhibit D.

7           (Defendant's Exhibit D was marked for

8         identification.)

9   Q    Of course, Rod, please take a moment to review this

10       while everyone's getting this open.

11          For the record, this is Bates number NSTC-0055

12       through NSTC-0060.

13   A    Ready.

14   Q    Have you had a moment to review this, sir?

15   A    Yes.

16   Q    Are you familiar with this document?

17   A    I am.

18   Q    Can you please identify this document for the

19         record?

20   A    This is form NSTC, Naval Service Training Command

21       1533/135.  It is the contract between the

22       Department of the Navy and the student receiving

23       this scholarship.

24   Q    And by the "scholarship," do you mean the National

25       Scholarship?

Page 33

1    A    Yes.

2    Q    Before we get into this, I would turn to the very

3         last page, sir.  Will you confirm if that is your

4         signature on the last page?

5    A    It is.

6    Q    And what's the date of that signature?

7    A    September 8, 2015.

8    Q    Thank you, sir.  Sir, I would have you briefly turn

9         to the second page.  This will be specifically

10        paragraph 3, subparagraph B.  It should say

11        "Continuing Eligibility for Scholarship Benefits."

12            Let me know when you've gotten there.

13   A    I'm there.

14   Q    Okay.  Sir, is it correct that to continue

15        receiving scholarship benefits in NROTC, for

16        specifically ▊▊▊▊▊ to continue receiving

17        scholarship benefits, had to be enrolled as a

18        full-time student at Purdue University?

19   A    Yes.

20   Q    Is it correct that he had to be in good standing

21        with Purdue University?

22   A    Yes.

23   Q    Is it correct that in order to maintain his

24        scholarship with NROTC, ▊▊▊▊▊ had to

25        remain qualified for military service as an officer

Page 34

```
 1        in meeting all applicable requirements?
 2    A   Yes.
 3    Q   Is it also true that in order to be qualified for
 4        the scholarship with the NROTC, ███████████ had
 5        to not be on a leave of absence from the NROTC and
 6        remain in good standing with the unit and fulfill
 7        all NROTC program requirements including those set
 8        forth in the regulation?
 9    A   Yes.
10    Q   Is it also correct that in order to maintain the
11        NROTC scholarship, a midshipman -- or specifically
12        ██████████████ had to be -- not be on a leave of
13        absence for the first 45 days of each academic
14        term?
15    A   Yes.
16    Q   Was that a "yes"?
17    A   Yes.
18    Q   I'm sorry.  Sir, if we go back to paragraph B,
19        subparagraph 4 -- this is on page 2 of this
20        document -- when it says, "Remain qualified for
21        military service as an officer," what does that
22        mean, if you know?
23    A   Can you be more specific?  That's a very broad
24        question.
25    Q   My question is merely, if you know, what does it
```

Page 43

1          Do you see those?

2     A    I do.

3     Q    What does "Member trait average" mean?

4     A    If you see at the -- the blocks at the top of this

5          form and what would have also been present on page

6          1, the member trade average is a -- is an average

7          of the blocks that are checked in each of those

8          specific performance traits.

9     Q    Understood, sir.  And what does "Summary group

10         average" mean?

11    A    That is the average of all students in a comparable

12         group.

13    Q    Understood.  And I apologize if it's not indicated

14         here, but does that 3.33 number refer to ▮▮▮▮▮▮

15         ▮▮▮▮▮▮

16    A    Yes.

17    Q    Understood.  So the group's average was 3.85 and

18         ▮▮▮▮▮▮▮▮ was 3.33 if I'm reading this correctly?

19    A    That's correct.

20    Q    Thank you.  During the time in question, did you

21         have any interactions with ▮▮▮▮▮▮▮▮

22    A    Yes.

23    Q    What interactions did you have with her?

24    A    The same periodic interactions that I did with all

25         midshipmen, plus speaking with her at the time of

Page 44

1          -- that allegations were made.

2     Q    Do you recall -- and let me rephrase.

3          Did she specifically speak to you about her

4          allegations?

5     A    Yes.

6     Q    Do you recall what she said?

7     A    Not specifically.

8     Q    Is there anything you recall about that

9          conversation?

10    A    I could say that that conversation caused me to --

11         it was sufficient to cause me to investigate the

12         allegations made.

13    Q    By "investigate," do you mean what you assigned

14         Megan to do in the report we had earlier?

15    A    And reporting to the university.

16    Q    Understood.  And just so I understand what you just

17         said, are you telling me that you informed someone

18         to report this incident -- or this allegation to

19         Purdue University?

20    A    I do not recall if I made the report to -- the

21         Title IX report myself or I directed others.

22    Q    Understood.  Thank you, sir.  And one clarifying

23         question:  Did you become directly aware of

24         ▇▇▇▇▇▇▇▇▇ allegations from her, or did you

25         become aware of them through another NROTC

Page 45

1          official?

2     A    I do not recall.

3     Q    Thank you, sir.  Sir, was ████████    required to

4          provide the Navy with information about his pending

5          investigation by Purdue University?

6     A    Are you saying -- are you asking the question if

7          that investigated -- if that investigation

8          commenced without my knowledge?

9     Q    Let me rephrase my question then.

10             In this case Purdue, of course, had its own

11         investigation of ████████

12    A    Yes.

13    Q    Okay.  Was Purdue -- or rather was ████████   if you

14         did -- if you knew about it already -- and by "you"

15         I mean the NROTC --

16    A    Yes.

17    Q    -- was ████████    obligated to give you status

18         updates about it?

19    A    I don't specifically remember the direction I would

20         have given on that.

21    Q    Understood.  Do you know if ████████   voluntarily

22         provided information about his Purdue investigation

23         status?

24    A    I do not recall.

25    Q    Thank you.  I'm going to jump around a little bit

Page 48

1    A    Yes.

2    Q    Understood.  Thank you.  And just so I understand

3         the process, the PRB makes a recommendation to you

4         as to what action to take?

5    A    That is correct.

6    Q    For the record, can you explain what a PRB consists

7         of?

8    A    The Performance Review Board consists of a senior

9         member with two additional members who are assigned

10        to independently review and -- the facts of what

11        have occurred, to review the requirements and then

12        make a recommendation to me as the commanding

13        officer.

14   Q    Is it ultimately your decision what to do with the

15        midshipman?

16   A    Yes.

17   Q    Thank you, sir.  Do you recall what conclusion the

18        PRB in this case came to?

19             MR. BYLER:  Objection.  Assumes a conclusion.

20   Q    You can answer.

21   A    The Performance Review Board found that the student

22        had been suspended from the university and made a

23        recommendation of disenrollment.

24   Q    Understood, sir.  And for the record, I would ask

25        everyone go to what's marked as Exhibit H, but what

Page 49

1       I will introduce into the record as Exhibit -- I

2       believe we're on G.

3           (Defendant's Exhibit G was marked for

4       identification.)

5   Q   This should, for identification purposes, be Bates

6       number S -- NSTC-0011 through NSTC-0012.  I'll give

7       everyone a moment to get to that.  And, Mr. Hutton,

8       if you please review it.

9   A   I have.

10  Q   Thank you, sir.  Sir, are you familiar with this

11      document?

12  A   I am.

13  Q   Have you seen it before?

14  A   I have.

15  Q   Would you please identify it for the record?

16  A   This is the record from the senior member of the

17      Performance Review Board to me as the commanding

18      officer reporting on the execution of the

19      Performance Review Board and the information found.

20  Q   Understood.  And for the record, was the senior

21      member Commander Craig Remaly?

22  A   Yes.

23  Q   Thank you.  For identification purposes, can you

24      please identify the two other members of the PRB?

25  A   Major Mike McDowell was my marine option instructor

Page 50

1           and Lieutenant Leonard Taylor was a staff

2           instructor company officer.

3    Q     Thank you.  Were these all members of the Purdue

4           NROTC?

5    A     Yes.

6    Q     Typically, sir, what do you do after you receive

7           one of these reports in your office?

8    A     I review the findings, I review the facts, I review

9           the requirements.  I would typically review them

10          and depending on the case, may discuss them with

11          Naval Service Training Command.  And then I would

12          make a decision.

13   Q     Do you recall if that's what you did in this case?

14   A     Yes.

15   Q     Did you talk to Naval Service Training Command

16          about this case?

17   A     Yes.

18   Q     When did you talk to them, if you know?

19   A     I would have spoken to them on multiple occasions

20          to include the initial reports through the

21          determination of the -- the determination of my

22          decision, then forwarding it to Naval Service

23          Training Command for their approval and action.

24   Q     Thank you, sir.  Sir, I note that on the second

25          page it has some information about

Page 51

1          academic history.

2               Why is that noted on here?

3     A    That is a standard format for Performance Review

4          Boards.

5     Q    Is that a relevant consideration how they perform

6          -- how a midshipman was academically performing?

7     A    Not in this case.

8     Q    Not in this case.  Okay.  I note here, sir, it has

9          -- it notes some of the academic warnings that were

10         issued.

11              Do you see that?

12    A    Yes.

13    Q    And then it also notes "Professional performance

14         history."

15              Do you see that?

16    A    Yes.

17    Q    Okay.  As I'm reading this, is it fair to say that

18         ▮▮▮▮▮▮ ranked in the bottom half of his class for

19         professionalism?

20    A    Under "Professional Performance," he ranked number

21         22 of 28.

22    Q    Thank you.  And what does Professional Performance

23         History refer to?

24    A    That refers back to his ranking compared to his

25         classmates.

Page 52

1    Q    Okay.  And are these the same professional

2         standards that they're -- that midshipmen are

3         evaluated under that we had talked about earlier?

4    A    Yes.

5    Q    Thank you.  Sir, I'd ask that you look at the next

6         document in the folder there.  For -- this is

7         what's marked as Exhibit J, but what I'll put into

8         the record as Exhibit I, I believe we're on now.

9         This should be NSTC-0005 through NSTC-0006.

10             (Defendant's Exhibit I was marked for

11         identification.)

12   Q    I'll give everyone a moment to pull that out while

13        you review, Mr. Hutton.

14   A    Ready.

15   Q    Thank you.  Are you familiar with this document?

16   A    I am.

17   Q    Have you seen it before?

18   A    Yes.

19   Q    Can you please identify it for the record?

20   A    It is the disenrollment recommendation based on my

21        decision.

22   Q    Understood, sir.  For layfolks like myself, would

23        you please explain why you would fill this out?

24   A    This would be the formal process from the NROTC

25        unit to Naval Service Training Command to process

Page 53

1           for disenrollment from the National Scholarship
2           program.
3     Q     Understood, sir.  And for confirmation purposes, is
4           that your signature -- is that one of -- there are
5           two signatures on the second page.  The bottom one,
6           is that your signature?
7     A     Yes, it is.
8     Q     And what's the date of your signature?
9     A     29 August 2016.
10    Q     Understood, sir.  And, sir, was it your
11          recommendation that ████████ be disenrolled?
12    A     Yes.
13    Q     And who did you submit this to?
14    A     Naval Service Training Command.
15    Q     Understood.  Is it Naval Service Training Command's
16          decision whether or not to disenroll ██████
17    A     They would review my decision.
18    Q     Understood.
19              MR. MATUSZAK:  I'm going to object to that
20          question for the record.  It does call --
21              MR. JONES:  Can you --
22              MR. MATUSZAK:  -- for a legal --
23              MR. JONES:  -- a little bit, John.
24              MR. MATUSZAK:  Sure.
25              MR. JONES:  I'm having a hard time hearing you.

Page 57

```
 1        that your signature?

 2   A    It is.

 3   Q    What's the date of that signature?

 4   A    November 4th, 2016.

 5   Q    Would you also please look at the signatures on

 6        page 2 and page 4 for this document and indicate if

 7        those are your signatures?

 8   A    They are.

 9   Q    Understood.  Am I understanding correctly that this

10        is the form that formally disenrolled ███████ from

11        NROTC?

12   A    This is the letter from Naval Service Training

13        Command to the individual in this case, Midshipman

14        Fourth Class ██████ that they are to be disenrolled,

15        yes.

16   Q    Understood.  And, sir, I just want to note page 3

17        and 4 appears to be a letter signed by you.  Is

18        this a -- well, let me rephrase.

19            Is it true -- please turn to the last page,

20        page 4.  You'll see number 7 -- paragraph number 7

21        says, "Mitigating factors?"

22            Is it true that you found no mitigating factors

23        for ████████

24   A    Regarding disenrollment?

25   Q    Correct.
```