Page 1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
2                        INDIANAPOLIS DIVISION
3                      Case No. 2L17-cv-33-JPK
4
     JOHN DOE,                          )
5                                       )
              Plaintiff,                )
6                                       )
                  -vs-                  )
7                                       )
     PURDUE UNIVERSITY, PURDUE          )
8    UNIVERSITY BOARD OF TRUSTEES,      )
     MITCHELL ELIA DANIELS, JR., in     )
9    his official capacity as          )
     President of Purdue University,    )
10   ALYSA CHRISTMAS ROLLOCK, in her    )
     official capacity at Purdue        )
11   University, KATHERINE              )
     SERMERSHEIM, in her official       )
12   capacity at Purdue University,     )
                                        )
13            Defendants.               )
14
15      VIDEOCONFERENCE DEPOSITION OF CRAIG REMALY
16
17         The videoconference deposition upon oral
     examination of CRAIG REMALY, a witness produced
     and sworn before me, Craig Williams, RPR, CMRS, a
18   Notary Public in and for the County of Marion,
     State of Indiana, taken on behalf of the
19   Defendants, at the offices of Stuart & Branigin,
     LLP, 300 Main Street, Suite 900, Lafayette,
20   Tippecanoe County, Indiana, on the 21st day of May,
     2020, at 9:00 a.m., pursuant to the Federal Rules
21   of Civil Procedure with written notice as to time
     and place thereof.
22
23
24
25

EXHIBIT B

Page 8

1   Q   Between August 2015 and August 2016, what was
2       your title with the Purdue NROTC?
3   A   I was executive officer.
4   Q   What were the executive officer's
5       responsibilities and duties at that time?
6   A   The XO is the second in command.  I guess my
7       primary role as the XO would be twofold.  One is
8       as the principal advisor to the CO, and then
9       pretty much like the daily routine operations of
10      the unit.
11  Q   Understood, sir.  Do you oversee lieutenants?
12  A   I did.  I was their supervisor.
13  Q   Understood.
14          Were you the direct supervisor?
15  A   Yes.
16  Q   Sir, I know there was some confusion about
17      whether or not you are retired.  You are indeed
18      still with the Purdue NROTC?
19  A   I am, I'm active duty still.
20  Q   Are you planning on retiring soon?
21  A   My plans or the Navy's plans?  I'm coming up on
22      mandatory retirement, so January 1st is my
23      retirement date.
24  Q   Understood.  This year?  Of next year.
25  A   Next year.

Page 12

1   Q   You can answer.

2   A   I'm sorry?

3   Q   You can answer.

4   A   There's no definite answer to that.  Can I ask

5       you a question?

6   Q   Sure.

7   A   So are you trying to figure out -- because I

8       know Midshipman ████ was below academic

9       standards.  So are you trying to see if he would

10      have been able to continue?

11  Q   Sure.  What would you say to that?

12  A   What I would say to that is, I have seen

13      students with worse GPAs succeed and students

14      with better GPAs fail.  So I have no idea.

15  Q   You can't say either way?

16  A   No.

17  Q   Understood.

18          Now, I understand that NROTC, at least at

19      the time and presumably now, has something

20      called a performance review board?

21  A   Yes, that's true.

22  Q   Can you give me an idea of what steps the Navy

23      took at that time to get to an NROTC review

24      board?

25  A   There are some general guidelines in the ROD,

Page 13

1    the Regulations for Officer Development.  I

2    don't know if you have reviewed those or not.

3    Like I said, those are recommendations.  In some

4    cases, some cases it's a requirement.

5         Generally for any students who are having

6    any kind of problems, our goal is to put in

7    place some sort of remediation with them in

8    order to address that problem, fix it, and get

9    them through the program to admission.

10        The CO has a few tools at his disposal.  He

11   can place a student on warning or probation

12   without a PRB.  Anything more extreme than that,

13   a leave of absence or disenrollment requires a

14   PRB.

15        So how the process works, if any student

16   had any kind of problems, academically,

17   physically, morally, you know, if they were

18   caught cheating on exam, arrested, anything

19   along those lines, generally what would happen

20   is the company officer would make the

21   recommendation, Midshipman X is below academic

22   standards, I recommend academic warning.  And I

23   would review those with the company officer, and

24   then we would pass those recommendations on to

25   the CO.  The CO makes the ultimate decision.  At

1    which point the company officer says I recommend

2    academic warning.  The CO would say no, I'm

3    going to refer this to a PRB.

4         Like I said, the purpose of any of those is

5    to get to the heart of the issue, find some way

6    to correct it, if it is something that can be

7    corrected, and then move on.

8    Q   NROTC wants students to succeed.

9    A   Yes.

10   Q   You mentioned the regulations for officer

11       development?

12   A   Yes.

13   Q   Are those rules that are applicable to all

14       midshipmen?

15   A   Yes.  Well, actually they're applicable to

16       anybody assigned to the program.  Not everyone

17       is a midshipman.  We have some active duty

18       students as well.

19   Q   Understood, sir.

20            But besides the regulations for officer

21       development, are there any other pertinent rules

22       that apply to a Navy NROTC midshipman?

23   A   Could you be more specific?  I mean, that's --

24   Q   Sure.  Are there any Navy specific, so not

25       Purdue, not Purdue rules, but like a Navy rule

Page 15

1       or NROTC rule that applies to a midshipman
2       beyond just these regulations?
3    A  Yes.  And that depends on the circumstance.
4    Q  Can you tell me any of them?
5    A  Well, for instance, there's about a two-week
6       period every summer where they go into active
7       duty.  At that time, they're bound by every Navy
8       regulation in existence, including the uniform
9       code of military justice, you name it.
10         We do have some locally developed
11      instructions.  Talk about how we will do
12      day-to-day operations.  So, yes, there are other
13      instructions and regulations that they're bound
14      to.
15   Q  Understood, sir.  Thank you.
16         At the time, was it against any NROTC rule
17      at Purdue to sexually assault another
18      midshipman?
19   A  Well, that's against the law.  And I wouldn't
20      say we had a -- there's a CO's policy for sexual
21      assault, sexual harassment, that says something
22      along the lines that sexual assault, sexual
23      harassment will not be tolerated, so I guess you
24      could say that's a rule.  It's policy.  At that
25      point, it's more of I guess an order than a

Page 18

1      reporter as follows:  "Besides your Title IX

2      responsibilities you just described, are there

3      any reporting responsibilities within the NROTC

4      or the Navy itself?")

5           MR. MATUSZAK:  You can answer the question

6      to the extent you understand any other

7      requirements you would have.  It's not a legal

8      opinion -- can you rephrase the question, Tyler,

9      make it so it's a question about his

10     understanding.

11  Q  At the time or now, are you personally aware of

12     any other responsibilities you had to report

13     sexual assault besides Purdue University?

14  A  Yes.

15  Q  Can you tell us which ones, which

16     responsibilities?

17  A  I can think of two off the top of my head.  One,

18     if it's involving a minor, that's an offense

19     that needs to be reported to law enforcement

20     right away.  Occasionally we have students under

21     the age of 18.  As far as the Navy goes, the

22     Navy has its own SAPR, Sexual Assault Prevention

23     and Reporting I think is the acronym, that

24     governs our reporting requirements.

25  Q  Understood, sir.  Thank you.

Page 19

1          By your reference to SAPR, is it your

2      understanding that the NROTC and the Navy was

3      entitled to conduct its own investigation into

4      allegations of sexual misconduct?

5   A  Yes.  I mean -- yes.

6          (Deposition Exhibit A was marked for

7      identification.)

8   Q  Sir, I would have you look at the first document

9      there, it's marked as Exhibit A.  For the record

10     and for counsel's benefit, this is NSTC-0168

11     through -0195.  Sir, just take a minute to

12     review that and familiarize with it and let me

13     know when you're ready.

14         MR. BYLER:  While he's reviewing it, Tyler,

15     can you tell me again what exhibit letter you're

16     giving to this one.

17         MR. JONES:  This is Exhibit A.  It is

18     NSTC-0168 through NSTC-0195.

19         MR. BYLER:  Okay.  I got the document in

20     front of me then.

21  A  Okay.

22  Q  Have you taken a moment to review this, sir?

23  A  I have.

24  Q  Have you ever seen this document before?

25  A  Yes.

Page 22

```
 1        required.  When a student is below the
 2        standards, again, they can be placed on warning,
 3        probation, leave of absence or disenrolled based
 4        on that.  So academic warning means that they
 5        were below academic standards and needed to take
 6        some corrective action.
 7    Q   When a midshipman is placed on academic warning,
 8        are they advised that failing to correct their
 9        performance could result in dismissal or
10        disenrollment from the NROTC?
11    A   Yes.
12    Q   Turning now to the allegations themselves, do
13        you know when you were first made aware of
14        █████████████████ allegations?
15    A   No, I don't remember the date.
16    Q   Do you remember if it was by person or if you
17        received an email or a phone call from someone?
18    A   It would have been in person.
19    Q   Do you know from who?
20    A   Lieutenant Adam Sheppard.
21    Q   To confirm, Adam Sheppard came to you in person
22        and told you about the allegations?
23    A   Yes.
24    Q   Do you recall what you told him?
25    A   At that time -- I mean, I don't recall
```

Page 23

```
 1          specifically.  But I would have reminded him of
 2          our obligations under Title IX and then also to
 3          the Navy.
 4     Q    Understood.
 5              Do you remember if you instructed him to
 6          report it to Purdue?
 7     A    We did report to Purdue.  I don't know who
 8          decided that we needed to or -- yes, we did
 9          report to Purdue as required.
10     Q    Fair enough, sir.  Thank you.
11              At that time, did you have any information
12          that Purdue was already aware of the
13          allegations?
14     A    No.
15     Q    Was it your understanding that Midshipman
16          ████████ had reported to the NROTC first?
17     A    I believe so but I don't know that.
18     Q    Understood.
19              Do you recall if you spoke with Lieutenant
20          Willstatter about the allegations at all?
21     A    In what terms?
22     Q    Did you take any action or suggest to Lieutenant
23          Willstatter that he take action to separate
24          ██████████ and ████████ after the allegations
25          were made?
```

Page 24

1   A   I did not.

2   Q   Sir, do you know who instructed or who requested

3       Megan Redlawsk to investigate the allegations?

4           MR. BYLER:  Object to form.

5   A   The Commanding Officer Rod Hutton appointed her

6       as the PIO.

7   Q   Did you have any say in that?

8   A   Yes, he consulted with me.

9   Q   Is there any reason that you both selected Megan

10      Redlawsk?

11  A   Yes, we felt that Midshipman ███████ might be

12      more comfortable talking with another woman.

13  Q   Understood.  Was there any other reason?

14  A   No.  I mean, we thought she could handle it, but

15      that doesn't separate her from any of the other

16      lieutenants on staff.

17  Q   Understood, sir.

18          Now, you're aware that Purdue conducted its

19      own investigation of the allegations?

20  A   Yes.

21  Q   How did the NROTC stay abreast of what Purdue

22      was doing?

23  A   Through Lieutenant Redlawsk as our PIO, she

24      contacted the university.

25  Q   Are you aware if Midshipman ████ was providing

```
 1      any information about his appeals or the
 2      investigation process at Purdue to the NROTC?
 3   A  To the NROTC?
 4   Q  To the NROTC.
 5   A  Oh, if he provided anything?
 6   Q  Right.
 7   A  I don't recall whether he did or not.
 8   Q  Understood, sir.
 9          Do you have any idea if any lieutenant or
10      any commander or any officer with the NROTC at
11      Purdue gave Midshipman ███ an order to disclose
12      information about his Purdue investigation to
13      the NROTC?
14   A  We always request that our students provide us
15      copies of police reports, investigations from
16      the university, and we advise them that -- it
17      looks better for them if they are forthcoming
18      with what's going on and keeping us informed.
19      If anyone gave him an order, I don't know who
20      gave him an order.
21   Q  Would it be fair to say you requested the
22      information but you didn't command Midshipman
23      ███ to provide it?
24   A  Again, I have no firsthand knowledge if -- that
25      would either have been Lieutenant Redlawsk in
```

Page 29

```
 1   A   Yes.
 2   Q   Is there a reason that Kyle Willstatter was
 3       giving this information to Midshipman       or
 4       is this something that lieutenants normally do?
 5   A   Yes.
 6   Q   Is it because he was the company officer?
 7   A   Yes.
 8   Q   Understood.
 9            Is it a standard operating procedure at
10       that time for the NROTC or the midshipman's
11       company officer to get notification of the PRB?
12   A   Yes.
13   Q   Sir, if we turn to that first page again of the
14       document, NSTC-0015, I want to direct your
15       attention to paragraph 3.  For the record, could
16       you read paragraph 3.
17   A   "PRP may recommend the following actions be
18       taken.  Ramifications of these actions are
19       described in reference (a).  No action.
20       Warning.  Probation.  Leave of absence.
21       Disenrollment with Interim Leave of Absence
22       pending final disenrollment from the NROTC
23       program."
24   Q   Thank you, sir.
25            Is it your understanding that at that time
```

Page 30

```
 1          those were five options open to the PRB to
 2          recommend to Commander Hutton?
 3    A     For any standard -- yes, those are the five
 4          options.
 5    Q     And, in fact, in ████████████ PRB you had
 6          the option of choosing any one of those five to
 7          recommend to Commander Hutton; correct?
 8               MR. MATUSZAK:  I'm going to object to the
 9          question.  It calls for a legal conclusion.
10               MR. JONES:  Okay, I'll restate it.
11               I'll come back to this in a minute.
12    Q     Are you aware at some point that Lieutenant
13          Redlawsk left the Purdue NROTC to go elsewhere?
14    A     Do you mean did she transfer?
15    Q     Right.
16    A     Yes, I'm aware of that.
17    Q     After she transferred, who at Purdue NROTC was
18          responsible for monitoring the status of
19          ███████████████ case?
20    A     First of all, I don't recall exactly when she
21          transferred, so I can't recall having anyone
22          else monitor the case with Purdue.
23               (Deposition Exhibit D was marked for
24          identification.)
25    Q     I'd like to direct your attention to Exhibit D.
```

Page 42

```
 1        was -- I don't remember if this was all Fourth

 2        Class midshipmen or all Fourth Class Navy

 3        midshipmen.  Definitely across three Navy

 4        companies, possibly the Marine company.

 5   Q    Understood, sir.

 6             Just a miscellaneous question for my

 7        edification.  Are all freshmen automatically

 8        Fourth Class midshipmen entering the NROTC?

 9   A    As a rule of thumb, yes.  Determining whether

10        someone is a -- we've had midshipmen who were --

11        I think we had one who was classified as a

12        junior by Purdue who was a Fourth Class.  It has

13        to do with how many of the Naval science

14        requirements they had met.  So if someone picks

15        up a scholarship late, say between their

16        sophomore and junior year and shows up as a

17        junior, they will be a Fourth Class.

18   Q    When you say pick up a scholarship, do you mean

19        join the NROTC?

20   A    Yes, actually, because you don't have to have a

21        scholarship to join.

22   Q    Understood.

23   A    Yes.

24   Q    So Fourth Class doesn't correlate directly to

25        being a freshman, and Third Class isn't a
```