Page 1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION
                 Case No. 2L17-cv-33-JPK
```

JOHN DOE,                                  )
                                           )
      Plaintiff,                           )
                                           )
      -vs-                                 )
                                           )
PURDUE UNIVERSITY, PURDUE                  )
UNIVERSITY BOARD OF TRUSTEES,              )
MITCHELL ELIA DANIELS, JR., in             )
his official capacity as                   )
President of Purdue University,            )
ALYSA CHRISTMAS ROLLOCK, in her            )
official capacity at Purdue                )
University, KATHERINE                      )
SERMERSHEIM, in her official               )
capacity at Purdue University,             )
                                           )
      Defendants.                          )

VIDEOCONFERENCE DEPOSITION OF KYLE WILLSTATTER

    The videoconference deposition upon oral examination of KYLE WILLSTATTER, a witness produced and sworn before me, Craig Williams, RPR, CMRS, a Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Defendants, at the offices of Stuart & Branigin, LLP, 300 Main Street, Suite 900, Lafayette, Tippecanoe County, Indiana, on the 21st day of May, 2020, at 1:00 p.m., pursuant to the Federal Rules of Civil Procedure with written notice as to time and place thereof.

```
                                                   Page 6
 1      I know what you're trying to answer, I'm not
 2      going to jump the gun, even though I may know
 3      what you're going to say.  Similarly, please let
 4      me finish my question, even if you have a good
 5      idea what I'm trying to ask.
 6           If you answer a question, I'm going to
 7      assume you understood.  But if you don't
 8      understand, please ask me to rephrase or ask me
 9      to repeat the question.
10           If you need a restroom break, just ask me.
11           Another housekeeping matter, I'd ask that
12      you keep the names that we use in this
13      deposition confidential.  The plaintiff in this
14      case is proceeding under a pseudonym, as is a
15      nonparty victim.  The plaintiff's name is
16      [REDACTED] or [REDACTED] and the victim's
17      name is [REDACTED].  While we're in the
18      deposition, we'll use those names, but I'd ask
19      that outside of this deposition you don't use
20      either of those names in connection with this
21      lawsuit.  Okay?
22   A  Yes, sir.
23   Q  Can you, please, provide your date of birth?
24   A  15 July 1987.
25   Q  Excellent.  During the time in question, August
```

```
                                                      Page 7
 1         2015 to August 2016, what was your position with
 2         the Purdue Navy ROTC?
 3    A    I was active duty staff as the Alpha Company
 4         Officer.
 5    Q    Were you a lieutenant?
 6    A    Yes.
 7    Q    What is a good mailing address for you?
 8    A    412 Main Street, Apartment 1, Lafayette,
 9         Indiana.
10    Q    Thank you, sir.  And what is a good email
11         address for you?
12    A    Kwillstatter@purdue.edu.
13    Q    Can you please give us a brief educational
14         background for yourself?
15    A    Graduated in 2009 from the University of
16         Virginia.  Commissioned into the Navy through
17         the ROTC program.  Conducted eight years active
18         duty in the Navy, during which time I also while
19         I was at Purdue completed a Master's degree in
20         electrical engineering.
21    Q    Excellent.  Is that what you do now?
22    A    I am currently a Ph.D. student and electrical
23         engineer.
24    Q    Even better.  Congratulations.
25              MR. BYLER:  Excuse me, I couldn't hear that
```

Page 8

1    answer.
2         THE WITNESS: I am a Ph.D. student and
3    electrical engineer.
4         MR. BYLER: At Purdue?
5         THE WITNESS: Yes, sir.
6  Q  Very good. Congratulations again.
7         How long were you with the Purdue NROTC?
8  A  I was part of the unit from possibly August 2015
9    to September of 2017.
10 Q  Excellent. And you may want to speak up just a
11    little bit, because this is the mic.
12        As a lieutenant and a commanding officer
13    for Alpha Company, can you, please, describe
14    what your responsibilities and duties were at
15    that time?
16 A  So my responsibilities were, or my primary
17    responsibilities were to advise and train a
18    group of approximately 40 midshipmen in the
19    RTC program. That's an adequate summary.
20 Q  Understood.
21        May I ask, what was your reason for leaving
22    the Purdue NROTC?
23 A  I resigned my commission at the end of my tour
24    with the unit.
25 Q  Understood, sir. Thank you.

Page 13

1   A   More or less.
2   Q   Understood.
3           Are you familiar with something that's
4       abbreviated as the ROD?
5   A   Yes.
6   Q   What does that stand for?
7   A   It is the Regulations for Officer Development.
8   Q   Were there regulations in place at the time that
9       governed the conduct of ▇▇▇▇▇▇?
10  A   Are you referring to Navy regulations?
11  Q   Right. Let me rephrase the question.
12  A   Okay.
13  Q   Was ▇▇▇▇▇▇ supposed to follow the DOR?
14  A   Sorry, the DOR?
15  Q   The ROD, excuse me.
16  A   His actions within the ROTC are governed by the
17      ROD.
18  Q   Understood.
19          Besides the ROD, were there any other
20      pertinent rules that applied to him specifically
21      in the NROTC context?
22  A   Not that I can recall.
23  Q   Understood. Thank you, sir.
24          Sir, when did you first learn of the
25      allegations brought by ▇▇▇▇▇▇

Page 14

1  A   I learned of them the day they were brought to
2      the attention of our Lieutenant Sheppard.
3  Q   How did you learn of them?
4  A   I was brought into Commander Remaly's office
5      with Lieutenant Sheppard, and then Lieutenant
6      Sheppard explained the allegation.
7  Q   Kind of breaking that down a little bit, did you
8      receive an email from Lieutenant Sheppard or
9      Commander Remaly telling you to meet them in his
10     office?
11 A   No.
12 Q   Did you receive a phone call?
13 A   No.
14 Q   Did someone tell you in person to meet him in
15     his office?
16 A   Yes.
17 Q   Who told you to meet him in person?
18 A   Commander Remaly.
19 Q   Do you remember what you were doing before he
20     came into your office to tell you to meet him in
21     his office?
22 A   Not specifically.
23 Q   Besides you, Lieutenant Sheppard, and Commander
24     Remaly, was there anyone else in this meeting?
25 A   No.

Page 15

| | | |
|---|---|---|
| 1 | Q | Do you recall what was said? |
| 2 | A | Only that there was an allegation of assault between two midshipmen. |
| 4 | Q | Understood. |
| 5 | | Was that Lieutenant Sheppard who said that? |
| 6 | A | Yes. |
| 7 | Q | Do you remember how Commander Remaly responded? |
| 8 | A | I don't remember his tone at all, if that's what you're asking. |
| 10 | Q | No, sorry, I don't mean to interrupt. I was only asking, do you remember if he said anything at all or what he said? |
| 13 | A | Only that he needed to tell the CO and NSTC. |
| 14 | Q | And who? |
| 15 | A | NSTC, N-S-T-C. |
| 16 | Q | Does that stand for Naval Service Training Command? |
| 18 | A | Yes. |
| 19 | Q | Understood. |
| 20 | | Did Lieutenant Sheppard say whether or not ▆▆▆▆▆ had reported these allegations to Purdue as of that time? |
| 23 | A | I don't believe he did. I don't remember. |
| 24 | Q | You don't remember? |
| 25 | A | No. |

```
                                               Page 16
 1   Q   Did you have any reason to believe that he had
 2       reported these allegations to Purdue at that
 3       time?
 4           MR. BYLER:  Object to the form.  Calls for
 5       speculation.
 6   Q   You can answer.
 7   A   No, I have no knowledge whether or not he ever
 8       reported them to Purdue.
 9   Q   Understood.
10           Were you given any commands after this
11       meeting or any discretion how to handle the
12       situation?
13   A   Just to go through both of their records for
14       some things specifically that NSTC had asked
15       about for Navy specific actions that might be
16       necessary.
17   Q   Did you go back through both of their records?
18   A   Yes.
19   Q   What records did you look through?
20   A   Their student files.
21   Q   Are there any particular documents in their
22       student files you looked at?
23   A   There's a database printout and basic
24       biographical information.
25   Q   Did you make any decision to separate them?
```

Page 19

```
 1     4:00 p.m. today and acknowledge receipt."  And
 2     then the following page seems to be a response
 3     from Midshipman ▇ confirming or acknowledging
 4     that he had received the email.  Is that how you
 5     read this?
 6  A  Yes.
 7  Q  Do you know if you had called him to your office
 8     to discuss the allegations with ▇
 9  A  No.
10  Q  Did you ever directly discuss ▇
11     allegations with ▇
12  A  No.
13  Q  Did you ever discuss her allegations with her?
14  A  No.
15  Q  At any point were you told to separate them
16     during the spring semester, that would have been
17     the spring of 2016?
18  A  No.
19  Q  Do you know what a PRB is?
20  A  Yes.
21  Q  What is it?
22  A  Performance Review Board.
23  Q  For a layperson like me, can you give me just a
24     very general idea of what a PRB is?
25  A  A PRB is a hearing for a midshipman who has in
```

```
                                              Page 22
 1       lieutenant.
 2   A   Correct.
 3   Q   Did you decide when to convene a PRB or were you
 4       told to pass on a message?
 5   A   For a PRB, I found a time that worked for all
 6       members and for the midshipman and then
 7       scheduled it.
 8   Q   Were you ordered by a superior officer to
 9       schedule a PRB in this case?
10   A   Yes.
11   Q   Do you remember who ordered you to do so?
12   A   It was either Commander Remaly or Captain
13       Hutton.
14   Q   Understood, sir.
15           As I read this, it looks like initially the
16       PRB was scheduled sometime in July, and then
17       ███████ requested a stay of sorts until his
18       appeal process at Purdue had completed.  Is that
19       what you understood?
20   A   Yes.
21   Q   When Purdue's process did finish itself, how did
22       you become aware of that?  And let me clarify.
23       By process, I mean when ███████ appeal had
24       finalized and Purdue had upheld its decision,
25       how did you become aware of that fact, if at
```

Page 23

1 all?
2 A I actually don't remember who sent me the letter
3 of Purdue's final determination.
4 Q Was it Megan Redlawsk or Megan May?
5 A It may have been.
6 Q You don't know?
7 A I don't know for sure.
8 Q At any time, Mr. Willstatter, did you order
9 Midshipman ▇ to execute an authorization
10 disclosure of his records from Purdue University
11 to the Navy?
12 A No, sir.
13 Q Are you aware of anyone in the NROTC who issued
14 Midshipman ▇ an order to execute an
15 authorization to Purdue University to disclose
16 his records to the NROTC?
17 A I don't remember anyone.
18 Q Was that you don't know?
19 A I don't know.
20 Q Understood. Thank you, sir.
21     Sir, if you turn to the front page of that
22 exhibit we were looking at, this is NSTC-0015,
23 as I read here, it looks like ▇ PRB was
24 being convened because he was deficient in the
25 following areas, and it says suspension from the

Page 34

```
 1        yourself and himself?
 2    A   I would have to look at documentation to know.
 3            (Deposition Exhibit D was marked for
 4        identification.)
 5    Q   Let me assist you then.  If you would look at
 6        the next exhibit, this is Exhibit D.  For the
 7        record NSTC-0011 through 0012.  Take a minute,
 8        sir, to review this and let me know when you're
 9        ready to proceed.
10    A   Okay.
11    Q   Have you had a moment to review this, sir?
12    A   Yes.
13    Q   What is this?
14    A   This is the report of the PRB to the commanding
15        officer for ▉
16    Q   And I skipped a question and I apologize.  You
17        have seen this document before; correct?
18    A   Yes.
19    Q   Understood.
20            Sir, before we go into this document, I
21        want to go into kind of what you remember about
22        that day.  It appears to me that there were
23        three members, a senior member, Commander
24        Remaly, and then a Major McDowell and a
25        Lieutenant Taylor; is that correct?
```

```
                                                    Page 35
 1    A    Yes.
 2    Q    Were those three individuals there that day?
 3    A    Yes.
 4    Q    So besides those three individuals, yourself,
 5         and Midshipman ▇▇▇ was there anyone else at
 6         the PRB?
 7    A    No.
 8    Q    Is the PRB public?
 9    A    No.
10    Q    So I can't just walk in and go watch a PRB
11         tomorrow?
12    A    No.
13    Q    How did it begin?  Sorry, let me clarify.  After
14         the PRB is convened and it starts, can you
15         describe what you said and what you stated to
16         the members, if anything?
17    A    So on this particular PRB, I brought the board's
18         attention to the letter from Purdue University
19         suspending ▇▇▇ and referenced the section
20         of the ROD that directs disenrollment for
21         students that are suspended.
22    Q    Did you recommend any action?
23    A    No.
24    Q    At any point did you say to the members, Purdue
25         has found that ▇▇▇▇▇ sexually assaulted
```

```
                                                      Page 36
 1   ████████████████ so we should disenroll him from
 2   the NROTC?
 3  A  No.
 4  Q  At any point did you say that ████████████
 5     sexually harassed or sexually assaulted ████
 6     ████████ during the PRB?
 7  A  No.
 8  Q  So it's correct to say that the only thing you
 9     made the members aware of was the fact that
10     ████████████████ was suspended from Purdue
11     University?
12  A  Correct.
13  Q  Did you have a chance to observe ████████████
14     that day?  And by that day, I mean during the
15     PRB.  Did you have an opportunity to look at
16     him?
17  A  Yes.
18  Q  Do you remember what his demeanor was like?
19  A  No.
20  Q  Nothing in particular?
21  A  Nothing that stands out.
22  Q  Understood.
23         Did he make a statement?
24  A  He did.
25  Q  I see that it appears a summary of that
```

```
                                                    Page 37
 1        statement has been included in this summary.  Is
 2        there anything that's not reflected in this
 3        document that he said?
 4   A    No.
 5   Q    Understood.
              Now, after he made the statement, what
 7        happened?
 8   A    At that point the board members were allowed to
 9        ask questions.  As I recall, no one had any
10        questions.  Midshipman ▓▓▓ was allowed to give
11        a closing statement, which he did not.  And then
12        the board closed for deliberations.
13   Q    During those deliberations, did you and
14        Midshipman ▓▓▓ step out of the room?
15   A    Yes.
16   Q    You don't have any knowledge about what was
17        discussed during those deliberations; correct?
18   A    Correct.
19   Q    Were you told to come back into the room?
20   A    Yes.
21   Q    When you sat down for the next step, what were
22        you told by the members?
23   A    Only to bring in Midshipman ▓▓▓
24   Q    What happened after that?
25   A    At that point, Commander Remaly disclosed the
```

Page 38

| | | |
|---|---|---|
| 1 | | results of the PRB and then adjourned the board. |
| 2 | Q | And the results were a unanimous recommendation |
| 3 | | that Midshipman ▇ be disenrolled? |
| 4 | A | Correct. |
| 5 | Q | Again, do you recall if Midshipman ▇ had any |
| 6 | | reaction to that result? |
| 7 | A | No. |
| 8 | Q | Did you take any action with Midshipman ▇ |
| 9 | | And let me clarify. Did you interact with |
| 10 | | Midshipman ▇ to any extent after this PRB? |
| 11 | A | I provided the -- or I sent him the |
| 12 | | documentation afterwards as required by the ROD. |
| 13 | | But other than that, no. |
| 14 | Q | Looking at this record as a whole, this being |
| 15 | | Exhibit D, NSTC-0011 through 0012, is there |
| 16 | | anything that was said or done at the PRB that's |
| 17 | | not reflected in this record? |
| 18 | A | No, sir. |
| 19 | Q | I did have one follow-up here. You'll see on |
| 20 | | the front page it says enclosures, and there's a |
| 21 | | list of 12 things. Were you in charge of |
| 22 | | gathering those enclosures? |
| 23 | A | Yes. |
| 24 | Q | Did you, in fact, gather all of these documents |
| 25 | | up? |