**NAVAL SERVICE TRAINING COMMAND**

**NSTC M-1533.2A**
**17 JULY 2015**



# Regulations

# for

# Officer Development

# (ROD)




**Published by Commander, Naval Service Training Command**

EXHIBIT D

NSTC M-1533.2A
17 Jul 15

**THIS PAGE INTENTIONALLY LEFT BLANK**

2

NSTC M-1533.2A
17 Jul 15

## Executive Summary

This Executive Summary highlights to Commanding and Executive
Officers items of importance contained in this manual and
provides references for more detailed information.

This Manual cancels NSTC M-1533.2, Regulations for Officer
Development (ROD) for the Naval Reserve Officers Training Corps
(NROTC), dated 12 October 2012 and explains specific policy set
forth in.  It is intended to provide maximum uniformity and
effectiveness in the application of all NROTC policies
throughout the Naval Service Training Command.  It applies to
all NROTC Units and Departments of Naval Science and to all
staff and student personnel.

Guidance:

1.  The purpose of this manual is to provide key administrative
and managerial regulations for the Naval Reserve Officers
Training Corps programs.

2.  An act of Congress dated 4 March 1925 originally created the
"Contract NROTC Program."  A later act, dated 13 August 1946,
created the "Regular NROTC Program," also known as the "Holloway
Plan."  A subsequent act, dated 13 October 1964 and modified in
replaced these earlier acts without substantive change but
changed the name of the program to the "Senior Reserve Officers
Training Corps Program."

3.  NROTC programs are conducted at civilian universities and
colleges and are made up of five types of students:

    a.  NROTC Scholarship Program Midshipmen.  These
students who, after enlistment in the Naval Reserve, are
appointed as Midshipmen, U.S. Naval Reserve, pursuant to Title
37, United States Code, Chapter 3 (Section 209).

    b.  NROTC College Program students.  These students have
no military status.  College Program students may be selected
for enrollment in the Advanced Course as they enter their junior
year.  Immediately prior to the start of the Advanced Course,
College Program students are enlisted in the Naval Reserve.
College Program Students selected for the Advanced Course are
commissioned upon graduation.

NSTC M-1533.2A
17 Jul 15

    c.  Seaman to Admiral-21 Officer Candidates are active duty enlisted personnel who were competitively selected to participate in an educational degree program which leads to a commission in the United States Navy

    d.  Marine Enlisted Commissioning and Education Program Officer Candidates are active duty enlisted personnel who were competitively selected to participate in a baccalaureate degree program which leads to a commission in the United States Marine Corps.

    e.  Strategic Sealift Officers are United States Naval Reserve students who are appointed Midshipmen, U.S. Naval Reserve upon graduation.

4.  Appointment in any status other than those indicated above is not authorized.  The provisions of paragraph 3 above are meant to be explanatory only.  They do not create any rights, entitlement, or benefit not granted by Federal statute.

5.  Upon receipt of this manual, Commanding Officers and Officers In Charge are directed to comply with this manual and are authorized to further implement references Title 10, United States Code, Chapter 103 (Section 2102, et seq.) and OPNAVINST 1534.1D through local instructions that do not conflict with the spirit or intent of this directive.  These regulations are binding on all personnel assigned to NROTC units and Departments of Naval Science.

6.  Suggestions to improve program administrative policy and procedures are encouraged and shall be submitted to the NSTC, Administrative Officer, 2601A Paul Jones Street, Great Lakes, IL, 60088-2845.

7.  The inventory of forms identified throughout enclosure (1), are the only forms authorized for daily unit operations.  These forms can be downloaded via the Naval Service Training Command website at http://www1.netc.navy.mil/nstc/manuals.asp.

R. A. BROWN
Rear Admiral, U.S. Navy

NSTC M-1533.2A
17 July 15

# REGULATIONS

# FOR

# OFFICER DEVELOPMENT

# TABLE OF CONTENTS

CHAPTER 1   General Principles and Organization ................... 1-1

1-1   Authorization............................................. 1-1

1-2   Supervision .............................................. 1-1

1-3   Terms..................................................... 1-2

1-4   Program Mission, Goals, Honor Code, and Core Values ........ 1-2

1-5   Intent of the NROTC Program............................... 1-4

1-6   Organization of the NROTC Program......................... 1-4

1-7   Department of Naval Science............................... 1-4

1-8   Establishment and Continuation of Units .................. 1-4

1-9   Withdrawal of Authority for Establishment of a Unit........ 1-5

1-10   Cross-Enrollment ....................................... 1-5

1-11   Limitation of NROTC Program Size. ...................... 1-6

1-12   Land Grant Institutions. ............................... 1-6

1-13   Facilities, Equipment, and Services. ................... 1-6

1-14   Navy Junior Reserve Officers Training Corp (NJROTC), Navy
National Defense Cadet Corps (NNDCC), Marine Corps Junior Reserve
Officers Training Corps (MCJROTC) Assistance .................... 1-6

CHAPTER 2   Selection and Placement ............................. 2-1

2-1   NROTC .................................................... 2-1

2-2   NROTC College Program Basic Course ....................... 2-2

2-3   NROTC College Program Advanced Course .................... 2-4

2-4   Naval Science Students ................................... 2-5

2-5   Program Benefits Limitations. ............................ 2-5

2-6   National Scholarship Program ............................. 2-6

2-7   Navy Nurse Corps NROTC Program. .......................... 2-11

2-8   Immediate Scholarship Reservation (ISR)................... 2-11

2-9   Alternative Scholarship Reservation (ASR)................. 2-11

2-10   Minority Serving Institution Scholarship Reservations  ... 2-11

2-11   Frederick C. Branch Marine Leadership Scholarship Program 2-12

2-12   Pedro Del Valle Marine Leadership Scholarship Program .... 2-12

2-13   Year Group Determination ............................... 2-12

2-14   2- or 3-Year Scholarship Program (Navy/Nurse Option) ..... 2-12

2-15   2- or 3-Year Scholarship Program (Marine Option). ........ 2-16

2-16   Seaman to Admiral 21 (STA-21) Commissioning Program ...... 2-16

2-17   Marine Enlisted Commissioning Education Program. ......... 2-17

2-18   Meritorious Commissioning Program (MCP). ................. 2-18

2-19   Strategic Sealift Midshipman Program (SSMP). ............. 2-18

CHAPTER 3   Professional Development ............................. 3-1

3-1    General ................................................... 3-1

3-2    Staff Professional Conduct. ............................... 3-2

3-3    Responsibilities of PNS for Professional Development ...... 3-2

3-4    Professional Development Responsibilities of Military Staff . 3-4

3-5    NROTC Academic Program Requirements ....................... 3-6

3-6    Specified Courses. ....................................... 3-10

3-7    Naval Science Courses .................................... 3-13

3-8    Curriculum Development and Revision ...................... 3-18

3-9    Evaluation of NROTC Instructional Effectiveness. ......... 3-22

3-10   NROTC Professional Training ............................. 3-22

3-11   Naval Science Institute (NSI). .......................... 3-23

3-12   Command and Leadership Training (CALT). ................. 3-23

3-13   NROTC Small Arms Training ............................... 3-23

3-14   Summer Training ......................................... 3-26

3-15   Sail Training ........................................... 3-29

3-16   Indoctrination Field Trips and Visits ................... 3-30

3-17   Physical Readiness/Fitness Training ..................... 3-31

3-18   Academic Standards of Midshipman Performance. ........... 3-39

3-19   Conduct/Aptitude Standards of Midshipman Performance ..... 3-40

3-20   Physical Readiness Standards. ........................... 3-42

3-21   Midshipmen Military Organization ........................ 3-43

3-22   New Student Orientation Programs ........................ 3-46

CHAPTER 4   Student Operations .................................. 4-1

4-1    Student Classification. ................................... 4-2

4-2    Date of Appointment. ...................................... 4-2

4-3    Enrollment ................................................ 4-3

4-4    Foreign Students .......................................... 4-5

4-5    Welcome Aboard Letters................................... 4-5

4-6    Officer Program Management Information System (OPMIS) ....... 4-6

4-7    Navy College Management Information System (NCMIS) .......... 4-7

4-8    Reporting Incoming Students ................................. 4-7

4-9    Student File................................................ 4-9

4-10   Evidence of Citizenship ................................... 4-11

4-11   Physical Exam/BUMED Waiver Recommendation. ................ 4-12

4-12   Drug and Alcohol Abuse Statement of Understanding ........ 4-12

4-13   Acceptance and Oath of Office. ............................ 4-12

4-14   The Concept of Honor. ..................................... 4-12

4-15   Service Agreements. ....................................... 4-13

4-16   Enlistment/Reenlistment ................................... 4-15

4-17   Dependency Application/Record of Emergency Data. ......... 4-16

4-18   Servicemember's Group Life Insurance (SGLI). ............. 4-16

4-19   Personnel Security Investigations (PSI) .................. 4-16

4-20   Selective Service Registration. ........................... 4-18

4-21   Tattoo and Piercing Policies. ............................. 4-18

4-22   Student Identification Cards. ............................. 4-18

4-23   Status Reports. ........................................... 4-18

4-24   Midshipman Subsistence and Training Pay ................... 4-22

4-25   Summer School Tuition ..................................... 4-23

4-26   STA-21 Tuition Authorization and Reimbursable Expenses ... 4-24

4-27   Foreign Language Testing and Registry .................... 4-25

4-28   Leave of Absence (LOA). ................................... 4-25

4-29   Student Awards ............................................ 4-28

4-30   Student Requests .......................................... 4-29

4-31   Service Assignment Survey ................................. 4-45

4-32   Pre-Service Assignment/ Military Occupational Specialty (MOS)
Assignment Requirements ........................................ 4-45

4-33   Service Assignment ........................................ 4-48

4-34   Individual Ready Reserve (IRR). ........................... 4-51

4-35   Marine Guaranteed Flight Option ........................... 4-51

4-36   Nuclear Screening and Application ......................... 4-52

4-37    Service Assignment for SSMP Midshipmen. .................. 4-54

4-38    Commissioning Scrolls .................................... 4-56

4-39    Commissioning Procedures ................................ 4-57

4-40    Disposition of Student File. ............................ 4-59

4-41    Health and Dental Record Disposition .................... 4-62

CHAPTER 5   Unit Operations and Administration ................... 5-1

5-1    General Policies ......................................... 5-2

5-2    Head of the Department of Naval Science .................. 5-2

5-3    Duties of Naval Science Instructor. ...................... 5-5

5-4    Duties of Other Officers and Enlisted Personnel .......... 5-6

5-5    Duties to the Host Institution Unrelated to NROTC ........ 5-7

5-6    Pursuit of Graduate Degrees .............................. 5-8

5-7    Residence and Uniform for NROTC Staff .................... 5-8

5-8    Ethics Regulation/Standards of Conduct. .................. 5-8

5-9    Acceptance of Institution Benefits. ...................... 5-9

5-10    Unit Viability. ......................................... 5-9

5-11    Unit Military Manpower .................................. 5-9

5-12    Communications. ......................................... 5-11

5-13    Officer Program Management Information System (OPMIS) .... 5-11

5-14    Paper Files and Correspondence .......................... 5-11

5-15    Staff Fitness Reports. .................................. 5-11

5-16    Civilian Personnel Procedures ........................... 5-12

5-17    Staff and Unit Awards ................................... 5-14

5-18    Inspector General (IG) Programs. ........................ 5-15

5-19    Unit Safety. ............................................ 5-16

5-20    Mishap and Incident Reporting ........................... 5-16

5-21    Physical, Personnel, and Information Security Programs. .. 5-18

5-22    General Military Training (GMT). ........................ 5-19

5-23    Physical Readiness. ..................................... 5-20

5-24    Sexual Assault, Equal Opportunity (EO)/Sexual Harassment. 5-20

5-25    Victim and Witness Assistance Program (VWAP). ........... 5-20

5-26    Command Managed Equal Opportunity (CMEO) for Military. ... 5-20

5-27    Alcohol and Drug Abuse Prevention and Control. .......... 5-20

5-28    Urinalysis Testing ....................................... 5-20

5-29    Drug and Alcohol Program Advisor (DAPA). ................. 5-23

5-30    Suicide Prevention. ...................................... 5-23

5-31    Voting Assistance. ....................................... 5-23

5-32    Navy Family Accountability and Assessment System (NFAAS) . 5-23

5-33    Public Affairs ........................................... 5-23

5-34    Funding for NROTC Advertising ............................ 5-31

5-35    Recreation Funds ......................................... 5-32

5-36    National Scholarship Applicants' Officer Interviews ...... 5-32

CHAPTER 6    Performance Evaluation and Counseling .................. 6-1

6-1    General. .................................................. 6-1

6-2    Student Performance File. ................................. 6-1

6-3    Principles of Performance Counseling ...................... 6-2

6-4    Midshipman Counseling ..................................... 6-3

6-5    Midshipman Fitness Reports. ............................... 6-5

6-6    Active Duty Student Performance Evaluation. ............... 6-7

6-7    Warning, Probation, and Leave of Absence. ................. 6-8

6-8    Non-judicial Punishment (NJP) and Administrative Separations 6-12

6-9    Performance Review Board (PRB) ............................ 6-13

6-10    Convening a PRB ......................................... 6-15

6-11    The Respondent's Rights Before the PRB .................. 6-17

6-12    PRB Procedures .......................................... 6-18

6-13    The PRB Report .......................................... 6-19

6-14    Disenrollment Recommendations ........................... 6-20

6-15    Recoupment, AES, and Obligation Waiver .................. 6-24

6-16    Types of Disenrollments. ................................ 6-25

6-17    Disenrollment Packages .................................. 6-30

6-18    ASN (M&RA) Directed AES ................................. 6-38

6-19    ASN (M&RA) Directed Recoupment. ......................... 6-39

CHAPTER 7    Pay, Allowances and Benefits ......................... 7-1

7-1    General Benefits .......................................... 7-1

7-2    Scholarship Tuition, Fees, and Related Expenses ........... 7-2

7-3    Subsistence Allowances .................................... 7-5

7-4    Active Duty Pay ............................................. 7-6

7-5    Payments and other Benefits in Cases of Disability or Death . 7-7

7-6    Service Disabled Veterans. ................................. 7-7

7-7    Space Available and Reduced Fare Travel .................... 7-7

7-8    Federal Taxes ............................................. 7-8

7-9    Uniform Allowances. ........................................ 7-8

7-10    Record of Education Expenses ............................. 7-8

7-11    Procedures for Paying Education Expenses. ................ 7-9

7-12    Non-Government Funds ..................................... 7-9

CHAPTER 8    Supply Procedures ................................... 8-1

8-1    General Supply Management ................................. 8-2

8-2    STA-21 Authorized Payments for Tuition, Books, and Fees ..... 8-5

8-3    Military Personnel, Navy (MPN) ............................ 8-8

8-4    Travel Entitlements ....................................... 8-8

8-5    Property Accountability ................................... 8-10

8-6    Inventory Requirements. ................................... 8-13

8-7    Clothing .................................................. 8-14

8-8    Commutation in Lieu of Uniforms. .......................... 8-19

8-9    Government-wide Commercial Purchase Card Program Overview .. 8-22

8-10    Small Arms and Ammunition ............................... 8-25

8-11    GSA Leased Vehicles. .................................... 8-27

8-12    Member POV Parking Reimbursement ........................ 8-29

8-13    Tutorial Services ....................................... 8-30

8-14    Textbooks, Supplies, and Equipment. ..................... 8-30

8-15    Training Materials. ..................................... 8-32

8-16    Initial Telephone Service or Changes to Existing Service. 8-32

8-17    Cell Phones. ............................................ 8-32

8-18    NROTC Medical Matters. .................................. 8-33

8-19    Information Technology (IT). ............................ 8-34

8-20    Reprographic Equipment. ................................. 8-35

8-21    Survey and OPREP Reporting. ............................. 8-35

8-22    Transportation Account Code (TAC). ...................... 8-35

8-23    Allowed/Disallowed Expenses ............................. 8-35

8-24   Receipt of Property from Defense Reutilization and Marketing Office (DRMO) or Army Central Issue Facility (CIF) .............. 8-36

8-25   Storage of Supplies ...................................... 8-37

8-26   MREs and Tailored Operational Training Meals (TOTMs). .... 8-38

8-27   Document Register for Supply Actions ..................... 8-38

8-28   Accounting for Lost, Damaged, and Destroyed Property. .... 8-39

8-29   Gymnasium Fees. .......................................... 8-40

8-30   Military Retirement Ceremonies Fees. ..................... 8-40

CHAPTER 9   Medical ........................................... 9-1

9-1   General. ................................................. 9-1

9-2   Medical Examinations ..................................... 9-1

9-3   Physical Readiness ....................................... 9-4

9-4   Immunizations ............................................ 9-6

9-5   Medical Leave of Absence ................................. 9-7

9-6   Travel in Connection with Program Required Medical Examination . ............................................... 9-7

9-7   Medical and Dental Care .................................. 9-8

9-8   Medical Claims and Compensation .......................... 9-9

9-9   Pre-commissioning Physicals .............................. 9-9

9-10   Health and Dental Records ............................... 9-14

## Appendixes

Appendix A: List of Acronyms
Appendix B: Quick Reference Guide to NROTC Standards
Appendix C: NROTC/SSO Course Revision Process
Appendix D: Pre-commissioning Process Check List
Appendix E: Awards
Appendix F: Performance Review Board Guide
Appendix G: Chain of Appeals
Appendix H: Expense Element Definitions
Appendix I: NROTC Uniform Requirements
Appendix J: Marine Option Post Graduate PTAD/ADSW Order
Appendix K: Academic Instructions for MECEP
Appendix L: List of NSTC Forms and Examples
Appendix M: Attrition Code Table
Appendix N: Summary of STA-21(N) Unique Requirements
Appendix O: NR Interview Prep Checklist

NROTC AES Obligation P-13

conducted in accordance with the regulations noted above and the
unit's small arms training SOP.

        (2) RSOs and alternate RSOs shall ensure shooters demonstrate
proficiency in firearm safety, shooting techniques, and proper weapons
handling techniques prior to live fire.

**3-14 Summer Training**

1.  General.  A summer training period is held annually to furnish
NROTC midshipmen the opportunity to gain experience in the practical
application of their studies in Naval Science.  These training periods
are normally three to four weeks in length.  NROTC Scholarship
midshipmen are required to participate in summer training during each
of the three summers between freshman and senior years.  The first
class cruise satisfies the USC 10 (Title 10) commissioning requirement
for all NROTC midshipmen and shall not be waived.

    a.  Third Class Summer Training.  Conducted between the freshman
and sophomore academic years for all Scholarship students, Career
Orientation and Training for Midshipmen (CORTRAMID) is a warfare
community indoctrination.  Nurse Corps Option midshipmen do not attend
CORTRAMID.  The Nurse Corps third class cruise is at-sea training with
the midshipmen assigned to the medical department of the ship.  See
Midshipman Summer Training Manual (NSTC-M 1533.5A)

    b.  Second Class Summer Training.  Second Class Summer Training is
conducted between the sophomore and junior academic years for all
Scholarship students.  This at-sea training on surface ships and
submarines, furnishes midshipmen with basic shipboard orientation and
an introduction to enlisted life and the roles of the work center
supervisor.  Second class midshipmen who did not participate in
CORTRAMID as third class midshipmen may do so in lieu of second class
cruise if billets are available.  Nurse Corps Option midshipmen who
did not attend third class cruise shall participate in the second
class at-sea training.  Marine Option midshipmen with the requisite
physical fitness and PNS recommendation shall attend Mountain Warfare
Training in Bridgeport, CA.  Those Marine Option midshipmen not
attending Mountain Warfare Training shall attend an amphibious surface
cruise.

    c.  First Class Summer Training.  First Class Summer Training is
conducted between the junior and senior academic years for all first
class NROTC midshipmen.  First class cruise provides exposure to the
officer and wardroom environment and is executed in an at-sea training
environment aboard a ship.  First class Navy Option midshipmen may

(3) Any unit-directed swimming events, including those associated with the PFA and with 2nd and 3rd class swim tests, require at least one staff member and as many qualified lifeguards as necessary to ensure a safe student-to-lifeguard ratio, as outlined in OPNAVINST 6110.1 series and NSTCINST 1500.13.

**3-18 Academic Standards of Midshipman Performance.**

PNSs shall encourage their midshipmen to work to the limits of their individual potential in whatever endeavors they may undertake, including academics.  Sound academic foundations are necessary to ensure that NROTC graduates can satisfactorily complete Navy post-accession training and be professionally competitive in the various warfare communities.  To maximize the opportunity to achieve these important standards, the PNS may direct mandatory study, not to exceed 15 hours per week.

1.  Academic Standards.  To ensure NROTC graduates are properly prepared academically, each student shall meet the following standards:

    a.  Have no failing grade in any subject required for completion of degree or commissioning requirements;

    b.  Maintain a cumulative GPA on a 4.0 scale of 2.0 for midshipmen, MECEPs, 2.5 for STA-21 OCs, or 3.0 for STA-21 Nuclear and CEC Options;

    c.  A term GPA of 2.5 for midshipmen, MECEP, and STA-21 OCs, or 3.0 for STA-21 Nuclear and CEC Options.; university's School of Nursing admission standards, but not less than 2.5 on a 4.0 scale;

    d.  Maintain satisfactory overall progress toward completion of degree requirements within established program time limits while maintaining full-time student status per institution regulations; and

    e.  **Keep their NROTC class advisors fully informed about all matters pertaining to performance, degree progress, and changes to degree completion program.**

2.  Waivers.  NSTC OD3 may waive specific courses or requirements when academic or professional work has been achieved that substantially and clearly meets all course requirements for which a waiver is requested.

3.  Academic Deficiencies.

    a.  Academic deficiency is defined as failure to comply with one or more of the standards addressed in this chapter.  Administrative

procedures for academic deficiencies are addressed in CHAPTER 6. Appendix B provides guidelines.

b. An academic deficiency exists when any of the following apply:

(1) Failed or incomplete courses.

(2) Failure to maintain good academic standing with the academic institution.

(3) Failure to meet standards identified under paragraph 1 above.

(4) Term credit less than 12 credits (excluding Naval Science credits) without PNS approval for midshipmen or less than term credit equal to full time student status for MECEPs and STA-21 OCs.

(5) Calculus or physics requirement not met as scheduled without a time-of-completion waiver.

(6) For a repeat failure of a program required calculus or physics course the PNS must place the student on LOA.

**3-19 Conduct/Aptitude Standards of Midshipman Performance**

1. All student performance standards when evaluated together, provide a measure of aptitude for commissioned service. Delineation between satisfactory and substandard aptitude is a responsibility of the PNS. The PNS shall determine aptitude performance based on personal observation, counseling records, and discussions with unit personnel. The PNS shall document this performance on the midshipman's fitness reports (Section 6-5) and in OPMIS.

2. Students are expected to conduct themselves per the standards of socially acceptable behavior and display military officer bearing and demeanor at all times. Inappropriate standards of conduct are categorized as major and minor offenses.

a. <u>Major offenses</u>. Major offenses are those offenses which violate the NROTC Honor Code or involved moral turpitude, a serious breach of discipline, disregard or contempt for authority, lack of a sense of responsibility, or actions which bring discredit upon the Naval service. Major offenses include but are not limited to the following:

(1) Falsehoods of any nature, including fraud, cheating, and plagiarism;

(2) Theft;

(3) Moral offenses;

(4) Alcohol/drug abuse;

(5) Insubordination;

(6) Assault;

(7) Hazing;

(8) Destroying or defacing property;

(9) Irresponsibility in contracting debt;

(10) Aggravated or repeated unauthorized absence;

(11) Sexual harassment/assault; and

(12) Pattern of conduct unbecoming an officer.

   b.  Minor offenses.  Minor offenses are those offenses of a less serious nature that involve comparatively minor infractions of instructions, orders, regulations, or grooming standards.  Repeated infractions of a minor nature may be treated as a major offense.

3.  An aptitude deficiency is defined as failure to comply with one or more of the standards addressed in this chapter.  An aptitude deficiency exists when any of the following apply:

   a.  Unauthorized absence from prescribed Naval Science classes or activities.

   b.  Improper grooming or personal appearance.

   c.  Poor display of leadership or personal conduct.

   d.  Committing a major or minor offense.

   e.  Term aptitude mark less than 2.5.  All students who receive a term aptitude grade of 2.5 or below shall receive, at a minimum, an "Aptitude Warning" letter from the PNS (See section 6-7 ).  The PNS may also choose to place the student on probation.  Marginal performers who are retained in the NROTC Program are to be regularly supervised and counseled by the responsible class advisor and the PNS. If improvement to full acceptability is not noted, PNS will consider disenrollment.

4.  The unit shall photocopy the proof of citizenship documentation and maintain it in the Student File.  The Armed Forces are authorized to copy documents used for eligibility determinations, to include documents which state that it is unlawful to reproduce or copying is not authorized.  The copy(s) shall have "Original document sighted and reproduced for military records and reference purposes only," written or typed in a conspicuous location to ensure that the original was sighted.  Originals will be immediately returned to the student.

**4-11  Physical Exam/BUMED Waiver Recommendation.**

Prior to receiving benefits, midshipmen are required to pass a DoDMERB Physical Exam or receive a BUMED waiver recommendation.  Sports physicals are only acceptable for College Program Basic students.  STA-21 and MECEP OCs are required to be medically qualified by their respective service before reporting to an NROTC unit.  Additional guidance is contained CHAPTER 9.

**4-12  Drug and Alcohol Abuse Statement of Understanding**

1.  All students are required to meet the standards regarding drugs or alcohol in accordance with OPNAVINST 5350.4 series.

2.  All students shall sign and have explained to them by the unit representative the Drug and Alcohol Abuse Statement of Understanding OPNAV 5350/1 prior to executing the Enlistment Contract and Acceptance and Oath of Office.

3.  Evidence of wrongful drug or alcohol use requires a PRB.  Wrongful drug use mandates disenrollment on the first offense and prohibits AES.  OCs will be processed for administrative separation.  OCs may be subject to recoupment of all educational assistance received.

**4-13  Acceptance and Oath of Office.**

All midshipmen must execute "The Acceptance and Oath of Office" NSTC 1533/126 prior to scholarship activation, witnessed by a commissioned officer.  Except in the case where a student reports late or is selected during the school year, the effective date of appointment into the NROTC Program will be the date of the first day of classes at their respective academic institution.  Any student who refuses to execute such an oath or affirmation shall be denied enrollment.

**4-14  The Concept of Honor.**

All students shall execute "The Concept of Honor" NSTC 1533/121 at the time of enrollment in the program.  The original will be filed in the Student File and a copy provided to the student.  The original must contain the CO's or XO's original signature.

records must be kept on file.  NOTE: Civilian employees and midshipmen may be included in the program as appropriate.

**5-23  Physical Readiness.**

The Physical Readiness Program is governed by OPNAVINST 6110.1 series for Navy military personnel and MCO P6100.13 series for Marine Corps military personnel.

**5-24  Sexual Assault, Equal Opportunity (EO)/Sexual Harassment.**

Reporting procedures in the case of sexual assault are provided in OPNAVINST 1752.1 series and OPNAVINST F3100.6 series.  Reporting procedures for EO/Sexual Harassment complaints are provided for in OPNAVINST 5354.1 series.

**5-25  Victim and Witness Assistance Program (VWAP).**

Per OPNAVINST 5800.7A, each unit shall appoint in writing a Victim and Witness Assistance Coordinator (VWAC) who is the unit's primary point of contact in the area of victim and witness assistance.  VWAP shall be incorporated into the unit training program and training will be conducted at least once per year.  All DoN employees and service members should be provided with DD Form 2701 as part of annual training.  Each unit shall contact their respective Region Legal Services Office for any additional Region VWAP requirements.  The unit VWAC is responsible for meeting all requirements contained in OPNAVINST 5800.7A.

**5-26  Command Managed Equal Opportunity (CMEO) for Military.**

The PNS will maintain a CMEO/EEO program in accordance with current instructions.  The guiding directives for CMEO are OPNAVINST 5354.1 series and OPNAVINST 5370.2 series.

**5-27  Alcohol and Drug Abuse Prevention and Control.**

The PNS is responsible for implementing the requirements of OPNAVINST 5350.4 series, aggressively supporting these policies, and taking corrective measures in all cases where active duty personnel or midshipmen are involved in drug and alcohol abuse.

**5-28  Urinalysis Testing**

1.  All military personnel (including military staff members, officer candidates, and any other active duty military assigned to the command such as DUINS) and midshipmen (including all College Program midshipmen) assigned to or administered by an NROTC unit are subject to urinalysis testing as prescribed by OPNAVINST 5350.4 series and NSTCINST 5350.1 series.  All midshipmen, including all College Program midshipmen, will sign NSTC Form 1533/153 Naval Reserve Officers

but should only be considered when significant improvement has been noted and reasonable certainty exists that the student will overcome their difficulties.

3. <u>LOA</u>.  LOA is an administrative tool which suspends NROTC benefits. Performance related LOAs are discussed below.  Other LOAs are discussed in Section 4-28.  When considering circumstances for which this manual directs an LOA, the PRB must verify said circumstances before recommending LOA.  The decision to place a student on LOA is at the PNS discretion and, unless an exception is provided below, requires a PRB.

  a. <u>Interim LOA</u>.  The PNS may assign interim LOA pending further investigation.

    (1) A PRB should be held as soon as possible after assigning an interim LOA.  Situations where this may be appropriate include, but are not limited to, a midshipman failing to meet program requirements by the end of their freshman year or being charged with a serious moral or criminal offense.  If the board recommends an LOA, and the PNS concurs, the interim status will transition to a regular LOA.

    (2) A PRB is not required for interim LOAs issued for any midshipman who is being investigated, charged with, or is pending prosecution for any infraction which might lead to disenrollment on disciplinary grounds.  Place the student on interim LOA until the matter is fully resolved and consult NSTC OD and NSTC Staff Judge Advocate (SJA).  Ensure associated OPMIS entries are made.

      (a)  If the midshipman is convicted of a criminal offense or the functional equivalent, a PRB must be held to consider disenrollment from the program.  If the midshipman is incarcerated, hold the PRB in absentia.  The midshipman shall be notified of the pending PRB and provided a copy of the preliminary inquiry.  Once the PRB is held and endorsed by the PNS, the midshipman shall receive a copy of the PRB report and its endorsements.

      (b)  Midshipmen found not guilty or exonerated of criminal charges, may be removed from LOA and allowed to continue in the program or receive their commission.  A PRB may still be held, however, to examine the circumstances surrounding the event and assess the midshipman's behavior and aptitude for service.  In the event the unit has already received commissioning documents for the midshipman, use those same documents to confer the commission.  The effective date will remain the original date of commissioning for time-in-grade purposes.

NSTC Staff Judge Advocate (SJA), the PNS may request the midshipman be recalled to active duty for trial by court martial.

2.  OCs are always subject to the UCMJ.  In cases of misconduct by OCs, the PNS may conduct NJP or refer the charges to trial by court martial after consultation with the NSTC SJA.  The PNS may also convene an Administrative Separations Board to determine whether the individual is suitable for continued service.

3.  Although any finding of guilt during NJP can, in some instances, be enough to warrant disenrollment, a PRB must be held before disenrolling the student due to the differences in process, possible outcome, and releasability of information.

**6-9    Performance Review Board (PRB)**

1.  The PRB is an administrative tool available to the PNS to investigate, review, and document recommendations regarding the best course of action to be taken to ensure successful fulfillment of program requirements by students enrolled in any NSTC OD program.  Ideally, the unit will identify potential problems that may lead to a PRB and solve the most problems through counseling or extra instruction, as appropriate.

2.  Appendix F provides guidance on how a PRB shall be conducted.  The PRB is not a judicial proceeding but rather an informal administrative hearing most similar to a college or university academic review board.  As such, the student is not entitled to be represented by an attorney at the hearing (See Section 6-11 for further information).  The PRB will be conducted with formality and decorum, although testimony under oath is not necessary, it is permissible.  The student has the right to appear before the board, to submit a written statement, and to present documents or witnesses on his or her behalf.  The student will be counseled by the class advisor and may review all evidence to be presented to the board prior to convening.

3.  <u>PRB Required</u>.  The PRB process protects certain rights of midshipmen; therefore, a PRB shall be convened:

    a.  When a student being placed on probation without a PRB requests a PRB in writing within seven days of being notified of the probation.

    b.  When administrative action may result in a leave of absence, other than for personal or medical reasons.

    c.  For performance that may result in disenrollment or active service obligation by any midshipman who has received educational

b.  Statement from the PNS concerning the death (time, date, location and circumstances, if known).

9.  <u>Dropped by the Institution</u>.  Any NROTC student dropped (or involuntarily disenrolled) by the academic institution for any reason shall be immediately disenrolled by the PNS.  This includes students who are "suspended," "forced to withdraw," "Not permitted to register for the next semester," or for any other similar reason are prevented by the institution from continuing their enrollment, either temporarily or permanently.  The date of disenrollment shall be reported on the NROTC Student Disenrollment Report under the category "Dropped by the Institution."

10.  <u>Failure to Enroll</u>

a.  The PNS shall recommend disenrollment of any NROTC student who has failed to enroll in Naval Science course.

b.  Any student who, although eligible to continue enrollment at the institution, discontinues their enrollment, shall be immediately recommended for disenrollment by the PNS.

11.  <u>MCRC Directed</u>

a.  Moral Waiver Denials.  MCRC may direct the disenrollment of a MECEP or Marine Option midshipman following the review of a moral waiver.  As a PRB was previously conducted for the moral waiver, no further PRB is required for the MCRC directed disenrollment.  The unit shall forward all other required documentation for the disenrollment to OD for normal disenrollment processing.

b.  OCS Failure.  MCRC may direct disenrollment based on performance at OCS.  A PRB should consider the midshipman's performance at the unit in its entirety.  The ultimate decision regarding disenrollment belongs to ASN (M&RA).  The PRB should also consider and make a recommendation regarding change of option to the Navy.

12.  <u>Not Selected for Advanced Standing</u>.  This characterization is given to disenrollments of College Program Basic students who are not selected for Advanced Standing or Scholarship prior the start of their Junior year.

**6-17 Disenrollment Packages**

1.  <u>Scholarship Program (Obligated) or College Program Advanced Standing</u>