Page 1

```
                 UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF INDIANA
                      HAMMOND DIVISION

JOHN DOE,                          )
                                   )
         Plaintiff,                ) CIVIL ACTION NUMBER
                                   ) 2:17-cv-33-JPK
         vs.                       )
                                   )
PURDUE UNIVERSITY, PURDUE          )
UNIVERSITY BOARD OF                )
TRUSTEES, MITCHELL ELIAS           )
DANIELS, JR., in his               )
official capacity as               )
President of Purdue                )
University, ALYSA                  )
CHRISTMAS ROLLOCK, in her          )
official capacity at               )
Purdue University,                 )
KATHERINE SERMERSHEIM, in          )
her official capacity at           )
Purdue University,                 )
                                   )
         Defendants.               )
```

VIDEOCONFERENCE DEPOSITION OF MEGAN CHESTER

  The deposition upon oral examination of
MEGAN CHESTER, a witness produced and sworn before me,
Megan M. Bowman, Notary Public in and for the County of
Marion, State of Indiana, taken on behalf of the
Defendants, at the offices of Stuart & Branigin LLP,
300 Main Street, Lafayette, Tippecanoe County, Indiana,
on Wednesday, May 20, 2020, scheduled to commence at
2:00 p.m., pursuant to the Federal Rules of Civil
Procedure with written notice as to time and place
thereof.

EXHIBIT E

Page 7

1  Q   Okay. And then when did you change your name from
2      Megan May to Megan Chester?
3  A   That would have in 2016 when I was married.
4  Q   Understood. Okay. Ma'am, what is your date of
5      birth?
6  A   It is April 26, 1987.
7  Q   Thank you. This deposition is going to be mainly
8      focused on the events occurring between August 2016
9      -- August 2015 and August 2016. At that time, can
10     you give us your position and title with Purdue
11     NROTC?
12 A   I was the Charlie Company commander of Purdue ROTC.
13     I was also their surface warfare officer on staff
14     to advise in surface warfare. And then I also
15     taught a couple of the classes as an assistant
16     professor of Naval Science.
17 Q   Very good, ma'am. And what is a good mailing
18     address for you?
19 A   It is 7701 Langwood Drive, Indianapolis, Indiana,
20     46268.
21 Q   Thank you. And what is a good email address for
22     you?
23 A   It's M-E-G-R-M-A-Y- 87@gmail.com.
24 Q   Thank you, ma'am. Could you please provide a very
25     brief educational history?

Page 8

1  A    Yes.  I received my bachelor's of arts in history
2       from the University of Washington in 2009.  I
3       attended a few years of master's of arts online
4       program through Southern New Hampshire University,
5       but I did not finish that program.
6  Q    Excellent.  Well, it's excellent you got your
7       degree in history.
8       During your time that you were a lieutenant for
9       Charlie Company, what were your duties and
10      responsibilities?
11 A    My primary duties were -- we had approximately 35
12      students that we were in charge of seeing them
13      through the Naval ROTC program.  Both students that
14      were on scholarship and trying to be on
15      scholarship, helping them through their further
16      requirements and serving as their general advisor.
17 Q    Thank you, ma'am.  And when you say "helping them
18      out," is there anything in particular you mean by
19      that?
20 A    Primarily just advise, mentorship.  If they had any
21      questions, come to my office.  I was their primary
22      point of contact on staff for any issues that they
23      had if they were officially in Charlie Company.
24 Q    I understand.  And may I ask what your reason for
25      leaving the ROTC was?

Page 9

1  A   I transferred. So I was still in the Navy and so I
2      actually transferred in July of 2016 to Newport,
3      Rhode Island.
4  Q   Excellent. And when did you end up back in
5      Indianapolis?
6  A   That was August 2018. I separated from the Navy.
7  Q   Understood. Ma'am, just for abbreviation sake, you
8      understand that if I say "Purdue NROTC," I'm
9      referring to Purdue Naval Reserve Officer Training
10     Corps?
11 A   Yes, I do.
12 Q   Thank you. Can you give me a brief overview of the
13     command structure in place at the Purdue NROTC in
14     2015 to 2016, starting with your commanding
15     officer?
16 A   Yes. At that time, it would have been Captain
17     Hutton. There may have been a little overlap with
18     our previous CO, Commanding Officer Captain Mong, I
19     want to say his last name is, but Captain Hutton
20     was the primary CO during that time. And then
21     underneath him our executive officer was Commander
22     Craig Remaly. Underneath that we had Major --
23     whose last name I have forgotten at this time, but
24     he was our next highest in rank officer. And then
25     he was also in charge of our marine students.

```
                                                          Page 10
 1              And then we had four Naval lieutenants, myself
 2         being one of them.  And then there was Lieutenant
 3         Willstatter, Lieutenant Sheppard, and Lieutenant
 4         Taylor.  And then other individuals on staff would
 5         have been -- we had administrative assistants and
 6         then the CO secretary and then also a supply.
 7    Q    Understood.  Thank you, ma'am.
 8    A    And also -- I apologize.  We did also have an
 9         enlisted marine on staff, a gunnery sergeant.
10    Q    Very good.  Thank you.  You said you were the
11         lieutenant of Charlie -- Charlie --
12    A    Company.
13    Q    Company, thank you.  Does that mean that you were
14         primarily in charge of overseeing that company?
15    A    That is correct.
16    Q    Do you recall who the lieutenants were for Alpha
17         and Bravo?
18    A    I believe Lieutenant Kyle Willstatter was the Alpha
19         Company commander at that time and Lieutenant Oscar
20         Taylor was the Bravo Company commander.
21    Q    Understood.  Do you happen to know offhand what
22         company [REDACTED] was a member of?
23    A    I believe he was in Alpha Company.
24    Q    Okay.  And do you know if [REDACTED] --
25         [REDACTED] was also in Alpha Company?
```

```
 1   Q   Understood.
 2   A   So we would typically not hold those there.
 3   Q   Understood.  In the mandatory course you were just
 4       talking about, was one of the subjects you talked
 5       about to the midshipmen reporting sexual assault?
 6   A   Yes.
 7   Q   Can you tell me what you would have advised them?
 8   A   So we would have discussed it in the sense of how
 9       it pertains to being in the Navy.  So the different
10       types of reporting options that a naval personnel
11       has.  There was always a little bit of a
12       interesting overlap between the fact that these
13       students were civilian students and we were
14       teaching them Navy policy and procedure.  But we
15       would have discussed mandatory -- different kinds
16       of reporting so either restricted or unrestricted
17       report, who in the Navy could receive such a
18       report, the requirements of what to do if you do
19       receive a report of sexual assault or harassment.
20   Q   Was it the expectation that midshipmen who have
21       been sexual assault come forward and report it?
22   A   It was the expectation.  It was also the hope that
23       our students were comfortable enough coming to us
24       to report such things.
25   Q   Understood.  Does the NROTC normally investigate
```

Page 19

```
 1            allegations of sexual assault?
 2     A      This was the first time I had heard of such an
 3            allegation coming forward, so it was the first
 4            experience that I had in seeing that there was any
 5            sort of investigation done.  But it is my
 6            understanding that if it had come forward in the
 7            past, it would have been taken seriously and
 8            investigated.
 9     Q      Understood.  Ma'am, do you recall allegations
10            brought by ██████████ against ██████ for
11            sexual assault?
12     A      I do.
13     Q      Okay.  Were you ever asked to look into those
14            allegations?
15     A      Yes, I was.
16     Q      Who asked you to?
17     A      I was appointed by the commanding officer to be the
18            investigating officer on staff.
19     Q      Would that have been Commander Hutton?
20     A      Yes, it would have been.
21     Q      Do you know why he asked you to conduct the
22            investigation?
23     A      Most likely it was because I was not involved with
24            either of the students directly, not being their
25            company officer.  And so I was therefore more
```

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | removed than other staff members.                               |
| 2  | Q | Fair to say you weren't -- you didn't have any dog              |
| 3  |   | in the race so to speak?                                        |
| 4  | A | Correct.                                                        |
| 5  | Q | Do you recall what the conclusion of your                       |
| 6  |   | investigation was?                                              |
| 7  | A | The --                                                          |
| 8  |   | MR. BYLER: Object to the form.                                  |
| 9  | Q | That's fine. You can answer.                                    |
| 10 | A | Okay. The investigation that I conducted concluded              |
| 11 |   | that -- two things. That the student -- I had been              |
| 12 |   | asked to investigate two things. Whether or not                 |
| 13 |   | our student had been suspended by the University                |
| 14 |   | and then whether or not we believed that he did                 |
| 15 |   | commit sexual assault. So those are the two areas               |
| 16 |   | I investigated.                                                 |
| 17 |   | And then both counts I found that yes, our                      |
| 18 |   | student was suspended by Purdue University, and                 |
| 19 |   | yes, he had been -- it would have been based on the             |
| 20 |   | fact that they had found him guilty of sexual                   |
| 21 |   | assault.                                                        |
| 22 | Q | Understood, ma'am. Do you recall any of the                     |
| 23 |   | evidence in the case?                                           |
| 24 | A | So we had the official report from Purdue                       |
| 25 |   | University, the investigation that they conducted.              |

Page 21

1       And then the student, ▓▓▓▓▓ had submitted
2       a statement on his own behalf.
3 Q   Understood. Did you review all of that?
4 A   Yes, I did.
5       MR. JONES: Are you good? Okay.
6 Q   I think I'll simply kind of pick up if I can. I
7       lost my train of thought.
8       Was there any particular piece of evidence that
9       stood out to you?
10 A  That would have been most like -- that would have
11      been the University's report.
12 Q  Okay. What about the University's report stood out
13      to you?
14 A  In it it had the -- all the information that both
15      students provided from their -- from their side of
16      the case to the University. So we were able to see
17      the information provided by both students. And
18      then it also had a summary of the discussion they
19      had specifically with ▓▓▓▓▓ and their
20      conclusions to explain why it led them to suspend
21      the student.
22 Q  Before reaching your conclusions, did you ever
23      speak with Midshipman ▓▓▓
24 A  I believe I remember speaking with him at least
25      once and that was in the sense that he wanted to be

```
                                                       Page 22
 1       able to provide a statement and that was to give
 2       him instructions on how to do so.
 3   Q   Understood.  Did you ever speak to ████████
 4   A   I also believe I spoke to her once or twice.
 5       Again, it was to keep her appraised of what our
 6       investigation, the University -- or for the NROTC
 7       unit entailed and then see if she wanted to provide
 8       any additional information.
 9   Q   Did she give you any sense that she was making
10       these charges up?
11   A   She did not.
12   Q   Do you have any concern now that she made all those
13       charges up?
14   A   I do not.
15   Q   I'd direct you to Exhibit A.
16           MR. JONES:  And for, Counsel, for
17       identification, this is NSTC-0180.  This is a
18       single page.
19   Q   And for your reference, ma'am, if you start from
20       the bottom, it goes reverse chronological order.
21       Take a moment to review this and let me know when
22       you're ready.
23           (Defendant's Exhibit A was marked for
24       identification.)
25   A   All right.  I am ready.
```

```
                                                    Page 24

 1        officer.
 2   Q    Understood.  So was it your conclusion that
 3        ███████████████ sexually assaulted ███████████████
 4   A    It was, yes.
 5             MR. BYLER:  Objection to form.
 6   Q    Do you recall what you recommended the NROTC should
 7        do?
 8   A    Yes.  I recommended that Midshipman ████ be
 9        suspended and removed from the program.
10   Q    Understood.  Do you believe that dismissal was
11        warranted under these circumstances?
12   A    Yes, I do.
13             MR. BYLER:  Objection.  Calls for a legal
14        opinion.
15             MR. JONES:  She answered, so --
16   Q    I direct Counsel to Exhibit B.  This is NSTC-0168
17        through NSTC-0195.  Ma'am, take a minute or two to
18        look this over and let me know when you're ready.
19             (Defendant's Exhibit B was marked for
20        identification.)
21             MR. BYLER:  Tyler, I'm sorry.  What is Exhibit
22        B?  The Bates stamp numbers?
23             MR. JONES:  Again, Phil, Exhibit B is NSTC-0168
24        through -0195.
25             MR. BYLER:  I thought that was Exhibit A.
```

```
                                                         Page 29
 1   A    Yes.  I had transferred.  It had to be rescheduled,
 2        and it was rescheduled for a time after I had left
 3        the unit.
 4   Q    Understood.  So the only reason you weren't on PRB
 5        was simply because you were no longer there?
 6   A    Correct.
 7   Q    Understood.  Did you ever order ▮▮▮▮▮▮▮▮▮▮ to
 8        turn over information to the Navy about his Purdue
 9        investigation?
10   A    I wouldn't say that I ordered him.  I don't recall
11        ever giving him an order to do so.  All the
12        information we received we received directly from
13        the University.  And then he submitted his own
14        statement on his own behalf.
15   Q    Understood.  Do you stand by the recommendations
16        you made in Exhibit B?
17   A    Yes, I do.
18   Q    Given the chance, would you change them in any way?
19   A    No, I wouldn't.
20   Q    Based on your review of the evidence and your
21        investigation, do you believe ▮▮▮▮▮▮▮▮▮▮ is a
22        proper candidate for a Naval officership?
23             MR. BYLER:  Objection to -- objection to form.
24        That calls for an opinion that's beyond the scope
25        of this witness.
```