Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF INDIANA
 2                      HAMMOND DIVISION
 3                       CIVIL ACTION
                    No. 2:17-cv-33-JPK
 4
 5   JOHN DOE,                        )
                                      )
 6         Plaintiff,                 )
                                      )
 7   v.                               )
                                      )
 8   PURDUE UNIVERSITY, PURDUE        )
     UNIVERSITY BOARD OF TRUSTEES,    )
 9   MITCHELL ELIAS DANIELS, JR.,     )
     in his official capacity as      )
10   President of Purdue University,  )
     ALYSA CHRISTMAS ROLLOCK,         )
11   in her official capacity at      )
     Purdue University,               )
12   KATHERINE SERMERSHEIM,           )
     in her official capacity         )
13   at Purdue University,            )
                                      )
14         Defendants.                )
15
16
17             REMOTE DEPOSITION OF ██████████
18
19        The remote deposition upon oral examination
     of ██████████, a witness produced and sworn
20   before me, Diane Zeyen, RPR, a Notary Public in
     and for the County of Hamilton, State of Indiana,
21   taken on behalf of the Defendants, at the residence
     of the deponent, Summerville, Dorchester County,
22   South Carolina, on the 10th day of September, 2020,
     at 2:00 p.m., pursuant to the Federal Rules of
23   Civil Procedure with written notice as to time and
     place thereof.
24
25
```

EXHIBIT H

Page 7

1    A    I'm a surface warfare and nuclear option

2         officer.

3    Q    Oh, wow.  For a layperson, what does a -- I

4         won't even try to repeat it, what do you do?

5    A    So I have already completed my traditional

6         service tour.  So I was on a destroyer out of

7         Mayport, Florida.  So I was the ship driver in

8         there and I ran a division of 20 sailors that

9         worked directly for me and they maintain the

10        weapon systems on board.

11             And I am currently in nuclear power school

12        to then go on to the nuclear tour where I will

13        run the reactor on an air crafter.

14   Q    Wonderful.  Can you give me a brief synopsis of

15        your educational background?

16   A    I graduated high school in 2013 and started at

17        Purdue University in the engineering program

18        there, their first-year engineering program.

19        And then I graduated in the fall of 2017 with a

20        bachelor's in nuclear engineering.

21             MR. JONES:  Can we go off the record very

22        briefly.

23             (A recess was taken between 2:04 p.m. and

24        2:05 p.m.)

25             MR. JONES:  Back on the record.

Page 8

1    BY MR. JONES:

2    Q    And, ma'am, did you get a degree from Purdue

3         University?

4    A    I did.

5    Q    When did you get that degree?

6    A    The fall of 2017.

7    Q    Got you.  Was that in nuclear engineering?

8    A    Correct.

9    Q    Great.  You said you were employed with the

10        Navy.

11                        ███████████      when did you begin your

12        employment with the Navy?

13   A    So I commissioned as an active duty officer, but

14        I was a reserve officer training student at

15        Purdue University as a reservist.  But I

16        commissioned active duty in December of 2017.

17   Q    When you say you are a reservist, are you

18        referring to the Navy ROTC?

19   A    Correct.

20   Q    For the layperson, what is the ROTC?

21   A    It is a commissioning pipeline for college

22        students.  They can either be on or off

23        scholarship.

24             I was a scholarship student for my four and

25        a half years at Purdue.  It commissions

Page 21

```
 1    Q    ████████████    are you aware that we are here today

 2         because  ██████   was disciplined based on

 3         allegations raised by ███████████

 4    A    Yes, I am aware.

 5    Q    Are you aware that, among other things,

 6         ████████████  alleged that ██████████  sexually

 7         assaulted her?

 8    A    Yes.

 9    Q    When were you first made aware that

10         ██████████████████  claimed that ███████████  had

11         sexually assaulted her?

12    A    It was shortly after spring break in the spring

13         of 2016.

14              My roommate, who was at the time ████████████

15         mentor, wanted to know if I would talk to

16         ██████████.  She wasn't really willing to talk

17         about it with ████████, who was my roommate.  And

18         so I sat down with ██████████ and just kind of set

19         the ROTC position aside and talked to her person

20         to person.  And she began to open up to me and

21         we discussed what had happened.

22    Q    Let's set the scene then.  Who is ███████████

23    A    So ██████████ was one of my peers.  She was

24         ██████████  mentor in the spring of 2016.

25    Q    What's her full name?
```

Page 22

1   A   ████████████████

2   Q   Could you spell that last name for us?

3   A   ███████████████

4   Q   Thank you.  Was she also the same class as you?

5   A   She was, yes.

6   Q   So, to your knowledge, she would have graduated

7       in 2017 as well?

8   A   Yes.  She graduated in the spring of 2017 and

9       commissioned in the spring of 2017.

10  Q   When did ████████ first tell you that her mentee

11      was saying that she was having problems?

12  A   It had been the day or two before I met with

13      ████████ to discuss it for the first time.

14          She came to me and said would you be

15      willing to meet with a student or just mentioned

16      it and I said that I would.

17          And I think the next day is when ████████

18      came over to our apartment and we talked for the

19      first time.

20  Q   Do you remember a specific date this was on?

21  A   I know that it was the week after spring break.

22      I can't remember an exact date.

23  Q   Got you.  What time of day was it when you met

24      with ████████

25  A   It was in the afternoon, after the school day

Page 23

```
 1        had wound down a little bit.
 2   Q    Could you describe for me kind of step by step
 3        from her entering the apartment or the house
 4        kind of what happened and what you two talked
 5        about?
 6   A    So the way the apartment was set up, you would
 7        come in the door and you would be facing the
 8        kitchen and we had a small like bar table that
 9        divided the living room from the kitchen, and so
10        that's where we had our chairs set.
11             I sat on one side of the bar and she sat on
12        the other and we just -- we started talking.
13        She was pretty upset already without going into
14        too much detail, and we just continued to talk
15        until she had told me her story.
16             And that is when I made the recommendation
17        to go to -- inform the ROTC unit of what had
18        happened.
19             So because the lieutenants, even though
20        they are active duty military officers, work for
21        the University, they are mandatory reporters for
22        Purdue, and they're Title IX.
23             So because she had begun to struggle
24        academically, it was kind of knocking out two
25        birds with one stone.  ROTC would kind of
```

Page 24

1    understand what she was going through.  And then

2    also it would be a report to the University.

3        And once that report had been made, she can

4    decide whether or not she wanted an

5    investigation.

6        I told her that there was no rush to decide

7    whether or not she wanted to report it, that I

8    would support her in any way that she needed to,

9    including going with her to the ROTC unit, if

10   that is what she wanted.

11       And if she wanted to talk and weigh the

12   options, that I was always willing to listen and

13   be there for her.

14   Q  What did she specifically tell you happened to

15      her?

16   A  So this was the first time that I learned that

17      her and ████ had been in a relationship.  I had

18      not been aware of that, apparently other people

19      at ROTC knew.  But because my interactions with

20      the two of them had been so distant, I was not

21      aware.

22       She told me that they had broken up, which

23   then I was like did you guys break up before the

24   Alpha Company party.

25       She said that they had.  And so her

1     behavior then made a little bit more sense.  She

2     said that he had gone on to her dorm floor

3     without her there.  Because they were dating,

4     someone on her floor had recognized him and let

5     him in.  He got into her room.

6          She said that she didn't feel like she

7     needed to lock it because she felt safe there.

8     And that's when I told her that that was not --

9     I was like you need to always have your door

10    locked if you're not in the room.  But he had

11    gone into her room.  He had moved her stuff

12    around, including rearranging her clothing

13    drawers.

14         I was obviously very concerned at this

15    point for her safety.  And then she went into

16    the actual assault, describing how many times it

17    had happened and how she had confronted him and

18    then that is why they had broken up the previous

19    fall.

20         And he had even gotten into her dorm room

21    after they broke up in the spring semester.

22  Q  So, to the best of your recollection, do you

23    remember how she described the assault to you?

24  A  She described it that on multiple occasions she

25    had woken up in the morning, her underwear had

Page 26

```
 1        been kind of misplaced or not on -- her clothing
 2        had not been on the same way as before.  She
 3        woke up with her underwear wet.  And so she said
 4        what happened.
 5             He told her that he had fingered her and
 6        penetrated her with his fingers while she was
 7        sleeping.  But because of how her body
 8        responded, he thought that it was okay and that
 9        she was into it.
10             She confronted him after it happened the
11        first time.  And then it happened again after
12        she had said don't do that anymore.  And then
13        she broke up with him shortly after that.
14   Q    Can you describe ██████ while she was telling
15        you all this?
16   A    She was visibly distraught.  I think -- no.  So
17        she wasn't crying.  But it was kind of the
18        physical distress beyond being able to cry.  She
19        was very nervous.  She was playing with her
20        fingers, pulling on her fingers.
21             I told her that she was allowed to take as
22        long as she wanted, that she didn't need to feel
23        like rushed in any way.  And it did take her a
24        significant amount of time to get through this
25        first conversation.
```

Page 27

1   Q   About how long do you think --

2   A   I believe we talked for approximately three or

3       four hours that first night.

4   Q   Did it come up while she was telling you all

5       this?

6   A   I'm not sure I understand your question.

7   Q   Sure.  Let me rephrase.

8           Do you know if someone had done something

9       to prompt her, to incite her to suddenly start

10      telling people about this?

11  A   So we were far enough into the semester and her

12      grades had fallen significantly enough she was

13      worried about her standing in the ROTC unit.

14      She was struggling at PT, because at this point

15      she was afraid for her safety.

16          And so as a result, she just -- she felt

17      trapped, because she was having to go to ROTC

18      events with him.  She felt trapped, because he

19      was showing up at her dorm.  So she was just at

20      a breaking point where she didn't know what else

21      to do.

22  Q   So if I am understanding you correctly, would it

23      be fair to say that it is because of how she

24      felt around ███ was why she decided to make the

25      report?

Page 28

1         MR. BYLER:  Objection to form.

2    Q    You can answer.

3    A    Yes, that is why she chose to report it.

4    Q    You said the first night you met with her, was

5         there a subsequent night you had met with her?

6    A    So I gave her my phone number.  She didn't

7         previously have it.

8              It is not common practice if you are not in

9         the same company for them to have your number.

10        We don't have -- well, I guess we do, we do have

11        an Alpha roster where we get people's numbers

12        off.  But I gave her my phone number and said if

13        you want to talk this out more, you can text me.

14             We did not meet up again until she had

15        decided to report it.  And so about, it took

16        about a week for her to decide that she wanted

17        to report it to the unit and to the University.

18        And so then we met up.

19             And in the morning about a week later we

20        went over to the ROTC unit and had a meeting

21        with, his name is Lieutenant Shepard, and he was

22        the battalion officer at the time.  So he was

23        the most senior lieutenant who was not directly

24        in charge of a company.

25             So he kind of knew who all the company

Page 29

```
 1       lieutenants report to.  And we went over and met
 2       with him.  But there were multiple times after
 3       that initial report that ████████ and I would
 4       meet up.
 5   Q   So did you have a chance to kind of interact
 6       with ████████ during this week and observe her
 7       thinking on the subject of reporting?
 8            MR. BYLER:  Object to the form.
 9   Q   You can answer.
10   A   She was going back and forth.  Her main concern
11       was repercussions in the ROTC unit.  Just
12       because they were peers, everyone in her class
13       knew that they had dated.
14            So her final decision point and the thing
15       that I had emphasized to her is that she
16       deserved to feel safe on campus.  And so that
17       was the final decision maker into why she
18       deported it, excuse me, why she reported it.
19   Q   Did ████████ever bring up -- well, let me --
20       strike that.
21            Are you aware of something called Sexual
22       Assault Awareness Month?
23   A   I am.
24   Q   What is Sexual Assault Awareness Month, to your
25       understanding?
```

Page 30

```
 1   A   So April is the month of sexual assault
 2       awareness and prevention in the United States.
 3           Most universities now have not really
 4       events, because that's not really beneficial,
 5       that the leader have information booths, things
 6       like that.
 7           The Navy as well and the DoD also renews
 8       our annual training for sexual assault awareness
 9       and prevention, response information, excuse me.
10   Q   Does the Navy and ROTC also recognize Sexual
11       Assault Awareness Month?
12   A   They do.  But the unit, because we get new
13       students, especially new college students, the
14       unit typically does, it is called SAPR in the
15       Navy, sexual assault prevention and response,
16       does their training in the fall because new
17       students are required to get it within a certain
18       amount of time.
19   Q   In your time when you first met ████████ after
20       ████████ brought her over to the house and when
21       she decided to report to ROTC Lieutenant
22       Shepard, did she ever mention Sexual Assault
23       Awareness Month?
24   A   No.
25   Q   Did you ever bring it up?
```

Page 31

1   A    No.

2   Q    Do you know if ▮▮▮▮▮▮▮▮ was aware of what

3        CARE was at the time of her report?

4   A    She was not.  I recommended that we go there

5        after we made the -- filled out the on-line form

6        to report the assault.

7   Q    Okay.  So do you know if CARE had any role

8        encouraging her to make her initial report to

9        Lieutenant Shepard?

10  A    As far as I am aware, no, they did not.

11  Q    Are you aware of any CARE events that ▮▮▮▮▮▮▮

12       attended in April?

13  A    No.

14  Q    Okay.  So I want to kind of back up and go to

15       the point where ▮▮▮▮▮▮ decided to report to

16       Lieutenant Shepard.

17            Do you remember, do you have a date in mind

18       when that happened?

19  A    I don't know the exact date.  I just know it was

20       about a week after.  So it would have been a

21       week and a half after we started from spring

22       break.

23  Q    Do you know about what time of day it was?

24  A    It was around ten in the morning, to the best of

25       my recollection, because I like to schedule my

Page 32

```
 1        classes in the morning.  And so it was the first
 2        break that we both had.  And she didn't have
 3        anything really that big in the afternoon.  So
 4        if she needed -- she didn't have to worry about
 5        having responsibilities later if she was upset
 6        or anything like that.  So that's when we met at
 7        the ROTC unit.
 8    Q   Was Lieutenant Shepard at the armory?
 9    A   He was at the armory, yes, in his office.
10    Q   Do you know why ████████ decided to report to
11        Lieutenant Shepard?
12            MR. BYLER:  Objection.
13    A   So that was --
14    Q   You can answer.
15    A   So that was actually my idea.  He was a
16        lieutenant that had been there my whole time, so
17        I knew him better.  I trusted him.
18            And, as I said before, he was in the
19        battalion officer position, so he didn't
20        directly interact with the companies.  So he
21        wouldn't have the same lens of interacting with
22        any midshipman involved one on one.
23    Q   He was sort of neutral is what I am getting from
24        you; is that fair?
25    A   That is correct, yes.
```

Page 33

1  Q  Would you walk us through kind of step by step

2     what you remember when you entered his office

3     and how the report happened?

4  A  So I actually went into -- so there is the

5     student side where the midshipmen lodge and the

6     computers like I spoke of earlier and then

7     there's the offices.  There is an administrative

8     office and then all four lieutenants, the two

9     marine officer instruction, the XO and the CO.

10    So Lieutenant Shepard's office is the first one

11    on the right when you go in, the student

12    entrance to the staff side.

13        I went in and I spoke with him.  I said,

14    sir, there is a midshipman that needs to talk to

15    you about something very serious.  She wants me

16    to be there, but it needs to be a closed-door

17    conversation.

18        He said, okay.  I said I'm going to go get

19    her.  So I went and got her from the midshipmen

20    lounge, then we went into his office.  I did not

21    do any of the talking.  ██████████ did the

22    talking.

23        And then at the end Lieutenant Shepard

24    said, okay, I am sure Midshipman ████████ told you

25    that I am a mandated reporter for the

Page 34

1    University.  So I am going to bring up the
2    reporting page, which is an on-line form that
3    you can fill out either anonymously or with your
4    full name and with names to report a sexual
5    assault and then you can say whether or not you
6    want an investigation on that form.
7         And then it also has CARE's information at
8    the bottom of the form if you need a safe place
9    to go.  So we went and sat at the computer.  I
10   sat on the student side of the desk but pulled a
11   chair up to the desk and ████████ sat in
12   Lieutenant Shepard's seat.
13        He said I am going to give you guys some
14   space, so he left the office.  I'm not aware of
15   what he did when he left.  But he left the doors
16   closed and ████████ began to type up her report.
17        She put in everything that she had told me.
18   She was having trouble typing it.  She asked for
19   my help.
20        And I told her that it needed to be in her
21   words and that it wasn't right for me to type it
22   and that there would be an investigation if she
23   chose to do an investigation.  So it didn't have
24   to be as detailed if she didn't want to type
25   everything in that report.