

Sexual Violence, Relationship Violence and Stalking Report
Submitted on April 4, 2016 at 1:49:21 pm EDT

Type: **Sexual assault – students involved**
Urgency: **Normal**

Incident Date: **2015-11-00**
Incident Time:
Incident Location: **Tarkington Hall**

### Reported by

Name:
Title:
Email:
Phone:
Address:



### Involved Parties

Respondent            Male

### Incident Details

Has any law enforcement agency already been notified?
**No**

If you answered "Yes" to the previous questions, please indicate which agency:

Has this been reported to any other Purdue University office or official:
**Yes**

If you answered "Yes" to the above question, please identify the office or official:
**Adam Sheppard**

Detailed description of the incident:
**I don't want to file criminal charges. However, through the NROTC battalion I have a lot of contact with him so I want authorities to be aware. In the fall semester we were dating. There were two separate incidences in which I fell asleep in his presence and he would do things to me while I was asleep. In addition he would come to my dorm unescorted and on a couple of occasions actually go into my room without my knowledge. He rearranged my room and went through my underwear. He would also "joke" with his taser and at one point chased me down the dorm igniting it threatening to taze me. He would jokingly mention that he tazed his roommate twice while he was asleep. After breaking up with him he would still come to my room unannounced also without an escort. I have considerable fear of his reaction to anything as he has displayed little control over his temper even displaying/describing no emotions towards anyone or anything.**

*Pending IR #00011779*
*Submitted from 128.210.73.122 and routed to Alysa C. Rollock (Vice President for Ethics and Compliance)*