Page 1

```
 1            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF INDIANA
 2                  HAMMOND DIVISION
 3
 4      JOHN DOE,                     )
                                      )
 5           Plaintiff,               ) CIVIL ACTION NUMBER
                                      ) 2:17-cv-33-JPK
 6           vs.                      )
                                      )
 7      PURDUE UNIVERSITY, PURDUE     )
        UNIVERSITY BOARD OF           )
 8      TRUSTEES, MITCHELL ELIAS      )
        DANIELS, JR., in his          )
 9      official capacity as          )
        President of Purdue           )
10      University, ALYSA             )
        CHRISTMAS ROLLOCK, in her     )
11      official capacity at          )
        Purdue University,            )
12      KATHERINE SERMERSHEIM, in     )
        her official capacity at      )
13      Purdue University,            )
                                      )
14           Defendants.              )
15
16
17       VIDEOCONFERENCE DEPOSITION OF ADAM SHEPPARD
18
19       The deposition upon oral examination of
      ADAM SHEPPARD, a witness produced and sworn before me,
20    Megan M. Bowman, Notary Public in and for the County of
      Marion, State of Indiana, taken on behalf of the
21    Defendants, at 7912 West 26th Street, St. Louis Park,
      Hennepin County, Minnesota, on Wednesday, May 20, 2020,
22    scheduled to commence at 11:00 a.m., pursuant to the
      Federal Rules of Civil Procedure with written notice as
23    to time and place thereof.
24
25
```

Page 9

1  A   Yes, I was.
2          MR. BYLER:  I couldn't hear the question.
3          MR. JONES:  I asked if he was honorably
4      discharged, Phil.
5          MR. BYLER:  Oh, okay.
6  A   Yes, I was.
7  Q   Thank you.  Sir, fair to say if I say Purdue NROTC
8      or if I forget to say "Purdue" and I just say
9      "NROTC," I'm referring to the Purdue NROTC?
10 A   Yup, yes.
11 Q   Okay.  And, again, Purdue NROTC stands for Purdue
12     Naval Reserve Officer Training Corps; correct?
13 A   Correct.
14 Q   Okay.  Can you give me an idea of what the command
15     structure was like at time in the NROTC when you
16     were there?
17 A   Yeah.  In terms of names of who was in what
18     positions?
19 Q   Yeah.  If you don't mind.
20 A   Yup.  So --
21 Q   Maybe starting with the top dog going all the way
22     down.
23 A   Sure.  At this point in time the commanding officer
24     would have been Captain Hutton.  The executive
25     officer would have been Commander Remaly.  And then

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | as far as lieutenants, there was myself, there was       |
| 2  |   | Lieutenant Willstatter, and then Lieutenant              |
| 3  |   | Redlawsk, who I guess has a new last name now.  And      |
| 4  |   | then there would have been a marine on staff, a          |
| 5  |   | marine captain or major.  Either Captain McDowell        |
| 6  |   | or Major Inclum.  One of these two.  I don't             |
| 7  |   | remember when they transitioned.                         |
| 8  |   |     That should be it.                                   |
| 9  | Q | Understood.  Is there anybody immediately under          |
| 10 |   | lieutenants before you get to midshipman?                |
| 11 | A | No.  Lieutenant is the lowest active-duty staff          |
| 12 |   | members there, so the next level down would be           |
| 13 |   | midshipman.                                              |
| 14 | Q | Understood.  Earlier today I was told that the           |
| 15 |   | Purdue NROTC was divided into several -- into a          |
| 16 |   | command structure where you have a battalion and        |
| 17 |   | then that battalion is then divided down into other      |
| 18 |   | groups.                                                  |
| 19 |   |     Do you know what I'm talking about?                  |
| 20 | A | Yeah, that's correct.                                    |
| 21 | Q | Okay.  I was told that there are squads and that         |
| 22 |   | squads may have leaders; is that correct?                |
| 23 | A | That's correct.                                          |
| 24 | Q | Are squad leaders typically students or are they         |
| 25 |   | typically officers like you?                             |

Page 11

1  A   So squad leaders would be students. So the
2      students, all of the midshipmen collectively have
3      their own sort of student chain of command, if you
4      will, that changes by semester. So, yes. I guess
5      beneath myself -- getting beneath me then is -- I'm
6      the lowest active duty. So then once you get into
7      the students, they have their own sort of
8      leadership structure, which would be like a
9      battalion officer.
10          And then on the Navy side, we have three Navy
11     companies, Alpha, Bravo, Charlie that are each led
12     by a midshipman. And then within those companies,
13     there would be squads, which would be led, again,
14     by midshipmen.
15 Q   So as a lieutenant did you oversee all of the
16     companies, or did you oversee a specific company or
17     a division?
18 A   So I -- initially when I was at -- stationed there,
19     I was a company officer. I was the Alpha Company
20     officer. And then at some point I transitioned
21     away from it. So we had four Navy lieutenants.
22     One lieutenant for Alpha, Bravo, Charlie. And then
23     we had a fourth that was sort of the battalion
24     officer.
25          And at some point -- and I believe it may have

Page 12

```
 1          been around fall of '15 when I transitioned out of
 2          my Alpha Company officer responsibilities and took
 3          over the battalion officer.
 4     Q    Understood.  Was Midshipman ▮▮▮ or Midshipman
 5          ▮▮▮▮▮ did they immediately report to you or did
 6          they have to go through someone else before they
 7          got to you or another lieutenant?
 8     A    I believe they were both in Alpha Company.  I'm not
 9          100 percent on that, but I think they were both in
10          Alpha Company.
11     Q    Okay.  So they both would have reported to you?
12     A    Correct.
13     Q    Okay.  What is the -- what's the typical
14          relationship like between lieutenants in the NROTC
15          and their midshipmen?  Is it more professional and
16          collegial or is it more of a teacher/big brother
17          kind of relationship?
18     A    I would say it's more of a professional/collegial.
19     Q    Okay.  What's the most typical kind of interaction
20          you have with midshipmen -- or you did?
21     A    The most typical interaction would be -- a couple
22          of things come to mind.  One, like I said, I taught
23          a three-credit class each semester, so I would see
24          either freshman three times a week in the fall or I
25          would see juniors three times a week in the spring.
```

1        you kind of summarize what you remember happening,
2        how you learned, what she said, what you did, et
3        cetera?
4    A   Yeah.  So really -- all I really remember was I was
5        -- I believe I was in my office in the armory.  And
6        she came to my office.  I'm pretty confident that
7        she came with another student, another female
8        midshipman that was in the program as well.  Of
9        course she, you know, revealed what had happened.
10            I don't recall her going into specific details
11       other than just, "Hey, you know, sir.  This
12       happened to me.  You know, I was -- I feel that I
13       was sexually assaulted," et cetera.  And I just
14       kind of recall, you know, sitting there and
15       listening to her.
16            And then at some point we just kind of talked
17       about, "Okay.  Next steps.  You know, have you, you
18       know, reported this to" -- Purdue has an anonymous
19       intake form.  And so we just kind of discussed that
20       and then discussed, you know, where you can go and
21       what Purdue -- what types of resources they have.
22   Q   To your knowledge, did you show her how to make a
23       report with Purdue University?
24   A   I believe I did.  I don't actually recall -- I'm
25       fairly confident that I probably pulled up Purdue's

1   recall her saying that she wanted you to file a
2   report on her behalf with Purdue?
3 A I don't specifically remember that, but I think
4   just sort of to paraphrase the conversation that we
5   had was that, yes. We would need to be filing a
6   report. So she would have been aware of it.
7 Q Does that include a report with both Purdue and the
8   NROTC?
9 A I don't specifically recall. Well, as I said, I
10  think I may have verbally notified Commander
11  Remaly, but then there may have been some -- there
12  may have been a Navy email or a notification just
13  to the broader navy R- -- the broader ROTC chain of
14  command.
15 Q Understood. Do you recall what your plan was for
16  separating ▇▇▇ and ▇▇▇▇▇▇
17 A I don't specifically recall making a plan myself.
18  I do just recall at some point -- at some point
19  Captain Hutton, I think, may have sort of, you
20  know, directed us to keep them separated or -- like
21  I said, there was some accommodations that were
22  made. It could have been, you know, ▇▇▇ to not
23  appear at Navy ROTC events during -- you know, in
24  the near future. But I don't think there was
25  anything in particular that I recall instituting.