**Facilities Management**

| | |
|---|---|
| **From:** | Sermersheim, Katherine L |
| **Sent:** | Monday, April 4, 2016 7:14 PM |
| **To:** | Bloom, Monica Soto |
| **Subject:** | Fwd: Issue involving NROTC Students |

Begin forwarded message:

> **From:** "Stefancic, Jeffery P" <jpstefan@purdue.edu>
> **Date:** April 4, 2016 at 6:28:31 PM EDT
> **To:** "Sermersheim, Katherine L" <ksermer@purdue.edu>
> **Subject: Fw: Issue involving NROTC Students**
>
> Katie-FYI on the below. I called Rod back and apparently there is a Title IX case brewing between two cadets. He is requesting that someone loop him in when the investigation begins so that he can take interim measures with the respondent. Would you or Joanna be able to do that?
>
> Thanks,
>
> Jeff
>
>
> Jeffery Stefancic
> Associate Dean of Students
> Student Rights and Responsibilities
> Purdue University
> Schleman Hall of Student Services, B50
> 475 Stadium Mall Drive
> West Lafayette, IN 47907-2050
> (765) 494-1250 (o)
> (765) 494-5888 (f)
> jpstefan@purdue.edu
> www.purdue.edu/odos
>
> ---
>
> **From:** Hutton, Rodney E
> **Sent:** Monday, April 4, 2016 4:27 PM
> **To:** Stefancic, Jeffery P
> **Subject:** Issue involving NROTC Students
>
> Jeff,
>
> I have an issue that involved two NROTC students that I expect is coming your way. I can provide more details over phone if you have not received the report from Title IX coordinator

I would like to speak with you about process your office would take as I have parallel actions I need to take with the alleged offender that would require your actions to officially have commenced.

Thanks – If you can call me, I am available at my cell anytime this evening or in the office tomorrow.

Rod

CAPT Rod Hutton

Professor of Naval Science

Commanding Officer

NROTC Purdue University

765-494-2055

402-972-5298 (cell)

Hutton5@purdue.edu