

Sexual Violence, Relationship Violence and Stalking Report
Submitted on April 4, 2016 at 8:37:12 pm EDT

Type: Sexual assault – students involved
Urgency: Normal

Incident Date: 0000-00-00
Incident Time:
Incident Location: Unknown Dorm room of accused

**Reported by**

Name: Adam Sheppard
Title: Assistant Professor of Naval Science (Naval ROTC Instructor)
Email: sheppara@purdue.edu
Phone: 765-494-2061
Address: NROTC, 812 Third Street, West Lafayette, IN 47906

**Involved Parties**

Complainant

Other          Male          Tarkington

**Incident Details**

Has any law enforcement agency already been notified?
No

If you answered "Yes" to the previous questions, please indicate which agency:

Has this been reported to any other Purdue University office or official:
Yes

If you answered "Yes" to the above question, please identify the office or official:
Title IX Coordinator (via online reporting form)

Detailed description of the incident:
A female friend of ▉ (both are scholarship students in the Naval ROTC program) approached me and mentioned that ▉ would like to talk to me about a sensitive issue, and asked if she (the female friend) would accompany her for support. I immediately accommodated the request. ▉ and her friend then came to my office, where ▉ disclosed that she had begun a relationship with a freshman male, also in the Naval ROTC program, ▉. ▉ said that on two different occasions, she had fallen asleep in ▉ dorm room, and had awoken to him making inappropriate/unwanted sexual contact with her. ▉ mentioned that she had approached ▉ about it after the fact and indicated that what had happened was wrong and that she was not okay with what had transpired [not sure if she approached him after the first or second occasion, also not sure when these two events took place]. ▉ said that after approaching ▉ about what had happened, he laughed off her concerns. ▉ said she no longer feels safe around ▉. I reviewed support services/resources available for her on campus, and ensured that she would not be crossing paths in the immediate future with ▉, seeing as they are both students in the NROTC program. We agreed that ▉ female friend would keep close tabs on ▉ and also provide support as needed.

*Pending IR #00011791*

PU 0057

EXHIBIT 1

EXHIBIT L

