## Facilities Management

| | |
|---|---|
| **From:** | Maxient System <incidentreports@maxient.com> |
| **Sent:** | Monday, April 4, 2016 8:37 PM |
| **To:** | Bloom, Monica Soto |
| **Subject:** | [Maxient] Sexual assault – students involved - Unknown - 11/30/1999 |
| **Attachments:** | IR.pdf |

You have been selected to receive a copy of this incident report submitted moments ago via Maxient.
For your convenience, it is available to view as a PDF (attached) or as plain text below.
NOTE: Replies to this message will be sent to the report author at sheppara@purdue.edu.

INCIDENT INFORMATION
Sexual Violence, Relationship Violence and Stalking Report Sexual assault – students involved - Normal urgency
0000-00-00
Unknown - Dorm room of accused

INVOLVED PERSONS
███████████ Complainant
███████████ () Male Other

INCIDENT DETAILS
* Has any law enforcement agency already been notified?
No

* If you answered "Yes" to the previous questions, please indicate which agency:


* Has this been reported to any other Purdue University office or
official:
Yes

* If you answered "Yes" to the above question, please identify the office or official:
Title IX Coordinator (via online reporting form)

* Detailed description of the incident:
A female friend of ███████ (both are scholarship students in the Naval ROTC program) approached me and mentioned that ███████ would like to talk to me about a sensitive issue, and asked if she (the female friend) would accompany her for support. I immediately accommodated the request. ███████ and her friend then came to my office, where ███████ disclosed that she had begun a relationship with a freshman male, also in the Naval ROTC program, ███████ ███████ said that on two different occasions, she had fallen asleep in ███████ dorm room, and had awoken to him making inappropriate/unwanted sexual contact with her. ███████ mentioned that she had approached ███████ about it after the fact and indicated that what had happened was wrong and that she was not okay with what had transpired [not sure if she approached him after the first or second occasion, also not sure when these two events took place]. ███████ said that after approaching ███████ about what had happened, he laughed off her concerns. ███████ said she no longer feels safe around ███████ I reviewed support services/resources available for her on campus, and ensured that she would not be crossing paths in the immediate future with ███████ seeing as they are both students in the NROTC program. We agreed that ███████ female friend would keep close tabs on ███████ and also provide support as needed.

ATTACHMENTS
No additional documents were attached.

Reported by Adam Sheppard, Assistant Professor of Naval Science (Naval ROTC Instructor)
765-494-2061 sheppara@purdue.edu

Routed to Alysa C. Rollock (Vice President for Ethics and Compliance) Copies to
bloom@purdue.edu,krrichardson@purdue.edu,ksermer@purdue.edu,cgreggil@purdue.edu,bloom@purdue.edu
No text msgs sent



Sexual Violence, Relationship Violence and Stalking Report
Submitted on April 4, 2016 at 8:37:12 pm EDT

| | |
|---|---|
| Type: | **Sexual assault – students involved** |
| Urgency: | **Normal** |
| Incident Date: | **0000-00-00** |
| Incident Time: | |
| Incident Location: | **Unknown Dorm room of accused (Alexander Horb)** |

**Reported by**

| | |
|---|---|
| Name: | **Adam Sheppard** |
| Title: | **Assistant Professor of Naval Science (Naval ROTC Instructor)** |
| Email: | **sheppara@purdue.edu** |
| Phone: | **765-494-2061** |
| Address: | **NROTC, 812 Third Street, West Lafayette, IN 47906** |

Involved Parties

▇▇▇▇▇▇▇▇        ▇        ▇▇▇▇▇▇▇▇
Complainant

▇▇▇▇▇▇▇▇                ▇▇▇▇▇▇▇▇
Other            Male        Tarkington

Incident Details

Has any law enforcement agency already been notified?
**No**

If you answered "Yes" to the previous questions, please indicate which agency:

Has this been reported to any other Purdue University office or official:
**Yes**

If you answered "Yes" to the above question, please identify the office or official:
**Title IX Coordinator (via online reporting form)**

Detailed description of the incident:
A female friend of ▇▇▇▇ (both are scholarship students in the Naval ROTC program) approached me and mentioned that ▇▇▇▇ would like to talk to me about a sensitive issue, and asked if she (the female friend) would accompany her for support. I immediately accommodated the request. ▇▇▇▇ and her friend then came to my office, where ▇▇▇▇ disclosed that she had begun a relationship with a freshman male, also in the Naval ROTC program, ▇▇▇▇ ▇▇▇▇ said that on two different occasions, she had fallen asleep in ▇▇▇▇ dorm room, and had awoken to him making inappropriate/unwanted sexual contact with her. ▇▇▇▇ mentioned that she had approached ▇▇▇▇ about it after the fact and indicated that what had happened was wrong and that she was not okay with what had transpired [not sure if she approached him after the first or second occasion, also not sure when these two events took place]. ▇▇▇▇ said that after approaching ▇▇▇▇ about what had happened, he laughed off her concerns. ▇▇▇▇ said she no longer feels safe around ▇▇▇▇. I reviewed support services/resources available for her on campus, and ensured that she would not be crossing paths in the immediate future with ▇▇▇▇ seeing as they are both students in the NROTC program. We agreed that ▇▇▇▇ female friend would keep close tabs on ▇▇▇▇ and also provide support as needed.

Pending IR #00011791

*Submitted from 74.126.248.190 and routed to Alysa C. Rollock (Vice President for Ethics and Compliance)*