```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF INDIANA
 2                    HAMMOND DIVISION
 3               CASE NO. 2:17-cv-33-JPK
 4   JOHN DOE,                          )
                                        )
 5        Plaintiff,                    )
                                        )
 6        -vs-                          )
                                        )
 7   PURDUE UNIVERSITY, PURDUE          )
     UNIVERSITY BOARD OF TRUSTEES,      )
 8   MITCHELL ELIAS DANIELS, JR.,       )
     in his official capacity as        )
 9   President of Purdue                )
     University, ALYSA CHRISTMAS        )
10   ROLLOCK, in her official           )
     capacity at Purdue University,     )
11   KATHERINE SERMERSHEIM, in her      )
     official capacity at Purdue        )
12   University,                        )
                                        )
13        Defendants.
14
15            DEPOSITION OF KATHERINE SERMERSHEIM
16
17      The ZOOM deposition upon oral examination of
     KATHERINE SERMERSHEIM, a witness produced and sworn
18   before me, Clarice H. Howard, CCR-Ky, Notary Public in
     and for the County of Boone, State of Indiana, taken on
19   behalf of the Plaintiff, on Tuesday, August 25, 2020,
     scheduled to commence at 1:00 p.m., pursuant to the
20   Federal Rules of Civil Procedure with written notice as
     to time and place thereof.
21
22
23
24
25
```

```
 1            the scheme of things.  Should I elaborate?
 2      Q     Yes.
 3      A     A vice president is a senior level administrator at
 4            a university at an institution of higher education.
 5      Q     During the 2015-2016 school year, was your
 6            supervisor's name Beth McCuskey?
 7      A     Prior to?  I started August 1, 2015.
 8      Q     Okay.  And who was your supervisor during the
 9            2015-2016 school year?
10      A     Beth McCuskey.
11      Q     Now, looking at position summary, the first section
12            of this position description, given your experience
13            as dean of students, does this accurately state or
14            summarize the position of dean of students?
15      A     Yes, it does.
16      Q     I'll direct your attention to the last sentence in
17            that section of the position summary.  It says
18            "additionally the dean of students serves as the
19            primary decisionmaker for students on student Title
20            IX matters, oversees the behavioral intervention
21            team and may serve on point for crisis response."
22                I read that accurately?
23      A     Yes.
24      Q     Are you the primary decisionmaker for students on
25            student Title IX matters?
```

```
 1   A   Yes.
 2   Q   The next section is the essential functions.  And
 3       the first sentence under that says "advocacy ensure
 4       ODOS, maintains a finger on the post of the student
 5       culture and subcultures, while serving as an
 6       advocate for student issues and concerns
 7       institutionally."  I'm going to stop there.
 8           I read that accurately, didn't I?
 9   A   Yes.
10   Q   What does that mean in terms of what a dean of
11       students does?
12   A   I believe that statement would imply that I have
13       awareness of the current issues and topics and
14       dynamics of student life on a University campus
15       setting.
16   Q   What kind of issues does that mean?
17   A   I would equate to present day issues such as Black
18       Lives Matter, financial challenges of students with
19       student loans, the Covid crisis and all dynamics
20       that would be associated with that, student
21       preparation in coming to a college campus with any
22       remedial work that may or may not be needed,
23       student adjustments in how students adjust to a new
24       college setting as a freshman, mental health and
25       wellbeing as it relates to our nation, our
```

Page 14

1    marked as Sermersheim Exhibit 33 with Bates stamp
2    32 to 33?
3  A  Yes.
4  Q  Do you recall receiving a copy of that back in
5    February of 2016?
6  A  I do not.
7  Q  Okay. And let's go to what I'm going to mark as
8    Sermersheim Exhibit 2, which has the Bates stamp
9    726 to 728.
10           (Deposition Exhibit No. 2 marked
11                for identification.)
12           (Witness reviews documents.)
13  BY MR. BYLER:
14  Q  Have you looked at the document?
15  A  Yes.
16  Q  Is this an e-mail from one Monica Bloom to you and
17    Vice President Rollock?
18  A  Yes.
19  Q  At that point in time, what position do you know
20    that Monica Bloom had?
21  A  At that time Monica Bloom would have been the
22    director of CARE, our Center for Advocacy Response
23    and Education.
24  Q  Okay. What is your understanding that CARE does?
25  A  They support students during situations of domestic

Page 15

1       violence, relationship violence, sexual assault,
2       sexual misconduct, and supports students in
3       general.
4   Q   Do you recall receiving Sermersheim Exhibit 2?
5   A   I don't recall receiving it specifically, but I
6       certainly acknowledge it would have been in my
7       receipt.
8   Q   And that document is dated April 5, 2016?
9   A   Yes.
10  Q   Turn to the third page of that document, which is a
11      statement of allegation.  Do you see in there a
12      date of November of 2015?
13  A   Yes.
14  Q   Do you have a recollection of looking at an initial
15      statement of allegations with a date of November of
16      2015?
17  A   No.
18  Q   Okay.  Going back to the first page, again, to this
19      document that you have in hand, do you have any
20      recollection of talking to Monica Bloom upon
21      receipt of such a document?
22  A   No.
23  Q   Do you recall talking to Vice President Rollock
24      about receiving an e-mail from Monica Bloom
25      concerning a specific case?

```
 1        anatomy that I'm not recalling the exact language
 2        or finding in here.
 3             So there is partial truth in that statement.
 4        She alleges that not only did he touch her above
 5        the knee, but continued on to touch her outside her
 6        clothing and went on up to her crotch area.
 7    Q   Wait a minute.  I thought it had been established
 8        that ▮▮▮▮ never admitted to touching over the
 9        clothing ▮▮▮▮▮▮ crotch.
10             MR. KEALEY:  You asked the witness for what
11        inconsistent evidence she had and she answered
12        that.
13             MR. BYLER:  Right.  And I understood her
14        answer to be that there was something, and I didn't
15        understand what she meant by her answer.  And
16        pardon me, I was just trying to understand what she
17        was referring to.
18   BY MR. BYLER:
19    Q   Let me step back.  True, is it not, that ▮▮▮▮
20        acknowledged that he touched her leg above her
21        knee, correct?
22    A   Correct.
23    Q   And it's true, is it not, that ▮▮▮▮ denied
24        touching her crotch outside her clothing?
25    A   I believe that that is consistent with his
```