**Facilities Management**

| | |
|---|---|
| **From:** | Bloom, Monica Soto |
| **Sent:** | Tuesday, April 5, 2016 5:48 PM |
| **To:** | Sermersheim, Katherine L; Rollock, Alysa C. |
| **Subject:** | NROTC Matter |
| **Attachments:** | ▇▇▇ Allegations.docx |

Good evening Katie and Alysa:

I just finished meeting with ▇▇▇▇▇▇▇, who would like the University to initiate an investigation into her allegations against ▇▇▇▇▇▇. ▇▇▇ exam schedule is pretty full, and the earliest she is able to meet with the investigators is next Thursday morning. She would prefer, however, that the University move forward in notifying ▇▇▇ sooner if possible. I've drafted a summary of her allegations for your review/use, which is drawn from the two Maxient reports submitted with some clarifying information I got from ▇▇▇.

In addition to an investigation, she is requesting the following:

1. No-contact directive, which also restricts ▇▇▇ from:
   - **Lilly**
   - **Weatherill**
   - **Brown**
   - **Armory (he's already been restricted from here by NROTC)**
   - **Wiley Dining Court**
     - He doesn't have classes in any of these buildings and so has no reason to be there, except Armory, where he's already restricted.

2. For her battalion to be notified as soon as possible that the University <u>is</u> initiating an investigation so that they can implement remedial measures regarding NROTC.
   - As information, they've already removed him from her company and restricted him from the Armory.

3. For her to be notified when ▇▇▇ is going to be told of the investigation. She is scared and wants to know when that is happening.
   - I shared with her that the standard ODOS initiation includes a letter to her, but she also wants to be notified when the no-contact and restrictions are issued.

I believe that is all for now. Please let me know if you have any questions or if I may be of any additional assistance.

Thanks!

Monica
**Monica Bloom | Director**
Center for Advocacy, Response, and Education (CARE) | **Office of the Dean of Students**
Cary, SW B32 | 765-495-CARE | http://www.purdue.edu/odos/care



CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.

## NOTICE OF ALLEGATIONS

▇▇▇▇▇▇ and you ▇▇▇▇▇▇ were in a dating relationship during the fall 2015 semester. In or around November 2015, ▇▇▇ stayed the night in your room in Tarkington Hall. In the morning, ▇▇▇ abruptly woke up to you groping her while she was fully clothed. ▇▇▇ told you this was not okay. You then told ▇▇▇ that during another night in November 2015, while you were staying the night in ▇▇▇ room, you penetrated her digitally while she was sleeping. ▇▇▇ was not aware of this earlier incident and did not consent to the sexual contact. When she told you that this upset her, you told her you felt bad about the first time. Despite that, you still decided to have sexual contact with her the second time while she was asleep. ▇▇▇ was very upset and left your room.

In addition, you went through ▇▇▇ underwear without her permission. He would also "joke" with his taser and at one point chased ▇▇▇ down the dorm igniting it threatening to taze her. You would jokingly mention that you tazed your roommate twice while he was asleep. After breaking up with you, you would still come to ▇▇▇ room unannounced and without an escort. You have displayed little control over your temper in front of ▇▇▇