## NOTICE OF ALLEGATIONS

▓▓▓▓▓▓▓▓▓▓ and you ▓▓▓▓▓▓ were in a dating relationship during the fall 2015 semester. In or around November 2015, ▓▓▓▓ stayed the night in your room in Tarkington Hall. In the morning, ▓▓▓▓ abruptly woke up to you groping her while she was fully clothed. ▓▓▓▓ told you this was not okay. You then told ▓▓▓▓ that during another night in November 2015, while you were staying the night in ▓▓▓▓ room, you penetrated her digitally while she was sleeping. ▓▓▓▓ was not aware of this earlier incident and did not consent to the sexual contact. When she told you that this upset her, you told her you felt bad about the first time. Despite that, you still decided to have sexual contact with her the second time while she was asleep. ▓▓▓▓ was very upset and left your room.

In addition, you went through ▓▓▓▓ underwear without her permission. He would also "joke" with his taser and at one point chased ▓▓▓▓ down the dorm igniting it threatening to taze her. You would jokingly mention that you tazed your roommate twice while he was asleep. After breaking up with you, you would still come to ▓▓▓▓ room unannounced and without an escort. You have displayed little control over your temper in front of ▓▓▓▓.