Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF INDIANA
 3                    HAMMOND DIVISION
 4            CIVIL ACTION NO. 2:17-cv-33-JPK
 5
 6   JOHN DOE,                          )
                                        )
 7            Plaintiff,
                                        )
 8                                      )
          -vs-                          )
 9                                      )
     PURDUE UNIVERSITY, PURDUE          )
10   UNIVERSITY BOARD OF TRUSTEES,      )
     MITCHELL ELIAS DANIELS, JR., in    )
11   his official capacity as           )
     President of Purdue University,    )
12   ALYSA CHRISTMAS ROLLOCK, in her    )
     official capacity at Purdue        )
13   University, KATHERINE              )
     SERMERSHEIM, in her official       )
14   capacity at Purdue University,     )
                                        )
15            Defendants.               )
16
17                    ZOOM
18        DEPOSITION OF ALYSA CHRISTMAS ROLLOCK
19        The deposition upon oral examination of ALYSA
     CHRISTMAS ROLLOCK, a witness produced and sworn
20   before me, Tracy Larimore, RPR, Notary Public in and
     for the County of Allen, State of Indiana, taken on
21   behalf of the Plaintiff, c/o the offices of Stuart &
     Branigin, LLP, 300 Main Street, Suite 900,
22   Lafayette,, Indiana, on the 24th day of August,
     2020, scheduled to commence at 8:00 a.m. pursuant to
23   the Indiana Rules of Trial Procedure with written
     notice as to time and place thereof.
24
25
```

EXHIBIT S

Page 13

```
 1   A   We wanted it clear that the -- that I was not
 2       serving as a coordinator of -- there are certain
 3       roles that are stipulated in the regulations for
 4       Title IX coordinator, and I am not fulfilling
 5       those roles.
 6   Q   Okay.  Do you still -- do you function as a
 7       Title IX officer who decides appeals from
 8       disciplinary decisions?
 9   A   I do decide appeals.  I do continue to decide
10       appeals.
11   Q   Okay.  Have you, in the course of your time at
12       Purdue, received training in Title IX matters?
13   A   Yes, I have.
14   Q   When was the last time you attended a training
15       session?
16   A   I don't recall.
17   Q   Do you recall -- well, in the 12-year period
18       you've been vice president for ethics and
19       compliance, do you know how many times you went
20       to training sessions?
21   A   No, I don't.
22   Q   Or did it online?
23   A   I'm sorry.  I did not hear you.
24   Q   In the course of the 12 years that you've been
25       vice president for ethics and compliance, do you
```