

OFFICE OF THE DEAN OF STUDENTS

April 11, 2016

▮

Sent electronically to ▮

PERSONAL AND CONFIDENTIAL

Re: Investigation of Possible Harassment

Dear ▮

Pursuant to Purdue University's Procedures for Resolving Complaints of Discrimination and Harassment (Revised July 1, 2014) (the "Procedures"), you are hereby notified that the University has been made aware of allegations regarding your conduct toward another undergraduate student that, if substantiated, might constitute a violation or violations of the University's Anti-Harassment Policy (III.C.1). Hard copies of the policy and Procedures are available upon request.

The allegations, which include allegations of sexual harassment, involve conduct toward another undergraduate student at Purdue University. Allegations include digitally penetrating her while she was sleeping without her consent. A detailed description of the allegations is enclosed with this letter.

The University has elected to exercise its right to investigate these allegations in the absence of a formal complaint. In accordance with the Procedures, I have appointed Ms. Erin Oliver, Associate Director, Office of Institutional Equity and Mr. Jacob Amberger, Investigator, Office of Institutional Equity as University Investigators in this matter. You will be contacted by Ms. Oliver and Mr. Amberger directly concerning this investigation.

**Please provide me with a written response within ten (10) calendar days of the date of this letter with your response to the allegations that your conduct, as outlined in this letter and enclosure, constitutes a violation of the University's *Anti-Harassment Policy*.** You can email your response to ksermer@purdue.edu or drop it off in Schleman Hall, Room 207 to my attention.

Complaints of harassment are treated with the greatest degree of confidentiality possible, and I ask that you be mindful of confidentiality as I address this complaint. **You are specifically directed to refrain from discussing this matter or having any contact with** ▮ **▮ This includes contact in person, by telephone, e-mail, text message, through social media, or by any other means.**

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

Purdue University is committed to providing an educational and work environment free of harassment and does not condone and will not tolerate harassment of any person in the University community. Purdue University prohibits any overt or covert act of reprisal, interference, restraint, penalty, discrimination, coercion, intimidation, or harassment against an individual for complaining of harassment or enforcing its *Anti-Harassment Policy*.

Please contact me if you have any questions or concerns.

Sincerely,

*[signature]*

Katherine L. Sermersheim, Ph.D.
Dean of Students

CC:  Erin Oliver, Associate Director, Office of Institutional Equity
     Jacob Amberger, Investigator, Office of Institutional Eqiuity



## OFFICE OF THE DEAN OF STUDENTS/OFFICE OF INSTITUTIONAL EQUITY

### Information for Student Respondents

**We are Neutral.** The Investigator does not take sides. We are committed to providing a prompt, thorough, and fair review, and our investigations are focused on the available information. We can also help Complaining Parties and Respondents by providing information about support and advocacy services.

**Support Person.** You may bring a support person with you to any meetings with the Investigator. The Center for Advocacy, Response and Education (CARE) in the Office of the Dean of Students has professional staff members available to serve in this role upon request. This service may be obtained by contacting Chris Greggila, Student Support Specialist, at (765) 494-1747 or cgreggil@purdue.edu. The Student Support Specialist can also help identify additional resources for support as well as work with you during the investigation process and thereafter as needed.

**Confidentiality and Privacy.** Complaining Parties frequently want to know if the Respondent will be told they raised concerns. In a University investigation, Respondents are provided enough information about the allegations to allow them a fair opportunity to respond. The level of detail necessary to do that may vary depending upon the circumstances surrounding the incident. The privacy of both parties will be respected and safeguarded at all times. Information shared during an investigation is limited to those University employees who "need to know" in order to carry out their responsibilities to review, investigate and/or resolve these matters.

**Interviewing the Parties.** Typically, the Investigator's first step will be to meet with the Complaining Party in order to fully understand the allegations. The Complaining Party is strongly encouraged to share all information, including documentation and names of witness, if any, with the Investigator. After the Investigator understands the nature and scope of the allegations, you will be asked about the allegations and given a full and fair opportunity to respond. You are also strongly encouraged to share all information, including documentation and names of witnesses, if any with the Investigator. The parties are not present during each other's interviews.

**Gathering Other Information.** The Investigator interviews witnesses and reviews all documentation deemed relevant to the situation. The Investigator may also contact the parties with additional questions or to request additional information.

**Investigator's Report.** The Investigator will consider all information gathered during an investigation and prepare a report, which will be shared with the Dean of Students. The report is not shared with the parties or witnesses. The Investigator makes findings and recommendations as to whether a violation of the *Anti-Harassment Policy* occurred and, if so, recommends sanctions.

**Advisory Committee on Equity Meeting.** The Dean of Students will chair a meeting of a three-person panel of the Advisory Committee on Equity. Only faculty and staff serve on this panel. Each party will be given the opportunity to attend the panel meeting, though they are not required to do so. The purpose of the panel meeting is to give the decision-maker, the Dean of Students, and the panel members the opportunity to meet with the parties and Investigator after having reviewed the Investigator's report. The parties are not present during each other's meeting with the Dean of Students and panel.

**Decision.** The panel members make recommendations to the Dean of Students, but the determination is ultimately left to the discretion of the Dean of Students. If the Dean of Students determines that harassment has occurred, s/he will also impose sanctions. The Dean of Students will issue his or her decision and, if applicable, any sanctions within ten (10) calendar days from the date of the panel meeting.

**Retaliation.** The University prohibits retaliation. All parties and witnesses are protected from any form of retaliation for participating in the investigation or filing a complaint. As the Respondent, you are directed to ensure that your actions, either directly or indirectly (including by individuals who may be operating on your behalf), do not constitute retaliation against those who have exercised their rights under Purdue University policy or who have participated in the investigative process.

**Resources for Support.** The University offers a variety of support services to students, a short list of which is included below. The Student Support Specialist can provide additional information about the below or other resources.

- Counseling and Psychological Services       (765) 494-6995
- Center for Advocacy, Response and Education (765) 494-1747
- Lafayette Crisis Center                     (765) 742-0244
- Office of Student Rights and Responsibilities (765) 494-1250
- Purdue Crisis Line                          (765) 495-HELP (4357)
- National Crisis Line                        (800) 273-TALK (8255)

**More Information.** If you have any other questions about the investigation or investigation process, please do not hesitate to contact the Investigator at (765) 494-1250 or (765) 494-7253.

*Last Revised 10/29/2015*

## NOTICE OF ALLEGATIONS

███████████████████ and you ███████████ were in a dating relationship during the fall 2015 semester. In or around November 2015, ███████ stayed the night in your room in Tarkington Hall. In the morning, ███████ abruptly woke up to you groping her while she was fully clothed. ███████ told you this was not okay. You then told ███████ that during another night in November 2015, while you were staying the night in ███████ room, you penetrated her digitally while she was sleeping. ███████ was not aware of this earlier incident and did not consent to the sexual contact. When she told you that this upset her, you told her you felt bad about the first time. Despite that, you still decided to have sexual contact with her the second time while she was asleep. ███████ was very upset and left your room.

In addition, you went through ███████ underwear without her permission. You would also "joke" with your taser and at one point chased ███████ down the dorm igniting it threatening to taze her. You would jokingly mention that you tazed your roommate twice while he was asleep. After breaking up with you, you would still come to ███████ room unannounced and without an escort. You have displayed little control over your temper in front of ███████.



OFFICE OF THE DEAN OF STUDENTS

April 11, 2016

Sent electronically to

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2015379602

Dear

Pursuant to Purdue University's Procedures for Resolving Complaints of Discrimination and Harassment (Revised July 1, 2014) (the "Procedures"), you are hereby notified that the University has been made aware of allegations regarding                  conduct toward you that, if substantiated, might constitute a violation or violations of the University's Anti-Harassment Policy.

The University has elected to exercise its right to investigate these allegations. In accordance with the Procedures, I have appointed Ms. Erin Oliver, Associate Director, Office of Institutional Equity, and Mr. Jacob Amberger, Investigator, Office of Institutional Equity, as the Investigators in this matter. You will be contacted by Ms. Oliver and Mr. Amberger directly concerning this investigation.

Complaints of harassment are treated with the greatest degree of confidentiality possible, and I ask that you be mindful of confidentiality as I address this complaint. **Please also be advised that          has been issued a directive not to have any contact, direct or indirect, with you. This includes contact via in-person, by e-mail, by telephone, through social media, or any other method. Please let me know immediately if          or anyone on his behalf attempts to make contact with you.**

Purdue University is committed to providing an educational and work environment free of harassment and does not condone and will not tolerate harassment of any person in the University community. Purdue University prohibits any overt or covert act of reprisal, interference, restraint, penalty, discrimination, coercion, intimidation, or harassment against an individual for complaining of harassment or enforcing its *Anti-Harassment Policy*.

Do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

PU 0661

*[signature]*

Katherine L. Sermersheim, Ph.D.
Dean of Students

CC: Erin Oliver, Associate Director, Office of Institutional Equity
      Jacob Amberger, Investigator, Office of Institutional Eqiuity

PU 0662



## PURDUE UNIVERSITY®

OFFICE OF THE DEAN OF STUDENTS/OFFICE OF INSTITUTIONAL EQUITY

### Information for Student Complainants

**We are Neutral.** The Investigator does not take sides. We are committed to providing a prompt, thorough, and fair review, and our investigations are focused on the available information. We also help Complaining Parties and Respondents by providing information about support and advocacy services.

**Support Person.** You may bring a support person with you to any meetings with the Investigator. The Center for Advocacy, Response and Education (CARE) in the Office of the Dean of Students has professional staff members available to serve in this role upon request. This service may be obtained by contacting Kasey Richardson, Student Support Advocate, at (765) 494-1747 or richa259@purdue.edu. The Student Support Advocate can also help identify additional resources for support as well as work with you during the investigation process and thereafter as needed.

**Remedial Measures.** The Center for Advocacy, Response and Education (CARE) has professionally trained staff who can help identify and implement interim remedial measures, which would include academic adjustments (e.g., absence notifications), housing or work reassignments and emergency housing assistance; support during the law enforcement process; assistance in obtaining no-contact directives through the University or protective orders through the local court system.

**Confidentiality and Privacy.** Complaining Parties frequently want to know if the Respondent will be told they raised concerns. In a University investigation, Respondents are provided enough information about the allegations to allow them a fair opportunity to respond. The level of detail necessary to do that may vary depending upon the circumstances surrounding the incident. The privacy of both parties will be respected and safeguarded at all times. Information shared during an investigation is limited to those University employees who "need to know" in order to carry out their responsibilities to review, investigate and/or resolve these matters.

**Interviewing the Parties.** Typically, the Investigator's first step will be to meet with you in order to fully understand the allegations. You are strongly encouraged to share all information, including documentation and names of witness, if any, with the Investigator. After the Investigator understands the nature and scope of the allegations, the Respondent is asked about the allegations and given a full and fair opportunity to respond. Respondents are also strongly encouraged to share all information, including documentation and names of witnesses, if any with the Investigator. The parties are not present during each other's interviews.

**Gathering Other Information.** The Investigator interviews witnesses and reviews all documentation deemed relevant to the situation. The Investigator may also contact the parties with additional questions or to request additional information.

PU 0663

**Investigator's Report.** The Investigator will consider all information gathered during an investigation and prepare a report, which will be shared with the Dean of Students. The report is not shared with the parties or witnesses. The Investigator makes findings and recommendations as to whether a violation of the *Anti-Harassment Policy* occurred and, if so, recommends sanctions.

**Advisory Committee on Equity Meeting.** The Dean of Students will chair a meeting of a three-person panel of the Advisory Committee on Equity. Only faculty and staff serve on this panel. Each party will be given the opportunity to attend the panel meeting, though they are not required to do so. The purpose of the panel meeting is to give the decision-maker, the Dean of Students, and the panel members the opportunity to meet with the parties and Investigator after having reviewed the Investigator's report. The parties are not present during each other's meeting with the Dean of Students and panel.

**Decision.** The panel members make recommendations to the Dean of Students, but the determination is ultimately left to the discretion of the Dean of Students. If the Dean of Students determines that harassment has occurred, s/he will also impose sanctions. The Dean of Students will issue his or her decision and, if applicable, any sanctions within ten (10) calendar days from the date of the panel meeting.

**Retaliation.** The University prohibits retaliation. All parties and witnesses are protected from any form of retaliation for participating in the investigation or filing a complaint. Should you believe that you have been retaliated against, you should contact the Student Support Advocate or Investigator as soon as possible so that the University can address such conduct.

**Resources for Support.** The University offers a variety of support services to students, a short list of which is included below. The Student Support Advocate can provide additional information about the below or other resources.

- Counseling and Psychological Services        (765) 494-6995
- Center for Advocacy, Response and Education  (765) 494-1747
- Lafayette Crisis Center                      (765) 742-0244
- Office of Student Rights and Responsibilities (765) 494-1250
- Purdue Crisis Line                           (765) 495-HELP (4357)
- National Crisis Line                         (800) 273-TALK (8255)

**More Information.** If you have any other questions about the investigation or investigation process, please do not hesitate to contact the Investigator at (765) 494-1250 or (765) 494-7253.

*Last Revised 11/10/2014*

PU 0664