Sharp, Joanna T

**From:** Sermersheim, Katherine L
**Sent:** Friday, April 22, 2016 10:23 AM
**To:** Sharp, Joanna T
**Subject:** FW: Response to Allegations of Sexual Harassment
**Attachments:** Allegations Response.doc; Witnesses.doc

Katherine L. Sermersheim, Ph.D.
Dean of Students
Purdue University
Schleman Hall| Room 207
475 Stadium Mall Drive | West Lafayette, IN 47907
Phone: 765.494.1257| Email: ksermer@purdue.edu
www.purdue.edu/odos



**From:**
**Sent:** Thursday, April 21, 2016 7:41 PM
**To:** Sermersheim, Katherine L <ksermer@purdue.edu>
**Subject:** Response to Allegations of Sexual Harassment

Good evening Ma'am,

I am sending you my response to the allegations of sexual harassment I received a copy of on 11APR2016 concerning ███████████████. I have also included a list of individuals you may reach regarding any concerns raised in the allegations about my temper and/or character.

Sincerely,
███

I ▓▓▓▓▓ was in a dating relationship with ▓▓▓▓▓ during the Fall 2015 semester and Spring 2016 semester this school year. We are both in the NROTC unit, and I did not know her prior to our meeting through that. The allegations she now brings against me are false and without merit. I do not know why these charges are being filed against me, and I can only speculate as to the intentions of such claims.

▓▓▓▓▓ claims that "*In or around November 2015, [she] stayed the night in your room in Tarkington Hall. In the morning, [she] abruptly woke up to you groping her while she was fully clothed.*" This is not true. The date to which she is referring was in mid-December. She only stayed in my room on several occasions. I asked her to stay that night out of concern of her emotional state. She slept on our futon. I slept on the floor nearby and my roommate slept in his bed directly above the futon. I woke up, and placed my hand on her knee out of affection. This woke her up, and she immediately grew erratic and angry at me, leaving the room shortly after. I do not know why she behaved this way. I do know that she had attempted suicide several days before this. I was unsure of her mental stability in the aftermath, which is why I asked her to stay the night with my roommate and me.

"*You then told ▓▓▓▓▓ that during another night in November 2015, while you were staying the night in ▓▓▓▓▓ room, you penetrated her digitally while she was sleeping. ▓▓▓▓▓ was not aware of this earlier incident and did not consent to the sexual contact. When she told you that this upset her, you told her you felt bad about the first time. Despite that, you still decided to have sexual contact with her the second time while she was asleep. ▓▓▓▓▓ was very upset and left your room.*" This is not true. I do not know where this came from. I have never had any sexual contact with her while she was asleep. I have never told her that I had sexual contact with her while she was asleep.

"*In addition, you went through ▓▓▓▓▓ underwear without her permission.*" This is also not true. There were several occasions where I offered to help her do loads of laundry because she had complained about how it was going to take her awhile, and I took that as a cue to offer help. She seemed very grateful when I did that, and I never once went through her clothes without permission.

"*You would also "joke" with your taser and at one point chased ▓▓▓▓▓ down the dorm igniting it threatening to taze her. You would jokingly mention that you tazed your roommate twice while he was asleep.*" I do not own a taser. I own a stun baton, and have never once threatened her with it. My roommate and I have used it on each other out of fun in the past, but I took it home over Winter Break and have not had it since. I never chased her or made any attempt towards her with this.

*"After breaking up with you, you would still come to ▮▮▮ room unannounced and without an escort."* ▮▮▮ never formally broke up with me, just communicated less and less over time starting several weeks into the Spring Semester. I understood that she was distancing herself, and I respected that choice. I went to her room on one occasion to return a challenge coin she had left in my room the previous semester. I had just found it and decided to hand it to her on my way over to Wiley Dining Court. Since I do not live in Wiley Hall, I need an escort to even enter. I waited by the lobby side door until one of the residents entered, and I asked her if she could escort me to ▮▮▮ room so that I could return the coin. She was not present in her room, so I turned it into her Resident Assistant (Christy Joehl) and promptly left. I do not know who escorted me. Prior to this, ▮▮▮ had never communicated any "ground rules" or wishes for me to stay away from her room. After she received the coin from her Resident Assistant approximately a week and a half later, she sent me a text message reading "You cannot just come to my dorm under any circumstances. If you need to give me something give it to me or put it in my box". This was the first time she had clearly stated anything of this nature.

*"You have displayed little control over your temper in front of ▮▮▮"* This is also untrue. I do not know where this even came from. I have been seen with ▮▮▮ by many people, all of which can witness against this, as I have never once lost my temper in front of her.

I believe that the following information is also important to show that I have been falsely accused by ▮▮▮

▮▮▮ and I had a sexual relationship from October to December. All sexually related activity immediately ceased following her suicide attempt on 13CDEC2016. She has told me that she was allegedly raped in the last year and a half in high school back in Colorado. She has also told me she attempted suicide at least twice in high school, one of which her parents walked in on. She had a frequent temper, something I think she tried to see reflected in me, hence the accusation. For example, as she is on the shooting team, she would practice with them several times a week. Nearly every time she would return from a practice, I would ask her how it went, to which she would nearly always give an angry reply or deflection.

She told me at the end of winter break that she contemplated running away from home and did not know if she wanted to return to Purdue.

"I want to run away"

"Like literally last night I drove an hour out of town before turning around"

On the night of her suicide attempt, I met her at her room in Wiley Hall and she acted extremely erratic. She destroyed her room by throwing objects everywhere, crying, and talking about how much she hated her life. She felt hopeless because she told me she hated her family yet missed home, did not think she even wanted to be in the Navy or at Purdue at all, and felt she was going to fail her finals that week and not be able to pursue her major. After I had finally calmed her down, she decided she wanted to go for a walk, to which I insisted on accompanying her, as I did not trust her judgement at the time. We walked to the parking garage by the armory on University Street, and went to the top. At this time I grew alarmed. She began to walk to the edge and tried for the next 45 minutes to convince me to allow her to sit up on the ledge. She progressed from a casual, carefree mood to crying and yelling as she struggled to do so. She argued that she had sat on the ledge previously, and she would be fine. She then argued that her friends would let her do it if they were present, to which I disagreed. After that she tried to convince me that even if she were to fall, it would not kill her or matter. I assured her it would kill her and held her from climbing up. She finally progressed to telling me that even if it did kill her, it wouldn't matter, and "God didn't care what happened to [her]". I finally was able to drag her down the stairwell back onto the sidewalk, and at that point she stopped struggling. On our way back to the dorms she was literally skipping and singing, as if nothing had happened at all. She never understood why I became so upset by this event, as she explained to me "It had nothing to do with you. You aren't part of the reason I wanted to kill myself". She never thanked me for that night and seemed to resent me for what I did ever since.

I reported ▇▇▇ to 2 different Resident Assistants (Dylan Sinks and Christopher Fox) in January for her actions from December, hoping it would allow her access to help. I also reported her to my Scholarship Advisor Leanne DeLosh. All of them filed reports with the university as a result. I also attended a QPR Suicide Prevention Training program on 16FEB2016 that I had learned about through NROTC. I did not report my attendance of this program to the unit, as my reasons for attending were personal, and I received a certificate for completing the course.

Despite this recent false claim that I sexually assaulted her in November, ▇▇▇ continued to date me into the month of January. This included frequent texting and calling over Winter Break. She also began dating an NROTC upperclassman within a few weeks of distancing herself from me, and she heavily communicated with him for about a month prior to "breaking up" with me.

PU 0668

This list of people can vouch for my behavior around ▮▮▮▮ and my character in general.



Seth Koester (Friend)        (812) 598-2512
Andrew McVey (Friend)     (812) 774-7180
Allison Poole (Friend)        (219) 508-0071

This list of people can vouch for my character in general.



Logan Stewart (Friend)      (513) 967-1971
Jacob Wallace (Friend)      (219) 309-4494
Rainer Neis (Friend)          (219) 707-6502
Nathan Courtney (Friend)  (219) 309-8647