```
                                                         Page 1

 1   IN THE UNITED STATES DISTRICT COURT FOR THE
 2   NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION
 3   --------------------------------------------------x
 4   JOHN DOE,
 5                       Plaintiff,
 6            V.                       No. 2:17-cv-33-JPK
 7   PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF
 8   TRUSTEES, MITCHELL ELIAS DANIELS, JR., in his
 9   official capacity as President of Purdue
10   University, ALYSA CHRISTMAS ROLLOCK, in her
11   official capacity of Purdue University, KATHERINE
12   SERMERSHEIM, in her official capacity at Purdue
13   University,
14                       Defendants.
15
16   --------------------------------------------------x
17
                             Videoconference
18
19                           December 4, 2020
                             1:30  P.M.
20
21
22
23   Deposition of ERIN OLIVER, held at the above time
24   and place, pursuant to Order, taken before a Court
25   Reporter of the State of Indiana.
```

```
 1              Byler.  I represent the plaintiff John
 2              Doe in the action John Doe vs. Purdue
 3              University and others.
 4        Q     May I first ask this question.  Have
 5   you been deposed before?
 6        A     I have.
 7        Q     Okay, are you familiar with the
 8   question and answer format?
 9        A     Yes.
10        Q     Okay, now have you done a Zoom
11   deposition before?
12        A     No.
13        Q     Okay. I will just very quickly say it
14   is basically the same, it is just you have to be
15   careful we don't talk over each other.  I will try
16   my best and you know you want to do this any ways,
17   it is important with technology.
18              Okay, is there any reason you can't
19   give full and complete testimony today?
20        A     No.
21        Q     Okay. Can you summarize your
22   educational backround?
23        A     I received a Bachelor's of Arts from
24   University of Notre Dame in 2005 in American
25   Studies and Anthropology.  I graduated Michigan
```

```
 1   State University College of Law in 2012 focusing on
 2   indigenous law policy.
 3       Q    After 2012, what did you do?
 4       A    Employed by Purdue University as an
 5   investigator.  I was an investigator with Purdue
 6   University in the office of --
 7       Q    Between the time you graduated from
 8   undergraduate in your law school was there
 9   employment that you had?
10       A    Yes, I worked at the University of
11   Wyoming as a recruitment and retention manager.  I
12   worked for Purdue University in Indiana as a Public
13   Relations Director.
14       Q    What was the first school year you
15   worked for Purdue University?
16       A    I came to Purdue in the Fall of 2012.
17       Q    2012/2013 school year?
18       A    Correct.
19       Q    Okay, now after you came to Purdue what
20   position or positions did you hold at Purdue?
21       A    When I was originally hired as
22   assistant director of conflict resolution then I
23   was promoted as an associate director of the office
24   and then as the director in 2016.
25       Q    When in 2016?
```

Page 7

1      A     June.
2      Q     What was your position in 2015/2016
3  school year?
4      A     I was the associate director.
5      Q     What was the name of the agency?
6      A     The Office of Institutional Equity.
7      Q     Does the Office of Institutional Equity
8  house the investigators for Purdue?
9      A     Yes.
10     Q     Okay. How long did you remain as,
11 Director of the Office of Institutional Equity?
12     A     I was the director until, the spring --
13 I want to say March, spring of 2019, and then I
14 moved here to Notre Dame and started here in June
15 of 2020.
16     Q     Your current position at Notre Dame is?
17     A     I am sorry 2019, I am the Assistant
18 Vice-President of Institutional Equity and Title 9
19 Coordinator.
20     Q     That role, what did you do?
21     A     I oversee equal opportunity in general
22 across campus so I do the affirmative action
23 programs.  I am the AJ Coordinator, Title 9
24 Coordinator, oversee internal.
25     Q     When you went to Purdue did you receive

Page 8

```
 1   any training in Title 9 administration or
 2   enforcement?
 3        A    Yes, we did minimally annual training.
 4        Q    Who provided that, to your best
 5   recollection?
 6        A    A variety of outside -- the National
 7   Association For College and University Attorneys, a
 8   Tech 7 -- Organizational 7.  A number of law firms.
 9   I can't recall all of those and some internal
10   policy training by the university.
11        Q    Okay, could you give a description what
12   is a TIKSA?
13        A    It is an Association of Title 9.  I
14   can't recall professionals so it is just an
15   organization ran by lawyers in the Title 9 field.
16        Q    Okay.  What was the purpose of the
17   training that you received in Title 9 matters?
18        A    To fully understand the legal
19   requirements of Title 9; interview techniques,
20   everything from legal writing to asking appropriate
21   questions relevant.
22             All the things kind of needed to fully
23   do internal investigation.
24        Q    Were you taught anything about getting
25   the story from both sides of a dispute?
```

Page 9

```
 1        A    Yes.
 2        Q    Okay what were you taught?
 3        A    The importance of fair and equitable
 4   unbiased investigation.
 5        Q    Did you receive any training in terms
 6   of trauma, of complainants?
 7        A    Yes.
 8        Q    What was that training?
 9        A    Neurobiology of trauma.  How brains
10   code memories, do not code memories, during
11   traumatic instances.  That is really, all I recall
12   from the trainings.
13        Q    Do you recall who provided that kind of
14   trauma training?
15        A    I believe there was a faculty member
16   from Michigan State University; Rebecca Campbell.
17   Videos and research that is the only one I recall
18   off the top of my head.
19        Q    You do recall Professor Campbell?
20        A    Yes, I believe she has been the
21   prominent person on that subject?
22        Q    Did you ever hear the phrase, Believe
23   All Women?
24        A    No, it is not familiar.
25        Q    Or, Believe All Women?
```