Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF INDIANA
 2                    HAMMOND DIVISION
 3                CASE NO. 2:17-cv-33-JPK
 4    JOHN DOE,                        )
                                       )
 5         Plaintiff,                  )
                                       )
 6         -vs-                        )
                                       )
 7    PURDUE UNIVERSITY, PURDUE        )
      UNIVERSITY BOARD OF TRUSTEES,    )
 8    MITCHELL ELIAS DANIELS, JR.,     )
      in his official capacity as      )
 9    President of Purdue              )
      University, ALYSA CHRISTMAS      )
10    ROLLOCK, in her official         )
      capacity at Purdue University,   )
11    KATHERINE SERMERSHEIM, in her    )
      official capacity at Purdue      )
12    University,                      )
                                       )
13         Defendants.
14
15              DEPOSITION OF JACOB AMBERGER
16
17    The ZOOM deposition upon oral examination of JACOB
      AMBERGER, a witness produced and sworn before me,
18    Clarice H. Howard, CCR-Ky, Notary Public in and for the
      County of Boone, State of Indiana, taken on behalf of
19    the Plaintiff, on Tuesday, August 25, 2020, scheduled
      to commence at 8:00 a.m., pursuant to the Federal Rules
20    of Civil Procedure with written notice as to time and
      place thereof.
21
22
23
24
25
```

```
                                                         Page 6

 1    Q    So you basically know the rules of question and
 2         answer?
 3    A    Yes, I do.
 4    Q    Now, we are doing it by ZOOM conference and so I do
 5         ask particularly, given this format, that we
 6         observe each other in terms of you waiting for me
 7         to finish my question, even though you may know
 8         where I'm going, and I will wait for you to finish
 9         your answer.
10              Invariably every now and then witness and
11         questioner will talk over each other a little bit.
12         But if I ever do that, I'll try to quickly stop.
13              Now, is there any reason today that you can't
14         give full and complete testimony?
15    A    No, there is not.
16    Q    Are you taking any medication that will affect your
17         testimony?
18    A    No, I am not.
19    Q    Okay.  Could you summarize your educational
20         background for the record?
21    A    Educational background, I received a masters of art
22         degree from Purdue in May of 1996.  Employment
23         background, shortly after I graduated, about a year
24         after I graduated from Purdue, I started employment
25         with the Indiana State Excise Police in June of
```

Page 7

| | | |
|---|---|---|
| 1 | | 1997.  I worked with the Indiana State Excise |
| 2 | | Police from June of 1997 to February of 2000. |
| 3 | | February of 2000 to April of 2003, I worked |
| 4 | | for the Delphi Indiana Police Department.  And then |
| 5 | | from April of 2003 to January of 2015, I worked for |
| 6 | | the Tippecanoe County Sheriff Department here in |
| 7 | | Lafayette, Indiana. |
| 8 | | And then from January of 2015 to September of |
| 9 | | 2019 I was an investigator in the Office of |
| 10 | | Institutional Equity.  And then in September of |
| 11 | | 2019 to present, I've been senior investigator in |
| 12 | | the Office of Institutional Equity at Purdue. |
| 13 | Q | So you're currently employed by Purdue as a senior |
| 14 | | investigator? |
| 15 | A | Yes, sir. |
| 16 | Q | Let me ask you, you went from law enforcement to |
| 17 | | being an investigator for the University, correct; |
| 18 | | that's the transition you made in 2015? |
| 19 | A | Correct. |
| 20 | Q | From the time that you started as an investigator |
| 21 | | at Purdue, did you take any training courses in |
| 22 | | investigative techniques? |
| 23 | A | Since I started at Purdue, yes, I have. |
| 24 | Q | I'm sorry, I didn't hear. |
| 25 | A | Since I started at Purdue, yes, I have. |

Page 8

1  Q  Do you recall who provided those training sessions?
2  A  Annually at Purdue, the director of the Office of
3     Institutional Equity along with the Vice President
4     for Ethics and Compliance conduct investigator
5     training. I've been through investigator training
6     that was hosted and presented by ATIXA, the
7     Association for Title IX administrators as well as
8     the National Center for Campus Public Safety.
9        I've been training through them, training
10    through Cozen O'Connor. I believe that's a law
11    firm out of Philadelphia. They were brought in by
12    the vice president for the compliance office.
13       I've also been through training -- I can't
14    think of the name off the top of my head. I
15    believe Miler Options. They were somehow
16    affiliated with the National Center for Campus
17    Public Safety, a couple of instructors through
18    there. They had their own short training session
19    that I also attended.
20 Q  Do you remember the name of that Philadelphia law
21    firm?
22 A  I think it was Cozen O'Connor.
23 Q  When you took the ATIXA training, what did that
24    training focus on in terms of what it taught?
25 A  That training focused on -- the first training that

```
 1         of notes which appear to go to page 71; is that
 2         true?
 3   A    Correct, yes.
 4   Q    Were these your notes of your interview of
 5        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6   A    Yes, they are.
 7   Q    And that occurred on April 28, correct?
 8   A    Correct.
 9   Q    Okay.  Now, on Bates stamp 72 going over to --
10        well, yeah, 74, is that a set of notes of another
11        interviewee?
12   A    Yes, they are.
13   Q    And that occurred on April 28, 2016 --
14   A    Correct.
15   Q    -- correct?
16   A    Correct.
17   Q    That occurred on April 28?
18   A    Correct.
19   Q    Can you identify from your notes who this interview
20        was of?
21   A    These would have been ▮▮▮▮▮▮▮ roommate, ▮▮▮▮ --
22        I cannot remember his name -- ▮▮▮▮▮▮▮ something
23        like that.
24   Q    ▮▮▮▮▮▮
25   A    Yes, that sounds about right.
```