Received from ▓▓▓▓▓▓ on Mon Dec 28, 2015 05:52 PM
Message : And you do you literally get up and leave without saying a word you do and I always tell you what's wrong or what's upsetting me and the fact that you don't understand that is not my fault I'm not going to spend an hour spelling out every single detail for you

Sent to ▓▓▓▓▓▓ on Mon Dec 28, 2015 07:35 PM
Message : I was in a concert

Sent to ▓▓▓▓▓▓ on Mon Dec 28, 2015 07:46 PM
Message : And you never tell me whats going on. It's always you being really vague by saying "everything" or "family" but usually you just say you dont want to talk about it. It is not at all fair for you to tell me that its my fault when you refuse to even talk to me. I have asked you multiple times if you want to talk and you always say no. Always. I try to understand, but you give me nothing then get angry when I have no idea what the problem is. And then you get upset and call me out whenever I dont respond to you, which is literally exactly what you do. Im afraid to even talk about things with you because whenever we disagree on something it becomes an argument, and I dont want to argue. You tell me that i have a short temper, but you are always angry whenever something goes wrong for you and you shut me out. You dont even try to change that. You tell me that communication doesnt help, yet whenever I dont talk to you you get pissed off at me. I don't know what it is you want, because whenever I try to help or improve the situation, it always ends up getting worse.

Received from ▓▓▓▓▓▓ on Mon Dec 28, 2015 10:21 PM
Message : That is not true I get mad when you won't just leave me alone about things when I don't talk about and I get mad when you just up and leave and when you pout and whine like a little child

Received from ▓▓▓▓▓▓ on Mon Dec 28, 2015 10:22 PM
Message : Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries

Sent to ▓▓▓▓▓▓ on Mon Dec 28, 2015 10:37 PM
Message : We already went over this several times. I cant even apologize any more because you get angry at me for it.

Received from ▓▓▓▓▓▓ on Mon Dec 28, 2015 10:38 PM
Message : No I get angry because you continue to do it and just say sorry you don't actually change Anything

Sent to ▓▓▓▓▓▓ on Mon Dec 28, 2015 10:56 PM
Message : Im not going in circles any more ▓▓▓▓  What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?

PU 0135

5

Received from ▮▮▮▮▮▮▮▮ on Mon Dec 28, 2015 11:20 PM
Message : To actually change it you're still doing the same things you did when we first started going out! You're not changing it you're not you just say you will and you don't

PU 0136

Received from ▓▓▓▓▓▓▓▓ on Thu Jan 14, 2016 11:52 AM
Message : That wasn't okay

Sent to ▓▓▓▓▓▓▓▓ on Thu Jan 14, 2016 11:53 AM
Message : ?

Received from ▓▓▓▓▓▓▓▓ on Thu Jan 14, 2016 11:54 AM
Message : You should've left after I fell asleep or woken me back up

Sent to ▓▓▓▓▓▓▓▓ on Thu Jan 14, 2016 12:00 PM
Message : ok

Received from ▓▓▓▓▓▓▓▓ on Thu Jan 14, 2016 12:03 PM
Message : And please don't touch me especially when I'm sleeping