PU 0392

| | |
|---|---|
| From: | Sharp, Joanna T |
| To: | Richardson, Kasey R; Greggila, Christopher S; Oliver, Erin N; Amberger, Jacob L |
| Subject: | Panel Meeting for ▮ - Monday, June 6, 2016 SCHL 206 |
| Date: | Tuesday, May 31, 2016 8:37:44 AM |

2:00 PM – 2:30 PM ▮

2:30 PM – 3:00 PM Investigators

▮ is sending in a statement and will not be in attendance.

*Joanna Sharp*
*Purdue University*
*Office of the Dean of Students*
*Assistant to the Dean*
*Schleman Hall, Room 207*
*475 Stadium Mall Drive*
*West Lafayette, IN 47907*
*765-494-1257*
*joannasharp@purdue.edu*

*"Mental illness is nothing to be ashamed of, but stigma and bias shame us all." Bill Clinton*

CONFIDENTIALITY NOTICE: This electronic message and any attachments included are intended only for the use of the person named in the address above, and may contain information that is confidential, proprietary, privileged, or exempt from disclosure under applicable law. This information is to be viewed only by the intended recipient(s). If you are not the intended recipient(s), or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any review, dissemination, distribution, copying, or taking of any other action relevant to the contents of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone, and delete your copy of the e-mail at once. Thank you for your cooperation.

EXHIBIT EE