

OFFICE OF THE VICE PRESIDENT FOR ETHICS AND COMPLIANCE

**CONFIDENTIAL**

**VIA ELECTRONIC MAIL**

June 28, 2016

[Email address intentionally withheld]

Re: Appeal

Dear

I received your messages of June 23, 2016, filed in accordance with Purdue University's Procedures for Resolving Complaints of Discrimination and Harassment (the "Procedures), in which you appeal the determination of Dr. Katherine Sermersheim, Dean of Students, set forth in her letter to you of June 14, 2016.

I have carefully reviewed your appeal, as well as Dean Sermersheim's letters to you and              of June 14, 2016. Because Dean Sermersheim's letters to you and              do not include her reasoning in reaching her determination that found you in violation of the University's Anti-Harassment policy, I am not able to issue my decision on your appeal at this time. For that reason, I direct Dean Sermersheim to revise her letters of June 14, 2016, to include the factual basis for her determination and the sanction imposed. I further direct that Dean Sermersheim provide you,              and me with her letters of determination no later than 9:00 a.m. (EDT) on June 30, 2016.

In light of the reissuance of Dean Sermersheim's determination, you may supplement your appeal and              may appeal Dean Sermersheim's revised determination. Such supplement or appeal must be in writing and received by me by Sunday, July 10, 2016.

Very truly yours,

*Alysa Rollock*

Alysa Christmas Rollock
Vice President for Ethics and Compliance

C:   Dr. Katherine L. Sermersheim

Ernest C. Young Hall, Room 1029 ⋅ 155 S. Grant Street ⋅ West Lafayette, IN 47907-2114 ⋅ (765) 494-5830 ⋅ Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

PU 0096

EXHIBIT HH