I ▅▅▅ ▅ was in a dating relationship with ▅▅▅▅ during the Fall 2015 semester and Spring 2016 semester this school year. We are both in the NROTC unit, and I did not know ▅ prior to our meeting through that. The allegations ▅ now brings against me are false and without merit. I do not know why these charges are being filed against me, and I can only speculate as to the intentions of such claims.

▅▅▅ claims that "*In or around November 2015, ▅ stayed the night in your room in Tarkington Hall. In the morning, ▅ abruptly woke up to you groping ▅ while ▅ was fully clothed.*" This is not true. The date to which ▅ is referring was in mid-December. ▅ only stayed in my room on several occasions. I asked ▅ to stay that night out of concern of ▅ emotional state. ▅ slept on our futon. I slept on the floor nearby and my roommate slept in ▅ bed directly above the futon. I woke up, and placed my hand on ▅ knee out of affection. This woke ▅ up, and ▅ immediately grew erratic and angry at me, leaving the room shortly after. I do not know why ▅ behaved this way. I do know that ▅ had attempted suicide several days before this. I was unsure of ▅ mental stability in the aftermath, which is why I asked ▅ to stay the night with my roommate and me.

"*You then told ▅▅▅ that during another night in November 2015, while you were staying the night in ▅▅▅'s room, you penetrated ▅ digitally while ▅ was sleeping. ▅▅▅ was not aware of this earlier incident and did not consent to the sexual contact. When ▅ told you that this upset ▅ you told ▅ you felt bad about the first time. Despite that, you still decided to have sexual contact with ▅ the second time while ▅ was asleep. ▅▅▅ was very upset and left your room.*" This is not true. I do not know where this came from. I have never had any sexual contact with ▅ while ▅ was asleep. I have never told ▅ that I had sexual contact with ▅ while ▅ was asleep.

"*In addition, you went through ▅▅▅'s underwear without ▅ permission.*" This is also not true. There were several occasions where I offered to help ▅ do loads of laundry because ▅ had complained about how it was going to take ▅ awhile, and I took that as a cue to offer help. ▅ seemed very grateful when I did that, and I never once went through ▅ clothes without permission.

"*You would also "joke" with your taser and at one point chased ▅▅▅ down the dorm igniting it threatening to taze ▅ You would jokingly mention that you tazed your roommate twice while ▅ was asleep.*" I do not own a taser. I own a stun baton, and have never once threatened ▅ with it. My roommate and I have used it on each other out of fun in the past, but I took it home over Winter Break and have not had it since. I never chased ▅ or made any attempt towards ▅ with this.



EXHIBIT 7

NSTC-0189
EXHIBIT JJ

"*After breaking up with you, you would still come to* ▮*'s room unannounced and without an escort.*" ▮ never formally broke up with me, just communicated less and less over time starting several weeks into the Spring Semester. I understood that ▮ was distancing ▮ and I respected that choice. I went to ▮ room on one occasion to return a challenge coin ▮ had left in my room the previous semester. I had just found it and decided to hand it to ▮ on my way over to Wiley Dining Court. Since I do not live in Wiley Hall, I need an escort to even enter. I waited by the lobby side door until one of the residents entered, and I asked ▮ if ▮ could escort me to ▮ room so that I could return the coin. ▮ was not present in ▮ room, so I turned it into ▮ Resident Assistant (▮) and promptly left. I do not know who escorted me. Prior to this, ▮ had never communicated any "ground rules" or wishes for me to stay away from ▮ room. After ▮ received the coin from ▮ Resident Assistant approximately a week and a half later, ▮ sent me a text message reading "You cannot just come to my dorm under any circumstances. If you need to give me something give it to me or put it in my box". This was the first time ▮ had clearly stated anything of this nature.

"*You have displayed little control over your temper in front of* ▮ This is also untrue. I do not know where this even came from. I have been seen with ▮ by many people, all of which can witness against this, as I have never once lost my temper in front of ▮

I believe that the following information is also important to show that I have been falsely accused by ▮

▮ and I had a sexual relationship from October to December. All sexually related activity immediately ceased following ▮ suicide attempt on 13CDEC2016. ▮ has told me that ▮ was allegedly raped in the last year and a half in high school back in ▮ ▮ has also told me ▮ attempted suicide at least twice in high school, one of which ▮ parents walked in on. ▮ had a frequent temper, something I think ▮ tried to see reflected in me, hence the accusation. For example, as ▮ is on the shooting team, ▮ would practice with them several times a week. Nearly every time ▮ would return from a practice, I would ask ▮ how it went, to which ▮ would nearly always give an angry reply or deflection.

▮ told me at the end of winter break that ▮ contemplated running away from home and did not know if ▮ wanted to return to Purdue.
   "I want to run away"

NSTC-0190

"Like literally last night I drove an hour out of town before turning around"

On the night of ▮ suicide attempt, I met ▮ at ▮ room in Wiley Hall and ▮ acted extremely erratic. ▮ destroyed ▮ room by throwing objects everywhere, crying, and talking about how much ▮ hated ▮ life. ▮ felt hopeless because ▮ told me ▮ hated ▮ family yet missed home, did not think ▮ even wanted to be in the Navy or at Purdue at all, and felt ▮ was going to fail ▮ finals that week and not be able to pursue ▮ major. After I had finally calmed ▮ down, ▮ decided ▮ wanted to go for a walk, to which I insisted on accompanying ▮ as I did not trust ▮ judgement at the time. We walked to the parking garage by the armory on University Street, and went to the top. At this time I grew alarmed. ▮ began to walk to the edge and tried for the next 45 minutes to convince me to allow ▮ to sit up on the ledge. ▮ progressed from a casual, carefree mood to crying and yelling as ▮ struggled to do so. ▮ argued that ▮ had sat on the ledge previously, and ▮ would be fine. ▮ then argued that ▮ friends would let ▮ do it if they were present, to which I disagreed. After that ▮ tried to convince me that even if ▮ were to fall, it would not kill ▮ or matter. I assured ▮ it would kill ▮ and held ▮ from climbing up. ▮ finally progressed to telling me that even if it did kill ▮ it wouldn't matter, and "God didn't care what happened to [▮] I finally was able to drag ▮ down the stairwell back onto the sidewalk, and at that point ▮ stopped struggling. On our way back to the dorms ▮ was literally skipping and singing, as if nothing had happened at all. ▮ never understood why I became so upset by this event, as ▮ explained to me "It had nothing to do with you. You aren't part of the reason I wanted to kill myself". ▮ never thanked me for that night and seemed to resent me for what I did ever since.

I reported ▮ to 2 different Resident Assistants (▮ and ▮) in January for ▮ actions from December, hoping it would allow ▮ access to help. I also reported ▮ to my Scholarship Advisor ▮. All of them filed reports with the university as a result. I also attended a QPR Suicide Prevention Training program on 16FEB2016 that I had learned about through NROTC. I did not report my attendance of this program to the unit, as my reasons for attending were personal, and I received a certificate for completing the course.

Despite this recent false claim that I sexually assaulted ▮ in November, ▮ continued to date me into the month of January. This included frequent texting and calling over Winter Break. ▮ also began dating an NROTC upperclassman within a few weeks of distancing ▮ from me, and ▮ heavily communicated with ▮ for about a month prior to "breaking up" with me.

03MAY2016