

OFFICE OF THE VICE PRESIDENT FOR ETHICS AND COMPLIANCE

CONFIDENTIAL

VIA ELECTRONIC MAIL

July 21, 2016

[Email address intentionally withheld]

Re: Appeal

Dear ■■■

In response to my letter to you of June 28, 2016, I received your message of July 11, 2016, wherein you provided me with additional information in connection with your appeal of the determination of Dr. Katherine Sermersheim, Dean of Students, set forth in her revised letter to you of June 29, 2016.

After careful review of your appeal, as well as (i) Dean Sermersheim's letter to you of April 11, 2016, notifying you of the University's decision to investigate allegations regarding your conduct toward ■■■ (the "Notice of Allegations"); (ii) your written response to the Notice of Allegations; (iii) the report of the University Investigators in this matter; (iv) ■■■ email message of June 5, 2016; and (v) Dean Sermersheim's letters to you and ■■■ of June 14, 2016 and June 29, 2016, I uphold Dean Sermersheim's determination and the sanctions imposed by her.

In reviewing the appropriateness of the sanctions imposed for your misconduct, I considered its effects on ■■■ educational environment and the threat posed to the safety of ■■■ and the University community. The seriousness of your misconduct supports the determination of Dean Sermersheim that suspension for a period of one full academic year and the other sanctions imposed are warranted.

Very truly yours,

Alysa Christmas Rollock
Vice President for Ethics and Compliance

C:   Dr. Katherine L. Sermersheim
     ■■■

Ernest C. Young Hall, Room 1029 · 155 S. Grant Street   West Lafayette, IN 47907-2114 · (765) 494-5830 · Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

PU 0716

EXHIBIT LL