**Sheppard, Adam P**

**From:** Sheppard, Adam P
**Sent:** Tuesday, May 03, 2016 9:14 AM
**To:** ███
**Subject:** RE: Update

MIDN ███

LT Redlawsk is the investigating officer that will be collecting information on the command's side. I think for now, she is waiting for the school to conduct its investigation. Regardless, she is the point of contact regarding any discussion related to facts about your case for the command. I have conveyed to her your intention to meet regarding your case, and she will be reaching out to you to set up a time. I'm not sure what her schedule looks like, so it may not be today.

R/
LT Sheppard

Adam Sheppard
Lieutenant | United States Navy
Purdue University Naval ROTC
███ | ███

**From:** ███ [mailto:███]
**Sent:** Tuesday, May 03, 2016 7:05 AM
**To:** Sheppard, Adam P <███>
**Subject:** Re: Update

Good morning sir,

The only questions I have would be regarding my case on the battalion side of things and a general timeline of events, if the dates given to me by the university end up accurate. I also wanted to update you on my case and provide some information I think you should know. My parents have urged me to have an attorney present, and if permissible I would like to have mine there. I have a final at 0800 this morning, but will be available from 1100 onward. Please let me know what time(s) work(s) best. Thank you.

Very Respectfully,
MIDN 4/C ███

**From:** Sheppard, Adam P <███>
**Sent:** Monday, May 2, 2016 6:58 AM
**To:** ███
**Subject:** Re: Update

MIDN ███

1
NSTC-0180
EXHIBIT MM