14 JUN 16

From: LT Megan R. Redlawsk, USN
To:   Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University

Subj: PRELIMNARY INQUIRY RECOMMENDATIONS SURROUNDING ALLEGATION OF SEXUAL ASSAULT MADE AGAINST MIDSHIPMAN 4/C ███████ USNR

Ref:  (a) CO NROTCUPU 5830 ltr of 05 April 2016
      (b) JAGINST 5800.7F, Chapter II - Section 0203
      (c) NSTC M-1533.2(ROD)
      (d) Purdue University Investigator Report of 20 May 2016
      (e) MIDN ███████ statement of 03 May 2016

1. Per reference (a), I have compiled the following summary of facts, opinions, and recommendations pertaining to the allegations of sexual assault made against MIDN 4/C ███████.

2. I have concluded that MIDN 4/C ███ did in fact engage in sexual harassment and assault specifically in the form of inappropriate and nonconsensual physical contact per references (d) and (e). Per reference (c), these actions violate established Naval ROTC policy, specifically section 3-19: Conduct/Aptitude Standards of Midshipman Performance, subsection 2.a Major Offenses, item (11) Sexual harassment/assault.

4. Per reference (c), section 6-9: Performance Review Board (PRB), subsection 3. PRB Required, item (c), I recommend that the Commanding Officer convene a PRB that will consider the actions, conduct, and aptitude of MIDN 4/C ███ for purposes of continuation in the program. I further recommend based on his actions and references (a) through (e) that MIDN 4/C ███ be disenrolled from the NROTC program.

M. R. REDLAWSK

NSTC-0168
EXHIBIT NN