DEPARTMENT OF THE NAVY

DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

1533
16 Jun 16

From: Commanding Officer, NROTC Unit, Purdue University
To:   MIDN 4/C

Subj: NOTIFICATION OF PERFORMANCE REVIEW BOARD

Ref: (a) NSTC M-1533.2 (ROD)

1. Pursuant to reference (a), a Performance Review Board (PRB) will be convened at 1000, 23 June, 2016 in the Unit Conference Room to make recommendations on your performance. Per reference (a), you are deficient in the following areas:

    a. Suspension from the universty.

2. You have the following rights with regard to these proceedings:

    a. The right to appear before the board.

    b. You may challenge a member of this panel for cause. The Senior Member of the board will make the final determination of a member's suitability to serve on this board. If you wish to challenge for cause the Senior Member of the board, I will determine the suitability.

    c. The right to submit a statement on your behalf.

    d. The right to present documents or witnesses on your behalf.

    e. The right to review, with your advisor, your personnel record.

3. The PRB may recommend that any of the following actions be taken. Ramifications of these actions are described in reference (a):

    a. No action.

    b. Warning.

NSTC-0015

ENCLOSURE (

EXHIBIT OO

Subj: NOTIFICATION OF PERFORMANCE REVIEW BOARD

    c. Probation.

    d. Leave of Absence.

    e. Disenrollment with Interim Leave of Absence pending final disenrollment from the Naval Reserve Officers Training Corps (NROTC) Program.

4. Contact your Company Officer for a counseling session prior to the board.

5. Your attendance at the PRB is strongly recommended, but not mandatory. If you elect not to appear at the hearing, you must notify the PRB in accordance with reference (a). The uniform for the hearing is Service Dress Blues.

6. You will be provided with a copy of the PRB Report of Proceedings with an endorsement. If you choose to dispute or respond to the findings of the PRB, you must do so within seven days of receipt of the Report of Proceedings.

R. HUTTON

2

ENCLOSURE (5)

NSTC-0016

EXHIBIT OO

| | |
|---|---|
| From: | Willstatter, Kyle |
| Sent: | Tuesday, July 26, 2016 1:08 PM |
| To: | ▓▓▓▓▓ |
| Cc: | Remaly, Craig M |
| Subject: | PRB Notification |
| Attachments: | PRB Change Documentation.pdf |

MIDN ▓▓▓

As the university has completed its process, your PRB is now scheduled for 1000 on Tuesday, 9 August in the unit conference room. Attached is your notification. Return your acknowledgement and privacy act statement signed to me.

I have included a waiver statement if you so choose, as allowed in section 6-9 of the ROD for, among other reasons, cases where the "Host institution denies the student continuation..."

If you **do** choose to waive your PRB, read paragraph 3 of the waiver carefully and ensure you fully understand the implications. Return the signed waiver (along with the acknowledgment and privacy act statement) to me **if (and only if)** you **do** intend to waive your right to a PRB as described in paragraph 3.

If you **do** not choose waive your PRB, **do not** return the signed waiver to me. Return the acknowledgement and privacy act statements **only**. Then show up at the designated time in uniform.

Any questions on procedures or rights, ask.

/r,

Kyle Willstatter
Lieutenant, USN
Purdue University NROTC
▓▓▓▓▓▓▓▓▓▓▓▓▓

7

EXHIBIT 90

Willstatter, Kyle

**From:** Willstatter, Kyle
**Sent:** Wednesday, June 29, 2016 9:32 AM
**To:**
**Subject:** RE: PRB Request

MIDN Horb,

Expect a PRB the week of 18 July. Paperwork will follow, most likely late next week, or early the week of the 11th. I plan on 1000 on that Thursday again (21 July). Let me know if that works, or propose a different time. Any day except for Monday 18 July, and not at 0900 on Thursday.

/r,
LT Willstatter

**From:** Alexander Eli Horb [mailto:
**Sent:** Thursday, June 23, 2016 10:51 AM
**To:** Willstatter, Kyle <
**Subject:** Re: PRB Request

Good morning Sir,

I have just submitted my appeal to the university for review. The deadline to do so is tomorrow. I do not know how long it will take to receive a final decision on the appeal, but based upon the speed at which the process has so far gone, I would expect it within 2 weeks.

I would prefer to have my PRB at the end of July.

Thank you.

Very Respectfully,
MIDN 4/C

**From:** Willstatter, Kyle <
**Sent:** Monday, June 20, 2016 10:07:14 AM
**To:**
**Cc:** Remaly, Craig M; May, Megan R
**Subject:** RE: PRB Request

MIDN

The CO is willing to wait for the resolution of your appeal. Get back to me with a timeline of when you are submitting the appeal, and when you expect resolution. Also give me a new date that works for you. Anytime next week, or 5-7 July. If not by then, it will be at the end of July.

Be sure to provide LT Redlawsk copies of your appeal, and the resolution of your appeal once submitted and received.

/r,
LT Willstatter

8

EXHIBIT 60