**Willstatter, Kyle**

**From:** Willstatter, Kyle
**Sent:** Tuesday, July 26, 2016 1:08 PM
**To:** ▮
**Cc:** Remaly, Craig M
**Subject:** PRB Notification
**Attachments:** PRB Change Documentation.pdf

MIDN ▮

As the university has completed its process, your PRB is now scheduled for 1000 on Tuesday, 9 August in the unit conference room. Attached is your notification. Return your acknowledgement and privacy act statement signed to me.

I have included a waiver statement if you so choose, as allowed in section 6-9 of the ROD for, among other reasons, cases where the "Host institution denies the student continuation..."

If you **do** choose to waive your PRB, read paragraph 3 of the waiver carefully and ensure you fully understand the implications. Return the signed waiver (along with the acknowledgment and privacy act statement) to me **if (and only if)** you **do** intend to waive your right to a PRB as described in paragraph 3.

If you **do** not choose waive your PRB, **do not** return the signed waiver to me. Return the acknowledgement and privacy act statements **only**. Then show up at the designated time in uniform.

Any questions on procedures or rights, ask.

/r,

Kyle Willstatter
Lieutenant, USN
Purdue University NROTC

7

NSTC-0159
**EXHIBIT PP**