## APPOINTMENT TERMINATION
## DISENROLLMENT AUTHORIZATION

From: Commander, Naval Service Training Command
To: Midshipman Fourth Class ▮▮▮ USNR, ▮▮▮
Via: Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University

1. The Secretary of the Navy has approved the recommendation for the termination of your appointment as Midshipman, Naval Reserve by disenrollment from the Naval Reserve Officers Training Corp (NROTC) Program for the following reason(s):

| REASON FOR DISENROLLMENT/TERMINATION | CODE | EFFECTIVE DATE |
|---|---|---|
| DROPPED BY INSTITUTION | 91LL | 29 Aug 2016 |

2. In accordance with the agreement you executed upon entering the NROTC Scholarship Program, you will now:

[ ] Be disenrolled from the NROTC Program and revert to your enlisted status currently held in _____.

[✓] Be disenrolled from the NROTC Program and discharged from the naval service.

[ ] The Secretary of the Navy has directed that you reimburse the government for educational assistance received as per your NROTC scholarship service agreement.

3. Provided you discontinue scholastic instruction at this educational institution and if you qualify, you may be entitled to an allowance for travel from this institution to your home of record at the time you were accepted in the NROTC Program in accordance with Joint Travel Regulations.

4. The disenrollment, when affected, shall be reported by an appropriate entry in the Officer Candidate Accounting and Reporting System.

SIGNATURE: R. K. WOOD, Director of Officer Development     By direction [signature]     DATE: 9/25/16

### FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University
To: Midshipman Fourth Class ▮▮▮ USNR, ▮▮▮

1. Delivered

2. Officials of the educational institution to which this NROTC Unit is attached have stated that you [ ] are [X] are not continuing scholastic instruction at the institution at other than government expense.

3. Your official records indicate that your home of record at the time of acceptance was: ▮▮▮ City, State

4. Accounting data for travel to your home of record is provided below if you are entitled to an allowance for travel from this institution.

| APP | SUBHEAD | OBJ CL | BL CONT | SA | AAA | TC | TANGO NO. | COST CODE | EST CODE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

SIGNATURE: [signature]     DATE: 11/4/16

NSTC 1533/124 (07-11)

NSTC-0001
**EXHIBIT RR**