## NAVAL RESERVE OFFICERS TRAINING CORPS STUDENT DISENROLLMENT RECOMMENDATION

From: Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University

To: Commander, Naval Service Training Command (OD4)

Via: Commander, Naval Service Training Command

Subj: NAVAL RESERVE OFFICERS TRAINING CORPS PROGRAM DISENROLLMENT RECOMMENDATION

NAME: ████████████          SSN (Last Four): ████

### PROGRAM INFORMATION

**Scholarship**
- [ ] MSISR
- [✓] National
- [ ] Nurse
- [ ] MECEP
- [ ] OD-Controlled
- [ ] PNS Leadership
- [ ] Tweeddale
- [ ] STA-21

**College Program**
- [ ] Advanced Standing
- [ ] Basic

**Years**
- [ ] 4
- [ ] 3 1/2
- [ ] 3
- [ ] 2 1/2
- [ ] 2
- [ ] 1 1/2
- [✓] 1

**Program Option**
- [✓] Navy
- [ ] Marine

### STUDENT DATA

Class Year: 2019

Enroll Date: 20AUG2015

Do you have service obligation? [ ] Yes [✓] No

Student Received ____ Quarters  2 Semester

Obligation Date: _____

Est Commission Date: 10MAY2019

EOS (Reserve Date): N/A

Total Tuition $_____

### PRIOR ENLISTED SERVICE

EAOS (If applicable): N/A

### STUDENT BACKGROUND

Highest Battalion Position Held  SQUAD MEMBER

#### ACADEMIC GPA

|  | 1st | 2nd | 3rd | CUM |
|---|---|---|---|---|
| Freshman | 2.47 | 2.11 |  | 3.17 |
| Sophomore |  |  |  |  |
| Junior |  |  |  |  |
| Senior |  |  |  |  |
| Fifth Year |  |  |  |  |

#### APTITUDE GPA

|  | 1st | 2nd | 3rd | FG |
|---|---|---|---|---|
| Freshman | 3.33 |  |  |  |
| Sophomore |  |  |  |  |
| Junior |  |  |  |  |
| Senior |  |  |  |  |
| Fifth Year |  |  |  |  |

Number and Type:

LOA _____

Academic _____

Probation _____

Warning  1 Academic

### DISENROLLMENT RECOMMENDATION

- [ ] Academic (Attach transcript with PNS certification for all academic/aptitude disenrollments)
- [ ] Inaptitude/Unsuitable (Ensure prejudicial statement attached)
- [ ] Disciplinary (Ensure prejudicial statement attached)
- [ ] Physical (Ensure BUMED letter endorsed by NSTC is attached)
- [ ] General: _____
- [✓] Other: Dropped by Institution
- [ ] Special: _____
- [ ] Drop On Request: _____
- [ ] Death [ ] In the line of duty   [ ] Not in the line of duty

RECOMMENDED ATTRITION CODE
91LL

EFFECTIVE DATE

Page 1 of 2

NSTC 1533/122 (07-11)

**EXHIBIT SS**

ENCLOSURE

## NAVAL RESERVE OFFICERS TRAINING CORPS STUDENT DISENROLLMENT RECOMMENDATION (cont.)

### EVALUATE FUTURE ACCEPTABILITY FOR OFFICER PROGRAMS

- [ ] Highly Recommend
- [ ] Average Candidate
- [ ] Should NOT be considered without weighing "need of service" against reason for disenrollment
- [ ] Recommended if physical defects are corrected or if defects are not disqualifying for other reasons
- [x] Definitely NOT recommended (Must provide justification)

### STUDENT STATEMENT

I understand that disenrollment for disciplinary or aptitude reasons may be prejudicial to my interest should I apply for future officer accession programs.

If given the option, I would choose (select one): [ ] Active Enlisted Service    [ ] Repay Tuition

to resolve my indebtedness to the U.S. Government for participation in the NROTC Program. I understand my choice is binding and that I will not be allowed to change at a later date. I also understand that the final determination will be based on the needs of the Department of the Navy as determined by the Secretary of the Navy.

| MIDSHIPMAN SIGNATURE | DATE 25AUG2016 |
| --- | --- |

### PNS REMARKS

(Must include repayment recommendation)

See attached PRB report. MIDN ▮ was disenrolled prior to his obligation point and is not required to repay tuition.

| PNS SIGNATURE R. HUTTON, CAPT, USN | DATE 29Sept16   29 Aug 16 |
| --- | --- |

STC 1533/122 (07-11)

Page 2 of 2