

**DEPARTMENT OF THE NAVY**

DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

```
                                                    1533
                                                    15 Jan 16
```

From: Commanding Officer, NROTC Unit, Purdue University
To:   MIDN 4/C ███████████████  USNR

Subj: PLACEMENT ON ACADEMIC WARNING

Ref:  (a) NSTC M-1533.2 (ROD)

1. You are being placed on Academic Warning through the end of the Spring 2016 semester for failing to maintain NROTC program academic standards. You are deficient in the following area outlined in reference (a):

    a. Failure to meet the minimum program semester GPA standard of 2.50, having earned a 2.47 GPA for the Fall 2015 semester.

2. As terms of your Academic Warning, you must:

    a. Attend weekly meetings with your Company Officer.

    b. Participate in at least eight hours of supervised study per week.

    c. Meet all applicable program standards by the end of the Spring 2016 semester.

3. Failure to make academic progress is cause for convening a Performance Review Board with disenrollment a possible outcome. Meeting NROTC standards will remove you from this status.

4. My staff and I remain available to provide you any assistance necessary to assist you in realizing your goal of becoming a Naval Officer. I am hopeful you will work hard to improve your academic standing.

                                           R. HUTTON

Copy to:
Company Officer
Student File

NSTC-0156
**EXHIBIT TT**