# PURDUE
UNIVERSITY.

**ACADEMIC TRANSCRIPT**

**Record of:** ▮

**Current Name:**

**Issued To:** Legal Counsel

**Control :**

**Date Issued:** 16-JUL-2019
**Level:** Undergraduate

EXHIBIT UU    PU 0623

PU 0624