I am out of the office today and will be back tomorrow. If you would like to meet, let me know a time that works for you. Also, let me know via email what questions you have so I can come prepared to answer, in case I don't know them off the top of my head.

I will let you know the meeting location.

R/
LT Sheppard

On Apr 29, 2016, at 12:51 PM, ▮▮▮▮▮ <▮▮▮▮▮> wrote:

> Good afternoon Sir,
>
> Overall I'm just doing my best to make it through next week with acceptable grades in all of my classes. I have a total of 4 finals, 2 of which are take home papers (NS 213 and CGT 101). The other 2 finals are Russian 102 and CGT 110. My NS 213 paper is due Monday, 02MAY2016 and my CGT 101 paper is due Wednesday, 04MAY2016. My Russian Final is on Tuesday, 03MAY2016 and my CGT 110 Final is on Saturday, 07MAY2016. Many of my classes do not submit grades until finals week or later, leaving me to guess what those grades will be. That being said, here are the grades I know/anticipate for each class.
>
> RUSS 102: C
> CGT 110: C
> CGT 101/118: C
> NS 213: B+/A-
>
> I would like to also schedule a meeting next Monday or Tuesday if at all possible. Please let me know. Thank you.
>
> Very Respectfully,
> MIDN 4/C ▮▮▮▮

---

From: Sheppard, Adam P <▮▮▮▮▮
Sent: Tuesday, April 26, 2016 9:34 AM
To: ▮▮▮▮▮
Subject: Update

MIDN ▮▮▮▮

Send me an update on how your classes are going. Give me an estimated/anticipated grade for each. Also, list out what classes you have finals for, and when they are. Any questions, don't hesitate ask.

R/
LT Sheppard