# TAYLOR UNIVERSITY

```
         ID:  [REDACTED]                    Date of Birth: [REDACTED]              Date Issued: 26-MAR-2020

  Record of:  [REDACTED]                                                                  Page:  1
  Issued To:  Tyler L.  Jones, Stuart & Brani
              300 Main Street
              Suite 900
              P.O. Box 1010
              Lafayette, IN 47902
```

EXHIBIT XX                    TAYLOR047

TAYLOR048