

SD-003976 | Salesforce

https://tayloru.lightning.force.com/lightning/r/sdv_student_care_co...

(SDV) Student Care Contact
**SD-003976**

Edit   Delete   Clone

| Record Type | Staff Member | Status | Date and Time | Access Level |
|---|---|---|---|---|
| Student Development Contact | Scott Barrett | Open | 12/13/2017 4:30 PM | Level 2 (Internal) |

TAYLOR040