Page 1

1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF INDIANA
2                     HAMMOND DIVISION
3              CIVIL ACTION NO. 2:17-cv-33-JPK
4    JOHN DOE,                      )
                                    )
5           Plaintiff,              )
                                    )
6              -vs-                 )
                                    )
7    PURDUE UNIVERSITY, et al.,     )
                                    )
8           Defendants.            )
9
10            REMOTE DEPOSITION OF NOEL PERRY
11
12

         The deposition upon oral examination of
13    NOEL PERRY, a witness produced and sworn before me,
      Janine A. Ferren, RPR, CRR, CSR-IL No. 84-4852,
14    Notary Public in and for the County of Hamilton,
      State of Indiana, taken on behalf of the
15    Defendants, in Valparaiso, port County, Indiana, on
      the 5th day of February 2021, at 1:02 p.m.,
16    pursuant to the Federal Rules of Civil Procedure
      with written notice as to time and place thereof.
17
18
19
20
21
22
23
24
25

EXHIBIT ZZ

Page 24

```
 1   Q   And realizing this is some time ago, what
 2       generally do you recall about his answer?
 3   A   What I recorded in my notes.  That was all that
 4       he said.
 5   Q   He said he didn't feel he needed to work?
 6   A   That's correct.
 7   Q   Do you have an understanding what he meant by
 8       that statement?
 9   A   Not at that point.
10   Q   Did he clarify whether he meant he didn't need
11       to work because he had his parents' roof over
12       his head and meals on the table, or some other
13       meaning of needing to work?
14   A   It was a brand-new relationship.  I can only
15       report what happened that day.
16   Q   Something he said caused you to write that he
17       was refusing work.  Was there a discussion that
18       he had been offered work or asked to find work
19       and refused to do so?
20   A   No.  Refusing work is one of the choices on a
21       drop-down menu.
22   Q   What is that choice supposed to capture?
23   A   That the client is choosing not to work at this
24       point in time.
25   Q   So in other words, not a lack of access to work
```

Page 25

1        or an incapacity to work, but just a choice not

2        to work?

3    A   I didn't know at that time.  All I know is he

4        indicated that he was not working and didn't

5        feel he needed to.

6    Q   You understood "didn't feel he needed to" as an

7        expression of his choice?

8    A   All I can tell you is what he said that day.

9    Q   In Defendant's Exhibit 2, you have a number of

10       other notes about the session.  Are all of these

11       fields populated with drop-down menus?

12   A   On the first page labeled 177, up to "Additional

13       Information," everything above that is a

14       drop-down.  And there's space to add additional

15       note with every drop-down.

16   Q   Under "Additional Information" you wrote, quote,

17       Client was focused on defending everything he

18       said with highly intelligent complex answers,

19       unquote.

20            What did you mean by that?

21   A   In our profession, we have a term that is

22       "resistance."  If a client is not comfortable,

23       doesn't trust, is not interested or motivated in

24       the process of counseling, they become very

25       resistant.  So he would have an explanation of