Date:
Topic:
Meeting Objectives:

Attendees:
4/14/16  9am
Eno
MB
+friend
Young 1039

Notes: freshman, Colorado biology/pre-med
Fall '15                    NROTC

- met in ROTC, helping w/ uniform; work out together
   └ BGR
   - dating ~ Sept '15 or late Aug '15
   - dated ~ 2 mths - 3 mths
- 1st: great
   - started to clingy
      - stay in room when she went to class
      - always want to come over
   - had a temper
      - common thing: get text, say late for something & he would yell & curse
   - never directed toward her
   - she would leave, not want to be around her
      - AH: why? why can't you just stay?
      - clingy

- she said needed space, drifting apart
   - he always wanted to come over or come to his place
- she went to his room to watch a movie (end of Nov '15)

Action Items
he has          - she fell asleep; roommate asleep
roommate       - woke up to him touching her; hand between legs, over clothes
she does        - she left; told him later she didn't appreciate
not            - kl on futon, AH lying on floor
(Indiana)       - hand up touching her

PU 0060

EXHIBIT AAA

- AH texted "are you ok?" same day
- met up later & went to his room to talk about it (few days later) for lunch
- dinner: normal conversation
- room: AH: normal business
  - KL: are you going to apologize
  - AH: yeah I feel bad
    - didn't know what was on his mind
  - KL: you haven't done that b/4 have you
  - AH: well I felt bad
  - incident: he was touching her (fingering her)
    she woke up & thought having a bad dream
    - she doesn't remember incident
- KL left
  - AH: "ok" & walked her out

- after: texted for a week or so
  - AH got angry
    "I said I'm sorry, what more do you want me to do?"
  - "forgive me. I didn't know what I was doing"
  - later: "Why can't you get over it, I said I was sorry"

- this semester
  - AH would always "be there"
    - be places she was going
  - AH spoke w/ her RA, "can't find ▮, can you give her this" (end of Jan '16)
    - a bottle opener
    - she told him no reason to be on her floor & leave her alone
    - he told her the same
    - while dating he would show up at her room unescorted
  - while dating → 1 time he went into unlocked room & rearranged
  - last semester her entire room including clothes

PU 0061

**Date**

**Topic**

**Meeting Objectives**

kl

**Attendees**

②

**Notes**

- she told him he can't
  - AM "It's fine"
  - RA has told him as well, not on floor unescorted
  - ✓⭐ Christy

- this semester
  - see at ROTC, tried to keep minimal contact
  - outside ROTC, avoids contact

- "be there"
  - rifle practice in Armory, then class
    - she would go to a lounge
    - AM would be there
      - 4-7pm hours
    - few weeks he stopped being there
    - she would catch him staring
      - made her uncomfortable
      - "intimidating"
    - no reason to be there unless chose to study there

- taser
  - asked if had taser - she said yes, pulled out & pretended to tase (it wasn't charged)
  - roommate told her — he has tased his roommate 2x's while he slept
  - messing around she picked up his taser & didn't realize it was charged, set down
  - he picked up & chased down hallway acting like would tase
    - was active, clicking

- spoke w/ roommate
  - roommate "baffled" why he would

- last contact
  - at breakfast ~ 4 whs ago
  - put stuff down, saw sitting by him
  - went to more & he stood there
    - "Hi ▓▓▓ hows it going"

- why now
  - he doesn't respect other people ▓▓▓
  - would borrow a friends car
    - brag about getting car up to 100 mph
  - walk into others room in middle of night & take what he needed

- AM talk about feeling empty inside & doesn't care about anything

- AM close to other freshmen in ROTC

- when together it was "awful"
  - ROTC stuff
  - seperate now so good

⊘ ▓▓▓▓▓ , nuclear engineering, undergrad

- KL told her had issues w/ someone
- later AM at PT, AM made comment & stared at her
  - she thought "I bet its him"
- saw KL sitting by AM & not saying anything
  - unusual for her

Date

Topic

Meeting Objectives

Attendees

③

KL

Notes ▪ ▪

▪ freshman, didn't like him, thought he was weird

↓friend

- at 1st: charismatic, manipulative
  - puts on front "best of the best"
  - twists stories
  - over confident

- outcome
  - not ruval ofc, but ruin his life
  - know actions have consequences

- talking about incident
  - never mentioned her acting like wanted it
  - "we've done stuff 5/4"
  - "I don't understand why you're upset"

Action Items

**Date**

**Topic**

**Meeting Objectives**

Christy
Christine Joehl

**Attendees**

4/18/16
3:30 pm
4:00 pm

**Notes**

Senior retail management MMS
May '16

- 1st yr RA: Wiley Hall

- ▮▮▮ on floor all year
- has met AH ▮▮▮
  - in passing; good impression
  - always friendly
  - a few times unescorted (1-2 x's)
    - knew him by then, so told him could not be unescorted
    - "Oh, ok"; brushed it off
    - told each time needed to be escorted

- 1st told CJ about ▮ issue
  - told broken up (end of 1st semester, maybe)
  - later went & told her CJ would be contacted by OIE
    - recently put wk
    - stalking ⎫ told undergoing investigation against him this semester
    - sexual assault ⎭
  - didn't go into details  - said already filed report
    - b/cuz invest already

**Action Items**

- did notice change in behavior in KL
  - seemed "down" at end of semester; KL "stressed" b/cuz pre-med
  - start at spring semester in a good place
    - happy; said breakup put her in a better place

- does not see often b/cuz ROTC & studies

PU 0065

AH: seemed very polite
- surprised by break up
- seemed to care about KL a lot

- this semester
  - KL seemed to be doing good
  - it has "been a lot" but doing good
  - needed to report to prevent from happening to someone else

Wiley swipe cards (side note)
★ - men can use cards to swipe into Women's side
  - unk if only Wiley residents can or all

- she was told ▓▓▓ outside Wiley, not supposed to be there
- Thursday last week (or Weds)
- not found by CJ, went outside to look & didn't find

**Date** _____

**Topic** _____

**Meeting Objectives** _____

[REDACTED]

**Attendees**
Yong 1039
4/28 9am
END
Steve Knecht

**Notes** Freshman, Comp Graph Tech; NROTC
switching to MET Fall '16  { Valpo originally
COOO over summer

---

- met thru NROTC
  - early in Fall '15 semester
  - 2-4 wks between meeting & dating
    - liked each other
  - dating early Sept '15

- Why: speculate b/cuz don't know why
  - things in her past
  - early-mid-Jan stopped talking
  - still maybe suicide attempt in December
    - never same after that
    - KL said stress from school
      - unk if passing class
    - no other time she mentioned or attempted suicide
      - other than mentioning HS attempts

- touching; several days after suicide attempt
  - KL on futon, AH on floor

**Action Items** - reached up & put hand on knee; just above knee
  - KL woke up; antsy & upset; KL left; never said anything b4 leaving
  - never talked about it after

- later KL "I don't like it when you touch me when I sleep."

PU 0067

- never told kL that he touched her b/4
  - never put hand on her b/4 why sleeping

- looking thru stuff
  - only time contact w/ laundry was when he helped her
    kL "This is going to take me awhile"
    - AH took as call to help

- move room
  - kL talking about moving her furniture
  - AH spoke w/ RA if he could move her furniture while kL gone; RA said yes; RA let him in ~1 wk later
  - kL surprised & happy
  - b/4 suicide attempt
    early–mid Nov

- stun baton: had while on campus, had shipped here
  - would jab roommate w/ it & roommate shock him
  - showed it to kL pressed switch
  - never had kL joke w/ him
    - she had her own that was also a flashlight

- break up
  - shaky end Nov – early Dec
  - kL more irritable
  - after Winter Break
    - kL talks to him less
    - not hang out w/ him
  - in Jan he went to her room to watch Netflix (she invited)
    - kL fell asleep & he did too
    - woke up kL upset
      - sent text "You should have left"

Date

Topic

Meeting Objectives

All

Attendees

Notes

- he thought still dating, she started to act like never in a relationship
- would call each other b/f or g/f in public
- AH never in a serious relationship b/4 so took longer for him to realize it was over

★ [REDACTED] junior ROTC KL dating now

- shooting team
   - he would ask how it went throughout relationship
   - KL upset "I didn't shoot well"

- temper
   - feels that she is deflecting her own temper when upset
   - AH does get upset
       - when upset talk less, may curse; shorter w/ people

- he did tell staff about KL suicide attempt
   - didn't want to jeopardize KL scholarship
   - told a friend RA → moved up from there    → friend ★ [REDACTED]
   - never told KL he reported                       freshman tank
                                                                    - knows KL

- to room unescorted only once
   - drop off or way to eat
   - never asked to stay any
   - no contact prior or reach out prior

Action Items

PU 0069

- kept relationship quiet w/ ROTC
  - most witnesses were part of ROTC interactions
  - very little outside ROTC witnesses

---

- came over quite a bit to his room, only stayed 2 x's
  - I being in complaint

- 15-20 x's in her room he stayed
  - kL no roommate
  - went to her room often

---

- texts
  Jan 14-15, 2016
  - both fell asleep in room, "you should have left"
  - "touching her": being more distant at that time so thought less contact w/ him

  Dec 28-29, 2015
  - AM "violated you"
    - violated her trust b/cuz didn't tell her something
  - "apologize any more"       - lying about class
    - for touching b/cuz it upset her        project, put off
  - violated: also for touching                his to help her
  - kL upset
    - say be there in 45 mins, took an hour & she was upset
  - "short temper"
    - get upset & be quiet; kL would get upset at that
    - he wouldn't talk about it right away

**Date** ___
**Topic** ___
**Meeting Objectives** ___

AH

**Attendees** ___

③

**Notes**

Dec 23
- "Sorry for what I did to you"
  → touching
    - KL still upset about it
    - ? lying about putting off his projects to help her

⭐ Texts
  page 1 is the newest; page (last) is start of texts

- upset about challenge coin
  - couldn't figure out why upset
  - started to respond to her texts in poetry form

- over Spring Break
  - text accused of damaging room (door)

March 15: ~~pu~~ amount she had to pay for damage he caused when reorganizing her room

**Action Items**

PU 0071

Date _____
Topic _____
Meeting Objectives _____

Attendees: Young (039)
4/28/16  3:30 pm
EU

Notes: Freshman; Comp Sci

- ███: his roommate
- HS together (Valpo)
  - met freshman yr friends senior year
  - roommate at Purdue
- ███: did not until this year
- would hang out in their room
  - watch TV
  - normal talking

- AN would share details arguments
  - "conflicting logic"
- concerning
  - seemed unstable; her mortality; focused on grades
  - attempted suicide
    - told him b/4 end of 1st semester
    - AN vented about it, he couldn't focus on his schoolwork

- EU asked if dating; AN said yes; quiet from NROTC
  - tried to why it not a big deal
  - AN 1st relationship

Action Items
- ending: talked less & then stopped talking
  - started to concentrate on ROTC & school
  - nothing obsessed w/ break up or upset

PU 0072

- did talk about allegations
  - touching
    - was asleep in his bed, alarm woke, saw KL leave
    - she had stayed the night

  - taser: purchased b/cuz someone messing w/ their window
    - they did shock each other "a couple of times"
    - did show KL baton in Hallway
      - turned on; KL said "Don't do that"
      - not chased
        → stopped b/cuz "got old"
    - consensual: one time EU was asleep AH shocked & AH was shocked by EU
      - ↑ when alarm didn't go off — talked to KL after she saw taser, EU told her one time shocked him he was annoyed b/cuz EU class was cancelled & AH didn't know that

- KL: seemed friendly
  - normal talk

- shocked & annoyed by allegations
  - not like him
  - hard worker in ROTC

- AH has poor relations w/ ROTC guy ▮
  - KL currently dating him
  - others in ROTC think he is disrespectful to others

- AH: bold; has his opinions on everything
  - easy to meet new people
    - not an introvert
  - picks up on what people are saying if vague

texts: being engaged in college; general idea, no plans
  - AH: bad idea, loose opportunities; financial burden
  - KL: so many people do it & they do fine

PU 0073

Date
Topic
Meeting Objectives

Attendees

②

EU

Notes

- never saw them argue
- AM upset
    - doesn't raise his voice
    - if late for class
        "Ugh why me"
        "Why didn't you wake me?"
    - but never yell or raise voice

Action Items

PU 0074

Date

Topic

Meeting Objectives ███████████████

Attendees

Yong 1039

4/29/16  9:30 am

ENO

Notes: Freshman, ROTC, Pol Sci/History

- friend's b/f is "weird"
  - kL told her that, went to her & told

- met kL this yr; met 1st
- other party also in ROTC; talk to him after started to date

~2 wks b/4 broke up came to her
  - b/4 end in last semester (maybe Nov)
  - kL always say AH is very immature
    - sleeping in same bed, he would wake up & want to have sex & she wouldn't have it
    - "couple of occasion"
    - "surprise her" by waking up

- lost contact w/ kL ; "got text out of the blue" saying broke up w/ AH
- KL told her AH was in his 1st relationship

- KH :. feeling AH "immature"
  - weird sense of humor
    - "crosses the line" - sexism, racism

Action Items
  - in small groups he knows it wouldn't offend
  - in GroupMe messages : kL created group
    - no longer have. AH & another male went to for w/ another ROTC
w/in last 2 wks
  - kL went to ROTC & AH punished (████████)
    - went to her boyfriend
    - was in a position of power at the time

PU 0075

- punishment meted out by students on students
    - by company exec ofcs

- gets sense AH is "different" "not all there"

- kL: - no issues at 1st
    - lately a bit "self-rightousness"
    - very straight forward & direct w/ things

- current b/f: - happy where she is now
    - no dating rules but kind of unwritten rule

- kL went on Thanksgiving Break w/ KH
    - took break from each other
    - clingy after that towards her; talk a few times
    - did n't talk about AH much over break

- told broke up; then few whs later told about waking up for sex
    - said got him to stop; but more than once happened

- only heard kL side; nothing stands out

- weird AH: seems awkward but nothing uncomfortable

PU 0076