**Date**
**Topic**
**Meeting Objectives**

Christopher Fox

**Attendees** Wong 1039
5/2/16
4pm

**Notes** senior, Dec '16; Comp Info Tech

▮ on Fall '15
 - no issues

- filed report
  = AN disclosed suicidal ideation & prior sexual assault on his ex-g/f ▮
  - no name given to him

- last semester had girl over
  - unk who she was; never talked to her; nothing memorable

- AN told him about invest as well; told sexual harassment complaint
  - looking for advice from CF

- AN: confident individual; sure of himself
  - can come across as arrogant
  - not oblivious
  - "good guy"

**Action Items**

PU 0077

Date:
Topic:
Meeting Objectives:

[redacted]

Attendees: Yung 1039

5/3/16  10am

Notes: junior May '17; ME, history & naval science minor

[redacted] → met thru NROTC orientation
[redacted]: talked in depth during orientation
  - few wks later more indepth
  - talking in lounge; interests (mutual)

- Interactions KL & AH
  - "awkward"
    - walking together, space between them
  - Thanksgiving KL more agitated w/ AH
    - no reason why more agitated

- suspected dating b/cuz interactions
  - asked if dating AH, KL said no
    - later said she was dating him

- agitated → clingy
  - lying: say busy & so out w/ friends
    - upset KL

- Actually hung together
  - 2 times
    - 1 time they did not see him
    - 2 "    "   should have seen him

- Suspect: walking together on campus
  - KL mentioning her boyfriend

PU 0078

- never talked to AH about their relationship
- all conversations w/ KL

- Nov 15: KL telling him more annoyed w/ AH
  - clingy; lying
  - very agitated w/ AH (b/c she told him about other problems)
    - DA gave both a ride to Walmart
    - KL did not want him to go

- told by KL that broke up w/ AH
  - over Winter Break
  - AH never figured it out
  - she told him few wks into Spring '16
  - she would break up, AH do something "clingy" & she would stick around

- KL told DA to keep an eye on AH
  - immature: not do things in relationships
  - mentor him to grow
  - physical fitness not up to par
  - mentally immature

- this semester KL told him
  - AH would call & text her, trying to get her to talk
  - thought AH trying to get into her room
    - late at night; asked DA to come over
    - 3 x's; only once asked DA to come over
    - sent AH text to stop coming over
    - stopped after that

PU 0079

**Date** _____   **Attendees** _____

**Topic** _____   _____

**Meeting Objectives** _____   _____

DA

②

**Notes**

- kL really nervous around AH
  - "she did something I can't forgive him for."
  - kL said had a dream AH on top of her having sex; 2x's
    - 1st time: thought just a dream after woke up
    - 2nd time: woke up, knew something happened; it was going on
      - no details given & he never asked

- kL said AH would see her & stare at her
- DA saw AH hanging around the lounge when kL was there
  - others noticed too
  - heard from kL ▮▮▮▮▮ (were good friends, not so much now)
    - thought weird that AH at lounge when kL there

- personal experiences w/ AH
  - "creeped out by him"
    - he would stare at you, "sizing you up"
    - at attention, AH would follow you w/ your eyes & not supposed to
  - always trying to impress people
    - bike ride: slept on floor, never brought bag or pad
  - always wanted to seem smarter than others
  - ~~Action Items~~ AH in dining court, DA getting a cookie (Jan '16)
    - AH came up, saying not good, not help w/ PT scores
    - not appropriate for freshman to talk to an upperclassman that way
  - seemed not to take orders seriously

- mix of arrogance & not understanding he should not talk that way
  - "not pick up" not talk in that manner

PU 0080

- ▮ AH borrowed his car
  - drove recklessly & put dolls & a bra in the back
- heard from other friends
  - AH went up to an Air Force table & talked trash
  - never addressed
- issue of another NROTC member; addressed thru chain of command
  - selling another to JJJJ w/ a goat

- interaction w/ KL
  - Spring '16: hang out, good friends
  - "    "    started dating
    - still dating; going good
  - KL high preformer
    - this semester good grades
    - last "    not so good
      - lay around all day & watch Netflix
      - see AH & freak out
    - stay night w/ her b/cuz she said she felt safer
      - see AH, he wold just stare

- upperclassmen say they can't trust him
- nothing specific from other freshmen about him
- talked to AH roommate, while walking w/ KL
  - taser thing came up

- KL told ADA that AH chased her down hall w/ taser
  - at time thought flirting or teasing
  - when dating this happened
  - found out after no longer dating

Date _____    Attendees _____
Topic _____
Meeting Objectives _____

(3)

DA

Notes
- kL professional opinion
  - dedicated : "knows what she is doing"
  - good hearted
  - hard worker
    - school
    - NROTC
  - very comfortable w/ her

AH
  - motivated
  - dedicated
  - willing to volunteer & work hard
  - insubordinate
  - cocky; arrogant
  - "sociopath" more than once: when goes too far, uses a person in position of weakness
  - ▇▇▇
  - ▇▇ mild guy
  - tases roommate while sleeping
  - "goat job": guy very passive; AH took advantage of that

Action Items

PU 0082

**Date**

**Topic**

**Meeting Objectives**

**Attendees** Yury 1039

5/12/16 4pm
ENo, MB
phone call

**Notes**

- et competition; furniture moved around, drawers moved around
- had talked about moving a futon around but much more moved around
- probably didn't lock door
  - lost key, no replacement
- told him to put back way it was
- wall damage
  - hooks to hang up stuff; stuff too heavy
- talked to RA 5/4 about AH
  - only told RA about room after events

texts

Dec 23: apology
  - for lying
  - initiated breakup too & not comfortable around him
  - something small; plans & was hanging out w/ friend

- noticed AH putting off his own school work to spend time w/ her; stopped telling her he was putting off work

**Action Items**

Dec 28:
  - about touching incident; both, but especially when woke up

PU 0083

- felt hand on leg when woke up
- moved up leg to over crotch

- saw outside [dorm] ? Armory talking to someone
  - there for 2-3 hours talking
  - left to Walmart, came back, still there
  - odd there; knew she was there
  - like he didn't know what to do
  - Armory
    - roommate saw, friend texted & said don't come

PU 0084