Date __ 9-14-1?__ [redacted]

Topic [redacted]

Meeting Objectives _____

Attendees _____

_____

p8.1

Notes

Freshman
Colorado
Biology - Pre Med
        - Navy ROTC

Met in ROTC - helping w/ uniform
    - talking, nice     - Frosh O BGR (Early Aug.)

Started dating 1 month in - maybe earlier

2 months - closer to 3

great, sweet

Started to get really clingy

Stay in room,
    always there, bugged her, but

Temper - "late for this" - Shout curse words
Clingy -                              puffed   ↓ not towards
                                                    her.
Found out -
    "I said sorry, what do you want me to do."

Action Items

She would leave -
    he would ask "why" - ask her to stay.

Went over to watch a movie ...   End of fall semester
    fell asleep - woke up to him touching her  (end of Nov.)

    - "Well, I feel really bad ..." - "Serious

PU 0034

EXHIBIT BBB

hands were between legs -
over clothing.
laying on floor reaching up.
on futon

[ ▉▉▉▉ ] His.
Roommate

put shoes on & left

texted her - are you okay? - same day.
few days later.
Met up then - went back to his room...
lunch & - he scoffed, seemed to think it was funny.

Are you going to apologize?
-

You woke up - "I'm turned on."  — He said he
- Wierd.                              fingered

Doesn't recall that night.          reached
                                     under
                                     clothing if
"I'm going to go walk me out."       she had
     he said "okay"                  it on

Temper - became more apparent "I said sorry,
    texted for a week or so       what

He really beat himself up over it.
    "Why aren't you letting it go?"

PU 0035

Date _____
Topic _____

Attendees _____

Meeting Objectives — Ruffel Team — Study in empty Armory — told him he would be there — odd hours 4pm-7pm — couple weeks in stopped coming in.

no contact → looking @ her... sitting there ↓ looking @ her during club

Notes

Always just be there → coincidence?
— beginning of semester

"uncomfortable"

→ end of January

Went onto her floor on / brought Bottle Opener from Bell / talked to RA → "stay away from my room"

All of the time → arrived unescorted, came into room — . reorganized her room. ↓

told.

RA told him too. Kristy Joel

no boundries

(████ might have been in) room during sex. contact

Avoided him this semester — min.

went through drawers, clothes, & occurred when dating ↓ told him to put it back. ↓ uncomfortable.

Action Items

Over Christmas break ↳ ended contact

PU 0036

Joking w/ Tazer — ███ told him.

tazed his roommate in his sleep. - @ least 2 times

Chased her down the hall
 — terrified he was going to taze.

felt like he thought they were joking, she did.
  ↓
  mid-relationship (Oct./Nov.).

███ — good sport, but "weird"      (Pushed Button...)

Breakfast after drill
   Wiley  ──────→  "Oh Hey ███ "
  = 4 weeks ago.          How is it going?

Terrifying — no respect for other people —
Concerned about him becoming an officer.

Reckless driver w/ passengers?
(-doll/clothes/taped it down/candles)
  ↓
2nd hand   (into friend ███ car).
  store
        Would walk in & take what he wanted
         @ midnight.

Date _____

Topic _____

Meeting Objectives _____

Attendees _____

Formal, charismatic, manipulitive in away.
&rarr; warp stories in his favor
- Puts on a front that he is doing great things
&rarr; over confident

**Notes**

talked about not to lime
- stress / depression - thought it was this...  ▮▮▮▮

He's scary.
&darr;
friends w/ others in ROTC
▮▮▮▮ - was originally in ROTC dropped in
Frosh ☺

S.A. training
- kept making comments
- saw him @ PT - hated it

alpha company - ▮▮▮▮

was able to intimidate it

Possible Witnesses

▮▮▮▮
strong intimidating guy

- ▮▮▮▮ (HS friend of ▮▮▮▮)
-
- R A ▮▮▮▮
- ▮▮▮▮ freshman
(ROTC didn't like him "weird")

Creepy dude

**Action Items**

Doesn't think he should be a Naval Officer, but doesn't want to ruin his life

(How could you not know?)

actions have consequences

PU 0038

Hasn't seen him since she reported it.

"We've done things before."

May-17, June 17

Hold
decision
until after
6-17

PU 0039

Date 4-28-16

Topic ██████████████

Attendees

Meeting Objectives

Freshman - CGT, switching to MET
Naval ROTC          (over summer)
                -also Russian
Home-Valpo          Navy Science (Minor)

pg. 1

Notes

Currently on probation - on hold until this is completed

Met ████ through ROTC - early in semester.

2-4 weeks between meeting & dating

Past issue - maybe intentions are related to that.

No argument / disagreement - just stopped
   early-mid January          talking

Dec. 13th - things started going khill - nothing
Stable after that.

Stress / finals, etc. -
     freaking out... parking garage

Also disclosed several attempts in HS / @ home.

Action Items

Nov. 15 / Dec. 15 touching →
     never discussed it in person / deflected...
"too controling"    "too clingy"
↓

Touch couldn't be perceived as anything other
than what it was.

PU 0040

<u>sevial days</u>
<u>after incident</u>

"I don't like when you touch me while I sleep."

No idea where other allegation came from.
His Roommate was there for 1st incident.

Have held each other, etc.

~~All time she overcame~~

→ helped her out w/ laundry →

She was talking about how her room could be
— talked to Gristy Socwl — to make arangments
                              while she was gone about tour.
↓

Vacuumed room / rearanged room — thought it
was cool... but a few weeks later decided
she liked it better before.

RA let him into room.

Stun Baton                never chased her
  ↳ never abused it —      told him she was
  → her roommate jabbed each other — always fun.

She had an electric wip not her own —
flashlight that she threatined to shock him.
                        jokedly

**Date** _____

**Topic** _____

**Meeting Objectives** _____

**Attendees** _____

pg 3

**Notes**

Relationship was shaky —
mid Nov - Dec...

distanced herself after break — talked to him
less...
    tapered if... distinctly

In Jan. → She invited him over for Netflix...
they fell asleep.

She texted "You should have left when I fell
asleep"
she was
irritated

↓

But never said.
no more relationship
↓
No reference/aknowledgment of prior relationship

**Action Items**

Ended mid - January.

used bf/gf
language

kept it pretty private → kept
quiet
from
ROTC

PU 0042

Started talking to new bf over winter break.
→ ████████████████ (Junior)

His first relationship took him a bit longer to realize

He has never lost his temper —
    has been upset
       ↳ but never yelled / throw
           things, etc.

When upset — typically talk less — shorter responses — doesn't treat others any differently. Some cursing, in general.

ROTC — tried to find in early January...
   opened up to ████████████████ (knows ████████ ...but not really well)

His RA — Dylan... reported it & then to his RA (Christopher) & his advisor.

████████████ never reached out about the report — He didn't mention it.

Only 1 time → ever went to her room unannounced.
↓
but had never told him to stay away, etc.

Suicide Prevention Program — Carol Ben-Davies
(Feb. '16)       runs

PU 0043

Date_____

Topic_____

Meeting Objectives_____

_____

_____

_____

Attendees_____

_____

_____

_____

Notes

Potential
Witnesses →

She only slept in his room on 2 occassions →
but came over many times
↓

Went to her room more often than she ø came
to his

Text Messages:

Jan. 14-15th →

"touching" - believes she was distancing herself
1st time she had specified
↓

didn't link this to something specific.

She told him she felt violated by him →
Action wasn't honest
↓

failed a class b/c he didn't tell her about
his work ... worked w/ her on her assign-
ment
↑

apologize (12/28) → "touching" q

PU 0044