She told him that he
"lied to me"
↓
2 times b/c he was 15-30 min late coming over
to his/her place.

She would say
"You have a temper."
↓
never yelled, tantrum,
didn't treat her poorly.

12/23 - apologizing - touching / class info...
↓                        ↓
                      "knee"
he had to finish projects, etc.
↓
"You should have told me."

Jan. 18th - came to room, but not the last time.

Room - Coin Challenge...

felt she was leading him on -
Started responding in

Spring Break → she texted him
                he didn't respond.

Date

Topic

Meeting Objectives

Attendees

Notes

March 15 - last email from her, he didn't respond.

Action Items

PU 0046

Date 4-28-15
Topic ▓▓▓▓▓▓▓▓▓▓▓▓
Meeting Objectives

Attendees
3:30 — J.A.

pg. 1

Freshman, Computer Science
Valpo is home

Notes
▓▓▓▓▓▓▓▓
Became friends Senior yr. → decided to room together.
Didn't know ▓▓▓▓ until ▓▓▓▓ introduced them.

Normal atmosphere.

He showed him texts that didn't make sense (logic) — no

Shared she was unstable → grades were really important.

Concerned re: a suicide attempt
 — told him in Nov/Dec — fall semester.
 — kept it in past.
  thinks happened

Wanted to keep it quiet

@ beginning of 2nd Sem. → "its over — we stopped talking"

Action Items
Upset, but focused on PT/ROTC...

Nonconsentual touching —
 denied it.

She did stay over one night when he was there — she just left... normal, no comments etc.

pg. 2

Stun baton → they messed around w/ it a bit...
↓ what he remembers —
  Shocked each other, but stopped b/c it got old.

Didn't run after her — just said "Do worry ▮, don't do that."
"He said"

Agreed "If I'm late for class, taze me".
  Went both ways — they did it to each other.

His Dad took it away over break — said it wasn't a good idea.

Feet okay w/ her → joked, friends, got along okay.

Shocked & Annoyed by the complaint —
  — hardest working ROTC guy he knows

Generally not a disrespectful guy — good moral values — will speak out when people joke about having sex w/ lots of girls.

         Tinian
▮ — "bad relations" w/ him
↳ ▮ mentioned alot of people do not like him.
  - Disrespectful guy.
  - She is dating him now.

PU 0048

**Date**

**Topic**

**Meeting Objectives**

**Attendees**

pg. 3

**Notes**

She came to him a bit concerned about the stun baton — he said it was a little annoying.

Jokester, bold, strong opinion in arguments. Conservative values — Christian upbringing.

Outgoing, easy to talk to new people.

Convo about being engaged during college — he said bad idea... She snapped "people are doing it & doing fine."

He Doesn't raise voice, but will make is position known very quickly.

He would text
"why didn't you wake me up."
When he oversleeps
— He would rush
  — get annoyed
    — why didn't you wake me ↑

**Action Items**

Only yells during hockey video games

**Date** 7-27-16 ▮

**Topic** ▮

**Attendees**

**Meeting Objectives**

Freshmen       Poly Sci - History
Navy ROTC      Upptrack.

p. 1

**Notes**

Met in ROTC

Does know him as well - Started talking to him after

A couple weeks before they brok↑. Nov./Dec. →
probably Nov.

She claimed he was very immature →
would wake↑ her up & try to have sex,
but she didn't want.

Would suprise her → ↑ trying to initiate something.

He is really immature.

He is nice, but gets this feeling. Weird sense of
humor...
     crosses lines sometimes...
     - racism, sexism, while in smaller
                                    group

**Action Items**

GroupMe → 4th class

He & another midshipman were picking on another
guy...

A couple weeks ago this happened - ▮

PU 0050

Hasn't healed
side, only ▮

She took it to her bf. →

Company Execto Commenders
    ↓
    Executive Commander → all Student side...

Gets a 'different' vibe.

"Lately kind of self-rightous"
"nice, but can be very straight forward, direct."

Seems happy were she is now.

No one really knew about ▮ & ▮ until

Went to Thanksgiving break w/ her. had been
 - took a break when they came back, ~~then became~~
   clingy towards her before ↑

She
Started ↓ changing
        ~~talking~~ less/less... then told her a
        couple weeks later they broke.
    ↓
  maybe
  touching told
  before/ maybe
          after.         She had gotten him
                         to stop.
                           ↓
                         more than once,
                         but didn't say
                         how many times.

PU 0051

**Date** 5-2-16
**Topic** Christie Joehl
**Meeting Objectives**

**Attendees**

pg. 1

**Notes**

Saw him w/ ▮▮▮ - escorted by ▮▮▮, 2 times w/out - Reminded

Room → accessing

Never talked to him about redecorating

Never unlocked her room.

Said he was going to surprise her - but don't recall.
↳ but doesn't remember the premeditation.

> not her responsibility to change those things...

▮▮▮ → check out
- no concerns for damage.

**Action Items**

Good impression of him - no concern for him
- surprised by ▮▮▮
Seems good...
Gentleman/Chivalry concerned - But trust.
↳ "rare" - always wanted to ☺ care for her.

PLT0052

**Date:** [redacted]
**Topic:** [redacted]
**Attendees:**
**Meeting Objectives**

pg. 1

**Notes**

- Dec. 23rd - apologized...
  "You an amazing person, don't say that."

Dorm Reauangment
→ Reorganized room to socks and underwear - had talked about it, but.

→ Didn't lock door.

Physical
- used hooks & caused wall damages

Talked to RA
- She had expressed concern b/c he was unescorted.

- RA didn't know about room reauangment.

→ He had lied to her about something
- brought up other reason (touching).
- they had plans, he said he couldn't b/c... of work.

He was over so much - stopped telling her about work.

PU 0053

12/28 message –
about what had happened
↓
when she had woken up ?

Hand → moving up leg
over crouch when she woke up.

——— New info ———

He was hanging around outside of Armory
[redacted] told him to leave... [redacted] texted her to warn her to stay away.

He was outside of her dorm for 2-(3 hrs.)
– talking to a man
– Odd to her.
                                    – 1st saw him... lunches/friends
                        w/ same  < – went to Walmart
                        person

Made eye contact w/ her – but no contact
Didn't