IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, )<br>)   **CIVIL ACTION**<br>            Plaintiff,                                                         )<br>v.                                                                                          )<br>)<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY** )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS** )<br>**DANIELS, JR.**, in his official capacity as President of )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**, )   No. 2:17-cv-33-JPK<br>in her official capacity at Purdue University, )<br>**KATHERINE SERMERSHEIM**, in her official capacity )<br>at Purdue University, )<br>)<br>            Defendants.                                                      ) | |

### **DEFENDANTS' MOTION TO SEAL UNREDACTED EXHIBITS**

Defendants, by counsel, pursuant to N.D. Ind. L.R. 5-3(c)(1), respectfully move the Court as follows:

Defendants have filed their Motion for Summary Judgment and supporting brief with 57 exhibits. Exhibits A-C, E-J, L-R, T, V, X, and AA-XX (the "Redacted Exhibits") to that Motion include redactions of personally identifiable information in order to variously comply with (i) this Court's Order dated May 31, 2017 (DE 26-1) and (ii) the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).

The redactions in the publicly accessible Redacted Exhibits may impair this Court's full access to information in those exhibits that is necessary to decision of the Motion for Summary Judgment. Good cause therefore exists for this Court to receive an unredacted set of the Redacted Exhibits under seal. *See Bond v. Utreras*, 585 F.3d 1061, 1074 (7th Cir. 2009); *Baxter Intern., Inc. v. Abbott Laboratories*, 297 F.3d 544, 546 (7th Cir. 2002) ("bona fide long-term

confidentiality" is basis to seal). With this Motion, Defendants have filed an unredacted set of the Redacted Exhibits under seal.

 WHEREFORE, Defendants respectfully request that this Court enter an Order sealing the unredacted set of the Redacted Exhibits filed herewith.

Dated: August 31, 2021

               Respectfully submitted,

               <u>/s/ William P. Kealey</u>
               William P. Kealey (18973-79)
               Tyler L. Jones (34656-29)
               James F. Olds (27989-53)
               Stuart & Branigin, LLP
               300 Main St., Ste. 900
               P.O. Box 1010
               Lafayette, IN 47902-1010
               Email: wpk@stuartlaw.com
                 tlj@stuartlaw.com
                 jfo@stuartlaw.com
               Telephone: 765-423-1561
               *Attorneys for Defendants*