**EXHIBIT SJM 12**

## Facilities Management

**From:** Rollock, Alysa C.
**Sent:** Tuesday, April 5, 2016 5:59 PM
**To:** Bloom, Monica Soto; Sermersheim, Katherine L
**Subject:** RE: NROTC Matter

Thank you Monica. Katie and I will discuss and update you. We will also revise the Notice to match pronouns.

Alysa Christmas Rollock
Vice President for Ethics and Compliance
Purdue University
Ernest C. Young Hall, Room 1029
West Lafayette, IN 47907-2114
(765) 494-5830 Fax: (765) 496-1295
E-mail: acrollock@purdue.edu

CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.

**From:** Bloom, Monica Soto
**Sent:** Tuesday, April 05, 2016 5:48 PM
**To:** Sermersheim, Katherine L ; Rollock, Alysa C.
**Subject:** NROTC Matter

Good evening Katie and Alysa:

I just finished meeting with ▓▓▓▓ who would like the University to initiate an investigation into her allegations against ▓▓▓▓. ▓▓▓▓ exam schedule is pretty full, and the earliest she is able to meet with the investigators is next Thursday morning. She would prefer, however, that the University move forward in notifying ▓▓▓▓ sooner if possible. I've drafted a summary of her allegations for your review/use, which is drawn from the two Maxient reports submitted with some clarifying information I got from ▓▓▓▓.

In addition to an investigation, she is requesting the following:

1. No-contact directive, which also restricts ▓▓▓▓ from:
    - Lilly
    - Weatherill
    - Brown
    - Armory (he's already been restricted from here by NROTC)
    - Wiley Dining Court
        - He doesn't have classes in any of these buildings and so has no reason to be there, except Armory, where he's already restricted.

2. For her battalion to be notified as soon as possible that the University is initiating an investigation so that they can implement remedial measures regarding NROTC.

1

28

PU 0729

**EXHIBIT 3**

<mark>USDC IN/ND case 2:17-cv-00033-GSL    document 183-12    filed 09/01/21    page 3 of 3</mark>

- As information, they've already removed him from her company and restricted him from the Armory.

3. For her to be notified when ▇ is going to be told of the investigation. She is scared and wants to know when that is happening.
    - I shared with her that the standard ODOS initiation includes a letter to her, but she also wants to be notified when the no-contact and restrictions are issued.

I believe that is all for now. Please let me know if you have any questions or if I may be of any additional assistance.

Thanks!

Monica
**Monica Bloom | Director**
Center for Advocacy, Response, and Education (CARE) | **Office of the Dean of Students**
**Cary, SW B32** | 765-495-CARE | http://www.purdue.edu/odos/care



<mark>CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.</mark>

<mark>2

29

PU 0730</mark>