# EXHIBIT SJM 17

This PDF file has been generated by Andro Expert Solutions' Backup Messages/Texts Mobile Application.

Received from ▮▮▮▮▮▮▮ on Tue Mar 15, 2016 04:53 PM
Message : Do you understand the amount of damage I'm going to have to pay for from your stunt of reorganizing my room

Sent to ▮▮▮▮▮▮▮ on Tue Feb 23, 2016 12:44 PM
Message : Language.
Beautiful. Ugly. Fascinating.
All at once.
But to abuse it so
Makes not for a good foe.

Received from ▮▮▮▮▮▮▮ on Tue Feb 23, 2016 10:56 AM
Message : You could stop being an ass

Sent to ▮▮▮▮▮▮▮ on Tue Feb 23, 2016 10:39 AM
Message : Last night. Last week.
Either or. Dither door.
I have no involvement in the matter.

Received from ▮▮▮▮▮▮▮ on Tue Feb 23, 2016 09:29 AM
Message : This started before last night

Sent to ▮▮▮▮▮▮▮ on Tue Feb 23, 2016 09:01 AM
Message : You told me.
Stay away.
The culprit lies elsewhere.

Received from ▮▮▮▮▮▮▮ on Tue Feb 23, 2016 09:00 AM
Message : Is it you coming and messing with my door?

Sent to ▮▮▮▮▮▮▮ on Mon Feb 22, 2016 11:39 PM
Message : I won't say it anymore.
I did what I could.
Epiphanies are beautiful.
I like most games.

AMBERGER
EXHIBIT 27
8/25/20
John Doe v.
Purdue University.
et al.
Clarice H. Howard
CCR-KY

Godspeed.

Received from [redacted] on Mon Feb 22, 2016 11:26 PM
Message : You should understand me that is one of the many lines you have dramatically crossed.
And I actively try to avoid your room.

Sent to [redacted] on Mon Feb 22, 2016 11:21 PM
Message : Please don't patronize me. I don't understand you. But I understand ^this^.

Please stay away from my room as well.

Received from [redacted] on Mon Feb 22, 2016 10:55 PM
Message : How about an I understand

Sent to [redacted] on Mon Feb 22, 2016 10:54 PM
Message : Thank you.

Received from [redacted] on Mon Feb 22, 2016 10:25 PM
Message : You cannot just come to my dorm under any circumstances. If you need to give me
something give it to me or put it in my box

Received from [redacted] on Mon Feb 22, 2016 06:42 PM
Message : You just seem upset

Sent to [redacted] on Mon Feb 22, 2016 06:42 PM
Message : Yeah im fine. Why?

Received from [redacted] on Mon Feb 22, 2016 06:41 PM
Message : Are you okay?

Received from [redacted] on Sun Feb 21, 2016 11:57 AM
Message : Oh good! I'm doing well :)

Sent to [redacted] on Sun Feb 21, 2016 11:44 AM
Message : I've been doing well. My dad and brother came down on Friday and we got to hang out a
bit. You?

Received from [redacted] on Sun Feb 21, 2016 11:43 AM
Message : It gave me a lot to think about. How are you?

Sent to ▮▮▮▮▮▮ on Sun Feb 21, 2016 11:42 AM

Message : It was one of the more interesting messages I have heard. I liked how he approached it, and it definitely isnt something I've ever really thought about in that light before. Im calling my pastor from back home later today to ask his opinion, we like to talk about stuff like this. But I enjoyed it a lot. What did you think?

Received from ▮▮▮▮▮▮ on Sun Feb 21, 2016 11:35 AM

Message : Hey what did you think of today? Lots to think about right

Received from ▮▮▮▮▮▮ on Sun Feb 07, 2016 11:00 AM

Message : Thanks.

Sent to ▮▮▮▮▮▮ on Sun Feb 07, 2016 11:00 AM

Message : Good luck!

Received from ▮▮▮▮▮▮ on Sun Feb 07, 2016 10:59 AM

Message : Yep.

Sent to ▮▮▮▮▮▮ on Sun Feb 07, 2016 10:58 AM

Message : Competition today?

Sent to ▮▮▮▮▮▮ on Tue Feb 02, 2016 05:55 PM

Message : Dont worry about the Vitamin C. My friend got me some. Thanks anyway!

Sent to ▮▮▮▮▮▮ on Tue Feb 02, 2016 01:34 PM

Message : You can bring it over whenever or I can pick it up. Whatever works for you best. Thank you.

Received from ▮▮▮▮▮▮ on Tue Feb 02, 2016 01:31 PM

Message : Yeah

Sent to ▮▮▮▮▮▮ on Tue Feb 02, 2016 01:31 PM

Message : Would you be willing to part ways with some of it?

Received from ▮▮▮▮▮▮ on Tue Feb 02, 2016 01:31 PM

Message : Yeah

Sent to ▮▮▮▮▮▮ on Tue Feb 02, 2016 01:30 PM

Message : Do you have any Vitamin C?

Received from ███████████ on Tue Feb 02, 2016 09:40 AM
Message : Okay

Sent to ███████████ on Tue Feb 02, 2016 09:29 AM
Message : Yeah i think im fine. Thanks.

Received from ███████████ on Tue Feb 02, 2016 09:28 AM
Message : Are you okay? Do you need anything?

Sent to ███████████ on Thu Jan 28, 2016 10:17 PM
Message : You trusted me, and I broke that trust. Multiple times. And I never should have. And I try and try to do the right thing, only to mess up again and again. You are the most wonderful person I know, and I pushed you away. I made shitty decisions and didnt respect you nearly as much as I should have, and because of that I lost you. If I could change what I have done I would in a heartbeat, but I cant. So Im going to have to live with it for the rest of my life. And I deserve to. You have every right to stay away. All I want is for you to be happy, so if this is how, then good. That is how I feel right now and that's how I've felt for the past month. Im sorry.

Sent to ███████████ on Thu Jan 28, 2016 10:06 PM
Message : I just dont know what to say anymore. You are the one person I miss talking to, and yet you are also the one person who I don't know how to talk to. Im sorry. I really am. For everything.

Received from ███████████ on Thu Jan 28, 2016 07:25 PM
Message : I tried to help you

Sent to ███████████ on Thu Jan 28, 2016 06:27 PM
Message : I dont even know where you are coming from

Sent to ███████████ on Thu Jan 28, 2016 06:24 PM
Message : Wait how??

Received from ███████████ on Thu Jan 28, 2016 06:24 PM
Message : Okay well why are you being a jerk

Sent to ███████████ on Thu Jan 28, 2016 06:23 PM
Message : No, as in you should be happy

Received from ███████████ on Thu Jan 28, 2016 06:23 PM
Message : Why not?

Sent to ███████████ on Thu Jan 28, 2016 06:23 PM

Message : No.

---

Received from ███████████ on Thu Jan 28, 2016 11:25 AM

Message : Um yeah? Should I not be?

---

Sent to ███████████ on Thu Jan 28, 2016 12:28 AM

Message : With where you're at?

---

Sent to ███████████ on Thu Jan 28, 2016 12:19 AM

Message : Are you happy?

---

Received from ███████████ on Thu Jan 28, 2016 12:18 AM

Message : Okay well goodnight then

---

Sent to ███████████ on Thu Jan 28, 2016 12:16 AM

Message : I just dont know anymore.

---

Received from ███████████ on Thu Jan 28, 2016 12:14 AM

Message : And?

---

Sent to ███████████ on Thu Jan 28, 2016 12:13 AM

Message : Because it's my own fault, not yours.

---

Received from ███████████ on Thu Jan 28, 2016 12:13 AM

Message : Why?

---

Sent to ███████████ on Thu Jan 28, 2016 12:13 AM

Message : You shouldnt.

---

Received from ███████████ on Thu Jan 28, 2016 12:12 AM

Message : You being upset like you are

---

Sent to ███████████ on Thu Jan 28, 2016 12:12 AM

Message : Care about what?

---

Received from ███████████ on Thu Jan 28, 2016 12:11 AM

Message : So? I still care

---

Sent to ███████████ on Thu Jan 28, 2016 12:11 AM

Message : We dont even talk.

PU 0210

Received from ▮▮▮▮▮ on Thu Jan 28, 2016 12:04 AM
Message : Anywhere

Sent to ▮▮▮▮▮ on Thu Jan 28, 2016 12:03 AM
Message : I dont know where to start.

Received from ▮▮▮▮▮ on Wed Jan 27, 2016 11:57 PM
Message : What's wrong

Sent to ▮▮▮▮▮ on Wed Jan 27, 2016 11:57 PM
Message : Sorry I didn't text you back. I went out to dinner with my sister and dad and I was sleeping when they tried calling me. Thanks for letting me know.

Received from ▮▮▮▮▮ on Wed Jan 27, 2016 06:09 PM
Message : Your mom just called me... She's been trying to get ahold of you

Sent to ▮▮▮▮▮ on Mon Jan 25, 2016 07:17 PM
Message : Shucks

Sent to ▮▮▮▮▮ on Mon Jan 25, 2016 07:15 PM
Message : Awww

Received from ▮▮▮▮▮ on Mon Jan 25, 2016 07:11 PM
Message : Yep

Sent to ▮▮▮▮▮ on Mon Jan 25, 2016 07:10 PM
Message : Have you eaten yet?

Sent to ▮▮▮▮▮ on Mon Jan 25, 2016 07:09 PM
Message : I can ask him later

Sent to ▮▮▮▮▮ on Mon Jan 25, 2016 07:09 PM
Message : Oh haha then i dont know

Received from ▮▮▮▮▮ on Mon Jan 25, 2016 07:08 PM
Message : No that's from last semester

Sent to ▮▮▮▮▮ on Mon Jan 25, 2016 07:07 PM
Message : Are you in co rec?

Received from ▮▮▮▮▮ on Mon Jan 25, 2016 07:07 PM

PU 0211

Message : Lol okay

---

Sent to ▇▇▇▇▇▇ on Mon Jan 25, 2016 07:07 PM
Message : Lol i dont think so

---

Received from ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:12 PM
Message : Apparently I have your sweat shirt too

---

Received from ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:44 AM
Message : Okay

---

Sent to ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:43 AM
Message : No I understand. It's ok. Honestly.

---

Received from ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:40 AM
Message : Okay sorry yesterday was just a long day

---

Sent to ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:40 AM
Message : Okay that's fine we can do it another time

---

Received from ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:39 AM
Message : I'll let you know I was kinda hoping for a long shower

---

Sent to ▇▇▇▇▇▇ on Mon Jan 25, 2016 06:37 AM
Message : Wiley breakfast?

---

Sent to ▇▇▇▇▇▇ on Sun Jan 24, 2016 05:40 PM
Message : Never mind

---

Received from ▇▇▇▇▇▇ on Sun Jan 24, 2016 05:35 PM
Message : What?

---

Sent to ▇▇▇▇▇▇ on Sun Jan 24, 2016 05:34 PM
Message : Have fun at your dance! And don't let ▇▇▇ skip out on his moves!

---

Sent to ▇▇▇▇▇▇ on Sun Jan 24, 2016 04:39 PM
Message : Why?

---

Received from ▇▇▇▇▇▇ on Sun Jan 24, 2016 04:39 PM
Message : Not really honestly

---

PU 0212

Sent to ▮▮▮▮▮▮ on Sun Jan 24, 2016 04:38 PM
Message : But it means a lot to you.

Received from ▮▮▮▮▮▮ on Sun Jan 24, 2016 04:38 PM
Message : Nah it's fine

Sent to ▮▮▮▮▮▮ on Sun Jan 24, 2016 04:38 PM
Message : Im sorry

Received from ▮▮▮▮▮▮ on Sun Jan 24, 2016 04:37 PM
Message : Not very well

Sent to ▮▮▮▮▮▮ on Sun Jan 24, 2016 04:32 PM
Message : How did your competition go?

Received from ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:43 PM
Message : Lol thanks

Sent to ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:42 PM
Message : Good luck at your competition tomorrow then! And have fun at the prom!

Received from ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:20 PM
Message : Yeah of course

Sent to ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:18 PM
Message : Thank you. That means a lot.

Received from ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:17 PM
Message : I've been praying for you guys

Received from ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:16 PM
Message : That's awesome and no I leave in the morning I've just been getting everything done today haha

Sent to ▮▮▮▮▮▮ on Sat Jan 23, 2016 12:13 PM
Message : My mom is feeling a lot better. Thanks for asking. She said last night that she still feels really sore though, but our insurance paid for a rental while her truck gets fixed. Have you started your competition yet?

Received from ▮▮▮▮▮▮ on Sat Jan 23, 2016 11:54 AM

PU 0213

Message : If you don't want to talk to me at all I get it just I do care and I'm here if you need me

---

Received from ████████ on Sat Jan 23, 2016 11:47 AM
Message : Hey how is your mom?

---

Received from ████████ on Thu Jan 21, 2016 08:30 PM
Message : This is just absolutely ridiculous

---

Sent to ████████ on Thu Jan 21, 2016 08:29 PM
Message : Never mind then.

---

Received from ████████ on Thu Jan 21, 2016 08:28 PM
Message : Literally not even what I said

---

Sent to ████████ on Thu Jan 21, 2016 08:27 PM
Message : If you dont want to talk to me at all please just say so and stop being ambiguous.

---

Received from ████████ on Thu Jan 21, 2016 08:23 PM
Message : t all on me so obviously just let it go

---

Received from ████████ on Thu Jan 21, 2016 08:23 PM
Message : You don't respect my boundaries you have a temper you lied to me you're controlling and clingy and anytime I try to talk to you you freak out and blame i

---

Sent to ████████ on Thu Jan 21, 2016 08:22 PM
Message : Yes there is. You just dont want to have it.

---

Received from ████████ on Thu Jan 21, 2016 08:21 PM
Message : There's not a conversation to have

---

Sent to ████████ on Thu Jan 21, 2016 08:21 PM
Message : Im not interested in holding out a conversation in text.

---

Received from ████████ on Thu Jan 21, 2016 08:19 PM
Message : What to you mean

---

Sent to ████████ on Thu Jan 21, 2016 08:18 PM
Message : Meaning?

---

Received from ████████ on Thu Jan 21, 2016 08:18 PM
Message : There's nothing to talk about

PU 0214

Sent to ██████████ on Thu Jan 21, 2016 08:17 PM
Message : Us

Received from ██████████ on Thu Jan 21, 2016 08:17 PM
Message : About?

Sent to ██████████ on Thu Jan 21, 2016 08:16 PM
Message : We need to talk. You can decide when.

Received from ██████████ on Wed Jan 20, 2016 03:24 PM
Message : Maybe another day

Sent to ██████████ on Wed Jan 20, 2016 03:22 PM
Message : That's fine

Received from ██████████ on Wed Jan 20, 2016 03:22 PM
Message : I have plans already sorry

Sent to ██████████ on Wed Jan 20, 2016 03:00 PM
Message : Do you want to grab something to eat later?

Sent to ██████████ on Wed Jan 20, 2016 12:50 PM
Message : I made a meme of ██

Received from ██████████ on Wed Jan 20, 2016 07:42 AM
Message : Lol that's what I said

Sent to ██████████ on Wed Jan 20, 2016 07:42 AM
Message : It's funny because the temperature is warmer now than it was yesterday.

Received from ██████████ on Wed Jan 20, 2016 07:31 AM
Message : True it's really pretty I love fresh snow

Sent to ██████████ on Wed Jan 20, 2016 05:27 AM
Message : If it's gonna be cold at least give us some snow

Sent to ██████████ on Wed Jan 20, 2016 05:27 AM
Message : I actually like it

Received from ██████████ on Wed Jan 20, 2016 05:26 AM
Message : Told you it was gunna hit Tuesday

PU 0215

Sent to ████████ on Wed Jan 20, 2016 12:20 AM

Message : I just told him thats not what i try to do and im working on it

Sent to ████████ on Wed Jan 20, 2016 12:19 AM

Message : I can see that perception

Sent to ████████ on Wed Jan 20, 2016 12:19 AM

Message : He said i was really arrogant too

Sent to ████████ on Wed Jan 20, 2016 12:13 AM

Message : He thought i just like didnt have any friends

Sent to ████████ on Wed Jan 20, 2016 12:13 AM

Message : Just i didnt know how to treat the battalion people differently at first

Sent to ████████ on Wed Jan 20, 2016 12:12 AM

Message : Because im comfortably socially

Sent to ████████ on Wed Jan 20, 2016 12:12 AM

Message : I told him i just was figuring out how to act around rotc

Received from ████████ on Wed Jan 20, 2016 12:12 AM

Message : How is that not true

Sent to ████████ on Wed Jan 20, 2016 12:12 AM

Message : He said i looked like i was really uncomfortable socially and didnt know how to socialize

Received from ████████ on Wed Jan 20, 2016 12:07 AM

Message : ?

Received from ████████ on Wed Jan 20, 2016 12:01 AM

Message : How did he profile you

Sent to ████████ on Tue Jan 19, 2016 11:56 PM

Message : Ok

Received from ████████ on Tue Jan 19, 2016 11:52 PM

Message : he will actually open up so that he doesn't lash out though just to people he trusts

Sent to ████████ on Tue Jan 19, 2016 11:51 PM

Message : Really?

PU 0216

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:50 PM

Message : He does the same thing so

Sent to ▮▮▮▮ on Tue Jan 19, 2016 11:50 PM

Message : He doesnt seem to like how i hide my emotions well

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:45 PM

Message : Yeah

Sent to ▮▮▮▮ on Tue Jan 19, 2016 11:44 PM

Message : It seems like he has been through a lot

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:43 PM

Message : Yeah that's what most people say when they actually talk to him

Sent to ▮▮▮▮ on Tue Jan 19, 2016 11:43 PM

Message : I like and respect him more now though

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:41 PM

Message : Yeah that's what he told me

Sent to ▮▮▮▮ on Tue Jan 19, 2016 11:40 PM

Message : He said that we and ▮▮▮ are the only driven freshmen he has seen hahaha

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : It's up to you

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : I don't care

Sent to ▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : We can talk about it if you want. I dont mind

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : Cool

Received from ▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : Cool

Sent to ▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : Kind of hard to elaborate in text

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : And i talked about where im at

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:39 PM

Message : We just talked a lot about what we want and expect from rotc and how he has changed while here

---

Received from ▮▮▮▮▮ on Tue Jan 19, 2016 11:37 PM

Message : What did he say

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:36 PM

Message : And i think he understands me a lot more now

---

Received from ▮▮▮▮▮ on Tue Jan 19, 2016 11:36 PM

Message : What did he say

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:36 PM

Message : He was actually bearable

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:36 PM

Message : Really good

---

Received from ▮▮▮▮▮ on Tue Jan 19, 2016 11:36 PM

Message : Yeah he usually is

---

Received from ▮▮▮▮▮ on Tue Jan 19, 2016 11:36 PM

Message : Lol how'd that go

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:35 PM

Message : And he was like wayy off

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:35 PM

Message : ▮▮▮▮▮ profiled me lol

---

Received from ▮▮▮▮▮ on Tue Jan 19, 2016 11:28 PM

Message : Yeah it's funny

---

Sent to ▮▮▮▮▮ on Tue Jan 19, 2016 11:22 PM

Message : Dang

---

Received from ▮▮▮▮▮ on Tue Jan 19, 2016 11:22 PM

PU 0218

Message : Yeah I saw that

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 11:21 PM

Message : Yeah sure

---

Sent to ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 11:20 PM

Message : I need your opinion on something.

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 11:12 PM

Message : Oh cool

---

Sent to ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 11:10 PM

Message : Went well. I got in a good workout and nap and got caught up on most of my hw for the week

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 11:08 PM

Message : Yours

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 10:59 PM

Message : Pretty good

---

Sent to ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 10:57 PM

Message : Hey! How was your day?

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 04:54 PM

Message : Yeah lol

---

Sent to ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 04:54 PM

Message : Has he talked to you about that already?

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 04:53 PM

Message : Oh yeah that might take awhile

---

Sent to ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 04:51 PM

Message : Idk. I think he wants to talk about how dumb he was as a 4/C

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 04:51 PM

Message : About what?

---

Received from ▓▓▓▓▓▓▓▓ on Tue Jan 19, 2016 04:51 PM

Message : Oh

PU 0219

Sent to ███████████ on Tue Jan 19, 2016 04:50 PM

Message : ██████

---

Received from ████████████ on Tue Jan 19, 2016 04:50 PM

Message : Who?

---

Sent to ████████████ on Tue Jan 19, 2016 04:49 PM

Message : Soooo it looks like I'm gonna have a heart to heart with ██ in a bit

---

Received from ████████████ on Tue Jan 19, 2016 04:49 PM

Message : Cool

---

Sent to ████████████ on Tue Jan 19, 2016 04:46 PM

Message : Thanks for asking.

---

Sent to ████████████ on Tue Jan 19, 2016 04:46 PM

Message : I haven't heard from her today, but I'm calling her tonight.

---

Received from ████████████ on Tue Jan 19, 2016 04:43 PM

Message : How's your mom

---

Received from ████████████ on Mon Jan 18, 2016 05:09 PM

Message : Okay I'll be at your room shortly

---

Sent to ████████████ on Mon Jan 18, 2016 05:09 PM

Message : I do.

---

Received from ████████████ on Mon Jan 18, 2016 05:08 PM

Message : If you don't want to it's fine

---

Received from ████████████ on Mon Jan 18, 2016 05:08 PM

Message : We can I'm here

---

Sent to ████████████ on Mon Jan 18, 2016 05:07 PM

Message : Do you?

---

Received from ████████████ on Mon Jan 18, 2016 05:06 PM

Message : Do you want to talk ?

---

Received from ████████████ on Mon Jan 18, 2016 04:47 PM

Message : Totally

PU 0220

Sent to ▓▓▓▓▓▓ on Mon Jan 18, 2016 04:47 PM

Message : have fun

Received from ▓▓▓▓▓▓ on Mon Jan 18, 2016 04:44 PM

Message : Oh cool I'm in the lobby doing ns lol

Sent to ▓▓▓▓▓▓ on Mon Jan 18, 2016 04:42 PM

Message : Im laying on my floor

Received from ▓▓▓▓▓▓ on Mon Jan 18, 2016 04:23 PM

Message : What's up?

Received from ▓▓▓▓▓▓ on Mon Jan 18, 2016 03:56 PM

Message : Hahaha

Sent to ▓▓▓▓▓▓ on Sun Jan 17, 2016 10:54 PM

Message : What are you up to?

Sent to ▓▓▓▓▓▓ on Sun Jan 17, 2016 07:47 PM

Message : We changed it to the hateful 8. Havent seen that yet.

Sent to ▓▓▓▓▓▓ on Sun Jan 17, 2016 07:38 PM

Message : So apparently im watching horrible bosses? ▓▓▓▓ just came in the room with some of our friends and now we are watching something lol

Received from ▓▓▓▓▓▓ on Sun Jan 17, 2016 05:24 PM

Message : Haha I bet

Sent to ▓▓▓▓▓▓ on Sun Jan 17, 2016 05:13 PM

Message : That was an exhauating 3 hours

Received from ▓▓▓▓▓▓ on Sun Jan 17, 2016 04:56 PM

Message : Oh cool

Sent to ▓▓▓▓▓▓ on Sun Jan 17, 2016 04:47 PM

Message : Still playing

Received from ▓▓▓▓▓▓ on Sun Jan 17, 2016 04:31 PM

Message : So what's up

Received from ▓▓▓▓▓▓ on Sun Jan 17, 2016 04:12 PM

Message : Yeah haha

Sent to ███████ on Sun Jan 17, 2016 04:09 PM
Message : Cool

Received from ███████ on Sun Jan 17, 2016 04:08 PM
Message : Tark

Sent to ███████ on Sun Jan 17, 2016 04:08 PM
Message : Where?

Received from ███████ on Sun Jan 17, 2016 04:07 PM
Message : Cool I went Thursday night and played with a bunch of guys over there

Sent to ███████ on Sun Jan 17, 2016 04:07 PM
Message : My hall

Received from ███████ on Sun Jan 17, 2016 04:07 PM
Message : Oh I heard about that cool who are you playing with

Sent to ███████ on Sun Jan 17, 2016 03:34 PM
Message : Mainly resistance

Received from ███████ on Sun Jan 17, 2016 03:30 PM
Message : What games?

Sent to ███████ on Sun Jan 17, 2016 02:56 PM
Message : Nothing. I'm just playing boardgames.

Received from ███████ on Sun Jan 17, 2016 02:04 PM
Message : What's wrong

Sent to ███████ on Sun Jan 17, 2016 01:50 PM
Message : I'm fine.

Received from ███████ on Sun Jan 17, 2016 01:49 PM
Message : Thanks

Received from ███████ on Sun Jan 17, 2016 01:49 PM
Message : Are you okay?

Sent to ███████ on Sun Jan 17, 2016 01:49 PM
Message : Good luck.

Sent to ███████ on Sun Jan 17, 2016 01:49 PM
Message : Cool.

Received from ████████ on Sun Jan 17, 2016 01:48 PM
Message : Good getting ready to practice now I have a comp in a week

Sent to ███████ on Sun Jan 17, 2016 01:48 PM
Message : Good. Yours?

Received from ████████ on Sun Jan 17, 2016 01:38 PM
Message : How's you're weekend

Sent to ███████ on Sun Jan 17, 2016 01:33 PM
Message : Cool

Received from ████████ on Sun Jan 17, 2016 12:57 PM
Message : Did I tell you I figured which room was ████████

Sent to ███████ on Fri Jan 15, 2016 08:41 PM
Message : Sorry i was sleeping earlier

Sent to ███████ on Fri Jan 15, 2016 08:41 PM
Message : Hey

Received from ████████ on Fri Jan 15, 2016 02:35 PM
Message : Hey

Received from ████████ on Thu Jan 14, 2016 12:03 PM
Message : And please don't touch me especially when I'm sleeping

Sent to ███████ on Thu Jan 14, 2016 12:00 PM
Message : ok

Received from ████████ on Thu Jan 14, 2016 11:54 AM
Message : You should've left after I fell asleep or woken me back up

Sent to ███████ on Thu Jan 14, 2016 11:53 AM
Message : ?

PU 0223

Received from ███████████ on Thu Jan 14, 2016 11:52 AM
Message : That wasn't okay

Received from ███████████ on Wed Jan 13, 2016 10:47 PM
Message : You're late

Sent to ███████████ on Wed Jan 13, 2016 10:40 PM
Message : Ok. 5 minutes.

Received from ███████████ on Wed Jan 13, 2016 10:40 PM
Message : Yeah sure I'll meet you at the far door ?

Sent to ███████████ on Wed Jan 13, 2016 10:40 PM
Message : You sure?

Received from ███████████ on Wed Jan 13, 2016 10:33 PM
Message : You could come over if you wanted

Received from ███████████ on Wed Jan 13, 2016 09:54 PM
Message : Yeah Netflix lol

Sent to ███████████ on Wed Jan 13, 2016 08:59 PM
Message : I literally have nothing to do. It's weird.

Sent to ███████████ on Wed Jan 13, 2016 08:56 PM
Message : Thanks.

Sent to ███████████ on Wed Jan 13, 2016 08:43 PM
Message : I think so

Received from ███████████ on Wed Jan 13, 2016 07:13 PM
Message : Are you okay?

Sent to ███████████ on Wed Jan 13, 2016 01:42 PM
Message : Russian and ns

Received from ███████████ on Wed Jan 13, 2016 01:38 PM
Message : What class

Sent to ███████████ on Wed Jan 13, 2016 01:35 PM
Message : I slept through class. And I set multiple alarms and it just really pisses me off that i cant

PU 0224

even take a nap without risking that.

Received from ██████████ on Wed Jan 13, 2016 01:33 PM
Message : What happened?

Sent to ██████████ on Wed Jan 13, 2016 01:31 PM
Message : I get something right finally, and then I screw up somewhere else.

Received from ██████████ on Wed Jan 13, 2016 11:42 AM
Message : What's going on?

Sent to ██████████ on Wed Jan 13, 2016 11:41 AM
Message : I just hate everything right now

Received from ██████████ on Wed Jan 13, 2016 11:38 AM
Message : Awe why?

Sent to ██████████ on Wed Jan 13, 2016 11:27 AM
Message : I feel like im going to cry

Sent to ██████████ on Wed Jan 13, 2016 11:25 AM
Message : I didnt sleep at all either :/

Received from ██████████ on Wed Jan 13, 2016 08:26 AM
Message : I'm just really sore and tired I could not sleep again last night

Sent to ██████████ on Wed Jan 13, 2016 08:13 AM
Message : That's not too bad.

Sent to ██████████ on Wed Jan 13, 2016 08:12 AM
Message : I couldn't figure out where it was taken. My best guesss is either Nevada or California.

Received from ██████████ on Wed Jan 13, 2016 08:01 AM
Message : That's pretty

Received from ██████████ on Wed Jan 13, 2016 07:59 AM
Message : We just ran sprints and 830

Sent to ██████████ on Wed Jan 13, 2016 07:47 AM
Message : When is your first class?

Sent to ███████████ on Wed Jan 13, 2016 07:10 AM

Message : Not bad! Fieldhouse was realllly crowded though lol. We talked over the semester plan a lot and ran and did some core. How was your pt?

Received from ████████ on Wed Jan 13, 2016 07:00 AM

Message : How was specwar

Sent to ███████ on Tue Jan 12, 2016 10:25 PM

Message : Im not going to be able to sleep tonight

Received from ████████ on Tue Jan 12, 2016 10:23 PM

Message : What

Sent to ███████ on Tue Jan 12, 2016 10:23 PM

Message :

Sent to ██████████ on Tue Jan 12, 2016 04:53 PM

Message : Never mind I'll just see you tomorrow. I don't want to distract you.

Sent to █████████ on Tue Jan 12, 2016 04:51 PM

Message : See you later?

Sent to █████████ on Tue Jan 12, 2016 04:49 PM

Message : That's fine.

Received from ██████████ on Tue Jan 12, 2016 04:48 PM

Message : Hey I just remembered some homework I'm going to work on it instead sorry

Received from █████████ on Tue Jan 12, 2016 04:30 PM

Message : Hey sorry about earlier I was just running late

Received from ██████████ on Mon Jan 11, 2016 08:10 AM

Message : Dang

Sent to ████████ on Mon Jan 11, 2016 08:09 AM

Message : I get done at 4:30. Yay

Received from █████████ on Mon Jan 11, 2016 08:08 AM

Message : Not too bad

Sent to █████████ on Mon Jan 11, 2016 08:07 AM

Message : Is Monday busy for you?

Sent to ▓▓▓▓ on Mon Jan 11, 2016 08:07 AM
Message : You too!

Received from ▓▓▓▓ on Mon Jan 11, 2016 08:06 AM
Message : Have a good first day!

Sent to ▓▓▓▓ on Mon Jan 11, 2016 08:00 AM
Message : I am going to be so tired today

Sent to ▓▓▓▓ on Sun Jan 10, 2016 08:42 PM
Message : That kid is permanently high

Received from ▓▓▓▓ on Sun Jan 10, 2016 07:12 PM
Message : Sorry I was talking to ▓▓▓▓

Received from ▓▓▓▓ on Sun Jan 10, 2016 07:00 PM
Message : Yeah

Sent to ▓▓▓▓ on Sun Jan 10, 2016 06:49 PM
Message : Are you back yet?

Sent to ▓▓▓▓ on Sun Jan 10, 2016 06:29 PM
Message : Just got on campus

Received from ▓▓▓▓ on Sun Jan 10, 2016 04:57 PM
Message : Yeah probably

Sent to ▓▓▓▓ on Sun Jan 10, 2016 04:56 PM
Message : You might beat me back

Sent to ▓▓▓▓ on Sun Jan 10, 2016 04:56 PM
Message : Yeah im wearing a scarf

Received from ▓▓▓▓ on Sun Jan 10, 2016 04:55 PM
Message : It's cold

Sent to ▓▓▓▓ on Sun Jan 10, 2016 04:52 PM
Message : Yay

Received from [ ] on Sun Jan 10, 2016 04:51 PM

Message : I'm almost back finally

Sent to [ ] on Sun Jan 10, 2016 04:48 PM

Message : Aaaaaaand we're off

Received from [ ] on Sun Jan 10, 2016 02:31 PM

Message : Fffuuuucccckkkk

Received from [ ] on Sun Jan 10, 2016 02:00 PM

Message : Two hoursssss

Received from [ ] on Sun Jan 10, 2016 02:00 PM

Message : Ugh I'm gunna have to wait for the shuttle

Received from [ ] on Sun Jan 10, 2016 02:00 PM

Message : Just landed in Indy

Sent to [ ] on Sun Jan 10, 2016 12:46 PM

Message : Are you still in denver?

Received from [ ] on Sun Jan 10, 2016 11:00 AM

Message : Lol

Sent to [ ] on Sun Jan 10, 2016 11:00 AM

Message : Tell that to [ ]

Received from [ ] on Sun Jan 10, 2016 10:59 AM

Message : Pay attention

Sent to [ ] on Sun Jan 10, 2016 10:58 AM

Message : Sorry

Sent to [ ] on Sun Jan 10, 2016 10:58 AM

Message : Yeah

Received from [ ] on Sun Jan 10, 2016 10:57 AM

Message : Oh lol talk later

Received from [ ] on Sun Jan 10, 2016 10:56 AM

Message : Are you okay?

Sent to [redacted] on Sun Jan 10, 2016 10:56 AM

Message : Im in church at the moment

---

Sent to [redacted] on Sun Jan 10, 2016 10:56 AM

Message : Afternoon

---

Received from [redacted] on Sun Jan 10, 2016 10:55 AM

Message : When are you heading out

---

Sent to [redacted] on Sun Jan 10, 2016 10:55 AM

Message : Cool

---

Received from [redacted] on Sun Jan 10, 2016 10:54 AM

Message : I'm in Denver

---

Received from [redacted] on Sun Jan 10, 2016 10:53 AM

Message : Oh my dad

---

Received from [redacted] on Sun Jan 10, 2016 09:24 AM

Message : I don't have to

---

Sent to [redacted] on Sun Jan 10, 2016 09:23 AM

Message : Who did you want to ask was up?

---

Sent to [redacted] on Sun Jan 10, 2016 09:22 AM

Message : I know what you mean though

---

Sent to [redacted] on Sun Jan 10, 2016 09:22 AM

Message : But you havent even left yet

---

Received from [redacted] on Sun Jan 10, 2016 09:22 AM

Message : I just get nervous and sick and I miss Oscar

---

Sent to [redacted] on Sun Jan 10, 2016 09:21 AM

Message : Its not fun. Its like waiting.

---

Received from [redacted] on Sun Jan 10, 2016 09:19 AM

Message : I hate the actual travel part of traveling

---

Sent to [redacted] on Sun Jan 10, 2016 09:19 AM

Message : Im sorry

Received from ████████████ on Sun Jan 10, 2016 09:19 AM

Message : I feel super sick

---

Sent to ███████████ on Sun Jan 10, 2016 09:18 AM

Message : I couldnt sleep at all either.

---

Received from ████████████ on Sun Jan 10, 2016 09:18 AM

Message : I got maybe an hour of sleep last night

---

Received from ████████████ on Sun Jan 10, 2016 09:17 AM

Message : Cool I'm worried I won't be able to get up tomorrow

---

Received from ████████████ on Sun Jan 10, 2016 09:17 AM

Message : Didn't mean to send that

---

Sent to ███████████ on Sun Jan 10, 2016 09:17 AM

Message : I have been up awhile

---

Sent to ██████████ on Sun Jan 10, 2016 09:17 AM

Message : Why? lol

---

Received from ████████████ on Sun Jan 10, 2016 09:16 AM

Message : Sorry

---

Sent to ██████████ on Sun Jan 10, 2016 09:16 AM

Message : Well i am

---

Received from ████████████ on Sun Jan 10, 2016 09:16 AM

Message : Ignore that lol

---

Received from ████████████ on Sun Jan 10, 2016 09:16 AM

Message : Are you up?

---

Received from ████████████ on Sun Jan 10, 2016 01:15 AM

Message : Thanks

---

Received from ████████████ on Sun Jan 10, 2016 01:05 AM

Message : I know

---

Sent to ████████████ on Sun Jan 10, 2016 01:04 AM

Message : I'm here if you need anything.

PU 0230

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 01:04 AM
Message : Because I'm doing stuff!

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 01:04 AM
Message : I can't talk on the phone

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 01:04 AM
Message : I can't talk right now

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 01:03 AM
Message : Why?

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 01:02 AM
Message : Like literally last night I drove an hour out of town before turning around

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 01:02 AM
Message : ▮▮▮▮ I'm here for you.

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 01:02 AM
Message : What's wrong??

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 01:00 AM
Message : I want to run away

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 12:48 AM
Message : I love you

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 12:48 AM
Message : Mkay

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 12:48 AM
Message : I'll see you tomorrow then

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 12:47 AM
Message : Ok

Received from ▮▮▮▮▮ on Sun Jan 10, 2016 12:46 AM
Message : Mhmm

Sent to ▮▮▮▮▮ on Sun Jan 10, 2016 12:46 AM
Message : Are you alright?

Received from ████████████ on Sun Jan 10, 2016 12:46 AM
Message : I'll see you tomorrow

Sent to ████████████ on Sun Jan 10, 2016 12:44 AM
Message : Why not?

Received from ████████████ on Sun Jan 10, 2016 12:44 AM
Message : I can't call you back

Sent to ████████████ on Sun Jan 10, 2016 12:44 AM
Message :

Sent to ████████████ on Sun Jan 10, 2016 12:44 AM
Message : ??

Received from ████████████ on Sun Jan 10, 2016 12:44 AM
Message : I'll just see you tomorrow

Sent to ████████████ on Sun Jan 10, 2016 12:28 AM
Message : Why?

Received from ████████████ on Sun Jan 10, 2016 12:28 AM
Message : I'm really sad

Sent to ████████████ on Sun Jan 10, 2016 12:27 AM
Message : Are you gonna miss home?

Received from ████████████ on Sun Jan 10, 2016 12:27 AM
Message :

Sent to ████████████ on Sun Jan 10, 2016 12:18 AM
Message : See you tomorrow then!

Received from ████████████ on Sat Jan 09, 2016 09:52 PM
Message : Totally

Sent to ████████████ on Sat Jan 09, 2016 09:52 PM
Message : Fun

Received from ████████████ on Sat Jan 09, 2016 09:46 PM
Message : 750

Sent to ▮▮▮▮▮ on Sat Jan 09, 2016 09:40 PM

Message : When do you leave?

---

Sent to ▮▮▮▮▮ on Sat Jan 09, 2016 09:31 PM

Message : I'll probably get there around 2 or 3

---

Sent to ▮▮▮▮▮ on Sat Jan 09, 2016 09:31 PM

Message : Then yeah

---

Received from ▮▮▮▮▮ on Sat Jan 09, 2016 09:30 PM

Message : 5ish closer to 6 maybe

---

Sent to ▮▮▮▮▮ on Sat Jan 09, 2016 09:29 PM

Message : Probably. What time do you get there?

---

Received from ▮▮▮▮▮ on Sat Jan 09, 2016 09:29 PM

Message : See you tomorrow?

---

Received from ▮▮▮▮▮ on Sat Jan 09, 2016 05:35 PM

Message : Snow does follow me

---

Received from ▮▮▮▮▮ on Sat Jan 09, 2016 04:23 PM

Message : :)

---

Sent to ▮▮▮▮▮ on Sat Jan 09, 2016 03:00 PM

Message : I miss you a lot.

---

Sent to ▮▮▮▮▮ on Sat Jan 09, 2016 12:10 AM

Message : Im sorry for what I said.

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 09:50 PM

Message : It's ok.

---

Received from ▮▮▮▮▮ on Fri Jan 08, 2016 12:53 AM

Message : See this is what I mean I just can't think with this yelling and I'm frustrated and upset and I'm sorry

---

Received from ▮▮▮▮▮ on Fri Jan 08, 2016 12:50 AM

Message : Fine just don't fucking talk to me then

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 12:48 AM

Message : So I have to be honest with you and you dont have to be honest with me? Ok

---

Received from ▮▮▮▮▮▮▮ on Fri Jan 08, 2016 12:48 AM
Message : No it's personal I don't have to say anything

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 12:45 AM
Message : What did you say to him? You cant bring it up and not say anything.

---

Received from ▮▮▮▮▮▮ on Fri Jan 08, 2016 12:44 AM
Message : Nothing

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 12:44 AM
Message : What did you say?

---

Received from ▮▮▮▮▮▮ on Fri Jan 08, 2016 12:44 AM
Message : Yeah

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 12:43 AM
Message : To him?

---

Received from ▮▮▮▮▮▮ on Fri Jan 08, 2016 12:43 AM
Message : I've just been in a bad mood the last few days and said some stuff

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 12:43 AM
Message : No. Why?

---

Received from ▮▮▮▮▮▮ on Fri Jan 08, 2016 12:33 AM
Message : Be honest please

---

Received from ▮▮▮▮▮▮ on Fri Jan 08, 2016 12:31 AM
Message : Do you and ▮▮▮▮ talk about me at all?

---

Sent to ▮▮▮▮▮ on Fri Jan 08, 2016 12:29 AM
Message : What?

---

Received from ▮▮▮▮▮▮ on Fri Jan 08, 2016 12:28 AM
Message : Hey can I ask you something ?

---

Sent to ▮▮▮▮▮ on Thu Jan 07, 2016 11:22 PM
Message : Sorry!

---

Sent to ███████████ on Thu Jan 07, 2016 11:22 PM

Message : Im at a friends house. Give me a minute and i can call you back

---

Received from ███████████ on Thu Jan 07, 2016 11:17 PM

Message : Hey

---

Sent to ███████████ on Thu Jan 07, 2016 09:07 PM

Message : Hey!

---

Sent to ███████████ on Thu Jan 07, 2016 04:58 PM

Message : Ok

---

Received from ███████████ on Thu Jan 07, 2016 04:58 PM

Message : Oh cool I'll talk to you later than have fun

---

Sent to ███████████ on Thu Jan 07, 2016 04:57 PM

Message : Hey! About to run at the beach.

---

Received from ███████████ on Thu Jan 07, 2016 04:46 PM

Message : Hey

---

Sent to ███████████ on Wed Jan 06, 2016 03:01 PM

Message : This was really funny!

https://youtu.be/H3pjP79-sJc

---

Sent to ███████████ on Wed Jan 06, 2016 12:46 PM

Message : Oh well. What are you gonna do ¯\_(ツ)_/¯

---

Received from ███████████ on Wed Jan 06, 2016 12:44 PM

Message : I'm sorry

---

Sent to ███████████ on Wed Jan 06, 2016 11:43 AM

Message : Not really

---

Received from ███████████ on Wed Jan 06, 2016 11:43 AM

Message : Cool

---

Sent to ███████████ on Wed Jan 06, 2016 11:42 AM

Message : It just went up for preorder. And they said it would be around $350. But it is 600

Received from [REDACTED] on Wed Jan 06, 2016 11:42 AM
Message : What

Sent to [REDACTED] on Wed Jan 06, 2016 11:41 AM
Message : That vr headset i wantes to buy

Received from [REDACTED] on Wed Jan 06, 2016 11:41 AM
Message : What

Sent to [REDACTED] on Wed Jan 06, 2016 11:40 AM
Message : Well that's just bullshit

Received from [REDACTED] on Tue Jan 05, 2016 09:51 PM
Message : Cool!

Sent to [REDACTED] on Tue Jan 05, 2016 06:35 PM
Message : I don't know how to take that

Received from [REDACTED] on Tue Jan 05, 2016 03:52 PM
Message : You look like a ginger

Received from [REDACTED] on Tue Jan 05, 2016 03:47 PM
Message : Yep

Received from [REDACTED] on Tue Jan 05, 2016 02:58 PM
Message : Oh

Sent to [REDACTED] on Tue Jan 05, 2016 02:58 PM
Message : Hasnt come through yet :/

Received from [REDACTED] on Tue Jan 05, 2016 02:58 PM
Message : Yeah

Sent to [REDACTED] on Tue Jan 05, 2016 02:58 PM
Message : Did you send a picture?

Sent to [REDACTED] on Tue Jan 05, 2016 02:58 PM
Message : No

Received from [REDACTED] on Tue Jan 05, 2016 02:58 PM
Message : You can't see?

Sent to ███████████ on Tue Jan 05, 2016 02:57 PM
Message : What does it look like??

---

Sent to ███████████ on Tue Jan 05, 2016 02:53 PM
Message : I still want proof

---

Received from ███████████ on Tue Jan 05, 2016 02:53 PM
Message : Not like red red I had to stay navy approved

---

Sent to ███████████ on Tue Jan 05, 2016 02:52 PM
Message : I want proof

---

Sent to ███████████ on Tue Jan 05, 2016 02:52 PM
Message : What??

---

Received from ███████████ on Tue Jan 05, 2016 02:46 PM
Message : Did I tell you my hair is red

---

Sent to ███████████ on Tue Jan 05, 2016 02:42 PM
Message : Ok

---

Received from ███████████ on Tue Jan 05, 2016 02:42 PM
Message : ?

---

Received from ███████████ on Tue Jan 05, 2016 02:42 PM
Message : Tell her hi

---

Received from ███████████ on Tue Jan 05, 2016 02:42 PM
Message : Okay

---

Sent to ███████████ on Tue Jan 05, 2016 02:41 PM
Message : I have to drive with my mom to pick up her truck. I can call you in like 10 minutes. Is that ok?

---

Received from ███████████ on Tue Jan 05, 2016 01:59 PM
Message : Oh okay

---

Sent to ███████████ on Tue Jan 05, 2016 01:54 PM
Message : I didnt mean it sarcastically or anything.

---

Sent to ███████████ on Tue Jan 05, 2016 01:50 PM
Message : I didnt mean it randomly. I was just thinking. I dont know that he has anyone else he

PU 0237

opens up to like you and you are always really understanding and supportive it seems. And just being there. There arent many people I know that can be trusted like that. Please dont take it any other way.

Received from [ ] on Tue Jan 05, 2016 01:47 PM
Message : Yeah but that doesn't make your statement less random where did that come from?

Sent to [ ] on Tue Jan 05, 2016 01:46 PM
Message : You and [ ] seem to be really good friends

Received from [ ] on Tue Jan 05, 2016 01:45 PM
Message : ????

Received from [ ] on Tue Jan 05, 2016 01:44 PM
Message : What?

Sent to [ ] on Tue Jan 05, 2016 01:43 PM
Message : You're a great friend to have. Did you know that?

Received from [ ] on Tue Jan 05, 2016 01:43 PM
Message : Yeah

Sent to [ ] on Tue Jan 05, 2016 01:42 PM
Message : Oh

Received from [ ] on Tue Jan 05, 2016 01:42 PM
Message : No just unexpected

Sent to [ ] on Tue Jan 05, 2016 01:42 PM
Message : Like uncomfortable weird?

Received from [ ] on Tue Jan 05, 2016 01:41 PM
Message : Yeah we've been talking (a lot actually) it's weird

Sent to [ ] on Tue Jan 05, 2016 01:41 PM
Message : Been talking to [ ] He's had a good break.

Sent to [ ] on Tue Jan 05, 2016 01:40 PM
Message :

Sent to ▮▮▮▮ on Tue Jan 05, 2016 01:40 PM

Message : But im about to take a hot shower

---

Received from ▮▮▮▮ on Tue Jan 05, 2016 01:40 PM

Message : Yeah

---

Sent to ▮▮▮▮ on Tue Jan 05, 2016 01:40 PM

Message : And my ears

---

Sent to ▮▮▮▮ on Tue Jan 05, 2016 01:40 PM

Message : Funny you say that. My hands are nearly frozen.

---

Received from ▮▮▮▮ on Tue Jan 05, 2016 01:39 PM

Message : I'm just cold today

---

Sent to ▮▮▮▮ on Tue Jan 05, 2016 01:39 PM

Message : Wear more clothes?

---

Sent to ▮▮▮▮ on Tue Jan 05, 2016 01:39 PM

Message :

---

Received from ▮▮▮▮ on Tue Jan 05, 2016 01:39 PM

Message : My house

---

Sent to ▮▮▮▮ on Tue Jan 05, 2016 01:39 PM

Message : Where are you?

---

Received from ▮▮▮▮ on Tue Jan 05, 2016 01:38 PM

Message : I'm so cold

---

Sent to ▮▮▮▮ on Mon Jan 04, 2016 11:36 PM

Message : Yeah

---

Received from ▮▮▮▮ on Mon Jan 04, 2016 11:35 PM

Message : Ew

---

Sent to ▮▮▮▮ on Mon Jan 04, 2016 11:35 PM

Message : It doesn't completely resolve

---

Received from ▮▮▮▮ on Mon Jan 04, 2016 11:26 PM

Message : Why

Sent to ███████████ on Mon Jan 04, 2016 11:25 PM
Message : If you watch it i think the ending will make you angry

Sent to ███████████ on Mon Jan 04, 2016 11:19 PM
Message : That movie was really good

Sent to ███████████ on Mon Jan 04, 2016 10:55 PM
Message : Gyllenhall wasnt as creepy as i first thought he would be.

Received from ███████████ on Mon Jan 04, 2016 10:48 PM
Message : Cool

Sent to ███████████ on Mon Jan 04, 2016 10:47 PM
Message : I mean the acting is top notch

Received from ███████████ on Mon Jan 04, 2016 10:45 PM
Message : I've heard both I might try it

Sent to ███████████ on Mon Jan 04, 2016 10:44 PM
Message : I didnt think it was much of a horror movie. Its more of a thriller

Received from ███████████ on Mon Jan 04, 2016 10:44 PM
Message : Okay

Received from ███████████ on Mon Jan 04, 2016 10:44 PM
Message : No I hate horror movies

Received from ███████████ on Mon Jan 04, 2016 10:44 PM
Message : I just don't even notice

Sent to ███████████ on Mon Jan 04, 2016 10:43 PM
Message : It has that sort of atmosphere to it

Sent to ███████████ on Mon Jan 04, 2016 10:42 PM
Message : Have you seen silence of the lambs?

Sent to ███████████ on Mon Jan 04, 2016 10:41 PM
Message : Its not a bad stream like the maze runner movie. Sometimes movies on there arent good quality.

Sent to ███████████ on Mon Jan 04, 2016 10:40 PM

PU 0240

Message : There is still 45 min left for me

Received from [ redacted ] on Mon Jan 04, 2016 10:40 PM
Message : I don't understand how that's significant

Sent to [ redacted ] on Mon Jan 04, 2016 10:40 PM
Message : And the movie came out in 2013

Sent to [ redacted ] on Mon Jan 04, 2016 10:40 PM
Message : The streams available on kodi were dvd quality

Received from [ redacted ] on Mon Jan 04, 2016 10:39 PM
Message : ?

Sent to [ redacted ] on Mon Jan 04, 2016 10:39 PM
Message : Dvd quality. It came out in 2013.

Received from [ redacted ] on Mon Jan 04, 2016 10:38 PM
Message : Okay

Sent to [ redacted ] on Mon Jan 04, 2016 10:37 PM
Message : I only found it on kodi

Received from [ redacted ] on Mon Jan 04, 2016 10:37 PM
Message : I'll have to try it Netflix?

Sent to [ redacted ] on Mon Jan 04, 2016 10:36 PM
Message : This movie is hard to watch

Sent to [ redacted ] on Mon Jan 04, 2016 09:37 PM
Message : Hugh Jackman's only emotion is anger lol

Sent to [ redacted ] on Mon Jan 04, 2016 08:33 PM
Message : I dont know either

Received from [ redacted ] on Mon Jan 04, 2016 08:33 PM
Message : Where they take his daughter idk what it's called

Sent to [ redacted ] on Mon Jan 04, 2016 08:26 PM
Message : Which one?

Received from ████████████ on Mon Jan 04, 2016 08:25 PM
Message : Hm sounds like the swarcherneger movie

---

Sent to ████████████ on Mon Jan 04, 2016 08:24 PM
Message : But it looks like he is a good guy

---

Sent to ████████████ on Mon Jan 04, 2016 08:22 PM
Message : Jake gyllenhall is creepy af

---

Sent to ████████████ on Mon Jan 04, 2016 08:22 PM
Message : So now they are trying to figure out what happened

---

Sent to ████████████ on Mon Jan 04, 2016 08:22 PM
Message : Basically the premise is that this guy's daughter and friend are abducted

---

Received from ████████████ on Mon Jan 04, 2016 08:21 PM
Message : Oh fun

---

Sent to ████████████ on Mon Jan 04, 2016 08:20 PM
Message : But its over 2 and a half hours

---

Received from ████████████ on Mon Jan 04, 2016 08:20 PM
Message : Oh okay

---

Sent to ████████████ on Mon Jan 04, 2016 08:20 PM
Message : Im not sure yet. I just ate so im only only 10 minutes in now

---

Received from ████████████ on Mon Jan 04, 2016 08:06 PM
Message : What's it about?

---

Sent to ████████████ on Mon Jan 04, 2016 08:06 PM
Message : Came out in 2013, and i heard it was really good

---

Sent to ████████████ on Mon Jan 04, 2016 08:06 PM
Message : No it's a movie with Hugh Jackman and Jake Gyllenhall.

---

Received from ████████████ on Mon Jan 04, 2016 07:53 PM
Message : Is it like a show?

---

Received from ████████████ on Mon Jan 04, 2016 07:49 PM
Message : Okay

Sent to ▮▮▮▮▮▮▮ on Mon Jan 04, 2016 07:43 PM

Message : Ok. I was going to ask if it was good.

Received from ▮▮▮▮▮▮▮ on Mon Jan 04, 2016 07:42 PM

Message : No

Sent to ▮▮▮▮▮▮▮ on Mon Jan 04, 2016 07:42 PM

Message : Have you seen prisoners?

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:59 PM

Message : Yeah

Sent to ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:59 PM

Message : I know what you mean

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:56 PM

Message : Everything literally everything just everyone gets distracted looking at one thing but it's all already built up

Sent to ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:55 PM

Message : Environmentally or politically?

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:54 PM

Message : I think people don't realize where the world is actually at as a whole

Sent to ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:54 PM

Message : It will only happen if Hillary gets elected.

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:53 PM

Message : That's fair

Sent to ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:52 PM

Message : I don't believe that.

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:52 PM

Message : Because it's very likely

Sent to ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:52 PM

Message : Why do you think that?

Sent to ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:51 PM

Message : No it won't

---

Received from ▮▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:51 PM
Message : I know and it's going to be destroyed soon so I want to see it

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:51 PM
Message : The world is incredible.

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:48 PM
Message : Yep. Everywhere I just want to travel

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:48 PM
Message : Do you want to go there too?

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:47 PM
Message : What about Rome?

---

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:45 PM
Message : For Paris? Really? Just think about it lol

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:45 PM
Message : What are the cliché reasons?

---

Received from ▮▮▮▮▮▮▮ on Sun Jan 03, 2016 11:44 PM
Message : For all the cliche reasons and just another place to go

---

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 11:43 PM
Message : True

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:43 PM
Message : Sarah plain duh lol jk northern lights

---

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 11:42 PM
Message : I mean Paris lol

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:42 PM
Message : Why do you want to go to Alaska?

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 11:41 PM
Message : Oh cool

Sent to ███████████ on Sun Jan 03, 2016 11:40 PM

Message : But Russian

---

Sent to ███████████ on Sun Jan 03, 2016 11:40 PM

Message : Like Alaska

---

Sent to ███████████ on Sun Jan 03, 2016 11:40 PM

Message : It's beautiful there

---

Received from ███████████ on Sun Jan 03, 2016 11:39 PM

Message : Why's that

---

Sent to ███████████ on Sun Jan 03, 2016 11:38 PM

Message : I want to go to Siberia

---

Received from ███████████ on Sun Jan 03, 2016 11:24 PM

Message : Another reason to go

---

Received from ███████████ on Sun Jan 03, 2016 08:47 PM

Message : Yeah

---

Sent to ███████████ on Sun Jan 03, 2016 08:45 PM

Message : Ok

---

Received from ███████████ on Sun Jan 03, 2016 08:45 PM

Message : I think he's like six maybe when the season ends

---

Sent to ███████████ on Sun Jan 03, 2016 08:45 PM

Message : Does harrison grow up at all?

---

Received from ███████████ on Sun Jan 03, 2016 08:44 PM

Message : I know

---

Received from ███████████ on Sun Jan 03, 2016 08:44 PM

Message : oint the question of is Harrison gunna turn out the same cause of the whole blood bath thing like Dexter

---

Sent to ███████████ on Sun Jan 03, 2016 08:43 PM

Message : Opens him up more and gives him more maneuverability . I get it. Just dont like it.

---

Received from ███████████ on Sun Jan 03, 2016 08:43 PM

Message : Just he obviously self destructs and it would've hurt Rita and the kids way more or they

PLH 0245

would've all been killed in a worse way too and from a writing p

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:41 PM
Message : But later

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:41 PM
Message : I cant right now

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:41 PM
Message : Ok

Received from ▓▓▓▓▓ on Sun Jan 03, 2016 08:41 PM
Message : Just watch

Received from ▓▓▓▓▓ on Sun Jan 03, 2016 08:41 PM
Message : Obviously I mean beside that

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:40 PM
Message : Why was it for the best?

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:40 PM
Message : But i still think it was different

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:40 PM
Message : I dont kill people

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:40 PM
Message : No

Received from ▓▓▓▓▓ on Sun Jan 03, 2016 08:39 PM
Message : That's literally what you do

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:39 PM
Message : Not the same to me

Sent to ▓▓▓▓▓ on Sun Jan 03, 2016 08:39 PM
Message : It was more like a tantrum though

Received from ▓▓▓▓▓ on Sun Jan 03, 2016 08:38 PM
Message : When he killed the guy

Sent to ███████████ on Sun Jan 03, 2016 08:38 PM

Message : Is it later on? I never saw him cry. He just got all sulky

---

Received from ███████████ on Sun Jan 03, 2016 08:37 PM

Message : He did

---

Sent to ███████████ on Sun Jan 03, 2016 08:37 PM

Message : I was fully expecting him to cry

---

Sent to ███████████ on Sun Jan 03, 2016 08:37 PM

Message : All he did was kill the dude in the bathroom

---

Received from ███████████ on Sun Jan 03, 2016 08:37 PM

Message : It's just different

---

Received from ███████████ on Sun Jan 03, 2016 08:37 PM

Message : He does

---

Sent to ███████████ on Sun Jan 03, 2016 08:36 PM

Message : And he just has no emotion

---

Sent to ███████████ on Sun Jan 03, 2016 08:36 PM

Message : And the kids even left...

---

Received from ███████████ on Sun Jan 03, 2016 08:36 PM

Message : Why

---

Sent to ███████████ on Sun Jan 03, 2016 08:36 PM

Message : Like i am honestly really depressed by that

---

Received from ███████████ on Sun Jan 03, 2016 08:36 PM

Message : Lol it's for the best

---

Sent to ███████████ on Sun Jan 03, 2016 08:35 PM

Message : I need a break

---

Sent to ███████████ on Sun Jan 03, 2016 08:35 PM

Message : I stopped watching after the first 3 episodes of the next season

---

Sent to ███████████ on Sun Jan 03, 2016 08:35 PM

Message : Not even kidding. I almost did.

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 08:35 PM

Message : So did you cry when Rita died

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 08:35 PM

Message : Lol

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 08:34 PM

Message : I dont know how, but Ruslan is now 2 seasons ahead of me in Dexter. In literally 3 days.

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 02:11 PM

Message : Just in general

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 02:07 PM

Message : Sorry, I fell asleep. Do you only like conflicting cases, or murder cases in general? Like Ted Bundy or jack the Ripper. I have always found them interesting.

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 01:36 AM

Message : I always look at stuff like this and I've been watching various documentaries

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 01:35 AM

Message : What got you so interested in all these murder cases? Haha

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 01:35 AM

Message : No

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 01:34 AM

Message : Is it related?

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 01:34 AM

Message : A cloudy mess

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 01:34 AM

Message : This was in Italy

Received from ▮▮▮▮▮ on Sun Jan 03, 2016 01:34 AM

Message : This one I'm not so sure a lot of info is vague or biased

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 01:33 AM

Message : Home sweet home indiana

Sent to ▮▮▮▮▮ on Sun Jan 03, 2016 01:33 AM

Message : Ok

Received from [REDACTED] on Sun Jan 03, 2016 01:33 AM
Message : Amanda Knox is another case I'm looking at it now

Sent to [REDACTED] on Sun Jan 03, 2016 01:32 AM
Message : You know a lot more about it than i do

Received from [REDACTED] on Sun Jan 03, 2016 01:31 AM
Message : Now Amanda Knox

Received from [REDACTED] on Sun Jan 03, 2016 01:31 AM
Message : Yeah it's confusing I think she unintentionally convinced him to do it but still wanted him to

Sent to [REDACTED] on Sun Jan 03, 2016 01:30 AM
Message : Its a grand old mess

Received from [REDACTED] on Sun Jan 03, 2016 01:29 AM
Message : And her dad even stated he found her very capable of killing them

Received from [REDACTED] on Sun Jan 03, 2016 01:29 AM
Message : And broke out of prison only to continue to manipulate and threaten people

Sent to [REDACTED] on Sun Jan 03, 2016 01:28 AM
Message : But if he went to hide the bodies, maybe he planned to kill them?

Sent to [REDACTED] on Sun Jan 03, 2016 01:28 AM
Message : Not suspicious at all

Received from [REDACTED] on Sun Jan 03, 2016 01:28 AM
Message : She also conveniently purchased the weapon the day before the murder

Sent to [REDACTED] on Sun Jan 03, 2016 01:27 AM
Message : I never heard of this before.

Received from [REDACTED] on Sun Jan 03, 2016 01:27 AM
Message : Yeah and supposedly she wasn't even there and her boyfriend intimidated her into not saying anything because they wouldn't believe him with his criminal record

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:26 AM

Message : And he feared for his life

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:26 AM

Message : From what im reading there was a legitimate struggle between the 3 guys

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:25 AM

Message : They should have just reported the murders as self defense

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:22 AM

Message : Yeah

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:22 AM

Message : Well then. There is a bit more to it. How did they steal her money? Was it in cash?

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:21 AM

Message : ck saying she owed them for the drugs she used that they bought with her money

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:21 AM

Message : ded up stealing her tuition money (she was trying to pay for Purdue) and when she approached them about it they were aggressive and refused to pay her ba

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:21 AM

Message : They were her boyfriends "friends" (really just drug dealers with nowhere else to go) and they refused to leave and got aggressive and eventually they en

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:19 AM

Message : Why?

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:18 AM

Message : Yeah there's also a lot more online too it's hard to tell I'm kind of thinking she did make her boyfriend do it but I can see why she would

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:17 AM

Message : Is the movie any good?

---

Sent to ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:17 AM

Message : If there was more to it than that, then its not fair of me to day that

---

Received from ▮▮▮▮▮▮ on Sun Jan 03, 2016 01:16 AM

Message : Yeah I figured

---

Sent to ████████████ on Sun Jan 03, 2016 01:16 AM

Message : Ok. The article i read just said she killed her roommate and was one of americas most wanted

---

Received from ████████████ on Sun Jan 03, 2016 01:16 AM

Message : I think it's a bit rash to jump to that conclusion with little information

---

Received from ████████████ on Sun Jan 03, 2016 01:15 AM

Message : No there's more to it than that

---

Sent to ████████████ on Sun Jan 03, 2016 01:15 AM

Message : Well if she murdered her rommmate i would say so

---

Received from ████████████ on Sun Jan 03, 2016 01:09 AM

Message : And even if she is I don't think she's a bitch for it

---

Received from ████████████ on Sun Jan 03, 2016 01:08 AM

Message : I'm not sure about that

---

Sent to ████████████ on Sun Jan 03, 2016 01:08 AM

Message : She was a killer

---

Sent to ████████████ on Sun Jan 03, 2016 01:08 AM

Message : That woman

---

Received from ████████████ on Sun Jan 03, 2016 12:47 AM

Message : What?

---

Sent to ████████████ on Sun Jan 03, 2016 12:46 AM

Message : What a bitch

---

Received from ████████████ on Sun Jan 03, 2016 12:21 AM

Message : Okay

---

Sent to ████████████ on Sun Jan 03, 2016 12:18 AM

Message : Ok. I'll look it up

---

Received from ████████████ on Sun Jan 03, 2016 12:10 AM

Message : No

Sent to ▌                  on Sun Jan 03, 2016 12:10 AM

Message : Sort of like catch me if you can?

Received from ▌                  on Sun Jan 03, 2016 12:09 AM

Message : Sarah jo pender

Received from ▌                  on Sun Jan 03, 2016 12:09 AM

Message : No about her she's a criminal google it

Sent to ▌                  on Sun Jan 03, 2016 12:08 AM

Message : I dont know any movies with her

Received from ▌                  on Sun Jan 03, 2016 12:08 AM

Message : Cool

Sent to ▌                  on Sun Jan 03, 2016 12:08 AM

Message : I was playing pool with brad. He finally got home from New York and we have been hanging out today.

Received from ▌                  on Sun Jan 03, 2016 12:08 AM

Message : Yeah about Sarah jo parder

Sent to ▌                  on Sun Jan 03, 2016 12:07 AM

Message : hahaha ok

Received from ▌                  on Sun Jan 03, 2016 12:06 AM

Message : No

Received from ▌                  on Sun Jan 03, 2016 12:06 AM

Message : Sorry it's she made them do it

Sent to ▌                  on Sun Jan 03, 2016 12:06 AM

Message : I thought you were speaking to me in riddles

Received from ▌                  on Sun Jan 03, 2016 12:06 AM

Message : Yeah

Sent to ▌                  on Sun Jan 03, 2016 12:05 AM

Message : Oh

Received from ▌                  on Sun Jan 03, 2016 12:04 AM

PU 0252

Message : That's the movie title

Sent to ███████ on Sun Jan 03, 2016 12:04 AM

Message : What?

Received from ███████ on Sun Jan 03, 2016 12:03 AM

Message : She made him do it

Sent to ███████ on Sun Jan 03, 2016 12:03 AM

Message : Recently made?

Sent to ███████ on Sun Jan 03, 2016 12:03 AM

Message : Hm

Received from ███████ on Sun Jan 03, 2016 12:00 AM

Message : Thriller

Sent to ███████ on Sat Jan 02, 2016 11:59 PM

Message : Action?

Received from ███████ on Sat Jan 02, 2016 11:59 PM

Message : No

Sent to ███████ on Sat Jan 02, 2016 11:58 PM

Message : Rom com?

Received from ███████ on Sat Jan 02, 2016 11:57 PM

Message : Just watching a movie

Sent to ███████ on Sat Jan 02, 2016 11:42 PM

Message : What are you up to?

Received from ███████ on Sat Jan 02, 2016 09:52 PM

Message : Facebook

Received from ███████ on Sat Jan 02, 2016 09:52 PM

Message : Small down

Sent to ███████ on Sat Jan 02, 2016 09:39 PM

Message : hear*

Sent to ███████████ on Sat Jan 02, 2016 09:39 PM

Message : How do you here about all these?

Received from ███████████ on Sat Jan 02, 2016 09:26 PM

Message : No idea

Sent to ███████████ on Sat Jan 02, 2016 09:26 PM

Message : Honestly do you have any idea how many that is?

Received from ███████████ on Sat Jan 02, 2016 09:25 PM

Message : Also, another friend Engadget and another marries

Received from ███████████ on Sat Jan 02, 2016 04:03 PM

Message : Way to go

Sent to ███████████ on Sat Jan 02, 2016 03:48 PM

Message : To be fair we were literally sitting in reclining sofa chairs.

Sent to ███████████ on Sat Jan 02, 2016 03:48 PM

Message : I fell asleep the 2nd...

Received from ███████████ on Sat Jan 02, 2016 03:47 PM

Message : Lol nice I've gone three times haha

Sent to ███████████ on Sat Jan 02, 2016 03:46 PM

Message : Im going to see star wars with some friends. This will be the 3rd time

Received from ███████████ on Sat Jan 02, 2016 03:20 PM

Message : Me too

Sent to ███████████ on Sat Jan 02, 2016 03:20 PM

Message : I hope it passes soon

Received from ███████████ on Sat Jan 02, 2016 03:18 PM

Message : The trip

Sent to ███████████ on Sat Jan 02, 2016 03:17 PM

Message : Did you get sick from the trip, or is it still the post-mono crap?

Received from ███████████ on Sat Jan 02, 2016 02:57 PM

Message : Yeah lame

Sent to ████████████ on Sat Jan 02, 2016 02:51 PM

Message : I wanted to take photos but they wouldn't let us

Received from ████████████ on Sat Jan 02, 2016 02:50 PM

Message : Oh cool !

Sent to ████████████ on Sat Jan 02, 2016 02:49 PM

Message : I went to a lion king play with my family the other day! It was a broadway musical.y grandparents wanted to take us there. It was crazy.

Received from ████████████ on Sat Jan 02, 2016 02:48 PM

Message : Yeah what did you do?

Sent to ████████████ on Sat Jan 02, 2016 02:44 PM

Message : I hope you feel better! I figured you had probably gone to bed anyway.

Received from ████████████ on Sat Jan 02, 2016 02:43 PM

Message : I was pretty sick yesterday sorry

Received from ████████████ on Sat Jan 02, 2016 02:36 PM

Message : We did lots actually

Sent to ████████████ on Sat Jan 02, 2016 12:08 AM

Message : Was it all just snowmobiling? Like on trails?

Sent to ████████████ on Fri Jan 01, 2016 11:59 PM

Message : So what all did you do there?

Received from ████████████ on Fri Jan 01, 2016 11:52 PM

Message : Yeah it was great

Sent to ████████████ on Fri Jan 01, 2016 11:51 PM

Message : Lucky

Received from ████████████ t on Fri Jan 01, 2016 11:51 PM

Message : Arrowhead (████ cabin) with ████ and ████ and ████

Sent to ████████████ on Fri Jan 01, 2016 11:51 PM

Message : Where was it? Who all did you go with?

Received from ████████████ on Fri Jan 01, 2016 11:50 PM

Message : It was fun

---

Sent to [redacted] on Fri Jan 01, 2016 11:50 PM

Message : How was snowmobiling?

---

Sent to [redacted] on Fri Jan 01, 2016 11:50 PM

Message : Not really doing anything atm.

---

Received from [redacted] on Fri Jan 01, 2016 11:48 PM

Message : What's up?

---

Sent to [redacted] on Fri Jan 01, 2016 11:47 PM

Message : Hey

---

Received from [redacted] on Fri Jan 01, 2016 11:00 PM

Message : Hey

---

Sent to [redacted] on Thu Dec 31, 2015 07:58 PM

Message : Never mind your mom told me you didnt have any service out where you were. Have fun snowmobiling!

---

Sent to [redacted] on Thu Dec 31, 2015 04:45 PM

Message : [redacted]

---

Sent to [redacted] on Thu Dec 31, 2015 12:58 PM

Message : Are you alright?

---

Sent to [redacted] on Thu Dec 31, 2015 12:45 PM

Message : Any plans for new years?

---

Sent to [redacted] on Thu Dec 31, 2015 01:20 AM

Message : That was an awful ending

---

Sent to [redacted] on Wed Dec 30, 2015 07:29 PM

Message : I really want to show you navy pier

---

Sent to [redacted] on Wed Dec 30, 2015 05:13 PM

Message : Christina's a baaaaaad apple

---

Received from [redacted] on Wed Dec 30, 2015 02:09 PM

Message : Yeah

PU 0256

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 02:08 PM

Message : Can you get a video?

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 02:08 PM

Message : Hahahaha

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 02:02 PM

Message : Omg so Abigail is practicing for her spelling be and Oscar is just in the background spouting off sounds/letters

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:50 PM

Message : If I get a basket for my bike I could probably come get some.

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:49 PM

Message : Want some of ours lol

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:48 PM

Message : Emphasis on a little bit

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:48 PM

Message : Oh yay

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:48 PM

Message : We got a little bit of snow now!

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:47 PM

Message : Awe

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:46 PM

Message : Same with Oscar

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:46 PM

Message : That is how he wins fights

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:46 PM

Message : He's so cute though

Received from ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:45 PM

Message : Good !

Sent to ▮▮▮▮▮▮▮ on Wed Dec 30, 2015 01:45 PM

Message : Apparently he does what he wants too

Sent to ███████████ on Wed Dec 30, 2015 01:45 PM
Message : Musket literally just jumped on the couch and nearly pushed me off

Received from ███████████ on Wed Dec 30, 2015 01:44 PM
Message : I've already seen it so I do what I want

Sent to ███████████ on Wed Dec 30, 2015 01:42 PM
Message :

Received from ███████████ on Wed Dec 30, 2015 01:42 PM
Message : Because I skip around

Sent to ███████████ on Wed Dec 30, 2015 01:40 PM
Message : I WAS UP TILL 4 WATCHING IT WHERE DO YOU FIND THE TIME

Sent to ███████████ on Wed Dec 30, 2015 01:40 PM
Message : How

Sent to ███████████ on Wed Dec 30, 2015 01:40 PM
Message : What

Received from ███████████ on Wed Dec 30, 2015 01:40 PM
Message : Yeah

Received from ███████████ on Wed Dec 30, 2015 01:40 PM
Message : Just finish the season

Sent to ███████████ on Wed Dec 30, 2015 01:39 PM
Message : Did you get further than me?

Sent to ███████████ on Wed Dec 30, 2015 01:37 PM
Message : oh dear god do i really want to know

Sent to ███████████ on Wed Dec 30, 2015 01:37 PM
Message : Where are you??

Sent to ███████████ on Wed Dec 30, 2015 01:37 PM
Message : Why..?

Received from ▮▮▮▮▮▮ on Wed Dec 30, 2015 01:36 PM
Message : You're gunna be mad

Sent to ▮▮▮▮▮ on Wed Dec 30, 2015 01:36 PM
Message : Im almost done with s4 of dexter..

Received from ▮▮▮▮▮ on Wed Dec 30, 2015 01:35 PM
Message : Oh lol I knew that I was saying it wrong

Sent to ▮▮▮▮ on Wed Dec 30, 2015 01:31 PM
Message : It's like a "best of" compilation of something

Received from ▮▮▮▮▮ on Wed Dec 30, 2015 01:31 PM
Message : I don't even know what montage means lol

Sent to ▮▮▮▮ on Wed Dec 30, 2015 01:31 PM
Message : You should get him a snapback.

Sent to ▮▮▮▮▮ on Wed Dec 30, 2015 01:30 PM
Message : He's a beast.

Received from ▮▮▮▮▮▮ on Wed Dec 30, 2015 01:24 PM
Message : Monster

Received from ▮▮▮▮▮ on Wed Dec 30, 2015 01:24 PM
Message : He's a montage

Sent to ▮▮▮▮ on Wed Dec 30, 2015 01:23 PM
Message : Serious game

Received from ▮▮▮▮▮ on Wed Dec 30, 2015 01:23 PM
Message : In monster pj's

Sent to ▮▮▮▮ on Wed Dec 30, 2015 01:23 PM
Message : Kid's got game

Received from ▮▮▮▮▮ on Wed Dec 30, 2015 01:22 PM
Message : Oscar is running around with pills in one hand and cash in the other

Sent to ▮▮▮▮▮ on Wed Dec 30, 2015 01:15 PM
Message : Yeah.

Received from ▇▇▇▇▇▇▇▇ on Wed Dec 30, 2015 01:15 PM

Message : Okay so you'd finish school first?

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 01:14 PM

Message : If I did my tuition would still be nearly all covered from my other scholarships.

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 01:14 PM

Message : I told my mom I was considering it.

Received from ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:11 PM

Message : Have you talked to your parents about it?

Received from ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 01:36 AM

Message : What? It's true

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 01:35 AM

Message : ..

Received from ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:53 AM

Message : Whatever is best for you

Received from ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:13 AM

Message : Okay

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:12 AM

Message : I think I will

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:12 AM

Message : I talked to someone who is in the teams and he has been giving me a lot of info on the differences in what you do if you are officer or enlisted

Received from ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:12 AM

Message : Maybe talk it through with ▇▇▇▇▇▇ ?

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:11 AM

Message : I dont think I want to be an officer in the SEALs

Received from ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:11 AM

Message : Why?

Sent to ▇▇▇▇▇▇▇ on Wed Dec 30, 2015 12:10 AM

Message : No

Received from ▓▓▓▓▓▓ on Wed Dec 30, 2015 12:10 AM
Message : Are you lying to get me to talk to you?

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 11:41 PM
Message : I might drop ROTC

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 07:08 PM
Message : I really don't want to lose you.

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 06:49 PM
Message : ▓▓▓▓

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 04:08 PM
Message : I want to not fight about things, but it feels like that's all we are doing right now. I'm trying to avoid that.

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 04:04 PM
Message : It's not

Received from ▓▓▓▓▓▓ on Tue Dec 29, 2015 04:04 PM
Message : No but it looks like it's what you want so

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 04:03 PM
Message : Is that what you want??

Received from ▓▓▓▓▓▓ on Tue Dec 29, 2015 04:03 PM
Message : No I get it it's fine it's over

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 04:02 PM
Message : I just need some space right now.

Received from ▓▓▓▓▓▓ on Tue Dec 29, 2015 03:56 PM
Message : So it's over then?

Sent to ▓▓▓▓▓▓ on Tue Dec 29, 2015 02:56 PM
Message : Please dont call me that

Received from ▓▓▓▓▓▓ on Tue Dec 29, 2015 01:35 PM
Message : Babe...

PU 0261

Received from ▮▮▮▮▮▮▮ on Tue Dec 29, 2015 12:27 AM
Message : ▮▮▮

---

Received from ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 11:20 PM
Message : and you don't

---

Received from ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 11:20 PM
Message : To actually change it you're still doing the same things you did when we first started going out! You're not changing it you're not you just say you will

---

Sent to ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 10:56 PM
Message : Im not going in circles any more ▮▮▮▮. What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?

---

Received from ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 10:38 PM
Message : No I get angry because you continue to do it and just say sorry you don't actually change anything

---

Sent to ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 10:37 PM
Message : We already went over this several times. I cant even apologize any more because you get angry at me for it.

---

Received from ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 10:22 PM
Message : Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries

---

Received from ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 10:21 PM
Message : pout and whine like a little child

---

Received from ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 10:21 PM
Message : That is not true I get mad when you won't just leave me alone about things when I don't talk about and I get mad when you just up and leave and when you

---

Sent to ▮▮▮▮▮▮▮ on Mon Dec 28, 2015 07:46 PM
Message : And you never tell me whats going on. It's always you being really vague by saying "everything" or "family" but usually you just say you dont want to talk about it. It is not at all fair for you to tell me that its my fault when you refuse to even talk to me. I have asked you multiple

times if you want to talk and you always say no. Always. I try to understand, but you give me nothing then get angry when I have no idea what the problem is. And then you get upset and call me out whenever I dont respond to you, which is literally exactly what you do. Im afraid to even talk about things with you because whenever we disagree on something it becomes an argument, and I dont want to argue. You tell me that i have a short temper, but you are always angry whenever something goes wrong for you and you shut me out. You dont even try to change that. You tell me that communication doesnt help, yet whenever I dont talk to you you get pissed off at me. I dont know what it is you want, because whenever I try to help or improve the situation, it always ends up getting worse.

Sent to ███████████ on Mon Dec 28, 2015 07:35 PM
Message : I was in a concert

Received from ███████████ on Mon Dec 28, 2015 05:52 PM
Message : n't understand that is not my fault I'm not going to spend an hour spelling out every single detail for you

Received from ███████████ on Mon Dec 28, 2015 05:52 PM
Message : And you do you literally get up and leave without saying a word you do and I always tell you what's wrong or what's upsetting me and the fact that you do

Received from ███████████ on Mon Dec 28, 2015 05:45 PM
Message : K bye

Received from ███████████ on Mon Dec 28, 2015 04:29 PM
Message : ███ ?

Received from ███████████ on Mon Dec 28, 2015 04:19 PM
Message : With?

Sent to ███████████ on Mon Dec 28, 2015 04:19 PM
Message : Then im done.

Received from ███████████ on Mon Dec 28, 2015 04:18 PM
Message : If that's how you handle things fine

Sent to ███████████ on Mon Dec 28, 2015 04:17 PM
Message : Would you like if I walked away from you every time something upset me, and ignored you every time you asked me to explain what was wrong? Because that is how I feel right now.

Received from ███████████ on Mon Dec 28, 2015 04:16 PM

Message : Yeah I've tried and it doesn't so no

---

Sent to ███████████ on Mon Dec 28, 2015 04:16 PM

Message : It can help

---

Received from ███████████ on Mon Dec 28, 2015 04:15 PM

Message : Why?

---

Sent to ███████████ on Mon Dec 28, 2015 04:15 PM

Message : Communicating

---

Received from ███████████ on Mon Dec 28, 2015 04:15 PM

Message : What's the point

---

Sent to ███████████ on Mon Dec 28, 2015 04:15 PM

Message : Thats not the point

---

Received from ███████████ on Mon Dec 28, 2015 04:14 PM

Message : What are you going to do?

---

Sent to ███████████ on Mon Dec 28, 2015 04:14 PM

Message : Why

---

Received from ███████████ on Mon Dec 28, 2015 04:13 PM

Message : Yep

---

Sent to ███████████ on Mon Dec 28, 2015 04:12 PM

Message : You do this every time. You shut me out.

---

Received from ███████████ on Mon Dec 28, 2015 04:12 PM

Message : Everything is

---

Sent to ███████████ on Mon Dec 28, 2015 04:11 PM

Message : Am I upsetting you?

---

Sent to ███████████ on Mon Dec 28, 2015 04:02 PM

Message : ok

---

Received from ███████████ on Mon Dec 28, 2015 04:02 PM

Message : Talk to you right now

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 04:02 PM
Message : Yes you can

Received from ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 04:01 PM
Message : I can't do this

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 04:01 PM
Message : What?

Received from ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 04:01 PM
Message : I can't do this

Received from ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:59 PM
Message : Telling me is telling me

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:59 PM
Message : I dont know how to explain it

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:59 PM
Message : I...

Received from ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:58 PM
Message : What do you mean like this?

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:58 PM
Message : Not like this.

Received from ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:57 PM
Message : You've told me that

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:57 PM
Message : As funny as it may sound

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:57 PM
Message : I wouldnt mind living my life as a missionary in a third world country.

Received from ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:56 PM
Message : What

Sent to ▪▪▪▪▪▪▪ on Mon Dec 28, 2015 03:55 PM
Message : Can I tell you something?

PU 0265

Sent to ██████████ on Mon Dec 28, 2015 03:54 PM

Message : Sinful nature

---

Received from ██████████ on Mon Dec 28, 2015 03:52 PM

Message : I just don't understand why the world is so okay with just being hateful

---

Sent to ██████████ on Mon Dec 28, 2015 03:37 PM

Message : Im sorry that my joke was tasteless and offended you. I mean that sincerely. You are right, i shouldnt be saying that.

---

Received from ██████████ on Mon Dec 28, 2015 03:37 PM

Message : Yeah I know what your views are ████

---

Sent to ██████████ on Mon Dec 28, 2015 03:35 PM

Message : Im just trying to explain my views. Im not angry.

---

Sent to ██████████ on Mon Dec 28, 2015 03:34 PM

Message : And isis is almost all unreasonable. The reason i say i dont want them alive is because they spend their lives killing christians and spreading a false religion.

---

Received from ██████████ on Mon Dec 28, 2015 03:33 PM

Message : No I'm not trying to prove you wrong

---

Sent to ██████████ on Mon Dec 28, 2015 03:33 PM

Message : And i dont think saying that someone should die in an action movie qualifies as me actually thinking that person should die

---

Sent to ██████████ on Mon Dec 28, 2015 03:32 PM

Message : You are telling me that i have a temper, but you are using all the language

---

Sent to ██████████ on Mon Dec 28, 2015 03:32 PM

Message : This is about proving me wrong?

---

Received from ██████████ on Mon Dec 28, 2015 03:32 PM

Message : Wow. Just because I proved you wrong doesn't mean you have to get defensive

---

Sent to ██████████ on Mon Dec 28, 2015 03:31 PM

Message : But i dont ignore you every time i get upset.

---

Received from ██████████ on Mon Dec 28, 2015 03:30 PM

Message : What do you mean when do you get angry? You have less patience than my mother and a

temper

Received from ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:28 PM

Message : Like I remember the exact fucking date when we watch action movies when we talk about Isis fucking anyone

Sent to ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:28 PM

Message : But you said i always say that. Im asking when else I have ever said that. And you said i always get all angry too. Im asking when. When else have I ever said someone deserves to die.

Received from ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:26 PM

Message : Literally five minutes ago!

Sent to ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:26 PM

Message : Who?

Received from ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:21 PM

Message : You say things like its good they died or they need to die

Sent to ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:19 PM

Message : When? And I say someone deserves to die? I dont think so.

Received from ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:17 PM

Message : All the time you get all angry

Sent to ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:16 PM

Message : When else?

Received from ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:12 PM

Message : Like five minutes ago

Received from ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:12 PM

Message : Yes

Sent to ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:12 PM

Message : Like when?

Sent to ▆▆▆▆▆▆ on Mon Dec 28, 2015 03:12 PM

Message : Always?

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 03:12 PM

Message : Yes you do you always talk about people who deserve to die

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:11 PM

Message : And its not an excuse.

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:11 PM

Message : I dont decide.

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 03:11 PM

Message : I don't even see how that gives you an excuse to decide who deserves to die

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:10 PM

Message : From the Bible. He slaughtered Christians most of his early life, then God blinded him through an angel and he redeemed himself. Then he was given back his vision and renamed Paul, the apostle.

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 03:07 PM

Message : Saul ?

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 03:06 PM

Message : Yeah but you don't have to ever literally never there is literally never a reason in which to decide someone deserves to die

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:06 PM

Message : Like Saul.

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:06 PM

Message : Lots of bad people have ended up doing good things.

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:06 PM

Message : People change

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:06 PM

Message : I wouldnt unless I had to

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 03:05 PM

Message : But you can wish them death because you can decide that

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 03:05 PM

Message : Hell is a worse punishment than anything we can even imagine, and I could never wish

PU 0268

for anyone to have that.

Received from ████████ on Mon Dec 28, 2015 03:00 PM
Message : It's not

Sent to ████████ on Mon Dec 28, 2015 03:00 PM
Message : Then why is it up to you?

Received from ████████ on Mon Dec 28, 2015 03:00 PM
Message : I dont think its up to you to decide that

Sent to ████████ on Mon Dec 28, 2015 02:59 PM
Message : I dont think anybody deserves to go to hell

Sent to ████████ on Mon Dec 28, 2015 02:59 PM
Message : That i disagree with

Received from ████████ on Mon Dec 28, 2015 02:58 PM
Message : Nobody deserves to die

Received from ████████ on Mon Dec 28, 2015 02:57 PM
Message : Well stop making jokes

Sent to ████████ on Mon Dec 28, 2015 02:50 PM
Message : That's not true.

Received from ████████ on Mon Dec 28, 2015 02:49 PM
Message : Because you don't have any respect for the people who lost their lives

Sent to ████████ on Mon Dec 28, 2015 02:49 PM
Message : How am I being a jerk??

Received from ████████ on Mon Dec 28, 2015 02:48 PM
Message : You don't need to because you can't change it and being a jerk doesn't do anything either

Sent to ████████ on Mon Dec 28, 2015 02:48 PM
Message : I just don't get it though

Received from ████████ on Mon Dec 28, 2015 02:47 PM
Message : So stop

Sent to ███████████ on Mon Dec 28, 2015 02:47 PM

Message : I know that.

Received from ███████████ on Mon Dec 28, 2015 02:47 PM

Message :  lives they weren't bad people.

Received from ███████████ on Mon Dec 28, 2015 02:47 PM

Message : We draw the line at not being a complete asshole because you disagree with someone. And the people who were killed in Paris were just people living their

Sent to ███████████ on Mon Dec 28, 2015 02:45 PM

Message : Even if those people are bad? What if it happened a long time ago? Where do we draw the line?

Received from ███████████ on Mon Dec 28, 2015 02:44 PM

Message : That doesn't mean other people who died should be disrespected

Sent to ███████████ on Mon Dec 28, 2015 02:39 PM

Message : So I hate how it is perceived that just because you live in an underdeveloped country your life is worthless or not as valuable as someone in a more developed country. It's a shitty outlook and unfortunately dominates over the more realistic approach.

Received from ███████████ on Mon Dec 28, 2015 02:31 PM

Message : So?

Sent to ███████████ on Mon Dec 28, 2015 02:30 PM

Message : I think its a joke that we give it 100x more media attention than shootings and bombings of equal or greater tragedy that occur in 3rd world countries.

Received from ███████████ on Mon Dec 28, 2015 02:29 PM

Message : I don't think it's a joke

Sent to ███████████ on Mon Dec 28, 2015 02:29 PM

Message : I was just shoveling my grandpas sidewalk

Sent to ███████████ on Mon Dec 28, 2015 02:28 PM

Message : The shooting

Received from ███████████ on Mon Dec 28, 2015 02:17 PM

Message : What?

Sent to ███████████ on Mon Dec 28, 2015 02:03 PM

Message : I heard Paris can get kind of... loud... this time of year

Received from ███████████ on Mon Dec 28, 2015 02:00 PM

Message : And New York and Venice and Paris and Iceland and Alaska

Sent to ███████████ on Mon Dec 28, 2015 01:59 PM

Message : That's actually been a dream vacation of mine for a long time.

Sent to ███████████ on Mon Dec 28, 2015 01:58 PM

Message : Are you looking to turn into a lesbian?

Received from ███████████ on Mon Dec 28, 2015 01:58 PM

Message : Cause it's New Zealand

Sent to ███████████ on Mon Dec 28, 2015 01:58 PM

Message : And why?

Received from ███████████ on Mon Dec 28, 2015 01:58 PM

Message : Idk

Sent to ███████████ on Mon Dec 28, 2015 01:57 PM

Message : When

Received from ███████████ on Mon Dec 28, 2015 01:57 PM

Message : I'm going to New Zealand

Received from ███████████ on Mon Dec 28, 2015 01:57 PM

Message : I've decided

Sent to ███████████ on Mon Dec 28, 2015 01:57 PM

Message : Elaborate?

Sent to ███████████ on Mon Dec 28, 2015 01:57 PM

Message : ?

Received from ███████████ on Mon Dec 28, 2015 01:57 PM

Message : I'm going to New Zealand

Sent to ███████████ on Mon Dec 28, 2015 01:56 PM

Message : Savage

PU 0271

Received from ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:53 PM
Message : Niggerville *

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:52 PM
Message : His words not mine

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:52 PM
Message : My dad just said all the wildlife is in the south side of Chicago (niggertown)

Received from ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:51 PM
Message : Yep.

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:51 PM
Message : ^^^^^^

Received from ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:50 PM
Message : No guns

Received from ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:50 PM
Message : Rude ill mannered high target vulnerable

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:50 PM
Message : I like the country.

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:50 PM
Message : Zoos don't count

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:50 PM
Message : No wildlife

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:50 PM
Message : Ugly, noisy, polluted, crowded, expensive, crowded

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:49 PM
Message : I just hate the idea.

Received from ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:49 PM
Message : Lol reasons why I will never live in a city

Sent to ▓▓▓▓▓▓▓ on Mon Dec 28, 2015 01:48 PM
Message : Plenty of time to do nothing

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:48 PM

Message : The play doesn't start until 4, so its in 3 hours

---

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:48 PM

Message : We like cant move

---

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:47 PM

Message : "Hi back"

-my dad

---

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:47 PM

Message : Of course!

---

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 01:43 PM

Message : Tell them I said hi?

---

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 01:43 PM

Message : Oh cool! Sounds like a blast :)

---

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:43 PM

Message : I'm with my dad and brothers

---

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:43 PM

Message : We are going to my grandfather's house to meet him then we are all going north of Chicago to the Trans Siberian Orchestra performance I told you about

---

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 01:43 PM

Message : Who are you with?

---

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 01:43 PM

Message : Yikes be safe

---

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 01:42 PM

Message : We have literally almost driven off the road 4 times

---

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 01:41 PM

Message :

---

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 01:41 PM

Message : Why not?

Sent to ██████████ on Mon Dec 28, 2015 01:40 PM

Message : Who is this?

Sent to ██████████ on Mon Dec 28, 2015 01:40 PM

Message : Not in this weather

Received from ██████████ on Mon Dec 28, 2015 01:40 PM

Message : Oh cool I want to go to Chicago !!

Sent to ██████████ on Mon Dec 28, 2015 01:40 PM

Message : Chicago

Received from ██████████ on Mon Dec 28, 2015 01:40 PM

Message : Where are you going?

Sent to ██████████ on Mon Dec 28, 2015 01:38 PM

Message : Stuck in traffic

Received from ██████████ on Mon Dec 28, 2015 01:37 PM

Message : What

Sent to ██████████ on Mon Dec 28, 2015 01:36 PM

Message : This sucks

Sent to ██████████ on Mon Dec 28, 2015 12:11 PM

Message : Well we got something at least

Sent to ██████████ on Mon Dec 28, 2015 03:37 AM

Message : I'm on the season finale

Sent to ██████████ on Mon Dec 28, 2015 02:03 AM

Message : What did she do?

Received from ██████████ on Mon Dec 28, 2015 02:03 AM

Message : I'm going to scream at her I swear

Received from ██████████ on Mon Dec 28, 2015 01:10 AM

Message : I know

Sent to ██████████ on Mon Dec 28, 2015 01:09 AM

Message : You're a pro

PU 0274

Received from ███████ on Mon Dec 28, 2015 01:08 AM

Message : Season 4

---

Sent to ███████ on Mon Dec 28, 2015 12:28 AM

Message : 2 episodes ahead of me

---

Received from ███████ on Mon Dec 28, 2015 12:28 AM

Message : Yeah

---

Sent to ███████ on Mon Dec 28, 2015 12:27 AM

Message : Season 3?

---

Received from ███████ on Mon Dec 28, 2015 12:27 AM

Message : I'm on 11

---

Sent to ███████ on Mon Dec 28, 2015 12:26 AM

Message : Are you watching from where I'm at?

---

Received from ███████ on Mon Dec 28, 2015 12:25 AM

Message : Dexter

---

Sent to ███████ on Mon Dec 28, 2015 12:24 AM

Message : What shows are you watching now?

---

Received from ███████ on Mon Dec 28, 2015 12:23 AM

Message : Okay

---

Sent to ███████ on Mon Dec 28, 2015 12:23 AM

Message : I refuse to believe you

---

Received from ███████ on Mon Dec 28, 2015 12:22 AM

Message : Well he kills Rita so there's that

---

Sent to ███████ on Mon Dec 28, 2015 12:21 AM

Message : You know I hate surprises. Better tell me now.

---

Received from ███████ on Mon Dec 28, 2015 12:19 AM

Message : I can if you want

---

Sent to ███████ on Mon Dec 28, 2015 12:19 AM

Message : Hardly a spoiler.

Received from ▓▓▓▓▓▓ on Mon Dec 28, 2015 12:19 AM
Message : Lol

Sent to ▓▓▓▓▓▓ on Mon Dec 28, 2015 12:18 AM
Message : I know. It's fine.

Received from ▓▓▓▓▓▓ on Mon Dec 28, 2015 12:15 AM
Message : I really didn't mean to

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:56 PM
Message : Lol sorry

Sent to ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:55 PM
Message : ...

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:55 PM
Message : Whoops

Sent to ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:55 PM
Message : Yeah

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:54 PM
Message : Oh wait you're in season three never mind

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:54 PM
Message : Lol holy shit you got that far? The

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:54 PM
Message : Oscar just ran into a wall

Sent to ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:53 PM
Message : So Dexter has an accomplice now

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:51 PM
Message : There is no rest in this house

Sent to ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:48 PM
Message : What?

Received from ▓▓▓▓▓▓ on Sun Dec 27, 2015 11:47 PM
Message : Rest? Lol

Sent to ███████████ on Sun Dec 27, 2015 11:46 PM

Message : Rest is probably your best option.

Received from ███████████ on Sun Dec 27, 2015 11:46 PM

Message : Partly and just my sinuses and just ugh

Sent to ███████ on Sun Dec 27, 2015 11:36 PM

Message : Is it the mono again?

Received from ███████████ on Sun Dec 27, 2015 11:36 PM

Message : No I've been sick

Sent to ███████ on Sun Dec 27, 2015 11:33 PM

Message : Did you get sick from working?

Sent to ███████████ on Sun Dec 27, 2015 11:17 PM

Message : I hope you feel better

Sent to ███████ on Sun Dec 27, 2015 11:16 PM

Message : With what?

Received from ███████████ on Sun Dec 27, 2015 11:13 PM

Message : I'm so sick

Received from ███████████ on Sun Dec 27, 2015 06:45 PM

Message : Kind of lol

Sent to ███████ on Sun Dec 27, 2015 06:39 PM

Message : So was it nice to return?

Received from ███████████ on Sun Dec 27, 2015 06:38 PM

Message : I missed it actually

Sent to ███████ on Sun Dec 27, 2015 03:50 PM

Message : How is the theater?

Sent to ███████████ on Sun Dec 27, 2015 01:10 AM

Message : Holy fuck yeah she's gone

Sent to ███████ on Sun Dec 27, 2015 01:07 AM

Message : At least she is gone

PU 0277

Sent to ████████████ on Sun Dec 27, 2015 01:05 AM

Message : How dare she be angry at Dex for trying to kill her

---

Received from ████████████ on Sun Dec 27, 2015 12:50 AM

Message : Um duh

---

Sent to ████████████ on Sun Dec 27, 2015 12:49 AM

Message : He is totally playing Lila's ass

---

Sent to ████████████ on Sun Dec 27, 2015 12:49 AM

Message :

---

Received from ████████████ on Sun Dec 27, 2015 12:48 AM

Message : K bye

---

Sent to ████████████ on Sun Dec 27, 2015 12:47 AM

Message : Talk to you next year

---

Sent to ████████████ on Sun Dec 27, 2015 12:47 AM

Message : Fine I'm blocking your number until I'm done with it

---

Received from ████████████ on Sun Dec 27, 2015 12:46 AM

Message : I will

---

Sent to ████████████ on Sun Dec 27, 2015 12:46 AM

Message :

---

Received from ████████████ on Sun Dec 27, 2015 12:46 AM

Message : Do you want me to?

---

Sent to ████████████ on Sun Dec 27, 2015 12:45 AM

Message : Mmmhmmmm

---

Received from ████████████ on Sun Dec 27, 2015 12:45 AM

Message : Don't worry I won't soil it

---

Sent to ████████████ on Sun Dec 27, 2015 12:42 AM

Message : I'm just getting really paranoid

---

Sent to ████████████ on Sun Dec 27, 2015 12:42 AM

Message : Hahaha

PU 0278

Received from ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:41 AM

Message : I literally didn't give anything away

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:40 AM

Message : Don't say any more lol

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:40 AM

Message : nooooo!

Received from ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:40 AM

Message : No that doesn't happen till like season 5

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:39 AM

Message : Haha I think they were trying to figure out how to corner him completely and then prolong the series.

Received from ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:38 AM

Message : Yeah see what I mean though? About the writer?

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:37 AM

Message : Still have 2/3 of the episode to go though

Received from ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:37 AM

Message : I told you

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:36 AM

Message : And yet I'm okay with it

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:35 AM

Message : Bullshit. A+ bullshit, but still bullshit.

Sent to ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:34 AM

Message : She just happens to follow him to where he takes the boat out with Rita and her kids and she just happens to break into his car and find the GPS and just happens to decide its important and she should follow it and she just happens to go to the location with doakes and just happens to go even crazier and kill him.

Received from ▮▮▮▮▮▮ on Sun Dec 27, 2015 12:33 AM

Message : What happened?

Received from ██████████ on Sun Dec 27, 2015 12:33 AM
Message : What?

Sent to ██████████ on Sun Dec 27, 2015 12:32 AM
Message : There is no way Lila follows that chain of events.

Sent to ██████████ on Sun Dec 27, 2015 12:32 AM
Message : I'm sorry I'm calling bullshit.

Received from ██████████ on Sun Dec 27, 2015 12:12 AM
Message : No it's not

Sent to ██████████ on Sun Dec 27, 2015 12:11 AM
Message : Just seems like a dumb movie to me

Sent to ██████████ on Sun Dec 27, 2015 12:11 AM
Message :
I know.

Received from ██████████ on Sun Dec 27, 2015 12:11 AM
Message : Lol it's not like they run around naked

Sent to ██████████ on Sun Dec 27, 2015 12:10 AM
Message : I will never watch those movies

Received from ██████████ on Sun Dec 27, 2015 12:04 AM
Message : Oh okay haha

Sent to ██████████ on Sun Dec 27, 2015 12:03 AM
Message : I'm almost done with the season. Let me finish before we discuss the finale is what I meant

Received from ██████████ on Sat Dec 26, 2015 11:37 PM
Message : Lol what?

Sent to ██████████ on Sat Dec 26, 2015 11:36 PM
Message : Fuckkk just give me another hour and we can talk

Received from ██████████ on Sat Dec 26, 2015 11:36 PM
Message : s watch this

Received from ▮▮▮▮▮▮▮▮ on Sat Dec 26, 2015 11:36 PM

Message : Just wait like you can definitely tell the writer was like soooo I'm not entirely ready but I have an idea then a few episodes in he was like oh shit guy

Sent to ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:35 PM

Message : I honestly can't figure out how season 2 is gonna end

Sent to ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:23 PM

Message : Obv

Received from ▮▮▮▮▮▮▮ on Sat Dec 26, 2015 11:22 PM

Message : Money though

Received from ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:22 PM

Message : Yep

Sent to ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:16 PM

Message : Ouch

Received from ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:07 PM

Message : 10

Sent to ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:03 PM

Message : How long?

Received from ▮▮▮▮▮▮▮ on Sat Dec 26, 2015 11:03 PM

Message : No I do it's just a long shift lol

Sent to ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:01 PM

Message : Do you not want to?

Received from ▮▮▮▮▮▮ on Sat Dec 26, 2015 11:00 PM

Message : I'm just working at the theater alllllll day

Sent to ▮▮▮▮▮▮ on Sat Dec 26, 2015 10:59 PM

Message : What's going on tomorrow?

Received from ▮▮▮▮▮▮▮ on Sat Dec 26, 2015 10:59 PM

Message : That's adorable

Received from ▮▮▮▮▮▮ on Sat Dec 26, 2015 10:59 PM

Message : Well guess I'm working all day tomorrow haha

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 10:58 PM
Message : I fell asleep on my couch after my run with musket on my lap

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 10:54 PM
Message : Haha i will.

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 10:52 PM
Message : Um it was a day haha

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 10:52 PM
Message : Tell him I said congrats

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 10:52 PM
Message : How was your day?

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 10:52 PM
Message : Oh that's awesome

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 10:51 PM
Message : Ruslan got accepted to Taylor University so we got ice cream.

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 10:50 PM
Message : Hey

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 10:19 PM
Message : Hey

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 05:04 PM
Message : No

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 05:04 PM
Message : Do you want to talk?

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 04:42 PM
Message : She's just ugh I'm literally never talking to her once I graduate she will not be at my graduation she will not be at my wedding she will not see my children

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 04:19 PM
Message : You don't seem shitty to me.

PU 0282

Received from [REDACTED] on Sat Dec 26, 2015 04:10 PM

Message : Sorry I'm just fighting with my mom and it's putting me in a shitty mood

Received from [REDACTED] on Sat Dec 26, 2015 04:02 PM

Message : It's just frustrating that people just immediately assume they're helpless or missing out if they get pregnant early or get married early

Sent to [REDACTED] on Sat Dec 26, 2015 03:59 PM

Message : And in the world we live in, most jobs take a shit ton of commitment. It just becomes a lot harder with a kid.

Sent to [REDACTED] on Sat Dec 26, 2015 03:58 PM

Message : I'm not saying you can't be happy. I'm saying it bars you from a lot of career choices that take large commitments. It isn't the end of your life at all.

Received from [REDACTED] on Sat Dec 26, 2015 03:55 PM

Message : and if they want to get married fine they're probably actually happy

Received from [REDACTED] on Sat Dec 26, 2015 03:55 PM

Message : Yeah it's seems because everyone tells them it's the end of their life yeah it's not ideal and it was a dumb decision but it's not the end of their life

Sent to [REDACTED] on Sat Dec 26, 2015 03:50 PM

Message : When you have to support a child it gets 10x harder to go to school and provide care for that child. Plus it seems that a lot of guys leave their girlfriends with their children and don't want to have to deal with it.

Received from [REDACTED] on Sat Dec 26, 2015 03:48 PM

Message : Why does everyone say that? Holy shit seriously

Sent to [REDACTED] on Sat Dec 26, 2015 03:34 PM

Message : It is really sad to me though. I feel like it just destroys any potential future for you.

Sent to [REDACTED] on Sat Dec 26, 2015 03:34 PM

Message : I'm kidding

Sent to [REDACTED] on Sat Dec 26, 2015 03:33 PM

Message : Now we get to the root of the problem

Sent to [REDACTED] on Sat Dec 26, 2015 03:33 PM

PU 0283

Message : The mexicans

Sent to ███████████ on Sat Dec 26, 2015 03:33 PM
Message : Ah

Received from ███████████ on Sat Dec 26, 2015 03:29 PM
Message : Yeah a mix of small town country people, people in the military, and Mexicans

Sent to ███████████ on Sat Dec 26, 2015 03:28 PM
Message : Is it just part of the culture over there?

Received from ███████████ on Sat Dec 26, 2015 03:26 PM
Message : Right ?

Received from ███████████ on Sat Dec 26, 2015 03:24 PM
Message : What the efff

Sent to ███████████ on Sat Dec 26, 2015 03:24 PM
Message : What in the actual f

Received from ███████████ on Sat Dec 26, 2015 03:24 PM
Message : Just kidding they're already married

Received from ███████████ on Sat Dec 26, 2015 03:24 PM
Message : These two have been together for like less than a year

Sent to ███████████ on Sat Dec 26, 2015 03:22 PM
Message : Like 20?

Received from ███████████ on Sat Dec 26, 2015 03:22 PM
Message : I honestly don't even know

Sent to ███████████ on Sat Dec 26, 2015 03:22 PM
Message : Seriously how many is that

Received from ███████████ on Sat Dec 26, 2015 03:22 PM
Message : Boom another engagement

Sent to ███████████ on Sat Dec 26, 2015 03:14 PM
Message : I am relieved.

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 03:14 PM
Message : Yeah

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 03:14 PM
Message : But do you still get to play guitar hero? :/

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 03:14 PM
Message : Serious

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 03:11 PM
Message : But not serious

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 03:11 PM
Message : Yep.

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 03:10 PM
Message : ?

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 03:10 PM
Message : That awkward moment when your house lights on fire

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 03:07 PM
Message : Mhmm

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 03:05 PM
Message : Um duh

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 03:05 PM
Message : I didn't know you were good at that

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 02:53 PM
Message : Lol I'm kicking my family's ass in guitar hero

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 02:49 PM
Message : I did not plan on watching the princess bride but we just finished it

Received from ▇▇▇▇▇ on Sat Dec 26, 2015 02:22 PM
Message : Haha okay

Sent to ▇▇▇▇▇ on Sat Dec 26, 2015 02:21 PM
Message : Not really. They all taste really good.

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 02:21 PM
Message : Lol is there a favorite?

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 02:20 PM
Message : Almost

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 02:20 PM
Message : Are the cookies gone?

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 02:19 PM
Message : Ha. We are at a solid zero.

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 02:19 PM
Message : So I think we're at like 16 inches of snow

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 01:30 PM
Message : I'm going to I think

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 01:24 PM
Message : I try not to

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 01:24 PM
Message : Have you counted the engagements and pregnancies?

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 01:23 PM
Message : Mhmm

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 01:23 PM
Message : Lol

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 12:44 PM
Message : Another friend with a promise ring

Received from ▮▮▮▮▮ on Sat Dec 26, 2015 08:29 AM
Message : Good

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 06:51 AM
Message : Running helped.

Sent to ▮▮▮▮▮ on Sat Dec 26, 2015 02:30 AM
Message : He has such an interesting face

Sent to ███████████ on Sat Dec 26, 2015 02:27 AM

Message : I like it so far

---

Received from ███████████ on Sat Dec 26, 2015 02:27 AM

Message : This season is kinda dull but it just sets up for the next few

---

Sent to ███████████ on Sat Dec 26, 2015 02:26 AM

Message : Lol

---

Received from ███████████ on Sat Dec 26, 2015 02:26 AM

Message : I don't know what to say

---

Sent to ███████████ on Sat Dec 26, 2015 02:24 AM

Message : I want to go, but I also want to watch dexter. And at the same time I don't really want to do either

---

Received from ███████████ on Sat Dec 26, 2015 02:23 AM

Message : What?

---

Sent to ███████████ on Sat Dec 26, 2015 02:22 AM

Message :

---

Received from ███████████ on Sat Dec 26, 2015 01:36 AM

Message : Okay

---

Sent to ███████████ on Sat Dec 26, 2015 01:35 AM

Message : They don't care

---

Sent to ███████████ on Sat Dec 26, 2015 01:35 AM

Message : I don't have to ask

---

Received from ███████████ on Sat Dec 26, 2015 01:35 AM

Message : So just ask lol

---

Received from ███████████ on Sat Dec 26, 2015 01:35 AM

Message : You're 18 lol

---

Sent to ███████████ on Sat Dec 26, 2015 01:35 AM

Message : I took musket for a long walk at 2 last night

---

Sent to ███████████ on Sat Dec 26, 2015 01:34 AM

PU 0287

Message : And I doubt my parents will care

Sent to ████████ on Sat Dec 26, 2015 01:34 AM
Message : They will be asleep

Received from ████████ on Sat Dec 26, 2015 01:33 AM
Message : Wait seriously? Why don't you just ask?

Sent to ████████ on Sat Dec 26, 2015 01:32 AM
Message : Yeah

Sent to ████████ on Sat Dec 26, 2015 01:32 AM
Message : Everyone will likely be asleep,

Received from ████████ on Sat Dec 26, 2015 01:32 AM
Message : Are you gunna sneak out?

Received from ████████ on Sat Dec 26, 2015 01:32 AM
Message : At 2?

Sent to ████████ on Sat Dec 26, 2015 01:32 AM
Message : Like maybe 2 or 3

Sent to ████████ on Sat Dec 26, 2015 01:32 AM
Message : I'm going later

Received from ████████ on Sat Dec 26, 2015 01:29 AM
Message : Did you go?

Received from ████████ on Sat Dec 26, 2015 12:55 AM
Message : Okay :)

Sent to ████████ on Sat Dec 26, 2015 12:55 AM
Message : Thankyou

Sent to ████████ on Sat Dec 26, 2015 12:53 AM
Message : You do help

Received from ████████ on Sat Dec 26, 2015 12:52 AM
Message : I'm sorry I can't help

Received from ████████████ on Sat Dec 26, 2015 12:52 AM

Message : :)

---

Sent to ████████████ on Sat Dec 26, 2015 12:51 AM

Message : I was thinking about a run

---

Received from ████████ on Sat Dec 26, 2015 12:51 AM

Message : Maybe a drive it's probably cold but it's nice when it's cold

---

Received from ████████████ on Sat Dec 26, 2015 12:51 AM

Message : Maybe go for a run clear your head?? I mean it's almost two

---

Received from ████████████ on Sat Dec 26, 2015 12:26 AM

Message : Nothing

---

Sent to ████████████ on Sat Dec 26, 2015 12:17 AM

Message : What is wrong with me?

---

Sent to ████████████ on Sat Dec 26, 2015 12:09 AM

Message : I'm sorry I'm being so vague. I just don't know what to think right now

---

Sent to ████████████ on Sat Dec 26, 2015 12:08 AM

Message : I am too.

---

Sent to ████████████ on Sat Dec 26, 2015 12:07 AM

Message : I know.

---

Received from ████████████ on Sat Dec 26, 2015 12:07 AM

Message : I'm just trying to figure out what's going on

---

Sent to ████████████ on Sat Dec 26, 2015 12:07 AM

Message : Don't be please

---

Received from ████████████ on Sat Dec 26, 2015 12:06 AM

Message : I'm sorry

---

Sent to ████████████ on Sat Dec 26, 2015 12:05 AM

Message : Why am I so fucking bad at this. I can never fucking think straight about why I feel anything. I just feel really upset and I'm not even sure why

---

Received from ████████████ on Sat Dec 26, 2015 12:01 AM

PU 0289

Message : Like?

Sent to ███████████ on Sat Dec 26, 2015 12:01 AM
Message : I'm thinking too far ahead.

Received from ███████████ on Fri Dec 25, 2015 11:59 PM
Message : Like?

Sent to ███████████ on Fri Dec 25, 2015 11:58 PM
Message : Just have a lot on my mind

Received from ███████████ on Fri Dec 25, 2015 11:58 PM
Message : No it's fine

Sent to ███████████ on Fri Dec 25, 2015 11:58 PM
Message : Sorry

Received from ███████████ on Fri Dec 25, 2015 11:57 PM
Message : You just stopped talking

Sent to ███████████ on Fri Dec 25, 2015 11:57 PM
Message : Yeah?

Received from ███████████ on Fri Dec 25, 2015 11:51 PM
Message : ?????

Received from ███████████ on Fri Dec 25, 2015 10:31 PM
Message : Holy Ef what even

Received from ███████████ on Fri Dec 25, 2015 10:30 PM
Message : And another!

Received from ███████████ on Fri Dec 25, 2015 09:56 PM
Message : And it's snowing again

Received from ███████████ on Fri Dec 25, 2015 09:54 PM
Message : Another friend engaged

Received from ███████████ on Fri Dec 25, 2015 09:42 PM
Message : Lol

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:42 PM

Message : Too far

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:42 PM

Message : Woah

---

Received from ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:41 PM

Message : Yeah boys are dumb

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:23 PM

Message : Geez

---

Received from ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:22 PM

Message : Oh yeah just wait

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:22 PM

Message : His gf just saw him and lyla, his sponsor. Right after he said the program was really good for him. And she looks like total competiton

---

Received from ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:21 PM

Message : What happened.  ?

---

Received from ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:21 PM

Message : What

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:21 PM

Message : Why is dexter so stupid

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:20 PM

Message : Fuckkkkkk.

---

Received from ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:20 PM

Message : Just my family

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:20 PM

Message : Who are you with?

---

Received from ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:17 PM

Message : Party

---

Sent to ▓▓▓▓▓▓ on Fri Dec 25, 2015 09:14 PM

Message : lol

---

Received from [redacted] on Fri Dec 25, 2015 09:14 PM

Message : Empty parking lots ready for doughnuts in the snow

---

Received from [redacted] on Fri Dec 25, 2015 09:08 PM

Message : Me too

---

Sent to [redacted] on Fri Dec 25, 2015 09:08 PM

Message : I love puppies

---

Received from [redacted] on Fri Dec 25, 2015 09:07 PM

Message : Yeah he's cute

---

Sent to [redacted] on Fri Dec 25, 2015 09:04 PM

Message : Ah

---

Received from [redacted] on Fri Dec 25, 2015 09:04 PM

Message : My aunts

---

Sent to [redacted] on Fri Dec 25, 2015 09:04 PM

Message : Who's dog?

---

Received from [redacted] on Fri Dec 25, 2015 09:00 PM

Message : Basically

---

Sent to [redacted] on Fri Dec 25, 2015 08:59 PM

Message : Makes it more fun to watch

---

Sent to [redacted] on Fri Dec 25, 2015 08:59 PM

Message : He is in the slooooow spiral ourt of control

---

Received from [redacted] on Fri Dec 25, 2015 08:57 PM

Message : What do you think so far

---

Sent to [redacted] on Fri Dec 25, 2015 08:52 PM

Message : Yeah

---

Sent to [redacted] on Fri Dec 25, 2015 08:52 PM

Message : Season 2

Received from ███████████ on Fri Dec 25, 2015 08:52 PM
Message : Dexter ? Season 2?

Received from ███████████ on Fri Dec 25, 2015 08:52 PM
Message : Episode 3 of?

Received from ███████████ on Fri Dec 25, 2015 08:52 PM
Message : Way to go lol

Sent to ███████████ on Fri Dec 25, 2015 08:31 PM
Message : I'm now on episode 3. He just told his gf that he was a heroin addict lol

Received from ███████████ on Fri Dec 25, 2015 08:06 PM
Message : Ah gotcha

Sent to ███████████ on Fri Dec 25, 2015 08:02 PM
Message : There are a lot of explosions

Received from ███████████ on Fri Dec 25, 2015 08:02 PM
Message : ???

Sent to ███████████ on Fri Dec 25, 2015 08:02 PM
Message : Its like a Michael bay videogame

Received from ███████████ on Fri Dec 25, 2015 08:01 PM
Message : Ah gotcha

Sent to ███████████ on Fri Dec 25, 2015 08:01 PM
Message : A videogame

Received from ███████████ on Fri Dec 25, 2015 08:00 PM
Message : ???

Sent to ███████████ on Fri Dec 25, 2015 08:00 PM
Message : Playing just cause with luke

Received from ███████████ on Fri Dec 25, 2015 07:59 PM
Message : You?

Received from ███████████ on Fri Dec 25, 2015 07:58 PM
Message : Feeding Oscar

PU 0293

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:58 PM

Message : So what shenanigans are you up to?

---

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:57 PM

Message :

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:55 PM

Message : Always

---

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:54 PM

Message : They look tasty

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:23 PM

Message : Sweet

---

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:22 PM

Message : Wow haha I got GameStop  steak and shake and amazon

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:21 PM

Message : And a Panera and Starbucks gift card

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:20 PM

Message : So I got an Olive Garden and a Texas Roadhouse gift card

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:09 PM

Message : Thanks haha

---

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 07:09 PM

Message : I love the jacket!

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 05:56 PM

Message : Yeah :/

---

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 05:56 PM

Message : Yeah it kinda sucks to play now

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 05:44 PM

Message : I stopped playing

---

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 05:17 PM

Message : lol I'm dying

Sent to █████████████ on Fri Dec 25, 2015 05:16 PM

Message : He is a nuclear engineer.

Sent to █████████████ on Fri Dec 25, 2015 05:16 PM

Message : ...

Sent to █████████████ on Fri Dec 25, 2015 05:16 PM

Message : I fixed it by turning his phone vertically.

Sent to █████████████ on Fri Dec 25, 2015 05:16 PM

Message : He was yelling at the phone for not displaying his email how he wanted.

Received from █████████████ on Fri Dec 25, 2015 05:04 PM

Message : Lol I had to teach my great grandparents to FaceTime

Sent to █████████████ on Fri Dec 25, 2015 02:22 PM

Message : I'm trying to help my grandfather with his new smartphone

Sent to █████████████ on Fri Dec 25, 2015 02:12 PM

Message : Ohmygosh

Received from █████████████ on Fri Dec 25, 2015 01:49 PM

Message : Yeah I saw that haha

Sent to █████████████ on Fri Dec 25, 2015 01:21 PM

Message : I got some clothes and a gift card and that awesome wig kit on my story

Received from █████████████ on Fri Dec 25, 2015 01:20 PM

Message : You?

Sent to █████████████ on Fri Dec 25, 2015 01:19 PM

Message : Nice!

Received from █████████████ on Fri Dec 25, 2015 01:19 PM

Message : Like moccasins then two other pairs of slip ons one like plaid and the other with anchors

Sent to █████████████ on Fri Dec 25, 2015 01:16 PM

Message : What shoes?

Received from █████████████ on Fri Dec 25, 2015 01:16 PM

Message : Um just a bunch of clothes and gift cards and shoes and just other various stuff

Sent to ███████████ on Fri Dec 25, 2015 01:15 PM
Message : What did you end up getting from your family?

---

Received from ███████████ on Fri Dec 25, 2015 01:08 PM
Message : Stop

---

Received from ███████████ on Fri Dec 25, 2015 01:05 PM
Message : Yeah

---

Sent to ███████████ on Fri Dec 25, 2015 01:05 PM
Message : Oh wow

---

Received from ███████████ on Fri Dec 25, 2015 01:05 PM
Message : That's why he was sweeping the roof because the snow was too heavy and he was trying to keep it from caving in even more

---

Sent to ███████████ on Fri Dec 25, 2015 01:03 PM
Message : Like just now??

---

Sent to ███████████ on Fri Dec 25, 2015 01:03 PM
Message : What???

---

Received from ███████████ on Fri Dec 25, 2015 01:03 PM
Message : Ohhhh shit his roof caved in

---

Received from ███████████ on Fri Dec 25, 2015 01:03 PM
Message : His kid just popped up out of nowhere

---

Sent to ███████████ on Fri Dec 25, 2015 01:01 PM
Message : That doesn't seem so horrible to me. Actually I think he is quite comfortable.

---

Received from ███████████ on Fri Dec 25, 2015 01:01 PM
Message : So my neighbor is sweeping his roof in his pajamas

---

Received from ███████████ on Fri Dec 25, 2015 01:01 PM
Message : It's horrible

---

Sent to ███████████ on Fri Dec 25, 2015 01:00 PM
Message : I can fix it

---

Sent to ███████████ on Fri Dec 25, 2015 01:00 PM

PU 0296

Message : Maybe it came off a bit edgy

---

Sent to ▇▇▇▇▇ on Fri Dec 25, 2015 01:00 PM

Message : Eh

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:59 PM

Message : That was horrible

---

Sent to ▇▇▇▇▇ on Fri Dec 25, 2015 12:59 PM

Message : Its not that bad

---

Sent to ▇▇▇▇▇ on Fri Dec 25, 2015 12:59 PM

Message : What?

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:59 PM

Message : ▇▇▇

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:56 PM

Message : Oh my gosh stop

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:54 PM

Message : Your moms power stance though

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:52 PM

Message : I want to tell brown to check her white privilege

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:29 PM

Message : Lol he'd kill me

---

Sent to ▇▇▇▇▇ on Fri Dec 25, 2015 12:12 PM

Message : Sneak it into your bag

---

Sent to ▇▇▇▇▇ on Fri Dec 25, 2015 12:11 PM

Message : Take it to college

---

Received from ▇▇▇▇▇ on Fri Dec 25, 2015 12:11 PM

Message : Everyone lol

---

Sent to ▇▇▇▇▇ on Fri Dec 25, 2015 12:09 PM

Message : That's awesome!

Sent to ███████████ on Fri Dec 25, 2015 12:08 PM

Message : You??

Received from ████████████ on Fri Dec 25, 2015 12:07 PM

Message : Um no

Sent to ██████████ on Fri Dec 25, 2015 12:07 PM

Message : Ps4 for Noah??

Received from ██████████ on Fri Dec 25, 2015 11:36 AM

Message : Sweet :) look at my snap story

Sent to ██████████ on Fri Dec 25, 2015 11:36 AM

Message : We are about to start

Received from ████████████ on Fri Dec 25, 2015 11:33 AM

Message : Yeah it's insane

Sent to ██████████ on Fri Dec 25, 2015 11:32 AM

Message : You guys opening presents yet?

Received from ██████████ on Fri Dec 25, 2015 11:06 AM

Message : Lol

Sent to ██████████ on Fri Dec 25, 2015 10:01 AM

Message : Got some sleep

Received from ████████████ on Fri Dec 25, 2015 07:52 AM

Message : You're still up?

Sent to ██████████ on Fri Dec 25, 2015 05:05 AM

Message : This show actually keeps getting better

Sent to ██████████ on Fri Dec 25, 2015 02:46 AM

Message : Merry Christmas

Sent to ██████████ on Fri Dec 25, 2015 02:40 AM

Message : You still awake?

Sent to ██████████ on Fri Dec 25, 2015 02:14 AM

Message : After tonight I'm going to see how far I can go without sleeping

Received from ▮▮▮▮▮ on Fri Dec 25, 2015 02:09 AM
Message : I don't know end of elephant

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 02:09 AM
Message : How far did you get?

Received from ▮▮▮▮▮ on Fri Dec 25, 2015 02:08 AM
Message : I'm done playing it its just annoying now

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 02:01 AM
Message : I'm trying to catch up

Received from ▮▮▮▮▮ on Fri Dec 25, 2015 02:01 AM
Message : Why lol

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 02:00 AM
Message : Fried

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 02:00 AM
Message : My brain feels fries

Received from ▮▮▮▮▮ on Fri Dec 25, 2015 01:45 AM
Message : Yep

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 01:44 AM
Message : I hope so

Received from ▮▮▮▮▮ on Fri Dec 25, 2015 01:44 AM
Message : It gets crazier

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 01:44 AM
Message : Finally on season 2

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 01:36 AM
Message : Fuck yes dexter

Sent to ▮▮▮▮▮ on Fri Dec 25, 2015 01:32 AM
Message : Weednip?

Received from ▮▮▮▮▮ on Fri Dec 25, 2015 01:32 AM
Message : Catnip

Sent to ████████████ on Fri Dec 25, 2015 01:30 AM

Message : Lol what do you mean?

Received from ████████████ on Fri Dec 25, 2015 01:30 AM

Message : Yep

Sent to ████████████ on Fri Dec 25, 2015 01:29 AM

Message : Your cat?

Received from ████████████ on Fri Dec 25, 2015 01:29 AM

Message : Philo is stoned AF

Received from ████████████ on Fri Dec 25, 2015 12:44 AM

Message : Yeah we're poor but my dad has like this second savings and goes crazy

Sent to ████████████ on Fri Dec 25, 2015 12:43 AM

Message : Luckily being poor prevents the ability to spoil your kids

Received from ████████████ on Fri Dec 25, 2015 12:42 AM

Message : I mean being spoiled for Christmas is one thing but fuck

Received from ████████████ on Fri Dec 25, 2015 12:41 AM

Message : It's ridiculous it's why the kids are so greedy I swear

Received from ████████████ on Fri Dec 25, 2015 12:41 AM

Message : Lol shh I paused it

Sent to ████████████ on Fri Dec 25, 2015 12:41 AM

Message : Your family goes so hard

Sent to ████████████ on Fri Dec 25, 2015 12:40 AM

Message : DONT DRINK THE FUCKING CHAMPAGNE

Received from ████████████ on Fri Dec 25, 2015 12:40 AM

Message : Oh yeah

Sent to ████████████ on Fri Dec 25, 2015 12:38 AM

Message : She is so fucked

Received from ████████████ on Fri Dec 25, 2015 12:02 AM

Message : Lol yeah

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 12:01 AM
Message : Just started the next episode

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 12:01 AM
Message : He's like "Netflix and armbar"?

Received from ▮▮▮▮▮▮ on Fri Dec 25, 2015 12:00 AM
Message : What?

Sent to ▮▮▮▮▮▮ on Fri Dec 25, 2015 12:00 AM
Message : Fuck this guy

Received from ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:54 PM
Message : Oh yeah I will

Received from ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:54 PM
Message : What

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:54 PM
Message : Keep rubbing it in

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:54 PM
Message : Pleas e

Received from ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:53 PM
Message : Yay

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:52 PM
Message : We get water

Received from ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:51 PM
Message : Yeah I'm excited

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:51 PM
Message : Lucky

Received from ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:51 PM
Message : Gunna be a white Christmas

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 11:50 PM
Message : Ok

Received from ███████████ on Thu Dec 24, 2015 11:50 PM

Message : Just a few inches it's just like a steady fall now

Sent to ███████████ on Thu Dec 24, 2015 11:40 PM

Message : How much total?

Received from ███████████ on Thu Dec 24, 2015 11:07 PM

Message : Yep just swept an already another inch down

Sent to ███████████ on Thu Dec 24, 2015 11:03 PM

Message : Holy cow

Received from ███████████ on Thu Dec 24, 2015 11:03 PM

Message : Yeah freaking blizzard

Sent to ███████████ on Thu Dec 24, 2015 11:00 PM

Message : We have none

Sent to ███████████ on Thu Dec 24, 2015 11:00 PM

Message : Really?

Received from ███████████ on Thu Dec 24, 2015 10:59 PM

Message : Dang snow hitting hard

Received from ███████████ on Thu Dec 24, 2015 10:55 PM

Message : I'm not going to spoil!

Sent to ███████████ on Thu Dec 24, 2015 10:55 PM

Message : I can never tell if you are being serious or not

Received from ███████████ on Thu Dec 24, 2015 10:54 PM

Message : Lol why

Sent to ███████████ on Thu Dec 24, 2015 10:54 PM

Message : When you say don't worry, i worry

Received from ███████████ on Thu Dec 24, 2015 10:53 PM

Message : Don't worry

Sent to ███████████ on Thu Dec 24, 2015 10:51 PM

Message :

PU 0302

Received from [REDACTED] on Thu Dec 24, 2015 10:45 PM
Message : Mkay

Sent to [REDACTED] on Thu Dec 24, 2015 10:44 PM
Message : NO SPOILERS PLEASE

Received from [REDACTED] on Thu Dec 24, 2015 10:44 PM
Message : I'm watching the 11th episode now

Received from [REDACTED] on Thu Dec 24, 2015 10:44 PM
Message : Cool

Sent to [REDACTED] on Thu Dec 24, 2015 10:43 PM
Message :

Received from [REDACTED] on Thu Dec 24, 2015 10:43 PM
Message : I bet

Sent to [REDACTED] on Thu Dec 24, 2015 10:41 PM
Message : I'll finish it tonight though

Received from [REDACTED] on Thu Dec 24, 2015 10:40 PM
Message : Gotcha

Sent to [REDACTED] on Thu Dec 24, 2015 10:40 PM
Message : That's a lot for me

Sent to [REDACTED] on Thu Dec 24, 2015 10:40 PM
Message : I watched like 4 hours straight

Sent to [REDACTED] on Thu Dec 24, 2015 10:40 PM
Message : Just burned out

Received from [REDACTED] on Thu Dec 24, 2015 10:39 PM
Message : Bored if the show?

Sent to [REDACTED] on Thu Dec 24, 2015 10:38 PM
Message : I got bored

Sent to [REDACTED] on Thu Dec 24, 2015 10:38 PM
Message : 2 more episodes in the season

PU 0303

Received from ███████████ on Thu Dec 24, 2015 10:19 PM
Message : Lol how far are you in Dexter?

---

Received from ███████████ on Thu Dec 24, 2015 09:01 PM
Message : Just putting that out there

---

Sent to ███████████ on Thu Dec 24, 2015 09:00 PM
Message : What?

---

Sent to ███████████ on Thu Dec 24, 2015 09:00 PM
Message : Wait how

---

Sent to ███████████ on Thu Dec 24, 2015 09:00 PM
Message : What the heck

---

Received from ███████████ on Thu Dec 24, 2015 09:00 PM
Message : By the way while you were sleeping this morning I made it to the 5x5's

---

Sent to ███████████ on Thu Dec 24, 2015 08:59 PM
Message : Ruslan just opened his gift "from my grandparents"

---

Sent to ███████████ on Thu Dec 24, 2015 08:59 PM
Message : I'm trying.

---

Received from ███████████ on Thu Dec 24, 2015 08:57 PM
Message : Let's not over think it right now?

---

Sent to ███████████ on Thu Dec 24, 2015 08:54 PM
Message : I don't know

---

Received from ███████████ on Thu Dec 24, 2015 08:40 PM
Message : Should*

---

Received from ███████████ on Thu Dec 24, 2015 08:40 PM
Message : Shouldn't *

---

Received from ███████████ on Thu Dec 24, 2015 08:40 PM
Message : Well you said you didn't think you should be in a relationship while you figure stuff out?

---

Sent to ███████████ on Thu Dec 24, 2015 08:39 PM
Message : I don't even know what we are right now

PU 0304

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:38 PM
Message : What do you mean?

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 08:37 PM
Message : I'm just worried about us

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:33 PM
Message : No it's fine it looks fun just what's wrong?

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 08:33 PM
Message : Sorry I'm just with my family and its hard to respond

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:32 PM
Message : ▮▮▮

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:29 PM
Message : Good, what's wrong?

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:29 PM
Message : What's wrong?

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 08:28 PM
Message : How was mass?

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 08:28 PM
Message : I'm ok

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:24 PM
Message : How are you?

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 08:22 PM
Message : No it's fine sorry I was in mass

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 07:18 PM
Message : I was in a conversation and missed your call

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 07:17 PM
Message : I'm sorry!

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 06:41 PM
Message : Just its so bad

Received from ████████████ on Thu Dec 24, 2015 06:36 PM

Message : Thank you

Received from ████████████ on Thu Dec 24, 2015 06:32 PM

Message : Please don't call me that

Received from ████████████ on Thu Dec 24, 2015 06:31 PM

Message : Woah

Sent to ████████████ on Thu Dec 24, 2015 06:30 PM

Message : I'm here

Sent to ████████████ on Thu Dec 24, 2015 06:27 PM

Message : Do you want to talk?

Sent to ████████████ on Thu Dec 24, 2015 06:27 PM

Message : Babe...

Received from ████████████ on Thu Dec 24, 2015 06:26 PM

Message : Literally in tears I can't even

Received from ████████████ on Thu Dec 24, 2015 06:25 PM

Message : It's fucking horrible and ugly and annoying and I fucking hate it so much

Sent to ████████████ on Thu Dec 24, 2015 06:22 PM

Message : I sent two texts before that one that didn't go through

Received from ████████████ on Thu Dec 24, 2015 06:21 PM

Message : What?

Sent to ████████████ on Thu Dec 24, 2015 06:19 PM

Message : But I suppose that doesn't count for much since I don't have to deal with it.

Sent to ████████████ on Thu Dec 24, 2015 06:19 PM

Message : I love it

Sent to ████████████ on Thu Dec 24, 2015 06:19 PM

Message : Why??

Received from ████████████ on Thu Dec 24, 2015 06:18 PM

Message : Like seriously ducking hate it

PU 0306

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 06:18 PM

Message : I hate my hair

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 06:18 PM

Message : I'm going to lose my mind

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 06:16 PM

Message : I'm trying to spread the word

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 06:02 PM

Message : Get off your phone in church

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 04:33 PM

Message : My church puts up all of these blue lights and stuff

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 04:29 PM

Message : Always a cool service

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 04:28 PM

Message : Oh I'm so excited for church tonight

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 04:26 PM

Message : We just left my cousins house for a church service

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 04:26 PM

Message : A few

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 04:26 PM

Message : Yes

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:58 PM

Message : Are there any cookies left?

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:44 PM

Message : Lol nice

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:41 PM

Message : He said he won't tell a soul

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:41 PM

Message : I had my grandfather label it from him and he agreed

PU 0307

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:41 PM

Message : But I relabeled it anyway

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:41 PM

Message : She hasn't yet

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:40 PM

Message : Wait did you tell your mom though so she didn't get him one too

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:37 PM

Message : In this family it is expected

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:35 PM

Message : That's horrible lol

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:34 PM

Message : And only I know

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:33 PM

Message : My brother wanted a Bluetooth speaker and my mom was going to get him one , but I didn't know that and helped him buy one on my amazon account the other day. And it just came in so I am wrapping it and labelling it for him from my parents

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:33 PM

Message : Oh I gotcha

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:32 PM

Message : So

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:32 PM

Message : His way of making conversation I suppose

---

Sent to ▮▮▮▮▮ on Thu Dec 24, 2015 03:32 PM

Message : I don't know, he just popped the question out of nowhere

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:23 PM

Message : How so?

---

Received from ▮▮▮▮▮ on Thu Dec 24, 2015 03:20 PM

Message : Well like 71 from my actual house

Received from ██████████ on Thu Dec 24, 2015 03:20 PM

Message : Why?

---

Sent to ██████████ on Thu Dec 24, 2015 03:20 PM

Message : OK. He is being weird

---

Received from ██████████ on Thu Dec 24, 2015 03:20 PM

Message : 66 miles

---

Sent to ██████████ on Thu Dec 24, 2015 03:18 PM

Message : How far?

---

Received from ██████████ on Thu Dec 24, 2015 03:18 PM

Message : North of telluride

---

Sent to ██████████ on Thu Dec 24, 2015 03:16 PM

Message : My dad wants to know what ski resort you live near.

---

Received from ██████████ on Thu Dec 24, 2015 03:14 PM

Message : Gah this is crazy

---

Received from ██████████ on Thu Dec 24, 2015 02:25 PM

Message : Yeah

---

Sent to ██████████ on Thu Dec 24, 2015 02:24 PM

Message : Oh

---

Received from ██████████ on Thu Dec 24, 2015 02:23 PM

Message : No I missed that

---

Sent to ██████████ on Thu Dec 24, 2015 02:23 PM

Message : Is it the log thing?

---

Received from ██████████ on Thu Dec 24, 2015 02:22 PM

Message : It's just what they do and my family doesn't change things

---

Sent to ██████████ on Thu Dec 24, 2015 02:21 PM

Message : Wait why?

---

Received from ██████████ on Thu Dec 24, 2015 02:14 PM

Message : It's outside and just always freezing I don't get why it has to be outside

PU 0309

Sent to ███████████ on Thu Dec 24, 2015 02:12 PM

Message : We are about to leave for my cousin's house.

Sent to ███████████ on Thu Dec 24, 2015 02:11 PM

Message : Same

Received from ███████████ on Thu Dec 24, 2015 02:10 PM

Message : Ugh I don't wanna go to this party

Sent to ███████████ on Thu Dec 24, 2015 02:08 PM

Message : Mhmm

Received from ███████████ on Thu Dec 24, 2015 01:58 PM

Message : Mhmm

Sent to ███████████ on Thu Dec 24, 2015 01:38 PM

Message : What can I say, I like my sleep.

Received from ███████████ on Thu Dec 24, 2015 01:37 PM

Message : Way to go

Received from ███████████ on Thu Dec 24, 2015 01:37 PM

Message : What

Sent to ███████████ on Thu Dec 24, 2015 01:37 PM

Message : There goes half of Christmas eve lol

Sent to ███████████ on Thu Dec 24, 2015 01:37 PM

Message : Whoops

Received from ███████████ on Thu Dec 24, 2015 01:36 PM

Message : Ly

Received from ███████████ on Thu Dec 24, 2015 01:36 PM

Message : Final

Sent to ███████████ on Thu Dec 24, 2015 01:34 PM

Message : I'm up

Received from ███████████ on Thu Dec 24, 2015 01:33 PM

Message : My mom is sending Abigail to a homeless shelter

PU 0310

Received from ███████████ on Thu Dec 24, 2015 12:39 PM
Message : ██████

Received from ███████████ on Thu Dec 24, 2015 12:21 PM
Message : ███████ !

Received from ███████████ on Thu Dec 24, 2015 11:43 AM
Message : It's Christmas Eve

Received from ███████████ on Thu Dec 24, 2015 11:43 AM
Message : Now

Received from ███████████ on Thu Dec 24, 2015 11:43 AM
Message : Wake up

Received from ███████████ on Thu Dec 24, 2015 11:43 AM
Message : !!!!

Received from ███████████ on Thu Dec 24, 2015 11:42 AM
Message : You?

Received from ███████████ on Thu Dec 24, 2015 10:19 AM
Message : Hey! Happy Christmas Eve.

Sent to ███████████ on Thu Dec 24, 2015 03:35 AM
Message : Hahaha suck it paul

Sent to ███████████ on Thu Dec 24, 2015 03:02 AM
Message : That's fine. I can talk to you in the morning.

Received from ███████████ on Thu Dec 24, 2015 03:02 AM
Message : I don't remember I don't think so

Received from ███████████ on Thu Dec 24, 2015 03:01 AM
Message : Yeah sorry I'm pretty tired kind of out of it

Sent to ███████████ on Thu Dec 24, 2015 03:01 AM
Message : I'm fully expecting dexter to kill him

Received from ███████████ on Thu Dec 24, 2015 03:00 AM
Message : Oh yeah I'm not a fan

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:58 AM

Message : The ex

Received from ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:58 AM

Message : Who?

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:57 AM

Message : I fucking hate Paul

Received from ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:53 AM

Message : Sorry lol

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:52 AM

Message : Telling me things right before they happen lol

Received from ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:52 AM

Message : What

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:51 AM

Message : Stawwwwp

Received from ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:51 AM

Message : No

Received from ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:51 AM

Message : Oh this is where he passes out!

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:49 AM

Message : Did you fall asleep?

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:46 AM

Message : I want to know what happens next. Starting the next one

Received from ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:43 AM

Message : Right

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:43 AM

Message : COME ON DEX

Sent to ▮▮▮▮▮▮▮ on Thu Dec 24, 2015 02:43 AM

Message : WHAT IN THE ACTUAL HELL

Received from ▓▓▓▓▓▓▓ on Thu Dec 24, 2015 02:40 AM

Message : I know

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:40 AM

Message : Dexter still doesn't realize

---

Received from ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:39 AM

Message : They both are

---

Received from ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:38 AM

Message : Mhmm

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:37 AM

Message : His brother is fucking studying him

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:36 AM

Message : The tension is palpable

---

Received from ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:33 AM

Message : Oh yeah

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:33 AM

Message : The one shot dead?

---

Received from ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:33 AM

Message : No

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:32 AM

Message : So the black guy was bad?

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:23 AM

Message : good luck

---

Received from ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:22 AM

Message : Oh I'm close I'll catch you

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:22 AM

Message : 12th level

---

Sent to ▓▓▓▓▓▓ on Thu Dec 24, 2015 02:22 AM

Message : Sheep

PU 0313

Received from ███████████ on Thu Dec 24, 2015 02:22 AM

Message : What are you at?

---

Received from ███████████ on Thu Dec 24, 2015 02:21 AM

Message : What?

---

Sent to ███████████ on Thu Dec 24, 2015 02:21 AM

Message : You don't want to know what I'm at then

---

Sent to ███████████ on Thu Dec 24, 2015 02:21 AM

Message : ...

---

Received from ███████████ on Thu Dec 24, 2015 02:20 AM

Message : The rat

---

Sent to ███████████ on Thu Dec 24, 2015 02:19 AM

Message : I'm stuck

---

Sent to ███████████ on Thu Dec 24, 2015 02:19 AM

Message : Please

---

Sent to ███████████ on Thu Dec 24, 2015 02:19 AM

Message : Do it

---

Received from ███████████ on Thu Dec 24, 2015 02:19 AM

Message : I don't want to tell you

---

Sent to ███████████ on Thu Dec 24, 2015 02:19 AM

Message : What are you at?

---

Sent to ███████████ on Thu Dec 24, 2015 02:18 AM

Message : Same

---

Received from ███████████ on Thu Dec 24, 2015 02:18 AM

Message : Playing the word game lol

---

Received from ███████████ on Thu Dec 24, 2015 02:18 AM

Message : I don't think it's a huge connection

---

Sent to ███████████ on Thu Dec 24, 2015 02:18 AM

Message : What are you doing?

PU 0314

Sent to ████████ on Thu Dec 24, 2015 02:18 AM

Message : Its fine

Received from ████████ on Thu Dec 24, 2015 02:17 AM

Message : I wasn't paying attention lol

Sent to ████████ on Thu Dec 24, 2015 02:14 AM

Message : What was that flashback??

Received from ████████ on Thu Dec 24, 2015 02:07 AM

Message : Mhmm

Sent to ████████ on Thu Dec 24, 2015 02:07 AM

Message : Did you see her face??

Received from ████████ on Thu Dec 24, 2015 02:06 AM

Message : That's mean

Sent to ████████ on Thu Dec 24, 2015 02:06 AM

Message : Haha that old hag was really entitled

Sent to ████████ on Thu Dec 24, 2015 02:05 AM

Message : Yeah he just got out of the car

Received from ████████ on Thu Dec 24, 2015 02:03 AM

Message : Are where they like just got to the house

Received from ████████ on Thu Dec 24, 2015 02:01 AM

Message : You should know...

Sent to ████████ on Thu Dec 24, 2015 02:01 AM

Message : I'm pausing. I want to go get water.

Received from ████████ on Thu Dec 24, 2015 02:00 AM

Message : Wait....

Sent to ████████ on Thu Dec 24, 2015 01:59 AM

Message : He seems to have a bit of a mysterious side to him. Adds to his attraction imo

Received from ████████ on Thu Dec 24, 2015 01:59 AM

Message : lol yeah what do you think of this current one?

PU 0315

Sent to ████████████ on Thu Dec 24, 2015 01:56 AM

Message : Reminds me of Gus's luck with girls

Sent to ████████████ on Thu Dec 24, 2015 01:56 AM

Message : She also really likes the noun boyfriend apparently

Received from ████████████ on Thu Dec 24, 2015 01:55 AM

Message : I'm sure you do, I love debs choice of adjectives

Sent to ████████████ on Thu Dec 24, 2015 01:55 AM

Message : I love the hats this guy wears

Received from ████████████ on Thu Dec 24, 2015 01:54 AM

Message : Lol

Sent to ████████████ on Thu Dec 24, 2015 01:54 AM

Message : You texted me that literally right before he said it

Received from ████████████ on Thu Dec 24, 2015 01:53 AM

Message : He says he didn't shoot him! You don't believe him?

Received from ████████████ on Thu Dec 24, 2015 01:53 AM

Message : What?

Sent to ████████████ on Thu Dec 24, 2015 01:53 AM

Message : Not fair

Sent to ████████████ on Thu Dec 24, 2015 01:52 AM

Message : HEY

Received from ████████████ on Thu Dec 24, 2015 01:52 AM

Message : You know he doesn't actually shoot him though right?

Received from ████████████ on Thu Dec 24, 2015 01:52 AM

Message : Okay he just did

Sent to ████████████ on Thu Dec 24, 2015 01:51 AM

Message : Tell me when you get to the part where he shoots the unarmed black man and I'll unpause it

Received from ████████████ on Thu Dec 24, 2015 01:51 AM

PU 0316

Message : I'm four lol

Sent to [REDACTED] on Thu Dec 24, 2015 01:50 AM
Message : I'm only 5 minutes in

Received from [REDACTED] on Thu Dec 24, 2015 01:50 AM
Message : Lol mine are monk and psych and some of Dexter

Sent to [REDACTED] on Thu Dec 24, 2015 01:50 AM
Message : Makes sense. I never found it easy to rewatch shows. Only exceptions so far has been game of thrones and psych

Received from [REDACTED] on Thu Dec 24, 2015 01:49 AM
Message : Because I need a break from my other show

Sent to [REDACTED] on Thu Dec 24, 2015 01:48 AM
Message : Haha why? You want to watch it together?

Received from [REDACTED] on Thu Dec 24, 2015 01:48 AM
Message : Okay I'm starting 9 now

Sent to [REDACTED] on Thu Dec 24, 2015 01:47 AM
Message : I'm sorry. I'm on episode 9, I'll probably just go ahead and finish the season tonight, so I'm gonna be up for awhile.

Received from [REDACTED] on Thu Dec 24, 2015 01:46 AM
Message : What episode are on

Received from [REDACTED] on Thu Dec 24, 2015 01:45 AM
Message : So yeah my mom

Received from [REDACTED] on Thu Dec 24, 2015 01:45 AM
Message : Just it being like this when I get home

Sent to [REDACTED] on Thu Dec 24, 2015 01:44 AM
Message : Dealing with your mom?

Sent to [REDACTED] on Thu Dec 24, 2015 01:44 AM
Message : Used to what?

Received from ████████████ on Thu Dec 24, 2015 01:44 AM

Message : Thanks I'm pretty used to it at this point

---

Sent to ████████████ on Thu Dec 24, 2015 01:43 AM

Message : Just let me know if you need anything. I'll be here for you.

---

Sent to ████████████ on Thu Dec 24, 2015 01:42 AM

Message : Oh ok

---

Received from ████████████ on Thu Dec 24, 2015 01:42 AM

Message : I don't think I can talk tonight still dealing with my mother

---

Received from ████████████ on Thu Dec 24, 2015 01:19 AM

Message : No don't be

---

Sent to ████████████ on Thu Dec 24, 2015 12:54 AM

Message : OK sorry

---

Received from ████████████ on Thu Dec 24, 2015 12:54 AM

Message : Stop

---

Sent to ████████████ on Thu Dec 24, 2015 12:53 AM

Message : Y'all a bunch of druggies??

---

Received from ████████████ on Thu Dec 24, 2015 12:53 AM

Message : No █████

---

Sent to ████████████ on Thu Dec 24, 2015 12:53 AM

Message : Like pills????

---

Received from ████████████ on Thu Dec 24, 2015 12:53 AM

Message : Take stuff

---

Sent to ████████████ on Thu Dec 24, 2015 12:52 AM

Message : What are you guys going to do?

---

Received from ████████████ on Thu Dec 24, 2015 12:52 AM

Message : My dad

---

Sent to ████████████ on Thu Dec 24, 2015 12:51 AM

Message : Who are you with?

PU 0318

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:51 AM
Message : Lol

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:51 AM
Message : I'm on episode 8 now

Received from ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:51 AM
Message : I freaking love trips to the barn in the middle of the night

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:50 AM
Message : I've got to have a talk with her about that...

Received from ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:49 AM
Message : Haha well I don't know what to tell you

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:49 AM
Message : Never mind

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:49 AM
Message : Ahhh

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:48 AM
Message : Nothing bad

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:48 AM
Message : I thought she would say something like "So how awesome is ▅▅▅?" or something like that. She ain't the wingman I was hoping for.

Received from ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:47 AM
Message : What would she have asked me? Is everything okay?

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:47 AM
Message : No!

Received from ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:47 AM
Message : What about you? Did something happen ?

Sent to ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:46 AM
Message : I was thinking she was going to ask you about me

Received from ▅▅▅▅▅▅ on Thu Dec 24, 2015 12:45 AM

PU 0319

Message : No...

---

Received from [REDACTED] on Thu Dec 24, 2015 12:45 AM
Message : But you said maybe a little

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:44 AM
Message : Do you want me to?

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:44 AM
Message : I didn't say anything to them

---

Received from [REDACTED] on Thu Dec 24, 2015 12:44 AM
Message : What did you tell them? It's fine you can tell me

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:44 AM
Message : Nothing

---

Received from [REDACTED] on Thu Dec 24, 2015 12:43 AM
Message : What did you say?

---

Received from [REDACTED] on Thu Dec 24, 2015 12:43 AM
Message : Have you still not told them?

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:43 AM
Message : Maybe a little

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:43 AM
Message : What? No,

---

Received from [REDACTED] on Thu Dec 24, 2015 12:43 AM
Message : Why? You seem disappointed

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:42 AM
Message : I was getting weirded out

---

Sent to [REDACTED] on Thu Dec 24, 2015 12:42 AM
Message : Oh. Ok

---

Received from [REDACTED] on Thu Dec 24, 2015 12:42 AM
Message : To say thanks lol

---

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 12:42 AM

Message : What did she say??

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 12:42 AM

Message : Why??

Received from ▮▮▮▮▮▮ on Thu Dec 24, 2015 12:41 AM

Message : Your mom just called me lol

Sent to ▮▮▮▮▮▮ on Thu Dec 24, 2015 12:40 AM

Message : I'm on the sheep

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:51 PM

Message : Yeah lol she's snuggling

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:40 PM

Message : Hahaha

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:40 PM

Message : I'm okay sorry that was Philo

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:39 PM

Message : ?

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:39 PM

Message : Zimbabwe okay

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:37 PM

Message : Okay

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:36 PM

Message : Are you alright?

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:36 PM

Message : Ok

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:36 PM

Message : Later maybe

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:35 PM

Message : Yeah, I'm fine. But I would love to talk of you want to.

Received from ███████████ on Wed Dec 23, 2015 11:35 PM
Message : **You sure?** You can talk to me

Sent to ███████████ on Wed Dec 23, 2015 11:34 PM
Message : Yeah.

Received from ███████████ on Wed Dec 23, 2015 11:34 PM
Message : Yeah just everything

Sent to ███████████ on Wed Dec 23, 2015 11:34 PM
Message : In general?

Received from ███████████ on Wed Dec 23, 2015 11:33 PM
Message : Are you doing better?

Sent to ███████████ on Wed Dec 23, 2015 11:33 PM
Message : I wasn't trying to be

Received from ███████████ on Wed Dec 23, 2015 11:32 PM
Message : Woah don't be rude

Sent to ███████████ on Wed Dec 23, 2015 11:32 PM
Message : Whatever floats your boat, I guess

Received from ███████████ on Wed Dec 23, 2015 11:31 PM
Message : Yeah like its good but it's so long and I'm impatient so I'm just going to google what happened

Sent to ███████████ on Wed Dec 23, 2015 11:28 PM
Message : Vamp diaries?

Received from ███████████ on Wed Dec 23, 2015 11:27 PM
Message : I'm giving up on this show

Sent to ███████████ on Wed Dec 23, 2015 11:26 PM
Message : Yeah

Received from ███████████ on Wed Dec 23, 2015 11:25 PM
Message : Are you still on 6?

Sent to ███████████ on Wed Dec 23, 2015 11:07 PM

PU 0322

Message : I'm slow

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:05 PM
Message : Ep. 6

---

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:05 PM
Message : In Dexter?

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:04 PM
Message : 4x4s

---

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:04 PM
Message : Haha how far are you?

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:04 PM
Message : Literally dexter and wordbrain

---

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 11:03 PM
Message : So what's up

---

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:53 PM
Message : Okay lol

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:40 PM
Message : I'm done. Promisw

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:35 PM
Message : I do not take kindly to mockery

---

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:34 PM
Message : Lol

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:34 PM
Message : I was going free verse.

---

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:33 PM
Message : No iambic pentameter is harder than it looks though

---

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:33 PM
Message : Always the critical one

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:32 PM

Message : Your counts were off

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:32 PM

Message : I take it you don't think I'm cut out for that life?

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:31 PM

Message : Side

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:31 PM

Message : I was dabbling with my Shakespearean aide

---

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:31 PM

Message : Stop being weird

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:30 PM

Message : I beg thee, do not tremble at the notion of taking up action against those who have forsaken the sacred mannerisms of such a practice so furtive as eating!

---

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:29 PM

Message : What

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:29 PM

Message : Dearest

---

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:28 PM

Message : What

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:27 PM

Message : This night is so bleak and cries for spontaneousness, pray you do not further such a climate as this.

---

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:26 PM

Message : Good

---

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:25 PM

Message : Thouest dissapoints me so

---

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 10:24 PM

Message : I refuse

Sent to ███████████ on Wed Dec 23, 2015 10:23 PM

Message : Then you should do it too, just realllly exaggerate it

Received from ███████████ on Wed Dec 23, 2015 10:21 PM

Message : I'm not that extroverted

Received from ███████████ on Wed Dec 23, 2015 10:21 PM

Message : No

Sent to ███████████ on Wed Dec 23, 2015 10:20 PM

Message : Call them out on it

Received from ███████████ on Wed Dec 23, 2015 10:19 PM

Message : An entire table of adults

Received from ███████████ on Wed Dec 23, 2015 10:18 PM

Message : I hate when people don't know how o chew with their mouth closed its absolutely ridiculous

Sent to ███████████ on Wed Dec 23, 2015 10:17 PM

Message : Yeah

Received from ███████████ on Wed Dec 23, 2015 10:17 PM

Message : That's awful though

Received from ███████████ on Wed Dec 23, 2015 10:17 PM

Message : Oh cool no we're at a home town brewery it's normal to see drunk teachers here it's normal to see the drunk mayor lol

Sent to ███████████ on Wed Dec 23, 2015 10:15 PM

Message : Then later fired

Sent to ███████████ on Wed Dec 23, 2015 10:15 PM

Message : A teacher went to pick her kid up from school extremely drunk IN THE AFTERNOON and was arrested

Received from ███████████ on Wed Dec 23, 2015 10:15 PM

Message : What do you mean?

Sent to ███████████ on Wed Dec 23, 2015 10:14 PM

Message : Still not as bad as what happened here

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:14 PM

Message : Lol

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:14 PM

Message : Seeing High school teachers drunk lol

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:13 PM

Message : Yep

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:05 PM

Message : Mmhmm

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:03 PM

Message : I wouldn't know I assume it's similar

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:02 PM

Message : Does it feel like bathing in acid?

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:02 PM

Message : You have no idea

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:01 PM

Message : Sounds like a,lot of fun.

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 10:00 PM

Message : I love being forced to talk to my brother

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 09:59 PM

Message : Eh

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 09:54 PM

Message : That ones even more cute

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 09:52 PM

Message : It's cute

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 09:49 PM

Message : They do not

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:48 PM
Message : They all look autistic though

Received from ▓▓▓▓▓ on Wed Dec 23, 2015 09:48 PM
Message : They're kind of cute

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:46 PM
Message : That's what I wanted to send

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:46 PM
Message : There

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:46 PM
Message :

Received from ▓▓▓▓▓ on Wed Dec 23, 2015 09:44 PM
Message : What?

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:44 PM
Message : My emoji keyboard is all weird

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:44 PM
Message : Ahhh

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:44 PM
Message :

Received from ▓▓▓▓▓ on Wed Dec 23, 2015 09:43 PM
Message : Cool

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:43 PM
Message : I think it would be really fun

Received from ▓▓▓▓▓ on Wed Dec 23, 2015 09:42 PM
Message : Okay

Sent to ▓▓▓▓▓ on Wed Dec 23, 2015 09:41 PM
Message : Yeah i do

Received from ▓▓▓▓▓ on Wed Dec 23, 2015 09:40 PM
Message : Do you want to?

PU 0327

Sent to ███████████ on Wed Dec 23, 2015 09:39 PM
Message : Yeah!

Received from ███████████ on Wed Dec 23, 2015 09:38 PM
Message : Would they come down though? I want to see valpo

Sent to ███████████ on Wed Dec 23, 2015 09:38 PM
Message : They said you are welcome anytime

Received from ███████████ on Wed Dec 23, 2015 09:34 PM
Message : Okay cool did you ask?

Sent to ███████████ on Wed Dec 23, 2015 09:14 PM
Message : Yeah! Absolutely!

Received from ███████████ on Wed Dec 23, 2015 07:46 PM
Message : Yeah it would be fun do you want to?

Sent to ███████████ on Wed Dec 23, 2015 07:43 PM
Message : If you want

Sent to ███████████ on Wed Dec 23, 2015 07:43 PM
Message : We could try that then

Received from ███████████ on Wed Dec 23, 2015 07:41 PM
Message : Yeah Martin Luther King day is like the next week

Received from ███████████ on Wed Dec 23, 2015 07:40 PM
Message : Oh idk it's like a $200 fee there's probably like a three day weekend or something
coming?

Sent to ███████████ on Wed Dec 23, 2015 07:38 PM
Message : My parents wanted to know if you could come visit right before returning to school. Like
if you were to fly into chicago and we picked you up

Received from ███████████ on Wed Dec 23, 2015 07:32 PM
Message : I don't know

Sent to ███████████ on Wed Dec 23, 2015 07:31 PM
Message : Can you change it?

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:31 PM
Message : Yeah

Sent to ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:31 PM
Message : Do you have your return plane ticket bought already?

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:30 PM
Message : Unfortunately

Sent to ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:28 PM
Message : Are you just staying home all break?

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:27 PM
Message : Probably

Sent to ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:26 PM
Message : I miss you more

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:25 PM
Message : I miss you

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:16 PM
Message : Saying what you feel shouldn't affect a fictional idea

Sent to ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:15 PM
Message : Never mind

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:15 PM
Message : What even is that?

Sent to ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:15 PM
Message : It would destroy my manliness

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:14 PM
Message : What no don't  say that

Sent to ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:14 PM
Message : It would feel really embarrassing

Received from ▓▓▓▓▓▓▓ on Wed Dec 23, 2015 07:13 PM
Message : Why?

Sent to [REDACTED] on Wed Dec 23, 2015 07:12 PM

Message : Dont ever ask me to say that out loud please

Received from [REDACTED] on Wed Dec 23, 2015 07:10 PM

Message : Don't go!

Received from [REDACTED] on Wed Dec 23, 2015 07:10 PM

Message : That's pretty cute

Sent to [REDACTED] on Wed Dec 23, 2015 07:09 PM

Message : Bye

Sent to [REDACTED] on Wed Dec 23, 2015 07:09 PM

Message : There

Sent to [REDACTED] on Wed Dec 23, 2015 07:09 PM

Message : I was going to say "A flower is still a flower, no matter what the weather for the day is"

Received from [REDACTED] on Wed Dec 23, 2015 07:09 PM

Message :

Sent to [REDACTED] on Wed Dec 23, 2015 07:08 PM

Message : Fine

Sent to [REDACTED] on Wed Dec 23, 2015 07:08 PM

Message : :/

Received from [REDACTED] on Wed Dec 23, 2015 07:08 PM

Message : Please?

Sent to [REDACTED] on Wed Dec 23, 2015 07:07 PM

Message : I cant say it! You'll never look at me the same agaib

Received from [REDACTED] on Wed Dec 23, 2015 07:06 PM

Message : Fine you don't get to see bye

Sent to [REDACTED] on Wed Dec 23, 2015 07:06 PM

Message : Im catching back up to you in the game

Received from [REDACTED] on Wed Dec 23, 2015 07:05 PM

Message : What?

PU 0330

Sent to ███████ on Wed Dec 23, 2015 07:03 PM

Message : This one you dont get to hear

Received from ███████ on Wed Dec 23, 2015 07:03 PM

Message : Say it

Sent to ███████ on Wed Dec 23, 2015 06:58 PM

Message : I just thought of something poetic to say but it actually is too cheesy

Sent to ███████ on Wed Dec 23, 2015 06:57 PM

Message : Pleeease.

Received from ███████ on Wed Dec 23, 2015 06:57 PM

Message : You should

Sent to ███████ on Wed Dec 23, 2015 06:57 PM

Message : I dont believe you

Received from ███████ on Wed Dec 23, 2015 06:57 PM

Message : No I look awful today

Sent to ███████ on Wed Dec 23, 2015 06:56 PM

Message : I want to see

Received from ███████ on Wed Dec 23, 2015 06:56 PM

Message : My eyes have been super green since I've gotten home

Sent to ███████ on Wed Dec 23, 2015 06:55 PM

Message : Im sorry. I was born cheesy.

Received from ███████ on Wed Dec 23, 2015 06:52 PM

Message : Oh gotcha haha

Sent to ███████ on Wed Dec 23, 2015 06:50 PM

Message : Me and my lame target jokes.

Received from ███████ on Wed Dec 23, 2015 06:50 PM

Message : What?

Sent to ███████ on Wed Dec 23, 2015 06:49 PM

Message : It looks like they have all been hit.

PU 0331

Received from ██████████ on Wed Dec 23, 2015 06:48 PM
Message : No I'm just in target

Sent to ██████████ on Wed Dec 23, 2015 06:44 PM
Message : Are you just like going around town?

Received from ██████████ on Wed Dec 23, 2015 06:43 PM
Message : Oh look this one is engaged

Received from ██████████ on Wed Dec 23, 2015 06:11 PM
Message : It's the life they think will make them happy

Sent to ██████████ on Wed Dec 23, 2015 06:09 PM
Message : Thats just sad to me

Received from ██████████ on Wed Dec 23, 2015 06:02 PM
Message : Right?

Sent to ██████████ on Wed Dec 23, 2015 06:00 PM
Message : Geez

Received from ██████████ on Wed Dec 23, 2015 06:00 PM
Message : Saw another girl from school, pregnant

Received from ██████████ on Wed Dec 23, 2015 03:54 PM
Message : Mhmm

Sent to ██████████ on Wed Dec 23, 2015 03:15 PM
Message : :P

Received from ██████████ on Wed Dec 23, 2015 03:14 PM
Message : Maybe it's a secret though

Sent to ██████████ on Wed Dec 23, 2015 03:11 PM
Message : That would actually be awesome!

Received from ██████████ on Wed Dec 23, 2015 03:06 PM
Message : I might give you the recipe

Received from ██████████ on Wed Dec 23, 2015 02:38 PM
Message : Cool

PU 0332

Sent to ███████████ on Wed Dec 23, 2015 02:37 PM
Message : Everyone said thankyou

Sent to ███████████ on Wed Dec 23, 2015 02:37 PM
Message : Thanks

Received from ███████████ on Wed Dec 23, 2015 02:36 PM
Message : Good haha

Sent to ███████████ on Wed Dec 23, 2015 02:35 PM
Message : Like they are REALLLLLY good

Received from ███████████ on Wed Dec 23, 2015 02:35 PM
Message : I get creative with spices haha

Received from ███████████ on Wed Dec 23, 2015 02:35 PM
Message : Haha

Sent to ███████████ on Wed Dec 23, 2015 02:34 PM
Message : They reminded me of your popcorn

Sent to ███████████ on Wed Dec 23, 2015 02:29 PM
Message : I really liked the sour cream and the nuts coated in your magic formula

Received from ███████████ on Wed Dec 23, 2015 02:29 PM
Message : Haha I know so which ones are your favorite

Sent to ███████████ on Wed Dec 23, 2015 02:28 PM
Message : I was just kidding

Sent to ███████████ on Wed Dec 23, 2015 02:24 PM
Message : I can see you destroying me if i ate all the cookies

Received from ███████████ on Wed Dec 23, 2015 02:21 PM
Message : What why?

Sent to ███████████ on Wed Dec 23, 2015 02:20 PM
Message : Funny for you. Im scared over here

Received from ███████████ on Wed Dec 23, 2015 02:20 PM
Message : Lol that's so funny I can just see your face

PU 0333

Sent to ████████████ on Wed Dec 23, 2015 02:19 PM

Message : Oh she just thought you were being funny and i looked at her and said if i dont eat last inprobably wont live very long

Received from ████████████ on Wed Dec 23, 2015 02:17 PM

Message : ?

Received from ████████████ on Wed Dec 23, 2015 02:16 PM

Message : No why did your mom think I was joking? What did you tell her!

Sent to ████████████ on Wed Dec 23, 2015 02:15 PM

Message : Because sour cream on a cookie doesnt sound good but it tastes good

Received from ████████████ on Wed Dec 23, 2015 02:15 PM

Message : Why?

Sent to ████████████ on Wed Dec 23, 2015 02:13 PM

Message : They were surprised

Sent to ████████████ on Wed Dec 23, 2015 02:13 PM

Message : Yeah

Sent to ████████████ on Wed Dec 23, 2015 02:13 PM

Message : My mom thought you were kidding when you said i get last pick

Received from ████████████ on Wed Dec 23, 2015 02:13 PM

Message : Did you make them try the sour cream ones

Sent to ████████████ on Wed Dec 23, 2015 02:13 PM

Message : Yeah. They all like them.

Received from ████████████ on Wed Dec 23, 2015 02:12 PM

Message : Is everyone up yet

Sent to ████████████ on Wed Dec 23, 2015 02:12 PM

Message : Yeah?

Received from ████████████ on Wed Dec 23, 2015 02:10 PM

Message : ????

Received from ████████████ on Wed Dec 23, 2015 01:24 PM

Message : Molasses lol

Sent to ███████████ on Wed Dec 23, 2015 01:23 PM
Message : No! That was the one addie ate

Received from ███████████ on Wed Dec 23, 2015 01:21 PM
Message : If you eat that I swear

Received from ███████████ on Wed Dec 23, 2015 01:21 PM
Message : Mhmm

Sent to ███████████ on Wed Dec 23, 2015 01:20 PM
Message : Haha ok

Received from ███████████ on Wed Dec 23, 2015 01:20 PM
Message : Make them try a sour cream one!

Received from ███████████ on Wed Dec 23, 2015 01:20 PM
Message : Oh probably the red hots they're pink

Sent to ███████████ on Wed Dec 23, 2015 01:19 PM
Message : She said it tasted like cinnamon idk

Received from ███████████ on Wed Dec 23, 2015 01:19 PM
Message : Cinnamon?

Sent to ███████████ on Wed Dec 23, 2015 01:18 PM
Message : Elyse had some pretzels. Addie had a cinnamon one and yuri ate some of the nuts

Received from ███████████ on Wed Dec 23, 2015 01:17 PM
Message : Which kind did they try

Sent to ███████████ on Wed Dec 23, 2015 01:17 PM
Message : Elyse addie and yuri really like them

Sent to ███████████ on Wed Dec 23, 2015 01:13 PM
Message : Fiiine

Received from ███████████ on Wed Dec 23, 2015 01:13 PM
Message : No they get first dibs!

PU 0335

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:13 PM
Message : That is a lot of cookies...

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:12 PM
Message : But they are! Do you want me to go wake them all up?

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:10 PM
Message : No!

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:09 PM
Message : We are late sleepers

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:09 PM
Message : But everyone is still in their rooms

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:08 PM
Message : I just had one!

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:07 PM
Message : Let me know what everyone thinks

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:07 PM
Message : They all get first dibs not you

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 PM
Message : Lol

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 PM
Message : Quickest way to become everyone's favorite

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 PM
Message : Yeah

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 PM
Message : Thanks!

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 PM
Message : This is awesome!

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:05 PM
Message : And pretzels

PU 0336

Sent to ██████████ on Wed Dec 23, 2015 01:05 PM
Message : And nuts

Received from ██████████ on Wed Dec 23, 2015 01:04 PM
Message : Cookies?

Sent to ██████████ on Wed Dec 23, 2015 01:03 PM
Message : We got something...

Sent to ██████████ on Wed Dec 23, 2015 01:03 PM
Message : Um

Received from ██████████ on Wed Dec 23, 2015 01:03 PM
Message :

Sent to ██████████ on Wed Dec 23, 2015 01:03 PM
Message : Yeah, and please dont call me maahed potatos

Received from ██████████ on Wed Dec 23, 2015 12:59 PM
Message : Mashed potatoes are you okay?

Sent to ██████████ on Wed Dec 23, 2015 12:59 PM
Message : What are you cooking?

Sent to ██████████ on Wed Dec 23, 2015 12:58 PM
Message : A little

Received from ██████████ on Wed Dec 23, 2015 12:58 PM
Message : Hey sorry I've been cooking did you end up getting any sleep

Sent to ██████████ on Wed Dec 23, 2015 05:24 AM
Message : I cant sleep

Received from ██████████ on Wed Dec 23, 2015 01:15 AM
Message : I can forgive you though and you can get better

Received from ██████████ on Wed Dec 23, 2015 01:15 AM
Message : I promise you can it just takes time

Sent to ██████████ on Wed Dec 23, 2015 01:15 AM
Message : I cant change what i did

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:13 AM
Message : Yes you can you can change it

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:12 AM
Message : Im so sorry i did what i did to you. I just cant change it no matter how much i want to, im just messed up and im a terrible person

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 AM
Message : You're so amazing please don't say that

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:06 AM
Message : I just hate myself right now

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:03 AM
Message : Yes you can I know you can you've done too much and gone through too much to say that

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:02 AM
Message : Anything

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:02 AM
Message : Do what?

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:02 AM
Message : I just feel like i cant do this anymore

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 01:00 AM
Message : Hey, calm down it just takes time okay?

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 12:59 AM
Message : Im trying to change. I just feel like I've lost track of who I am and I am scared because I am drifting from God and I dont even know what I want to do anymore and I just freaked out hardcore all finals week and couldnt think straight at all and i made some really bad decisions and hurt you and now i feel like we're at odds and i keep trying to fix things and they only get worse

Received from ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 12:58 AM
Message : ?

Sent to ▮▮▮▮▮▮▮ on Wed Dec 23, 2015 12:57 AM
Message : You're right

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:56 AM
Message : No

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:56 AM
Message : Shit I'm being awful to you I'm sorry I'm upset with my mom not you

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:52 AM
Message : Stop saying sorry and explain or do something to change it

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:52 AM
Message : I dont know... im sorry

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:50 AM
Message : Why? Seriously why? And then why do you do what you do ?

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:43 AM
Message : Im trying

Received from ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:42 AM
Message : Well stop freaking out about stuff like that

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:41 AM
Message : I love you

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:41 AM
Message : I still want to be with you!

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:40 AM
Message : Please, im just trying to figure out what to do

Sent to ▮▮▮▮▮▮ on Wed Dec 23, 2015 12:40 AM
Message : But i do!