# EXHIBIT SJM 18

Date _____

Topic _____

Meeting Objectives _____

▮▮▮▮▮▮▮▮▮▮

Attendees

4/14/16    9 am

Eno

MB

+ friend

Young  1038

Notes ___ Freshman, Colorado  biology / pre-med
Fall '15                    NROTC

- met in ROTC, helping of uniform, work out together
  └ BGR
  - dating ~ Sept '15 or late Aug '15
  - dated ~ 2 mths - 3 mths
- 1st: great
  - started to clingy
    - stay in room when she went to class
    - always want to come over
  - had a temper
    - common thing: get text, say late for something & he would
      yell & curse
    - never directed toward her
    - she would leave, not want to be around her
    - ▮▮▮▮▮ : why? why can't you just stay?
      - clingy

- she said needed space, drifting apart
  - he always wanted to come over or come to his place
- she went to his room to watch a movie (end of Nov '15)

Action Items - she fell asleep; roommate asleep

he has          - woke up to him touching her; hand between legs, over clothe
roommate,       - she left; told him later she didn't appreciate
she does
Act             - kl on futon, Atl lying in floor
                - hand up, touching her

▮▮▮▮▮

AMBERGER
EXHIBIT 25
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY

PU 0060



- ▮ texted , are you Ok ? same day
- met up later & went to his room to talk about it (few days later)
  for lunch

- dinner : normal conversation
- room. ▮ : normal business
   ▮ : are you going to apologize
   ▮ : yeah I feel bad
     - didn't know what was on his mind
   ▮ : you haven't done that b/4 have you
   ▮ : well I felt bad
   • incident: he was touching her (fingering her)
              she woke up & thought having a bad dream
              - she doesn't remember incident

- ▮ left
   - ▮ : "Ok" & walked her out

- after : texted for a week or so
   - ▮ got angry
     "I said I'm sorry. What more do you want me to do?"
   - "forgive me. I didn't know what I was doing"
   - later : "Why can't you get over it, I said I was sorry"

- this semester
   - ▮ would always "be there"
     - be places she was going
   - ▮ spoke w/ her RA. "can't find ▮, can you give
     her this" ( end of Jan '16)
        - a bottle opener
        - she told him no reason to be on her floor & leave
          her alone
        - he told her the same
        - while dating he would show up at her room unescorted
   while dating → 1 time he went into unlocked room re-arranged
   last semester      her entire room, including cloth PU 0061

Date _____

Topic _____

Meeting Objectives _____

█████████

Attendees

②

Notes

- she told him he can't
  - ███ "It's fine"
  - RA has told him as well, not on floor unescorted
  - ✗ + Christy

- this semester
  - see at ROTC, tried to keep minimal contact
  - outside ROTC, avoids contact

- "be there"
  - rifle practice in Armory, + then class
  - she would go to a lounge
  - ███ would be there
  - 4-7pm hour
  - few weeks he stopped being there
  - she would catch him staring
    - made her uncomfortable
    - "intimidating"
  - no reason to be there unless chose to study there

- taser
  Action Items asked if had taser · she said yes, pulled out + pretended to tase (it wasn't charged)
  roommate told her ← he has tased his roommate 2x's while he slept
  - messing around, she picked up his taser + didn't realize it was charged, set down
  - he picked up + "chased down hallway acting like would tase"
    - was active, clicking

PU 0062



- spoke w/ roommate
  - roommate "baffled" why he would

- last contact
  - at breakfast ~ 4 whs ago
  - put stuff down, saw sitting by him
  - went to more & he stood there
    " Hi ▇▇▇ how's it going"

- why now
  - he doesn't respect other people
  - would borrow a friends car ▇▇▇▇▇▇
    - brag about getting car up to 100 mph
  - walk into others room in middle of night & take what
    he needed

- AH talked about feeling empty inside & doesn't care about anything

- AH close to other freshmen in ROTC

- when together it was "awful"
  - ROTC stuff
  - seperate now so good
  ⊘ ▇▇▇▇▇▇ , nuclear engineering , undergrad

- KL told her had "issue w/ someone
- later ▇▇ at PT, AH made comment & stared at her
  - she thought "I bet its him"
- saw ▇▇ sitting by ▇▇ & not saying anything
  - unusual for her

Date

Topic

Meeting Objectives

Attendees

③

Notes

Freshman
didn't like him, thought he was weird
+ friend

- at 1st: charismatic manipulative
  - puts on front "best of the best"
  - twists stories
  - over confident

- outcome
  - not proud ofc but ran his life
  - know actions have consequences

- talking about incident
  - never mentioned her acting like wanted it
  - "we've done stuff b/4"
  - "I don't understand why you're upset"

Action Items

PU 0064

Date _____
Topic _____
Meeting Objectives _____

Attendees _____

4/18/16
3:30 pm
4:00 pm

Christy
Christine Joehl

Notes    Senior retail management HHS
May '16

- 1st yr RA: Wiley Hall

- ███ on floor all year
- has met ███
   - "in passing" good impression
   - always friendly
   - a few times unescorted (1-2 x's)
      - knew him by then, so told him could not be unescorted
      - "oh ok" brushed it off
      - told each time needed to be escorted

- 1st told CJ about ❤️ issue
   - told broken up (end of 1st semester, maybe)
   - later went & told her CJ would be contacted by OIE
      - recently put wk
      - stalking         ⟩ told undergoing investigation against him this semester
      - sexual assault
      - didn't go into details        → said already filed report
      - b/cuz invest already

Action Items
- did notice changes in behavior in ███
   - seemed "down" at end of semester; ███ "stressed" b/cuz pre-med
   - start at Spring semester in a good place
      - happy; said breakup put her in a "better place"

- does not see often b/cuz ROTC & studies

PU 0065

█████ : seemed very polite
- surprised by break up
- seemed to care about tel a lot

- this semester
- ████ seemed ~~very~~ doing good
- invest has been a lot but doing good
- needed to report to prevent from happening to someone else

Wiley swipe cards (side note)
- men can use cards to swipe into Women's side
☆ - unk if only Wiley residents can or all

- she was told █████ outside Wiley, not supposed to be there
- Thursday last week (or weds)
- not found by CJ, went outside to look & didn't find

Date _____

Topic _____

Meeting Objectives _____

[REDACTED]

Attendees _____

Yong 1039

4/28  9am

END

Steve Knecht

Notes ___ Freshman, Comp Graph Tech - NROTC
switching to MET Fall '16    (Valpo originally
COOO over summer

- met thru NROTC
    - early in Fall '15 semester
    - 2-4 whs between meeting & dating
        - liked each other
    - dating early Sept '15

- Why: speculate b/cuz don't know why
    - things in her past
    - early - mid- Jan stopped talking.
    - still  maybe suicide attempt in December
        - never same after that
    - [REDACTED] said stress from school
        - unk if passing class
    - no other time she mentioned or attempted suicide
        - other then mentioning HS attempts

- touching: several days after suicide attempt
    - [REDACTED] on futon, [REDACTED] on floor

Action Items - reached up & put hand on knee ; just above knee
    - [REDACTED] woke up ; antsy & upset ; [REDACTED] left ; never said anything b/4 leaving
    - never talked about it after

- later [REDACTED] "I don't like it when you touch me when I sleep."

PU 0067

- never told ▮ that he touched her b/4
  - never put hand on her b/4 why sleeping

- looking thru stuff
  - only time contact w/ laundry was when he helped her
  - ▮ "This is going to take me awhile"
  - ▮ took as call to help

- move room
  - ▮ talking about moving her furniture
  - ▮ spoke w/ RA if he could move her furniture while ▮ gone; RA said yes; RA let him in ~ 1 wk later
  - ▮ surprised & happy
  - b/4 suicide attempt
      early - mid Nov

- stun baton: had while on campus, had shipped here
  - would jab room mate w/ it & roommate shock him
  - showed it to ▮, pressed switch
  - never had ▮ joke w/ him
      - she had her own that was also a flashlight

- break up
  - shaky end Nov - early Dec
  - ▮ more irritable
  - after Winter Break
      - lel talks to him less
      - not hang out w/ him

  - in Jan he went to her room to watch Netflix (she invited)
      - ▮ fell asleep & he did too
  - woke up ▮ upset
      - sent text - "You should have left"

PU 0068

Date

Topic

Meeting Objectives

Attendees

[redacted]

Notes

- he thought still dating, she started to act like never in a relationship
- would call each other b/f or g/f in public
- All never in a serious relationship b/4 so took longer for him to realize it was over

☆ [redacted] junior ROTC kL dating now

- shooting team
  - he would ask how it went throughout relationship
  - [redacted] upset "I didn't shoot well"

- temper
  - feels that she is deflecting her own temper when upset
  - [redacted] does get upset
    - when upset talk less, may curse, shorter w/ people

- he did tell staff about [redacted] suicide attempt
  - didn't want to jeopardize [redacted] scholarship
  - told a friends RA → moved up from there

→ friend

☆ [redacted]

Action Item never told [redacted] he reported      freshman Tank
                                                   - knows kL

- to room unescorted only once
  - drop off or way to eat
  - never asked to stay any
  - no contact prior or reach out prior

PU 0069

- kept relationship quiet w/ ROTC
  - most witnesses were part of ROTC interactions
  - very little outside ROTC witnesses

- came over quite a bit to his Room, only stayed 2 x's
  - I being in complaint

- 15-20 x's in her room he stayed
  - ▮ no roommate
  - went to her room often

- texts
  Jan 14-15 2016
  - both fell asleep in room, "you should have left"
  - "touching her" : being more distant at that time so thought
    less contact w/ him

  Dec 28-29, 2015
  - ▮ "violated you"
    - violated her trust b/cuz didn't tell her something
  - "apologize say more"                              - lying about class
    - for touching b/cuz it upset her        project put off
  - violated: also for touching                  his to help her
  - ▮ upset
    - say be there in 45 mins, took an hour & she was
      post
  - "short temper"
    - get upset & be quiet; lol would get upset at that
    - he would'nt talk about it right away

Date _____

Topic _____

Meeting Objectives _____

[REDACTED]

Attendees _____

③

Notes _____

Dec 23
- "Sorry for what I did to you"
   - touching
      - [REDACTED] still upset about it
   - & lying about putting off his projects to help her

✗ Texts
      page 1 is the newest; page (last) is start of texts

- upset about challenge coin
   - couldn't figure out why upset
   - started to respond to her texts in poetry form

- over Spring Break
   - text accused of damaging room (door)

March 15: ~~you are going~~ amount she had to pay for damage
          he caused when reorganizing her room

Action Items _____

PU 0071

Date _____

Topic _____

Meeting Objectives _____
████████████████

Attendees  Young (039

4/28/16  3³⁰ pm

END

Notes      Freshman; Comp Sci

- ███ : his roommate
- HS together (Valpo)
  - met freshmen yr friends senior year
  - roommate at Purdue
- ███ : did not until this year
- would hang out in their room
  - watch TV
  - normal talking

- ███ would share details arguments
  - "conflicting logic"
- Concerning
  - seemed unstable her mentality; focused on grades
  - attempted suicide
    - told him b/4 end of 1ˢᵗ semester
    - ███ vented about it, he couldn't focus on his schoolwork

- EV asked if dating; ███ said yes; quiet from NROTC
  - tried to make it not a big deal
  - ███ 1ˢᵗ relationship

Action Items
- ending: talked less & then stopped talking
  - started to concentrate on ROTC & school
  - nothing obsessed w/ break up or upset

PU 0072

- did talk about allegations
  - touching
    - was asleep in his bed, darn when, saw ███ leave
    - she had stayed the night

- taser: purchased b/cuz someone messing w/ ██ their window
  - they did shock each other "a couple of times"
  - did show ███ button in Hallway
    - turned on, ███ said "Don't do that"
  - not chased
    → stopped b/cuz "got old"
  - consensual: one time EU was asleep ███ shocked? ███ was
    shocked by EU
    - ↑ when alarm didn't go off          talked to ███ after
                                          she saw taser, EU
─────────────────                        told her one time
███ seemed friendly                      shocked him he
  - normal talk                          was annoyed b/cuz
                                          EU class was
- shocked & annoyed by allegations       cancelled & ███
  - not like him                         didn't know that
  - hard worker in ROTC

- ███ has poor relations w/ ROTC guy ████████
  - ███ currently dating him
  - others in ROTC think he is disrespectful to others

- ███ bold; has his opinions on everything
  - easy to meet new people
    - not an introvert
  - picks up on what people are saying if vague

- texts: being engaged in college; general idea, no plans
  - ███ but idea loose opportunities; financial burden
  - ███ so many people do it & they do fine

Date _____
Topic _____
Meeting Objectives _____

Attendees _____

3(?)

Notes _____

- never saw them argue
- ▮ upset
  - doesn't raise his voice
  - if late for class
    "Ugh why me"
    "Why didn't you wake me?"
  - but never yell or raise voice

Action Items _____

PU 0074

Date _____

Topic _____

Meeting Objectives ██████████████████████████████

Attendees

Yong 1039

4/29/16   9³⁰ am

ENO

Notes _____ Freshman, RoTC, Pol Sci / History

- friend's b/f is "weird"
    - ███ told her that, went to her & told

- met ███ this yr; met 1ˢᵗ
- other party also in RoTC; talk to him after started to date

- 2 wks b/4 broke up came to her
    - b/4 end in last semester (maybe Nov)
    - ███ always say ███ is very immature
        - sleeping in same bed, he would wake up & want to have sex &
            she wouldn't have it
        - "couple of occasion"
        - "surprise her" by waking up

- lost contact w/ ███ & got text out of the blue" saying broke up w/ ███
- ███ told her ███ was in his 1ˢᵗ relationship

- ███ ... feeling ███ "immature"
    - weird sense of humor
    - "crosses the line" sexism, racism

Action Items _____ - in small group he knows it wouldn't offend
    - in GroupMe messages: ███ created group
    - no longer have, & another male want to for w/
w/in last     another RoTC
2 wks     - ███ went to RoTC & ███ punished ██████████
    - went to her boyfriend (████████ )
        - was in a position of power at the
            time

PU 0075

- punishment metted out by students on students
  - by company exec ofcs

- gets scare ███ is "different" "not all there"

- ███ ·· no issues at 1st
  - lately a bit "self-rightousness"
  - very straight forward & direct w/ things

- current b/f : - happy where she is now
  - no dating rules but kind of unwritten rule

- ███ went in Thanksgiving Break w/ ███
  - took break from each other
  - klingy after that towards her; talk a few times
  - didn't talk about ███ much over break

- told broke up; then few whs later told about waking up for sex
  - said got him to stop; but more than once happened

- only heard ███ side; nothing stands out

- weird ███ : seem awkward but nothing uncomfortable

PU 0076

Date _____

Topic _____

Meeting Objectives _____

_____

_____ Christopher Fox _____

_____

Attendees __ Long 1039

5/2/16

4pm

Notes _____ senior , Dec '16 ; Comp Info Tech _____

██ : on Fall '15
- no issue

- filed report
  ██ disclosed suicidal ideation & prior sexual assault in his ex-g/f ██
    - no name given to him

- last semester had girl over
    - unk who she was ; never talked to her ; nothing memorable

- ██ told him about invest as well ; told sexual harassment complaint
    - looking for advice from CF

██ confident individual ; sure of himself
    can come across as arrogant
    - not oblivious
    " good guy "

Action Items _____

PU 0077

Date ___
Topic ___
Meeting Objectives ___

[REDACTED]

Attendees
Tony 1039

5|3|16   10 am

Notes ___ junior May '17 ; ME, history & naval science minor

[REDACTED] → met thro NROTC orientation

[REDACTED] : [REDACTED] + talked in depth during orientation
[REDACTED] few wks later more indepth
- talking in lounge; interests (mutual)

- Interactions [REDACTED]
- "awkward"
- walking together, space between them
- Thanksgiving lol more agitated w/ [REDACTED]
- no reason why more agitated

- suspected dating b/cuz interaction
- asked if dating [REDACTED] said no
- later said she was dating him

- agitated : clingy
- lying : say busy & so out w/ friends
- upset [REDACTED]

- Actually walking together
- 2 times
- 1 time they did not see him
- 2 "   "   should have seen him

- suspect: walking together on campus
- [REDACTED] mentioning her boy friend

PU 0078



- never talked to ████ about their relationship
- all conversations w/ ████

- Nov 15 : ████ telling him more annoyed w/ ████
  - clingy ; lying
  - very agitated w/ ████ (b/4 she told him about other problems)
    - DA gave both a ride to Walmart
    - ████ did not want him to go

- told by ████ that broke up w/ ████
  - over winter break
  - ████ never figured it out
  - she told him few who into spring '16
  - she would break up , ████ do something ; clingy' ; she would stick around

- ████ told DA to keep an eye on ████
  - immature : not do things in relationships
  ( - mentor him to grow

  ↓ ·physical fitness not up to par
    · mentally immature

- this semester ████ told him
  ████ would call ; text her , trying to get her to talk
  - thought ████ trying to get into her room
    - late at night ; asked DA ~~told~~ to come over
    - 3 x's ; only once asked DA to come over
    - sent AW text to stop coming over
    - stopped after that

Date _____
Topic _____
Meeting Objectives _____

Attendees _____

DA

②

Notes

really nervous around ▮▮▮
- "she did something I can't forgive him for."
- ▮▮▮ said had a dream ▮▮▮ on top of her having sex ; 2x's
  - 1st time : thought just a dream after woke up
  - 2nd time : woke up, knew something happened ; it was going on
    - no details given & he never asked

- ▮ said ▮ would see her ; stare at her
- DA saw ▮▮ hanging around the lounge when ▮▮ was there
  - others noticed too
  ▮▮▮▮▮ (were good friends not so much now)
  heard from ▮▮▮ - thought weird that ▮▮ at lounge when ▮▮ there

- personal experiences of ▮▮▮
  - "creeped out by him"
    - he would stare at you, "sizing you up"
    - of attention, ▮▮▮ would follow you w/ your eyes & not supposed to
  - always trying to impress people
    - bike ride : slept on floor, never brought bag or pad
  - always wanted to show smarter than others
  - ▮▮▮ in dining court, DA getting a cookie (Jan '16)
    - ▮▮▮ come up, saying not good, not help w/ PT scores
    - not "appropriate for freshman to talk to an upper classman that way
  - seemed not to take orders seriously

- mix of arrogance & not understanding he should not talk that way
  - "not pick up" not talk in that manner

PU 0080



████ ████ borrowed his car
  - drove recklessly & put dolls & a bra in the back

- heard from other friends
  - ████ went up to an Air Force table & talked trash
  - never addressed

- issue w/ another NROTC member ; addressed thru chain of command
  - selling another to ISIS is a joint

- interaction w/ ████
  - Spring '16 : hang out , good friends
  -   "   "   started dating
      - still dating ; going good
  - ████ high preformer
      - this semester good grades
      - last  "  not so good
          - lay around all day & watch Netflix
              - see ████ & freak out
  - stay night w/ her b/cuz she said she felt safer
      - see ████ , he would just stare

- upperclassmen say they can't trust him
- nothing specific from other freshmen about him
- talked to ████ room mate while walking w/ ████
    - taser thing came up

- ████ told DA that ████ chased her down hall w/ taser
    - at times thought flirting or teasing
    - when dating this happens
    - found out after no longer dating

Date _____

Topic _____

Meeting Objectives _____

_____

DA

Attendees _____

③

Notes

- ■ professional opinion
- · dedicated · "knows what she is doing"
- · good hearted
- - hard worker
    - - school
    - · NROTC
- - very comfortable w/ her

■

- - motivated
- · dedicated
- - willing to volunteer & work hard
- - insubordinate
- - cocky; arrogant
- "sociopath" more than once: when goes to far, uses a person in position of weakness
    - ■
    - ■ mild guy
- - taser roommate while sleeping
- - "goat" joke: guy very passive; All took advantage of that

Action Items

_____

Date ...............................................................
Topic .............................................................
Meeting Objectives .......................................

▮▮▮▮▮▮▮▮▮▮▮▮

Attendees

Yang 1039

5|12|16  4pm
ENO, MB
phone call

Notes _____

- it competition; furniture moved around  drawers moved around
  - had talked about moving a futon around but much more moved around
  - probably didn't lock door
      - lost key  no replacement
  - told him to put back way it was
  - wall damage
      - hooks to hang up stuff; stuff too heavy
  - talked to RA 5/4 about ▮▮▮
      - only told RA about room after events
  _____

texts _____

Dec 23 : apology
  - for lying
  - initiated breakup too ; not comfortable around him
  - something small; plans & was hanging out w/ friend

- noticed ▮▮▮ putting off his own school work to spend time w/
  her ; stopped telling her he was putting off work

Action Items _____
Dec 28 :
  - about touching incident ; both, but especially when woke up

PU 0083