# EXHIBIT SJM 19

Date __ 4-14-16

Topic ███████████████

Meeting Objectives _____

Attendees _____

pg-1

Freshman
Colorado
    Biology - Pre-Med
        - Navy ROTC

Notes _____

Met in ROTC - helping w/ uniform
    - talking, nice      - Fresh BGR (Early Aug.)

Started dating 1 month in - maybe earlier

2 months - closer to 3

- great, sweet

Started to get really clingy

AMBERGER
EXHIBIT 24
8/25/20
John Doe v.
Purdue University,
et al.
Clarice H. Howard
CCR-KY

Stay in room,
    always there, bugged her, but

Temper - "late for this" - Short curse words
Clingy -                    puffed  - not towards
                                            her.

Found out -
    "I said sorry, what do you want me to do."

Action Items _____

She would leave -
    he would ask "why" - ask her to stay.

Went over to watch a movie...  End of fall semester
                                        End of Nov.
    - fell asleep - woke up to him touching her.

    - "Well, I feel really bad..." - "Serious"  PU 0034

hands were between legs —
over clothing
layung on floor reaching up.
on futon

[redacted] — His.
Roommate

put shoes on & left

texted her — are you okay? — same day.
few days later
Met up then→went back to his room...
lunch & —he scoffed, seemed to think it was funny.

Are you going to apologize?

—

You woke up — "I'm turned on."  — He said he
—Wierd.                            fingered

Doesn't recall that night.          reached
                                    under
"I'm going to go walk me out."      clothing if
   he said okay"                    she had
                                    it on

Temper — became more apparent "I said sorry,
   texted for a week or so      What

He really beat himself up over it.
   "Why aren't you letting it go?"

PU 0035

Date _____

Topic _____

Meeting Objectives

Riffel Team — Study in Empty Armory — there — old hours 4pm-7pm
Not he would be there
couple weeks in he stopped coming in.

Attendees

no contact →
looking @ her...
sitting there
↓
looking @ her during dinner
"uncomfortable"

**Notes**

Always just be there → coincidence?
— beginning of semester

→ end of January

Went onto her floor on talked to RA → "stay away
brought                                        from my
Bottle Opener from Bell                      room"

↓ All of the time → arrived unescorted, came into
room —
told.                    reorganized her room.

RA told him too. Kristy Joel          ↓
went
no boundries                         through
drawers,
( ████ might have been in)           clothes,
room during sex. contact             ( &
↓ occured
Avoided him this semester            when
— min.                               dating

**Action Items**

Over Christmas break                 ↓
↳ ended contact                      told him
to put it
back
uncomfortable

Joking w/ Tazer — ████ told him.

tazed his roommate in his sleep. - @ least 2 times.

Chased her down the hall
— terrified he was going to taze.

felt like he thought they were joking, she did.
↓
mid-relationship (Oct./Nov.).
████ — good sport, but "weird"    (Pushed Button...)

Breakfast after drill
Wiley ——→ "Oh Hey ████"
= 4 weeks ago.    How is it going?

Terrifying — no respect for other people —
Concerned about him becoming an officer.
Reckless driver w/ passengers &
(-doll / clothes / taped it down / candles)
2nd hand    (into friend car).
store
       Would walk in & take what he wanted
       @ midnight.

Date _____

Topic _____

Meeting Objectives _____

Attendees _____

Formal, charismatic, manipulitive in a way.
  ↳ warp stories in his favor
  - Puts on a front that he is is doing great things
                                    — over confident

Notes _____

talked about not to lime
  - stress / depression — thought it was this...

He's scary.                              (Edison (?))
     ↓                                   (Clausen)
  friends w/ others in ROTC
  ▮▮▮▮ — was originally in ROTC dropped in
          Frosh ①

S. A. trainings
  - kept making comments
  - saw him @ PT — hated it

was able to it                                  alpha  ▮▮▮
I'd rather it was        Possible Witnesses     company —

▮▮▮▮▮▮▮ — ▮▮▮▮ (HS friend of ▮▮▮)

strong
intimidating
guy        ▮▮▮ — R A —
           ▮▮▮▮▮▮ Freshman
           (ROTC didn't like him "weird")
creepy
guy

Action Items _____

     Doesn't think he should be a Naval Officer,  ☐
     but doesn't want to ruin his life"           ☐
                                                   ☐
(How could you not know?)                          ☐
                              Actions have         ☐
                              Consequences         ☐
                                        APU 0038

Hasn't seen him since she reported it.

"We've done things before."

"

May-17, June 17

Hold
decision
until after
6-17

Date 4-28-16

Topic ███████████

Meeting Objectives _____

Attendees

Freshman - CGT, switching to MET
Naval ROTC ┐ (over summer)
            └ - also Russian
Home - Valpo          Naval Science (Minor)

pg. 1

Currently on probation - on hold until this is completed

Met ████████ through ROTC - early in semester.

24 weeks between meeting & dating

Past issue - maybe intentions are related to that.

No argument/disagreement - just stopped talking
early-mid January

Dec. 13th - things started going ↓hill - nothing
stable after that.

Stress/finals, etc. -
        freaking out... parking garage

Also disclosed several attempts in HS/@ home.

Action Items

Nov '15/Dec '15 touching →
        never discussed it in person/ deflected...
"too controlling"  "too clingy"
↓
Touch couldn't be percieved as anything other
than what it was.

PU 0040

several days
After incident.

"I don't like when you touch me while I sleep."

No idea where other allegation came from.

Roommate was there for 1st incident.

Have held each other, etc.

~~all of the first came~~

→ helped her out w/ laundry →

She was talking about how her room could be
—talked to Qristy Scrwl —to make arrangements
                        while she was gone about of town.

Vacuumed room / rearranged room— thought it
was cool... but a few weeks later decided
she liked it better before.

RA let him into room.

Stun Baton        — never chased her
    → never abused it — told him she was
    → her roommate jabbed each other— always fun.

She had an electric whip nor her own —
flashlight that she threatened to shock him.
                    jokedly

PU 0041

Date
Topic
Meeting Objectives

Attendees

pg 3

Notes

Relationship was shaky —
mid Nov - Dec...

distanced herself after break — talked to him
less...
    tapered if ... initially

In Jan. → She invited him over for Netflix...
they fell asleep.

She texted "You should have left when I fell
asleep"
she was
irritated.
↓

But never said.
us more relationship
↓
No reference/aknowledgment of prior relationship

Action Items

Ended mid - January.

used bf/gf ~~relation~~
        language

kept it pretty private → kept
                        quiet
                        from
                        ROTC

PU 0042

Started talking to new bf over winter break
→ ███████████ (Junior)

His first relationship took him a bit longer to realize

He has never lost his temper—
  has been upset ↳ but never yelled/throw
                        things, etc.

When upset— typically talk less shorter
responsis— doesn't treat others any differently
Some cursing in general.

ROTC— tried to find in early January...
  opened to ████████ (knows ████████ ..but not really well)

His RA— Dylan... reported it & then to his RA (Christopher)
& his advisor.

████████ never reachout about the report— He
didn't mention it.

Only 1 time → ever went to her room
unannounced.
↓
but had never told him to stay away, etc.

Suicide Prevention Program— Carol Ben-Davies
(Feb. '16)                              runs

PU 0043

Date _____    Attendees _____

Topic _____

Meeting Objectives _____

_____

_____

_____

Potential
Witnesses ⟶

She only slept in his room on 2 occassions ⟶
but came over many times

↓

Went to her room more often than she ⊗ came
to his

Text Messages:

Jan. 14-15th ⟶

"touching" - believes she was distancing herself
1st time she had specified

↓

didn't link this to something specific.

She told him she felt violated by him ⟶
Actily wasn't honest

failed a class b/c he didn't tell her about
his work ... worked w/ her on her assign-
                                    ment
                        ↑

apologize (12/28) ⟶ "touching" q

PU 0044

She told him that he
"lied to me"
↓
2 times b/c he was 15-30 min late coming over
to his place.
   her

She would say
   "You have a temper."
↓

never yelled, trantrum,
didn't treat her poorly.

12/23 - apologizing - touching / class info...
↓                              "knee"
he had to finish projects, etc.
↓
"You should have told me."

Jan. 18th - came to room, but not the last time.

Room - Coin Challenge...

felt she was linking him on -
I started responding in

Spring Break → she texted him,
   he didn't respond.

Date

Topic

Meeting Objectives

Attendees

Notes

March 15 - last email from her, he didn't respond.

Action Items

Date 4-28-15

Topic ████████████████

Meeting Objectives _____

Attendees
3:30 — J.A.

Freshman Computer Science
Valpo is home                                    pg. 1

████████████

Became friends Senior yr. → decided to room
                                    together.
Didn't know ██████ until ████ introduced them.

Normal atmosphere.

He showed him texts that didn't make sense (logic)

Shared She was unstable → grades were really
important.

Concerned re: a suicide attempt
  -told him in Nov/Dec- fall semester.
  -kept it in past.
    things happened

Wanted to keep it quiet

@ beginning of 2nd Sem. → "its over—we stopped
                                    talking"

Action Items

Upset, but focused on PT/ROTC...                ☐
                                                ☐
Nonconsensual touching—                         ☐
  denied it.                                     ☐
████                                            ☐
She did stay over one night when he was         ☐
  there— she just left... normal, no comments
                                        etc.

pg. 2

Stun baton → they missed around w/it a bit...

↓ what he remembers—
    Shocked each other, but stopped b/c it
    got old.

Didn't run after her—just said "Do worry"
    don't do that!"
"He said

Agreed "If I'm late for class, taze me".
    Went both ways.— they did it to each other.

His Dad took it away over break.— said it wasn't
    a good idea.

Feel okay w/her → joked, friends,
got along okay.

Shocked & Annoyed by the complaint—
    — hardest working ROTC guy he knows

Generally not a disrespectful guy —good moral
values— will speak out! when people joke
about having sex w/ lots of girls.

    Junior
    ████████ —"bad relations" w/him
    ↳ ████ mentioned alot of people do not
    like him.
    — Disrespectful guy.
    — She is dating him now.

PU 0048

Date

Topic

Meeting Objectives

Attendees

*pg. 3*

Notes

She came to him a bit concerned about the stun baton — he said it was a little annoying.

jokester, bold, strong opinion in arguments — conservative values — Christian upbringing.

Outgoing, easy to talk to new people.

Convo about being engaged during college — he said bad idea... She snapped "people are doing it & doing fine."

He Doesn't raise voice, but will make is position known very quickly.

He would text
   "why didn't you wake me up."
When he oversleeps
   — He would rush
      — get annoyed
         — why didn't you wake me↑

Action Items

Only yells during hockey video games

☐
☐
☐
☐
☐
☐
☐

PU 0049

Date 4-29-16

Topic ▮▮▮▮▮▮▮▮

Attendees

Meeting Objectives

Freshman     Poly Sci - History
Navy ROTC        Upptrack.

78.1

Notes

Met in ROTC

Does know him as well - Started talking to him after

A couple weeks before they brok↑. Nov./ Dec. →
probably Nov.

She claimed he was very immature →
would wake↑ her up & try to have sex,
but she didn't want.

Would suprise her → trying to initiate something.

He is really immature.

He is nice, but gets this feeling → Weird sense of
humor...
Crosses lines sometimes...
— racism, sexism; while in smaller
group

Action Items

GroupMe → 4th Class

He & another midshipman were picking on another
guy...

A couple weeks ago this happened — ▮▮▮▮▮
Shared concerns

PU 0050

Hasn't heard Alex's
side, only █████

She took it to her bf. →

Company Exec to Commenders
↓ Executive Commander — all Student side...

Gets a 'different' vibe.

"Lately kind of self-rightous"
"nice, but cabn be very straight forward, direct."

Seems happy where she is now.

No one really knew about ████ & ██████ until

Went to Thanksgiving break w/ her.  had been
— took a break when they came back, ~~then became~~
clingy towards her before ↑

she started
┗ Changing
    — talking less/less... then told her a
    couple weeks later they broke.
↓
maybe
touching told
before/ maybe
       after.

She had gotten him
to stop.
↓
more than once,
but didn't say
how many times.

Date
Topic 5-2-16   Christie Joehl

Meeting Objectives

Attendees

ps. 1

Notes

Saw him w/ ▮▮▮▮▮▮
  - escorted by ▮▮▮▮▮, 2 times w/out - Reminded

Room →.
Decissing

Never talked to him about redecorating

Never unlocked her room.

Said he was going to surprise her - but don't
recall.              ↳ but doesn't remember
                      the premedictions.

> not her responsibility to arrange those things...

▮▮▮▮▮▮▮ →
        → check out
  - no concerns for damage.

Action Items
Good impression of him - no concern for him
  - surprised by ▮▮▮▮▮▮▮

Seems good...

Gentleman / Chilway   concerned -   Bright trust.
  ↳ "rare" - always wanted to Dr care for ▮▮2052

Date  5-17-16
Topic
Attendees

Meeting Objectives

pg. 1

Notes

- Dec. 23rd - apologized...
  "You an amazing person, don't say that."

Dorm Reauangment
→ Reorganized room to socks and underwear—
  had talked about it, but.

→ Didn't lock door.

Physical.
  used hooks & caused wall damages

Talked to RA
  - She had expressed concern b/c he was unescorted.

  - RA didn't know about room reauangment.

→ He had lied to her about something
Action Items - brought up other reason (touching).
  - they had plans, he said he couldn't b/c...
                                    of work.

He was over so much - stopped telling her about
work.

PU 0053

12/28 message –
about what had happened
↓
when she had woken up ?

Hand → moving up leg
over crotch when she woke up.

————— new info —————

He was hanging around outside of Armory
↓ [redacted] told him to leave ... [redacted] texted her to again
her to
stay
away.

He was outside of her dorm ( for 2 –
(3 hrs.)
– talking to a man
– odd to her.

– 1st saw him ... lunches/friends
w/ same {   – went to Walmart
person

Made eye contact w/ her – but no
contact
Didn't