**EXHIBIT SJM 20**

| | |
|---|---|
| From: | Amberger, Jacob L |
| To: | Bloom, Monica Soto |
| Subject: | ▇ |
| Date: | Monday, May 09, 2016 1:26:18 PM |
| Attachments: | image001.png |

Have you had any luck scheduling a phone call with her? We may be able to ask our questions over email, but a call or meeting would be best.

Jacob Amberger, Investigator, CFCE
Office of Institutional Equity
Ernest C. Young Hall, 10th Floor, room 1037
155 S. Grant Street
West Lafayette, IN 47907-2114
Phone 765-494-7255  ·  TTY 800-743-3333  ·  Fax 765-496-1295
www.purdue.edu/oie



CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.

AMBERGER
EXHIBIT 19
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY