**EXHIBIT SJM 21**

| | |
|---|---|
| From: | Bloom, Monica Soto |
| To: | Amberger, Jacob L |
| Cc: | |
| Subject: | Today"s Follow Up Call |
| Date: | Thursday, May 12, 2016 10:19:19 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

Hi Jake,

You can call ▮ on her cell this afternoon at 4 PM – her number is ▮. Can you also conference me in to the call, please? My direct line is 765.496.7361. Thank you!

Monica

**Monica Bloom | Director**
**Center for Advocacy, Response, and Education (CARE) | Office of the Dean of Students**
**Cary, SW B32 | 765-495-CARE |** http://www.purdue.edu/odos/care



CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.

AMBERGER
EXHIBIT 21
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY

PU 0370