**EXHIBIT SJM 22**

| | |
|---|---|
| From: | Oliver, Erin N |
| To: | Sermersheim, Katherine L |
| Cc: | Amberger, Jacob L; Sharp, Joanna T |
| Subject: | University ▮▮▮ Report |
| Date: | Friday, May 20, 2016 8:27:18 PM |
| Attachments: | image001.png |
| | Horb Report.pdf |

Please see attached report. If you have any questions, do not hesitate to contact me or Jake.

Thanks,
Erin

**Erin N. Oliver, J.D.**
Associate Director
Office of Institutional Equity
Ernest C. Young Hall, 10th Floor
155 S. Grant Street
West Lafayette, IN 47907-2114
Phone 765-494-7255 · TTY 765-496-1343 · Fax 765-496-1295
www.purdue.edu/ethics/oie

AMBERGER
EXHIBIT 14
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY

PU 0373



OFFICE OF INSTITUTIONAL EQUITY

## UNIVERSITY INVESTIGATOR'S REPORT

TO:     Dr. Katherine Sermersheim, Dean of Students

FROM:   Erin N. Oliver, Associate Director, Office of Institutional Equity
        Jacob L. Amberger, Investigator, Office of Institutional Equity

DATE:   May 20, 2016

RE:     University/■ Complaint

### I. Investigators' Charge

On April 11, 2016, Dr. Katherine Sermersheim, Dean of Students, appointed Erin N. Oliver, Associate Director, Office of Institutional Equity, and Jacob L. Amberger, Investigator, Office of Institutional Equity, as the University Co-Investigators in the Formal Complaint initiated by Purdue University pursuant to the Formal Resolution Process of the Procedures for Resolving Complaints of Discrimination and Harassment ("Procedures"). The complaint alleged that ■ undergraduate student, was sexually harassed by ■ undergraduate student, in violation of the University's *Anti-Harassment Policy* (III.C.1). The allegations included sexual harassment (specifically, sexual violence). An extension request to complete the investigation and was requested and granted until May 20, 2016.

### II. Relevant Provisions

*Anti-Harassment (III.C.1)*

Purdue University is committed to maintaining an environment that recognizes the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect; and encourages its members to strive to reach their potential. The most effective way to work toward preventing Harassment is through education that emphasizes respect for every individual.

Harassment in the workplace or the educational environment is unacceptable conduct and will not be tolerated. Purdue University is committed to maintaining an educational and work climate for faculty, staff and students that is positive and free

1

Ernest C. Young Hall, 10th Floor ▪ 155 S. Grant Street ▪ West Lafayette, IN 47907-2114
(765) 494-7253 ▪ TTY: (765) 496-1343 ▪ Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

PU 0374

from all forms of Harassment. This policy addresses Harassment in all forms, including Harassment toward individuals with legally protected status for reasons of race, gender, religion, color, age, national origin or ancestry, genetic information or disability and Harassment toward individuals for other reasons such as sexual orientation, gender identity, gender expression, marital status or parental status.

*Harassment* is conduct towards another person or identifiable group of persons that has the purpose or effect of:

- Creating an intimidating or hostile educational environment, work environment or environment for participation in a University activity;
- Unreasonably interfering with a person's educational environment, work environment or environment for participation in a University activity; or
- Unreasonably affecting a person's educational or work opportunities or participation in a University activity.

Use of the term Harassment includes all forms of harassment, including Racial Harassment and Sexual Harassment.

*Sexual Harassment is:*

A. Any act of Sexual Violence.
B. Any act of Sexual Exploitation.
C. Any unwelcome sexual advance, request for sexual favors or other written, verbal or physical conduct of a sexual nature when:
   1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, education or participation in a University activity;
   2. Submission to, or rejection of, such conduct by an individual is used as the basis for, or a factor in, decisions affecting that individual's employment, education or participation in a University activity; or
   3. Such conduct has the purpose or effect of unreasonably interfering with an individual's employment or academic performance or creating an intimidating, offensive or hostile environment for that individual's employment, education or participation in a University activity.

*Sexual Violence* is any non-Consensual sexual act, including but not limited to rape, sexual assault, sexual battery and sexual coercion. Sexual Violence also includes Relationship Violence. Examples of Sexual Violence include, but are not limited to:

- Non-Consensual sexual contact: touching, with any body part or object, another person's intimate parts (e.g., genitalia, groin, breast, buttocks), whether clothed or unclothed.
- Non-Consensual sexual intercourse: oral, anal and/or vaginal penetration, to any degree and with any body part or object.
- Compelling a person to touch his or her own or another person's intimate parts without Consent.

*Consent/Consensual* is defined as affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence.

Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent.

The voluntary nature of Consent will be subject to heightened scrutiny in circumstances in which a person engages in a sexual relationship with a person over whom he or she has any power or authority within the University.

*Retaliation* is prohibited and is defined as any overt or covert act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment, against any person or group for exercising rights under this policy.

### III. Interviews and Document Review

1. ▮▮▮▮ (▮▮ Respondent), undergraduate student, computer graphics technology, Purdue Polytechnic Institute
2. ▮▮▮▮ undergraduate student, biology, College of Science
3. ▮▮▮▮ undergraduate student, mechanical engineering, College of Engineering
4. ▮▮▮▮ undergraduate student, nuclear engineering, College of Engineering
5. Christopher Fox, undergraduate student, computer information technology, Purdue Polytechnic Institute
6. ▮▮▮▮ undergraduate student, political science, College of Liberal Arts
7. Christine Joehl, undergraduate student, retail management, College of Health & Human Sciences
8. ▮▮▮▮ undergraduate student, computer science, College of Science

Pursuant to this complaint, we also reviewed the following documents/information:

3

1. Text messages

### IV. Allegations

The University elected to exercise its right to investigate the allegations of sexual harassment. Specifically, it is alleged that during or around November 2015, while ▉▉▉ was sleeping in ▉▉▉ room, he touched her intimate parts without her permission. He later admitted to her that he digitally penetrated her vagina while she was asleep in his room in early November. It is also alleged that ▉▉▉ threatened and chased ▉▉▉ with a stun gun[1] type device down a hallway in his residence hall.

### V. Background

▉▉▉ is a freshman studying biology and pre-med in the College of Science. She is also a member of the Naval Reserve Officer Training Corps (NROTC).

▉▉▉ is a freshman studying computer graphics technology in the Purdue Polytechnic Institute. He is also a member of the Naval Reserve Officer Training Corps (NROTC).

▉▉▉ and ▉▉▉ met through the NROTC program during Boiler Gold Rush (BGR) in August 2015. They began a romantic relationship in late August or early September 2015. The relationship ended in January 2016.

### VI. Analysis & Findings

▉▉▉ reported that when she and ▉▉▉ first met in early August 2015, they were friendly and helped each other with their NROTC dress uniforms. They also reported that they worked out together. When they began to date, ▉▉▉ reported that their relationship was "great." Within a few months, ▉▉▉ reported that ▉▉▉ became "clingy." She reported that he always wanted to stay overnight in her room or wanted her to come to his room and stay overnight. She reported that if she did not want to spend time with him, he would challenge her and question her as to why she didn't want to be with him. ▉▉▉ also reported that ▉▉▉ had a terrible temper. She reported that although his outbursts were never directed towards her, his conduct would make her uncomfortable. She reported that he would become upset over simple, "common things." For example, if he received a text message that he did not like or was late for something, he would yell and curse. ▉▉▉ denied "having a temper." He reported that if he was upset about something, he would tend to become quiet. ▉▉▉ reported that his dating relationship with ▉▉▉ was his first serious

---

[1] A stun gun (or electroshock device) is used for incapacitating a person by administering electric shock aimed at disrupting superficial muscle function and/or causing pain without significantly hurting the subject. Taser is a brand name.

girlfriend, and he wanted to spend time with her. ▮ roommate reported that he has never observed ▮ lose his temper or raised his voice in anger or frustration. He reported that if he overslept, ▮ would make statements such as, "Why does this always happen to me?" in a normal tone. His roommate did report that he and ▮ had an agreement to wake the other if they were going to be late for something, and if he did not wake him up, ▮ would question him as to why he didn't follow through with their agree. However, he reported that ▮ had never yelled at him. Another witness reported that ▮ seems "awkward" in social settings, but he has never caused her to feel uncomfortable and has never been observed losing his temper.

▮ also reported being concerned with ▮ ownership of a "Taser." She alleged that he threatened her with it and chased her with in the residence hall. ▮ reported that he actually owned a stun baton that he purchased online. He purchased the device because his room was on the first floor of his residence hall and had found the room's window damaged as if someone was trying to gain entry. ▮ reported that ▮ had asked if she had a stun device, and she told him that she did and showed it to him. ▮ reported that she was in ▮ room when she picked up the stun baton. She believed the battery was dead so she turned on the device in a joking manner and directed it toward ▮. When the device actually activated as she pushed the button, she realized it was live and put it down. She reported that ▮ picked it up and activated it and pointed it toward her. She reported that she ran down the hallway to get away from him, and ▮ followed with the device still active. She stated that she knew the devise was active because she could hear it made the clicking sound of an active stun device. ▮ reported that she had spoken with ▮ roommate, and he told her that ▮ had shocked him with the stun baton on two occasions while he was sleeping. ▮ admitted to showing ▮ the stun baton and activating it. He denied ever chasing her with it or acting, even in a joking manner, as if he was going to touch it to her. ▮ did admit that he and his roommate had "jabbed" each other with the baton on several occasions, always in a playful manner. ▮ roommate reported that he and ▮ had shocked each other a "couple of times" with the stun baton. He stated that the shocks were consensual and always in joking manner. He reported that typically they shocked the other to wake them up as their alarms went off. He reported that they stopped shocking each other because it "got old." The roommate reported that he knew of one occasion that ▮ had the stun baton out and was showing ▮ as they stood in the hallway. He reported that ▮ activated the stun baton and ▮ stated, "Don't do that." He stated that ▮ promptly turned it off. He reported that he did not observed ▮ chasing ▮ with the stun baton at any time. The roommate reported that he did have a conversation with ▮ after she saw the stun baton. He reported that he told ▮ that ▮ had shocked him on one occasion when ▮ thought he was missing a class. However, the roommate reported that had class was canceled, so he was upset that ▮ had shocked him and woken him up for no reason. However, he did reported that ▮ was not aware that his class had been cancelled.

*Nonconsensual Touching*

▓▓▓ and ▓▓▓ reported conflicting dates on the incidents of nonconsensual touching. ▓▓▓ believed the incident took place in late November 2015, while ▓▓▓ believed the incident took place around December 13, 2015. The following is a summary of their recollection of the incident with the date range each believed it took place.

▓▓▓ reported that in late November 2015, after ▓▓▓ requested she come to his room, she went to watch a movie. She reported that ▓▓▓ roommate was asleep in his bed, and she fell asleep on a futon in the room. ▓▓▓ was lying on the floor when she fell asleep. She woke up, and ▓▓▓ had his hand between her legs, over her clothing, as he was still lying on the floor. She reported that he placed his hand on her leg above her knee and moved it towards her "crotch" area. She reported that his hand reached her crotch area and stopped. She reported that she immediately moved away from the futon, left his room, and returned to her room. Later that day, ▓▓▓ sent her a text message asking if she was okay. She did not respond. Several days after the incident, ▓▓▓ reported that she met with ▓▓▓ for lunch. She reported the conversation during the meal was normal and then went to his room to talk. Once in his room, ▓▓▓ asked if ▓▓▓ was going to apologize to her. ▓▓▓ responded that he did feel bad for touching her and did not know what was on his mind while he was doing it. ▓▓▓ asked ▓▓▓ if he had touched her before while she slept, and he responded, "Well, I felt bad." ▓▓▓ then relayed to ▓▓▓ that earlier in November when she was asleep in his room, he digitally penetrated her vagina. He told her that she woke up and thought she was having a bad dream. He reported that he played along that she had just had a bad dream and did not tell her what he had done. ▓▓▓ reported that she had no recollection of the event. She reported that ▓▓▓ stated, "We've done stuff before," and "I don't understand why you're upset." ▓▓▓ reported that she was upset by ▓▓▓ disclosure and decided to leave his room. ▓▓▓ escorted her out.

▓▓▓ reported that around December 13, 2015, ▓▓▓ made statements to him that led him to believe that ▓▓▓ was considering suicide. He reported that he was concerned about ▓▓▓ so a few days after the statements were made, he invited ▓▓▓ to his residence hall room to watch a movie. While watching the movie, ▓▓▓ laid on a futon,, and ▓▓▓ laid next to her on the floor. ▓▓▓ reported that he simply reached up from the floor and placed his hand on her leg, just above her knee, out of affection and concern. He reported that as soon as he did so, ▓▓▓ woke up, became very upset, and left the room without saying a word. He reported that they never specifically spoke about the incident or her reaction. He denied ever digitally penetrating ▓▓▓ or touching her in a sexual way while she slept. He reported that sometime after the incident, ▓▓▓ told ▓▓▓ that she did not like it when he touched her as she slept, and he stopped doing that after she expressed the concern. Both ▓▓▓ and ▓▓▓ reported that ▓▓▓ roommate was asleep in the room

during this incident. ▮ roommate reported that he was asleep while ▮ was in the room, and he woke up as she was walking out of the room. He reported that he did not see anything occur, and ▮ did not appear to be upset.

▮ reported that they shared text messages for approximately one week into December. In the text messages, ▮ became angry with ▮ when she expressed concern about the prior interactions. In response to her anger, he stated, "I said I'm sorry. What more do you want me to do?" "Forgive me. I didn't know what I was doing." "Why can't you get over it? I said I was sorry."

In a message thread on December 23, 2015, ▮ states, "Im so sorry I did what I did to you. I just cant change it no matter how much I want to, im just messed up and im a terrible person." When asked by investigators for the context of the message, he explained that he was apologizing because he had not been truthful with her about his academic performance. He reported that he was neglecting his own school work to help her on her own work, but did not tell her about it. However, when he told her that he had his own work to catch up on, ▮ was upset that he had not been honest with her about work he needed to complete. When he was pressed further, he reluctantly confirmed that he was also referring to the incident around December 13, 2015, in which he placed his hand on ▮ leg, and she woke up startled. He continued to deny that he touched her crotch while she was sleeping and insisted that he had merely placed his hand on her thigh, above her knee but below her crotch. He stated that he apologized because she was still very upset about the incident. In those messages, ▮ is supportive of ▮, telling him that he can change, and she can forgive him. ▮ reported that she felt ▮ was apologizing for lying to her about putting off his own schoolwork to help her. All the texts messages they shared prior to December 28, appeared to be normal and of a friendly nature. See attached copy of the message thread.

In a message thread on December 28, 2015, ▮ and ▮ are talking about their relationship. ▮ shared that he often thought about leaving school and becoming a missionary, and ▮ responded that she is not comfortable talking to him at that moment. ▮ replied and asked ▮ how she would feel if he walked away from her every time something upset him or ignored her when he asked her what was wrong, as she was doing to him at that time. When ▮ replied that if Horb wanted to respond that way, he could, ▮ replied that he was "done." ▮ replied that she did become upset when ▮ will not leave her alone about things. The following messages were sent:

▮ "Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries."

▮ "We already went over this several times. I cant even apologize any more because you get angry at me for it."

███ "No I get angry because you continue to do it and just say sorry you don't actually change anything"

███ "Im not going in circles any more ███ What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?"

███ initially explained to investigators that his statement of "violating" ███ was in reference to her learning that he had not been truthful with her about his academic performance. He reported that he was neglecting his own school work to help her on her own work. When he told her that he had his own work to catch up on, ███ was upset that he had not been honest with her about work he needed to complete. When he was pressed further about ███ statement of her waking up to him touching her, he reluctantly confirmed that he was referring to the incident around December 13, 2015, in which he placed his hand on ███ leg, and she woke up startled. He continued to deny that he touched her crotch while she was sleeping and insisted that he had merely placed his hand on her thigh, above her knee, but below her crotch. ███ reported that she believed ███ was apologizing for the inappropriate touching incidents.

In a message thread from January 14, 2016, ███ told ███ that he should have left after she fell asleep and "that wasn't okay." ███ responded, "ok." ███ stated, "And please don't touch me especially when I'm sleeping." ███ reported that he went to ███ room to watch a movie. While he was there, ███ fell asleep. After she fell asleep, he fell asleep as well. When ███ woke up and he was still in her room, she became upset. He reported initially that at that time ███ was becoming more distant, so when she asked him not to touch her, he thought she meant she wanted less contact with him. As with the other text messages discussed above, when pressed, ███ admitted he know she was talking about him physically touching her without her consent while she slept. See attached copy of the text message thread.

*Alleged Incidents of Stalking*

███ reported that while they were dating, ███ would show up on her floor uninvited and unescorted. ███ reported that she told ███ he could not come to her floor uninvited, and he would respond, "It's okay." ███ RA reported finding Horb at least twice walking unescorted on the floor. She knew he was dating ███ so the first time she told him that he had to be escorted. He responded, "Oh, okay," and seemed to brush the situation off, but seemed to understand. On a second occasion, she told him again that he needed to be escorted, telling him, "We talked

about this before." The RA reported that ▮ was always polite when she spoke with him, and she always had a good impression of him.

▮ reported that on another occasion, when she was out of town for the weekend, ▮ entered her room without permission and rearranged her furniture, clothing, and personal possessions. She reported that she was very upset that he did this. She had spoken to him before about moving a futon around in the room, but much more had been moved around by ▮ that she wanted. She also reported that she did not expect him to make any changes without her knowledge

▮ reported that ▮ had expressed a desire to move her furniture around. He decided that he wanted to surprise her and decided to move her furniture for her. ▮ reported that he spoke to ▮ RA about gaining access to her room while she was out of town for a weekend. ▮ reported that ▮ RA gave him permission to enter her room and even unlocked the door so that he could complete his surprise rearrangement of her room. ▮ reported that ▮ was surprised and happy with the room rearrangement. The RA recalled a brief conversation in which ▮ referenced surprising ▮ in some manner, but did not recall the details. She reported that she only had a couple of interactions with ▮ and they were in passing in the hallways and common spaces. The RA was confident that she did not provide "permission" for ▮ to enter ▮ room and did not unlock her door so that he could enter. ▮ reported that during the time that she was gone, she had misplaced her key, and it was possible that she had left her door unlocked during her absence.

▮ also reported that during the early spring 2016 semester, ▮ seemed to always be in places she was going to, such as a lounge area in the Armory utilized by ROTC members or dining courts she frequented. She reported that the hours ▮ was in the lounge were very unusual because he had no reason to be in the Armory. She reported that she used the lounge in between classes and Rifle Team practice. After a few weeks, ▮ stopped using the lounge. While he was in there lounge with her, she reported that he would stare at her and make her uncomfortable. She reported that his presence it was "intimidating." In late February 2016, ▮ reported that ▮ arrived on the floor of her residence hall unescorted and gave her resident assistant a bottle opener. ▮ reported that ▮ told the RA, "I can't find ▮ can you give her this?" ▮ reported that the RA told ▮ he could not be in the floor unescorted again. ▮ reported that he was returning a challenge coin to ▮ He reported that he did go to her floor unescorted and did not find ▮ in her room, so he gave the coin to her RA.

In response to ▮ taking her the bottle opener or challenge coin and arriving on her floor uninvited and unescorted, ▮ sent ▮ a text message on February 22, 2016, and told him not to come to her room "under any circumstance." ▮ reciprocated and asked her not to come to his room. ▮ reported that he did not know why she was so upset at him, so he started to respond to text messages with

9

poetry, which further upset ▆▆▆. They continued to share text messages until February 23, 2016.

▆▆▆ sent ▆ one last message on March 15, 2016, and accused him of damaging her room when he rearranged it. She reported that he placed screws in the walls which caused damage that she was responsible for. The last contact they had with each other was a group breakfast together in the middle of March 2016.

All text messages were provided by ▆▆▆ ▆▆▆ reported that she had deleted the messages from her phone and no longer had access to the messages.

### VII. Conclusion

It was reported that ▆▆▆ relationship with ▆▆▆ was his first romantic relationship. Evidence supports that although he believed many of his actions were good intentioned and for the purpose of caring for ▆▆▆ he crossed lines that made ▆▆▆ uncomfortable. Specifically, entering her room and rearranging her personal belongings without consent. Further, when asked about the incident, ▆▆▆ reported that a resident advisor provided him with permission and unlocked ▆▆▆ door so that he could "surprise" her; however, a preponderance of the evidence supports that that did not occur.

▆▆▆ also apologized to ▆▆▆ profusely in text messages. He explained the apologies were because he had lied to her about his own school work to help her with her own. However, when message around those apologies were reviewed, statements made by ▆▆▆ brought that explanation into question. When ▆ was asked to clarify his apologies with ▆▆▆ statements of inappropriate touching, he reluctantly confirmed that he was apologizing for that touching as well.

▆▆▆ uncomfortable, awkward, and unconfident clarification of the text message admission to violating ▆▆▆ combined with the apparent dishonesty regarding his entrance into her dorm room have led us to determine that he is not a credible witness. Evidence does support that ▆▆▆ was a credible witness. Therefore, we believe that a preponderance of the evidence supports that ▆▆▆ admission to ▆▆▆ that he digitally penetrated her vagina without her consent while she was sleeping was an accurate statement and the event did occur. Evidence also supports that ▆ touched ▆▆▆ while she was sleeping in an unwanted and nonconsensual way in December 2015.

Therefore, this investigation determined that a preponderance of the evidence supports that ▆ violated the University's Anti-harassment policy.

## VIII. Recommendations

Based upon a preponderance of the evidence, we find the allegations of sexual harassment, specifically sexual violence, against ▮ are substantiated. Therefore, we do find a violation of the Anti-Harassment (III.C.1) policy. Taking into consideration all relevant facts, our recommendation is as follows:

1. ▮ should be suspended from Purdue University from the date of the final decision in this case for a period of one full academic year to indicate how detrimental his misconduct is to the University. Suspension, as defined in Section A.5 of the University Regulations, means that during this time, ▮ would be ineligible to register for any academic programs under the sponsorship of Purdue University including, but not limited to, regional campuses and Statewide Technology locations. This sanction should not appear on his academic transcript.

2. The no contact order that was initiated prior to this investigation should maintain in effect until ▮ completes her current academic program.

3. As a condition of any re-entry, ▮ should be required to complete the 90-minute bystander intervention training or equivalent program offered by the Vice President for Ethics and Compliance or Center for Advocacy, Response, and Education (CARE).

4. As a condition of any re-entry, ▮ should also be required to meet with Chris Greggila, Assistant Director, CARE, prior to returning to the university and one time per month during his first semester of return. ▮ should contact Mr. Greggila at cgreggila@purdue.edu to schedule these meetings.

11

PU 0384

Sent to ▮ on Wed Dec 23, 2015 12:40 AM
Message : But i do!

Sent to ▮ on Wed Dec 23, 2015 12:40 AM
Message : Please, im just trying to figure out what to do

Sent to ▮ on Wed Dec 23, 2015 12:41 AM
Message : I still want to be with you!

Sent to ▮ on Wed Dec 23, 2015 12:41 AM
Message : I love you

Received from ▮ on Wed Dec 23, 2015 12:42 AM
Message : Well stop freaking out about stuff like that

Sent to ▮ on Wed Dec 23, 2015 12:43 AM
Message : Im trying

Received from ▮ on Wed Dec 23, 2015 12:50 AM
Message : Why? Seriously why? And then why do you do what you do ?

Sent to ▮ on Wed Dec 23, 2015 12:52 AM
Message : I dont know... im sorry

Received from ▮ on Wed Dec 23, 2015 12:52 AM
Message : Stop saying sorry and explain or do something to change it

Received from ▮ on Wed Dec 23, 2015 12:56 AM
Message : Shit I'm being awful to you I'm sorry I'm upset with my mom not you

Sent to ▮ on Wed Dec 23, 2015 12:56 AM
Message : No

Sent to ▮ on Wed Dec 23, 2015 12:57 AM
Message : You're right

Received from ▮ on Wed Dec 23, 2015 12:58 AM
Message : ?

Sent to ▮ on Wed Dec 23, 2015 12:59 AM
Message : Im trying to change. I just feel like I've lost track of who I am and I am scared because I am drifting from God and I dont even know what I want to do anymore and I just freaked out hardcore all finals week and couldnt think straight at all and i made some really bad decisions and hurt you and now i feel like we're at odds and i keep trying to fix things and they only get worse

Received from ▮ on Wed Dec 23, 2015 01:00 AM
Message : Hey, calm down it just takes time okay?

Sent to ▮ on Wed Dec 23, 2015 01:02 AM
Message : I just feel like i cant do this anymore

Received from ▮ on Wed Dec 23, 2015 01:02 AM
Message : Do what?

Sent to ▮ on Wed Dec 23, 2015 01:02 AM
Message : Anything

Received from ▮ on Wed Dec 23, 2015 01:03 AM
Message : Yes you can I know you can you've done too much and gone through too much to say That

Sent to ▮ on Wed Dec 23, 2015 01:06 AM
Message : I just hate myself right now

Received from ▮ on Wed Dec 23, 2015 01:06 AM
Message : You're so amazing please don't say that

Sent to ▮ on Wed Dec 23, 2015 01:12 AM
Message : Im so sorry i did what i did to you. I just cant change it no matter how much i want to, im just messed up and im a terrible person

Received from ▮ on Wed Dec 23, 2015 01:13 AM
Message : Yes you can you can change it

Sent to ▮ on Wed Dec 23, 2015 01:15 AM
Message : I cant change what i did

Received from ▮ on Wed Dec 23, 2015 01:15 AM
Message : I promise you can it just takes time

Received from ▮ on Wed Dec 23, 2015 01:15 AM
Message : I can forgive you though and you can get better

Sent to ▇▇▇ on Mon Dec 28, 2015 03:55 PM
Message : Can I tell you something?

Received from ▇▇▇ on Mon Dec 28, 2015 03:56 PM
Message : What

Sent to ▇▇▇ on Mon Dec 28, 2015 03:57 PM
Message : I wouldnt mind living my life as a missionary in a third world country.

Sent to ▇▇▇ on Mon Dec 28, 2015 03:57 PM
Message : As funny as it may sound.

Received from ▇▇▇ on Mon Dec 28, 2015 03:57 PM
Message : You've told me that

Sent to ▇▇▇ on Mon Dec 28, 2015 03:58 PM
Message : Not like this.

Received from ▇▇▇ on Mon Dec 28, 2015 03:58 PM
Message : What do you mean like this?

Sent to ▇▇▇ on Mon Dec 28, 2015 03:59 PM
Message : I...

Sent to ▇▇▇ on Mon Dec 28, 2015 03:59 PM
Message : I dont know how to explain it

Received from ▇▇▇ on Mon Dec 28, 2015 03:59 PM
Message : Telling me is telling me

Received from ▇▇▇ on Mon Dec 28, 2015 04:01 PM
Message : I can't do this.

Sent to ▇▇▇ on Mon Dec 28, 2015 04:01 PM
Message : What?

Received from ▇▇▇ on Mon Dec 28, 2015 04:01 PM
Message : I can't do this

Sent to ▇▇▇ on Mon Dec 28, 2015 04:02 PM
Message : Yes you can

Received from ▇▇▇ on Mon Dec 28, 2015 04:02 PM
Message : Talk to you right now

Sent to ▇▇▇ on Mon Dec 28, 2015 04:02 PM
Message : ok

Sent to ▇▇▇ on Mon Dec 28, 2015 04:11 PM
Message : Am I upsetting you?

Received from █████████ on Mon Dec 28, 2015 04:12 PM
Message : Everything is

Sent to █████████ on Mon Dec 28, 2015 04:12 PM
Message : You do this every time. You shut me out.

Received from █████████ on Mon Dec 28, 2015 04:13 PM
Message : Yep

Sent to █████████ on Mon Dec 28, 2015 04:14 PM
Message : Why

Received from █████████ on Mon Dec 28, 2015 04:14 PM
Message : What are you going to do?

Sent to █████████ on Mon Dec 28, 2015 04:15 PM
Message : Thats not the point

Received from █████████ on Mon Dec 28, 2015 04:15 PM
Message : What's the point

Sent to █████████ on Mon Dec 28, 2015 04:15 PM
Message : Communicating

Received from █████████ on Mon Dec 28, 2015 04:15 PM
Message : Why?

Sent to █████████ on Mon Dec 28, 2015 04:16 PM
Message : It can help

Received from █████████ on Mon Dec 28, 2015 04:16 PM
Message : Yeah I've tried and it doesn't so no

Sent to █████████ on Mon Dec 28, 2015 04:17 PM
Message : Would you like if I walked away from you every time something upset me, and ignored you every time you asked me to explain what was wrong? Because that is how I feel right now.

Received from █████████ on Mon Dec 28, 2015 04:18 PM
Message : If that's how you handle things fine

Sent to █████████ on Mon Dec 28, 2015 04:19 PM
Message : Then im done.

Received from █████████ on Mon Dec 28, 2015 04:19 PM
Message : With?

Received from █████████ on Mon Dec 28, 2015 04:29 PM
Message : Alex ?

Received from █████████ on Mon Dec 28, 2015 05:45 PM
Message : K bye

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 05:52 PM
Message : And you do you literally get up and leave without saying a word you do and I always tell you what's wrong or what's upsetting me and the fact that you don't understand that is not my fault I'm not going to spend an hour spelling out every single detail for you

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 07:35 PM
Message : I was in a concert

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 07:46 PM
Message : And you never tell me whats going on. It's always you being really vague by saying "everything" or "family" but usually you just say you dont want to talk about it. It is not at all fair for you to tell me that its my fault when you refuse to even talk to me. I have asked you multiple times if you want to talk and you always say no. Always. I try to understand, but you give me nothing then get angry when I have no idea what the problem is. And then you get upset and call me out whenever I dont respond to you, which is literally exactly what you do. Im afraid to even talk about things with you because whenever we disagree on something it becomes an argument, and I dont want to argue. You tell me that i have a short temper, but you are always angry whenever something goes wrong for you and you shut me out. You dont even try to change that. You tell me that communication doesnt help, yet whenever I dont talk to you you get pissed off at me. I don't know what it is you want, because whenever I try to help or improve the situation, it always ends up getting worse.

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 10:21 PM
Message : That is not true I get mad when you won't just leave me alone about things when I don't talk about and I get mad when you just up and leave and when you pout and whine like a little child

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 10:22 PM
Message : Or when I wake up to you touching me or I'm trying to do something and you just touch me I literally can't trust you if you don't respect my boundaries

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 10:37 PM
Message : We already went over this several times. I cant even apologize any more because you get angry at me for it.

Received from ▮▮▮▮▮ on Mon Dec 28, 2015 10:38 PM
Message : No I get angry because you continue to do it and just say sorry you don't actually change Anything

Sent to ▮▮▮▮▮ on Mon Dec 28, 2015 10:56 PM
Message : Im not going in circles any more ▮▮▮▮▮ What more do you want me to say? Do you want this to be over? We have literally talked about this for a week and I already told you I cant change what i did, only what i will do from here on out. Do you want me to feel shitty for the rest of my life because of what I did? Im feeling like i will. Im sorry. I cant change what i did, as much as i want to. I violated you and never should have. What do you want me to do?

PU 0389

5

Received from ███████████ on Mon Dec 28, 2015 11:20 PM
Message : To actually change it you're still doing the same things you did when we first started going out! You're not changing it you're not you just say you will and you don't

PU 0390

Received from ▓▓▓▓▓▓ on Thu Jan 14, 2016 11:52 AM
Message : That wasn't okay

Sent to ▓▓▓▓▓▓ on Thu Jan 14, 2016 11:53 AM
Message : ?

Received from ▓▓▓▓▓▓ on Thu Jan 14, 2016 11:54 AM
Message : You should've left after I fell asleep or woken me back up

Sent to ▓▓▓▓▓▓ on Thu Jan 14, 2016 12:00 PM
Message : ok

Received from ▓▓▓▓▓▓ on Thu Jan 14, 2016 12:03 PM
Message : And please don't touch me especially when I'm sleeping