**EXHIBIT SJM 23**



OFFICE OF THE DEAN OF STUDENTS

MEMORANDUM

To: Mr. Matthew Conaway
Dr. Ralph Webb
Ms. Paula Courtney

From: Katherine L. Sermersheim, Ph.D., Dean of Students

Date: May 26, 2016

Subject: Panel Meeting

Thank you for your willingness to serve as panel members in the matter concerning ▓▓▓▓▓ complaint against ▓▓▓▓▓ We are scheduled to meet on Monday, June 6, 2016 from 2:00 PM to 4:30 PM in Schleman Hall Room 206.

Enclosed for your review in advance of our meeting are copies of the following: Letter dated April 11, 2016 to Mr. ▓▓ with Allegations; letter dated April 11, 2015 to ▓▓▓▓▓ April 22, 2016 Response letter from Mr. ▓▓, and the University Investigator's Report.

Please feel free to contact my office if you have any questions or concerns.

Enclosures

cc: Erin Oliver, Associate Director
Jacob Amberger, University Investigator

SERMERSHEIN
EXHIBIT 34
8/25/20
John Doe v.
Purdue University,
et al.
Clarice H. Howard
CCR-KY

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

PU 0655