**EXHIBIT SJM 24**



OFFICE OF THE DEAN OF STUDENTS

May 31, 2016

▮▮▮▮
Sent electronically to ▮▮▮▮

PERSONAL AND CONFIDENTIAL

Regarding Case Number: 2015379601

Dear Mr. ▮▮▮

Please be advised that you will be scheduled to meet with the panel on **Monday, June 6, 2016 from 2:00 PM to 2:30 PM.** When you arrive, you may be seated in the waiting area in Schleman Hall Room 207, and I will escort you to the conference room when we are ready to meet with you. As explained previously, you may have a support person present during the Formal Resolution Process. "An advisor or support person may not, however, stand in place of either the complainant or respondent, act as legal counsel for a party or otherwise participate in the Formal Resolution Process."

At the beginning of the meeting, I will give you a few minutes if there are any remarks you wish to share with us, and then I will open it up to the panel members and myself for questions we have for you.

We have reviewed the complaint, written responses, and the Investigator's Report. Accordingly, the purpose of the meeting is not to conduct another investigation but simply to be able to hear directly from the parties and get clarification on any questions we might have after having reviewed the written materials.

Please contact me if you have any questions or concerns. I can be reached at ksermer@purdue.edu or by calling 765-494-1257.

Sincerely,

Katherine L. Sermersheim, Ph.D.
Dean of Students

SERMERSHEIN
EXHIBIT 35
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

PU 0596