**EXHIBIT SJM 26**

Sharp, Joanna T

From: Bloom, Monica Soto
Sent: Sunday, June 05, 2016 9:33 PM
To: Sharp, Joanna T
Subject: ▮▮▮▮ Statement

Hey Joanna,

Below is ▮▮▮▮ tatement. She doesn't have access to a computer, so the font may be a little weird in points. Please let me know if this works. If not, I can put it in a Word document for Dr. Katie.

Thanks!

Monica

Monica Bloom
Director, Center for Advocacy, Response, and Education

Begin forwarded message:

From: ▮▮▮▮
Date: June 5, 2016 at 12:52:06 AM EDT
To: "Bloom, Monica Soto" <bloom@purdue.edu>
Subject: Fw:

I want to start by thanking everyone for taking the time to truly look into this case and figure what's the best next step to take. I apologize that I can't attend as I am training at Naval Base San Diego.

When ▮ and I started dating and everything seemed normal. I believe he really cared about me and maybe he still does. However, he hurt me and the effects still haven't stopped. He is an intimidating person and would constantly be around. He started to get overly attached and never leave me by myself. I figured it was just him being clingy, it was his first relationship so everything was new to him. I noticed he had a temper, because people have tempers but it was never specifically directed at me. After the first month, I wanted to get away, but I just felt trapped and suffocated. I was terrified of what would happen. I didn't have to be directly threatened even just his presence would make me cringe and drop my head. He started to guilt me whenever I did something he didn't like or without him nearby.

One night, I went over to my boyfriend's room, someone I trusted, to watch a movie with one rule: to go back to my room alone that night. I wasn't comfortable sleeping in the same room with his roommate, and I wanted to get some space. Instead, I wasn't woken up to be walked back to Wiley. I was woken up, still in his room, to him moving up my leg and going over my crotch. I immediately got up, put my shoes on and left. I had left believing I got away before things escalated. I could take him out of my life. Only later to be told it happened another time. However, he had actually invaded me. I wasn't even able to get up and leave or fight back. How many other times could this have happened? What else could he have done to me?

I was able to get away for Christmas break and get some actual distance that couldn't be broken. However, I just couldn't get over what had happened. I tried to talk it out with him but he would just tell me "I said sorry, what else do you want me to do?" He made it about him, but he could not and would not

1

PU 0653

EXHIBIT 23

try to understand how he had hurt me. Additionally, he has a line of people behind him that he has hurt because he found it funny, or didn't see a problem because it was fine with him.

Once I had gotten back from break I tried to forgive and forget. I had broken up with him before I left for break, but he never left me alone. He still just always seemed to be around. I was always paranoid or scared. I started having panic attacks. Occasionally in NROTC I would have to fall out of our workouts because I would see him or be too close to his dorm. I couldn't trust others, even my closest friends. I stopped going to class, I stopped sleeping, I stopped eating, anything to keep from running into him. I didn't have any motivation, I'm still struggling to get out of bed every morning. I started going to parties to try and drink until I couldn't remember what happened or at least too far gone to be scared. I'm dating someone else now and I can barely hug him. My current boyfriend has been my best friend for almost a year now and I want to cry when I hug him or let him touch me. My nightmares are still getting worse. I wake up screaming convinced ▇ is in the room. Even here in San Diego I've had to be pulled from various aspects of my training for my future career, because I couldn't handle it without a panic attack. The chain of command considered my panic attacks such a problem, I was almost sent home during the first week without completing the training. I'm constantly being punished for a decision I didn't make, and my judgement is often questioned because of the emotional damage from the experience he put me through.

▇ is charismatic and manipulative until he hurts you and you see the type of person he actually is. He doesn't have a conscience. I don't know if he ever will. In his mind it's about what he wants and the world owes it to him. **He absolutely should not be allowed to become a naval officer.** He should have no access to power that would just encourage his lifestyle. He makes others feel unsafe, bullies them, hurts them, and takes advantage of their vulnerable states. **If he is found guilty or a danger to other students in any way, the Navy will immediately remove him from the NROTC program.**