**EXHIBIT SJM 27**



OFFICE OF THE DEAN OF STUDENTS

PERSONAL AND CONFIDENTIAL

Via Electronic Mail on June 14, 2016

███████████████████

**SERMERSHEIN EXHIBIT 4**
8/25/20
John Doe v.
Purdue University,
et al.

*Clarice H. Howard*
*CCR-KY*

Re: Final Determination

Dear Mr. ███,

In correspondence dated April 11, 2016, I advised you that pursuant to Purdue University's Procedures for Resolving Complaints of Discrimination and Harassment (Revised July 1, 2015), (the "Procedures"), I appointed Ms. Erin Oliver, Associate Director, and Mr. Jacob Amberger, Investigator, both with the Office of Institutional Equity, as co-University Investigators to investigate allegations regarding your conduct toward ███████, that, if substantiated, might constitute harassment in violation of the University's Anti-Harassment Policy (III.C.1). Specifically, it was alleged that you digitally penetrated ███████ while she was sleeping without her consent.

Pursuant to the Procedures, I convened a panel of three members from the Advisory Committee on Equity (the "Panel"). After considering information provided by you, ███ ███ the University Investigators, and consulting with the three-person panel from the Advisory Committee on Equity on Monday, June 6, 2016, **I have made the determination that a preponderance of the evidence does support a finding that your conduct violated the *Anti-Harassment Policy*.**

Purdue University does not condone and will not tolerate harassment of any person in the workplace or educational environment and will take appropriate steps to sanction such misconduct and to prevent such incidents from recurring. Accordingly, and pursuant to the Procedures, I have determined that the appropriate sanctions for your misconduct are as follows:

1. You are suspended from Purdue University from June 13, 2016 for a period of one full academic year to indicate how detrimental your misconduct is to the University. Suspension, as defined in Section A.5 of the University Regulations, means that during this time, you would be ineligible to register for any academic programs under the

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

PU 0597

      sponsorship of Purdue University including, but not limited to, regional campuses and Statewide Technology locations. This sanction should not appear on your academic transcript.
2. The no contact order that initiated prior to this investigation should maintain in effect until ▮▮▮▮ completes her current academic program.
3. As a condition of any re-entry, you will be required to complete the 90-minute bystander intervention training or equivalent program offered by the Vice President for Ethics and Compliance or Center for Advocacy, Response, and Education (CARE).
4. As a condition of any re-entry, you will also be required to meet with Chris Greggila, Assistant Director, CARE, prior to returning to the university and one time per month during your first semester of return. You should contact Mr. Greggila at cgreggila@purdue.edu to schedule these meetings.

Purdue University also prohibits any overt or covert act of reprisal, interference, restraint, penalty, discrimination, coercion, intimidation, or harassment against an individual for complaining of harassment or enforcing its *Anti-Harassment Policy*.

Pursuant to the Procedures (copies of which have been provided previously to both parties), either party (Complainant or Respondent) may appeal my determination to the Vice President for Ethics and Compliance, Alysa Christmas Rollock. Such appeal must be in writing and filed within ten days of the issuance of notification of the decision, with all supporting materials attached. Decisions not appealed within such time are deemed final. **Please note that your appeal, if any, must be received by Vice President Rollock by Friday, June 24, 2016 to be properly filed. The written appeal can be submitted via email to acrollock@purdue.edu or hand-delivered to VP Rollock's receptionist on the 10th Floor of Young Hall on the West Lafayette Campus.**

Please contact me if you have any questions or concerns.

Sincerely,

*[signature]*

Katherine L. Sermersheim, Ph.D.
Dean of Students


cc: Panel Members
    University Investigators

**Re-Entry Information for Purdue University Students**
**Separated from the University**
(Updated Spring 2014)

Purdue University Students who have been separated from the university due to violations of the University Regulations will have an administrative hold placed on their Purdue account through the Office of the Dean of Students-Office of Student Rights and Responsibilities. This hold will require the student to meet with a staff member from the OSRR Office for a re-entry interview prior to the hold being released. Students are encouraged to contact the OSRR Office at 765.494.1250 during the last thirty days (30) of their separated student status to schedule this interview.

The purpose of the re-entry interview will be to cover the following topics:

- Verification that the student has completed any other university sanctions that were assigned as part of their student conduct proceeding
- Discussion regarding what activities and educational endeavors the student has been engaged in during their separated time from Purdue University
- Discussion regarding what steps the student plans to take upon returning to Purdue University to ensure sound decision making, and personal and academic success
- Questions from the student regarding their student standing with the University

In addition, students who have been separated from Purdue due to violations of the University Regulations will need to complete a Re-Entry application through the Purdue University Office of Admissions. To begin the Re-Entry application process students should:

- Go to the Office of Admissions Website at http://www.admissions.purdue.edu
- Click "Applying"
- Click "Apply Online"
- Click " All Other Students" (orange box)
- Create a new Login ID and PIN
- Select Option: **Re-Entry Application** (note: do *not* use the Re-Admission application)
- Complete and submit application

For questions regarding the Re-Entry application process, please contact the Office of Admissions at 765.494.6482