**EXHIBIT SJM 28**



June 22, 2016

Vice President for Ethics and Compliance
Alysa Christmas Rollock
Purdue University

Dear Vice President Rollock:

I wish to appeal the Final Determination dated June 14, 2016, that I violated Purdue's Anti-Harassment Policy. I maintain that ▇▇▇ allegations of sexual assault are false. I never penetrated ▇▇▇ while she was sleeping without her consent, digitally or otherwise. The determination that I did so is incorrect and contrary to the facts. I should not be suspended for something I did not do, and which ▇▇▇ did not and could not prove occurred, because it did not occur.

A suspension will cause me significant harm, not least of which is harm to my reputation. Also, there is the loss of my scholarships and participation in NROTC. I have also suffered great personal harm. The entire process has caused me great anxiety and depression. I have been full of uncertainty of what would happen and whether the process would be fair, along with knowing that I did not do what ▇▇▇ claims. Being part of this investigation has also cut me off from all the friendships I had been developing (because I was ordered by the NROTC not to talk to any of my friends in the unit, which meant I could not tell them the truth about what was going on). All this emotional distress has interfered with my ability to study. My second semester grades have dropped greatly as a result as well.

I believe that my rights to due process of law have been violated. I was never provided with the evidence that was supposed to support this allegation which prevented me from adequately preparing a defense to the false accusation. I have also not been provided the evidence relied upon in making the finding against me in order to prepare and submit a proper appeal. Furthermore, I was extremely disappointed too in observing that 2 of the 3-person panel from the Advisory Committee on Equity were not prepared for the June 6 meeting as they verbally stated they were looking at my case file for the first time following my entry into the meeting.

PU 0717

EXHIBIT 5

I responded to everything that was asked of me, providing ample documentation about the nature of my relationship with █████ including after the alleged event. I have answered every question truthfully. Yet, all I have received is a summary notification that provides no basis for the committee's determination. The terms of the suspension also prevent me from telling the truth about what really happened. This seems so unfair to me.

If the committee's incorrect determination is not set aside, I shall have no alternative but to seek all available legal remedies to correct this severe injustice to my reputation and future, resulted loss of scholarships and return my good name to me. I have once again attached my written response to this false allegation for your consideration.

Thank you for your consideration and I anxiously await your decision.

Sincerely,

*[signature]*

█████████

PU 0718