**EXHIBIT SJM 30**

# PURDUE
## UNIVERSITY

OFFICE OF THE DEAN OF STUDENTS

PERSONAL AND CONFIDENTIAL

Via Electronic Mail on June 29, 2016

███████████████████

Re: Final Determination (REVISED)

SERMERSHEIN
EXHIBIT 7
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY

Dear Mr. ███

In correspondence dated April 11, 2016, I advised you that pursuant to Purdue University's Procedures for Resolving Complaints of Discrimination and Harassment (Revised July 1, 2015), (the "Procedures"), I appointed Ms. Erin Oliver, Associate Director, and Mr. Jacob Amberger, Investigator, both with the Office of Institutional Equity, as co-University Investigators to investigate allegations regarding your conduct toward ███████, that, if substantiated, might constitute harassment in violation of the University's Anti-Harassment policy (III.C.1). Specifically, it was alleged that on one occasion you digitally penetrated ███ ███ without her consent while she was sleeping and that on another occasion you woke her up by touching her crotch area without her consent while she had been sleeping.

By letter dated June 14, 2016, I wrote to inform you that I had determined by a preponderance of the evidence that your conduct violated the Anti-Harassment policy. You appealed my determination to Vice President Alysa Christmas Rollock. Ms. Rollock directed me to revise my letters of June 14, 2016, to include the factual basis for my determination and the sanction imposed and to provide a copy of each of the letters to her.

As stated in my letter of June 14, 2016, after considering information provided by ███ ███ you, the University Investigators, and consulting with the three-person panel from the Advisory Committee on Equity on Monday, June 6, 2016, **I have made the determination that a preponderance of the evidence does support a finding that your conduct violated the Anti-Harassment policy.**

Specifically, a preponderance of evidence supports that:

1. ███████ had fallen asleep on a futon with you on floor beside her. She woke up and found that you inappropriately touched her over her clothing and without her

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

PU 0603

consent by placing your hand above her knee, between her legs, and moved it up to her "crotch" area; and
2. On another occasion, while she was sleeping and without her consent, you inappropriately touched ▓▓▓▓▓ by digitally penetrating her vagina.

The conduct described in the numbered paragraphs above constitutes "Sexual Violence" under the University's policy on Anti-Harassment. Additionally, I find by a preponderance of the evidence that you are not a credible witness. I also find by a preponderance of the evidence that ▓▓▓▓▓ is a credible witness.

Purdue University does not condone and will not tolerate harassment of any person in the workplace or educational environment and will take appropriate steps to sanction such misconduct and to prevent such incidents from recurring. Accordingly, and pursuant to the Procedures, I have determined that the appropriate sanctions for your misconduct are as follows:

1. You are suspended from Purdue University from June 13, 2016 for a period of one full academic year to indicate how detrimental your misconduct is to the University. Suspension, as defined in Section A.5 of the University Regulations, means that during this time, you would be ineligible to register for any academic programs under the sponsorship of Purdue University including, but not limited to, regional campuses and Statewide Technology locations. This sanction should not appear on your academic transcript.
2. The no contact order that initiated prior to this investigation should maintain in effect until ▓▓▓▓▓ completes her current academic program.
3. As a condition of any re-entry, you will be required to complete the 90-minute bystander intervention training or equivalent program offered by the Vice President for Ethics and Compliance or Center for Advocacy, Response, and Education (CARE).
4. As a condition of any re-entry, you will also be required to meet with Chris Greggila, Assistant Director, CARE, prior to returning to the university and one time per month during your first semester of return. You should contact Mr. Greggila at cgreggila@purdue.edu to schedule these meetings.

Purdue University also prohibits any overt or covert act of reprisal, interference, restraint, penalty, discrimination, coercion, intimidation, or harassment against an individual for complaining of harassment or enforcing its *Anti-Harassment Policy*.

Pursuant to the terms of the letter dated June 28, 2016, from Vice President Alysa Christmas Rollock, you may supplement your appeal of my determination to Ms. Rollock. Such supplemental appeal must be in writing with all supporting materials attached and submitted to Vice President Rollock by **Sunday, July 10, 2016**. Decisions not appealed within such time are deemed final. **Please note that your supplemental appeal, if any, must be received by Vice President Rollock by Sunday, July 10, 2016 to be properly filed. The written supplement can be submitted via email to acrollock@purdue.edu or hand-delivered from 8:00 a.m. to 5:00 p.m. Monday through Friday (excluding the July 4th holiday) to VP Rollock's receptionist on the 10th Floor of Young Hall on the West Lafayette Campus.**

Please contact me if you have any questions or concerns.

Sincerely,

PU 0605

*[signature]*

Katherine L. Sermersheim, Ph.D.
Dean of Students


cc: Alysa Christmas Rollock, Vice President for Ethics and Compliance
    Panel Members
    University Investigators

PU 0606

**Re-Entry Information for Purdue University Students**
**Separated from the University**
(Updated Spring 2014)

Purdue University Students who have been separated from the university due to violations of the University Regulations will have an administrative hold placed on their Purdue account through the Office of the Dean of Students-Office of Student Rights and Responsibilities. This hold will require the student to meet with a staff member from the OSRR Office for a re-entry interview prior to the hold being released. Students are encouraged to contact the OSRR Office at 765.494.1250 during the last thirty days (30) of their separated student status to schedule this interview.

The purpose of the re-entry interview will be to cover the following topics:

- Verification that the student has completed any other university sanctions that were assigned as part of their student conduct proceeding
- Discussion regarding what activities and educational endeavors the student has been engaged in during their separated time from Purdue University
- Discussion regarding what steps the student plans to take upon returning to Purdue University to ensure sound decision making, and personal and academic success
- Questions from the student regarding their student standing with the University

In addition, students who have been separated from Purdue due to violations of the University Regulations will need to complete a Re-Entry application through the Purdue University Office of Admissions. To begin the Re-Entry application process students should:

- Go to the Office of Admissions Website at http://www.admissions.purdue.edu
- Click "Applying"
- Click "Apply Online"
- Click " All Other Students" (orange box)
- Create a new Login ID and PIN
- Select Option: **Re-Entry Application** (note: do *not* use the Re-Admission application)
- Complete and submit application

For questions regarding the Re-Entry application process, please contact the Office of Admissions at 765.494.6482