**EXHIBIT SJM 32**



OFFICE OF THE VICE PRESIDENT FOR ETHICS AND COMPLIANCE

CONFIDENTIAL

VIA ELECTRONIC MAIL

July 21, 2016

Mr. ▇
[Email address intentionally withheld]

Re: Appeal

Dear Mr. ▇:

In response to my letter to you of June 28, 2016, I received your message of July 11, 2016, wherein you provided me with additional information in connection with your appeal of the determination of Dr. Katherine Sermersheim, Dean of Students, set forth in her revised letter to you of June 29, 2016.

After careful review of your appeal, as well as (i) Dean Sermersheim's letter to you of April 11, 2016, notifying you of the University's decision to investigate allegations regarding your conduct toward ▇ (the "Notice of Allegations"); (ii) your written response to the Notice of Allegations; (iii) the report of the University Investigators in this matter; (iv) ▇ email message of June 5, 2016; and (v) Dean Sermersheim's letters to you and ▇ of June 14, 2016 and June 29, 2016, I uphold Dean Sermersheim's determination and the sanctions imposed by her.

In reviewing the appropriateness of the sanctions imposed for your misconduct, I considered its effects on ▇ educational environment and the threat posed to the safety of ▇ and the University community. The seriousness of your misconduct supports the determination of Dean Sermersheim that suspension for a period of one full academic year and the other sanctions imposed are warranted.

Very truly yours,

*Alysa C Rollock*

Alysa Christmas Rollock
Vice President for Ethics and Compliance

C:   Dr. Katherine L. Sermersheim
     ▇

Ernest C. Young Hall, Room 1029 ◻ 155 S. Grant Street ◻ West Lafayette, IN 47907-2114 ◻ (765) 494-5830 ◻ Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

PU 0608

EXHIBIT 9

July 21, 2016

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2015379601

Please see attached letter.

PU 0609

## Re-Entry Information for Purdue University Students
## Separated from the University
(Updated Spring 2014)

Purdue University Students who have been separated from the university due to violations of the University Regulations will have an administrative hold placed on their Purdue account through the Office of the Dean of Students-Office of Student Rights and Responsibilities. This hold will require the student to meet with a staff member from the OSRR Office for a re-entry interview prior to the hold being released. Students are encouraged to contact the OSRR Office at 765.494.1250 during the last thirty days (30) of their separated student status to schedule this interview.

The purpose of the re-entry interview will be to cover the following topics:

- Verification that the student has completed any other university sanctions that were assigned as part of their student conduct proceeding
- Discussion regarding what activities and educational endeavors the student has been engaged in during their separated time from Purdue University
- Discussion regarding what steps the student plans to take upon returning to Purdue University to ensure sound decision making, and personal and academic success
- Questions from the student regarding their student standing with the University

In addition, students who have been separated from Purdue due to violations of the University Regulations will need to complete a Re-Entry application through the Purdue University Office of Admissions. To begin the Re-Entry application process students should:

- Go to the Office of Admissions Website at http://www.admissions.purdue.edu
- Click "Applying"
- Click "Apply Online"
- Click " All Other Students" (orange box)
- Create a new Login ID and PIN
- Select Option: **Re-Entry Application** (note: do *not* use the Re-Admission application)
- Complete and submit application

For questions regarding the Re-Entry application process, please contact the Office of Admissions at 765.494.6482