**EXHIBIT SJM 33**

| | |
|---|---|
| From: | Rollock, Alysa C. |
| Sent: | Monday, July 25, 2016 5:32 PM |
| To: | Devine, Barbara J. |
| Subject: | FW: Request for documents |
| Importance: | High |

File

Alysa Christmas Rollock
Vice President for Ethics and Compliance
Purdue University
Ernest C. Young Hall, Room 1029
West Lafayette, IN 47907-2114
(765) 494-5830 Fax: (765) 496-1295
E-mail: acrollock@purdue.edu

CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.

From: Rollock, Alysa C.
Sent: Monday, July 25, 2016 5:31 PM
To: ▮
Cc: Foster, Tandra M
Subject: Request for documents
Importance: High

Dear Mr. ▮

In your letter to me dated July 10, 2016 (received via email dated July 11, 2016), you stated as follows:

"I am requesting that you turn over all documents and materials relating to my official file at Purdue University, including but not limited to all, all materials, independent investigator's reports, and all files, letters, and documentation relating to the investigation. . . . I am also requesting all handwritten notes that have been generated by all parties representing the University. . . . I am also requesting a copy of Ms. Erin Oliver and Mr. Jacob Amberger's report . . . ."

By copy of this email to Tandra Foster, Associate Legal Counsel, I am alerting her to this request for your education records. It is my understanding that Ms. Foster will process your request. Please contact her directly. Her phone number is 765-494-0154, and her email is foste134@purdue.edu.

Alysa Christmas Rollock
Vice President for Ethics and Compliance
Purdue University
Ernest C. Young Hall, Room 1029

1

PU 0701

**EXHIBIT 16**

West Lafayette, IN 47907-2114
(765) 494-5830 Fax: (765) 496-1295
E-mail: acrollock@purdue.edu

CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender and delete this e-mail from your computer. Thank you.