**EXHIBIT SJM 40**

# Exhibit G

Willstatter, Kyle

| | |
|---|---|
| **From:** | ███████ <███████> |
| **Sent:** | Sunday, August 07, 2016 6:31 AM |
| **To:** | Willstatter, Kyle |
| **Subject:** | Re: Regarding my PRB |

Good morning Sir,

No I do not wish to bring any witnesses or counsel with me. I wish to make an opening statement, but that is all.

Very Respectfully,
MIDN ███

---

**From:** Willstatter, Kyle <███████>
**Sent:** Friday, August 5, 2016 12:18:52 PM
**To:** ███████
**Cc:** Remaly, Craig M
**Subject:** RE: Regarding my PRB

MIDN ███,

While I can't categorically state that disenrollment will be the outcome of the PRB process, I would advise that any decision otherwise is a near impossibility. Even if the board were to decide (and the CO were to agree) that you are a lock to be the next CNO, they would still have to find a way to justify keeping you in the program when you can't attend the university.

Understand you will come in to review documents at 0930 on Tuesday. Do you intend to bring anyone to the PRB (witnesses, counsel, etc)? Be advised that the ROD requires 48 hours notice for those subjects, and should be requested in writing to the CO (email works). Also be advised that any counsel is limited by the ROD to making opening/closing statements, and cannot actively participate in the board.

As always, any questions, ask.

/r,
LT Willstatter

**From:** ███████ [mailto:███████]
**Sent:** Friday, August 05, 2016 11:48 AM
**To:** Willstatter, Kyle <███████>
**Subject:** Re: Regarding my PRB

Good morning Sir,

Your response clears a lot of it up, thank you. I will assume, then, that I am to be disenrolled from NROTC following the hearing and final decision by CPT Hutton, as is mandatory by ROD policy. The only thing I have yet to receive is the investigation report from the university. I have requested it several times, and they have

2

NSTC-0140
EXHIBIT D



yet to provide it for me to review. If you possess a document I should review before the PRB I plan to arrive at the armory about 30 minutes beforehand. Thank you again for your time spent on my case.

Very Respectfully,
MIDN

---

**From:** Willstatter, Kyle <██████████>
**Sent:** Tuesday, August 2, 2016 9:48:14 AM
**To:** ██████████
**Cc:** Remaly, Craig M
**Subject:** RE: Regarding my PRB

MIDN ██,

In answer to your questions:

1. The counseling session is to ensure you understand the PRB procedures and structure. Arriving 10-15 min early will provide ample time, unless you have additional things you want to review, such as your record or any documents that I as the recorder will be presenting before the board (although I believe you have all of those documents yourself: the investigation report, suspension letter, your appeal, and the university's final decision).

2. The PRB is not about the circumstances surrounding your suspension, it is about the fact that you have been suspended. There is no reason to re-litigate the university's decision. The fact is that you are suspended, and the ROD requires disenrollment for any case where a student is suspended. The black and white nature of this PRB is why you were allowed to waive if you so chose. Any witnesses or other persons you want to have present, please let me know their names and the reason. You have the right to bring any witnesses you want, however, unless they are going to state (contrary to facts) that you have not been suspended by the university, it will basically be a waste of time.

3. The record in question is your NROTC record, retained by your company officer, in this case, me. If you want to review, you can come to my office and look at it. However, I will give you a comprehensive list of its contents here:

   a. Student data summary from OPMIS (university, major, DOB, ethnicity, etc.)
   b. Program requirements checklist
   c. Counseling checklist
   d. Your 4-year plan you provided to me
   e. Academic record (grades)
   f. My counseling notations
   g. Recruit/trainee prohibited activities form
   h. Warning and LOA letters.

4. The PRB is not the final decision. It is a hearing, where the board will provide a recommendation to the CO, who makes the final decision, subject to the requirements of the ROD. If disenrolled, you will be required to turn in your uniforms to Mr. O'Malley.

Any other questions, ask.

/r,

LT Willstatter

**From:** ␣␣␣ [mailto:␣␣␣]
**Sent:** Monday, August 01, 2016 10:17 PM
**To:** Willstatter, Kyle <␣␣␣>
**Subject:** Regarding my PRB

Good evening Sir,

I have sent my acknowledgement back to the NROTC unit as of this morning, 01AUG2016. I wish to attend my PRB, and I have several questions I would like to ask before that happens. I understand I am to contact you regarding a counseling session prior to the board. My questions are as follows:

- Is the counseling session to occur immediately before the board?
    - If so, how much time am I allotted to meet with you?

- In the documents you sent to meet, it was mentioned that I have the right to present documents or witnesses on my behalf. I have no more documents to add to my case, as I have already sent everything I have on my case to you/LT Redlawsk. But in the case of witnesses, would you recommend I bring with me witnesses to my character? I would like to if permitted and do not understand the circumstances under which I am allowed to present witnesses. Also, what is the limit to the amount of witnesses I may present?

- In the documents, it is mentioned that I may review my personal record with my advisor. Who, in this context, is my advisor? And what is my personal record exactly? Is it a record kept by the university or by the NROTC?

- In the case that I am discharged from the NROTC proceeding my PRB, should I have my uniforms or anything else in particular with me to turn into the unit?

If I come up with any more questions I will let you know. Thank you for covering my case since LT Redlawsk left, please let me know if you have any questions for me directly.

Very Respectfully,
MIDN ␣␣␣