**EXHIBIT SJM 43**

**Sheppard, Adam P**

From: Sheppard, Adam P
Sent: Wednesday, April 06, 2016 1:26 PM
To: 
Subject: RE: Questions

MIDN

You are not required to distance yourself from anyone except for the accuser. You may remain in contact with other Midshipmen from the Battalion. With that being said, per the letter from the CO, you are not allowed to participate in any Battalion-related function, such as PT, drill, etc. Any interaction with MIDN from the Battalion would be on your own free time in a social setting, outside of Battalion-related events, and you must have reasonable belief that the accuser will not be present as well. You are only required to distance yourself from the accuser, regardless of the setting.

You are free to discuss your situation with anyone outside of the Battalion. You have every right to talk to an RA, or other resources that can provide counsel for you. I would advise you to seek advocacy/counseling from the resources that we discussed at drill on Tuesday morning, on Purdue's Sexual Violence website, if you have questions pertaining to the investigative process, etc.

R/
LT Sheppard

---

Adam Sheppard
Lieutenant | United States Navy
Purdue University Naval ROTC

---

From: 
Sent: Wednesday, April 06, 2016 10:52 AM
To: Sheppard, Adam P
Subject: Questions

Good morning sir,

I have 2 questions regarding my current situation.

1. Am I required to distance myself from everyone in the battalion, or do I have the right to remain in contact with other Midshipmen?

2. I was told that I may notify my family of the exact situation. Am I limited to only my family, or do I have the right to notify and/or get advice from either an advisor or RA? Both of them are under confidentiality agreements, which would prevent them from discussing it with anyone else.

Thank you sir.