**EXHIBIT SJM 44**

May 24, 2016

From: ▇▇▇▇▇▇
To: Whom It May Concern

Subj: Authorization of Release of Information

I, ▇▇▇▇▇▇▇▇▇, hereby authorize the release of all information pertaining to investigation and corresponding case concerning ▇▇▇▇▇ and ▇▇▇▇▇ to the Department of Naval Sciences, Purdue University.

This release serves to allow the Department of Naval Sciences, Purdue University, to remain fully informed about my academic career at Purdue University, including, but not limited to, any disciplinary, scheduling, and housing matters

▇▇▇▇▇▇▇▇▇▇▇▇
Signature/Date

EXHIBIT 2

PU 0704