**EXHIBIT SJM 45**

# FITNESS REPORT & COUNSELING RECORD (W2 - O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| | MIDN | 4 | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates. <br> - Fails to organize, creates problems for subordinates. <br> - Does not set or achieve goals relevant to command mission and vision. <br> - Lacks ability to cope with or tolerate stress. <br> - Inadequate communicator. <br> - Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates. <br> - Organizes successfully, implementing process improvements and efficiencies. <br> - Sets/achieves useful, realistic goals that support command mission. <br> - Performs well in stressful situations. <br> - Clear, timely communicator. <br> - Ensures safety of personnel and equipment. | ☒ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. <br> - Superb organizer, great foresight, develops process improvements and efficiencies. <br> - Leadership achievements dramatically further command mission and vision. <br> - Perseveres through the toughest challenges and inspires others. <br> - Exceptional communicator. <br> - Makes subordinates safety-conscious, maintains top safety record. <br> - Constantly improves the personal and professional lives of others. |
| NOB ☐ | | ☐ | ☐ | | ☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. | - Has difficulty attaining qualifications expected for rank and experience. <br> - Has difficulty in ship(s), aircraft or weapons systems employment. <br> - Below others in knowledge and employment. <br> - Warfare skills in specialty are below standards compared to others of same rank and experience. | | - Attains qualifications as required and expected. <br> - Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. <br> - Warfare skills in specialty equal to others of same rank and experience. | | - Fully qualified at appropriate level for rank and experience. <br> - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. <br> - Warfare skills in specialty exceed others of same rank and experience. |
| NOB ☒ | | ☐ | ☐ | ☐ | ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (Maximum of two) Recommendations may be for competitive schools or duty assignments such as LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.   SM   SL

41. COMMENTS ON PERFORMANCE. *All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 37 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.   Font 10

MIDN ▆▆▆ is ranked ▆ of ▆▆ Midshipmen: SGPA 2.47, CGPA 3.30

Motivation & Initiative: very motivated, but has had multiple problems with responding to commands and showing up to PT and drill on time. These problems persisted early in the semester, but have improved considerably.
Leadership and Cohesiveness: very vocal during PT in encouraging other MIDN, is a team player and promotes unit cohesion
Bearing: has had multiple issues with bearing and professionalism, these issues have improved considerably throughout the semester.

MIDN ▆▆▆ meets or exceeds program standards in the following area:
-Physical fitness

MIDN ▆▆▆ performance could be improved in the following areas:
-Academics, military bearing

To improve his performance next semester, MIDN ▆▆▆ needs to:
-Improve your grades. You need to meed academic standards. Hold yourself accountable and respond to your chain's attempts to mentor you.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | X | | | CO - NROTCU PURDUE UNIVERSITY <br> 812 THIRD ST <br> WEST LAFAYETTE, IN 47907-2006 |
| 43. SUMMARY | X | | | 11 | 11 | 6 | |

45. Signature of Reporting Senior   Date: 2/22/16

46. Signature of individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement ☐   do not intend to submit a statement ☐
Date:

Member Trait Average: 3.33   Summary Group Average: 3.85

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report   Date:

NAVPERS 1610/2 (11-11)   FOR OFFICIAL USE ONLY-PRIVACY ACT SENSITIVE.
NSTC-0166
EXHIBIT E

EXHIBIT Defendant's E