IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE** | ) |
| **UNIVERSITY BOARD OF TRUSTEES,** | ) |
| **MITCHELL ELIAS DANIELS, JR.,** in | ) |
| his official capacity as President of Purdue | ) No. 2:17-cv-33-JPK |
| University, **ALYSA CHRISTMAS** | ) |
| **ROLLOCK**, in her official capacity at | ) |
| Purdue University, **KATHERINE** | ) |
| **SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate and respectfully move the Court to modify the deadline for briefs in opposition to the parties' respective motions for summary judgment (DE 177 and 181) as follows:

On August 31, 2021, Defendants filed their Motion for Summary Judgment. Plaintiff's response is due on September 28. On September 1, 2021, Plaintiff filed his Motion for Summary Judgment. Defendants' response is due on September 29. Each pending summary judgment motion is voluminous.

The undersigned attorneys have conferred regarding conflicting obligations in other matters during the week of September 27, 2021 and stipulate and agree to an extension to October 15, 2021 for each party's respective deadline for response to the other's motion for summary judgment.

1

WHEREFORE, the parties respectfully move the Court to enter an order showing October 15, 2021 as the deadline for briefs in response to the pending motions for summary judgment.

Date: September 13, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Byler (w/permission) | /s/ William P. Kealey |
| Philip A. Byler | William P. Kealey (18973-79) |
| Andrew T. Miltenberg | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | James F. Olds (27989-53) |
| 363 7th Ave 5th floor, | Stuart & Branigin, LLP |
| New York, NY 10001 | 300 Main St., Ste. 900 |
| Email: pbyler@nmllplaw.com | P.O. Box 1010 |
| amiltenberg@nmllplaw.com | Lafayette, IN 47902-1010 |
| Telephone: 212-736-4500 | Email: wpk@stuartlaw.com |
| **Attorneys for Plaintiff** | tlj@stuartlaw.com |
| | jfo@stuartlaw.com |
| | Telephone: 765-423-1561 |
| | **Attorneys for Defendants** |