IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF JOHN DOE'S APPENDIX OF EXHIBITS IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Incorporated herein by reference are: (i) Plaintiff's Statement of Material Undisputed Facts found in Plaintiff's Memorandum of Law In Support of Plaintiff's Motion For Partial Summary Judgment (pp. 1-30) and in Plaintiff's Appendix In Support of Plaintiff's Motion For Partial Summary Judgment as SJM 1; and (ii) the exhibits contained in Plaintiff's Appendix In Support of Plaintiff's Motion for Partial Summary Judgment. Those exhibits will continue to be referenced with the same nomenclature as used in Plaintiff's Motion For Partial Summary Judgment. Additional exhibits in opposition to Defendants' Motion are contained in Plaintiff's Appendix In Opposition To Defendants' Motion For Summary Judgment and are referenced as "Pl Opp DSJ." "Defendants' Statement of Material Facts Not In Dispute," which is anything but not in dispute, does not have numbered paragraphs and thus will have to be discussed by reference to the section and page numbers of Defendants' Memorandum of Law in support of Defendants' Motion For Summary Judgment (Dfs. MOL pp. ---). The numbering follows for each Summary Judgment

Motion Exhibit. A witness name with a "Dep tr" refers to the deposition pages cited. A witness name with a number or letter refers to the deposition exhibit designation and it will have an associated description and Bates numbering. Most all of the Plaintiff John Doe's Statement of Material Undisputed Facts is based on Defendants' admissions in their Answer to the Second Amended Complaint, Defendants' deposition testimony, Defendants' documents and the Navy depositions and documents.

PL Opp DSJ 1: Plaintiff John Doe's Statement of Facts and Genuine Disputes

PL Opp DSJ 2: Hutton Dep tr 7, 14, 20-24, 32-34, 54-55

Pl Opp DSJ 3: Hutton D (NSTC 0055 – 0060).)

Pl Opp. DSJ 4: Early Dep tr 13-14, 41-47

Pl Opp. DSJ 5: Sheppard Dep tr 42-43

Pl Opp. DSJ 6: PU 0731-0732 (Ex. K to Defendants' Motion)

Pl Opp DSJ 7: NSTC 0154 (Ex. N to Defendants' Motion)

Pl Opp DSJ 8: Plaintiff John Doe Dep tr 41-43, 57-63, 91-93, 121-128, 136-138, 157, 177-178

Pl Opp DSJ 9: Oliver Dep tr 40-57, 67-68

Pl Opp. DSJ 10: Student R Dep tr 78-79, 90-93

Pl Opp DSJ 11: Purdue Data 2015-2016

Pl Opp DSJ 12: Remaly Dep tr 26-27, 35, 53-55

Pl Opp DSJ 13: Wilstetter Dep tr 44-45

Pl Opp DSJ 14: Redlawsk Dep tr 9, 21-22, 31-37

Pl Opp DSJ 15: NSTC 0153 (Ex. WW to Defendants' Motion)

Pl Opp DSJ 16: John Doe Dep Ex 21

Pl Opp DSJ 17: Perry Dep tr 6, 11-12, 18-23, 108-115

Pl Opp DSJ 18: April 2011 Dear Colleague Letter

Pl Opp DSJ 19: Assistant Secretary Lhamon Testimony

Pl Opp DSJ 20: CARE Facebook postings PU 0756-0884

Pl Opp DSJ 21: Plaintiff's Answers to Defendants' Third Set of Interrogatories

Pl Opp DSJ 22: Dr. Barden Expert Report

Pl Opp DSJ 23: *Rape and Sexual Assault Victimization among College Age Females, 1995-2013* (Special Report), U.S. Department of Justice, December 2014, http://www.bjs.gov.content/pub/pdf/ravcaf9513.pdf).

Pl Opp DSJ 24: Erin Oliver Dep tr 17, 40-57, 67-68

Pl Opp DSJ 25: Jacob Amberger Dep tr 24-26, 36, 60, 67-72, 77-80, 88-89

Pl Opp DSJ 26: Hutton Dep Ex I (N 0005-0006)

Pl Opp DSJ 27: Defendants' Responses To Plaintiff's Requests for Admission No. 2

**Dated: October 15, 2021**　　　　　　　　**Respectfully submitted,**
　　　　　　　　　　　　　　　　　　　　**NESENOFF & MILTENBERG, LLP**
　　　　　　　　　　　　　　　　　　　　**By:** /s/ *Philip A. Byler*
　　　　　　　　　　　　　　　　　　　　**Philip A. Byler, Esq.**
　　　　　　　　　　　　　　　　　　　　**Andrew T. Miltenberg, Esq.**
　　　　　　　　　　　　　　　　　　　　**363 Seventh Avenue, Fifth Floor**
　　　　　　　　　　　　　　　　　　　　**New York, New York 10001**
　　　　　　　　　　　　　　　　　　　　**(212) 736-4500**
　　　　　　　　　　　　　　　　　　　　pbyler@nmllplaw.com
　　　　　　　　　　　　　　　　　　　　amiltenberg@nmllplaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on October 15, 2021.

William P. Kealey, Esq.
Tyler L. Jones, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
         tlj@stuartlaw.com
*Attorneys for Defendants*

BY:    ☐ U.S. Mail        ☐ Federal Express

       ☐ Hand-Delivery    x   Other: Email & ECF


_____*Philip A. Byler, Esq.*_____
Philip A. Byler, Esq.