**PL Opp DSJ 7**



**DEPARTMENT OF THE NAVY**

DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

```
                                           1533
                                           Ser 033
                                           5 Apr 16
```

From: Commanding Officer, NROTC Unit, Purdue University
To:   Midshipman 4/C ███████████████  USNR

Subj: NOTIFICATION OF INTERIM LEAVE OF ABSENCE

Ref:  (a) NSTC M-1533.2 (ROD)

1. Per reference (a), I am placing you on an Interim Leave of Absence (ILOA) due to your pending university investigation. Further administrative action, potentially to include Performance Review Board (PRB), will be taken on completion of the university investigation.

2. As terms of your Interim Leave of Absence, you:

   a. Are prohibited from participating in any NROTC Battalion activities.

   b. May remain enrolled in NS 213 for the remainder of this semester.

   c. Will not receive stipend, or participate in summer training. If still on LOA next semester, you will be required to pay tuition.

   d. Will be notified of any further administrative action per the requirements of reference (a).

3. If you have any questions, please contact your Company Officer, LT Willstatter at ████ ████████ or via e-mail at ████████████████.

                                      R. HUTTON

Copy to:
Company Officer
HRA

NSTC-0154

**EXHIBIT N**