**PL Opp DSJ 11**

| Complaint Filed/Initiated Date | Complainant Gender | Complainant Status | Respondent Gender | Respondent Status | Complaint Type | Outcome | No Sanctions | Suspension | Expulsion | Restrictions | Termination | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2015 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | No Violation | 1 | | | | | |
| 9/10/2015 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | No Violation | 1 | | | | | |
| 10/1/2015 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | Violation | | | 1 | 1 | | |
| 2/3/2016 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | Violation | | 1 | | | | 1 |
| 1/27/2016 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | No Violation | 1 | | | | | |
| 2/16/2016 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | No Violation | 1 | | | | | |
| 4/11/2016 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | Violation | | 1 | | | | 1 |
| 4/15/2016 | Female | Undergrad Student | Male | Undergrad Student | Sexual Assault | Violation | | 1 | | | | 1 |
| 5/13/2016 | Female | Unaffiliated | Male | Undergrad Student | Sexual Assault | Violation | | | | 1 | 1 | 1 |