**PL Opp DSJ 15**



**DEPARTMENT OF THE NAVY**

DEPARTMENT OF NAVAL SCIENCE
PURDUE UNIVERSITY - NROTC
812 THIRD STREET
WEST LAFAYETTE, INDIANA 47907-2006

```
                                              1533
                                              20 May 16
```

From: Commanding Officer, NROTC Unit, Purdue University
To:   Midshipman 3/C ███████████████  USNR

Subj: NOTIFICATION OF INTERIM LEAVE OF ABSENCE

Ref:  (a) NSTC M-1533.2 (ROD)

1. Per reference (a), I am placing you on an Interim Leave of Absence (ILOA) pending PRB as a result of your failure to meet NROTC academic standards during the Spring 2016 semester. You should plan to pay tuition and fees for the Fall 2016 semester.

2. You will be notified of the PRB separately, as required by reference (a).

3. If you have any questions, please contact LT A.P. Sheppard at ███ ████████ or via e-mail at ████████████.

                                              R. HUTTON

Copy to:
Company Officer
HRA

NSTC-0152
**EXHIBIT WW**

From: Midshipman 3/C ▮▮▮▮▮▮▮ USNR
To: Commanding Officer, NROTC Unit, Purdue University

Subj: ACKNOWLEDGEMENT OF BEING PLACED ON INTERIM LEAVE OF ABSENCE

Ref: (a) NSTC M-1533.2 (ROD)
(b) CO NROTCUPU 1533 ltr of 20 May 16

1. Per references (a) and (b), I understand I have been placed on Interim Leave of Absence (ILOA) pending Performance Review Board (PRB) decision as a result of my failure to meet NROTC academic standards during the Spring 2016 semester.

2. I will be notified of my PRB separately as required by reference (a).

Very respectfully,

3/C ▮▮▮▮▮▮▮ /Date

Copy to:
Company Officer
HRA

NSTC-0153