# PL Opp DSJ 20

6:01

67°

m.facebook.com/story.php?st



**CARE at Purdue** updated their cover photo.
August 3, 2015 at 2:05 PM · 🌐



👍 **Like**          💬 **Comment**          ↪ **Share**

Boost Unavailable

🔵 **Cathy Wright-Eger**

 Comment as CARE at Purdue...          Post

😊          📷

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 3 of 140

**CARE at Purdue** updated their profile picture.
August 3, 2015 at 2:29 PM · 🌐



👍 Like          💬 Comment          ↪ Share

Boost Unavailable

Comment as CARE at Purdue...          Post

PU 0757

6:05

**CARE at Purdue**
Published by Hootsuite
August 5, 2015 at 11:03 AM · 🌐

Consent explained in 7 simple comics. http://ow.ly/QtJrw

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Sharon Chung and Jeni Hill**

Comment as CARE at Purdue...                    Post

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 5 of 140

6:05

m.facebook.com/story.php?st

**CARE at Purdue**
August 4, 2015 at 11:34 AM · 🌐

Interested in joining #teamonelove, Purdue's new relationship violence peer educator program? Students apply today! ow.ly/QtHCr

PURDUE.EDU
**Sexual and Relationship Violence Peer Educator Program Application - Sexual...**
Sexual and Relationship Violence Peer Educator P...

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Sharon Chung**

1 Share

Comment as CARE at Purdue...          Post

PU 0759

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 6 of 140

6:05

m.facebook.com/story.php?st

**CARE at Purdue**
August 7, 2015 at 9:05 AM · 🌐

Want to know how to support a survivor? Commit to #StartByBelieving http://goo.gl/4boJJy. More info and resources on supporting survivors: http://goo.gl/ohdymp

STARTBYBELIEVING.ORG
**Start By Believing - The Message**
Start by Believing is a public awareness campaign...

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

👍 **Sharon Chung and Cathy Wright-Eger**

1 Share

Comment as CARE at Purdue...          Post

😊    📷

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 7 of 140

5

## CARE at Purdue
August 3, 2015 at 2:54 PM · 🌐

Hello Twitter! #myfirstTweet

👍 Like          💬 Comment          ↗ Share

**Boost Post**

Comment as CARE at Purdue...    Post

😊    📷



6:07



**CARE at Purdue**
August 13, 2015 at 4:15 PM · 🌐

What can you do to help a friend in an unhealthy relationship? Find out from Love is Respect. bit.ly/1JYApyI



LOVEISRESPECT.ORG
**Help a Friend – www.loveisrespect.org**
Watching a friend go through an abusive relationship can be very scary …



👍 **Cathy Wright-Eger and Jeni Hill**

 Comment as CARE at Purdue...    Post

 

6:07

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
August 14, 2015 at 8:55 AM · 🌐

Attn: @LifeatPurdue students: interested in joining our new peer educator program? Apply today! http://ow.ly/QSTvk #teamonelove

PURDUE.EDU
**Sexual and Relationship Violence Peer Educator Program Application -...**
Sexual and Relationship Violence Peer Educator P...

👍 **Like**        💬 **Comment**        ↪ **Share**

**Boost Post**

ⓕ **Cathy Wright-Eger**

Comment as CARE at Purdue...                    Post

😊      📷

6:06

  **CARE at Purdue**
Published by Hootsuite
August 10, 2015 at 11:53 AM · 🌐

"Violence against women—it's a men's issue." This great @jacksonkatz Ted Talk is a must watch for everyone.
http://ow.ly/QIraT



TED.COM
**Violence against women—it's a men's issue**
Domestic violence and sexual abuse are often called "women's issues." …



👍 Like          💬 Comment          ↪ Share

Boost Post

👍 **Cheryl Lee and 2 others**

1 Share

 Comment as CARE at Purdue...          Post

6:07

m.facebook.com/story.php?st

5

**CARE at Purdue**
Published by Hootsuite
August 11, 2015 at 5:39 PM · 🌐

Great day of new @LifeAtPurdue RA training today! Thank you @ResLifeAtPurdue for the opportunity. #StartByBelieving

👍 Like          💬 Comment          ↪ Share

**Boost Post**

Comment as CARE at Purdue...          Post

6:07

67°                                                      5

m.facebook.com/story.php?st



**CARE at Purdue**
August 13, 2015 at 4:15 PM · 🌐

What can you do to help a friend in an unhealthy relationship? Find out from Love is Respect. bit.ly/1JYApyI



LOVEISRESPECT.ORG
**Help a Friend – www.loveisrespect.org**
Watching a friend go through an abusive relationship can be very scary ...

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Cathy Wright-Eger and Jeni Hill**

Comment as CARE at Purdue...          Post

🙂     📷

m.facebook.com/story.php?st

5

### CARE at Purdue
Published by Hootsuite
August 14, 2015 at 8:55 AM · 🌐

Attn: @LifeatPurdue students: interested in joining our new peer educator program? Apply today! http://ow.ly/QSTvk #teamonelove

PURDUE.EDU

**Sexual and Relationship Violence Peer Educator Program Application -...**

Sexual and Relationship Violence Peer Educator P...

👍 Like      💬 Comment      ↪ Share

**Boost Post**

🔵 **Cathy Wright-Eger**

Comment as CARE at Purdue...      Post

6:08

67°



**CARE at Purdue**

Great to talk with @boilergoldrush! Come see the rest of my face at the Resource Fair t-row. @BGRSelfie #selfiefail

Timeline Photos · Aug 19, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post



👍 Like          💬 Comment          ↪ Share

👍 **Jim Hintz and 2 others**

   Comment as CARE at Purdue...          Post

   

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 15 of 140

6:09

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
August 21, 2015 at 2:51 PM · 🌐

Don't make them drink the tea, friends. #gotconsent
http://ow.ly/R6MeQ

OW.LY
**Check out this link**

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Sharon Chung and Cathy Wright-Eger**

Comment as CARE at Purdue...          Post

😊     📷

PU 0769

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 16 of 140

## CARE at Purdue
Published by Hootsuite
August 16, 2015 at 11:28 AM · 🌐

Thanks @boilergoldrush for the opportunity to meet with your team leaders today. Have a great week! ✌🏼 ❤️ #BoilerUp #StartbyBelieving

👍 Like          💬 Comment          ↪ Share

**Boost Post**

Comment as CARE at Purdue...          Post

PU 0770



6:08

  67°

 

m.facebook.com/story.php?st

    5  





 **CARE at Purdue**

Sneak peek of what you can expect at some of our fall programming. Full schedule coming soon! http://ow.ly/ R1f8n

Timeline Photos · Aug 17, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

 

PU 0771

6:08

67°

**CARE at Purdue**
Published by Hootsuite
August 18, 2015 at 11:20 PM · 🌐

Great tips from @loveisrespect on what consent is (and isn't).
#gotconsent http://ow.ly/R1gcl

LOVEISRESPECT.ORG
**What is Consent? – www.loveisrespect.org**
As important as consent is, we don't talk about it e...

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Joelle Victoria Jones and Cathy Wright-Eger**

Comment as CARE at Purdue...          Post

6:09

67°




**CARE at Purdue**
Great day at the BGR Resource Fair with @PurdueASC. We're here until 3 - come see us! @BGRSelfie #bgrselfie

Timeline Photos · Aug 20, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↗ Share

👍 **Amy Glassner and 3 others**

Comment as CARE at Purdue...          Post

😊          📷

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 20 of 140

6:09

## CARE at Purdue
Published by Hootsuite
August 20, 2015 at 8:20 PM · 🌐

Look out for fellow Boilers this and every weekend:
@circleof6app can help prevent violence. #BoilersStandUp
http://ow.ly/R74cO

**Circle of 6**

👍 **Like**          💬 **Comment**          ↪ **Share**

Boost Unavailable

👍 **Judy Wright and Cathy Wright-Eger**

Comment as CARE at Purdue...          Post

PU 0774

6:10

67°

5

**CARE at Purdue**
Published by Hootsuite
August 22, 2015 at 11:02 AM · 🌐

···

Amazing week meeting our newest Boilers - let's keep the conversation going. Apply today to be a peer educator!
http://ow.ly/RcOMO

**PURDUE.EDU**
**Sexual and Relationship Violence Peer Educator Program Application -...**
Sexual and Relationship Violence Peer Educator P...

👍 Like          💬 Comment          ↪ Share

Boost Post

👍 **Sharon Chung**

Comment as CARE at Purdue...          Post

☺    📷

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 22 of 140

🔒 m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
August 31, 2015 at 11:04 AM · 🌐

Want to meet your Title IX Coordinator? Meet me at Third St. Starbucks every Friday in September from 11 - Noon. (Free coffee included!)

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Sharon Chung and Cathy Wright-Eger**

Comment as CARE at Purdue...          Post



6:11

 **CARE at Purdue**
Published by Hootsuite
September 4, 2015 at 11:50 AM · 🌐

Great video featuring a fellow Boiler. Visit @purduelgbtq for resources & to learn more re: our gender-inclusive LC!
http://ow.ly/RNtOO





CHRONICLE.COM
**'Ask Me': What LGBTQ Students Want Their Professors to Know**



👍 **Like**          💬 **Comment**          ↪ **Share**

**Boost Post**

 Comment as CARE at Purdue...          Post



6:11

67°

**CARE at Purdue**
Published by Hootsuite
September 1, 2015 at 3:10 PM · 🌐

#ItsOnUs to stop sexual assault. Watch the latest PSA at
http://ow.ly/RFlnR

OW.LY
**Check out this link**

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Varsha Ganapathy and 3 others**

Comment as CARE at Purdue...          **Post**

😊    📷

**Cathy Wright-Eger**
The link doesn't work 👍 1
5 yrs    **Like    Reply    More**

🏷 Author
**CARE at Purdue**
Thank you, Cathy. Link is now fixed! 👍 1
5 yrs    **Like    Reply    More**

Write a reply...          Reply

6:10

67°

**CARE at Purdue**
Published by Hootsuite
August 25, 2015 at 11:02 PM · 🌐

Did you know? @PurdueASC provides advocacy services for survivors. Learn more or stop by SCHL 2nd floor to meet Kasey and Chris! http://ow.ly/QSV5q

PURDUE.EDU
**Advocacy Services - Sexual Violence Awareness - Purdue University**
$description.value

👍 Like            💬 Comment            ↪ Share

**Boost Post**

👍 **Cathy Wright-Eger and 4 others**

2 Shares

Comment as CARE at Purdue...        Post

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 26 of 140

6:10

m.facebook.com/story.php?st

### CARE at Purdue
Published by Hootsuite
August 24, 2015 at 6:00 PM · 🌐

Want to learn how to stand up rather than stand by? E-mail us and we'll come to your student group! #BoilersStandUp http://ow.ly/RjpOy

PURDUE.EDU
**Request a Program**

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Sharon Chung and Cathy Wright-Eger**

Comment as CARE at Purdue...        Post

PU 0780



🔒 m.facebook.com/story.php?st



 **CARE at Purdue**
Super fun night at the Rainbow Callout! Thanks
@purduelgbtq for hosting and all that you do for our
students.

Timeline Photos · Sep 14, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

<div align="right">

**Boost Post**

</div>

 🔽

---

👍 **Like**    💬 **Comment**    ↪ **Share**

👍 **Sharon Chung and 4 others**

---

 Comment as CARE at Purdue...    Post

☺ 📷

6:11

m.facebook.com/story.php?st

5



**CARE at Purdue**

Great night w/ @LifeAtPurdue's #teamonelove peer educators. Workshops coming this fall! http://ow.ly/2buYDu

Timeline Photos · Sep 2, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

Like        Comment        Share

**James Wright and 3 others**

Comment as CARE at Purdue...        Post



# RELATIONSHIP AND SEXUAL VIOLENCE
# FALL 2015 PROGRAMMING

## SEPTEMBER

| | | | |
|---|---|---|---|
| Tuesday, September 8, 2015 | Meet Purdue's Title IX Team | 12:00 - 1:30 pm | Lawson - Room B134 |
| Wednesday, September 16, 2015 | Supporting a Survivor | 6:00 - 7:30 pm | Wiley Hall - NAR Conference Room |
| Thursday, September 24, 2015 | The Line Film Screening | 6:00 - 7:30 pm | First Street Towers - West Conference Room |
| Wednesday, September 30, 2015 | Boilers Stand Up | 6:00 - 7:30 pm | First Street Towers - West Conference Room |

## OCTOBER

| | | | |
|---|---|---|---|
| Wednesday, October 7, 2015 | Escalation | 6:00 - 7:30 pm | McCutcheon Hall - NAR Conference Room |
| Thursday, October 15, 2015 | Supporting a Survivor | 6:00 - 7:30 pm | First Street Towers - West Conference Room |
| Friday, October 23, 2015 | 1st Annual Purple Out | All Day | Campus Wide |
| Wednesday, October 28, 2015 | Boilers Stand Up | 6:00 - 7:30 pm | Hillenbrand Hall - Room C29 |

## NOVEMBER

| | | | |
|---|---|---|---|
| Wednesday, November 4, 2015 | Escalation | 6:00 - 7:30 pm | Third Street Suites - Room 159 |
| Thursday, November 12, 2015 | Community Resources | 6:00 - 7:30 pm | Hillenbrand Hall - Room C103 |
| Wednesday, November 18, 2015 | Boilers Stand Up | 6:00 - 7:30 pm | Wiley Hall - NAR Conference Room |

To learn more or to register for an event, please go to our website at
www.purdue.edu/sexual_assault/education/programs

 www.purdue.edu/sexual_assault    www.twitter.com/PurdueTitleIX
www.facebook.com/PurdueTitleIX

An equal access/equal opportunity University

**CARE at Purdue**

Fall 2015 programming. Come continue the conversation! http://ow.ly/RabZI

Timeline Photos · Sep 6, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

6:12

67°

### CARE at Purdue
Published by Hootsuite
September 9, 2015 at 12:05 PM · 🌐

Want to learn how NOT to be a bystander? Come to a training this fall or ask us to come to you! @LifeatPurdue
http://ow.ly/RZvn7

PURDUE.EDU
**Educational and Awareness Programs - Sexual Violence Awareness - Purdue...**
$description.value

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 5

2 Shares

Comment as CARE at Purdue...          Post

6:13



**CARE at Purdue**

Want to learn how to support a survivor? Join us TONIGHT@ Wiley WAR at 6 PM to find out. @PurdueResLife @LifeatPurdue

Timeline Photos · Sep 16, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↪ Share

**Cathy Wright-Eger**

Comment as CARE at Purdue...          Post



**CARE at Purdue**

Our reactions make a difference! Join us Wednesday to discuss how best to support a survivor. http://ow.ly/SbKdi

Timeline Photos · Sep 14, 2015 · 

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↪ Share

**6 Shares**

Comment as CARE at Purdue...          Post

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 33 of 140

🔒 m.facebook.com/story.php?st

  **CARE at Purdue**
September 18, 2015 at 9:38 PM · 🌐

Check out this great event!



**Susan Bulkeley Butler Center for Leadership Excellence**
September 18, 2015 at 9:34 PM · 🌐

On Tuesday, October 6th the Butler Center and the Purdue Military Family Research Institute are celebrating women veterans! Come on out to hear from Major General Erika Steuterman and support our women service members!



👍 Like          💬 Comment          ↪ Share

6:14



**CARE at Purdue**
Published by Hootsuite
September 21, 2015 at 10:26 AM · 🌐

Check out NOGLSTP@Purdue's 4th annual LGBTQIA Film Festival this weekend. Great event!

OW.LY
**Check out this link**

👍 Like          💬 Comment          ↪ Share

**Boost Post**

⊕ **Joelle Victoria Jones and Cathy Wright-Eger**

Comment as CARE at Purdue...          Post

😊    📷

PU 0788

6:17 67°



🔒 m.facebook.com/story.php?st



**ESCALATION**

Did you know?

**DATING ABUSE**

**1 IN 3**

**WHEN?** October 7 @ 6:00 pm
**WHERE?** Lilly Hall
Room G401

Watch the screening of a feature film followed by a meaningful discussion about relationship violence, the warning signs of an abusive relationship, and how this relates to our lives and our campus.

Register at purdue.edu/sexual_assault/education/programs

 purdue.edu/sexual_assault   facebook.com/PurdueTitleIX   @PurdueTitleIX

### CARE at Purdue

TONIGHT! Learn how to spot and stop relationship violence. Lilly Hall, Rm G401 at 6 PM! @LifeatPurdue @PurdueResLife

Timeline Photos · Oct 7, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post











m.facebook.com/story.php?st

5



**CARE at Purdue**
Published by Hootsuite
September 21, 2015 at 12:31 PM · 🌐

Purdue's Report on a campus climate survey sponsored by the Association of American Universities (AAU) is now available. Please read and engage to help build a better, safer and healthier community. We also encourage students to join our Title IX Coordinator and Dean of Students at one of three listening sessions to provide your feedback and thoughts on these issues. http://ow.ly/StzqB



PURDUE.EDU
**Introduction - Title IX - Purdue University**
$description.value



Like          Comment          Share

Boost Post

👍 **Sharon Chung and Joelle Victoria Jones**

2 Shares

6:15



67°



**CARE at Purdue** via **Purdue Social Justice Coalition**

October 2, 2015 at 5:01 PM · 🌐

We love our students helping lead such an important conversation. Come on out!

"The Purdue Social Justice Coalition, Students Against Rape and Violence, and the Feminist Action Coalition for Today are working together to present to you The All Shades of Purple Film Series: Addressing Domestic Violence. The aim of the film series is to highlight domestic violence, and to bring the issue forward to our community's attention. The first film in the series is Telling Amy's Story, and it will be screened Tuesday October 6th at 7:00pm in Grissom Hall, room 103. This event is free and open to the public."



VIMEO.COM

**Telling Amy's Story Trailer**

Told by the detective who led the case review, Telling Amys Story follow…

👍 Like          💬 Comment          ↱ Share

Boost Post





**CARE at Purdue**

TONIGHT! Are you getting the signal? Join us at LOEB at 7 for a funny, sort-of-improv show about dating and consent.

Timeline Photos · Sep 29, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

6:17

m.facebook.com/story.php?st







**CARE at Purdue**

Big thx to the men of @CaryQuad & @PurdueMSwimDiv
e for walking a mile in her shoes! #BoilersStandUp
#dvam

Timeline Photos · Oct 9, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

PU 0793



 **CARE at Purdue**

Great day to kick off Domestic Violence Awareness Month! Come see us next Wednesday at McCutcheon at 6:00 PM to continue the conversation about how you can recognize and prevent relationship violence. http://www.purdue.edu/sexual_assault/education/programs/index.html

Timeline Photos · Oct 1, 2015 · 

Tag Photo · Add Location · View Full Size · More Options

Boost Post

 Like         Comment         Share

 **Judy Wright and 4 others**

 Comment as CARE at Purdue...        Post

 



6:17 67°

m.facebook.com/story.php?st

9+ 5

**CARE at Purdue**

Join us Wednesday for ESCALATION, a film & discussion to recognize & prevent dating violence. http://ow.ly/T2JD1

Timeline Photos · Oct 5, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

Like Comment Share

**Lowell Kane**

1 Share



m.facebook.com/story.php?st



5

**CARE at Purdue**
October 20, 2015 at 4:19 PM · 🌐

Did you know that nearly half (43%) of dating college women report experiencing violent and abusive dating behaviors?

Join us this THURSDAY by wearing PURPLE to help raise awareness about dating violence. Come see us in PMU from 10 -12 and you might just get a free t-shirt, too. #BoilersStandUp





 Like          💬 Comment           Share

Boost Post

🔒 m.facebook.com/story.php?st



**CARE at Purdue**

Learn how you can help support a survivor THURSDAY in LAWS 1142 @ 6 PM! http://ow.ly/TlOwH #BoilersStandUp

Timeline Photos · Oct 13, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

👍 Like          💬 Comment          ↗ Share

🔵 **Cathy Wright-Eger**

Comment as CARE at Purdue...          Post

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 44 of 140



**CARE at Purdue**
TONIGHT! Discuss how you can support a survivor in Lawson 1142 @ 6 PM. #BoilersStandUp http://ow.ly/TrxjM

Timeline Photos · Oct 15, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

Like     Comment     Share

1 Share

Comment as CARE at Purdue...     Post

PU 0798



m.facebook.com/story.php?st



**CARE at Purdue**
October 13, 2015 at 2:08 PM · 🌐

Great new campaign from our friends at the OneLove Foundation. Learn more at our Escalation workshops this fall! http://bit.ly/1jw1TCm #ThatsNotLove



**One Love Foundation** October 13, 2015 at 12:13 PM · 🌐

Did you know that 57% of college students report it is difficult to identify dating violence? Learn to define the gray areas between love and control, so you know relationship abuse when it happens. #ThatsNotLove



👍 Like          💬 Comment          ↪ Share

65 People Reached                    Boost Unavailable



👍 **Jaklyn Van Manen**



      

PU 0799

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 46 of 140



m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
October 22, 2015 at 9:30 AM · 🌐

Will you stand up? Come see us at PMU today @10 to learn more and to get involved. #BoilersStandUp #PurpleThursday http://ow.ly/TIoFG



YOUTUBE.COM
**Boilers Stand Up**

👍 Like      💬 Comment      ↪ Share

**Boost Post**

😀 **Sharon Chung and 4 others**

5 Shares

Comment as CARE at Purdue...      Post

6:20

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
October 21, 2015 at 11:37 AM · 🌐

Attn @LifeatPurdue: Wear PURPLE TOMORROW to stand up against relationship violence and show your support for survivors. #BoilersStandUp

👍 Like          💬 Comment          ↪ Share

Boost Post

👍 **Alyssa Renee**

1 Share

Comment as CARE at Purdue...          Post


USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 48 of 140

6:21



🔒 m.facebook.com/story.php?st    :D ⋮

**CARE at Purdue**
October 22, 2015 at 12:25 PM · 🌐

HUGE thanks to Purdue Athletics and our amazing students for helping make this happen. Visit purdue.edu/BoilersStandUp to learn how YOU can stand up with them. #BoilersStandUp



**Purdue Athletics** October 22, 2015 at 12:00 PM · 🌐

Boilers Stand Up! We are proud to be involved in this very important campaign on campus about sexual assault and relationship violence awareness.



👍 Like          💬 Comment          ↪ Share

269 People Reached          Boost Unavailable



👍 **Alyssa Renee and 3 others**

 Comment as CARE at Purdue...          Post

  

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 49 of
140



 **CARE at Purdue**

Join our men's basketball team and wear PURPLE tomorrow to raise awareness about relationship violence. Come see us at PMU @10 AM for resources, t-shirts, and to learn how you can get involved. #BoilersStandUp

Mobile Uploads · Oct 21, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

 Like     Comment     Share

 **Denise Keeling Wilson and 3 others**

6 Shares

Comment as CARE at Purdue

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 50 of 140



**CARE at Purdue**

October 27, 2015 at 6:49 PM · 🌐

•••

Thanks to Purdue AAUW for sponsoring this event! Please come join us for this important conversation.



**CENTER FOR ADVOCACY, RESPONSE AND EDUCATION (CARE)**

GET THE FACTS AND SHARE YOUR VOICE

TUESDAY NOVEMBER 3RD

KRACH 270

6PM

OPEN TO ALL. JOIN THE CONVERSATION AND LEARN ALL ABOUT THE CARE OPENING IN FALL 2016. REPRESENTATIVES FROM TITLE IX AND THE DEAN OF STUDENTS WILL BE AVAILABLE FOR QUESTIONS. REFRESHMENTS WILL BE PROVIDED.

SPONSORED BY

AAUW

**Purdue Social Justice Coalition** October 27, 2015 at 4:25 PM · 🌐

Purdue AAUW is sponsoring an open forum abut the crisis center that is scheduled to be established in Fall 2016. Please attend and support. This forum is open to the public, and there are no fees associated with attendance

PU 0804

6:21

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
October 22, 2015 at 10:10 PM · 🌐

Great day standing up against violence. Learn how u can help a loved one in an abusive relationship. http://ow.ly/TJAHu #BoilersStandUp

THEHOTLINE.ORG
**The National Domestic Violence Hotline | Help for Friends and Family**
Acknowledge that they are in a very difficult and s...

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Alyssa Renee and 3 others**

Comment as CARE at Purdue...          Post

😊          📷

6:22



m.facebook.com/story.php?st



**CARE at Purdue**
Published by Hootsuite
October 23, 2015 at 8:20 AM · 🌐

ICYMI: Proud to showcase Boilers standing up against assault & abuse. #BoilersStandUp @LifeatPurdue http://twitter.com/PurdueSports/status/657199025611890688



TWITTER.COM
**Purdue Athletics on Twitter**
"It's an issue that has the potential to affect us all. Will you Stand Up? #...



👍 Like          💬 Comment          ↪ Share

**Boost Post**



Comment as CARE at Purdue...          Post

 

        

PU 0806

  

m.facebook.com/story.php?st

     





**CARE at Purdue**
U may not be 7'2, but Isaac & @BoilerBall want u to stand w/ them against violence. #BoilersStandUp #PurpleThursday

Timeline Photos · Oct 21, 2015 · 

Tag Photo · Add Location · View Full Size · More Options

Boost Post



👍 Like          💬 Comment          ↪ Share

 **James Wright and 3 others**

 Comment as CARE at Purdue...          Post

 📷

6:22

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
October 28, 2015 at 1:32 PM · 🌐

TONIGHT! Learn how to be more than a bystander. Come join us in BRNG 1254 @ 6 PM. #BoilersStandUp

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 **Alyssa Renee and Cathy Wright-Eger**

1 Share

Comment as CARE at Purdue...          Post

😊          📷

6:21

m.facebook.com/story.php?st

5



**CARE at Purdue**

Come see us @PMU NOW for your free shirt and more info. #BoilersStandUp #PurpleThursday

Timeline Photos · Oct 22, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

Like                    Comment                    Share

Alyssa Renee and 4 others

1 Share

Comment as CARE at Purdue...                    Post

6:24

m.facebook.com/story.php?st

**5**

**CARE at Purdue**
November 3, 2015 at 9:06 PM · 🌐

HUGE thx to Purdue AAUW for hosting & all the students for coming out to chat about CARE. More chances to tell us what you want coming soon!

👍 Like          💬 Comment          ↪ Share

**Boost Post**

🔵 **Susan Bulkeley Butler Center for Leadership Excellence and 3 others**

Comment as CARE at Purdue...          Post

🙂          📷

 

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 57 of 140

 **CARE at Purdue**
November 2, 2015 at 8:51 PM · 🌐 ···

Check out these great events from AAUW, including an open forum tomorrow night about CARE!





**Purdue AAUW** November 2, 2015 at 8:05 PM · 🌐

Purdue AAUW has two great events coming up this week!

Tomorrow, November 3 // CARE Open Forum: Have questions about the new CARE sexual violence crisis center? Have ideas about the center's creation? Talk with representatives from Title IX and the Dean of Students to get your questions answered and ideas heard. Krach 270, 6 pm.

Sunday, November 8 // $tart $mart Salary Negotiation Workshop: Learn the skills needed to negotiate better salaries and benefits. Third Street Suites, 4-6 pm. Register for free at www.tinyurl.com/startsmartsalary.

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 58 of 140

m.facebook.com/story.php?st



**CARE at Purdue**
November 3, 2015 at 9:06 PM · 🌐

HUGE thx to Purdue AAUW for hosting & all the students for coming out to chat about CARE. More chances to tell us what you want coming soon!

👍 Like          💬 Comment          ↪ Share

**Boost Post**

🔵 **Susan Bulkeley Butler Center for Leadership Excellence and 3 others**

Comment as CARE at Purdue...                    Post

PU 0812

    

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 59 of 140

 **CARE at Purdue**
November 20, 2015 at 12:41 PM · 🌐                    **···**

TODAY at PMU - Lafayette Room (2nd Floor).



**Purdue University LGBTQ Center** is at **Purdue University**.
November 20, 2015 at 9:09 AM · West Lafayette · 🌐

KNOW YOUR STATUS - GET YOURSELF TESTED! Today there is FREE and CONFIDENTIAL HIV Testing in the PMU Lafayette Room (2nd floor). Tests are oral swab - 20 minutes and you have results. Testing by Aspire Indiana. Please share!



 Like           Comment           Share

**Boost Unavailable**

 Comment as CARE at Purdue...                    Post

    

  

6:25



MORETHANAVICTIMBLOG.WORDPRESS.COM
**The Heart Wrenching Reality of Sexual Assault**
Supporting a friend who was sexually assaulted has been one of the ha...

**CARE at Purdue**
Published by Hootsuite
November 23, 2015 at 2:50 PM · 🌐

Great blog on how to support a survivor. #StartByBelieving #BoilersStandUp http://ow.ly/UZ8AR

👍 Like          💬 Comment          ↪ Share

Boost Post

👍 **Susan Bulkeley Butler Center for Leadership Excellence and 5 others**

1 Share

Comment as CARE at Purdue...          Post

6:27

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
December 13, 2015 at 8:55 PM · 🌐

Good luck this week @LifeatPurdue. Stay tuned in the spring for lots of exciting programming and info about CARE!
#BoilersStandUp

👍 Like          💬 Comment          ↪ Share

Boost Post

Comment as CARE at Purdue...          Post

 


# FINALS FRENZY!!

**MUSICAL MONDAY:** 'nuff said... and there will be snacks

**TIE DYE TUESDAY:** Wear a tie dye shirt (or pants, or socks, or bandana, or...); and there will be snacks

**WATER COLOR WEDNESDAY:** A little water and some paint, and who knows! We'll supply the paper, you supply the imagination; YEP, there will be snacks

**SCRIBBLE THERAPY THURSDAY:** Coloring is a huge stress reliever! Guess what? There will be snacks

**FAB FRIDAY:** Wear your most FABulous rainbow stuff and feel FABulous that you are almost done with this week! And just so you know... there will be PIZZA!

12-14 to 12-18 IN THE LGBTQ CENTER SCHL 230



**CARE at Purdue**

Our friends at Purdue University LGBTQ Center have some wonderful stress relief fun planned for finals week. Check them out on the second floor of Schleman beginning December 14!

Timeline Photos · Dec 2, 2015 · 

Tag Photo · Add Location · View Full Size · More Options

Boost Post

 Like      Comment      Share

 

6:26

5

**CARE at Purdue**
December 9, 2015 at 1:46 PM · 🌐

•••

This year's theme for Sexual Assault Awareness Month is Prevention is Possible! Stay tuned for updates on the events here on our campus in April 2016.

NSVRC.ORG
**Announcing SAAM's 2016 Theme... | National Sexual Violence Resource Center (NSVRC)**

**NSVRC**
December 9, 2015 at 9:27 AM · 🌐

Have you heard about the SAAM 2016 theme yet?

👍 **Like**         💬 **Comment**         ↪ **Share**

**Boost Unavailable**

Comment as CARE at Purdue...        Post

6:26



**CARE at Purdue**
December 8, 2015 at 6:03 PM · 🌐

···

Go visit EMTfoodtruck tomorrow for lunch and bring donations to help the folks doing great work at the YWCA!



**EMTfoodtruck** December 8, 2015 at 5:40 PM · 🌐

It's that time of year again...our 4th annual Hug & Hunger Relief collection for the YWCA Lafayette DVIPP begins tomorrow! Check out the details on our flyer to see how you can help AND get a discount on your meal too! We'll be truckin' to Purdue University (beside Purdue Krannert/Rawls on Pierce St) for lunch tomorrow from 11:30-1:30!



 Like       Comment       Share

   



# FINALS FRENZY!!

**MUSICAL MONDAY:** 'nuff said... and there will be snacks

**TIE DYE TUESDAY:** Wear a tie dye shirt (or pants, or socks, or bandana, or...); and there will be snacks

**WATER COLOR WEDNESDAY:** A little water and some paint, and who knows! We'll supply the paper, you supply the imagination; YEP, there will be snacks

**SCRIBBLE THERAPY THURSDAY:** Coloring is a huge stress reliever! Guess what? There will be snacks

**FAB FRIDAY:** Wear your most FABulous rainbow stuff and feel FABulous that you are almost done with this week! And just so you know... there will be PIZZA!

## 12-14 to 12-18 IN THE LGBTQ CENTER SCHL 230

 **CARE at Purdue**

Our friends @purduelgbtq have fantastic activities planned to help you de-stress this week. Go see them in SCHL!

Timeline Photos · Dec 14, 2015 · 🌐

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**



 Like     Comment     Share

 **Cathy Wright-Eger**

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 66 of 140



**CARE at Purdue**

Think guys can't be victims of dating violence? Think again.

Timeline Photos · Dec 12, 2015 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

Like          Comment          Share

Comment as CARE at Purdue...      Post

PU 0820

6:28

m.facebook.com/story.php?st



# JANUARY IS
## NATIONAL STALKING AWARENESS MONTH

**Stalking**
resource center

#NSAM2016

 **CARE at Purdue**

Happy New Year! Did you know January is Stalking Awareness Month? Visit stalkingawarenessmonth.org for info. #NSAM2016

Timeline Photos · Jan 1, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**



👍 Like          💬 Comment          ↪ Share

 **Sharon Chung**

 | Comment as CARE at Purdue... | **Post**

m.facebook.com/story.php?st



 **CARE at Purdue**

How much do you know about stalking? Take a quiz here:http://ow.ly/VJvqi #NSAM2016

Timeline Photos · Jan 4, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

Boost Post

 **Like**     **Comment**     **Share**

 **Stalking Resource Center**

 Comment as CARE at Purdue...     Post

6:28

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
January 7, 2016 at 12:05 AM · 🌐

1 in 4 women and 1 in 13 men will be victims of stalking in their lifetime. Visit http://ow.ly/VJvLy for more information. #NSAM2016

VICTIMSOFCRIME.ORG
**ow.ly**

👍 Like          💬 Comment          ↪ Share

Boost Post

Sharon Chung

Comment as CARE at Purdue...          Post

m.facebook.com/story.php?st



# JANUARY IS
## NATIONAL STALKING AWARENESS MONTH

**Stalking**
resource center

#NSAM2016

**CARE at Purdue**

Welcome back @LifeatPurdue! January is National Stalking Awareness Month.Follow us all month to learn more #NSAM2016

Timeline Photos · Jan 11, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↪ Share

👍 Sharon Chung

Comment as CARE at Purdue...          Post

6:29

**CARE at Purdue**
Published by Hootsuite
January 12, 2016 at 1:46 PM · 🌐

On average, stalking lasts about 2 years; intimate partner stalking lasts longer. Learn more: victimsofcrime.org/src #NSAM2016

👍 Like          💬 Comment          ↪ Share

**Boost Post**

👍 Sharon Chung

Comment as CARE at Purdue...          Post

😊          📷


   

m.facebook.com/story.php?st

    6  

# NEARLY 75% OF VICTIMS KNEW THEIR STALKER

BJS STALKING
VICTIMIZATION, 2009

**S t a l k i n g**
resource center

#NSAM2016

 **CARE at Purdue**
Most victims know their stalker. Learn more at
bit.ly/NSAM2016 #NSAM2016

Timeline Photos · Jan 14, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

 👍 **Like**       💬 **Comment**       ↗ **Share**

 **Sharon Chung and Ash Cornish**

 Comment as CARE at Purdue...       Post

 

 

6:30

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Hootsuite
January 19, 2016 at 12:04 PM · 🌐

Phones, computers, GPS and cameras are some of the common forms of technology used by stalkers. http://ow.ly/VJxl8 for more #NSAM2016

VICTIMSOFCRIME.ORG
**The Use of Technology to Stalk**
The mission of the Stalking Resource Center is to …

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

Comment as CARE at Purdue...          Post





6:30





**CARE at Purdue**

Thank you @PurdueSports for coming out to join the movement against relationship violence.
#BoilersStandUp #OneLove

Timeline Photos · Jan 18, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**



 Like        Comment        Share

  Comment as CARE at Purdue...                    Post

   

6:29

m.facebook.com/story.php?st

**CARE at Purdue**
January 16, 2016 at 11:14 AM · 🌐



THE FIERCE **Urgency** OF NOW

LEGACY OF DR. MARTIN LUTHER KING JR.
M. | LOEB PLAYHOUSE | STEWART CENTER

TUE, JAN 19, 2016

**The Urgency of Now: A Celebration of the Life and Legacy of Dr. Martin Luther King Jr.**

13 people interested

INTERESTED

👍 Like          💬 Comment

Boost Unavailable

🔵 **Sharon Chung and Jeni Hill**

Comment as CARE at Purdue...                    Post

6:30

# 13% OF WOMEN REPORT BEING STALKED WHILE AT COLLEGE

BJS 2000 SEXUAL
VICTIMIZATION
OF COLLEGE WOMEN

**Stalking**
resource center

#NSAM2016

**CARE at Purdue**

Rates of stalking among college students are higher than the general public. More: bit.ly/NSAM2016 #NSAM2016

Timeline Photos · Jan 17, 2016 ·

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

Like    Comment    Share

Comment as CARE at Purdue...    Post



**CARE at Purdue**

Stalking can affect one's emotional, physical, and economic well being. http://ow.ly/VJy1H #NSAM2016

Timeline Photos · Jan 21, 2016 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

Like          Comment          Share

Sharon Chung

Comment as CARE at Purdue...                    Post

6:31

m.facebook.com/story.php?st

6

**CARE at Purdue**
Published by Hootsuite
January 23, 2016 at 12:03 PM · 🌐

3/4 of stalking victims experience other forms of violence, including sexual and physical assault. More: victimsofcrime.org/src #NSAM2016

👍 Like          💬 Comment          ↗ Share

**Boost Post**

Comment as CARE at Purdue...          Post

😊          📷

6:31

67°



# 83% OF COLLEGE STALKING VICTIMS DON'T REPORT TO LAW ENFORCEMENT

## HOWEVER

# 93% OF COLLEGE STALKING VICTIMS DO CONFIDE IN SOMEONE THAT THEY'RE BEING STALKED

SEXUAL VICTIMIZATION
OF COLLEGE WOMEN 2000

**Stalking**
resource center                    #NSAM2016

 **CARE at Purdue**
Would you report to police if you were being stalked? Most don't. Visit bit.ly/NSAM2016 for more. #NSAM2016

Timeline Photos · Jan 25, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**



 Like           Comment           Share

 Comment as CARE at Purdue...          Post

   

6:32

m.facebook.com/story.php?st

# STALKING IS A CRIME IN
# ALL 50 STATES


#NSAM2016

**CARE at Purdue**
Stalking is a crime in all 50 states, DC, & Territories. Read about your law at victimsofcrime.org/src #NSAM2016

Timeline Photos · Jan 26, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**



Like          Comment          Share

**Sharon Chung**

  

Comment as CARE at Purdue...          Post



 

 

m.facebook.com/story.php?st



**CARE at Purdue**

Stalking behavior is established during the relationship in majority of cases of intimate partner stalking #NSAM2016

Timeline Photos · Jan 29, 2016 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↪ Share

Comment as CARE at Purdue...

Post

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 83 of 140

6:35

m.facebook.com/story.php?st

67°

**CARE at Purdue**
Published by Hootsuite
January 31, 2016 at 12:02 PM · 🌐

If you or someone you know is a victim of stalking, help is available. Visit http://ow.ly/VJAMG or SCHL 2nd floor for help. #NSAM2016

👍 Like          💬 Comment          ↪ Share

Boost Post

Comment as CARE at Purdue...                    Post



**CARE at Purdue**

What would you say to a friend who told you they were being stalked? Learn more at bit.ly/NSAM2016 #NSAM2016

Timeline Photos · Jan 28, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↪ Share

Comment as CARE at Purdue...

Post

  
 m.facebook.com/story.php?st  

    6  

# NEARLY 1/3 OF STALKERS HAVE STALKED BEFORE

RECON TYPOLOGY OF STALKING 2006

S t a l k i n g resource center          #NSAM2016

 **CARE at Purdue**

Try this: Google "track girlfriend" and see how many sites teach someone how to stalk. #NSAM2016

Timeline Photos · Jan 27, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

 **Like**           **Comment**           **Share**

 Comment as CARE at Purdue...          Post

     

6:35



m.facebook.com/story.php?st

6



**CARE at Purdue**
January 31, 2016 at 6:19 PM · 🌐



**CAUSES OF RAPE**

- Short skirts
- Alcohol
- Flirty behaviour
- Walking alone
- Television
- Rapists

**Keep Her Safe** September 7, 2015 at 8:35 AM · 🌐

Exactly!
via cindyburkeoriginals



👍 Like          💬 Comment          ↗ Share

Boost Unavailable

👍 **Sharon Chung and 21 others**

  Comment as CARE at Purdue...          Post

PU 0840

6:37



FEB
10

# Escalation

Public · Workshop · by CARE at Purdue

★ Interested    ✓ Going    ✉ Invite    ••• More

🕐 Wednesday, February 10, 2016 at 7 PM
More than a year ago

📍 LWSN 1142

About                    Discussion

Write Something 📷

Went    Interested    Share
0       1             1

Details



6:36

m.facebook.com/CAREatPurd

# CARE | Center for Advocacy, Response, and Education

CARE@purdue.edu | 765-494-1747 | purdue.edu/sexual_assault

**CARE at Purdue**

Profile Pictures · Feb 2, 2016 ·

Tag Photo · Add Location · View Full Size · More Options

👍 Like          💬 Comment          ↪ Share

👍 **Sharon Chung and 5 others**

Comment as CARE at Purdue...          Post

6:38 📧 📩 🖼 🐦 67°    📶 📶 🔋



### CARE at Purdue

Come see us WEDNESDAY night for a must-see movie and chat on relationship violence! http://ow.ly/Y7Xza

Timeline Photos · Feb 9, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post



👍 Like          💬 Comment          ↪ Share

 Comment as CARE at Purdue...          Post

😀     📷

 🎤 Author
**CARE at Purdue**
**Purdue Social Justice Coalition** Please consider sharing!



m.facebook.com/story.php?st

🔔 6

**CARE at Purdue** via **PCAR**
February 5, 2016 at 1:04 PM · 🌐

"The American public—our collective pool of jurors nationwide—largely expect victims of rape to behave in ways that are absolutely different from how survivors of rape actually behave. If we do not understand the realities of sexual assault, we enable people who perpetrate these crimes to continue to inflict harm."



PCAR.ORG
**Cosby hearing affirms the need for change**
Looking away from these horrible acts and their p...



👍 Like     💬 Comment     ↗ Share

Boost Unavailable

👍 **Cori Green and Cathy Wright-Eger**



Comment as CARE at Purdue...    Post



☺    📷



6:39

 

# The Legacy Of Matthew Shepard

## Saturday, February 20, 2016

Film Screening: Matt
Shepard is a Friend of Mine

4:15 - 5:45pm

Elliott Hall, Purdue University

Keynote by Judy Shepard

6:00pm

Doors open promptly at 5:30pm

Elliott Hall, Purdue University

**Film Screening & Lecture are FREE and Open to the Public**

---

FEB
20

## Judy Shepard: The Legacy of the Matthew Shepard

Public · Talk · by Purdue University LGBTQ Center


Interested


Going


More

---

🕐 Saturday, February 20, 2016 at 6 PM
More than a year ago

📍 Elliott Hall of Music
West Lafayette, Indiana 47907

---

About                Discussion

---

 Write Something                📷

---

Went          Interested          Shares
42            66                  14

  

6:37

Register at purdue.edu/
BoilersStandUp

CARE Center for Advocacy, Response, and Education
CARE@purdue.edu | 765-494-1747 | purdue.edu/sexual_assault

FEB
10

# Escalation

Public · Workshop · by CARE at Purdue

★ Interested    ✓ Going    ✉ Invite    ••• More

🕐 **Wednesday, February 10, 2016 at 7 PM**
More than a year ago

📍 **LWSN 1142**

About                    Discussion

  Write Something                    📷

| Went | Interested | Share |
|------|-----------|-------|
| 0 | 1 | 1 |

## Details

Flagship relationship violence workshop. View a powerful film and engage in a meaningful discussion about relationship violence.

## Hosted by

 **CARE at Purdue**



**CARE at Purdue**

Dating Violence workshop TONIGHT! LWSN 1142 at 7 PM. Register here: http://ow.ly/YaWE9

Timeline Photos · Feb 10, 2016 ·

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

Like          Comment          Share

Comment as CARE at Purdue...          Post

6:38

🔒 m.facebook.com/story.php?st

---



**CARE at Purdue**
February 16, 2016 at 10:17 AM · 🌐

Film screening and lecture are FREE and open to the public!

SAT, FEB 20, 2016

**Judy Shepard: The Legacy of the Matthew Shepard**

INTERESTED

You've checked in to Elliott Hall of Music before

👍 Like          💬 Comment

Boost Unavailable

✓ Sascha Angermann

Comment as CARE at Purdue...          Post



# FABULOUS FRIDAY!!

## Painting with Salt!

Join us on Friday, 2-26-16 in SCHL 230
Bring a friend, enjoy a snack, make a
Salt painting



 **CARE at Purdue**

Go see our friends @purduelgbtqc to make your Friday more fabulous!

Timeline Photos · Feb 26, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

Like     Comment     Share

Comment as CARE at Purdue...     Post

 
Details

Lecture is FREE and Open to the Public

Judy travels around the U.S. and the world, speaking about the impacts of hate violence on her own family. In 1998, her son, Matthew, then a twenty-one year old student at the University of Wyoming, was the victim of a hate-motivated crime in which he was ruthlessly beaten and left to die in a field outside of Laramie, Wyoming. Since his death, Judy and her husband Dennis Shepard have been speaking out against hate and around the world.

Matthew Shepard's death, and the subsequent work of his parents to end hate-motivated crimes against members of the LGBTQ community, has created an entire generation of advocates to carry forward Matthew's desire for an inclusive and welcoming society. In an age of increasing legal equality for LGBTQ people and increasing hate and violence toward members of the LGBTQ community, it is more important than ever for students to hear Matthew's story and learn how they can help end the epidemic of hate and violence.

In Partnership with the Midwest Bisexual Lesbian Gay Transgender Ally College Conference at Purdue University

This event is made possible through support by: LGBTQ Center, Office of the Vice Provost for Student Life, Office of the Vice Provost for Teaching and Learning, College of Liberal Arts, College of Veterinary Medicine, University Residences, Polytechnic Institute, College of Agriculture, College of Education, College of Health and Human Sciences, Honors College, Purdue University Libraries

Target audience: Students, staff, faculty, and community members

Recent Posts

 

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 97 of 140



**CARE at Purdue**

Want to learn how to spot and STOP dating violence? Join us tomorrow night @ 7 PM! http://ow.ly/ZaYxE

Timeline Photos · Mar 7, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like              💬 Comment              ↪ Share

Comment as CARE at Purdue...          Post

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 98 of 140

6:39

67°

🔔 6

**CARE at Purdue**
February 29, 2016 at 7:15 AM · 🌐

Powerful moment last night. Come join us TOMORROW night to learn more about how you can see, act and STOP sexual violence. http://bit.ly/1jw1TCm #boilersstandup #itsonus

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

Sharon Chung

Comment as CARE at Purdue...          Post

PU 0852

6:40   67°

m.facebook.com/story.php?st 

**CARE at Purdue**
March 8, 2016 at 2:34 PM · 🌐

ESCALATION - TONIGHT @ 7 PM in the Co-Rec Boilermaker Room. Come help learn about the signs of abusive relationships and how you can help a friend who is in one.
https://www.youtube.com/watch?v=fmV_aZ0LzhQ



YOUTUBE.COM
**Escalation FIlm Trailer**
One Love's film Escalation is a one of a kind educational and awarenes…

👍 Like          💬 Comment          ↪ Share

Boost Post

👍 **Sharon Chung**

 Comment as CARE at Purdue...          Post

😊          📷

 





**MAR**
**28**

# Lunch and Learn

Public · Workshop · by Purdue University LGBTQ Center

⭐ **Interested**          ✓ **Going**          ••• **More**

🕐 Monday, March 28, 2016 at 11:30 AM – 1 PM
More than a year ago

📍 Purdue University LGBTQ Center
475 Stadium Mall Dr - SCHL 230, West Lafayette, Indiana 47907

**About**                          **Discussion**

 Write Something                          

**6 Went · 23 Interested · 3 Shares**

  

   

6:44 67°



**CARE at Purdue**
Published by YouTube
March 29, 2016 at 1:51 PM · 🌐

Great new campaign from RAINN. Check out more from each of the survivors at https://rainn.org/SurvivorSeries.



YOUTUBE.COM
**The RAINN Survivor Series**



👍 Like          💬 Comment          ↪ Share



Boost Post



👍 **Cathy Wright-Eger and Sharon Chung**



Comment as CARE at Purdue...          Post






  


   



6:42 67°

APR
5

# SAAM 2016

Public · Talk · by CARE at Purdue

Interested Going Invite More

Apr 5, 2016 at 12 PM – Apr 19, 2016 at 12 PM
More than a year ago

Purdue University

About Discussion

Write Something

| Went | Interested | Share |
|---|---|---|
| 2 | 20 | 1 |

Details

  



**CARE at Purdue**

Profile Pictures · Mar 28, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Like        Comment        Share

**Cathy Wright-Eger**

Comment as CARE at Purdue...        Post

6:40
67°

m.facebook.com/story.php?st



 **CARE at Purdue**

. @CAREatPurdue staff hearing inspiring words from @VP at the @EVAWintl conference. #StartbyBelieving

Timeline Photos · Mar 23, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post



 Like           Comment           Share

 Sharon Chung and 4 others

 Comment as CARE at Purdue...          Post

   

 
USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 105 of 140

| About | Discussion |
|---|---|

 Write Something 

| Went | Interested | Share |
|---|---|---|
| 2 | 20 | 1 |

## Details

Join us for a full month of events for Sexual Assault Awareness Month 2016. All events are free and open to the public.

## Recent Posts

 **Alyssa Renee** — No one is in North ballroom for tonight. Where's this thing at??

about 4 years ago

 **CARE at Purdue** — Join us TONIGHT for our first event of the month. What does sexual assault look like, and how can you help prevent it? Find out in an interactive conversation about sexual violence and bystander intervention.

about 4 years ago

 **CARE at Purdue** — Check out the #30DaysofSAAM contest. Post a photo each day in April for a chance to win a SAAM prize pack.

about 4 years ago

See All Posts

 



 **CARE at Purdue**

Check out the #30DaysofSAAM Instagram contest, which starts FRIDAY! Here is week one. Follow us at @careatpurdue to see our pics too.

Timeline Photos · Mar 28, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

 ▼

 Like      Comment      Share

 **Sharon Chung**

 Comment as CARE at Purdue...     Post

    

6:44

m.facebook.com/story.php?st

**CARE at Purdue**
March 31, 2016 at 10:18 AM · 🌐

TRANSSTUDENT.ORG
**Transgender Day of Visibility – Trans Student Educational Resources**

**Purdue University LGBTQ Center**
March 31, 2016 at 7:57 AM · 🌐

Support TDOV ❤️

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

👍 **Margaret Sh**

Comment as CARE at Purdue...          Post



6:45



**CARE at Purdue**
March 31, 2016 at 9:47 PM · 🌐

SAAM 2016 kicks off tomorrow! Here's one simple way to show your support.



Show your support for survivors and sexual violence prevention

Get the Sexual Assault Awareness Month profile picture

www.nsvrc.org/SAAM    NSVRC

**NSVRC** March 31, 2016 at 9:10 PM · 🌐

Tomorrow kicks off Sexual Assault Awareness Month. There are lots of ways to get involved -- but one of the easiest ways to spread awareness is by changing your profile picture. http://bit.ly/SAAM2016

👍 Like          💬 Comment          ↪ Share

Boost Unavailable


**Sharon Chung**



Comment as CARE at Purdue...          Post

 

6:45

🔒 m.facebook.com/story.php?st

**CARE at Purdue**
April 1, 2016 at 11:51 PM · 🌐

#StartByBelieving

**Peace Over Violence**
April 1, 2016 at 9:36 PM · 🌐

April is Sexual Assault Awareness Month and we want to invite you to stand with survivors and take action against sexual violence.
How to start?
Believe us...

#SAAM2016
#GearUp for #DenimDay

👍 Like          💬 Comment          ↗ Share

**Boost Unavailable**

👍 **Cathy Wright-Eger and Sharon Chung**

Comment as CARE at Purdue...          Post

😊          📷

 **CARE at Purdue**
April 1, 2016 at 9:42 AM · 🌐

···



NSVRC April 1, 2016 at 9:15 AM · 🌐

Today kicks off Sexual Assault Awareness Month! This year's theme is Prevention is Possible! Throughout #SAAM we'll be discussing how we can all make a difference to help prevent sexual violence.



 Like           Comment           Share

Boost Unavailable

 **Nicole Arcangel Weibel**

Comment as CARE at Purdue...          Post

  

 **CARE at Purdue**
April 4, 2016 at 11:05 PM · 🌐 ⋯

#SAAM2016

HUFFINGTONPOST.COM
**Safe at Home: Preventing Sexual Violence**
What does it mean to be safe at home? The theme of this year's Sex…

 **NSVRC**
April 4, 2016 at 9:00 PM · 🌐

"Too often, sexual violence is viewed as something that is inevitable — or if it is preventable, that prevention is a potential victim's responsibility."

New blog discusses how Prevention is Possible when we stand up to rape culture.

 

 Like           Comment           Share

**Boost Unavailable**

 **Sharon Chung and Cathy Wright-Eger**

 Comment as CARE at Purdue…          Post

    

 

 



A program of **End Violence Against Women International**

**Indiana Coalition to End Sexual Assault and Human Trafficking** April 6, 2016 at 9:00 AM · 

Today is the first ever global "Start By Believing Day".

All too often, survivors of sexual assault are often blamed for their own assault. Victim blaming is most commonly associated with sexual assault than any other crime. This needs to change. Because rapists attack an average of six times, one failed response can equal five more victims. Start by Believing will lead the way toward stopping this cycle, by creating a positive community response, informing the public, uniting allies and supporters, and improving our personal reactions. The goal is to change the world, and outcomes for victims, one response at a time.

Start by Believing is a public awareness campaign designed by End Violence Against Women International (EVAWI) to change the way we respond to rape and sexual assault in our communities.

To learn more about this amazing campaign be sure to check out the Start By Believing website.
http://startbybelieving.org



 Like           Comment           Share

Boost Unavailable

 **Indiana Coalition to End Sexual Assault and Human Trafficking**

 Comment as CARE at Purdue...          Post

 

 

 
USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 113 of 140

m.facebook.com/story.php?st



**CARE at Purdue**
April 6, 2016 at 2:48 PM · 🌐

· · ·

We at CARE at Purdue will always #StartByBelieving our survivors. One failed response is one too many. Learn more about this wonderful program by visiting startbybelieving.org, and come see us April 26 at the Co-Rec to learn how you can best support survivors.



**Indiana Coalition to End Sexual Assault and Human Trafficking** April 6, 2016 at 9:00 AM · 🌐

Today is the first ever global "Start By Believing Day".

All too often, survivors of sexual assault are often blamed for their own assault. Victim blaming is most commonly associated with sexual assault than any other crime. This needs to change. Because rapists attack an average of six times, one failed response can equal five more victims. Start by Believing will lead the way toward stopping this cycle, by creating a positive community response, informing the public, uniting allies and supporters, and improving our personal reactions. The goal is to change the world, and outcomes for victims, one response at a time.

Start by Believing is a public awareness campaign designed by End Violence Against Women International (EVAWI) to change the way we respond to rape and sexual assault in our communities.

 

PU 0867

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 114 of 140

🔒 m.facebook.com/story.php?st

**CARE at Purdue**
April 8, 2016 at 4:43 PM · 🌐

#SAAM2016



THEESTABLISHMENT.CO
**Was I 'Raped Enough' To Call Myself a Survivor? - The Establishment**

👍 Like          💬 Comment          ↪ Share

**Boost Unavailable**

👍 **Sharon Chung**

Comment as CARE at Purdue...          Post

😊          📷

6:46 📧 M 🖼 🐦 67°



**CARE at Purdue** updated their cover photo.
April 6, 2016 at 2:50 PM · 🌐



Sexual violence prevention requires many voices and roles.

# PREVENTION
## is possible

### Sexual Assault Awareness Month Programming

APRIL 5 —— **BOILERS STAND UP (BYSTANDER INTERVENTION)**
7 p.m. @ LWSN B151

APRIL 6 —— **LGBTQ CENTER LUNCH & LEARN** 11:30 a.m. @ SCHL 230

APRIL 8 —— **CLOTHESLINE PROJECT** Memorial Mall (All Day)

APRIL 11 —— **ESCALATION** 6 p.m. @ PHYS 114

APRIL 12 —— **ALCOHOL, PARTY & THE LAW** 7 p.m. @ PMU North Ballroom

APRIL 13 —— **SEX SIGNALS** 6 & 8 p.m. @ Loeb

APRIL 20 —— **TAKE BACK THE NIGHT** 7 p.m. @ Slayter Hill

APRIL 21 —— **KATE HARDING KEYNOTE** 7 p.m. @ Krannert Auditoritum

APRIL 26 —— **SUPPORTING A SURVIVOR:** 11:30 a.m. @ CREC 2265

APRIL 27 —— **DENIM DAY** (Social Media)

     For more information, visit purdue.edu/ODOS/CARE



👍 Like       💬 Comment       ↪ Share

**Boost Unavailable**

👍 **Fernando Tormos and 2 others**

4 Shares

 Comment as CARE at Purdue...       Post

III    O    ‹

PU 0869

 

m.facebook.com/story.php?st

 **CARE at Purdue**
April 7, 2016 at 9:57 PM · 🌐

Very important read. #WeBelieveYou #StartByBelieving



COSMOPOLITAN.COM
**What No One Understands About Campus Rape**
Why would an assault victim fail to call for help, joke about her rape...

 **End Rape on Campus**
April 7, 2016 at 5:54 PM · 🌐

Andrea was wide awake— it was 4 a.m. her time—as she sat alone in her dorm room at UNC. She wasn't crying, but I could see her shaking slightly and breathing harder as she finished telling me what had happened to her one night at an off-campus party. "Me too. It happened to me too," I said.

"I believe you," Annie said, and with those three simple words, she became the first per-son to listen to my entire story of surviving sexual assault.

bit.ly/1V0aIoW



 Like         Comment         Share

Boost Unavailable

PU 0870

6:48



**KATE HARDING**

SKING FOR IT

THURSDAY APRIL 21
7 PM
KRANNERT AUDITORIUM

*Free and Open
to the Public*

The Alarming
Rise of Rape
Culture—and
What We Can
Do About It

KATE
HARDING





**CARE at Purdue**

TONIGHT! The frank and fearless Kate Harding joins us at 7 PM in Krannert Auditorium. The event is free and open to the public. Join us! #SAAM2016

Timeline Photos · Apr 21, 2016 ·

View Full Size

View Insights






🔒 m.facebook.com/story.php?st

**CARE at Purdue**
April 18, 2016 at 9:10 AM · 🌐

Yes!



**Boing Boing** April 15, 2016 at 11:52 AM · 🌐



 Like           Comment           Share

Boost Unavailable

**Dani Clark and 30 others**

Comment as CARE at Purdue...          Post

USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 119 of 140

m.facebook.com/story.php?st

**CARE at Purdue**
Published by Mailchimp
April 25, 2016 at 12:26 PM · 🌐

Want to know how you can support survivors? Join us tomorrow at 11:30 AM in CREC 2265 to learn more.

US13.CAMPAIGN-ARCHIVE1.COM
**Supporting a Survivor**

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

1 Share

Comment as CARE at Purdue...                    Post

PU 0873



**CARE at Purdue**

TONIGHT - Join us for a powerful short film and discussion about relationship violence. #SAAM2016 #ThatsNotLove

Timeline Photos · Apr 11, 2016 ·

Tag Photo · Add Location · View Full Size · More Options

Boost Post

👍 Like          💬 Comment          ↪ Share

**Sharon Chung and Cathy Wright-Eger**

1 Share

Comment as CARE at Purdue...          Post

  



**KATE HARDING**

**THURSDAY APRIL 21**
**7 PM**
**KRANNERT AUDITORIUM**
*Free and Open to the Public*

SKING FOR IT

The Alarming Rise of Rape Culture—and What We Can Do About It

KATE HARDING

  

**CARE at Purdue**

You don't want to miss this - come to Krannert to hear the amazing Kate Harding tackle rape culture TONIGHT @ 7 PM!

Timeline Photos · Apr 21, 2016 · 🌐

Tag Photo · Add Location · View Full Size · More Options

Boost Post

 ▼

Like · Comment · Share

 
 **CARE at Purdue**
April 21, 2016 at 10:03 PM · 🌐

Kate Harding was predictably amazing tonight, and it looks like some great things happened on the Senate floor today too. Let's keep this momentum and good work going, friends. #WeBelieveYou



ENDRAPEONCAMPUS.ORG
**Senator Gillibrand Reads from "We Believe You" on Senate Floor, Urges Action on CASA**

 **End Rape on Campus**
April 21, 2016 at 5:26 PM · 🌐

Senator Kirsten Gillibrand read from "We Believe You" on the Senate Floor earlier today - calling on the senate to take action on Campus Sexual Assault.

""'I've been betrayed by the university that I love so dearly, whose seal I wear around my neck, and whose quads and bricks hold pieces of me – pieces of who I was before, and of who I am today.'

"Mr. President, Andrea is one of many young men and women whose lives have been shattered by a violent sexual crime – and then shattered again by that second betrayal, when their schools chose not believe them, or to offer justice.

"These survivors deserve better.



6:49

m.facebook.com/story.php?st

**CARE at Purdue**
April 26, 2016 at 10:00 AM · 🌐

"I was raped." "My partner hits me." How will you respond? Join us TODAY @ 11:30 AM to learn how to support survivors. CREC Rm. 2265

US13.CAMPAIGN-ARCHIVE1.COM
**Supporting a Survivor**

**CARE at Purdue**
Published by Mailchimp
April 25, 2016 at 12:26 PM · 🌐

Want to know how you can support survivors? Join us tomorrow at 11:30 AM in CREC 2265 to learn more.

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

👍 **Sharon Chung**

Comment as CARE at Purdue...          Post

  

  67°    

🔒 m.facebook.com/story.php?st  🗗 ⋮

 **CARE at Purdue**   •••
April 27, 2016 at 6:18 AM · 🌐

It's denim day today friends!! Join people all over the country wearing denim to show support for survivors. #DenimDay #SAAM2016

CJEL.NET

**RAPE, BLUE JEANS, AND JUDICIAL DEVELOPMENTS IN ITALY | The Columbia Journal of European Law**

 **Indiana Coalition to End Sexual Assault and Human Trafficking**
April 27, 2016 at 6:00 AM · 🌐

Today is DENIM DAY. Wear your jeans in support of survivors and in protest of sexual violence.

In Rome in 1992, a 45-year-old driving instructor raped an 18-year-old girl while he took her out for her first driving lesson. While he was convicted and sentenced, the Italian Supreme Court overturned the conviction in 1998 because the victim wore tight jeans. It was argued that she must have had to help her attacker remove her jeans, therefore making the act consensual and no longer rape. The Italian Supreme Court stated in its decision "it is a fact of common experience that it is nearly impossible to slip off tight jeans even partly without the active collaboration of the person who is wearing them."[1] As of 2008 the Italian Supreme Court has overturned their findings, and there is no longer a



ENDRAPEONCAMPUS.ORG
**Senator Gillibrand Reads from "We Believe You" on Senate Floor, Urges Action on CASA**

 **End Rape on Campus**
April 21, 2016 at 5:26 PM · 🌐

Senator Kirsten Gillibrand read from "We Believe You" on the Senate Floor earlier today - calling on the senate to take action on Campus Sexual Assault.

""I've been betrayed by the university that I love so dearly, whose seal I wear around my neck, and whose quads and bricks hold pieces of me – pieces of who I was before, and of who I am today.'

"Mr. President, Andrea is one of many young men and women whose lives have been shattered by a violent sexual crime – and then shattered again by that second betrayal, when their schools chose not believe them, or to offer justice.

"These survivors deserve better.

"They need Congress to act. We have to do the right thing. We have to be their voice. We have to stand up for them. And the bipartisan Campus Accountability and Safety Act does exactly that."

Video here: http://bit.ly/245kNlT



 Like           Comment           Share

Boost Unavailable

 **Linda Hurst and 5 others**

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 126 of 140

67°

**CARE at Purdue**
April 26, 2016 at 3:51 PM · 🌐

•••

#DenimDay is tomorrow! Wear your denim and tell us about it show your support for survivors.



**NSVRC** April 26, 2016 at 12:10 PM · 🌐

On #DenimDay, we're wearing jeans to stand with survivors of sexual assault. Help us spread the word.

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

👍 **Kasey Richardson and 5 others**

CJEL.NET

**RAPE, BLUE JEANS, AND JUDICIAL DEVELOPMENTS IN ITALY | The Columbia Journal of European Law**

 **Indiana Coalition to End Sexual Assault and Human Trafficking**
April 27, 2016 at 6:00 AM · 🌐

Today is DENIM DAY. Wear your jeans in support of survivors and in protest of sexual violence.

In Rome in 1992, a 45-year-old driving instructor raped an 18-year-old girl while he took her out for her first driving lesson. While he was convicted and sentenced, the Italian Supreme Court overturned the conviction in 1998 because the victim wore tight jeans. It was argued that she must have had to help her attacker remove her jeans, therefore making the act consensual and no longer rape. The Italian Supreme Court stated in its decision "it is a fact of common experience that it is nearly impossible to slip off tight jeans even partly without the active collaboration of the person who is wearing them."[1] As of 2008 the Italian Supreme Court has overturned their findings, and there is no longer a "denim" defense to the charge of rape.



👍 Like          💬 Comment          ↪ Share

**Boost Unavailable**

 Comment as CARE at Purdue...          Post

   
 m.facebook.com/story.php?st  



### CARE at Purdue

We love our colleagues in the Office of the Dean of Students. Keep the Denim Day posts coming, friends! #DenimDay #SAAM2016

Timeline Photos · Apr 27, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**



Like          Comment          Share

  **Dani Clark and 7 others**

 Comment as CARE at Purdue...          Post



## CARE at Purdue
May 18, 2016 at 7:55 PM · 🌐

Your chance to join the NOH8 campaign right here at Purdue!
Share widely as all are welcome.



FRI, OCT 7, 2016

**Open Photo Shoot at Purdue University in West Lafayette Indiana**

INTERESTED


Rachel and Brooke were interested



👍 Like                    💬 Comment

Boost Unavailable


Comment as CARE at Purdue...                    Post

 

  

6:51
USDC IN/ND case 2:17-cv-00033-GSL    document 187-21    filed 10/15/21    page 130 of
140
67°

**CARE at Purdue**
May 11, 2016 at 6:04 PM · 🌐

"With sexual assault, anything's easier than facing it in full, saying all of it, facing all of the consequences."

And yet, brave survivors do this all the time. All of us, including the media, have an obligation to respond in a way that validates this terribly difficult decision to come forward. Very important read.

http://www.hollywoodreporter.com/news/my-father-woody-allen-danger-892572



WWW.HOLLYWOODREPORTER.COM
**My Father, Woody Allen, and the Danger of Questions Unasked (Guest Column)**

👍 Like     💬 Comment     ↪ Share

Boost Unavailable

👍 **Sharon Chung**

Comment as CARE at Purdue...   Post

6:50



**CARE at Purdue**
April 28, 2016 at 9:57 PM · 🌐

"It's important for men, especially in a hyper-masculine culture that breeds so many assholes, to stand up and challenge the values that have been passed down to us. This is not just a woman's problem."

Thank you, DeAndre Levy for sharing this message as #SAAM2016 winds down. We can't change the culture without engaging in this crucial conversation about what it means to be a man.



WWW.THEPLAYERSTRIBUNE.COM

**Man Up | By DeAndre Levy**
I want to use my platform as an NFL linebacker to discuss how we talk ...



🖤 Like            💬 Comment            ↪ Share

**Boost Post**

👍 **Chrishan Fernando**

   Comment as CARE at Purdue...            Post



**CARE at Purdue**
May 16, 2016 at 8:58 PM · 🌐



"IN MINDFULNESS
ONE IS NOT ONLY RESTFUL &
HAPPY, BUT ALERT & AWAKE.

MEDITATION IS NOT EVASION;
IT IS A SERENE ENCOUNTER
WITH REALITY."

THICH NHAT HANH

@ELEPHANTJOURNAL

**NSVRC** May 16, 2016 at 8:48 PM · 🌐

Mindful Monday: make your Monday night a serene encounter. Get inspiration from our feel good tumblr blog
http://nsvrc.tumblr.com/



👍 Like          💬 Comment          ↪ Share

Boost Unavailable

 Sharon Chung

 Comment as CARE at Purdue...          Post

  

USDC IN/ND case 2:17-cv-00033-GSL   document 187-21   filed 10/15/21   page 133 of 140

 **CARE at Purdue**
June 13, 2016 at 5:06 AM · 🌐



**Purdue University LGBTQ Center** June 12, 2016 at 3:09 PM · 

The LGBTQ Center is open as a resource to all. Share love and support. Stay safe this pride season and always.



 Like        Comment        Share

Boost Unavailable

 **Purdue University LGBTQ Center**

 Comment as CARE at Purdue...       Post



PU 0887

6:53

## CARE at Purdue
June 14, 2016 at 9:59 PM · 🌐

❤️🧡💚💙💜 #WeAreOrlando

PURDUE.EDU
**Purdue Bell Tower, fountain to be lit in honor of Orlando victims - Purdue...**
At the request of Purdue Student Government, ...

## Purdue University LGBTQ Center
June 14, 2016 at 7:12 PM · 🌐

Boilermaker Solidarity #WeAreOrlando

http://www.purdue.edu/newsroom/releases/2016/Q2/purdue-bell-tower,-fountain-to-be-lit-in-honor-of-orlando-victims.html

👍 Like          💬 Comment          ↪ Share

Boost Unavailable

Cathy Wright-Eger and 5 others

Comment as CARE at Purdue...          Post

6:53



**CARE at Purdue** updated their cover photo.
June 14, 2016 at 10:04 PM · 🌐

👍 **Ferdinand Macatangay and 23 others**

1 Share

Like     Comment     Share

Boost Unavailable

Comment as CARE at Purdue...     Post

PU 0889

  

  67°

 

🔒 m.facebook.com/story.php?st

 **CARE at Purdue**
June 15, 2016 at 9:38 PM · 🌐

"[S]o too should we consider domestic violence a daily form of terror. Three women a day are killed by intimate partners in the United States, and the majority of women murdered are murdered by men they know."

http://www.rollingstone.com/politics/news/in-orlando-as-usual-domestic-violence-was-ignored-red-flag-20160613



WWW.ROLLINGSTONE.COM

**In Orlando, as Usual, Domestic Violence Was Ignored Red Flag**



 Like     Comment     Share

Boost Post

 **Sharon Chung and Remington Willis**

 Comment as CARE at Purdue...    Post

  

    

PU 0890

6:54

m.facebook.com/story.php?st



**CARE at Purdue**
June 21, 2016 at 3:22 PM · 🌐

WASHINGTONPOST.COM
**Alcohol isn't the cause of campus sexual assault. Men are.**
Bystanders intervening can do more to stop attacks than focusing o...

**End Rape on Campus**
June 21, 2016 at 1:12 PM · 🌐

"Here's the truth: There is a connection between alcohol and sexual violence, but it's not one of cause and effect. There is one way alcohol is a problem, and it's that it makes it easier for assailants to overpower drunk targets. Alcohol may be used as a weapon, or an excuse for aggressive behavior. But the only thing necessary for a rape to happen is the presence of a rapist."

http://wapo.st/28LbinA

👍 Like    💬 Comment    ↪ Share

Boost Unavailable



👍 **Dana Bisignani and 7 others**

6:54  67°

 **CARE at Purdue** updated their profile picture.
June 22, 2016 at 4:51 PM · 🌐 · · ·





 Like           Comment           Share

Boost Unavailable

 **Katie Carnett and 8 others**

1 Share

 Comment as CARE at Purdue...          Post

  



 **CARE at Purdue**

Plugging away on fall launch plans. We CAN'T WAIT for you to see what we've got planned! #PurdueCAREs #ComingSoon

Timeline Photos · Jul 26, 2016 · 

Tag Photo · Add Location · View Full Size · More Options

**Boost Post**

 **Like**           **Comment**           **Share**

 **Katie Sermersheim and 7 others**

4 Shares

 Comment as CARE at Purdue...          Post

m.facebook.com/story.php?st



 **CARE at Purdue**
Beautiful morning for commencement. Congratulations to all of today's graduates! #BoilerUp

Timeline Photos · Aug 6, 2016 · 🌐

Tag Photo · Edit Location · View Full Size · More Options

Boost Post



👍 **Like**      💬 **Comment**      ↪ **Share**

👍 **Carrie Stephen and 5 others**

 Comment as CARE at Purdue...      Post

