**PL Opp DSJ 26**

# NAVAL RESERVE OFFICERS TRAINING CORPS STUDENT DISENROLLMENT RECOMMENDATION

From: Commanding Officer, Naval Reserve Officers Training Corps Unit, Purdue University
To: Commander, Naval Service Training Command (OD4)
Via: Commander, Naval Service Training Command

Subj: NAVAL RESERVE OFFICERS TRAINING CORPS PROGRAM DISENROLLMENT RECOMMENDATION
NAME: ███████   SSN (Last Four): ███

## PROGRAM INFORMATION

**Scholarship**
- [ ] MSISR
- [✓] National
- [ ] Nurse
- [ ] MECEP
- [ ] OD-Controlled
- [ ] PNS Leadership
- [ ] Tweeddale
- [ ] STA-21

**College Program**
- [ ] Advanced Standing
- [ ] Basic

**Years**
- [ ] 4
- [ ] 3 1/2
- [ ] 3
- [ ] 2 1/2
- [ ] 2
- [ ] 1 1/2
- [✓] 1

**Program Option**
- [✓] Navy
- [ ] Marine

## STUDENT DATA

Class Year: 2019
Enroll Date: 20AUG2015
Do you have service obligation? [ ] Yes [✓] No
Student Received ___ Quarters  2 Semester

Obligation Date: ___
Est Commission Date: 10MAY2019
EOS (Reserve Date): N/A
Total Tuition $ ___

## PRIOR ENLISTED SERVICE

EAOS (If applicable): N/A

## STUDENT BACKGROUND

Highest Battalion Position Held: SQUAD MEMBER

### ACADEMIC GPA

| | 1st | 2nd | 3rd | CUM |
|---|---|---|---|---|
| Freshman | 2.47 | 2.11 | | 3.17 |
| Sophomore | | | | |
| Junior | | | | |
| Senior | | | | |
| Fifth Year | | | | |

### APTITUDE GPA

| | 1st | 2nd | 3rd | FG |
|---|---|---|---|---|
| Freshman | 3.33 | | | |
| Sophomore | | | | |
| Junior | | | | |
| Senior | | | | |
| Fifth Year | | | | |

Number and Type:
LOA ___    Probation ___
Academic ___    Warning 1 Academic

## DISENROLLMENT RECOMMENDATION

- [ ] Academic (Attach transcript with PNS certification for all academic/aptitude disenrollments)
- [ ] Inaptitude/Unsuitable (Ensure prejudicial statement attached)
- [ ] Disciplinary (Ensure prejudicial statement attached)
- [ ] Physical (Ensure BUMED letter endorsed by NSTC is attached)
- [ ] General: ___
- [✓] Other: Dropped by Institution
- [ ] Special: ___
- [ ] Drop On Request: ___
- [ ] Death [ ] In the line of duty   [ ] Not in the line of duty

RECOMMENDED ATTRITION CODE: 91LL
EFFECTIVE DATE: ___

NSTC 1533/122 (07-11)   Page 1 of 2

NSTC-0005
EXHIBIT J

ENCLOSURE (1)


EXHIBIT Defendant's I

# NAVAL RESERVE OFFICERS TRAINING CORPS STUDENT DISENROLLMENT RECOMMENDATION (cont.)

## EVALUATE FUTURE ACCEPTABILITY FOR OFFICER PROGRAMS

- [ ] Highly Recommend
- [ ] Average Candidate
- [ ] Should NOT be considered without weighing "need of service" against reason for disenrollment
- [ ] Recommended if physical defects are corrected or if defects are not disqualifying for other reasons
- [✓] Definitely NOT recommended (Must provide justification)

## STUDENT STATEMENT

I understand that disenrollment for disciplinary or aptitude reasons may be prejudicial to my interest should I apply for future officer accession programs.

If given the option, I would choose (select one): [ ] Active Enlisted Service  [ ] Repay Tuition

to resolve my indebtedness to the U.S. Government for participation in the NROTC Program. I understand my choice is binding and that I will not be allowed to change at a later date. I also understand that the final determination will be based on the needs of the Department of the Navy as determined by the Secretary of the Navy.

MIDSHIPMAN SIGNATURE: [signature]
DATE: 25 AUG 2016

## PNS REMARKS

(Must include repayment recommendation)

See attached PRB report. MIDN ▮▮▮▮ was disenrolled prior to his obligation point and is not required to repay tuition.

PNS SIGNATURE: [signature]  R. HUTTON, CAPT, USN
DATE: ~~29 Sept 16~~ 29 Aug 16

NSTC 1533/122 (07-11)

Page 2 of 2

NSTC-0006