**PL Opp DSJ 27**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** )<br>)  **CIVIL ACTION**<br>Plaintiff, )<br>v. )<br>)<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY** )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS** )<br>**DANIELS, JR.,** in his official capacity as President of )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**, )  No. 2:17-cv-33-JPK<br>in her official capacity at Purdue University, )<br>**KATHERINE SERMERSHEIM**, in her official capacity )<br>at Purdue University, )<br>)<br>Defendants. ) | |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

Comes now Defendants, Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, and submits the following responses to Plaintiff, John Doe's, Requests for Admission:

Responses

1. "Jane Doe" did not file with the university until on or about April 4, 2016 any complaint about the alleged events involving non-consensual sexual touching and digital penetration that Jane Doe placed as occurring in November 2015.

**RESPONSE: Deny.**

2. There was no medical evidence supportive of Jane Doe's complaint of sexual misconduct against Plaintiff identified in the investigative report.

**RESPONSE: Admitted that the investigation report does not refer to evidence from a**

**healthcare provider.**

3. In response to Jane Doe's allegation that John Doe touched here in the crotch area over her clothes when she was sleeping, John Doe denied in the investigation and in the litigation under oath as doing.

1