IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) ) ) ) No. 2:17-cv-33-JPK |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate and respectfully move the Court to modify the deadline for briefs in reply to the respective oppositions to the parties' respective motions for summary judgment (DE 177 and 181) as follows:

On August 31, 2021, Defendants filed their Motion for Summary Judgment. On September 1, 2021, Plaintiff filed his Motion for Summary Judgment. Opposition briefs were filed on October 15, and reply briefs are currently due on October 29, 2021.

The undersigned attorneys have conferred regarding conflicting obligations in other matters during the week of October 29, 2021 and stipulate and agree to an extension to November 5, 2021 for reply briefs.

1

WHEREFORE, the parties respectfully move the Court to enter an order showing October 22, 2021 as the deadline for briefs in reply to the oppositions to the pending motions for summary judgment.

Date: October 22, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Byler (w/permission) | /s/ William P. Kealey |
| Philip A. Byler | William P. Kealey (18973-79) |
| Andrew T. Miltenberg | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | James F. Olds (27989-53) |
| 363 7th Ave 5th floor, | Stuart & Branigin, LLP |
| New York, NY 10001 | 300 Main St., Ste. 900 |
| Email: pbyler@nmllplaw.com | P.O. Box 1010 |
| amiltenberg@nmllplaw.com | Lafayette, IN 47902-1010 |
| Telephone: 212-736-4500 | Email: wpk@stuartlaw.com |
| **Attorneys for Plaintiff** | tlj@stuartlaw.com |
| | jfo@stuartlaw.com |
| | Telephone: 765-423-1561 |
| | **Attorneys for Defendants** |

1421638v1