# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) ) ) ) No. 2:17-cv-33-JPK |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO MODIFY *DAUBERT* MOTION BRIEFING SCHEDULE

Defendants, The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock and Katherine Sermersheim, by counsel, and Plaintiff, John Doe, by counsel, stipulate and respectfully move the Court to modify the deadline for Plaintiff John Doe's brief in opposition to and Defendants' brief in reply to the opposition with respect to Defendants' *Daubert* motion (DE 193) as follows:

On November 5, 2021, Defendants served and on November 8, 2021, Defendants filed their *Daubert* Motion with respect to Plaintiff John Doe's proffered expert Dr. R. Chris Barden. Plaintiff John Doe's opposition brief to Defendants' *Daubert* motion is currently due November 19, 2021, and Defendants' reply brief is currently due November 29, 2021.

The undersigned attorneys have conferred regarding conflicting obligations in other matters and stipulate and agree to an extension for Plaintiff John Doe's opposition to Defendants' *Daubert* motion to November 24, 2021, and Defendants' reply to December 6, 2021.

WHEREFORE, the parties respectfully move the Court to enter an order showing the deadlines for Plaintiff John Doe's opposition to Defendants' *Daubert* motion to be November 24, 2021, and for Defendants' reply to Plaintiff John Doe's opposition to be December 6, 2021.

Date: November 15, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Byler | /s/ William P. Kealey (w/permission) |
| Philip A. Byler (phv) | William P. Kealey (18973-79) |
| Andrew T. Miltenberg (phv) | Tyler L. Jones (34656-29) |
| Nesenoff & Miltenberg LLP | James F. Olds (27989-53) |
| 363 7th Ave 5th floor, | Stuart & Branigin, LLP |
| New York, NY 10001 | 300 Main St., Ste. 900 |
| Email: pbyler@nmllplaw.com | P.O. Box 1010 |
| amiltenberg@nmllplaw.com | Lafayette, IN 47902-1010 |
| Telephone: 212-736-4500 | Email: wpk@stuartlaw.com |
| ***Attorneys for Plaintiff*** | tlj@stuartlaw.com |
| | jfo@stuartlaw.com |
| | Telephone: 765-423-1561 |
| | ***Attorneys for Defendants*** |