IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) ) | No. 2:17-cv-33-JPK |
| Defendants. | ) | |

**PLAINTIFF JOHN DOE'S APPENDIX OF EXHIBITS IN
IN OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION
TO EXCLUDE EXPERT TESTIMONY OF DR. R. CHRIS BARDEN**

Pl Opp DDE 1: Dr. Barden Declaration

Pl Opp DDE 2: Dr. Barden Report

Pl Opp. DDE 3: Dr. Barden Declaration Exhibit A

Pl Opp DDE 4: Jacob Amberger Dep tr 9-10

Pl Opp DDE 5: Erin Oliver Dep tr 9

**Dated: January 6, 2022**        Respectfully submitted,
NESENOFF & MILTENBERG, LLP
By: /s/ *Philip A. Byler*
**Philip A. Byler, Esq.**
**Andrew T. Miltenberg, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
*Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on January 6, 2022.

William P. Kealey, Esq.
Tyler L. Jones, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tlj@stuartlaw.com
*Attorneys for Defendants*

BY:   ☐ U.S. Mail        ☐ Federal Express

☐ Hand-Delivery   x   Other: Email & ECF

_____*Philip A. Byler, Esq.*_____
Philip A. Byler, Esq.