PL Opp DDE 5

Page 1

1  IN THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION
3  ----------------------------------------------x
4  JOHN DOE,
5                    Plaintiff,
6            V.                    No. 2:17-cv-33-JPK
7  PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF
8  TRUSTEES, MITCHELL ELIAS DANIELS, JR., in his
9  official capacity as President of Purdue
10 University, ALYSA CHRISTMAS ROLLOCK, in her
11 official capacity of Purdue University, KATHERINE
12 SERMERSHEIM, in her official capacity at Purdue
13 University,
14                    Defendants.
15
16 ----------------------------------------------x
17
                          Videoconference
18
19                        December 4, 2020
                          1:30  P.M.
20
21
22
23 Deposition of ERIN OLIVER, held at the above time
24 and place, pursuant to Order, taken before a Court
25 Reporter of the State of Indiana.

Page 2

```
1  APPEARANCES:
2
3       NESENOFF & MILTENBERG, LLP.
        Attorneys for Plaintiff, John Doe.
4       363 Seventh Avenue - 5th Floor
        New York, New york 10001
5
        BY:  PHILIP A. BYLER, ESQ.
6
7       STUART & BRANIGAN, LLP.
        Attorneys for Defendants.
8       300 Main Street - Suite 900
        P.O. Box 1010
9       Lafayette, Indiana 47902-1010
10      BY:  WILLIAM P. KEALEY, ESQ.
11
12 ALSO PRESENT: Bill Lahey.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2              I N D E X
3  WITNESS          EXAMINATION BY         PAGE
4  Ms. Oliver      Mr. Byler              4
5                  Ms. Kealey             8
6              E X H I B I T S
7
8  OLIVER         DESCRIPTION           PAGE
9  Exhibit 1      Subpoena               4
10 Exhibit 10     Document               12
11 Exhibit 11     Response Statement     16
12 Exhibit 24     Notes                  18
13 Exhibit 25     Notes                  18
14 Exhibit 14     Investigation Report   32
15 Exhibit 19     Text                   36
16 Exhibit 20     Text                   36
17 Exhibit 21     Text                   36
18 Exhibit 22     Text                   39
19 Exhibit 29     Document               79
20 Exhibit 30     Document               82
21 Exhibit 31     Document               82
22
23     R E Q U E S T E D   I N F O R M A T I O N
24
25             R U L I N G S
```

Page 4

```
1  ERIN OLIVER, has been duly sworn in and testified
2  as follows:
3  EXAMINATION BY
4  MR. BYLER:
5     Q    Please state your name for the record.
6     A    Erin Oliver.
7     Q    Can you give me your business address?
8     A    100 Grace Hall, Notre Dame, Indiana
9  46556.
10         MR. BYLER: Okay, I was going to
11    mark the subpoena as Oliver exhibit one.
12    Does the Reporter have the exhibits,
13    there should be a subpoena.  Mark that
14    and the simple question is, is the
15    witness appearing today pursuant to the
16    subpoena?
17         THE WITNESS: Yes.
18         MR. BYLER: Mark subpoena one
19    Oliver one, is the subpoena which was
20    provided to everybody including the
21    court reporter.
22         (Marked for Identification Oliver
23    Exhibit 1, Subpoena, dated December 4,
24    2020.)
25         MR. BYLER: My name is Philip
```

Page 5

```
1  Byler.  I represent the plaintiff John
2  Doe in the action John Doe vs. Purdue
3  University and others.
4     Q    May I first ask this question.  Have
5  you been deposed before?
6     A    I have.
7     Q    Okay, are you familiar with the
8  question and answer format?
9     A    Yes.
10    Q    Okay, now have you done a Zoom
11 deposition before?
12    A    No.
13    Q    Okay.  I will just very quickly say it
14 is basically the same, it is just you have to be
15 careful we don't talk over each other.  I will try
16 my best and you know you want to do this any ways,
17 it is important with technology.
18         Okay, is there any reason you can't
19 give full and complete testimony today?
20    A    No.
21    Q    Okay. Can you summarize your
22 educational backround?
23    A    I received a Bachelor's of Arts from
24 University of Notre Dame in 2005 in American
25 Studies and Anthropology.  I graduated Michigan
```

Page 6

1  State University College of Law in 2012 focusing on
2  indigenous law policy.
3      Q   After 2012, what did you do?
4      A   Employed by Purdue University as an
5  investigator.  I was an investigator with Purdue
6  University in the office of --
7      Q   Between the time you graduated from
8  undergraduate in your law school was there
9  employment that you had?
10     A   Yes, I worked at the University of
11 Wyoming as a recruitment and retention manager.  I
12 worked for Purdue University in Indiana as a Public
13 Relations Director.
14     Q   What was the first school year you
15 worked for Purdue University?
16     A   I came to Purdue in the Fall of 2012.
17     Q   2012/2013 school year?
18     A   Correct.
19     Q   Okay, now after you came to Purdue what
20 position or positions did you hold at Purdue?
21     A   When I was originally hired as
22 assistant director of conflict resolution then I
23 was promoted as an associate director of the office
24 and then as the director in 2016.
25     Q   When in 2016?

Page 7

1      A   June.
2      Q   What was your position in 2015/2016
3  school year?
4      A   I was the associate director.
5      Q   What was the name of the agency?
6      A   The Office of Institutional Equity.
7      Q   Does the Office of Institutional Equity
8  house the investigators for Purdue?
9      A   Yes.
10     Q   Okay. How long did you remain as,
11 Director of the Office of Institutional Equity?
12     A   I was the director until, the spring --
13 I want to say March, spring of 2019, and then I
14 moved here to Notre Dame and started here in June
15 of 2020.
16     Q   Your current position at Notre Dame is?
17     A   I am sorry 2019, I am the Assistant
18 Vice-President of Institutional Equity and Title 9
19 Coordinator.
20     Q   That role, what did you do?
21     A   I oversee equal opportunity in general
22 across campus so I do the affirmative action
23 programs.  I am the AJ Coordinator, Title 9
24 Coordinator, oversee internal.
25     Q   When you went to Purdue did you receive

Page 8

1  any training in Title 9 administration or
2  enforcement?
3      A   Yes, we did minimally annual training.
4      Q   Who provided that, to your best
5  recollection?
6      A   A variety of outside -- the National
7  Association For College and University Attorneys, a
8  Tech 7 -- Organizational 7.  A number of law firms.
9  I can't recall all of those and some internal
10 policy training by the university.
11     Q   Okay, could you give a description what
12 is a TIKSA?
13     A   It is an Association of Title 9.  I
14 can't recall professionals so it is just an
15 organization ran by lawyers in the Title 9 field.
16     Q   Okay.  What was the purpose of the
17 training that you received in Title 9 matters?
18     A   To fully understand the legal
19 requirements of Title 9; interview techniques,
20 everything from legal writing to asking appropriate
21 questions relevant.
22         All the things kind of needed to fully
23 do internal investigation.
24     Q   Were you taught anything about getting
25 the story from both sides of a dispute?

Page 9

1      A   Yes.
2      Q   Okay what were you taught?
3      A   The importance of fair and equitable
4  unbiased investigation.
5      Q   Did you receive any training in terms
6  of trauma, of complainants?
7      A   Yes.
8      Q   What was that training?
9      A   Neurobiology of trauma.  How brains
10 code memories, do not code memories, during
11 traumatic instances.  That is really, all I recall
12 from the trainings.
13     Q   Do you recall who provided that kind of
14 trauma training?
15     A   I believe there was a faculty member
16 from Michigan State University; Rebecca Campbell.
17 Videos and research that is the only one I recall
18 off the top of my head.
19     Q   You do recall Professor Campbell?
20     A   Yes, I believe she has been the
21 prominent person on that subject?
22     Q   Did you ever hear the phrase, Believe
23 All Women?
24     A   No, it is not familiar.
25     Q   Or, Believe All Women?

3 (Pages 6 - 9)