# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY** )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS** )<br>**DANIELS, JR.**, in his official capacity as President of )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**, )<br>in her official capacity at Purdue University, **KATHERINE** )<br>**SERMERSHEIM**, in her official capacity at Purdue University, )<br>)<br>Defendants. ) | **CIVIL ACTION**<br><br><br><br><br><br><br>No. 2:17-cv-33-JPK |

### PLAINTIFF JOHN DOE'S RESPONSE TO DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY

Plaintiff John Doe ("Plaintiff" or "John Doe") respectfully submits this response to Defendants' Notice of Additional Authority (ECF No. 201), submitting a recent decision from the United States Court of Appeals for the Seventh Circuit noting the Article III standing requirement (ECF No. 201-1), *Pierre v. Midland Credit Mgmt., Inc.,* Case Nos.: 19-2993 and 19-3109.

In *Doe v. Purdue,* 928 F.3d at 666–667, the law of the case on the Article III standing was stated by (then) Judge Barrett. The Amended Complaints took care of the pleading of John Doe intending to re-enroll.

**Dated:  April 8, 2022**

                                                   **Respectfully submitted,**
                                                   **NESENOFF & MILTENBERG, LLP**
                                                   **By:** */s/ Philip A. Byler*
                                                       **Philip A. Byler, Esq.**
                                                       **Andrew T. Miltenberg, Esq.**
                                                       **363 Seventh Avenue, Fifth Floor**
                                                       **New York, New York 10001**
                                                       **(212) 736-4500**
                                                       **pbyler@nmllplaw.com**
                                                       **amiltenberg@nmllplaw.com**

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on April 8, 2022.

William P. Kealey, Esq.
Tyler L. Jones, Esq.
James F. Olds, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
        tlj@stuartlaw.com
        jfo@stuartlaw.com

*Attorneys for Defendants*

BY:   ☐ U.S. Mail        ☐ Federal Express

      ☐ Hand-Delivery    x  Other: ECF


*Philip A. Byler, Esq.*
Philip A. Byler, Esq.