IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

**PURDUE UNIVERSITY'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO TITLE IX CLAIM FOR DAMAGES FOR EMOTIONAL HARM**

Defendant Purdue University ("Purdue"), pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss Plaintiff's prayer for "emotional and psychological damages" against Purdue as a remedy in his private right of action under Title IX of the Education Amendments of 1972.

Plaintiff has two claims pending in this lawsuit: a section 1983 Due Process Clause claim and a Title IX discrimination claim. (ECF No. 160, Second Am. Compl., 44-63, ¶¶ 83-155). Plaintiff's section 1983 claim only seeks prospective injunctive relief and does not seek monetary damages. (*Id.* at 63). Plaintiff's Title IX claim, which pends only against Purdue, seeks, *inter alia*, damages for John Doe's alleged "emotional and psychological damages." (*Id.*).

The Supreme Court has recently determined that emotional distress damages are not available under Spending Clause antidiscrimination statutes—including Title IX. *See Cummings v. Premier Rehab Keller, P.L.L.C.*, No. 20-219, 596 U.S. __, 142 S. Ct. 1562, 2022 U.S. LEXIS

1

2230 (April 28, 2022). Because these types of damages are unavailable as a Title IX remedy, Plaintiff's Title IX claim for "emotional and psychological damages" fails to state a claim upon which relief can be granted. Plaintiff's claims in their entirety are also addressed in Purdue's pending motion for summary judgment. (*See* ECF Nos. 177-80).

    A supporting brief is filed with this Motion.

Dated: May 25, 2022

Respectfully submitted,

/s/ William P. Kealey
Tyler L. Jones (34656-29)
William P. Kealey (18973-79)
James F. Olds (27989-53)
Stuart & Branigin, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: 765-423-1561
Email: wpk@stuartlaw.com
       tlj@stuartlaw.com
       jfo@stuartlaw.com
**Attorneys for Defendants**

1501319v1