USDC IN/ND case 2:17-cv-00033-GSL document 208-3 filed 08/30/22 page 1 of 293

**NAVAL SERVICE TRAINING COMMAND**



**NSTC M-1533.2A**
**17 JULY 2015**

# Regulations

# for

# Officer Development

# (ROD)




**Published by Commander, Naval Service Training Command**

**THIS PAGE INTENTIONALLY LEFT BLANK**

NSTC M-1533.2A
17 Jul 15

**Executive Summary**

This Executive Summary highlights to Commanding and Executive Officers items of importance contained in this manual and provides references for more detailed information.

This Manual cancels NSTC M-1533.2, Regulations for Officer Development (ROD) for the Naval Reserve Officers Training Corps (NROTC), dated 12 October 2012 and explains specific policy set forth in.  It is intended to provide maximum uniformity and effectiveness in the application of all NROTC policies throughout the Naval Service Training Command.  It applies to all NROTC Units and Departments of Naval Science and to all staff and student personnel.

Guidance:

1.  The purpose of this manual is to provide key administrative and managerial regulations for the Naval Reserve Officers Training Corps programs.

2.  An act of Congress dated 4 March 1925 originally created the "Contract NROTC Program."  A later act, dated 13 August 1946, created the "Regular NROTC Program," also known as the "Holloway Plan."  A subsequent act, dated 13 October 1964 and modified in replaced these earlier acts without substantive change but changed the name of the program to the "Senior Reserve Officers Training Corps Program."

3.  NROTC programs are conducted at civilian universities and colleges and are made up of five types of students:

    a.  NROTC Scholarship Program Midshipmen.  These students who, after enlistment in the Naval Reserve, are appointed as Midshipmen, U.S. Naval Reserve, pursuant to Title 37, United States Code, Chapter 3 (Section 209).

    b.  NROTC College Program students.  These students have no military status.  College Program students may be selected for enrollment in the Advanced Course as they enter their junior year.  Immediately prior to the start of the Advanced Course, College Program students are enlisted in the Naval Reserve. College Program Students selected for the Advanced Course are commissioned upon graduation.

NSTC M-1533.2A
17 Jul 15

     c.   Seaman to Admiral-21 Officer Candidates are active duty enlisted personnel who were competitively selected to participate in an educational degree program which leads to a commission in the United States Navy

     d.   Marine Enlisted Commissioning and Education Program Officer Candidates are active duty enlisted personnel who were competitively selected to participate in a baccalaureate degree program which leads to a commission in the United States Marine Corps.

     e.   Strategic Sealift Officers are United States Naval Reserve students who are appointed Midshipmen, U.S. Naval Reserve upon graduation.

4.  Appointment in any status other than those indicated above is not authorized.  The provisions of paragraph 3 above are meant to be explanatory only.  They do not create any rights, entitlement, or benefit not granted by Federal statute.

5.  Upon receipt of this manual, Commanding Officers and Officers In Charge are directed to comply with this manual and are authorized to further implement references Title 10, United States Code, Chapter 103 (Section 2102, et seq.) and OPNAVINST 1534.1D through local instructions that do not conflict with the spirit or intent of this directive.  These regulations are binding on all personnel assigned to NROTC units and Departments of Naval Science.

6.  Suggestions to improve program administrative policy and procedures are encouraged and shall be submitted to the NSTC, Administrative Officer, 2601A Paul Jones Street, Great Lakes, IL, 60088-2845.

7.  The inventory of forms identified throughout enclosure (1), are the only forms authorized for daily unit operations.  These forms can be downloaded via the Naval Service Training Command website at http://www1.netc.navy.mil/nstc/manuals.asp.

R. A. BROWN
Rear Admiral, U.S. Navy

# REGULATIONS

# FOR

# OFFICER DEVELOPMENT

# TABLE OF CONTENTS

CHAPTER 1   General Principles and Organization ..................... 1-1

1-1   Authorization. ............................................. 1-1

1-2   Supervision ............................................... 1-1

1-3   Terms. .................................................... 1-2

1-4   Program Mission, Goals, Honor Code, and Core Values ......... 1-2

1-5   Intent of the NROTC Program. .............................. 1-4

1-6   Organization of the NROTC Program. ......................... 1-4

1-7   Department of Naval Science. ............................... 1-4

1-8   Establishment and Continuation of Units .................... 1-4

1-9   Withdrawal of Authority for Establishment of a Unit. ........ 1-5

1-10   Cross-Enrollment ......................................... 1-5

1-11   Limitation of NROTC Program Size. ........................ 1-6

1-12   Land Grant Institutions. ................................. 1-6

1-13   Facilities, Equipment, and Services. ..................... 1-6

1-14   Navy Junior Reserve Officers Training Corp (NJROTC), Navy National Defense Cadet Corps (NNDCC), Marine Corps Junior Reserve Officers Training Corps (MCJROTC) Assistance ..................... 1-6

CHAPTER 2   Selection and Placement ............................... 2-1

2-1   NROTC ..................................................... 2-1

2-2   NROTC College Program Basic Course ......................... 2-2

2-3   NROTC College Program Advanced Course ...................... 2-4

2-4   Naval Science Students ..................................... 2-5

2-5   Program Benefits Limitations. .............................. 2-5

2-6   National Scholarship Program ............................... 2-6

2-7   Navy Nurse Corps NROTC Program. ........................... 2-11

2-8   Immediate Scholarship Reservation (ISR). .................. 2-11

2-9   Alternative Scholarship Reservation (ASR). ................ 2-11

2-10   Minority Serving Institution Scholarship Reservations  ... 2-11

2-11   Frederick C. Branch Marine Leadership Scholarship Program  2-12

2-12   Pedro Del Valle Marine Leadership Scholarship Program .... 2-12

2-13   Year Group Determination ................................. 2-12

2-14   2- or 3-Year Scholarship Program (Navy/Nurse Option) ..... 2-12

2-15   2- or 3-Year Scholarship Program (Marine Option). ........ 2-16

2-16   Seaman to Admiral 21 (STA-21) Commissioning Program ...... 2-16

2-17   Marine Enlisted Commissioning Education Program. ......... 2-17

2-18   Meritorious Commissioning Program (MCP). ................. 2-18

2-19   Strategic Sealift Midshipman Program (SSMP). ............. 2-18

CHAPTER 3    Professional Development ............................. 3-1

3-1   General ............................................... 3-1

3-2   Staff Professional Conduct. ............................... 3-2

3-3   Responsibilities of PNS for Professional Development ........ 3-2

3-4   Professional Development Responsibilities of Military Staff . 3-4

3-5   NROTC Academic Program Requirements ......................... 3-6

3-6   Specified Courses. ....................................... 3-10

3-7   Naval Science Courses ..................................... 3-13

3-8   Curriculum Development and Revision ....................... 3-18

3-9   Evaluation of NROTC Instructional Effectiveness. ........... 3-22

3-10   NROTC Professional Training ............................. 3-22

3-11   Naval Science Institute (NSI). .......................... 3-23

3-12   Command and Leadership Training (CALT). ................. 3-23

3-13   NROTC Small Arms Training ............................... 3-23

3-14   Summer Training ......................................... 3-26

3-15   Sail Training ........................................... 3-29

3-16   Indoctrination Field Trips and Visits ................... 3-30

3-17   Physical Readiness/Fitness Training ..................... 3-31

3-18   Academic Standards of Midshipman Performance. ........... 3-39

3-19   Conduct/Aptitude Standards of Midshipman Performance ..... 3-40

3-20   Physical Readiness Standards. ........................... 3-42

3-21   Midshipmen Military Organization ........................ 3-43

3-22   New Student Orientation Programs ........................ 3-46

CHAPTER 4    Student Operations .................................... 4-1

4-1   Student Classification. .................................... 4-2

4-2   Date of Appointment. ....................................... 4-2

4-3   Enrollment ................................................. 4-3

4-4   Foreign Students ........................................... 4-5

4-5    Welcome Aboard Letters. ................................... 4-5

4-6    Officer Program Management Information System (OPMIS) ....... 4-6

4-7    Navy College Management Information System (NCMIS) .......... 4-7

4-8    Reporting Incoming Students ................................ 4-7

4-9    Student File. .............................................. 4-9

4-10   Evidence of Citizenship ................................. 4-11

4-11   Physical Exam/BUMED Waiver Recommendation. .............. 4-12

4-12   Drug and Alcohol Abuse Statement of Understanding ........ 4-12

4-13   Acceptance and Oath of Office. .......................... 4-12

4-14   The Concept of Honor. ................................... 4-12

4-15   Service Agreements. ..................................... 4-13

4-16   Enlistment/Reenlistment ................................. 4-15

4-17   Dependency Application/Record of Emergency Data. ......... 4-16

4-18   Servicemember's Group Life Insurance (SGLI). ............. 4-16

4-19   Personnel Security Investigations (PSI) ................. 4-16

4-20   Selective Service Registration. ......................... 4-18

4-21   Tattoo and Piercing Policies. ........................... 4-18

4-22   Student Identification Cards. ........................... 4-18

4-23   Status Reports. ......................................... 4-18

4-24   Midshipman Subsistence and Training Pay ................. 4-22

4-25   Summer School Tuition ................................... 4-23

4-26   STA-21 Tuition Authorization and Reimbursable Expenses ... 4-24

4-27   Foreign Language Testing and Registry ................... 4-25

4-28   Leave of Absence (LOA). ................................. 4-25

4-29   Student Awards .......................................... 4-28

4-30   Student Requests ........................................ 4-29

4-31   Service Assignment Survey ............................... 4-45

4-32   Pre-Service Assignment/ Military Occupational Specialty (MOS)
Assignment Requirements ......................................... 4-45

4-33   Service Assignment ...................................... 4-48

4-34   Individual Ready Reserve (IRR). ......................... 4-51

4-35   Marine Guaranteed Flight Option ......................... 4-51

4-36   Nuclear Screening and Application ....................... 4-52

4-37    Service Assignment for SSMP Midshipmen. .................. 4-54

4-38    Commissioning Scrolls ................................... 4-56

4-39    Commissioning Procedures ................................ 4-57

4-40    Disposition of Student File. ............................ 4-59

4-41    Health and Dental Record Disposition .................... 4-62

CHAPTER 5    Unit Operations and Administration .................... 5-1

5-1    General Policies ......................................... 5-2

5-2    Head of the Department of Naval Science .................... 5-2

5-3    Duties of Naval Science Instructor. ........................ 5-5

5-4    Duties of Other Officers and Enlisted Personnel ............ 5-6

5-5    Duties to the Host Institution Unrelated to NROTC .......... 5-7

5-6    Pursuit of Graduate Degrees ................................ 5-8

5-7    Residence and Uniform for NROTC Staff ..................... 5-8

5-8    Ethics Regulation/Standards of Conduct. .................... 5-8

5-9    Acceptance of Institution Benefits. ........................ 5-9

5-10    Unit Viability. ......................................... 5-9

5-11    Unit Military Manpower .................................. 5-9

5-12    Communications. ........................................ 5-11

5-13    Officer Program Management Information System (OPMIS) .... 5-11

5-14    Paper Files and Correspondence .......................... 5-11

5-15    Staff Fitness Reports. .................................. 5-11

5-16    Civilian Personnel Procedures ........................... 5-12

5-17    Staff and Unit Awards ................................... 5-14

5-18    Inspector General (IG) Programs. ........................ 5-15

5-19    Unit Safety. ............................................ 5-16

5-20    Mishap and Incident Reporting ........................... 5-16

5-21    Physical, Personnel, and Information Security Programs. .. 5-18

5-22    General Military Training (GMT). ........................ 5-19

5-23    Physical Readiness. ..................................... 5-20

5-24    Sexual Assault, Equal Opportunity (EO)/Sexual Harassment. 5-20

5-25    Victim and Witness Assistance Program (VWAP). ........... 5-20

5-26    Command Managed Equal Opportunity (CMEO) for Military. ... 5-20

5-27    Alcohol and Drug Abuse Prevention and Control. .......... 5-20

5-28    Urinalysis Testing ....................................... 5-20

5-29    Drug and Alcohol Program Advisor (DAPA). ................. 5-23

5-30    Suicide Prevention. ...................................... 5-23

5-31    Voting Assistance. ....................................... 5-23

5-32    Navy Family Accountability and Assessment System (NFAAS) . 5-23

5-33    Public Affairs ........................................... 5-23

5-34    Funding for NROTC Advertising ............................ 5-31

5-35    Recreation Funds ......................................... 5-32

5-36    National Scholarship Applicants' Officer Interviews ...... 5-32

CHAPTER 6    Performance Evaluation and Counseling .................. 6-1

6-1    General. .................................................. 6-1

6-2    Student Performance File. ................................. 6-1

6-3    Principles of Performance Counseling ...................... 6-2

6-4    Midshipman Counseling ..................................... 6-3

6-5    Midshipman Fitness Reports. ............................... 6-5

6-6    Active Duty Student Performance Evaluation. ............... 6-7

6-7    Warning, Probation, and Leave of Absence. ................. 6-8

6-8    Non-judicial Punishment (NJP) and Administrative Separations 6-12

6-9    Performance Review Board (PRB) ............................ 6-13

6-10    Convening a PRB .......................................... 6-15

6-11    The Respondent's Rights Before the PRB ................... 6-17

6-12    PRB Procedures ........................................... 6-18

6-13    The PRB Report ........................................... 6-19

6-14    Disenrollment Recommendations ............................ 6-20

6-15    Recoupment, AES, and Obligation Waiver ................... 6-24

6-16    Types of Disenrollments. ................................. 6-25

6-17    Disenrollment Packages ................................... 6-30

6-18    ASN (M&RA) Directed AES .................................. 6-38

6-19    ASN (M&RA) Directed Recoupment. .......................... 6-39

CHAPTER 7    Pay, Allowances and Benefits .......................... 7-1

7-1    General Benefits .......................................... 7-1

7-2    Scholarship Tuition, Fees, and Related Expenses ........... 7-2

7-3    Subsistence Allowances .................................... 7-5

7-4    Active Duty Pay ........................................... 7-6

7-5    Payments and other Benefits in Cases of Disability or Death . 7-7

7-6    Service Disabled Veterans. ................................ 7-7

7-7    Space Available and Reduced Fare Travel ................... 7-7

7-8    Federal Taxes ............................................. 7-8

7-9    Uniform Allowances. ....................................... 7-8

7-10   Record of Education Expenses ............................. 7-8

7-11   Procedures for Paying Education Expenses. ................ 7-9

7-12   Non-Government Funds ..................................... 7-9

CHAPTER 8   Supply Procedures ................................... 8-1

8-1  General Supply Management ................................. 8-2

8-2  STA-21 Authorized Payments for Tuition, Books, and Fees ..... 8-5

8-3  Military Personnel, Navy (MPN) ............................ 8-8

8-4  Travel Entitlements ...................................... 8-8

8-5  Property Accountability .................................. 8-10

8-6  Inventory Requirements. .................................. 8-13

8-7  Clothing ................................................. 8-14

8-8  Commutation in Lieu of Uniforms. ......................... 8-19

8-9  Government-wide Commercial Purchase Card Program Overview .. 8-22

8-10   Small Arms and Ammunition .............................. 8-25

8-11   GSA Leased Vehicles. ................................... 8-27

8-12   Member POV Parking Reimbursement ....................... 8-29

8-13   Tutorial Services ...................................... 8-30

8-14   Textbooks, Supplies, and Equipment. .................... 8-30

8-15   Training Materials. .................................... 8-32

8-16   Initial Telephone Service or Changes to Existing Service. 8-32

8-17   Cell Phones. ........................................... 8-32

8-18   NROTC Medical Matters. ................................. 8-33

8-19   Information Technology (IT). ........................... 8-34

8-20   Reprographic Equipment. ................................ 8-35

8-21   Survey and OPREP Reporting. ............................ 8-35

8-22   Transportation Account Code (TAC). ..................... 8-35

8-23   Allowed/Disallowed Expenses ............................ 8-35

8-24   Receipt of Property from Defense Reutilization and Marketing Office (DRMO) or Army Central Issue Facility (CIF) .............. 8-36

8-25   Storage of Supplies ...................................... 8-37

8-26   MREs and Tailored Operational Training Meals (TOTMs). .... 8-38

8-27   Document Register for Supply Actions ..................... 8-38

8-28   Accounting for Lost, Damaged, and Destroyed Property. .... 8-39

8-29   Gymnasium Fees. .......................................... 8-40

8-30   Military Retirement Ceremonies Fees. ..................... 8-40

CHAPTER 9   Medical ......................................... 9-1

9-1   General. .................................................. 9-1

9-2   Medical Examinations ...................................... 9-1

9-3   Physical Readiness ........................................ 9-4

9-4   Immunizations ............................................. 9-6

9-5   Medical Leave of Absence .................................. 9-7

9-6   Travel in Connection with Program Required Medical Examination. ........................................................... 9-7

9-7   Medical and Dental Care ................................... 9-8

9-8   Medical Claims and Compensation ........................... 9-9

9-9   Pre-commissioning Physicals ............................... 9-9

9-10   Health and Dental Records ............................... 9-14

## Appendixes

Appendix A: List of Acronyms
Appendix B: Quick Reference Guide to NROTC Standards
Appendix C: NROTC/SSO Course Revision Process
Appendix D: Pre-commissioning Process Check List
Appendix E: Awards
Appendix F: Performance Review Board Guide
Appendix G: Chain of Appeals
Appendix H: Expense Element Definitions
Appendix I: NROTC Uniform Requirements
Appendix J: Marine Option Post Graduate PTAD/ADSW Order
Appendix K: Academic Instructions for MECEP
Appendix L: List of NSTC Forms and Examples
Appendix M: Attrition Code Table
Appendix N: Summary of STA-21(N) Unique Requirements
Appendix O: NR Interview Prep Checklist

NROTC AES Obligation P-13

This page intentionally left blank.

## CHAPTER 1    General Principles and Organization

1-1   Authorization............................................... 1-1

1-2   Supervision ................................................ 1-1

1-3   Terms ..................................................... 1-2

1-4   Program Mission, Goals, Honor Code, and Core Values ........ 1-2

1-5   Intent of the NROTC Program................................ 1-4

1-6   Organization of the NROTC Program.......................... 1-4

1-7   Department of Naval Science................................ 1-4

1-8   Establishment and Continuation of Units ................... 1-4

1-9   Withdrawal of Authority for Establishment of a Unit........ 1-5

1-10   Cross-Enrollment ......................................... 1-5

1-11   Limitation of NROTC Program Size. ........................ 1-6

1-12   Land Grant Institutions. ................................. 1-6

1-13   Facilities, Equipment, and Services. ..................... 1-6

1-14   Navy Junior Reserve Officers Training Corp (NJROTC), Navy
National Defense Cadet Corps (NNDCC), Marine Corps Junior Reserve
Officers Training Corps (MCJROTC) Assistance .................... 1-6

**1-1   Authorization.**

The United States originally established the Naval Reserve Officers
Training Corps (NROTC) under authority of the Contract NROTC Program
Act of 4 March 1925 (Sec. 22) and the Regular NROTC Program Act of 13
August 1946, as amended and reenacted.  These acts have been replaced
by the Senior Reserve Officers Training Corps Program Act of 13
October 1964 (10 U.S.C. 2101 et seq.).

**1-2   Supervision**

8.  In conformity with the provisions of existing law, the NROTC
Program operates through appropriate directives issued by the
Department of the Navy (DoN) and the Department of Defense (DoD).  DoD
Directive 1215.8 outlines policy for the Senior Reserve Officers
Training Corps Programs and provides guidance for the administration
and operation of the NROTC Program.

9.  Commander, Naval Service Training Command (CNSTC) prescribes
courses for theoretical and practical professional naval education for
NROTC units, provides NROTC units with the necessary transportation,
equipment, and uniforms, prescribes policies, and authorizes such
expenditures from proper appropriations as necessary for the efficient
execution of the NROTC Program.

10.  Naval Service Training Command (NSTC) is the administrative agent
for the NROTC Program, Seaman to Admiral-21 Program (STA-21),
Strategic Sealift Midshipman Program (SSMP), Marine Enlisted
Commissioning Education Program (MECEP), Meritorious Commissioning
Program (Marine) (MCP), and exercises military command of all NROTC
units and Departments of Naval Science (DNS).  NSTC Officer
Development (OD) is the Program Manager and the point of contact for
NSTC OD programs and procedures.

**1-3  Terms.**

The following standard terminology is used throughout this document:

1.  Abbreviated references to Academies and/or Naval Activities will
be in accordance with the Standard Naval Distribution List (SNDL),
Catalog of Naval Shore Activities.

2.  References in this manual to the Commanding Officer (CO) and
Professor of Naval Science (PNS) are considered synonymous, unless
otherwise noted.

3.  References to DNS may refer to either the academic department of
the college/university headed by the PNS or the activity headed by the
Officer in Charge (OIC) at a maritime academy.  Meaning is determined
by context of the topic.

4.  The term "student" is used to refer generically to any student in
the NROTC Program, MECEP, STA-21 Program, or SSMP without regard to
gender, unless specifically noted.

**1-4  Program Mission, Goals, Honor Code, and Core Values**

1.  <u>Mission</u>.  To develop future officers mentally, morally, and
physically, and to instill in them the highest ideals of duty,
loyalty, and the core values of Honor, Courage, and Commitment in
order to commission college graduates as Naval officers who possess a
basic professional background, are motivated toward careers in the
Naval Service, and have a potential for future development in mind and
character so as to assume the highest responsibilities of command,
citizenship, and government.

2.  Goals.  The primary objectives are to imbue in students a strong moral compass, self-discipline, and a passion to serve and to provide students with:

    a.  An understanding of the fundamental concepts and principles of Naval Science.

    b.  A basic understanding of associated professional knowledge.

    c.  An appreciation of the requirements for national security.

    d.  An educational background which will allow students to perform successfully in their careers, pursue continuing education in a field of application, and further their interest in the Naval Service.

    e.  A high state of physical readiness.

3.  Honor Code.  Military systems, which often operate under extreme duress, are built on a foundation of absolute trust and fidelity. NROTC must instill honor upon future officers during accession training and ensure that honor is carried into fleet service.  A future officer does not lie, cheat or steal.

4.  Core Values.  Throughout its history, the Naval Service has successfully operated through reliance on certain values held by its personnel.  Naval leaders have attributed these values to be among the most important factors that contributed to the success of our organization and to their own personal success.  Core values are Honor, Courage and Commitment.  A Naval officer must exhibit these values in the everyday practice of his or her profession.

    a.  Honor.  Honor is a keen sense of ethical conduct, honesty, integrity, and responsibility.  Honor includes honesty, at all times no matter the outcome.  It is respect to both juniors and seniors. Finally, it includes upholding one's self at all times to the highest personal standards in responsibility and accountability.

    b.  Courage.  Future officers must meet the demands of the Naval Service and the mission when it is hazardous, demanding or otherwise difficult, make decisions in the best interest of the Naval Service and the nation, without regard to personal consequences, meet all challenges while adhering to a higher standard of personal conduct and decency, be loyal to our nation, ensuring the resources entrusted to us are used in an honest, careful and efficient way, and have the moral and mental strength to do what is right, even in the face of personal or professional adversity.

   c.  Underline{Commitment}.  Every officer is responsible for the safety,
professional, personal, and spiritual well-being of their personnel.
Future officers must show respect toward all people without regard to
race, religion or gender and treat each individual with human dignity.
They must be committed to positive change and constant improvement,
exhibit the highest degree of moral character, technical excellence,
quality, and competence in what we have been trained to do, and work
together as a team to improve the quality of our work, our people, and
ourselves.

**1-5  Intent of the NROTC Program.**

The intent of the NROTC Program is to provide officer accessions for
the Navy and Marine Corps and to provide and maintain Naval officer
strength by:

1.  Qualifying students for appointment as ensigns in the Navy or
second lieutenants in the Marine Corps.

2.  Increasing dissemination of information concerning the Navy and
Marine Corps, their purposes, ideals and achievements, thereby gaining
and holding increased public interest in the maintenance of adequate
Naval preparedness.

**1-6  Organization of the NROTC Program.**

The NROTC Program is composed of Naval units established at civilian
institutions of higher education in the United States.  These units
are officially designated as "NROTC Unit, [Institution Name]," or in
the case of consortia and Maritime Academies, by a term descriptive of
the associated institutions.

**1-7  Department of Naval Science.**

Instruction given at state and federal maritime academies, per the
programs prescribed, shall be conducted and supervised by the OIC,
DNS.

**1-8  Establishment and Continuation of Units**

1.  Upon approval by the Secretary of the Navy (SECNAV), NSTC may
establish an NROTC unit for the purpose of preparing selected students
for commissioned service at any accredited civilian educational
institution authorized to grant baccalaureate degrees.

2.  The establishment, continuation, and disestablishment of an NROTC
unit shall be per Title 10, Section 2101, et seq., United States Code
and appropriate DoD and DoN directives.

3.  A civilian institution of higher education desiring to establish
an NROTC unit must apply to DoN.  Decisions concerning establishment
are the prerogative of SECNAV.  NSTC OD5 coordinates the application
process and maintains application files.

4.  NSTC shall review the effectiveness and efficiency of each unit
annually to assess its viability in terms of established criteria.
Units assessed as substandard will be placed in an evaluation status
or disestablished by NSTC per directives issued by DoD and DoN.

**1-9  Withdrawal of Authority for Establishment of a Unit.**

An institution desiring its NROTC unit be withdrawn will report in
writing, giving reasons in full, to NSTC OD at least three months
prior to the date upon which withdrawal is to be effective.  A unit
will not be maintained at an institution when the institution, after
thorough consideration, desires its withdrawal.  Ordinarily, NSTC will
withdraw a unit at the end of an academic year.  SECNAV may, upon the
recommendation of NSTC OD, via CNSTC, and upon at least three months
written notice to the institution, withdraw the unit from an
institution.  Whenever the authorities of an institution request the
withdrawal of a unit, or when in the opinion of the PNS a unit should
be withdrawn, the PNS shall write to NSTC OD providing details of the
withdrawal request.  In all cases, final authority for withdrawal is
with SECNAV.

**1-10 Cross-Enrollment**

1.  Quality students from nearby institutions may cross-enroll in the
NROTC Program when the Navy, host institution and the non-host
institution create or have in effect written agreements that permit
such enrollments.

2.  To establish new cross-enrollment agreements, a written request
for each agreement is submitted to NSTC OD5.  This request must
include a cover letter and a copy of an agreement proposal.  The
proposed agreement must, among other things, address acceptance of
Naval Science courses as college-level study, transfer of credit for
these courses, and enrollment procedures.  Conditions for canceling
the agreement and other matters deemed appropriate should be made part
of the agreement.  Parties to the agreement are the NROTC unit, the
host institution, and cross-town (non-host) college or university.
NSTC will make the final decision regarding establishment of cross-
town agreements.  Units must possess CNSTC's written approval before
signing, or allowing university officials to sign, the agreement.

3.  Separate written agreements are required for each non-host institution.  Agreements with community or junior colleges shall not be negotiated unless the host institution confirms the admission of students upon successful completion of a college transfer program at the non-host institution.  Each NROTC unit shall maintain a file of its agreements in effect.

4.  Each NROTC unit shall ensure that one copy of each applicable agreement is on file at NSTC OD5.  When new agreements are negotiated, current agreements are dissolved, or when changes in contractual terms are implemented, NSTC OD must concur and approve such changes.

5.  Successful negotiation of a cross-enrollment agreement does not imply approval for establishment of a future NROTC unit.

**1-11  Limitation of NROTC Program Size.**

NSTC develops program strength plans based on projected officer accession requirements established by the Chief of Naval Operations (CNO).  These plans are subject to statutory limits, funding constraints, and approved strength levels.

**1-12  Land Grant Institutions.**

The obligations of land grant institutions to provide military instruction, imposed by the Act of 2 July 1862 (7 U.S.C.  304), are not altered by the enacting law authorizing the NROTC nor by this instruction.  The military training requirements, prescribed by the above act, are considered to be fulfilled by students who have successfully completed two years of Naval Science courses and drills.

**1-13  Facilities, Equipment, and Services.**

The responsibilities of the NROTC unit and the host institution, including facilities, equipment, and services provided by the institution, shall be per the terms of the Agreement to Establish and Maintain an NROTC Unit.

**1-14  Navy Junior Reserve Officers Training Corp (NJROTC), Navy National Defense Cadet Corps (NNDCC), Marine Corps Junior Reserve Officers Training Corps (MCJROTC) Assistance**

1.  <u>General</u>.  As part of the NROTC Program, units shall serve as a "Big Brother" to one or more of the NJROTC, NNDCC, and/or MCJROTC units in the area.  NSTC OD5 will coordinate the assignment process. NSTC OD5 will also incorporate the practical sponsorship requirements into the NROTC Program and will serve as the point of contact on all matters relating to the emphasis of the "Big Brother" Program.

2.  Authorization.  NSTC authorizes and encourages NROTC units to use their staff and students to support and sponsor NJROTC, NNDCC, and MCJROTC activities such as:

    a.  Hosting

        (1) Host/conduct on-campus drill and field meets.

        (2) Conduct on-campus air rifle matches and serve as range safety officers.

        (3) Provide escorts to NJROTC cadets visiting the college campus for orientation and allow cadets to attend NROTC classes with the students.

    b.  Visits to NJROTC Units

        (1) Conduct visits to NJROTC/NNDCC units to acquaint students with the NROTC Scholarship Program.

        (2) Disseminate information to the NJROTC/NNDCC cadets concerning the NROTC Program purposes, ideals, and achievements.

        (3) Provide guest speakers to the NJROTC/NNDCC Naval Science classes.

        (4) Assist the NJROTC unit's instructors with cadet inspection and other ceremonial events.

        (5) Provide assistance with all areas of the NJROTC/NNDCC armed and unarmed drill teams' training and performance.

        (6) Provide assistance with NJROTC/NNDCC sailing activities.

        (7) Provide advising of NJROTC/NNDCC cadets.

    c.  Administrative Assistance to NJROTC/NNDCC Units

        (1) Provide Naval training aids and/or equipment as requested and as available.

        (2) Provide logistics advice and assistance as needed.

This page intentionally left blank.

## CHAPTER 2    Selection and Placement

2-1    NROTC ...................................................... 2-1

2-2    NROTC College Program Basic Course ......................... 2-2

2-3    NROTC College Program Advanced Course ...................... 2-4

2-4    Naval Science Students ..................................... 2-5

2-5    Program Benefits limitations ............................... 2-5

2-6    National Scholarship Program ............................... 2-6

2-7    Navy Nurse Corps NROTC Program ............................ 2-11

2-8    Immediate Scholarship Reservation (ISR) ................... 2-11

2-9    Alternative Scholarship Reservation (ASR) ................. 2-11

2-10   Minority Serving Institution Scholarship Reservations (MSISR)
       ...................................................... 2-11

2-11   Frederick C. Branch Marine Leadership Scholarship Program  2-12

2-12   Pedro Del Valle Marine Leadership Scholarship Program .... 2-12

2-13   Year Group Determination ................................. 2-12

2-14   2- or 3-Year Scholarship Program (Navy/Nurse Option) ..... 2-12

2-15   2- or 3-Year Scholarship Program (Marine Option) ........ 2-16

2-16   Seaman to Admiral 21 (STA-21) Commissioning Program ...... 2-16

2-17   Marine Enlisted Commissioning Education Program ......... 2-17

2-18   Meritorious Commissioning Program (MCP) ................. 2-18

2-19   Strategic Sealift Midshipman Program (SSMP) ............. 2-18

**2-1    NROTC**

1. <u>General</u>.  This chapter covers the selection and placement of students into NROTC programs.  NROTC is designed to educate and train deserving young men and women for careers as commissioned officers in the unrestricted line of the Navy or Marine Corps or Staff Corps in the Navy Nurse Corps.  Prescribed university requirements, Naval Science requirements, and annual training requirements for all programs are specified in Chapter 4, Professional Development.

2. <u>Midshipman Eligibility Requirements</u>.  To be eligible for enrollment as an NROTC midshipmen, an applicant must meet the following requirements:

a.  Be a United States citizen, naturalized U.S. citizen or have submitted naturalization papers (must be naturalized prior to scholarship activation);

b.  Have no moral obligations or personal convictions that will prevent bearing of arms and supporting and defending the Constitution of the United States against all enemies, foreign and domestic or to taking an oath to perform such acts;

c.  Be at least 17 years of age on or before 30 September of the year of enrollment and less than 27 years of age on 31 December of the year an applicant expects to graduate, complete all NROTC training requirements, and be commissioned.  Those with prior or current active duty in the Armed Forces may be granted age waivers equal to the number of months served.  Those granted the maximum age waiver must not have reached their 30th birthday by 31 December of year graduation and commissioning are anticipated;

d.  Meet physical requirements for the NROTC Program; and

e.  Possess a high school diploma or equivalent certificate; and

f.  Be accepted for admission as a full-time student at a participating NROTC college or university.

3.  Active duty Navy applicants are ineligible to apply for the NROTC Program through Navy Recruiting Command (NRC), per CNRCINST 1533.4 series.  Active members of other branches of the military may apply if they are granted a conditional release.  If an NROTC applicant desires to enlist, or is already enlisted into the Delayed Entry Program (DEP), they shall not be shipped to Recruit Training Command (RTC) until after a final determination (selection or non-selection for the NROTC scholarship) has been decided.

**2-2  NROTC College Program Basic Course**

1.  <u>General</u>.  The NROTC College Program is offered to college students who wish to serve their country as commissioned officers, but who have not been awarded any form of an NROTC scholarship.  College Program students are selected from those who have applied for enrollment at the NROTC unit and sign a contract in which they agree to complete certain Naval Science courses and one summer training period (if selected for Advanced Standing).  The Basic Course of the College Program is designed for those students with at least three years of college coursework remaining.  While in the Basic Course, students have the status of civilians.

2.  <u>Application</u>.  The prospective College Program student shall submit the NROTC College Program Application NSTC 1533/133 and the Report of Medical History DD Form 2807-1 to the NROTC unit at their school.

3.  <u>Selection</u>.  The PNS/OIC is authorized to select students for the Basic Course of the College Program.  The minimum criteria for selection are:

    a.  Be motivated to serve as a commissioned officer in the Naval service;

    b.  Be a U.S. or naturalized citizen or have submitted naturalization papers (must be naturalized prior to entry to Advanced Standing);

    c.  Be enrolled as a full-time student at a host institution or an institution with a crosstown-enrollment agreement;

    d.  Be a high school graduate or possess an equivalency certificate;

    e.  Have no apparent physically disqualifying factors based on a review of the Report of Medical History DD Form 2807-1;

    f.  Have the ability to meet the height/weight requirements;

    g.  Have no felony conviction or conviction by courts-martial;

    h.  Not be awaiting criminal trial or sentencing, or be under any other type of military or civil restraint as a result of violation of law or regulation, or have been convicted of an offense the nature of which renders the applicant unfit for commissioned service;

    i.  Meet DoN requirements concerning use of drugs or alcohol in accordance with OPNAVINST 5350.7 series.  Each unit shall explain these requirements to students before they execute the NROTC College Program Application NSTC 1533/133 and ask that each student, as part of the application process, sign the Drug and Alcohol Statement of Understanding NSTC 1533/153.

    j.  Complete and sign the Drug Statement for Naval Reserve Officer Corps Application 1533/101.  Any student who answers yes to questions concerning previous use or involvement with drugs may not be awarded Scholarship/Advanced Standing without the specific approval of NSTC OD.

    k.  Have no body piercings and tattoos that violate Navy or Marine Corps policy, as applicable; and

l.  Have two or more years of college coursework remaining until they receive a degree.

**2-3  NROTC College Program Advanced Course**

1.  <u>General</u>.  NROTC College Program students are considered to be in Advanced Standing if they are selected by NSTC OD2 or Marine Corps Recruiting Command (MCRC) for Advanced Standing, accepted in the Advanced Course by the PNS, found physically qualified by Depart of Defense Medical Review Board (DoDMERB) and attend the third year of the Naval Science course.  NROTC College Program Advanced Standing includes the third and fourth year of Naval Science classes and First Class (1/C) summer training.  Every student selected for the Advanced Course must enlist in the Naval or Marine Corps Reserve prior to commencing the Advanced Course.  In return for enlistment and acceptance into the Advanced Course, the Navy will provide each Advanced Standing student uniforms, Naval Science textbooks, and a subsistence allowance for a maximum of 20 months.  The NROTC College Program student, upon graduation and completion of Naval Science requirements, will be commissioned as an ensign in the Navy or as a second lieutenant in the Marine Corps.

2.  <u>Basic Course Participation</u>.  Participation in the College Program Basic Course is not required to be considered for the Advance Course.

3.  <u>Application</u>.  Advanced Standing Selection Boards meet each summer to consider those midshipmen expected to enter Advanced Standing at the commencement of the fall academic term and select which students shall enter Advanced Standing.  An OPMIS OFFICIAL MAIL message will announce the submission deadlines each year.

   a.  The OPMIS OFFICIAL MAIL message will outline the procedures for nominating a midshipman and the documents/information required in the nomination package.

   b.  Each unit shall confirm that those nominated intend to enroll as Advanced Standing midshipmen if selected.

   c.  College Program applicants who are not selected for a scholarship by the "Summer Board" will automatically have their package placed before the Advanced Standing Board.  Where applicable, unit Advanced Standing rankings will be adjusted to account for those selected for a scholarship.

   d.  Selected midshipmen shall be physically qualified by DoDMERB before being placed in Advanced Standing.  Upon receipt of the application, NROTC Units shall schedule the applicant for an entry

physical at a nearby Military Medical Facility or DoDMERB
Comprehensive Health Services (see CHAPTER 9).  Physicals may not be
performed by Military Entrance Processing Stations (MEPS).

   e.  The PNS shall recommend for disenrollment College Program
midshipmen not selected for Advanced Standing by the board.

   f.  College Program students selected for Advanced Standing shall
be notified of their acceptance via their unit, and shall complete the
following documents, which will be maintained in the Student File:

      (1) Advanced Standing Agreement NSTC 1533/127;

      (2) Oath of Office NSTC 1533/126 and

      (3) Enlistment/Reenlistment Document Armed Forces of the
United States, DD Form 4.

## 2-4  Naval Science Students

1.  Civilian Students.  With the approval of the PNS/OIC and the
university, students who are not participating in any NROTC
scholarship program may enroll in Naval Science courses because of
their personal interest in the course or as a candidate for enrollment
in the NROTC College Program or the SSMP (see Section 2-19).  These
civilians are known as Naval Science students.  Such enrollments are
permitted provided the acceptance of such students will not adversely
affect the instruction given to students who are participating in
NROTC programs.  Naval Science students are not members of the NROTC
unit or DNS.  Unless specifically authorized by NSTC OD, they will not
be eligible to participate in NROTC Summer Training, unit physical
fitness training, or drill, and will not be issued uniforms, have
access to sensitive information, or receive any NROTC benefits.  They
are not considered NROTC midshipmen and may withdraw from Naval
Science classes per university guidelines.

2.  Previous Credit.  Naval Science students who request and are
approved for the College Program or the SSMP, are credited with Naval
Science courses previously completed.

## 2-5  Program Benefits Limitations.

Program benefits include tuition, book allowance, academic fees,
and/or stipend payments made to, or on behalf of, a midshipman,
whether on Scholarship or Advanced Standing.  The normal duration of
scholarship benefits will be for no more than four years (40 months).
The length of scholarship benefits is predicated upon the student's
degree plan.  Students will receive scholarship benefits only for the

time required to receive their Baccalaureate Degree or four years, whichever comes first. The normal duration of the Advanced Standing benefits will be for no more than two years (20 months). The total duration of program benefits that a midshipman (Scholarship, Advanced Standing or combination thereof) may receive will not exceed 40 months without extended benefits approved by CNSTC. Program benefits (Scholarship, Advanced Standing or combination thereof) can only be paid up through the end of the fourth academic year regardless of the total time in the NROTC Program or the time remaining until the estimated graduation / commissioning date. To continue benefits past the fourth academic year, students must be approved for extended benefits regardless of how many months of benefits they have received prior to that. Those applicants requiring more than four academic years (whether on a bona-fide five-year track or otherwise) to receive their degree must submit a request for extended benefits. See Section 4-30 for details on requesting extended benefits.

**2-6  National Scholarship Program**

1.  General

    a.  Recipients of National Scholarships are selected from applicants through a national competition. Applicants apply for the Navy Option, Nurse Corps Option or Marine Corps option and selectees are appointed midshipmen in either the United States Navy (USN) or United States Marine Corps Reserve (USMCR), as appropriate. Selectees also are granted the compensation and benefits authorized by law and current policy during the Basic Course (not to exceed 20 months) and the Advanced Course (not to exceed 20 months) for a total period not to exceed four years (40 months or 50 months with approved extended benefits). During this period, the government pays for college tuition, authorized academic fees, a textbook stipend, a subsistence allowance as prescribed by law and Navy policy, and provides uniforms or compensation in lieu.

    b.  All scholarship selection decisions are announced by NSTC OD (Navy and Nurse Corps) or Marine Corps Recruiting Command (MCRC). NROTC units may nominate individuals for Scholarship status, but higher authority makes the selection decisions.

    c.  The PNS should consider a selectee's status against program requirements and standards. If a PNS determines that a scholarship selectee does not meet program standards and it is in the best interest of the Department of the Navy to not activate the scholarship, the PNS shall contact NSTC OD or MCRC immediately to discuss the case and the way ahead.

2. Application/Placement

    a. <u>Applications</u>.  In order to be considered for a National
Scholarship, individuals apply via the NROTC website,
https://www.nrotc.navy.mil/, in coordination with a local Navy/Marine
Corps Recruiter or Candidate Guidance Officer (CGO).  If the
individual meets the basic eligibility criteria in Section 2-1, the
applicant shall complete additional signature forms (drug and
debarment statements, statement of understanding), perform an
Applicant Fitness Assessment, and are interviewed by a Navy or Marine
Corps officer.  Completed Navy applications are forwarded to NSTC OD
Selection and Placement Office (signature forms mailed and application
electronically released).  Completed Marine Corps applications are
forwarded to the Marine Recruiting District.

    b. <u>Selections</u>.  Final scholarship selection decisions are based
on recommendations from a Continuous National Selection Board (CNSB)
that convenes pursuant to a precept that lists selection criteria and
the administrative process under which the board will operate.  NSTC
OD conducts a series of selection boards each year for Navy Option and
Navy Nurse Option scholarships.  MCRC holds a selection board for
Marine Option scholarships bi-annually in November (early board) and
February (principal board).

    c. <u>Notification</u>.  NSTC OD notifies Navy Option and Nurse Option
applicants and MCRC notifies Marine Option.

    d. <u>Medical Exam</u>.  Scholarship nominees must meet physical
qualification standards.  The data for those nominated for scholarship
(both Navy and Marine Option) is loaded by NSTC OD2 in the OPMIS NROTC
Placement Form.  From the data contained in the Placement Form, names
and social security numbers (SSNs) are sent to DoDMERB to assist in
the scheduling and completion of a physical examination.  DoDMERB
contractors are responsible for contacting nominees and scheduling an
examination.  DoDMERB determines if the nominees are qualified or
disqualified and notifies the nominees and NSTC OD2.  It is the
nominees' responsibility to provide any additional medical information
requested by DoDMERB and their failure to do so may result in their
disqualification for a scholarship.  The case files for nominees who
are found disqualified will be automatically forwarded by DoDMERB to
the Bureau of Medicine and Surgery (BUMED) for waiver recommendation.
DoDMERB will notify the nominees of the decision to waive or not to
waive any disqualifying physical condition.  If a nominee reports to
an NROTC unit before being found physically qualified or before
securing any needed waiver, the unit shall assist the student in
completing the physical qualification process.  Students may not be

placed on Scholarship status until found physically qualified or securing a waiver of any disqualifying condition.  See CHAPTER 4 for further guidance.

    e.  Final OPMIS Physical Code.  In October of each year, the current year's placement file data must be transferred by Naval Education and Training Professional Development and Technology Center (NETPDTC) to a history file in order to get ready for the next year's group of scholarship nominees.  After data transfer, unit personnel must enter the final physical code and approval date in the OPMIS Personal/Program Form.

    f.  Placement.  Once offered a scholarship, each selectee is placed at an NROTC unit based on the desires of the individual, order of merit, and the quotas available at the unit to include the specific host and cross-town schools of the unit.  Students may request, in writing, a change of their choice of schools any time prior to school start dates.  Requests for a school change may be denied if the NROTC unit is full.  Units shall refer all requests for school changes or inquiries regarding unit vacancies to NSTC OD2 via email to: pnsc_nrotc.placement@navy.mil.

    g.  Top Selects.  A "Top Select" is defined as a scholarship recipient who submitted their application before 31 December and who has a CNSB select score in the top 10% of the current year's board score (scores from all boards for the current year will be used to determine the top 10%).  Top Selects will not normally be identified until mid-April when the last CNSB is complete.  Therefore, initial placement will follow the normal process which is based on individual preference and quotas available.  Since information regarding school admissions is not known until individual students are notified by their assigned schools, NROTC scholarship placement quotas will not be reserved at other schools for these reassignments.  Rather, these reassignments may be in excess of a school's offer cap.  When a Top Select is denied admission at their assigned school, NSTC OD2 will reassign the scholarship to their next listed school choice.  If a recipient was placed at a school other than their first choice and is later determined to be a "Top Select," the scholarship will be reassigned only if the recipient actively applied for, but was denied admission to their assigned school.  If the Top Select gained admission to their assigned school, any requests for reassignment will receive normal processing.

    h.  Unit Placement Role

(1) When the nominees' names appear on the OPMIS GF20R61 report, the NROTC unit shall send a welcome letter to the prospective nominees (see Section 4-5 ).  This personal follow-up promotes acceptance of the scholarship and also provides the nominee with information about the host institution and unit.  All correspondence with nominees must state that the scholarship is contingent on being found physically qualified or receiving a waiver for any physical disability and admission into the academic institution listed on their application.

(2) If a nominee is not accepted into the academic institution to which their scholarship is placed, units will update the 'school accept' field in OPMIS at the earliest opportunity to aid in efforts for admission to another academic institution with an NROTC unit.  The nominees must be directed by the unit to inform NSTC OD2 of their new choice of academic institution.  Failure to do so will cause them to remain on the database of the original unit, not appear on the database of their new choice of unit, and potentially cause them to lose the scholarship.

i.  <u>Acceptance</u>.  Individuals who accept a scholarship, who are found physically qualified or secure a waiver, and who are admitted to the academic institution to which they are placed, are mailed letters of authorization by NSTC OD2 to proceed to that academic institution and report to the PNS.  A copy of this letter is also provided to the unit.  These letters will be mailed starting in July, continuing until the end of October.  After October, units shall send individual requests to OD2 for a letter of authorization.

j.  <u>Deferring Acceptance</u>.  Those who want to defer acceptance of the scholarship shall immediately notify NSTC OD2.  Requests to defer come from the student via the NROTC unit to OD2.  Requests to defer scholarships are granted on a case-by-case basis.

k.  <u>Active Duty Selectees</u>.  For active duty selectees, such as those from other services with conditional releases or those who applied prior to shipping to Recruit Training Command (RTC), NSTC OD will request orders from the appropriate branch or notify RTC to issue a Standard Transfer Order (STO).  The current Joint Travel Regulations (JTR) identifies moves by active duty personnel to an NROTC unit as a Permanent Change of Station (PCS) move.  Travel shall be liquidated at PCS rates.

l.  <u>Non-Active Duty Selectees</u>.  Non-active duty selectees will make their own arrangements for transportation to the NROTC unit. Travel will be liquidated at the current temporary additional duty

(TAD) rate per mile by Personally Owned Vehicle (POV) or the cost of a Government transportation ticket.

    m.  <u>Pending Physical Status</u>.  Individuals who accept a scholarship, have been admitted to the academic institution to which they have been placed, but who have not yet been found physically qualified or secured a waiver, may not be put on Scholarship status. NSTC OD will advise them that they may proceed to campus and enroll in courses, but that they do so at their own risk and with no guarantee of scholarship or any other NROTC benefit until they are found physically qualified or a waiver is given.  Tuition shall not be paid for such an individual, but unit personnel may work with the university bursar's office to arrange for a delay in tuition payment until the student's status is known.  Students pending final physical status shall obtain a statement from a physician stating he/she is physically fit to participate in physical activity before being allowed to participate in the physical requirements of orientation, Physical Readiness Test/Physical Fitness Test/Combat Fitness Test (PRT/PFT/CFT), or drills that require physical activity.

**Figure 2-1: National Scholarship Selection/Placement Process**



**2-7   Navy Nurse Corps NROTC Program.**

The Navy Nurse Corps program is available to students interested in pursuing a Bachelor of Science degree in Nursing (BSN).  Upon graduation, Navy Nurse Program midshipmen are commissioned as Regular officers in the Navy Nurse Corps.  Nurse NROTC eligibility is the same as the National Scholarship Program requirements.  Navy Nurse Corps NROTC scholarship recipients are selected during either the National Scholarship CNSB or during the National 2- or 3-year Scholarship Board.  Those interested in a four-year program apply through the National Scholarship Program.  Those interested in a 2- or 3-year scholarship in the Navy Nurse Corps Program require a nomination from the local PNS.  In the nomination package, the PNS must address the nominee's nursing school admission status.  If a nominee is not currently accepted into the academic institution's school of nursing (e.g., nominee is a freshman and the school of nursing does not admit students until their junior year), the PNS shall list the grade point average (GPA) necessary for admittance and comment on why the nominee has the potential to achieve the necessary GPA.  The Navy Nurse NROTC Program is not for those pursuing any other medical program.

**2-8   Immediate Scholarship Reservation (ISR).**

The ISR is a Commander, Navy Recruiting Command program that offers four-year scholarships to the NROTC Program.  Nominations are validated by the CNSB.

**2-9   Alternative Scholarship Reservation (ASR).**

NSTC allocates a target number of ASRs to each of the 11 NJROTC Area Managers.  ASRs are intended for high school students who have demonstrated leadership, integrity, and character.  ASR requirements and selection procedures are available in NSTCINST 1533.9 series.

**2-10  Minority Serving Institution Scholarship Reservations (MSISR)**

The MSISR Scholarship is open to high school students of any race or ethnicity with academic potential who have yet to demonstrate performance in a college environment or to college students who have completed at least one but less than four academic terms, total 30 semester credit hours (45 quarter hours) or fewer, of college course work with a cumulative GPA of 2.75 (on a weighted 4.0 scale) and a grade of "C" or better in all courses attempted.  The MSISR scholarships place greater emphasis on leadership potential, integrity, and character rather than GPA and standardized tests. Refer to NSTCINST 1533.8 series and the annual OPMIS OFFICIAL MAIL message announcing the MSISR scholarships for further guidance and eligibility requirements.

**2-11  Frederick C. Branch Marine Leadership Scholarship Program**

These scholarships are nominated by the PNS and confirmed by a board convened at MCRC.  These scholarships are available for only the Historically Black Colleges and Universities (HBCU) schools on an as needed basis.  Refer to the annual OPMIS OFFICIAL MAIL message announcing the scholarships for further guidance.

**2-12  Pedro Del Valle Marine Leadership Scholarship Program**

These scholarships are nominated by the PNS and confirmed by a board convened at MCRC.  These scholarships are only available for the three NROTC affiliated Hispanic Serving Institutions (HSIs) and are on an as needed basis.  Refer to the annual OPMIS OFFICIAL MAIL message announcing the scholarships for further guidance.

**2-13  Year Group Determination**

1.  Midshipmen (4-year or 5-year track) must be selected for Scholarship/Advanced Standing or be disenrolled prior to starting the fall semester in which they are within 2 years of their estimated graduation/commissioning date.  For example:

| Est Comm Date | Est Comm YG | Term that they must be on Scholarship or Advanced Standing | |
|---|---|---|---|
| Oct 15 - Sep 16 | 16 | Fall | 2014 |
| Oct 16 - Sep 17 | 17 | Fall | 2015 |
| Oct 17 - Sep 18 | 18 | Fall | 2016 |
| Oct 18 - Sep 19 | 19 | Fall | 2017 |

2.  A midshipman's estimated commissioning date and resulting Year Group is based on their individual degree completion plan (e.g., a fall 2013 incoming freshman on a normal 4-year matriculation is in YG17; a fall 2013 incoming freshman on a 4 1/2 or 5 year matriculation is in YG18; a fall 2013 rising sophomore on a normal 4-year matriculation is in YG16, a fall 2013 rising sophomore on a 4 1/2- or 5- year matriculation is in YG17).

**2-14  2- or 3-Year Scholarship Program (Navy/Nurse Option)**

1.  The selection board for this program will consider nominations for the following categories of students:  College Program midshipmen, non-affiliated students, Marine to Navy Change of Option request, Nurse to Navy Unrestricted Line (URL) change of option requests (Advanced Standing only).

2.  The 2- and 3-Year National Scholarship Program is open to any college student (College Program midshipmen or non-affiliated student)

with at least 30 college semester hours (45 quarter hours), but no more than 90 college semester hours (135 quarter hours) of credits counting toward their degree, who wishes to compete for Scholarship or Advanced Standing.

3.  Only those nominees that are two years prior to graduation will be considered for Advanced Standing.  Any 2-Year scholarship nominee who does not get selected for a scholarship will automatically be considered for Advanced Standing.

4.  This board will also consider Marine to Navy Change of Option and Nurse to Navy URL Program change of option requests.  Refer to Section 4-30 for details on the change of option process.

5.  Each year NSTC OD2 will release an OPMIS OFFICIAL MAIL message identifying eligible year groups, anticipated quotas available in each year group, and nomination package requirements.

6.  Nominees must meet the eligibility requirements for midshipmen set forth in Section 2-1 above and the following criteria:

    a.  Must be within 2 or 3 years of estimated graduation/commissioning date.

    b.  Must have at least at least 30 semester hours (45 quarter hours) but no more than 90 semester hours (135 quarter hours).  Note: College credit includes those already earned and those currently enrolled in and anticipated to be earned during the spring term.

    c.  Must have a minimum college GPA of 2.5 (on a 4.0 scale).

    d.  Must be admitted to a school affiliated with the NROTC unit from which they are being nominated.

7.  <u>Application Process</u>

    a.  Non-affiliated Students:

        (1) Applicants must apply to and receive a nomination from the PNS of the NROTC unit affiliated with the college/university they wish to attend.

        (2) Applicants must complete the application and forward it, along with all required enclosures, to the PNS of the NROTC unit affiliated with the college/university they wish to attend.

NOTE: Units must thoroughly review the student's degree plans (including Naval Science and specified courses) and verify

commissioning year group is correct in order to maintain the integrity of the board process.

(3) The following documents are available to the applicant via the NROTC website: 2- or 3-Year Scholarship Applicant Letter Template; 2- or 3-Year Scholarship Applicant Personal Data Record; NROTC Statement of Understanding (SOU) (Navy Option) NSTC 1533/112, NROTC SOU (Nurse Option) NSTC 1533/129; Debarment Statement, NSTC1533/102; and Drug Statement, NSTC 1533/101.

(4) The NROTC website will publish the deadline for applications to be received by the NROTC Units.

(5) The PNS shall review the application, interview the applicant and forward the application to:
NSTC OD2
250 Dallas St. Ste A
Pensacola, FL 32508

(6) The annual OFFICIAL MAIL message will establish the deadline that nominations from the NROTC units must be received by NSTC OD2.

b.  College Program Midshipmen

(1) Navy Option nominations must be submitted electronically through OPMIS by the deadline established in the annual OFFICIAL MAIL message.

(2) Units should review the Comprehensive Student Information Summary (Program ID WGF84) for each prospective nominee to ensure its accuracy and completeness.  Changes, additions, or deletions should be made sufficiently in advance of the nomination deadline to ensure incorporation into OPMIS.

NOTE: Units must thoroughly review the student's degree plans (including Naval Science and specified courses) and verify commissioning year group is correct in order to maintain the integrity of the board process.

(3) Once the nomination is submitted via OPMIS, the only additional documents that must be forwarded to NSTC OD2 are: NROTC SOU (Navy Option), NSTC 1533/112; NROTC SOU (Nurse Option), NSTC 1533/129; Debarment Statement, NSTC1533/102; Drug Statement, NSTC 1533/101; College Transcripts; and Degree Plan.

(4) These forms can be submitted via email to the point of contact (POC) identified in the annual message or mailed to:
NSTC OD2
250 Dallas St. Ste A
Pensacola, FL 32508

c.  Change of Option Request.

(1) Marine to Navy nominations to the board shall be submitted in accordance with paragraph 7.b. above.

(a)  Scholarship and College Program Advanced Standing Marine Option midshipmen must request the Change of Option from MCRC.

(b)  The Change of Option request must be approved by MCRC and received by OD2 prior to the conclusion of the selection board.

(2) Nurse to Navy URL nominations to the board will be submitted in accordance with paragraph 7.b. above.

(a)  Selection by the board is approval for the Change of Option.

(b)  Nurse to Navy (URL) change of option will be approved for Advanced Standing only.

8.  Additional Information.

a.  A nominee who answered yes to questions on NSTC Form 1533/101 (12-08) concerning previous use or involvement with drugs may not be awarded a Scholarship/Advanced Standing without the specific approval of NSTC OD.  The PNS comment section of the nomination must specifically discuss any drug usage/involvement.

b.  PNS Recommendation.  The PNS recommendation for midshipmen and non-affiliated nominees shall include assessments on the areas identified in the annual OFFICIAL MAIL message.

9.  Post Board Actions

a.  Results of the selection process will be announced by official mail message to all units.  That message will constitute authority to appoint the selectee a Midshipman, USNR.

b.  Non-affiliated students will also receive a letter from NSTC notifying them of their select or non-select status.

c.  Upon notification of selection, units shall enter non-affiliated selectee's data into OPMIS as a College Program Basic midshipman.

d.  PNSs will ensure that their selectees are certified to be medically qualified by DoDMERB, or have been granted a medical waiver by Director, OD based on the recommendation of BUMED prior to activating their scholarship.

e.  Subsistence payments will commence on the date of appointment.

f.  Prior to appointment, the student will be required to sign a statement indicating his understanding of the specified duration of benefits.

g.  Upon acceptance of appointment, selectees must agree, in writing, to complete all program requirements stipulated in the reference for Scholarship or Advanced Standing students as appropriate.

h.  Scholarships or Advanced Standing will not be awarded to students in probationary or LOA status.  If such status has been assigned in the interval between nomination and selection, the shall return the Scholarship/Advanced Standing to NSTC OD not offered.

i.  Once a selectee is found physically qualified, units shall notify NSTC OD4 to enter the appropriate program/option code in OPMIS.

**2-15  2- or 3-Year Scholarship Program (Marine Option).**

MCRC will convene two selection boards a year (spring and fall) to consider those midshipmen who wish to compete for a Marine Option NROTC Scholarship or Advanced Standing.  An OPMIS OFFICIAL MAIL message will announce the submission deadlines each year.

**2-16  Seaman to Admiral 21 (STA-21) Commissioning Program**

1.  General.  STA-21 is a commissioning program that provides an opportunity for highly motivated enlisted Sailors to earn a commission.  STA-21 officer candidates apply for and are accepted by a selection board for placement in specific program options (e.g., Nuclear, Civil Engineer Corps, Special Warfare, etc.).  STA-21 officer candidates are assigned to specified NROTC colleges and universities and are required to graduate within 36 months.  Additional information regarding the STA-21 Program requirements is contained in OPNAVINST 1420.1 series and the annual NAVADMIN message.  Program authorizations for STA-21 Program options are available on the website: https://www.sta-21.navy.mil.

2.  <u>Nuclear Target Option (STA-21(N))</u>.  The STA-21(N) option provides enlisted personnel in the Navy Nuclear Propulsion Program (NNPP) with the opportunity to complete a Bachelor of Science degree in an engineering or technical major, obtain a regular commission, and become a nuclear-trained officer.  STA-21(N) is part of the STA-21 Commissioning Program but is administered separately.  The program manager for STA-21(N) is NSTC OD1.  The community manager for STA-21(N) Officer Candidates (OCs) is Deputy Chief of Naval Operations (Manpower, Personnel, Training & Education) (DCNO (MPT&E)) (OPNAV N133).

    a.  STA-21(N) students shall be enrolled only in those NROTC institutions currently approved by the program manager.  NSTC OD1 maintains the list of approved STA-21(N) universities.

    b.  STA-21(N) students must pursue academic majors approved by OPNAV N133.  Approved majors vary by institution.  The list of approved majors is maintained by NSTC OD1.

    c.  All STA-21(N) students are considered volunteers for the nuclear propulsion training program.  They will be screened and interviewed by the Director, Naval Nuclear Propulsion for acceptance into the NNPP.  This interview will be similar to those given for NROTC personnel and will be coordinated by NSTC OD1.  Any student who is not selected for this program, but who is maintaining minimum STA-21(N) academic standards and has received a recommendation from the PNS and OD1, may be allowed to complete their degree and be commissioned as a URL officer.

3.  <u>Selection and Placement</u>.  STA-21 officer candidates are selected, each fall by a specially convened selection board.  STA-21(N) target option applications are first screened by Naval Reactors before being presented to the board.  Reporting orders are issued by PERS-4010K.  Prior to receiving orders from PERS-4010K, all STA-21 officer candidates are required to have six years of active duty service obligated, be found physically qualified and provide a degree plan and college admissions letter to NSTC OD2.STA-21 students will complete Naval Science Institute (NSI) before reporting to the unit.

**2-17 Marine Enlisted Commissioning Education Program.**
The MECEP is a commissioning program for specifically selected enlisted Marine Corps personnel leading to baccalaureate degree and a commission in the United States Marine Corps (USMC).  Candidates are selected by an annual board series at MCRC.  During their participation in the MECEP, Marines are attached to NROTC units.  NSTC

OD has responsibility for the academic and professional development of assigned MECEP students.  Additional guidance is contained in MCO 1040.43A, MCO 1560.15L, and the annual Marine Administrative message (MARADMIN).

**2-18 Meritorious Commissioning Program (MCP).**

MCP is a college completion program for enlisted Marine Corps personnel.  To be eligible, a Marine must have earned at least 75 credit hours at an accredited college or university before applying for the program.  Once accepted, the Marine has 18 months to complete a bachelor's degree at an institution affiliated with a NROTC unit. On graduation, the Marine will be commissioned a second lieutenant. Additional guidance is contained in MCO 1040.43A.

**2-19 Strategic Sealift Midshipman Program (SSMP).**

The SSMP is an education and training program conducted by the DNS at the United States Merchant Marine Academy (USMMA), state and regional maritime academies, and at other selected maritime schools.  It is designed to qualify participants for commissioned service.  Program administration, eligibility, participation requirements, and training are directed by NSTC OD.  Interested applicants may apply to USMMA or enter the program while attending one of the state or regional maritime academies.  Additional guidance is contained in OPNAVINST 1534.1 series.

# CHAPTER 3    Professional Development

3-1   General ..................................................... 3-1

3-2   Staff Professional Conduct................................. 3-2

3-3   Responsibilities of PNS for Professional Development ....... 3-2

3-4   Professional Development Responsibilities of Military Staff . 3-4

3-5   NROTC Academic Program Requirements ........................ 3-6

3-6   Specified Courses......................................... 3-10

3-7   Naval Science Courses .................................... 3-13

3-8   Curriculum Development and Revision ...................... 3-18

3-9   Evaluation of NROTC Instructional Effectiveness........... 3-22

3-10   NROTC Professional Training. ............................ 3-22

3-11   Naval Science Institute (NSI) .......................... 3-23

3-12   Command and Leadership Training (CALT) ................. 3-23

3-13   NROTC Small Arms Training .............................. 3-23

3-14   Summer Training ........................................ 3-26

3-15   Sail Training .......................................... 3-29

3-16   Indoctrination Field Trips and Visits .................. 3-30

3-17   Physical Readiness/Fitness Training .................... 3-31

3-18   Academic Standards of Midshipman Performance. ........... 3-39

3-19   Conduct/Aptitude Standards of Midshipman Performance ..... 3-40

3-20   Physical Readiness Standards ........................... 3-42

3-21   Midshipmen Military Organization ....................... 3-43

3-22   New Student Orientation Programs ....................... 3-46

## 3-1   General

1.  NSTC specifies the professional development program for officer accession personnel within the guidelines of the Professional Core Competencies (PCCs) for Officer Accession Programs and per the policies of the DoN.  The professional development program includes education, training, professional development, and physical

conditioning designed to prepare students for commissioned service in the Navy or Marine Corps.

2.  The NROTC Program is academic in nature.  NROTC unit activities shall foster that intent and not establish unreasonable distractions. As a first priority, midshipmen shall focus on receiving the best education possible and maintain good standing in the unit.  During the academic year, midshipmen shall consider other activities secondary.

3.  In most circumstances, the NROTC units shall provide NROTC students the opportunity to get a full eight hours of uninterrupted rest each evening.  PNS/OICs may waive the minimum period in unusual, nonrecurring circumstances.

4.  A "Quick Reference Guide to NROTC Standards" (Appendix B) is provided for information related to this chapter.

**3-2  Staff Professional Conduct.**

The following standards of professional conduct shall be adhered to by all NROTC staff and all student staff personnel:

1.  Addressing Trainees/Subordinates.  All staff and students will be treated with the common human dignity and respect that they deserve. All members within the command will be addressed respectfully and the use of vulgar, obscene, profane, sexually explicit, racially/ethnically-slanted, or otherwise offensive/disrespectful language, either directly or indirectly, is prohibited.

2.  Prohibited conduct and actions include: use of midshipmen and/or other students as personal servants, maltreatment, hazing, larceny, wrongful appropriation, extortion, soliciting gifts, and fraternization.  These prohibited actions are outlined in numerous Navy and Marine Corps instructions and the Uniform Code of Military Justice (UCMJ).  The intent of this section is not to re-publish each of these instructions but as a reminder of expected standards of conduct.

**3-3  Responsibilities of PNS for Professional Development**

1.  Authority and Role in the University.  Because of differences in students, their courses of study, and academic programs, both within and among institutions, a single, standard program of study is not feasible.  Therefore, the PNS can structure the most effective program of study to meet individual requirements.  However, the PNS is responsible for meeting the instructional objectives specified in the curricula provided by NSTC OD and for offering Naval Science courses in the recommended sequence.

a.  By public law, Title 10 United State Code Section 2102, the senior military officer assigned is given the academic rank of Professor.  Each PNS is expected to function as an academic department head according to institutional policy.  Appropriate information about actions and decisions that affect the NROTC unit and the status of Naval Science courses and accreditation shall be provided to NSTC OD in writing.

b.  The PNS structures and sets appropriate performance goals to achieve full academic potential and monitors the program of study to ensure each student meets Navy and university requirements for graduation and commissioning.  NROTC instructors maintain appropriate degree plans, academic schedules, grade reports and checklists in a Student Performance File, as discussed in CHAPTER 4 and CHAPTER 6.  NROTC instructors shall conduct academic counseling routinely and keep appropriate comments on file.  NSTC expects NROTC students to progress and graduate in the minimum time possible consistent with their own abilities and the constraints of program structures and course offerings.  Degree completion plans requiring less than a normal load (See 3-5.3.) should be revised for an earlier graduation/commissioning date when possible.  Satisfaction of both the institution's requirements for a baccalaureate degree and Navy requirements shall constitute the basis for a commission.

2.  Course Accreditation.  The PNS, as head of an academic department, shall establish academic accreditation procedures for Naval Science courses.  These courses shall be accredited academically by the university on terms mutually agreeable to the Navy and the institution, regardless of whether degree credit is granted for each course.

a.  Credit Status Policy.  Participating institutions shall review credit for NROTC courses on the same basis as other institutional courses, per established DoD policy.  If an institution questions credit, the institution shall, in accordance with their agreement with SECNAV, recommend adjustments to make the course credit worthy.  Regardless of the amount of credit awarded, NROTC course grades must appear on student transcripts.  Institutions shall list all NROTC courses in institutional catalogs in the same manner as other institutional offerings.  Each PNS shall continually seek to obtain the most favorable course status possible.

b.  Academic Excellence.  As an academic department head, the PNS shall establish a learning environment conducive to achieving academic excellence.  The NROTC unit shall maximize the use of the host university or college learning facilities (such as reading,

mathematics, science laboratories, tutorial assistance, etc.).  To
raise performance in calculus and physics, the PNS shall at the
beginning of each term require two hours tutoring per week for
Scholarship students in these courses.  This time includes: university
tutoring programs; office hours with professors, teaching assistants,
military academic advisors; and tutoring provided by upper-class
midshipmen who earned a "B" or higher in the course.  The PNS may
relax this requirement for a specific course once the student
demonstrates satisfactory performance in that course.  Section 8-13
provides guidance for funding of tutorial services.

**3-4    Professional Development Responsibilities of Military Staff**

1.  <u>Staff Instructors</u>.  Each military staff member assigned to the
NROTC unit is an instructor and advisor.  Accordingly, the Navy
charges each staff member with fulfilling the intent and objectives of
the professional and academic aspects of NSTC OD programs.  Advising
and developing officers is the primary professional development task
assigned to all members of the staff.

2.  <u>Instructor Responsibilities</u>.  The primary job of instructors is to
advise students and, as such, portray an upstanding academic,
professional, and personal deportment.  Advisorship includes academic
instruction; professional training; monitoring of progression in
university and Navy requirements; counseling on academic, personal,
and professional standards; and motivating students in preparation for
careers in the Naval services.  Utilizing NSTC forms <u>114</u>, <u>115</u>, <u>117</u> and
<u>119</u>, instructors shall:

    a.  Acquire appropriate expertise in subject matter content for
the courses assigned.  Support other instructors and other courses
with their professional expertise as needed.

    b.  Achieve and demonstrate competency in teaching methods and
techniques of student evaluation.  All officers ordered to NROTC
instructional duty shall attend the New Instructors' Seminar (held
each July) en route to or within a few months of reporting.
Instructors reporting to units more than 6 months prior to the next
scheduled seminar may attend at the discretion of the PNS.

    c.  Provide formal, scheduled counseling and advising to NROTC
students at a minimum of twice per academic term.

    d.  Make themselves readily available to students during the
normal working day.  In all situations, the appropriate, confidential
nature of personal and student information must be observed.  The
NROTC instructor shall use these counseling sessions and other

situations to accomplish the following officer advisor
responsibilities:

        (1) Assist students in setting realistic academic performance
goals, as well as overall academic planning and course scheduling;

        (2) Assist students in evaluating academic performance against
goals;

        (3) Counsel students on term and cruise aptitude evaluation
results;

        (4) Verify entries and ensure OPMIS student records are
accurate and up-to-date;

        (5) Closely monitor student performance on all NROTC Program
requirements.  Ensure calculus and physics requirements or mathematics
and physical science requirements are met as appropriate;

        (6) Closely monitor performance in all professional
requirements, including physical fitness, swimming, and body
composition;

        (7) Provide information on Naval Service career options and
service assignment procedures;

        (8) Provide information on NROTC regulations, student
personnel administration, and NROTC Program requirements;

        (9) Act as a positive role model and representative of the
Naval Service.  Instructors are role models at all times and must
maintain a professional relationship with the students;

        (10) Maintain a Student Performance File containing detailed
counseling/advising records and other information required by CHAPTER
6; and

        (11) Prepare students for summer training and commissioning.

        (12) Demonstrate and assist midshipmen with uniform standards,
appropriate dress and appearance.

    e.  Perform all academic and institutional responsibilities to the
highest standards of the teaching profession and be an active member
of the faculty of the host university.

    f.  Establish and use channels of communication with the
appropriate NROTC Course Coordinator for exchange of course
information.

g.  Maintain comprehensive academic course files that include updated lesson plans, instructional resource listings and academic records, including student grades and test files.

h.  Participate in NROTC Naval laboratory sessions, as directed.

i.  Perform duties at summer training sites, in support of Summer Training Staff.

j.  Serve on unit boards and perform collateral duties, as assigned.

k.  Pursue intellectual and professional growth.  While opportunities for this growth may include working toward another degree, this endeavor is not a primary duty.  As such, taking graduate classes shall not preclude advising of students or participating in collateral duties, summer training assignments, and special programs. The PNS shall carefully consider all circumstances which may impact instructor availability to the program or students.

l.  Field questions from non-NROTC students inquiring about the NROTC Program and assist with applications, if necessary.

**3-5  NROTC Academic Program Requirements**

1.  <u>General</u>.  The NROTC Program groups commissioning requirements into academic and professional training categories.  This section specifies the academic requirements.  Professional training requirements are detailed later in this chapter.

2.  <u>Course Grading and Credit</u>.  Universities must offer all NROTC-specified courses and Naval Science courses as a letter grade and not on a pass/fail grading basis, unless precluded by specific university policy.

a.  Courses taken for college credit prior to entering the NROTC Program (including Advanced Placement (AP) Courses) are acceptable so long as credit is awarded toward a baccalaureate degree by the host university.  In this case a letter grade is not required.  Per paragraph 3-6.1. below, students may not use this type of credit to fulfill both semesters (or quarter equivalents) of the requirement for calculus and physics; at least one semester/quarter each of calculus and physics must be taken in the university classroom environment.

b.  The host university must accept courses taken at cross-town institutions for transcript credit with a letter grade (not pass/fail).

c.  Classes taken via distance learning (i.e., online, videotape, etc.) are not acceptable for fulfilling the NROTC academic program, unless the host university accepts the course for transcript credit with a letter grade.  In no case shall NROTC units accept distance learning for calculus, physics, or Naval Science classes.

3.  <u>Academic Requirements</u>.  Students must complete academic requirements consisting of three parts: the institution's baccalaureate degree program with a selected academic major, NROTC-specified courses (offered by the institution), and Naval Science courses.  Normal loading for NROTC students shall be between 15 and 18 semester hours per term, including all NROTC-required course work.  Normal length of degree programs is four years for midshipmen and MECEP officer candidates and no more than 36 months for STA-21 Officer Candidates.

4.  <u>Baccalaureate Degree Programs</u>.  The NROTC Program requires a bachelor's degree from an accredited institution for commissioning.  During initial meetings with incoming students, the PNS shall discuss the need for technically competent officers to man the warfare communities of the Navy.  The discussion shall include the service assignment process, including the positive consideration of technical prowess as demonstrated by a degree in a technical field.  For non-technical majors, students shall be encouraged to pursue a field of study which is relevant to the Navy's needs for cultural knowledge and languages.  All students shall pursue electives that are relevant to the Naval Services' need for culture, language, and business acumen.

a.  <u>Scholarship and College Program (Navy Option)</u>.  PNSs shall encourage students to pursue majors in a Tier 1 or Tier 2 category, as well as language skills to meet the requirements of the modern Navy per NSTCINST 1533.3 series, Academic Major Selection Policy for Naval Reserve Officers Training Corps (NROTC) Navy Option Scholarship midshipmen, and NSTCINST 1550.1 series, Language Skills, Regional Expertise and Cultural Awareness Academic Major Policy for NROTC Midshipmen.  Navy Option Scholarship midshipmen shall conform to the academic policy set forth in NSTCINST 1533.3 series.  Navy Option Scholarship and College Program midshipmen must also complete the required Naval Science courses and the NROTC-specified college courses delineated later in this chapter.  Navy Option College Program students are not required to enroll in a Tier 1 or Tier 2 category major; however the PNS shall encourage midshipmen to pursue these majors and counsel them on the advantage of these majors when competing for a NROTC 2- or 3-year scholarship.

b.  Scholarship and College Programs (Marine Corps Option).
Although no restrictions exist on academic majors for Marine Corps
Option students, the PNS, with the assistance of the Marine Officer
Instructor (MOI), shall review proposed academic majors and guide the
students to select their field of study in areas considered beneficial
to the Marine Corps and to the individual concerned for a career as a
Marine Corps officer.  In addition, the PNS and MOI shall assist
students in selecting foreign language skills courses per NSTCINST
1550.1 series.  When feasible, Marine Option students should consider
completing the NROTC-specified courses (see Table 3-1), so that a
change to Navy Option is not precluded by an academic burden.

c.  Nurse Option Program.  Nurse Option Scholarship recipients
must matriculate at an NROTC-affiliated school completing an NSTC-
approved BSN.

d.  Marine Enlisted Commissioning Education Program

(1) University Requirements.  USMC requires MECEP students to
complete specified university requirements for the approved major,
plus specified professional development training as determined by the
PNS to meet the pre-commissioning training objectives established by
the Commandant of the Marine Corps.

(2) Required Naval Science Courses.  MECEP students are
required to complete the following Naval Science courses:  Evolution
of Warfare, Amphibious Warfare, and Leadership & Ethics.  The PNS may
grant waivers for Evolution of Warfare and Amphibious Warfare only if
these courses will cause an academic overload and result in a
graduation delay.

(3) Drill/Laboratory.  MECEP students shall participate in
NROTC drill/laboratory in the same manner as midshipmen.  When MECEP
students are excused by the PNS from drill or "all-hands" laboratory
periods, the MOI shall provide alternate training or activities.

e.  STA-21.  The annually issued Seaman to Admiral-21 (STA-21)
Program Authorizations detail the specified academic requirements for
STA-21 students and in cases of conflict take precedence of the
requirements listed below.  Each unit shall keep a copy of the program
authorization for every student's admittance.  Program requirements
occasionally change from year to year; therefore, each student is
bound by the specific authorization for his/her admittance.  The STA-
21 Program requires a baccalaureate degree and NROTC-specified courses
(including calculus and physics).  STA-21 students complete Naval
Science courses at the NSI prior to reporting to a specific NROTC unit

with the exception of the Leadership & Management and the Leadership &
Ethics courses.  In addition to the STA-21 Program Authorizations,
more information regarding pay, tuition, GPA, enlistment bonus, and
special duty assignment pay can be found in OPNAVINST 1420.1 series
and OPNAVINST 1160.6 series.  Generalized requirements include:

        (1) Academic Requirements.  STA-21 officer candidates are
expected to:

        (a)  Complete 15-18 hours per semester or quarter
equivalent, attend summer school vice summer training, and graduate at
the earliest possible date within 36 months.  The PNS/OIC may
authorize a reduced academic load due to academic rigor or university-
directed academic probation.  If the reduced course load results in an
extended graduation date, the PNS shall obtain authorization from NSTC
OD4 and OPNAV N131 (NSTC OD1 and OPNAV N133 for nuclear option STA-
21).  Extensions are not normally authorized.

        (b)  Complete one year of calculus and calculus-based
physics, except Nurse Corps option.  Calculus and physics taken at the
college level prior to or during Navy enlisted service may meet the
calculus/physics requirement; their acceptability will be determined
on a case-by-case basis during initial degree plan review.

        (c)  Complete NSI prior to matriculation at the
university.  They shall also complete the Leadership and Management
and Leadership and Ethics courses at the university.

        (d)  Remain enrolled as full-time students during the
regular summer session.

        (e)  If deviations from the approved academic plan become
necessary, the PNS shall base additional or substitute courses on
furthering the STA-21 officer candidate's potential as a future Naval
Officer.  The PNS will give first priority to the science, mathematics
and/or engineering courses, second priority to courses in personnel
management and behavioral science, and third priority to political
science and history.  Change requirements to STA-21(N) degree
completion plans are detailed in CHAPTER 4.

        (2) Academic Standards.  STA-21 officer candidates shall
maintain high levels of academic performance as students.  At a
minimum, they shall maintain a cumulative academic GPA of 2.5 on a 4.0
scale (3.0 on a 4.0 scale for STA-21 Nuclear and Civil Engineering
Corps (CEC) Officer Candidates)(See Appendix N).  Additionally, STA-
21(N) officer candidates must earn a grade of "C" or better in all
technical/math/science courses.  The procedures to follow when

addressing academic deficiencies are addressed in CHAPTER 6.  Academic standards and program administration for STA-21(N) officer candidates are further delineated in CHAPTER 4 and CHAPTER 6.

      (3) Physical Fitness Standards.  STA-21 officer candidates must meet Navy standards for physical fitness and shall participate in testing with midshipmen.  The procedures and consequences to follow when addressing physical fitness failures are addressed in CHAPTER 6.

      (4) Performance Evaluation.  The PNS shall assign a class officer to advise the STA-21 officer candidate during his/her academic year.  In some cases, the PNS may assign one academic advisor to the STA-21 officer candidate throughout their time in the program.  The unit's designated Nuclear Power Officer (NPO) shall advise all STA-21(N) officer candidates.

**3-6   Specified Courses.**

The host institution provides these Specified Courses taught by civilian faculty as listed in Table 3-1.  The table describes semester hours; colleges using trimester or quarter systems shall take an equivalent content number of hours as determined by the PNS.

1.  Navy Option Scholarship Students.  These students are required to complete course sequences in calculus and physics equivalent to at least six semester hours in each area.  It is expected that calculus and physics are completed at the university at which the student is enrolled (host university or cross-town school).

    a.  Calculus.  The calculus sequence shall include material through differential and integral calculus of one real variable.

    b.  Physics.  The physics sequence shall be calculus-based and cover the traditional topics of mechanics, electricity, magnetism, sound, optics, heat, and other related subject matter.  Students shall include appropriate laboratory classes in completing the physics requirement.

    c.  NSTC OD1 will promulgate the list of approved calculus and calculus-based physics courses at each host university/cross-town school.  Desired changes to this list shall be routed to OD1.

    d.  Students who have taken calculus or calculus-based physics for college credit prior to entering the NROTC Program, which their college has validated, must complete one additional three semester-hour (or equivalent) college course in each of those areas to satisfy this requirement, unless these courses were taken at an NROTC affiliated school.  This course shall be the second (or higher) in the

sequence.  Courses covered by this exception may include courses taken at other universities while in high school, AP examination credit, or university placement credit.

e.  Students shall complete calculus by the end of the second year of Naval Science (normally the sophomore year) and physics by the end of the third year of Naval Science (normally the junior year).  The PNS shall place students not completing this requirement (or failing to schedule these courses to ensure compliance) on academic LOA pending completion.  The LOA shall begin at the first indication that the student will not meet these requirements.  For example: By the late fall semester, if a junior has not scheduled Physics II for completion in the spring, this student shall be placed on LOA prior to the spring semester.  In certain instances, NSTC OD3 may grant a time-of-completion waiver.

f.  When a midshipman fails to complete calculus and/or calculus-based physics in the required timeframe, the PNS may authorize completion of these courses at the student's expense, in summer school, including at a non-NROTC affiliated school, as long as the courses are accepted for a letter grade by the host institution/cross-town school.  Prior to PNS authorization, the midshipman must ensure transfer credit (including letter grade) approval from the host institution/cross-town school.  Calculus and physics should not be taken in this manner merely to "get ahead," but rather this is an exception designed to prevent falling further behind.

g.  In rare instances a student may be authorized to take calculus and/or physics at another NROTC host institution or cross-town school during the summer at the student's expense.  For example, a student enrolled at Purdue who lives in Norfolk, VA may desire to take calculus at Old Dominion University during the summer.  This should be the exception rather than the rule, and in all cases the calculus/physics course taken in this manner shall be one appearing on the OD1 authorized list.  The PNS may authorize course completion of this nature.  In a case such as this transfer of credit and with a letter grade to the student's institution is NOT required.

h.  NSTC OD1 cannot waive the requirement to complete calculus and physics.

i.  The PNS shall place students who fail calculus or physics a second time on academic LOA.

2.  <u>Navy College Program Students</u>.  These students must complete one
year of college level study in both mathematics and physical science
as a prerequisite for commissioning.

    a.  Mathematics courses must be at the level of college algebra or
higher.

    b.  The physical science requirement can be met by completing a
one-year sequence, or two courses, in an area of physical science.
Students shall include appropriate laboratory classes in completing
the science requirement.  Physical science subjects include chemistry,
physics, earth science, astronomy, geology, agrophysics, soil science,
geomorphology, geophysics, physical geography, seismology,
meteorology, and oceanography.

    c.  Students shall complete the mathematics requirement by the end
of the junior year and the physical science requirement by the end of
the senior year.  PNS shall place students not completing these
requirements on time on academic LOA pending completion.

    d.  Students who have completed these courses by validation, such
as College Level Examination Program (CLEP) examination, shall be
considered to have completed the requirement; however, the validation
must appear on the transcript.

Table 3-1: Specified Courses

| Complete By End of | | Sem Hrs | Scholarship | | College Program Advanced Standing | | Nurse | STA-21[2] |
|---|---|---|---|---|---|---|---|---|
| | | | Navy | USMC | Navy | USMC | | |
| 3/C | Calculus | 6 | ● | + | + | + | | ● |
| | English | 6 | ● | ● | ● | ● | ● | ● |
| 2/C | Physics (calculus based) | 6 | ● | + | + | + | | ● |
| | College Algebra or higher | 6 | | | ● | | | |
| 1/C | American History or National Security Policy | 3 | ● | ● | ● | ● | | 2 |
| | World Culture and Regional Studies | 3 | ● | + | ● | + | ● | 2 |
| | Physical Science | 3 | | | ● | | | |

●: Required
+: Advised to make student competitive for USN scholarship
2 <u>STA-21 Program Authorizations</u> take precedence over these requirements

3.  Other NROTC-Specified Academic Requirements

a.  American History/National Security Policy Courses.  These courses shall focus on U.S. military history, world military history, U.S. National Security policy, or combinations of these topics.  The PNS shall approve these courses.

b.  World Culture and Regional Studies Courses.  These courses must have an cultural emphasis on regions of interest to the Navy.  See Enclosure 1 to NSTCINST 1550.1 for specific regions.  This academic requirement is designed to expand our future officer corps' awareness, knowledge, and sensitivity to world cultures and peoples.  Foreign language courses that do not provide instruction on culture are insufficient to meet this requirement.  The PNS shall approve courses to meet this requirement.

c.  English Courses.  These courses, which total six semester-hours or equivalent, must concentrate on the areas of grammar and composition and require significant student writings.  The PNS shall approve these courses.

d.  Successful completion of the National Council Licensure Exam-Registered Nurse (NCLEX-RN) is required of all Nurse-option students.  These students should start the licensing process approximately two to three months prior to graduation.  All Nurse-Option students have approximately 45 days after graduation to successfully complete the NCLEX.  Notify OD2A if any new Nurse Corps officer does not pass the NCLEX after the first attempt for additional guidance.

**3-7  Naval Science Courses**

1.  General.  The Naval Science courses are listed below in the recommended sequence.  The curricula for these courses are developed by NSTC OD3 based on 3 semester credits.  The actual credit granted by each university may vary.  NSTC OD authorizes flexibility for individual unit course sequencing, provided the Introduction to Naval Science course is the first course taught, Leadership and Ethics is the last course taught and the Navigation and Engineering courses are presented prior to first class cruise.  Students shall not take the Engineering and Weapons courses until they have completed math foundation requirements.  Naval Science course requirements are summarized in Table 3-2.

2.  Introduction to Naval Science.  A general introduction to the USN and USMC that emphasizes organizational structure, warfare components and assigned roles/missions of USN/USMC; covers all aspects of Naval Service from its relative position within DoD to the specific warfare communities/career paths; and includes basic elements of leadership and USN and USMC Core Values.  The course will provide students with

initial exposure to many elements of Naval culture and provides
conceptual framework/working vocabulary for student to use on summer
cruise.

3.  <u>Sea Power and Maritime Affairs</u>.  A study of the U.S. Navy and the
influence of sea power upon history that incorporates both a
historical and political science process to explore the major events,
attitudes, personalities, and circumstances that have imbued the U.S.
Navy with its proud history and rich tradition; deals with issues of
national imperatives in peacetime, as well as war, varying maritime
philosophies that were interpreted into Naval strategies / doctrines,
budgetary concerns which shaped force realities, and the pursuit of
American diplomatic objectives; and concludes with a discussion of the
Navy's strategic and structural changes at the end of the Cold War and
its new focus, mission and strategy in the post September 11, 2001
world.

4.  <u>Leadership and Management</u>.  (PNS may waive course if a similar
course is taught in the nursing school and approved by the Dean of the
School of Nursing).  The course introduces the student to many of the
fundamental concepts of leading Sailors and Marines, which shall be
expanded upon during the continuum of leadership development
throughout NROTC; develops the elements of leadership vital to the
effectiveness of Navy/Marine Corps officers by reviewing the theories
and parameters of leadership and management within and outside of the
Naval Service and progressing through values development,
interpersonal skills, management skills, and application theory.
Practical applications are explored through the use of experiential
exercises, readings, case studies, and laboratory discussions.

5.  <u>Navigation</u>.  In-depth study of the theory, principles, procedures,
and application of plotting, piloting, and electronic navigation, as
well as an introduction to maneuvering boards.  Students learn
piloting techniques, the use of charts, the use of visual and
electronic aids, and the theory of operation of both magnetic and
gyrocompasses.  Students develop practical skills in plotting and
electronic navigation.  Other topics include tides, currents, effects
of wind/weather, voyage planning, and an application and introduction
to the international/inland rules of navigation.  The course is
supplemented with a review/analysis of case studies involving
moral/ethical/leadership issues pertaining to the concepts listed
above.

6.  <u>Evolution of Warfare</u>.  Students trace the development of warfare
to the present day.  This course is designed to cover the causes of

continuity and change in the means and methods of warfare.  It addresses the influence of political, economic, and societal factors on the conduct of war, with significant attention focused on the role of technological innovation in changing the battlefield.  Students will explore the contribution of preeminent military theorists and battlefield commanders to our modern understanding of the art and science of war.

7.  Naval Ships Systems I (Engineering).  Students learn detailed ship design, hydrodynamic forces, stability, propulsion, electrical theory and distribution, hydraulic theory and ship control, and damage control.  The course includes basic concepts of theory/design of steam, gas turbine, diesel, and nuclear propulsion.  Case studies on leadership/ethical issues in the engineering arena are also covered.

8.  Naval Ships Systems II (Weapons).  The course outlines the theory and employment of weapons systems.  Students explore the processes of detection, evaluation, threat analysis, weapon selection, delivery, guidance, and explosives.  Fire control systems and major weapons types are discussed, including capabilities and limitations.  The physical aspects of radar and underwater sound are described.  Facets of command, control, communications, computers, and intelligence are explored as a means of weapons system integration.  The tactical and strategic significance of command and control warfare and information warfare is discussed.  This course is supplemented with review/ analysis of case studies involving the moral and ethical responsibilities of leaders in the employment of weapons.

9.  Amphibious Warfare.  Students learn the fundamental terms, concepts, and theories of general warfare and amphibious warfare. These terms, concepts, and theories shall be applied through a historical analysis of amphibious operations, identifying the evolution of amphibious doctrine, tactics, and technology.  Focuses on the evolution of the USMC into a specialized amphibious force, with particular attention devoted to the structure and capabilities of the present day USMC as a forward deployed and rapid deployment force and the development of Expeditionary Maneuver Warfare concepts.

10.  Naval Operations and Seamanship.  A continued study of relative motion, formation tactics, and ship employment.  Introductions to Naval operations and operations analysis, ship behavior and characteristics in maneuvering, applied aspects of ship handling, afloat communications, Naval command and control, Naval warfare areas, and joint warfare are also included.  The course is supplemented with a review/analysis of case studies involving moral/ethical/leadership issues pertaining to the concepts listed above.

11. <u>Leadership and Ethics</u>.  The course completes the final
preparations of ensigns and second Lieutenants for service in the Navy
and Marine Corps.  The course integrates an intellectual exploration
of Western moral traditions and ethical philosophy with a variety of
topics, such as military leadership, core values, and professional
ethics; the UCMJ and Navy regulations; and discussions relating to the
roles of enlisted members, junior and senior officers, command
relationships, and the conduct of warfare.  The course provides
midshipmen with a foundation of moral traditions, combined with a
discussion of actual current and historical events in the United
States Navy and Marine Corps, to prepare them for the role and
responsibilities of leadership in the Naval Service of the 21st
century.

12. <u>Naval Science Laboratory</u>.  The school will recommend one
semester-hour credit.  The NROTC unit shall schedule Naval Science
Laboratory for a 2-hour period weekly each school term.  Units may use
the laboratory time to conduct close-order drill and professional
education/training.  Topics cover general Navy/Marine Corps mission
and policies, force protection, operational security, watch standing,
physical fitness, nutrition, stress management, and other professional
development subjects not normally included in the curriculum of the
Naval Science courses.  Laboratory periods may also be used on an
occasional basis to supplement the Naval Science courses and provide
additional time for projects, such as navigation chart work, etc.  The
Naval Science Laboratory curriculum guide lists the topics for the
laboratory periods

13. <u>Strategic Sealift Midshipman Program Courses</u>

    a.  <u>Intro to the Strategic Sealift Program (Freshman year)</u>.  The
course provides candidates seeking a United States Coast Guard (USCG)
Merchant Marine Officer's license with the basic professional
information and skills needed to operate a U.S. registry merchant ship
as a Naval or military auxiliary vessel in time of war or national
emergency.

    b.  <u>Naval Science for the Strategic Sealift Officer I</u> (Sophomore).
The course introduces SSMP midshipmen to the organization of the Naval
Service, varied career opportunities, long-held customs and traditions
of the service, capabilities of the Navy, duties of a junior officer,
and Navy policies on relative wellness issues.  Additionally, the
course prepares SSMP midshipmen for their first experience onboard a
Navy ship by imparting basic information concerning shipboard
procedures.

c.  <u>Naval Science for the Strategic Sealift Officer II</u> <u>(Junior or</u>
<u>Senior year)</u>.  This course is derived from the NROTC Leadership and
Ethics curriculum.  SSMP midshipmen learn an ethical foundation and
the basic leadership tools needed to be effective junior officers.
Additionally, the course provides broad knowledge of the various
moral, ethical, and leadership philosophies that strengthen personal
character and presents an overview of duties, responsibilities, and
expectations of junior officers in the United States Navy.

d.  Two NROTC courses are available as electives:  Navigation and
Naval Operations and Seamanship.

14.  <u>Instruction and Content</u>.  NSTC OD develops and approves
curriculum guides for each Naval Science course.  NSTC OD3 will make
the curriculum guides available to all instructors.  (All Naval
Science curriculum guides are available online at NROTC Instructor –
<u>Navy Knowledge On-Line website</u>.) The PNS is responsible for the
instruction of these courses to ensure coverage of all PCCs,
regardless of the amount of degree or course credit provided by the
institution.  Students must meet the learning objectives specified for
each course in the respective curriculum guides.  Team approaches to
instruction are encouraged.  In rare cases where the institution
offers a course that is substantially equivalent to a Naval Science
course, the PNS may permit substitution of that course with written
approval from NSTC OD.  In such cases, the PNS shall ensure all
relevant competencies and specified learning objectives are met, using
Naval Laboratory sessions to cover material not otherwise addressed.

15.  <u>Adaptation for Quarters and Trimesters</u>.  Schools under the
quarter system shall modify the credits for each course to a quarterly
basis.  For example, a three-credit semester course would be a five-
credit quarter course based on the increased contact hours per week
required to cover the material in the shorter time span of a quarter.
Alternatively, a course may be divided over two quarters.

Table 3-2: NROTC Course Requirements

| Typical Timing | | Scholarship or Advanced Standing | | | | STA-21 |
|---|---|---|---|---|---|---|
| | | Navy | USMC | Nurse | MECEP | |
| 4/C | Introduction to Naval Science | ● | ● | ● | | NSI |
| | Sea Power and Maritime Affairs | ● | ● | ● | | NSI |
| 3/C | Leadership and Management | ● | ● | ● | | ● |
| | Navigation | ● | | | | NSI |
| 2/C | Naval Ship Systems I (Engineering) | ● | | | | NSI |
| | Naval Ship Systems II (Weapons) | ● | | | | NSI |
| | Evolution of Warfare | | ● | | ●[1] | |
| 1/C | Naval Operations and Seamanship | ● | | | | NSI |
| | Amphibious Warfare | | ● | | ●[1] | |
| | Leadership and Ethics | ● | ● | ● | ● | ● |
| All terms | Naval Science Laboratory | ● | ● | ● | ● | ● |

●: Required

NSI: Course requirement met by completion of NSI

[1] PNS may waive course under conditions in 3-5 4.d(2)

16. <u>Accreditation Status and Reporting</u>.  NSTC OD3 maintains records on the status of accreditation of Naval Science courses relative to university credit and acceptance for degree credit in various majors for all host institutions and cross-town agreement institutions.

    a.  Each October, units shall review the previous year's Course Credit Survey data, update the information indicating course credit, course sequencing, or other changes that have occurred, and forward the revised survey to NSTC OD3.  Where no changes have occurred, negative reports are required.

    b.  Unless a catalog is available on-line, annually, or upon revision, the PNS shall provide to NSTC OD3 one copy of the undergraduate college/university catalogs/bulletins from the host institutions and other colleges and universities which have written cross-enrollment agreements.

17. <u>NJROTC Credit</u>.  The PNS may exempt students having satisfactorily completed at least three years of Naval Science course work in the NJROTC or MCJROTC from Introduction to Naval Science.  The PNS is not authorized any exemptions for NJROTC students who completed less than three years of Naval Science in high school.

**3-8  Curriculum Development and Revision**

1.  <u>General</u>.  The <u>PCC Manual</u> states policy guidelines for the professional development of NROTC students.  Using the guidance provided by the PCC Manual, NSTC OD prescribes course content,

develops courses, and procures necessary texts, references, training aids, and support material.

2.  Course Coordinators.  NSTC OD designates specific NROTC units as Course Coordinators for each Naval Science course.  The Course Coordinator role is a command responsibility.  The PNS shall designate the unit instructor teaching the course the Course Coordinator Action Officer.  Units so designated serve as a focal point of communication and information for NSTC OD in reviewing, evaluating, and revising the course(s) assigned.  Course Coordinator Action Officers shall chair peer review and revision panels when assigned.  Course Coordinator Action Officers shall also serve on the staff of the annual New Instructor's Seminar to train prospective instructors in course content and teaching competencies.  Each Course Coordinator shall directly liaison with NSTC OD3 and NROTC units for matters pertaining to the curriculum assigned.  Similarly, all NROTC units are authorized direct liaison with the Course Coordinators.  NSTC expects an active exchange of information and ideas.  Naval Science Instructors may submit course revision recommendations to the Course Coordinator at any time.

   a.  Other Officer Accession Programs.  The Navy designates PCCs as the baseline for all Navy officer accession programs; hence, the basic core subjects are similar among these programs.  This creates both the opportunity and the necessity for active interchange of thoughts and ideas and for the sharing of expertise.  NSTC OD3 (and the Course Coordinators as NSTC OD representatives) shall maintain liaison with the United States Naval Academy (USNA) and other officer accession programs for this purpose.

   b.  Navy Technical Activities.  As appropriate, the resources of the various technical activities throughout the Navy shall be used to develop Naval Science instruction.  NSTC OD3 (and the Course Coordinators as NSTC OD representatives) shall determine requirements and establish required liaison.

   c.  Process.  NSTC OD shall develop and revise all Naval Science courses used in the NROTC Program.

   d.  Although the courses are in a continuous state of review, NSTC OD shall complete a comprehensive review of each course no less than once every three years.

   e.  The development and revision processes, anchored on the PCCs, use a systems approach to instructional analysis, design, development, implementation, and evaluation.  Using the PCCs as a baseline, NSTC OD

develops and structures appropriate learning objectives and instructional strategies to achieve effective and efficient instruction.

f.  NSTC OD3 manages curriculum updates and major changes with the assistance of appointed Course Coordinators.

g.  In addition to the required triennial review, each Naval Science Course Coordinator shall continuously review their assigned course to identify needed updates and changes.  Revisions may be made for any of the following reasons:

(1) Modification of the PCC Manual;

(2) Desirability or necessity based on Course Coordinator/unit interaction as approved by NSTC OD;

(3) Revisions of prescribed texts and references;

(4) Changes in technology, operational doctrine, command structure, etc.

(5) Direction from higher authority; or

(6) Other appropriate indicators of the need for change.

h.  The Course Coordinator Action Officer manages the curriculum development process for the assigned PNS, in accordance with course revision guidance provided in Appendix C.  Changes to curriculum shall be reviewed by a select group of subject matter experts determined by NSTC OD3 and the course coordinator PNS in a peer review manner.  NSTC OD3 directs the revision process but relies on the PNS of the unit, assigned in the Course Coordinator role to ensure content is relevant, current, and compliant with Navy policies.

3.  <u>Curricular Materials</u>

a.  <u>Curricula and Lesson Guides</u>.  NSTC OD3 shall provide a curriculum guide for each Naval Science course and make available online at NROTC Instructor – <u>Navy Knowledge On-Line</u> website.  Each curriculum guide contains course objectives, a listing of available instructional aids, the course bibliography, and lesson guides for each course topic.  Each lesson guide provides applicable learning objectives, a listing of instructor references and student texts, identification of applicable instructional aids, method and procedures options, and a detailed outline of the presentation of content.  The lesson guide is the primary resource for the instructor to prepare individual lesson plans.  Because of differing circumstances among

NROTC schools, it may not be possible to teach each lesson as a
specific unit of instruction; however, instructors are accountable for
meeting all learning objectives stated in the curriculum guides.

   b.  Lesson Plans.  Lesson plans shall be prepared by NROTC
instructors for each class for the course(s) they teach.  The lesson
plan is prepared using the appropriate lesson guide(s); references;
and the officer's education, professional training, personal
experience, and instructional style.  Although personalized, the
lesson plans shall be systematically prepared to include statements of
applicable lesson objectives, specification of instructor and student
resources, and a thorough and complete outline of the presentation.
The basic format of the lesson guide is recommended for structuring
lesson plans.  Because teaching to the objectives defined in
curriculum guides is a matter of accountability, instructional
planning by instructors shall be reviewed during command self-
inspections and by the NSTC OD assist visit team.  Detailed and fully
documented lesson planning is required to promote effective teaching
and shall be provided to the relieving instructor as a part of the
turnover from the departing instructor.

   c.  Text, Reference and Instructional Support.  NSTC OD3 shall
coordinate the distribution of student texts, instructor references,
and instructional aids for each Naval Science course.  Materials in
the Navy supply system that are not provided by NSTC OD shall be
requested through the NETPDTC N862c, Instructional Materials Supply
Technician, using the Naval Logistics Library order form.  If NETPEDTC
N862c is unable to procure the requested item, it should be ordered by
stock number by the NROTC unit.  Texts will only be provided to
students enrolled in the NROTC Program.  In cases where civilian
students enroll in a Naval Science course, NROTC units may loan
available texts to these students.  However, this practice shall not
create a demand for additional texts.  The university will stock Naval
Science textbooks required by civilian students for purchase at the
university bookstore.

   d.  Additional Instructional Resources.  NSTC OD shall provide and
support only those texts, references and instructional aids identified
in approved Naval Science curriculum guides and supporting special
informational programs directed by higher authority.  Units may
supplement these course materials, if so desired, but such purchases
must be from the unit's Operating Target (OPTAR).  These other
materials of interest shall be brought to the attention of NSTC OD3
and the applicable Course Coordinator for possible inclusion in the
official curriculum.

**3-9  Evaluation of NROTC Instructional Effectiveness.**

The evaluation of instruction and instructional programs is imperative.  In the NROTC Program, evaluation occurs at both the NROTC unit and program-wide.

1.  NROTC Unit-Level Evaluation

    a.  <u>Measuring Achievement</u>.  The unit shall use achievement tests to assess subject matter mastery and student competency.  Instructors shall become competent in test construction and make full use of the techniques of test construction and validation.  Course syllabi prepared by instructors shall specify the methods used for measuring student achievement and the frequency of such testing.  The testing process shall be reviewed during command self-inspections and by the NSTC OD Assist Visit team.

    b.  <u>Evaluating Instruction</u>.  The PNS shall establish a system to evaluate the instruction provided by NROTC instructors.  The PNS and the Executive Officer (XO) shall each personally observe and evaluate Naval Science classes at least once per term.  Evaluation shall be in writing and maintained for the duration of the instructor's tour.  Where the institution specifies a system of instructional evaluation, the PNS shall use, but not be limited by, that system.

2.  <u>Test Security</u>.  The PNS shall also develop clear-cut guidelines for security of Naval Science tests and other sensitive instructional material.  Instructors shall avoid overuse of the same test questions.  Such materials shall be afforded a level of security similar to that provided for an enlisted advancement exam.  Test material maintenance and security shall be reviewed during command self-inspections and by the NSTC Unit Assist Visit team.

**3-10 NROTC Professional Training**

1.  NROTC professional training includes Command and Leadership Training (CALT), Small Arms Training, Summer Training, Sail Training, indoctrination field trips and visits and physical readiness.  Each of these is detailed in paragraphs 3-11 through 3-17.

2.  Though no professional training is categorized as high risk training per the NSTC High Risk Training Safety Program (NSTCINST 5100.13), the instruction does provide additional requirements for some training.  Examples include: small arms training, sail training, physical readiness, and swimming.

**3-11 Naval Science Institute (NSI).**

NSI is an intensive professional, academic, and physical training program conducted by NSTC at Officer Training Command, Newport RI. For students entering 2-year NROTC Programs, academic work includes the following four Naval Science courses: Introduction to Naval Science, Seapower and Maritime Affairs, Naval Ships Systems I (Engineering) and Naval Ships Systems II (Weapons). NSI provides STA-21 Officer Candidates a longer course of professional and academic training each summer. STA-21 academic work includes the following six Naval Science courses: Introduction to Naval Science, Seapower and Maritime Affairs, Naval Ships Systems I (Engineering), Naval Ships Systems II (Weapons), Navigation, and Naval Operations and Seamanship.

**3-12 Command and Leadership Training (CALT).**

In addition to the Naval Science courses listed, all NROTC midshipmen shall receive CALT. This training is structured to ensure midshipmen are able to demonstrate officer command and leadership qualities prior to commissioning. CALT places the midshipmen in settings that manifest conditions of stress, time management, personal accountability, management decision making, and command leadership. To the maximum extent practicable, CALT shall occur in settings that simulate an operational unit. All midshipmen shall receive a minimum of 20 hours of CALT training during each of their last two years prior to commissioning. This requirement is separate from participation in summer cruise and exposure to a range of CALT options is desirable. At a minimum, CALT shall include the options described below, with at least 10 hours per year being in one of the "preferred" options:

1. Drill team (preferred);

2. Inter/intra-unit competitive military exercises (preferred);

3. Battalion management and administration; and

4. Planning and coordination of major battalion functions.

**3-13 NROTC Small Arms Training**

1. Small Arms Training Policy

   a. Purpose. Small arms qualification is not required for midshipmen. However, weapons safety and familiarization firing of service small arms is required. POCs are NSTC OD3 and NSTC ODM.

   b. Guidance. Several Navy instructions cover the administration, security, and safety of small arms programs and must be complied with in administering this professional training, including:

(1) OPNAVINST 3591.1 series - Small Arms Training and Qualification.

(2) OPNAVINST 5530.13 series – Department of the Navy Physical Security Instruction for Conventional Arms, Ammunition, and Explosives (AA&E).

(3) OPNAVINST 5530.14 series - Navy Physical Security.

(4) NSTCINST 5100.13 series – NSTC High Risk Training Safety Program.

2.  Small Arms Training Requirements.

    a.  Resource limitations, campus security considerations, and other risk factors limit live fire small arms training within the NROTC program to .22 caliber weapons outside of training conducted aboard a military installation with military weapons and ammunition, and conducted by qualified military personnel

    b.  Due to varied campus situations and the availability or adequacy of firing facilities, some NROTC units may be unable to conduct familiarization firing.  For units unable to conduct training, the PNS shall request a waiver of the PCC requirement, detailing the cause efforts to arrange the training failed.  Waivers will be reviewed on a case-by-case basis through OD3.

3.  Supplementary Small Arms Training.  NROTC midshipmen shall be permitted to take advantage of additional training opportunities meeting the above guidelines.  NSTC is not obligated to reimburse for ammunition.  Such training, when available, shall focus on achieving a service pistol weapons qualification in accordance with OPNAVINST 3591.1 series for all Navy students.

4.  Command Responsibilities.  The PNS is responsible for the safe conduct of small arms training and adherence to Navy safety and security regulations and requirements.  Specifically, the PNS shall:

    a.  Ensure risk is minimized through the use of Operational Risk Management (ORM) prior to and during the conduct of all small arms training;

    b.  Ensure all training is conducted in accordance with OPNAVINST 3591.1 series with ample supervision and safeguards;

    c.  Ensure the proper storage, issue, and maintenance of ammunition and small arms in accordance with OPNAVINST 3591.1 series, OPNAVINST 5530.13 series, and OPNAVINST 5530.14 series;

d.  Along with the unit XO, be personally involved in training to the maximum extent possible and ensure the instructors and safety personnel who conduct small arms training are properly qualified in accordance with OPNAVINST 3591.1 series.  Steps shall be taken to ensure the instructors have thorough familiarity with the curriculum, training plan, and details of training to include the possible risks and all safety considerations; and

e.  Appoint, in writing, a Range Safety Officer (RSO) and alternate, as required for periods when the RSO is not present.

5.  The RSO or Alternate RSO shall:

a.  Make certain all personnel involved in firing are knowledgeable of range safety procedures and requirements and the safe handling of weapons before allowing them to take part in live fire training.  Primary and Alternate RSOs and all small arms training instructors shall meet the qualifications and requirements set forth in reference OPNAVINST 3591.1 series.  Instructor and safety personnel at commercial ranges must be appropriately qualified.

b.  Ensure that all range safety regulations are enforced during small arms training and that the instructor-to-student ratios are in accordance with OPNAVINST 3591.1 series.

6.  Small Arms Policy Requirements

a.  All NROTC units are required to have a small arms training standard operating procedure (SOP) that is in accordance with the current regulations as noted above.  This SOP shall be reviewed during command self-inspections and by the NSTC Unit Assist Visit team.

b.  All NROTC units shall adhere to all applicable safety regulations included in OPNAVINST 3591.1 series, which shall be supplemented by additional regulations required due to the specifics of the individual units' range and program.  Both the applicable safety regulations from OPNAVINST 3591.1 series and any supplementary safety regulations shall be included in the unit small arms training SOP.

c.  The specific minimum firing requirements and recommended firing commands for small arms familiarization firing are provided in OPNAVINST 3591.1 series.

    (1) All additional small arms training, to include competitive and recreational shooting performed by NROTC units, shall also be

conducted in accordance with the regulations noted above and the unit's small arms training SOP.

        (2) RSOs and alternate RSOs shall ensure shooters demonstrate proficiency in firearm safety, shooting techniques, and proper weapons handling techniques prior to live fire.

**3-14  Summer Training**

1.  <u>General</u>.  A summer training period is held annually to furnish NROTC midshipmen the opportunity to gain experience in the practical application of their studies in Naval Science.  These training periods are normally three to four weeks in length.  NROTC Scholarship midshipmen are required to participate in summer training during each of the three summers between freshman and senior years.  The first class cruise satisfies the USC 10 (Title 10) commissioning requirement for all NROTC midshipmen and shall not be waived.

    a.  <u>Third Class Summer Training</u>.  Conducted between the freshman and sophomore academic years for all Scholarship students, Career Orientation and Training for Midshipmen (CORTRAMID) is a warfare community indoctrination.  Nurse Corps Option midshipmen do not attend CORTRAMID.  The Nurse Corps third class cruise is at-sea training with the midshipmen assigned to the medical department of the ship.  See Midshipman Summer Training Manual (<u>NSTC-M 1533.5A</u>)

    b.  <u>Second Class Summer Training</u>.  Second Class Summer Training is conducted between the sophomore and junior academic years for all Scholarship students.  This at-sea training on surface ships and submarines, furnishes midshipmen with basic shipboard orientation and an introduction to enlisted life and the roles of the work center supervisor.  Second class midshipmen who did not participate in CORTRAMID as third class midshipmen may do so in lieu of second class cruise if billets are available.  Nurse Corps Option midshipmen who did not attend third class cruise shall participate in the second class at-sea training.  Marine Option midshipmen with the requisite physical fitness and PNS recommendation shall attend Mountain Warfare Training in Bridgeport, CA.  Those Marine Option midshipmen not attending Mountain Warfare Training shall attend an amphibious surface cruise.

    c.  <u>First Class Summer Training</u>.  First Class Summer Training is conducted between the junior and senior academic years for all first class NROTC midshipmen.  First class cruise provides exposure to the officer and wardroom environment and is executed in an at-sea training environment aboard a ship.  First class Navy Option midshipmen may

3-26

also opt for aviation, submarine or Foreign Exchange Training for
Midshipmen (FOREXTRAMID).  When practicable the type of cruise should
be aligned with anticipated designator.  Marine Option first class
midshipmen attend Officer Candidate School (OCS) in Quantico, VA.
Marine Option midshipmen shall also be required to sign an OCS
Statement of Understanding prior to reporting to OCS.  This is
generally signed when the student selects Marine Option.  The Nurse
Corps Option first class cruise is at a Naval hospital, with the
primary training objective to learn the organizational structure and
functions of a Naval hospital and to gain appreciation for the concept
of Navy healthcare.  Midshipmen unable to complete their First Class
cruise during the summer training period will require postponement,
see paragraph 3 below, and cannot commission until the cruise is
accomplished.

2.  <u>Eligibility for Summer Training</u>.  To be eligible for summer
training midshipmen must be on Scholarship or Advanced Standing, meet
the physical fitness and body composition standards of Section 3-20,
and cannot be on LOA.  Due to their physically demanding nature,
Mountain Warfare Training and OCS carry minimum PFT score
recommendations of 245 and 275 respectively.  The PNS may waive the
physical fitness standards for Third and Second Class cruises only to
the extent given below.

Table 3-3 Summer Cruise Physical Fitness/Readiness Requirements

| Cruise | Fitness Level | USMC PFT SCORE | USN PFA Score |
|---|---|---|---|
| CORTRAMID | Recommended | – | – |
| | Standard | 225 | Good |
| | Min Waiverable | 200 | Satisfactory |
| | | | |
| 2nd Class | Recommended | 245 | – |
| | Standard | 225 | Good |
| | Min Waiverable | n/a | Satisfactory |
| | | | |
| 1st Class | Recommended | 275 | – |
| | Standard | 225 | Good |
| | Min Waiverable | n/a | n/a |

    a.  <u>Scholarship Midshipmen</u>.  For Scholarship Program students, the
timing of the appointment to Scholarship status determines the
requirement for participation in summer training.  All 4-year NROTC
Scholarship students should participate each summer.  Those appointed
to 2- or 3-year scholarships are eligible to cruise following at least

one semester on scholarship; however, spring-start Scholarship midshipmen are space-available only in the first summer, by special request from the unit to NSTC OD3.  Three-year scholarship recipients may participate in CORTRAMID or Second Class cruise and First Class summer training periods, or OCS for Marine Option midshipmen.  Two-year scholarship recipients shall participate in first class summer training only.

    b.  College Program Midshipmen.  Each NROTC College Program Advanced Standing student is required to participate in the first class cruise.  College Program students shall not participate in Third or Second Class summer training.

    c.  SSMP Midshipmen.  SSMP midshipmen expressing a strong interest in active Naval Service following graduation are eligible to participate in at-sea cruises similar to those of NROTC midshipmen.  However, as they are not NROTC midshipmen, they are ineligible for NROTC Program funding and generally pay all expenses out-of-pocket, including transportation, lodging, and meals.  SSMP midshipmen shall request at-sea cruises via NSTC OD3.

    d.  STA-21.  STA-21 Officer Candidates do not participate in summer training and are required to maintain full-time academic study during the summer term.

    e.  MECEP.  MECEP Officer Candidates are required to complete Marine OCS at Quantico prior to reporting to the NROTC unit.

3.  Waivers and Postponements.  Summer training is required of all NROTC Scholarship midshipmen during each summer between the freshman and senior years.  NSTC OD3 may waive Third and Second Class cruises for eligible midshipmen in special cases.  Waivers are not appropriate for midshipmen found to be ineligible; document the cause in the midshipman's record.  Where CORTRAMID or Nurse afloat cruises are waived following the freshman year, they can be completed, as space permits, following the sophomore year.  Since the First Class cruise satisfies the USC 10 (Title 10) commissioning requirement for all NROTC midshipmen, it can be postponed but not waived.  Midshipmen postponing their First Class cruise may be required to complete their First Class cruise AFTER graduation but PRIOR to commissioning.  Requests for waivers and/or postponements shall be considered by NSTC OD3 each March.  Midshipmen with post-commissioning ship assignments shall not cruise on their assigned ship.

4.  Academic Year Cruises.

a.  Academic year cruises are provided only for graduates unable to complete cruise during their First Class Summer Training.  As the December break timeframe is usually not sufficient for fleet training due to holiday stand-down, academic year cruises are available on a limited basis.  PNS shall submit requests for academic year cruises to NSTC OD3 in accordance with the annual published Academic Year Cruise OPMIS OFFICIAL MAIL message.

b.  Submarine orientation cruises are available on a limited basis during the academic year for those individuals considering submarines for service assignment and are coordinated by NSTC OD1.

5.  Regulations.  NROTC Scholarship and College Program Advanced Standing midshipmen are on active duty orders during summer cruise and are, therefore, subject to all laws and regulation of the U.S. Naval Service, including pertinent ship or station orders, special cruise or training regulations, and the UCMJ.

6.  Preparation of Midshipmen.  The unit staff shall thoroughly prepare midshipmen for cruise.  As this may be the first time these young adults have traveled outside their local regions, particular care must be paid to ensure their safety.  Providing midshipmen with "life lines" (i.e., phone numbers and points of contact both at the destination and at the unit) is one key element of this preparation. The following summer training governing instructions are updated annually and are available on the NROTC website https://www.nrotc.navy.mil/:

a.  Midshipman Summer Training Manual (NSTC-M 1533.5A).

b.  Midshipman Summer Training Handbook (NSTC M-1533.6A).

c.  USMC OCS Manual.

d.  OPNAVNOTE 1530.8

e.  NSTCNOTE 1530.

**3-15  Sail Training**

1.  Sail Training is conducted as part of CORTRAMID.  The unit shall annotate completion of this training in OPMIS.  Unit shall request waivers from OD3 for any student not completing "Skipper B" or equivalent qualification prior to commissioning.  "American Sailing Association Standard ASA 101, Basic Keel Boat Sailing" is an equivalent qualification.

2.  Units are not required to maintain sailing programs and will not be funded to do so.

**3-16  Indoctrination Field Trips and Visits**

1.  <u>General</u>.  The professional training of NROTC students extends beyond the study of Naval Science on campus and summer training.  This important aspect of training takes on a variety of forms as allowed by available opportunities.  Visits to Navy and Marine Corps bases, surface ships, submarines, and aviation indoctrination visits are typical events that contribute to motivating and preparing students for future Naval Service.

2.  <u>Scheduling of Field Trips and Visits</u>.  PNS requests shall be addressed to the appropriate fleet commander, training command, or designated representative, with information copies to NSTC OD3. Because of the time involved in coordination of unit travel, early submission of requests is essential.

    a.  Aviation indoctrination visits shall be coordinated with the Chief of Naval Air Training (CNATRA (N3)) and the respective aviation type commander for visits involving any flying activities.  PNS shall provide information copies of all correspondence to NSTC OD3.

    b.  PNS shall provide requests for nuclear submarine indoctrination field trips to the appropriate commander geographically closest to the unit.  PNS shall provide information copies of correspondence to the respective type commander and NSTC OD1.

    c.  Requests for surface ship indoctrination field trips shall be made by the PNS to the appropriate commander.  PNS shall forward information copies of all correspondence to the respective surface force type commander and NSTC OD3.

    d.  The individual units coordinate visits to Marine Corps bases. Instructions for these visits are published in an annual MARADMIN.

3.  <u>Faculty Participation</u>.  In an effort to increase the value of indoctrination field trips and visits, cognizant commands are encouraged to authorize participation of a limited number of faculty members, in addition to NROTC midshipmen and staff.  This participation shall be on a space-available basis and per OPNAVINST 4631.2 series (Management of Department of the Navy Airlift Assets), SECNAVINST 5720.44 series (Public Affairs Policy and Regulations), and guidance provided by NSTC and NETC.  Release from claim of injury is required for each non-NROTC student not otherwise entitled to space-available travel under the provisions of OPNAVINST 4631.2 series.

4.  <u>Special Provisions</u>.  Indoctrination field trips and visits are separate and distinct from "annual training duty" and do not constitute "active duty for training" as defined in the Servicemen's and Veterans' "Survivor's Benefits Act," even though these may, in rare cases, be of more than 14 days duration.  Such field trips and visits are provided for by Section 2109, USC 10 (Title 10).  Section 8140, USC 5 extends the death and disability entitlement of Subchapter 1, Chapter 81, USC 5 to such persons with certain limitations.

5.  <u>NROTC Student Orders</u>.  To provide an official status, NROTC students participating in field trips, visits, orientation programs, and unit-sponsored events, including overnight sail training, the unit shall issue appropriate orders for each period of participation. These are normally unfunded (no-cost) orders, but may be funded at the unit's discretion with NSTC OD approval.  This shall only include orders to improve professional knowledge.  Funded orders shall be issued through Defense Travel System (DTS).

6.  <u>Operational Risk Management (ORM)</u>.  PNSs must conduct a formal, written ORM assessment for any field trip, visit, orientation, etc. Training Time Out (TTO) may not be part of some visited units' operational mind-set, so NROTC units must ensure, before the visit, that TTO procedures shall be followed for midshipmen.

**3-17 Physical Readiness/Fitness Training**

1.  General

    a.  Physical fitness is a crucial element of mission performance and must be part of every midshipman's life.  Mission readiness and operational effectiveness are built on the physical fitness of the individual; therefore, all NROTC students and military personnel shall maintain personal fitness by regular exercise and proper nutrition.

    b.  The principal goal of the Physical Readiness/Fitness Program is to create a culture of fitness to enhance a member's ability to complete tasks that support the command's mission.  The NROTC unit PNS shall safely and effectively integrate physical readiness activities into the training program.

    c.  The Physical Fitness Assessment/Physical Fitness Test/Combat Fitness Test (PFA/PFT/CFT) includes a Body Composition Assessment (BCA) and Physical Readiness Test (PRT).  BCA is weight for height screening and body fat percentage (if required) estimation based on circumference measurements.  The PRT consists of curl-ups, push-ups, and either run or swim.  The Marine PFT consists of crunches, pull-ups/flex hang, and a three-mile run.  The Marine CFT consists of three

events: Movement To Contact (MTC), Ammunition Lift (AL) and Maneuver Under Fire (MANUF).

d.  All students are required to meet the standards set forth in this manual.  Members who are unable to meet PFA/PFT/CFT standards shall be subject to administrative action.  The PNS shall recognize members who make significant improvements in physical fitness or consistently score excellent or better through comments on fitness reports, evaluations, and other incentive awards.

2.  Command Physical Fitness and Conditioning Administration

a.  Background.  As potential future Naval Officers, the unit must indoctrinate students in a healthy and fit lifestyle congruent with military service.  The professional development of students assigned to NROTC units shall include physical conditioning to meet military requirements.  (See Appendix B.)

(1) Guidance from this chapter, along with OPNAVINST 6110.1 series and MCO P6100.13, shall assist to safely and effectively administer a unit's physical training program.

(2) Providing student guidance on elements of physical training programs (e.g., proper hydration, warm-up, cool-down, etc.), enhances the safety of physical training.  Guidance does not negate the need to conduct an ORM assessment prior to each and every physical training session.  The risk factors to be assessed shall include the particular requirements of the unit, with emphasis on location, climate, season, weather, and the purpose of the event being conducted.

b.  Student Initial Physical Condition.  When students report to the unit, little is known of their physical capabilities.  Students may be reporting to a geographic or climatic region that is dramatically different from their home of record.  For these reasons, a conditioning program based on sound physiological principles and tailored to meet individual needs from pre-entry through commissioning is required.

c.  Responsibilities.  Responsibilities are described in OPNAVINST 6110.1 series, MCO P6100.13, and in the Navy Environmental Health Command (NEHC) Pre-Entry Physical Conditioning Program.  Additional responsibilities include:

(1) NSTC OD.  Physical conditioning congruent with military service shall start at or before selection for an NROTC scholarship.  Selectees shall be notified of military height/weight and physical

fitness standards.  In addition, all selectees shall be directed to
the NEHC pre-entry physical conditioning program, in preparation for
meeting Navy or Marine Corps physical training requirements.  The NEHC
website contains a pre-entry plan with the up-to-date standards for
the PFA.  The NEHC pre-entry plan can also be found on the NROTC
website https://www.nrotc.navy.mil/faq.aspx.  For references to Marine
Corps fitness standards, see MCO P6100.13.

     (2) NROTC Units shall:

          (a)  Ensure all medically qualified personnel meet or
surpass all physical readiness standards.

          (b)  Provide, via welcome letters/packages, a second
notification of Navy or Marine height/weight and physical fitness
standards, along with information on the NEHC pre-entry physical
conditioning program and the planned dates of the initial and official
PFA/PFT/CFT.

          (c)  Conduct at least one inventory PFA/PFT per term.  The
inventory PFA/PFT provides the individual students the opportunity to
gauge their level of conditioning and physical readiness prior to an
official PFA/PFT.  The inventory PFA/PFT may also indicate a need to
assign a Fitness Enhancement Program (FEP).  Additional physical
fitness tests may be administered at the PNS' discretion to facilitate
the monitoring of students.  Note: Any PFA/PFTs conducted at CORTRAMID
is not official and, therefore, may not be used for placing students
on LOA.

          (d)  Provide information and activities to assist students
in achieving physical fitness standards.  Unit directed activities to
meet this requirement should not occur more than three times per week.

          (e)  Conduct an official fitness evaluation in compliance
with OPNAVINST 6110.1 series and MCO P6100.13 twice per year with the
tests at least four months apart.  Navy Option midshipmen shall be
given the PFA twice, while Marine Option midshipmen are given the PFT
in the first half of the calendar year and the CFT in the second half.

          (f)  Develop and implement a FEP that meets the needs of
all personnel striving for improved fitness, not simply those who do
not meet standards.  FEP plans may direct activity more than three
times per week.  The FEP must be designed to increase and maintain
cardio respiratory fitness, muscular strength, endurance, and
flexibility, reduce excess body fat, promote year-round fitness and
health, and provide nutritional guidance.

(3) <u>NROTC Commanding Officer (CO)</u>.  The CO has overall responsibility for the physical training program.  At a minimum, the CO shall:

(a)  Ensure all physical training complies with NSTCINST 1500.13 series.

(b)  Brief the NROTC staff on the proper conduct of the Navy PFA and the Marine PFT/CFT, along with guidance outlined in the chapter;

(c)  Monitor the overall physical fitness of students through the implementation of a safe and effective year-round physical conditioning program;

(d)  Reinforce the importance of a year-round physical conditioning program for all students prior to extended periods of absence from the unit; and

(e)  Appoint a Command Fitness Leader (CFL) to administer the physical conditioning program as outlined in Navy and Marine Corps directives.

(4) <u>Command Fitness Leader</u>.  The CFL designs and directs unit physical training in accordance with Navy and Marine requirements. The CFL shall:

(a)  Obtain prescribed training for CFLs outlined in OPNAVINST 6110.1 series.

(b)  Consider principles of acclimation, injury prevention, safety, and exercise physiology in designing physical training.

(c)  Report physical training injuries requiring medical intervention (beyond immediate first aid) per OPNAVINST 6110.1 series and MCO P6100.13.  Submit injury reports via email to NSTC OD4.

(d)  Ensure midshipmen obtain a qualified or waived status on their DoDMERB physical.  If not qualified or waived prior to the start of the first unit-directed physical conditioning session, the midshipmen must submit a recent (within 90 days) civilian sports physical to the CFL.  **Under no circumstances shall unit-directed physical training (PT) commence without proper documentation of a physical examination**.  The unit requirements must meet or exceed academic institution requirements for physical training programs (e.g., intramural sports).

(5) <u>Academic Advisor</u>. The academic advisor shall incorporate a review of physical conditioning into the regularly scheduled professional development advising sessions. A review of the student's progress on physical conditioning can be validated through personal logs, observed performance, and PFA results. These sessions provide an opportunity to document performance progression.

(6) Students. While the NROTC Program provides information and activities to assist students in achieving physical fitness standards. It is the responsibility of students to:

(a) Participate in the unit physical conditioning program and maintain an adequate personal PT program to meet physical fitness standards;

(b) Develop and maintain a lifestyle that promotes optimal health and physical conditioning; and

(c) Report injuries or illnesses that limit participation in physical conditioning or individual physical activities at the first available opportunity to the CFL or unit staff. Reporting mechanisms include verbal notification to a unit staff member and the Physical Activity Risk Factor Questionnaire (PARFQ) NSTC 1533/138.

d. <u>Action</u>. NROTC unit PNSs/OICs shall ensure completion of the following in the execution of their physical training programs:

(1) The Command Fitness Leader (CFL) shall incorporate the following actions into unit physical training and unit PT instructions for all students prior to initiation of PT:

(a) Have each student complete a yearly Physical Activity Risk Factor Questionnaire (PARFQ) NSTC 1533/138 prior to starting unit-directed PT. Any affirmative responses require evaluation by a licensed physician, nurse practitioner, or Navy Independent Duty Corpsman prior to initiating PT, and the PNS's signature.

(b) Have each student complete a Report of Medical History DD Form 2807-1. (Refer to Section 9-10)

(2) Unit staff shall ensure completion of a DoDMERB physical indicating the status of physically "qualified (Q)" or "waived (W)" for each midshipman participating in PT. If a midshipman does not have a DoDMERB status of waived or qualified, a sports physical must be completed no earlier than 90 days prior to the first unit PT session. Under no circumstances shall PT commence without proper documentation of a physical examination.

(3) Conduct ORM prior to every PT session.  Risk factors to be assessed and mitigated shall include but not be limited to:

(a)  Safety;

(b)  Conditions, such as terrain and environment;

(c)  Weather.  Care should be taken when running or training in wet or slippery conditions.  Utilize heat and wind chill index charts (such as that found on the National Oceanic and Atmospheric Administration website at www.nws.noaa.gov/om/windchill/index.shtml); and

(d)  Emergency provisions and emergency action plan with contact phone numbers.

(4) Units shall conduct training on wellness and safety topics per OPNAVINST 6110.1 series, to include, but not limited to the following topics.  Lessons and resources on these topics can be found in NROTC's Naval Science Laboratory Curriculum Guide, OPNAVINST 6110.1 series, and the NEHC website at http://www.navy.mil/local/nehc/.

(a)  Training Time Out (TTO).  Ensure a TTO brief is conducted prior to every unit-directed PT session.  This brief shall include demonstrations of the standard signals used to identify a person in trouble or who requests a TTO.

(b)  Physical Distress.  Signs of impending distress and the need for honest self-reporting shall be reviewed with all students and staff semi-annually.

(c)  PFA/PFT/CFT standards.  PFA/PFT/CFT standards shall be reviewed with all students and staff at the beginning of each term and prior to official PFA.

(d)  Acclimation/hydration.  Training on acclimation/hydration shall be conducted annually, at the beginning of the fall term.

(e)  First aid.  First aid procedures shall be reviewed semi-annually.

(f)  Nutrition.  Nutrition shall be discussed annually.

(5) An assessment of a new student's physical condition shall be conducted at matriculation or new student orientation by:

(a)  Assessing stated pre-entry level of conditioning (running) using NEHC Program stages.

        (b)  Conducting a pressure-free, off-record trial PFA/PFT.

        (c)  Comparing the NEHC stage and trial PFA/PFT run time
to develop an individual conditioning program utilizing the NEHC Pre-
Entry Physical Training Plan as a general guide.  The NEHC website
contains a pre-entry plan with the up-to-date standards for the PFA.
The NEHC pre-entry plan can be found on the NROTC website.

    (6) PT sessions shall incorporate:

        (a)  Direct staff supervision at all unit-
sponsored/directed PT sessions, to include swim qualifications.
Personnel other than unit staff are prohibited from independently
conducting or supervising unit PT.  Unit PT is for officer candidates
and midshipmen students (Navy Baccalaureate Degree Completion Program
(BDCP) and Marine Platoon Leaders Course (PLC) members may participate
with a signed hold harmless agreement);

        (b)  Adequate hydration through replenishment of lost
fluids;

        (c)  A 5-minute warm-up, 5-10 minutes of stretching,
aerobic or muscular endurance activity appropriate to the level of the
individual, 5 minutes of cool down and 5-10 minutes of stretching;

        (d)  Up to three unit-directed PT sessions per week as
part of an individual fitness plan to ensure an appropriate fitness
level.  In special circumstances, when approved by the CFL, an
individualized training plan may include more than three unit-directed
PT sessions, such as FEP.

        (e)  FEP shall be separate from general unit-directed PT.

        (f)  Sound ORM and physical training practices at all
times.

    (7) All students are encouraged to participate in the FEP to
improve their physical conditioning and maintain established
standards.  If needed, and approved by the CFL, an individualized
training plan may include more than three unit-directed PT sessions.

        (a)  Participation in FEP is required when a student does
not meet the physical fitness or body composition standards given in
section 3-20 .

        (b)  Students shall not be released from required
participation in the FEP until they meet both the physical fitness and

body composition standards given in section 3-20 for a monthly mock PFA or an official PFA.

3.  Administration and Testing

    a.  Physical Fitness Testing

        (1) Each student shall be required to take the Navy PFA twice or Marine Corps PFT and CFT each academic year, with the tests at least four months apart.  Retesting procedures are detailed in OPNAVINST 6110.1 series and MCO P6100.13; in addition, units shall document each PFA/PFT/CFT test on the evaluation and counseling reports.  The results of each official test shall be noted in the OPMIS student file and block 7a of the Evaluation Report and Counseling Record (NAVPERS 1610/2).  Scores impact block 35 ratings as well; see paragraph 6.    c.  Section 6-5 .

        (2) Units are encouraged to provide suitable recognition to students who demonstrate exceptional progress or achievement in the physical fitness program (e.g., for those achieving an Outstanding; 285 for Marines).

        (3) The unit shall ensure that all Scholarship midshipmen have an OPMIS physical status code of "Q" (Qualified) or "W" (Waiverable) prior to the PFA/PFT/CFT.  Any midshipman with a physical status code of "D" (Disqualified) or "R" (Remedial) cannot take the PFA without a sports physical stating the student is physically qualified to participate.  College Program Basic Standing students must provide a sports physical stating the student is physically qualified to participate in the PFA/PFT/CFT.

        (4) The PNS must refer students with positive answers on the Risk Factor Screening Questionnaire to medical

    b.  Swimming

        (1) Swim tests shall be given to all first-term NROTC students.  Entering students failing to qualify as swimmer 3rd class shall be required to obtain qualified swim instruction, typically from a third party.  Swim Test Administrator qualification is not sufficient to provide swim instruction.  The results of the swimming test shall be noted in their Fitness Report and Counseling Record.

        (2) Units without university swimming facilities available shall arrange for suitable public or private facilities.  If necessary, funds shall be requested from NSTC OD5 in the annual budget call.

     (3) Any unit-directed swimming events, including those associated with the PFA and with 2nd and 3rd class swim tests, require at least one staff member and as many qualified lifeguards as necessary to ensure a safe student-to-lifeguard ratio, as outlined in OPNAVINST 6110.1 series and NSTCINST 1500.13.

**3-18 Academic Standards of Midshipman Performance.**

PNSs shall encourage their midshipmen to work to the limits of their individual potential in whatever endeavors they may undertake, including academics.  Sound academic foundations are necessary to ensure that NROTC graduates can satisfactorily complete Navy post-accession training and be professionally competitive in the various warfare communities.  To maximize the opportunity to achieve these important standards, the PNS may direct mandatory study, not to exceed 15 hours per week.

1.  Academic Standards.  To ensure NROTC graduates are properly prepared academically, each student shall meet the following standards:

     a.  Have no failing grade in any subject required for completion of degree or commissioning requirements;

     b.  Maintain a cumulative GPA on a 4.0 scale of 2.0 for midshipmen, MECEPs, 2.5 for STA-21 OCs, or 3.0 for STA-21 Nuclear and CEC Options;

     c.  A term GPA of 2.5 for midshipmen, MECEP, and STA-21 OCs, or 3.0 for STA-21 Nuclear and CEC Options.; university's School of Nursing admission standards, but not less than 2.5 on a 4.0 scale;

     d.  Maintain satisfactory overall progress toward completion of degree requirements within established program time limits while maintaining full-time student status per institution regulations; and

     e.  **Keep their NROTC class advisors fully informed about all matters pertaining to performance, degree progress, and changes to degree completion program.**

2.  Waivers.  NSTC OD3 may waive specific courses or requirements when academic or professional work has been achieved that substantially and clearly meets all course requirements for which a waiver is requested.

3.  Academic Deficiencies.

     a.  Academic deficiency is defined as failure to comply with one or more of the standards addressed in this chapter.  Administrative

procedures for academic deficiencies are addressed in CHAPTER 6. Appendix B provides guidelines.

    b.  An academic deficiency exists when any of the following apply:

        (1) Failed or incomplete courses.

        (2) Failure to maintain good academic standing with the academic institution.

        (3) Failure to meet standards identified under paragraph 1 above.

        (4) Term credit less than 12 credits (excluding Naval Science credits) without PNS approval for midshipmen or less than term credit equal to full time student status for MECEPs and STA-21 OCs.

        (5) Calculus or physics requirement not met as scheduled without a time-of-completion waiver.

        (6) For a repeat failure of a program required calculus or physics course the PNS must place the student on LOA.

**3-19 Conduct/Aptitude Standards of Midshipman Performance**

1.  All student performance standards when evaluated together, provide a measure of aptitude for commissioned service.  Delineation between satisfactory and substandard aptitude is a responsibility of the PNS. The PNS shall determine aptitude performance based on personal observation, counseling records, and discussions with unit personnel. The PNS shall document this performance on the midshipman's fitness reports (Section 6-5) and in OPMIS.

2.  Students are expected to conduct themselves per the standards of socially acceptable behavior and display military officer bearing and demeanor at all times.  Inappropriate standards of conduct are categorized as major and minor offenses.

    a.  Major offenses.  Major offenses are those offenses which violate the NROTC Honor Code or involved moral turpitude, a serious breach of discipline, disregard or contempt for authority, lack of a sense of responsibility, or actions which bring discredit upon the Naval service.  Major offenses include but are not limited to the following:

        (1) Falsehoods of any nature, including fraud, cheating, and plagiarism;

        (2) Theft;

(3) Moral offenses;

(4) Alcohol/drug abuse;

(5) Insubordination;

(6) Assault;

(7) Hazing;

(8) Destroying or defacing property;

(9) Irresponsibility in contracting debt;

(10) Aggravated or repeated unauthorized absence;

(11) Sexual harassment/assault; and

(12) Pattern of conduct unbecoming an officer.

  b.  Minor offenses.  Minor offenses are those offenses of a less serious nature that involve comparatively minor infractions of instructions, orders, regulations, or grooming standards.  Repeated infractions of a minor nature may be treated as a major offense.

3.  An aptitude deficiency is defined as failure to comply with one or more of the standards addressed in this chapter.  An aptitude deficiency exists when any of the following apply:

  a.  Unauthorized absence from prescribed Naval Science classes or activities.

  b.  Improper grooming or personal appearance.

  c.  Poor display of leadership or personal conduct.

  d.  Committing a major or minor offense.

  e.  Term aptitude mark less than 2.5.  All students who receive a term aptitude grade of 2.5 or below shall receive, at a minimum, an "Aptitude Warning" letter from the PNS (See section 6-7 ).  The PNS may also choose to place the student on probation.  Marginal performers who are retained in the NROTC Program are to be regularly supervised and counseled by the responsible class advisor and the PNS. If improvement to full acceptability is not noted, PNS will consider disenrollment.

**3-20 Physical Readiness Standards.**

All students must strive for their highest levels of excellence in physical fitness and swimming skills.  The amount of personal effort and improvement shall be used to determine aptitude for the service.  The standards regarding physical fitness and body composition are addressed in applicable Navy and Marine Corps directives OPNAVINST 6110.1 series or MCO P6100.13.

1.  Physical Fitness Standards

    a.  Navy Option midshipmen and STA-21 OCs must obtain a PFA score of "Good" as outlined in OPNAVINST 6110.1 series in all areas.  A swim or elliptical trainer may be substituted for a run only in special cases; If a run is not completed in the First Class year, approval is required from NSTC OD4.

    b.  Marine Option midshipmen and MECEPs must obtain a PFT score of 225 as outlined in MCO P6100.13.  Although not required, it is recommended that Marine Option students maintain a PFT score of 275 or higher to successfully complete the 6-week OCS course.  The CFT minimum score is 270.

    c.  All students must meet the applicable standard above during their First Class year in order to commission.

    d.  **All students are expected to improve their level of physical readiness achievement as they progress through the program.**  The effort and initiative shown in this regard is a direct measure of aptitude for service as a commissioned officer.  If the member is not within standards, the PNS must have a medical evaluation conducted prior to assigning the student to remedial FEP.

2.  Body Composition Standards.  NROTC students whose height/weight and/or body fat percentage exceed established standards contained in OPNAVINST 6110.1 series or MCO P6100.13 shall participate in FEP physical conditioning and are encouraged to obtain professional dietary assistance, if necessary, to maintain an acceptable standard.  If out of standards, midshipmen, STA-21 OCs, and MECEPs shall not be commissioned.

    a.  OPNAVINST 6110.1 series, Navy midshipmen are not allowed to have body fat percentages in excess of 22% for males and 33% for females.  Neither PNS nor NSTC OD may waive.

    b.  MCO P6100.13, Marine Option students are **not** allowed to have body fat percentages greater than 18% for males and 26% for females.  PNS or NSTC OD shall not waive.

3.  <u>Swimming Standards</u>.  Midshipmen shall qualify as Swimmer, 3rd Class MILPERSMAN 1414.010, by the end of the first year in the program. Units shall verify STA-21 OC and MECEP meet service swim qualifications.

4.  <u>Physical Fitness Deficiencies</u> (see Appendix B).  A physical fitness/aptitude deficiency exists when any of the following apply:

    a.  Failure to meet the physical fitness or body composition standards given above during an official PFA.

        (1) For Seniors the PNS shall place the student on LOA and shall not commission the student prior to them subsequently meeting the above physical fitness and body composition standards.

        (2) For Freshmen through Juniors who fail to meet the above standards the PNS shall take disciplinary and/or remediation actions as appropriate for the severity and number of failures.  Appendix B provides guidance.

    b.  Failure to meet the swimming standards above.

        (1) Midshipmen who cannot qualify within the first year of the program are subject to a PRB convened by the NROTC unit.

        (2) In preparation for The Basic School (TBS), MECEPs and Marine Option midshipmen should be allowed ample opportunity to master swim requirements.

    c.  College Program midshipmen shall not be admitted to advanced standing unless these standards are met.

**3-21 Midshipmen Military Organization**

1.  <u>General</u>.  This section provides general guidance in structuring the military organization of NROTC midshipmen.  The actual military organization of the students of any particular NROTC unit shall conform to unit requirements and abide by host institution policies, as long as they are not inconsistent with NROTC goals.  For example, approximately 200 midshipmen will form one battalion and three companies that will be organized, in general, as follows:

    a.  Each company containing three platoons.

    b.  Each platoon containing three or four squads.

    c.  Each squad containing 6-10 midshipmen.

    d.  <u>NROTC student officers shall be as follows</u>:

(1) <u>Battalion Staff</u>

    (a)  Commander: Midshipman Commander

    (b)  Executive Officer: Midshipman Lieutenant

    (c)  Operations Officer: Midshipman Lieutenant

    (d)  Academic Officer: Midshipman Lieutenant

    (e)  Administrative Officer: Midshipman Ensign

    (f)  Supply Officer: Midshipman Ensign

    (g)  Chief Petty Officer: Midshipman Chief Petty Officer

(2) <u>Color Guard</u>

    (a)  National Color Bearer: Midshipman Chief Petty Officer

    (b)  Battalion Color Bearer: Midshipman Chief Petty Officer

    (c)  Color Escort: Midshipman Petty Officer First Class

    (d)  Color Escort: Midshipman Petty Officer First Class

(3) <u>Drum and Bugle Corps or Band</u>

    (a)  Commander: Midshipman Lieutenant Junior Grade

    (b)  Executive Officer: Midshipman Ensign

    (c)  Chief Petty Officer: Midshipman Chief Petty Officer

    (d)  Mustering Petty Officer: Midshipman Mustering Petty Officer

(4) <u>Company Staff (three companies)</u>

    (a)  Commander: Midshipman Lieutenant

    (b)  Executive Officer: Midshipman Lieutenant Junior Grade

    (c)  Chief Petty Officer: Midshipman Chief Petty Officer

(5) <u>Platoon Organization</u>

    (a)  Commander: Midshipman Ensign

    (b)  Mustering Petty Officer: Midshipman Mustering Petty Officer

        (c)  Guide: Midshipman Petty Officer First Class

        (d)  Squad Leaders: Midshipman Petty Officer First Class

    e.  The PNS is authorized to deviate from this structure in cases where such action is appropriate, normally for reasons of unit size. Where this is done, the basic intent of establishing a military structure and promoting midshipmen professional growth shall be observed.  Whenever possible, the PNS shall use the battalion organizational concept.

    f.  At some institutions where ROTC units of the Army or Air Force are established, the PNS may consider it advantageous to have the NROTC Battalion Commander appointed to the rank of Midshipman Captain, with other ranks adjusted accordingly to achieve comparability.

    g.  The number of battalion, company, and platoon staff officers shown above shall not be increased.  Instead, collateral duties shall be assigned to provide for other areas of responsibility.

    h.  Units having drill teams may integrate students into regular battalion companies or constitute drill companies as distinct entities within the overall battalion structure.  At no time shall NROTC unit drill teams use fixed bayonets, either in practice or during exhibition.

    i.  The intent of the battalion organization is to promote the military development of NROTC students.  Each student must be assigned to a position of responsibility prior to commissioning in order to develop leadership skills.  Units shall make assignments to students as early as possible and not reserve assignments for seniors.  Special attention shall be given to those students whose development indicates a need for both guidance and the opportunity for experience.

    j.  The battalion shall seek academic excellence.  The battalion shall exercise considerable responsibility in organizing and conducting tutoring, remedial instruction, and other forms of academic assistance.  The battalion academic officer shall coordinate these programs.

    k.  Although the military organization outlined makes provision for a drum and bugle corps or band, the Navy will not provide or fund such items as musical instruments, music, and musical supplies for such activities.

2.  NROTC unit staff shall constantly monitor safety procedures when allowing midshipmen to supervise other midshipmen.  All functions and

operations must incorporate ORM.  NROTC unit staff shall implement a formal ORM study with recurring events of even moderate risk where midshipmen leadership is relied heavily upon.  **Under no circumstances shall midshipmen be the sole supervision of unit functions with elevated risk.**

**3-22 New Student Orientation Programs**

1.  New Student Orientation.  Orientation programs for new midshipmen are traditionally conducted at NROTC units.  Typically, these programs range from two to seven days in duration and are used to orient our students to the NROTC Program.  This training is not mandatory; however, PNSs are encouraged to conduct new student orientation programs at the beginning of the school year.  These programs also provide excellent leadership training for upper-class NROTC students to serve as orientation staff.

2.  Objectives.  When conducting an orientation program for new midshipmen, the following objectives shall be considered:

    a.  Enrollment processing;

    b.  Issuing uniforms and conducting basic instruction in Navy uniform regulations and grooming standards;

    c.  Instruction in the basics of military customs, courtesies, traditions, and organization, including unit regulations and chain of command;

    d.  Acquiring basic competency in military drill and ceremony;

    e.  Physical fitness and swim testing to determine readiness to meet NROTC Program and Navy/Marine Corps requirements;

    f.  Instruction in the privileges and benefits of participation in the NROTC Program and individual responsibilities;

    g.  Orientation in such other subject matter as desired by the unit and/or the university (e.g., how to use the library, availability of tutoring services, university rules and regulations); and

    h.  The importance of team work and how the Naval Services function as a team.

3.  The PNS must communicate to all incoming students during the initial enrollment period that the commissioning program prepares them for service as an officer in the Navy or Marine Corps and that they

will be assigned where the service needs them most.  Our Navy process
is one of service assignment not of individual service selection.

4.  <u>Military Orientation Limitations</u>.  **Active duty staff members must
be present at all evolutions during orientation, to include movement
between events**.  Orientation programs for new midshipmen are not the
equivalent of boot camp.  These programs shall not be a "weeding out"
process, a hurdle, or an ordeal for newcomers to the program.
Overzealous application of military training shall not be permitted
during orientation.  Hazing is never acceptable.  The orientation
staff shall demonstrate excellence through leadership and introduce
new members of the Naval service to a military environment.  The four
years which follow shall provide ample opportunity for identification
of those who do not measure up to the standards of the Navy and Marine
Corps.

5.  <u>Planning</u>.  Orientation and Active Duty Staff members shall develop
a detailed plan for the student orientation program utilizing the
objectives as a general framework.  ORM shall be used to help identify
and mitigate risks.  Daily itineraries for midshipmen shall
incorporate ample time for meals and rest, including an uninterrupted
full night's sleep of at least eight hours.  Planning for drill and
physical readiness training shall reflect a graduated conditioning
program of increasing difficulty.  OPNAVINST 6110.1 series and Chapter
3 of the Command Fitness Guide provide guidelines for warm-up and
conditioning exercises.  New midshipmen shall demonstrate the minimum
passing standards of performance in the Navy PFA Program.  Note this
is lower than the NROTC Program standard found in Section 3-20.
Program plans shall clearly define the duties, responsibilities, and
scope of authority of all staff personnel and midshipmen who shall
supervise and assist with the program.  Training plans shall go beyond
the preparation of a daily itinerary.  NROTC staff shall prepare,
review, and approve lesson plans for each lecture or evolution
contemplated.  The unit CO shall approve orientation programs,
ensuring a risk assessment of each training evolution is conducted and
procedures/safeguards are developed and implemented to eliminate or
minimize the hazards involved.  TTO procedures shall be incorporated
into all curricula where hazards cannot be eliminated or reduced to an
acceptable level of risk.

6.  <u>Execution</u>.  Staff supervision is the key to a successful
orientation program.  The CO shall be directly involved with the
orientation program.  Officers, other staff, and upper-class
midshipmen who are selected for leadership positions must be fully
cognizant of the purpose of the program, safety considerations, and

the CO's directions regarding their responsibilities and authority.
Fully qualified instructors shall conduct all evolutions.  NROTC staff
will select top performing upper-class midshipmen to assist officers
or staff members in charge of events.  Upper-class midshipmen shall
not be placed in charge of any group of new students without frequent
oversight by a staff officer.  The PNS shall assign a staff officer as
Duty Officer, on scene during each night of orientation, unless
students are residing in university-operated residence halls.  The new
midshipmen will be allowed sufficient time for hygiene/showers and
provided with as much privacy during this time as facilities permit.
Hygiene/showering shall not be conducted as a military training
evolution.

7.  Orientation Program Responsibilities

    a.  The NROTC Unit Commanding Officer shall:

        (1) Review and approve, in consultation with his Training
Safety Officer and with appropriate university authorities, all
orientation program plans and curriculum;

        (2) Ensure that medical physical exams have been completed on
all new midshipmen prior to participating in any strenuous training,
to include physical fitness training, and that risk screenings are
completed in compliance with the Navy PFA;

        (3) Ensure that new students complete the Report of Medical
History DD Form 2807-1 screening forms upon arrival.  Those identified
as possible risks must be cleared by medical authority before
activating scholarship if applicable and before participating in any
demanding exercise or other elevated-risk training;

        (4) Ensure compliance with NSTC High Risk Training Safety
Program (NSTCINST 1500.13 series).

        (5) Assign only instructors qualified to conduct scheduled
training evolutions;

        (6) Select only top performing upper-class midshipmen for
orientation duty and ensure they are fully cognizant of the goals of
the program and scope of their authority;

        (7) Ensure maximum CO/XO on-scene oversight of orientation
evolutions and progress;

        (8) Provide direction to orientation staff regarding safety,
risk reduction, TTO procedures, and deviation from planned schedules
or evolutions to reduce risk (e.g., very hot/humid conditions).

Ensure Emergency Action Plans (EAPs) are developed and briefed for reasonable contingencies that may occur during training evolutions with elevated risk;

(9) Ensure new students receive adequate fluids, food, and rest;

(10) Require a fire and evacuation drill from the quarters used by new students during the first day of training. (not required if students are residing in a university-operated residence hall); and

(11) Ensure availability of ambulance/medical facilities for physical readiness testing as required by OPNAVINST 6110.1 series and MCO P6100.13.

b.  Staff Personnel in charge of training evolutions shall:

(1) Provide leadership-by-example, exercising firm, fair control over the new students;

(2) Direct and guide upperclassmen assisting with the program;

(3) Be thoroughly familiar with the curriculum, training plan, and details of the evolution, including all inherent risks and safety considerations;

(4) Establish an atmosphere where midshipmen are challenged, yet unafraid to call a TTO for any reason;

(5) Be familiar with indications that a participant is experiencing potentially harmful physical stress;

(6) Be alert to emerging hazards;

(7) Modify or cancel scheduled PT evolutions when environmental conditions pose a risk to those who participate;

(8) Be thoroughly familiar with evacuation routes from quarters assigned to new students as part of duty officer responsibilities; and

(9) Ensure the presence of one or more personnel qualified to administer cardiopulmonary resuscitation (CPR)/Automatic External Defibrillator (AED) during strenuous training evolutions, including PFA/PFT/CFT and other evolutions that are based on risk assessment.

c.  Orientation Midshipmen Student Staff.  Upper-class midshipmen participating in orientation training shall:

(1) Carry out the directions and orders of officers conducting training evolutions;

(2) Provide leadership-by-example by demonstrating the highest standards in military appearance and physical fitness;

(3) Be familiar with training plans of evolutions in which they shall assist and be fully cognizant of risk and safety precautions;

(4) Assist officers in charge by encouraging an atmosphere where new students are unafraid to call a TTO for any reason;

(5) Be knowledgeable on Navy policy regarding hazing and specific relevant examples of prohibited behavior.

(6) Be familiar with indications that a participant is experiencing potentially harmful physical stress;

(a) Be alert to emerging hazards; and

(b) When assigned temporary responsibility for leadership of new students, exercise firm, fair control within the scope of the guidance of the commanding officer and staff officers in charge of orientation evolutions.

8. Safety. NROTC unit staff shall not schedule unnecessarily hazardous activities. The required medical screening that precedes physical readiness testing and strenuous physical activity applies to orientation programs as well. ORM must be applied at all stages of planning to reduce risks. Strict adherence to safety considerations during execution cannot be over-emphasized during orientation programs.

9. Resources. New student orientation is not required outside the regular academic year. NSTC OD5 will not authorize augmentation of unit operating funds for new student orientation. New students participating in orientation programs shall not be charged any fees by the Navy nor be required to purchase any items in connection with the training. If new student orientation is held outside the regular academic year, any fees for room and board are the sole responsibility of the student who chooses to attend.

## CHAPTER 4    Student Operations

4-1    Student Classification.................................... 4-2

4-2    Date of Appointment...................................... 4-2

4-3    Enrollment .............................................. 4-3

4-4    Foreign Students ........................................ 4-5

4-5    Welcome Aboard Letters................................... 4-5

4-6    Officer Program Management Information System (OPMIS)....... 4-6

4-7    Navy College Management Information System (NCMIS)......... 4-7

4-8    Reporting Incoming Students .............................. 4-7

4-9    Student File ............................................ 4-9

4-10   Evidence of Citizenship ................................. 4-11

4-11   Physical Exam/BUMED Waiver Recommendation. .............. 4-12

4-12   Drug and Alcohol Abuse Statement of Understanding ........ 4-12

4-13   Acceptance and Oath of Office. .......................... 4-12

4-14   The Concept of Honor. ................................... 4-12

4-15   Service Agreements. ..................................... 4-13

4-16   Enlistment/Reenlistment ................................. 4-15

4-17   Dependency Application/Record of Emergency Data. ......... 4-16

4-18   Servicemember's Group Life Insurance (SGLI). ............. 4-16

4-19   Personnel Security Investigations (PSI) ................. 4-16

4-20   Selective Service Registration. ......................... 4-18

4-21   Tattoo and Piercing Policies. ........................... 4-18

4-22   Student Identification Cards. ........................... 4-18

4-23   Status Reports. ......................................... 4-18

4-24   Midshipman Subsistence and Training Pay ................. 4-22

4-25   Summer School Tuition ................................... 4-23

4-26   STA-21 Tuition Authorization and Reimbursable Expenses ... 4-24

4-27   Foreign Language Testing and Registry ................... 4-25

4-28   Leave of Absence (LOA). ................................. 4-25

4-29   Student Awards .......................................... 4-28

4-30   Student Requests ........................................ 4-29

4-31   Service Assignment Survey ............................... 4-45

4-32   Pre-Service Assignment/ Military Occupational Specialty (MOS) Assignment Requirements ........................................ 4-45

4-33   Service Assignment ...................................... 4-48

4-34   Individual Ready Reserve (IRR). ......................... 4-51

4-35   Marine Guaranteed Flight Option ......................... 4-51

4-36   Nuclear Screening and Application ....................... 4-52

4-37   Service Assignment for SSMP Midshipmen. ................. 4-54

4-38   Commissioning Scrolls ................................... 4-56

4-39   Commissioning Procedures ................................ 4-57

4-40   Disposition of Student File. ............................ 4-59

**4-1   Student Classification.**

Students are classified by their standing in the NROTC Program for Naval Science year purpose only.  This classification does not determine the point of obligation.  Classification is as follows:

1.  Basic Course

    a.  Midshipmen Fourth Class.  Students who are enrolled in or have completed the first two Naval Science courses and laboratory periods.

    b.  Midshipmen Third Class.  Students who are enrolled in, or have completed, three or four Naval Science courses and laboratory periods.

2.  Advanced Standing

    a.  Midshipmen Second Class.  Students who are enrolled in or have completed five or six Naval Science courses and laboratory periods.

    b.  Midshipmen First Class.  Students who are enrolled in or have completed seven or eight Naval Science courses and laboratory periods.

**4-2   Date of Appointment.**

Except where a student reports late or is selected during the school year, the effective date of appointment into the NROTC Program is the date of the first day of orientation, the first day of classes at their respective academic institution, or the date authorized by OD and meeting all requirements.  This date is the student's Date of Initial Entry into Military Service.

**4-3   Enrollment**

1.  Each candidate for enrollment in any NROTC Program must meet the following qualifications:

   a.  Be a citizen of the United States and present official certified proof of citizenship, except as noted in Section 4-10.

   b.  Midshipmen must be at least 17 years of age for scholarship and 16 for College Program on or before 1 September of the year of enrollment and be less than 27 years of age on 31 December of the calendar year in which commissioned.  Applicants with prior active enlisted service (AES) may be granted an age waiver by CNSTC, via NSTC OD4, equal to the period the member served on active duty up to 48 months.

   c.  Be morally qualified and possess officer-like qualities and character.  Their appearance, scholarship, extracurricular activities, and record in their home community shall be exemplary.  Candidates convicted of any crime involving moral turpitude will not normally be accepted into any officer accession program.  The unit shall initiate a National Agency Check with Local Agency and Credit Checks (NACLC) upon student check-in.  This check is only done for Scholarship students and students entering Advanced Standing status.

   d.  Be accepted for admission as a full-time student at a participating NROTC academic institution or maritime academy.  NROTC students may enroll at schools near host NROTC universities and colleges provided both the institution and the NROTC unit have an NSTC-approved cross-enrollment agreement.

   e.  Be medically qualified in accordance with CHAPTER 9.  Meet requirements concerning prior use of drugs or alcohol per OPNAVINST 5350.4 series.

   f.  Agree to the conditions for reimbursement of educational assistance prescribed per specific service agreements.

   g.  Agree to complete prescribed Naval Science courses, program specific university course requirements, and applicable summer training requirements.

   h.  Develop a degree plan with the host NROTC unit and university.

   i.  Sign the Concept of Honor NSTC 1533/121 and NROTC Acceptance and Oath of Office NSTC 1533/126.

2. There are no restrictions as to the marital status of a candidate. However, single parents who have custody of dependent children must present a Family Care Plan Arrangements Form NAVPERS 1740/7 to the unit that allows full attention to service responsibilities during initial training periods and subsequent duty assignments. Single parents must be advised that individuals accepted for Naval Service must maintain a high degree of commitment to professional responsibilities, and exemptions from personnel policies or preferential treatment for duty assignments should not be expected.

3. NROTC applicants who have been nominated for an NROTC scholarship but choose to enroll in a service academy, state maritime academy, Army or Air Force ROTC Program, or any other officer-type training program, forfeit the NROTC scholarship. They may reapply the following year. College Program candidates who have previously enrolled in a service academy, a state maritime academy, an Army or Air Force ROTC Program, or any other officer-type training program, **may not** enroll in the NROTC College Program without written approval from NSTC OD. The above individuals are not eligible for immediate scholarship benefits through programs such as the ASR or MSISR Program. The PNS may nominate for an NROTC 2 or 3 Year scholarship after all nomination requirements have been met. A written request endorsed by the PNS with a Record of Disenrollment from OC-Type Training (DD Form 785) from the previous officer-training program is required. Applicants disenrolled for aptitude or disciplinary reasons, or "not recommended for future officer programs" from any service officer training program may not be accepted without prior authorization from NSTC OD.

4. Any person receiving compensation from the Veterans Administration (VA) for disability incurred in military service of the United States, or who has any claim pending under that administration on account of such disability is not eligible for enrollment or re-enrollment in NROTC. Veterans who have previously filed such claims may become eligible for enrollment if:

    a. The VA has disallowed the claim.

    b. The veteran has withdrawn the claim under procedures set forth in current VA directives. Withdrawal of any pending claim is voluntary.

5. A former NROTC Scholarship or College Program student who desires re-enrollment as a College Program student must submit a written request to NSTC OD. Re-enrollment of students must be approved by NSTC OD.

**4-4   Foreign Students**

1.  Foreign students are ineligible for Scholarship Program or
Advanced Training Participation.  Section 2103(b) of Title 10
authorizes persons from foreign countries to enroll in the NROTC
Program under criteria approved by the Secretary of State.  For this
instruction, "persons from foreign countries" means persons who are
not citizens of the United States of America.  Foreign persons are
ineligible for:

    a.  Advanced training under Section 2104 of Title 10 of the U.S.
Code.

    b.  Scholarships under Section 2107 of Title 10, of the U.S. Code.

2.  College Program Basic Course Participation.  Persons from foreign
countries can enroll in the NROTC College Program's basic course.
However, enrollment by such persons in the basic course is limited to:

    a.  Persons who, although not yet eligible for naturalization, can
produce written evidence that they have filed a Declaration of
Intention (ICE Form N-300 or any successor form thereto) to become a
citizen of the U.S. However, such persons must become naturalized U.S.
citizens before they will be allowed to participate in Advanced
Training, execute an enlistment contract, or receive any subsistence
payments.  Failure to obtain U.S. citizenship before the first day of
Advanced Training requires the student to be disenrolled from the
College Program.

    b.  Persons who are qualifying for commissions in the service of
certain foreign governments.

    c.  Persons who are foreign Navy students.  These students may
participate in the NROTC basic course as special Naval Science
students through arrangement with the U.S. government and the foreign
country's government.  Except in special instances as determined by
CNSTC, not more than five students from any one foreign country may be
newly enrolled in any one NROTC unit each year.

3.  Active recruitment of foreign persons to participate in NROTC
should be avoided.

**4-5   Welcome Aboard Letters.**

The PNS/OIC shall send the student a Welcome Aboard Letter as soon as
the unit becomes aware of the prospective student.  In accordance with
Section 3-17.2.c.(2)(b) the letter shall include notification of Navy
or Marine height/weight and physical fitness standards, along with

information on the NEHC pre-entry physical conditioning program and
the planned dates of the initial and official PFA/PFT/CFT.  The letter
shall also include the following forms (Items 3 through 5 are for
review only and will be completed once the student arrives at the
unit):

1.  Questionnaire for National Security Positions SF 86 and
Fingerprint Card (SF 87).

2.  Record of Emergency Data DD Form 93.

3.  NROTC Drug and Alcohol Statement of Understanding NSTC 1533/153.

4.  Acceptance and Oath of Office NSTC 1533/126.

5.  NROTC Scholarship Service Agreement NSTC 1533/135 or other service
agreements as applicable.

6.  Direct deposit form, Treasury Department Standard 1199A.  The
account type, account number, and nine-position routing number (RTN)
must be entered in OPMIS.  In doing so, the Defense Finance and
Accounting Service (DFAS) will affect all payments through the Direct
Deposit/ Electronic Funds Transfer (EFT) Program.

7.  Self-addressed return envelope and any forms unique to the unit.

**4-6  Officer Program Management Information System (OPMIS)**

1.  OPMIS supports the NROTC Program by providing a computer link
between NSTC OD, each NROTC unit, DFAS, Navy Personnel Command (NPC),
NRC, and DoDMERB.  An OPMIS Student Record must be established by the
unit for all Scholarship, College Program, OCs and MECEPs.

2.  Due to the relationship between OPMIS and the various other DoD
systems that derive information from it, it is imperative that every
student file is complete and accurate.  OPMIS must include student
information, such as the type of NROTC program in which the student is
enrolled, subsistence, grades, foreign language testing, swim,
PFA/PFT/CFT, Leave of Absence LOA, probation, estimated commissioning
dates, and security clearance.

3.  OPMIS is also used to activate scholarships and other program
benefits.  All students who report to the unit shall be "reported-in"
via OPMIS but benefits will not be activated until the student is
found to be fully qualified and has executed all applicable
agreements.

4.  The NROTC unit shall ensure that on 1 October each year all
records are up to date in OPMIS and that "Student Reported" procedures

have been followed.  Any student, who has not reported, except those
students with an approved deferment or LOA, will be coded as
"declined" in OPMIS by this date.

5.  For further information regarding OPMIS at the unit level, consult
the OPMIS NROTC Training Manual available from NETPDTC.

**4-7  Navy College Management Information System (NCMIS)**

1.  NCMIS supports the NROTC Program by providing a computer link to
facilitate administration of STA-21 OCs.  The information that may be
stored in NCMIS includes personal data, university class schedules,
and funding available to each student.  At the NROTC unit level, NCMIS
is used to forecast funding requirements and manage each STA-21 OC's
available funding.

2.  The PNS shall assign an NROTC/university staff member to be
responsible for maintaining personal information and syllabus data in
NCMIS.  The staff member must be provided with Privacy Act training
before undertaking these duties.  The staff member shall produce a
STA-21 Tuition Authorization Form indicating the fees directly charged
by the university each semester the STA-21 OC is enrolled.  Once the
form is signed by both the OC and the staff member, the OC must take
the form to the bursar's office and request that the academic
institution invoice the Government.  Copies of the STA-21 Tuition
Authorization Forms and all reimbursable expenses shall be maintained
in the Student File.

**4-8  Reporting Incoming Students**

1.  NROTC Scholarship Midshipmen.  The NROTC unit is informed of all
incoming Four-Year National Scholarship students via an OPMIS GF20R61
Report or Placement Table.  The unit will enter students listed on the
GF20R61 report as "accepted" into OPMIS upon verification of their
acceptance by the educational institution.  Prior to enrollment in
OPMIS, the NROTC unit must ensure the appropriate physical
qualification code is reflected in OPMIS.  If the student is not
physically qualified, the unit shall not activate the scholarship or
allow the student to sign any documents (See CHAPTER 9 for more
guidance).  Although the student may attend class, the scholarship and
stipend must not be activated by the unit, and the student shall be
advised that any costs incurred are at the student's risk and
ultimately may not be paid by NROTC.  Once the student is found
physically qualified (PQ), the documents will be dated on or after the
day the student is found PQ or waiverable.  Do not back-date
documents.  The tuition is retroactive to the beginning of the term
(semester/quarter), but subsistence starts the day the individual is

found PQ.  The NROTC scholarship agreement and enlistment document can only be executed on or after the actual date the student is found physically qualified or waived.  If NSTC OD concludes that the delay in determining the student's physical qualification is no fault of the student's, retroactive payment of tuition, fees and books is authorized.  However, subsistence cannot be back-dated, because it falls under Military Personnel, Navy (MPN) funds, and the student is not officially on the Navy roster until they sign the Enlistment/Reenlistment Document Armed Forces of the United States DD Form 4/1.  NSTC OD4 shall address retroactive payment requests.

2.  NROTC College Program Midshipmen.  Upon request to NSTC OD2, the NROTC unit will receive the application files of students not selected for a scholarship who may become College Program Basic students.  Those interested in becoming College Program Basic students must complete an NROTC College Program Application, NSTC 1533/133.

3.  STA-21 OCs.  The NROTC unit is informed of all incoming STA-21 OCs via an OPMIS GF20R61 Report or an OPMIS OFFICIAL MAIL message published by NSTC OD2.  PERS 4010 cannot issue orders to STA-21 selectees until they have been accepted into a college or university and have undergone medical screening and received favorable results.  STA-21(N) OCs shall attend the earliest possible Naval Science Institute (NSI) class.

4.  STA-21 Nuclear Option OCs

    a.  Upon completion of the STA-21 selection process, NSTC OD1 will forward the list of nuclear option selectees and alternates, with their top three school choices, to the appropriate NROTC units.  The PNS shall provide information to the nuclear option selectees on housing, tuition, enrollment procedures, and other useful relocation information.  The unit Nuclear Power Officer (NPO) may be needed to assist in expediting the admissions process for these students.

    b.  The NPO shall verify that each OC has six years of obligated service as of the date that he or she reports to the NROTC unit.

5.  MECEP and Meritorious Commissioning Program (MCP) OCs.  The NROTC unit is informed of all incoming MECEP/MCP OCs by MCRC (ON/E).  All MECEP and MCP OCs student data must be entered in OPMIS when they join the unit.

6.  SSMP Midshipmen.  Departments of Naval Science at the USMMA and state maritime academies are informed of incoming students through the respective academic institution's registrar's office.  Those interested in participating in the SSMP complete an SSMP application.

Processing of midshipman applications must be completed at USMMA
within the first month of the student's arrival at the academy.
Processing of midshipman applicants at the state academies shall be
completed once the student indicates a desire to enter the program.

**4-9   Student File.**

The unit will maintain a Student File for each student.  The Student
File must be reviewed annually by a reviewing authority other than the
unit staff member charged with maintaining the file.  The review shall
be annotated on the Student File Index NSTC 1533/128.  Electronically
generated documents are allowed but their use does not eliminate the
requirement for original signatures.  The contents of each file will
vary depending on type of program (e.g., College Program Basic,
College Program Advanced Standing, Scholarship, SSMP, OC).

1.  The following documents will be maintained on the **left side** of the
Student File:

    a.  Student File Index NSTC 1533/128;

    b.  The Concept of Honor NSTC 1533/121;

    c.  Acceptance and Oath of Office (NSTC 1533/126) (Scholarship and
CP advanced standing only);

    d.  Dependency Application/Record of Emergency Data NAVPERS
1070/602.  Attach 2 copies of the Servicemembers' Group Life Insurance
(SGLI) Election and Certification Statement SGLV  8286 to this form
(Not applicable to College Program students in the basic course);

    e.  Copies of official correspondence originated at the unit
(e.g., change of option, transfer requests, Performance Review Board
(PRB) reports, warnings, probations, and LOA letters).  The class
advisor may maintain an additional copy of correspondence in the
Student Performance File (See section 6-2 );

    f.  NROTC Scholarship or College Program Application.  (may be
national competition form or local form, as appropriate);

    g.  Document, letter, or OPMIS OFFICIAL MAIL message awarding
Scholarship or Advanced Standing, if any;

    h.  NROTC Drug and Alcohol Statement of Understanding NSTC
1533/153; for midshipmen (including College Programmers) or OPNAV
5350/1 for Officer Candidates.

i.  NROTC Scholarship Service Agreement NSTC 1533/135, NROTC College Program Advanced Standing Service Agreement NSTC 1533/127 or other applicable service agreements;

j.  Enlistment/Reenlistment Document, Armed Forces of the United States DD Form 4/1 and any extensions NAVPERS 1070/621 for those received from active or reserve duty;

k.  Copy of Certificate of Release or Discharge from Active Duty DD Form 214 for those midshipmen reporting from active duty or a Request for Conditional Release DD Form 368 for midshipmen reporting from reserve duty; and

l.  General Purpose Privacy Act Statement (OPNAV 5211/12).

2.  The following documents will be maintained on the **right side** of the Student File:

a.  Disclosure Accounting Form OPNAV 5211/9

b.  Individual NROTC Education Program Costs NSTC 1533/113, STA-21 Tuition Authorization and Claim for Reimbursement for Expenditures on Official Business SF 1164 or any other education cost forms that may apply.  Midshipmen and STA-21 OCs must sign forms acknowledging payment of tuition and fees for each term that tuition and fees are paid on their behalf.

c.  Photocopy of Birth Certificate or other proof of citizenship and/or naturalization (such as a passport), with endorsement indicating that the original or a certified true copy was presented to the unit.

d.  Tattoo screening form (USN or USMC as appropriate) and copies of any waivers.

e.  IRR Notification statement (1/C midshipmen only)

f.  OCS, Six Week Course, Statement of Understanding (USMC option only).

g.  Copies of any other documents that would otherwise be maintained in a service record (for STA-21 and MECEP OCs).

h.  Other documentation generated by higher authority or deemed appropriate by the unit, such as waivers and awards.

3.  The NROTC Student File shall be maintained at the unit until the student is commissioned or disenrolled.  The disposition of the

Student File upon commissioning is addressed in section 4-40 .  The disposition of the Student File upon disenrollment is addressed in CHAPTER 6.

**4-10  Evidence of Citizenship**

1.  With the exception of foreign persons permitted to participate in the NROTC College Program in accordance with paragraph 4-4, participants in all officer programs shall be citizens of the United States and shall submit positive proof of citizenship at the time of enrollment or activation of scholarship.  Permissible forms of proof of citizenship include original or certified copy of the birth certificate, Passport (cannot be used for applicants born abroad of U.S. parents because the passport does not prove if the applicant is a Naturalized citizen or a U.S. citizen at birth), Office of Vital Statistics issued DD Form 372 (Request for Verification of Birth), Department of State issued FS 240 (Report of Birth Abroad of a U.S. citizen, Department of State issued DS 1350 (Certification of Report of Birth Abroad, or a U.S. foreign service post issued FS 545 (Certification of Birth Abroad).  Documents provided by the student as evidence of citizenship shall be maintained in the Student File until commissioning.

2.  Birth certificates must meet all of the following criteria to be considered valid: Full Name (birth records must have complete first and last names, birth records without a middle name or where the middle name is represented by an initial are acceptable), birth date, birth place (must list at least the state of birth), birth record validation (the birth record must bear appropriate validation markings such an original or machine-produced signatures or raised, impressed, embossed, multicolored seals or stamps, or a combination of these, any one combination is acceptable).  A birth certificate with "Baby Boy" or "Baby Girl" instead of a given name is not valid for evidence of citizenship purposes.  Puerto Rico birth Certificate Law 191 of 2009 invalidated all birth certificates issued prior to 1 July 2010.  All persons born in Puerto Rico using a birth certificate to establish citizenship must possess a valid birth certificate issued on or after 1 July 2010 by the Puerto Rico Vital Statistics Record Office.

3.  U.S. Citizenship and Immigration Services (USCIS) issues USCIS N-550/N-551/N-570 (naturalization certificate) or USCIS N-560/N-561 (certificate of citizenship) which establishes eligibility as a naturalized citizen of the United States.  A current (unexpired) U.S. passport issued by the Secretary of State can also be used to establish eligibility as a naturalized citizen.

4.  The unit shall photocopy the proof of citizenship documentation and maintain it in the Student File.  The Armed Forces are authorized to copy documents used for eligibility determinations, to include documents which state that it is unlawful to reproduce or copying is not authorized.  The copy(s) shall have "Original document sighted and reproduced for military records and reference purposes only," written or typed in a conspicuous location to ensure that the original was sighted.  Originals will be immediately returned to the student.

**4-11  Physical Exam/BUMED Waiver Recommendation.**

Prior to receiving benefits, midshipmen are required to pass a DoDMERB Physical Exam or receive a BUMED waiver recommendation.  Sports physicals are only acceptable for College Program Basic students.  STA-21 and MECEP OCs are required to be medically qualified by their respective service before reporting to an NROTC unit.  Additional guidance is contained CHAPTER 9.

**4-12  Drug and Alcohol Abuse Statement of Understanding**

1.  All students are required to meet the standards regarding drugs or alcohol in accordance with OPNAVINST 5350.4 series.

2.  All students shall sign and have explained to them by the unit representative the Drug and Alcohol Abuse Statement of Understanding OPNAV 5350/1 prior to executing the Enlistment Contract and Acceptance and Oath of Office.

3.  Evidence of wrongful drug or alcohol use requires a PRB.  Wrongful drug use mandates disenrollment on the first offense and prohibits AES.  OCs will be processed for administrative separation.  OCs may be subject to recoupment of all educational assistance received.

**4-13  Acceptance and Oath of Office.**

All midshipmen must execute "The Acceptance and Oath of Office" NSTC 1533/126 prior to scholarship activation, witnessed by a commissioned officer.  Except in the case where a student reports late or is selected during the school year, the effective date of appointment into the NROTC Program will be the date of the first day of classes at their respective academic institution.  Any student who refuses to execute such an oath or affirmation shall be denied enrollment.

**4-14  The Concept of Honor.**

All students shall execute "The Concept of Honor" NSTC 1533/121 at the time of enrollment in the program.  The original will be filed in the Student File and a copy provided to the student.  The original must contain the CO's or XO's original signature.

**4-15  Service Agreements.**

Applicants are required to sign program-specific service agreements upon reporting to the NROTC unit.  The following agreements apply:

1.  NROTC Scholarship Service Agreement.

    a.  Signing the Agreement.  In order to be eligible to receive financial assistance, NROTC Scholarship students must execute an NROTC Scholarship Service Agreement NSTC 1533/135 at the time of their appointment.

    b.  Retaining Scholarship – 45-Day Requirement.  The Service Agreement provides that the Navy will not pay tuition or fees for any midshipmen unless active Scholarship status is demonstrated during the first 45 days after the start of each academic term by:

        (1) Being enrolled in an academic institution associated with their assigned NROTC unit.

        (2) Actively participating in all aspects of the NROTC Program, including, but not limited to university courses, Naval Science courses, and drill.

            (a)  If the midshipman complies with the 45-day requirement, scholarship monies will be paid to the academic institution retroactive to the beginning of the fall term but no earlier than 1 October.

            (b)  If the midshipman fails to comply with the 45-day requirement, the midshipman will be liable to the institution for tuition and fees assessed for that term.

    c.  Midshipman Military Service Obligation/Recoupment on Disenrollment.  **Midshipmen should refer to their contract for specific information regarding their obligation.**

2.  College Program Advanced Standing Service Agreement

    a.  All NROTC College Program students who attain Advanced Standing and wish to take the advanced course must execute a Service Agreement for NROTC Advanced Standing College Program Students (NSTC 1533/127) at the time of their appointment.

    b.  College Program Students in the advanced course who do not complete the course of instruction, or who complete the advanced course and all other NROTC College Program requirements but decline to accept a commission when offered, may be ordered to active duty in an

enlisted status by the Secretary of the Navy for such period of time
as the Secretary may prescribe.

3.  STA-21 OC Service Agreement

     a.  Upon receipt of PCS orders detaching the OCs from the fleet,
all OCs are required to sign a 6-year active duty service obligation
by extending or reenlisting.  The PNS shall ensure that each STA OC
arrives with a reenlistment contract or extension of enlistment with
no less than 6 years remaining.

     b.  All STA-21 OCs will have no less than 5 years of AES remaining
on their contracts at any given time while enrolled in the STA-21
Program.  Each OC will execute a reenlistment contract or extension,
as necessary to fulfill this requirement.  Any student refusing to
enlist or execute a reenlistment or extension in order to incur 5
years of obligated service upon their projected date of commissioning
will be disenrolled immediately.

     c.  If disenrolled, the OC will be issued PCS orders to return to
enlisted duty.  As provided in OPNAVINST 1420.1 series, the service
member is required to complete 5 years of enlisted service from the
date of program disenrollment or the remainder of their current
enlistment, whichever is longer.  Moreover, as per Title 10, Section
2005, OCs who cannot perform active duty may be subject to recoupment.
As a result, the unit shall make the following entry in their service
record, Page 13 NAVPERS 1070/613:

     "Service Agreement: Education (STA-21).  I understand that, as
     a condition to receiving financial assistance from the federal
     government, I may be obligated to reimburse the government for
     any tuition/fees paid for on my behalf.  Normally, recoupment
     is pursued when OCs are disenrolled from the program and no
     longer suitable for active duty."

4.  MECEP Service Agreement.  MECEPs are required to complete all
application requirements as set forth in the current Marine Corps
MARADMIN.

5.  SSMP Service Agreement

     a.  All SSMP midshipmen are required to meet the same basic
enrollment requirements as NROTC midshipmen.

     b.  All midshipmen attending the USMMA must sign and execute a
Service Obligation Contract for the USMMA at the time of
appointment/enlistment.

c.  Those receiving Maritime Administration (MARAD) Student
Incentive Payments (SIP) and SSMP midshipmen must sign a Service
Obligation Contract for State Maritime Academy.

d.  Students not receiving SIP may participate in the SSMP.  These
students may be appointed and enlisted in the same manner as SIP
recipients.

**4-16 Enlistment/Reenlistment**

1.  All midshipmen, except those in the College Program Basic Course,
must execute an Enlistment/Reenlistment Agreement DD Form 4/1 to serve
in the USN/USMC Reserve for a period of eight years concurrently with
being appointed a midshipman, as required by Title 10, USC, Sections
2103a, 2104 and 2107.  For preparation of DD Form 4/1 see guidance in
COMNAVCRUITCOMINST 1130.8J Vol III.  In some cases, the unit must
ensure the student maintains at least four years beyond their
estimated commissioning date by virtue of an Agreement to Extend
Enlistment NAVPERS 1070/621.

2.  Active duty Scholarship recipients (midshipmen only) will remain
on active duty and be released the day prior to their first day of
class.  On the first day of class, they will be appointed midshipmen,
provided they are fully qualified and have been accepted to the
institution they are authorized to attend.  NROTC Four Year
Scholarship Program midshipmen who enter the program from active or
inactive enlisted duty are conditionally released from their
enlistment contract and must terminate their affiliation with drilling
reserve units.  However, College Program midshipmen in the basic
course may continue their affiliation with a drilling reserve unit
until they enter into a contract with the Navy.  Members of reserve
components must be conditionally released DD Form 368 from their
present enlistment contract and enlisted under the provisions of the
NROTC Program to facilitate Scholarship or College Program Advanced
Standing enrollment.  They may be enrolled as Naval Science students
pending discharge from such status.  NROTC midshipmen appointed from
enlisted status shall be entitled to NROTC related compensation and
entitlements that are normally provided to other NROTC midshipmen.
The period of time served in the NROTC Scholarship or College Program
shall not be counted in computing longevity, retirement eligibility,
retired pay, or for any purpose in computing the length of service of
any officer of the Armed Forces.  NROTC Scholarship or College Program
midshipmen in Advanced Standing may not simultaneously be a member of
another officer accession program as set forth in Section 12209, Title
10, United States Code.

3.  Reservists must be released from their present enlistment contract and enlist under the provisions of the NROTC Program to facilitate Scholarship or College Program Advanced Standing enrollment.  They may be enrolled as Naval Science students pending release from their reserve obligation, provided they are fully qualified and have been accepted to the institution they are authorized to attend.  The NROTC unit shall obtain a Request for Conditional Release DD Form 368 prior to allowing the student to sign an Enlistment/Reenlistment Agreement DD Form 4/1.

4.  SSMP midshipmen shall enlist in the U.S. Navy Reserve upon their appointment to the USMMA or upon receipt of SIP.

5.  STA-21 and MECEP OCs shall agree to extend their service obligations when applying for or accepting their respective programs, as appropriate.

**4-17 Dependency Application/Record of Emergency Data.**

The unit will prepare a Dependency Application/Record of Emergency Data NAVPERS 1070/602 for all incoming students.  The unit will maintain a copy in the Student File.  This form must be verified annually by the student by an annotation on the back of the form. Only the Record of Emergency Data section of the form is required for Basic Standing College Program students.

**4-18 Servicemember's Group Life Insurance (SGLI).**

NROTC midshipmen (except College Program Basic students) and OCs are eligible for SGLI coverage.  NROTC midshipmen are only covered when assigned to active duty training.  If any student desires less than maximum coverage, they may elect a lesser amount on SGLI Election and Certification Form SGLV-8286.  Once completed, attach two copies to the Dependency Application/Record of Emergency Data, place them in the Student File and provide a copy to the student.

**4-19 Personnel Security Investigations (PSI)**

1.  Entrance Investigation.  Per DoD 5200.2-R and SECNAVINST 5510.30 series, each service member must undergo a PSI prior to appointment. A PSI must be conducted on all midshipmen who have signed a DoD enlistment form.  All PSI requests will be prepared by the unit using guidance found at: https://www.navysecurity.navy.mil/.  PSIs require the student to submit two items:

    a.  A completed Questionnaire for National Security Positions SF 86, which must be completed and submitted by the student on the Office of Personnel Management (OPM) website at www.opm.gov/e-QIP/.

b.  A Fingerprint Card (SF 87) contains basic instructions for obtaining classifiable fingerprints and must be carefully followed. Only trained personnel shall take the fingerprints.  Assistance of Naval Criminal Investigative Service offices or local law enforcement agencies may be requested when necessary.  When completing the SF 87, the student shall indicate "OC-Navy" or "OC-Marine" in the "Reason Fingerprinted" block.  The SF 87 must be mailed to OPM at the following address:

| via U.S. Postal Service | via FEDEX OPM-FIPC OPM-FIPC |
|---|---|
| Office of Personnel Management | Office of Personnel Management |
| PO Box 618 | 1137 Branchton Road |
| Boyers, PA 16018 | Boyers, PA 16018 |

A signed copy of the Questionnaire for National Security Positions SF 86 must be maintained by the command until the security clearance is finalized.  If the student has been absent from the NROTC Program or from military service for two years or more, the student must submit a new SF 86.  The most current copy of the Joint Personnel Adjudication System (JPAS) Personal Summary sheet that indicates clearance eligibility shall be retained.

2.  Summer Training.  Individual security clearances must be obtained prior to the first Summer Training period.  Since many security clearances take over a year to complete, **all midshipmen and OCs shall have their security clearance initiated within 30 days of reporting to the unit**.  Some students may be selected for programs that require a Single Scope Background Investigation (SSBI) for access to Top Secret (TS) or Sensitive Compartmented Information (SCI).  Specifically, students designated Submarine Warfare Officer (1170); Special Operations Officer (1190), Intelligence Officer (1630), and Information Warfare Officer (1640) require an SSBI.  A personal interview is not required for 1170 but is mandatory for 1630 and 1640.

3.  Security Clearance Required for Commissioning.  NROTC students shall not be commissioned without a security clearance.  Because the authority to take action to deny acceptance or retention in the Navy and Marine Corps is vested in the Commander, NPC and the Commandant of the Marine Corps, the PNS shall immediately notify NSTC OD4 or MCRC (ON/E), as appropriate, in all cases where a student is scheduled to be commissioned but has not obtained a proper security clearance. Each January, NSTC OD4 will verify via OPMIS report that all First Class midshipmen are reported to have clearances.

4.  Misconduct/Security Issues.  The PNS must report any serious student misconduct or security issue that has the potential to affect

the student's security clearance.  The PNS must submit any such report as soon as possible in writing to the Department of the Navy, Central Adjudication Facility (DONCAF), with a copy to OPM (if the PSI has not been closed), and NSTC.  The report shall set forth all relevant facts with a course of action.

**4-20  Selective Service Registration.**

The Military Selective Service Act (MSSA) of 2003 and the Presidential Proclamation issued of 2 July 1980 requires male citizens between 18 and 26 years of age to register.  Young men serving in the military on full-time active duty and those attending the service academies do not have to register.  While paragraph 12 of the DD Form 4/1 states that, "Completion of this form constitutes registration with the Selective Service," this paragraph does not pertain to the NROTC Program.

**4-21  Tattoo and Piercing Policies.**

NAVADMIN 110/06 established policy regarding tattoos, body mutilation, and dental ornamentation.  All NROTC units shall screen incoming students for offensive or inappropriate tattoos.  Units shall also periodically screen midshipmen during their enrollment in the NROTC Program to ensure compliance with the Navy's tattoo policies.  Tattoos shall conform to the current Navy policy.  Standard guidance is that tattoos should not be visible while in military uniform; however, if visible, they must not convey any racial epithets, gang symbols, drug preferences, political statements, or other statements contrary to good order and discipline.  Tattoos will not be positioned on the body as to detract from military appearance, i.e., on the face, ears, or head.  The number and size of tattoos shall conform to appropriate Navy and Marine Corps regulations.  NSTC OD has the authority under the above cited guidance to waive certain tattoos for Navy students. Marine Option and MECEP tattoo waivers shall be forwarded to MCRC (ON/E).  Piercing policies for NROTC students are governed by the piercing provisions of the Navy and Marine Corps Uniform Regulations.

**4-22  Student Identification Cards.**

All midshipmen, except those enrolled in the College Program Basic Course, shall be issued an Armed Forces Identification Card, DD Form 2N (Navy Option).  OCs shall use their previously issued identification card.  The local Personnel Support Detachment (PSD) or Navy Operational Support Center (NOSC) is responsible for preparing identification cards.

**4-23  Status Reports.**

In addition to OPMIS input, units are responsible for additional status reports:

1.  Marine Option/MECEP Status Report.  The Commanding General, MCRC
has directed that units must submit monthly reports on the status of
Marine Option midshipmen, MECEP OCs, and MOIs to enable the updating
of the Marine Corps Recruiting Information Support System (MCRISS).
The report must address the status of each Marine Option student
(noting the student's race, ethnic code, PFT/CFT, graduation date,
Height/Weight (HT/WT), and GPA), MOI performance, enrollments, and
disenrollments.  Additional Marine Option/MECEP reporting requirements
are listed in the MCRC Year-In-Sight Calendar.  Questions concerning
any of these reports can be addressed to MCRC (ON/E) at (703)-784-
9446/7/8.

2.  Semi-annual SSMP Roster and Commissioning Report.  Due to OPMIS
unavailability to Maritime Academies, each unit with SSMP midshipmen
must submit a SSMP Roster and Commissioning Report to NSTC OD4 for the
periods of 1 January through 30 June and 1 July through 31 December.
This report must be submitted no later than 15 days after each
reporting period.

3.  STA-21 (Nuclear Option) Grade Reports and Degree Plans.  These
requirements apply only to STA-21(N) schools:

    a.  Initial Degree Completion Plan (DCP).  STA-21(N) OCs are
required to follow an approved DCP.  During their first term, the OC
and NPO shall prepare an executable DCP for submission to OPNAV N133.
The initial DCP shall be submitted by the PNS to OPNAV N133 via NSTC
OD1 for approval with the routine end-of-term grade report following
the first summer or first fall semester.  The DCP shall contain:

        (1) Name, major, and graduation date of OC.

        (2) All courses planned for completion of degree.  Non-
technical courses and all electives may be generalized (e.g.,
Humanities – 3 credits).  Course grading and credit requirements are
set forth in Chapter 4 and apply to all courses for which the STA-
21(N) OC is enrolled.

        (3) Minimum of two semesters (three quarters) each of calculus
and calculus-based physics.  Advanced Placement transfer credit is
acceptable, but at least one semester of each subject shall be taken
in a classroom environment.

        (4) Full-time enrollment each semester, typically a minimum of
15 hours per term.

        (5) Minimum 15 hours per week study monitored by class
advisor.  Experience has proven that some students have difficulty

with the initial transition to the college academic environment
following the accelerated pace of the nuclear propulsion pipeline.
PNS may remove OCs in good academic standing per program requirements
after the first term.

(6) For students with previous college credit, report STA-
21(N) Program GPA only.

b. DCP Revisions.  Once approved, the DCP must be followed
explicitly.  Proposed changes to DCPs may be submitted independently
or as a part of the routine end-of-term grade report.  Requests for
changes must be submitted in a timely manner to facilitate term
registration.  Use of telephone or electronic means for initial
notification is encouraged, but formal written notification and
approval will follow in all cases.  Prior approval for changes must be
obtained as follows:

(1) PNS may approve changes to non-technical electives,
changes in the timing of technical courses, or swapping one technical
elective for another that fulfills the same requirement.

(2) OPNAV N133, via NSTC OD1, must approve in advance all
changes which result in decrease in the number of technical credits,
change in major, change in graduation date, or less than full-time
enrollment status.  Students must not act on changes to DCPs until
they have been approved by NSTC OD1 and OPNAV N133.

c. End-of-term Grade Report.  At the end of each academic term,
including summer sessions, the PNS shall submit an End-of-Term Grade
Report to OPNAV N133 via NSTC OD1.  This report is due within two
weeks of the start of the next academic term and shall include:

(1) Updated DCPs for each OC.

(2) Descriptions of any changes to the DCPs which were
authorized by the PNS and any which require OPNAV N133 approval along
with justification.

(3) Details of actions taken for any OC who failed to meet
program standards, as discussed in CHAPTER 3, including any issues not
requiring a PRB.

(4) Grade Summary Report listing term and cumulative GPAs for
each student to include a remarks column summarizing corrective
actions if applicable.

(5) Reports of any PRB with PNS endorsement.  For issues
requiring a PRB, see CHAPTER 6.  PRBs that result in disenrollment

must contain a recommendation regarding the OCs suitability for duty in the NNPP as an enlisted member.  If a PRB has not been conducted by the submission deadline, the grade report shall indicate when the PRB is scheduled.  The PRB report, as described in CHAPTER 6, must be submitted to OPNAV N133 via NSTC OD1 within one month of the commencement of the next academic term.

(6) Copies of any letters of warning or probation.

(7) Any non-academic issues that might preclude normal academic participation or commissioning in the URL shall be addressed in the grade report.  Copies of medical reports concerning disabling diseases or injuries must be forwarded to NSTC OD1.  Inability to maintain physical qualifications may result in disenrollment and a return to enlisted status.

d.  Withdrawals.  Prior to withdrawing from any technical course, approval must be obtained from OPNAV N133, via NSTC OD1. Justification for withdrawal must be provided as part of this request. Withdrawal from a course to prevent a poor grade is not considered adequate justification.  Withdrawal from non-technical courses may be approved by the PNS provided the student maintains a full-time enrollment status.

e.  Disenrollment.  Disenrollment is discussed in CHAPTER 6.  The following guidelines are specific to STA-21(N) OCs.  Disenrollment is within the purview of NSTC OD1, CNSTC, and OPNAV N133, who may direct such action for academic reasons, disciplinary and civil problems, or PNS recommendation.

(1) Should issues arise which the PNS feels might warrant disenrollment, the PNS shall immediately provide details and recommendations to NSTC OD1.  If disenrollment is recommended, the PNS shall make a specific recommendation regarding the OC's suitability for duty in the NNPP as an enlisted member.

(2) STA-21(N) OCs who are disenrolled for any reason may not remain in the core program and are not eligible for transfer or acceptance to any other commissioning program.  They will be screened for return to the enlisted nuclear propulsion training program, or assignment to the Fleet in either a nuclear or non-nuclear assignment, as determined by OPNAV N133.

(3) In the case of a recommendation for disenrollment, pending OPNAV N133 approval, the OC shall enroll in the next academic term, unless this is prohibited by university regulations.  The PNS shall

discuss future enrollment intentions with NSTC OD1 immediately following a recommendation for disenrollment.

        (4) Upon receipt of disenrollment authorization from OPNAV N133, either in writing or by phone, the PNS will immediately issue an Availability Report.  This report will be in message format as described by MILPERSMAN 1306-1702.  NSTC shall be an information addressee.

        (5) Upon receipt of authorization to disenroll the OC from the STA-21(N) Program, NSTC OD4 shall initiate administrative processing and disenrollment from STA-21 as described in Chapter 8.

**4-24 Midshipman Subsistence and Training Pay**

1.  NROTC Scholarship and College Program Advanced Standing midshipman are entitled to subsistence throughout the school year and active duty pay while participating in summer cruise.

2.  The period of subsistence is established in OPMIS for all eligible students.  The "from" and "through" dates for all eligible students shall reflect the host university's official first and last day of class, however they may reflect the new student orientation date for those students who attend.  Midshipman summer pay, subsistence and book stipends are processed through the Student Manager Program, Pay and Account Information.

3.  Midshipmen are authorized 80% advance pay for summer training. The unit must input the initial training dates at least three weeks prior to travel in order for midshipmen to receive advance pay.  The final training dates must be entered into OPMIS manually upon completion of summer training.  Failure to process the final training dates will result in a debt owed to the Government.  When a student is in an overpaid status, the student's subsistence and book stipend will be adjusted or stopped by the unit Supply Technician.

4.  Normally, the NROTC unit can reconcile midshipman pay problems by reviewing the monthly DFAS Defense Joint Military Pay Systems – Reserve Component (DJMS-RC) ROTC Monthly Status and Payment Report and the midshipman's Leave and Earnings Statement.  To resolve pay problems, the unit shall contact DFAS-Cleveland, Reserve Pay Matters, Code PMMD.  In the event the pay problem cannot be corrected through DFAS, the unit shall contact NSTC OD4.  Additional guidance may be found in the OPMIS Reporting Requirements and Considerations, the OPMIS NROTC Training Manual, and CHAPTER 7.

**4-25 Summer School Tuition**

1. <u>Authorization</u>.  OCs and MECEPs are required to attend school on a year-round basis.  However, midshipmen do not normally attend summer school because this time is normally reserved for Summer Training. Provided that the midshipman's advisor has recommended in writing that the midshipman's attendance at summer school to fulfill the midshipman's degree plan, the PNS has the authority to approve midshipman's attendance at summer school under one of the following circumstances:

    a.  When specific courses are an integral part of the major field of study required for the baccalaureate degree but are not offered during the regular academic year.

    b.  When attendance at summer school will advance the normal commissioning date and will not preclude meeting Naval Science and cruise requirements.  Normal commissioning date means finishing a prescribed curriculum (including Naval Science courses) in the time prescribed by the institution.  For example, the midshipman is in a normal eight semesters/twelve quarter curriculum and they take summer school, the midshipman can be commissioned in seven semesters/eleven quarters.

    c.  If attendance at summer school will enable a student who would otherwise be eligible for extended benefits to graduate within the prescribed semesters (e.g., eight semesters for a four-year Scholarship midshipman).

    d.  If courses are required to be repeated due to injury or illness which prevented completion of the scheduled courses during the regular academic year, provided such absence was approved by school officials and the PNS.

    e.  When schools have attendance at a summer session as a degree requirement.  At institutions operating an accelerated program or cooperative study programs, students who register and participate in NROTC unit training during summer terms may be paid subsistence allowance during such period subject to the limitations for the basic and advanced courses.

2. <u>No Authorization</u>.  Summer school tuition is not authorized for a midshipman who needs to make up credits to graduate on schedule because he or she dropped or failed courses, lost credit due to change of major, did not carry a large enough class load, or has a substandard GPA.

3.  Payment of summer school tuition does not extend a midshipman's obligation to the government.

4.  Universities with semester or quarter hour schedules equaling less than 10 months of total benefits per academic year may authorize summer term attendance provided it meets the following criteria:

    a.  Student's attendance of summer school does not conflict with mandatory summer training requirements.

    b.  Total benefits for tuition and stipend do not exceed 10 months of total benefits in any given academic year and 40 months total.

    c.  Courses must be recommended by the student's academic advisor and approved by the PNS or his designated representative prior to the start of the term.  Courses being repeated due to prior failure or withdrawal which has previously been paid for are not covered and are the responsibility of the student.

    d.  It is the responsibility of the individual unit to ensure the 10-month maximum is strictly adhered to, taking into account start and stop times for stipend benefits related to orientation and other obligations which may exceed normal academic start and stop dates.

**4-26  STA-21 Tuition Authorization and Reimbursable Expenses**

1.  STA-21 OCs are authorized to receive up to $10,000 each calendar year in advanced educational assistance.  All tuition authorized must be recorded by the unit Supply technician on a STA-21 Tuition Authorization Form.  STA-21 OCs are also eligible to claim reimbursement for books and consumable supplies necessary for their education by completing a Claim for Reimbursement for Expenditures on Official Business (SF 1164).

2.  When claiming books and miscellaneous expenses, the OC must provide receipts indicating the costs incurred to the designated NROTC/university staff member.  The staff member will then prepare the SF 1164 via the FastSite Wide Area Work Flow (WAWF), which requires the OC's signature and an authorizing official's signature.  Once the SF 1164 is processed by NETPDTC N811, DFAS will make an EFT payment directly to the OC.  Specific requirements and allowances for reimbursement are listed in OPNAVINST 1420.1 series.  STA-21 tuition, books, and fee payment questions may be directed to NSTC OD8 or NETPDTC Code N811.

**4-27  Foreign Language Testing and Registry**

1.  NROTC units are required to screen all students for language
skills.  Those who self-identify skills in a language listed on the
Navy Strategic Language list (see NSTCINST 1550.1 series) and for
which a test exists must be tested prior to commissioning.

2.  Screening and testing for midshipmen shall take place at the
beginning of the senior year, to include STA-21 and MECEPs who have
not already been tested.  This timeline ensures that the Defense
Language Proficiency Test (DLPT) scores (which are valid for one year)
remain valid through the commissioning date.

3.  All screening and testing shall be conducted by the unit Test
Control Officer (TCO).  Once the screening and testing has been
completed, the results shall be entered in OPMIS.

4.  Maritime academies may submit SSMP foreign language screening and
test results using a spreadsheet.  This report shall be maintained as
current as possible.

5.  Students may be eligible for Foreign Language Proficiency Bonus,
provided they meet the requirements of the Foreign Language Skill
Proficiency Policy for NROTC Midshipmen (OPNAVINST 1533.6).

**4-28  Leave of Absence (LOA).**

An LOA is, in effect, a suspension of NROTC benefits.  Placing a
student on LOA, other than by the student's requests, must follow due
process covered in Section 6-7.  While it may be requested in some
situations, it may be required in others.

1.  Typically, LOAs do not apply to MECEP and STA-21 OCs because of
their active duty status.  However, they may make requests for
overseas study, internships, personal hardship, or medical reasons.
Requests shall be by standard Naval letter from the OC to CNSTC via
the PNS and NSTC OD4.  For STA-21(N) OCs, requests shall be approved
by OPNAV N133 via NSTC OD1 prior to forwarding documentation to NSTC
OD4.  MECEPs forward their request to MCRC via NSTC OD.

2.  In the event a MECEP requires longer than four years to complete
their degree, an extension will be requested by standard Naval letter,
with justification, from the MECEP to MCRC via NSTC OD.

3.  OCs may only pursue an internship if it is a degree requirement
and does not delay commissioning.  All internships for STA-21 OCs
shall be conducted near the host institution.  MECEP OCs approved for
overseas study will be considered to be on unofficial travel status.

4.  Types of LOA.  There are several types of LOA.  Each type may require additional consideration, supporting documentation or endorsements.

    a.  Performance Related LOAs.  Performance related LOAs will result in forfeiture of benefits for the term of the LOA and are not eligible to be paid retroactively.  These types of LOA are assigned based upon failure to meet standards given in CHAPTER 3.  Further discussion is provided in CHAPTER 6 and Appendix B:

        (1) Academic

        (2) Aptitude

        (3) Disciplinary

        (4) Physical Readiness

    b.  Special

        (1) Overseas Study and Internships.  Students may request LOA to participate in professional programs overseas.  LOA for overseas study, with and without benefits, is discussed in Section 4-30.

        (2) Personal.  Upon the student's request, the PNS has the authority to assign an LOA for personal hardship or other reasons found compelling by the PNS.

        (3) Graduate Study.  Navy Option midshipmen may request LOA from NSTC OD4 to participate in professional programs that lead to a graduate degree.  LOA for the purpose of graduate study is addressed in Section 4-30.

    c.  Expiration of Benefits.  A student's benefits may expire prior to the completion of all NROTC Program requirements, including degree completion.  The PNS may grant LOA to allow completion of these requirements.  If the LOA extends the graduation date or the commissioning date, the PNS shall notify NSTC OD by mail or email as the need is known and update the OPMIS graduation date.

    d.  Dropped from USMC OCS.  In the instance of a Marine Option midshipman being dropped from OCS, the student will be immediately placed on interim LOA until a PRB can be convened.

    e.  Medical.  Students who are unable to meet program requirements due to medical conditions may be granted a Medical Leave of Absence (MLOA).  MLOAs are discussed in section 9-5 .

5.  <u>Duration of LOA; Authority to Grant LOA</u>.  The PNS is authorized to
grant an LOA (non-medical) of up to one full academic term.  LOA
requests for more than one academic term can only be granted by NSTC
OD.  Any extensions to the original authorized term of the LOA must be
processed by NSTC OD via NSTC OD4, who shall issue a determination in
writing.  No LOA may be extended to more than two years.  An already
authorized LOA may be extended in writing by NSTC OD to permit the
student to engage in charitable and humanitarian work.

6.  <u>Processing LOA Authorizations</u>

    a.  <u>LOA Request</u>.  LOA requests and requests for extension of an
LOA shall be made using standard Naval letter format.  If made by the
student, the LOA request shall be processed via the PNS.  The PNS
shall include a statement of facts, a justification for why the LOA is
requested, and a current transcript and DCP.

    b.  <u>Time for Decision</u>.  The PNS shall process all LOA requests as
soon as possible and make a determination on each request no later
than when the next tuition payment is due.

    c.  <u>Notice to Student</u>.  The PNS shall notify the student of the
terms and conditions of the LOA in a written notice that states the
duration and requirements of the LOA and actions, including
disenrollment that may be taken if the midshipman fails to comply with
the LOA's provisions.  The notice shall state that the midshipman will
be personally responsible for payment of any tuition, fees, and other
educational expenses incurred during any academic term on which the
student is on LOA and that, except as noted in CHAPTER 7, such
expenses are not payable by NROTC.

    d.  <u>LOA Terms and Conditions</u>.  The LOA may require the midshipman
to attend Naval Science classes and participate in unit activities at
their own expense while on LOA, if the PNS so directs.  The PNS may
require midshipmen who have been placed on LOA for reasons of aptitude
to participate in NROTC activities so the PNS can continue to observe
the midshipman's performance.

    e.  <u>End of LOA</u>.  The PNS will notify the midshipman by letter when
they are removed from LOA status.

    f.  <u>OPMIS Entries</u>.  If the LOA is approved, the PNS shall ensure
that following actions are taken as soon as possible:

        (1) The unit enters the LOA code and start date in the OPMIS
Miscellaneous Form, which will also change the Subsistence Form.

        (2) DFAS is notified of the student's LOA status.  Similarly, the PNS shall ensure that the unit timely enters the LOA end date in the OPMIS Miscellaneous form and timely notifies DFAS of the return of the student from LOA.

7.  <u>Effect of LOA on NROTC Program Benefits</u>.

    a.  NROTC shall not pay or be obligated to pay any financial benefits, including tuition, fees, stipend or subsistence payments for any midshipman during the time he or she is on LOA.  Payments for such benefits shall be suspended as of the effective date of the LOA.

    b.  Midshipmen on LOA status are responsible for all tuition and fees and will not receive subsistence payment.

    c.  NSTC OD in their reasonable discretion may authorize retroactive payments of tuition benefits for students placed on LOA because:

        (1) Transitory physical conditions render them temporarily physically disqualified (MLOA).

        (2) Extraordinary circumstances beyond the student's control, as reasonably determined.  A condition of making such payments shall be that the midshipman attends class and meets all other program requirements.

    d.  Midshipmen on LOA do not incur any additional military service obligation.

    e.  **Midshipmen on LOA as they enter their sophomore year, despite not receiving benefits, become obligated and are subject to recoupment or AES if they are later disenrolled from the program**.

    f.  The PNS shall ensure that midshipmen on LOA are notified of any recommendation for commissioning and all other administrative actions at the same time and in the same manner as for all other NROTC students.

**4-29 Student Awards**

1.  PNS shall recognize outstanding performance.  Awards and formal recognition to NROTC students shall be initiated by unit awards boards or similar staff bodies and given for excellence of performance in these categories:

    a.  Academic excellence.

    b.  Performance of duty/military aptitude.

2.  The PNS shall present the majority of NROTC awards at an annual formal ceremony to which parents and relatives of midshipmen and OCs, distinguished members of the local university, civilian, and military communities, and representatives of presenting organizations are invited to attend.  Representatives of presenting organizations shall be invited to attend and participate in the ceremonies.

3.  A list of awards for which students may be nominated is contained in Appendix E of this manual.

**4-30 Student Requests**

**Transfers between NROTC Colleges/Universities**

1.  Midshipmen may request transfer to other NROTC academic institutions under certain conditions.  Due to PCS costs and other factors, OCs may not transfer to other institutions unless applying to a cross-town school within the NROTC unit's consortium.  Requests are sent to NSTC OD.  A midshipman requesting a transfer to any other NROTC institution must:

    a.  Be in good standing (e.g., cannot be on academic/aptitude probation or LOA).

    b.  Be accepted by the academic institution to which they are requesting transfer.  A copy of an acceptance letter must be included in the transfer request.

    c.  Provide a written statement of the reason they are requesting a transfer and whether it concerns a proposed course of study (e.g., difficulty of obtaining courses required for degree).

    d.  The tuition cost at the next institution should not be significantly higher than the current institution.

    e.  The transfer shall not result in a significant loss of credit or delay graduation or commissioning, as evidenced by a DCP from the gaining unit.  The student must be briefed that requests for extended benefits resulting from the approval of a transfer will not be approved.

    f.  Secure a favorable endorsement by the PNSs at both NROTC units.  Endorsements should address the above requirements.

    g.  Normally have one full academic year of observation.

2.  The gaining unit shall forward the request to NSTC OD4 via the PNSs at both NROTC units.

4-29

3.  If NSTC OD approves the request, the transferring NROTC unit shall:

    a.  Forward the complete NROTC Student File, Performance File, Medical/Dental Record, and an official transcript to the receiving unit.

    b.  Transfer the OPMIS Student File by selecting "School Transfer" from the OPMIS menu and entering the new school code.  Ensure that all data is current and that all grades are entered.  Once the school code is changed, only the receiving unit can access the Student File.

    c.  Ensure the student is released in DTS.

**Extended Benefits**

1.  Academic programs which require more than 40 months for completion of baccalaureate degree requirements, including elective requirements of the Senior ROTC course, may be approved.  Financial assistance under this section may provide extended benefits during a fifth academic year for programs requiring more than four academic years for completion.  This may include regular semesters/quarters or summer sessions beyond Naval Science year four.  Extended benefits may be applied only after the student has used all normal benefits.

2.  NSTC OD convenes extended benefit boards periodically throughout the year.  All applications for extended benefit entitlements will be considered on a case-by-case basis.  All requests for fifth-year benefits must be endorsed by the PNS and submitted to NSTC OD4.  The PNS shall document the school's specific requirements for degree completion and completion averages for students enrolled in that program.  The PNS shall validate all credit figures present in the student's request.  Following the board, NSTC OD shall submit to CNSTC a roster of midshipmen who have applied for extended benefit entitlements.  The roster will include the midshipman's name, academic major, institution, host unit, number of months of required extended benefit entitlements, NROTC Option, and NSTC OD's recommendations.  Midshipmen denied fifth-year benefits should be placed on Special LOA as soon as practicable upon expiration of benefits.  It is important they receive senior year Naval Science instruction just prior to commissioning.  During the intervening time, the student is not required to take Naval Science classes, but should participate in other NROTC activities.

3.  NSTC OD will consider academic credits necessary for the academic major, mandatory NROTC credits, and overlapping requirements in determining the necessity for extended entitlements.

a.  In general, the board favorably consider above 18 total credits required per term:

|   | Credits required for major |
|---|---|
| + | Credits required for NROTC Program |
| − | Overlapping credits (e.g., math, physics) |
|   | Total Credits Required |
| ÷ | 8 Semesters or 12 Quarters |
|   | Total credits required per term |

b.  Baccalaureate degree requirements necessitate the need for extended entitlements and will not be specific to a school or an individual.

c.  PNS should validate all credit figures present in the student's request.  Requests are considered according to the following conditions:

(1) Student must not be enrolled in a dual degree academic program.

(2) Average length of enrollment required by all students to complete a specified program at a specified institution.

(3) Amount of credit Naval Science courses are granted toward degree requirements in a specified program at a specified institution.

(4) Quality of previous academic work.

d.  Extended benefits will not be granted in cases of academic deficiency, failure to complete an academic requirement, scheduling conflict created by an avoidable student action, or a change of major that creates a need for additional semester(s).

(1) Students may not be required to enroll in Naval Science courses but shall participate in all other unit activities while receiving extended benefits.

(2) If the student's performance declines while being nominated for extended benefits, the PNS should withdraw the nomination.

4.  CNSTC has been delegated approval authority for academic programs' eligibility and all extended benefit entitlements requests.

5.  NSTC OD shall ensure that students who accept extended benefit entitlements execute amended contracts that extend their active duty service commitment to maintain a five-year obligation beyond

graduation.  Additionally, extended benefits create additional service obligation as follows:

1 Semester: 6-month obligation

1 Quarter: 4-month obligation

1 Summer Session: 3-month obligation

**Change of Option, Marine to Navy Midshipman**

1.  Midshipmen can request a change of option from Marine to Navy in writing to the PNS.  The request must include a current transcript and a DCP that includes all required courses noted below.  Those seeking to change their option must meet the following requirements:

   a.  Request is made after completion of one full academic year but no later than the end of the junior year.

   b.  Successful completion or an agreement to complete the following courses:

      (1) All students: American History/National Security Policy, English, and Cultural Awareness.

      (2) Scholarship (except Nurse Option) students: Calculus and calculus-based physics.

      (3) College Program students: College algebra or advanced trigonometry, and physical science.  **Note:**  Calculus and calculus-based physics is required for consideration for nuclear option.

   c.  Successful completion or agreement to complete the following Naval Science courses: Introduction to Naval Science, Sea Power and Maritime Affairs, Naval Ships Systems I (Engineering), and Naval Ships Systems II (Weapons).  If these courses cannot be completed at the unit, the applicant must attend NSI.  During their junior/senior year, the midshipman must complete the following Naval Science courses: Navigation, Naval Operations and Seamanship, Leadership and Management, and Leadership and Ethics.

   d.  Successful completion of the First Class Navy Cruise prior to commissioning.

   e.  Statement as to reason for request, career goals, and qualifications to serve as a Navy officer.

   f.  Midshipmen must compete for assignment to designator choices during the Service Assignment process.

g.  Waivers for required NROTC university courses, Naval Science instruction, and Summer Training must be approved in writing by NSTC OD3.

2.  Option change requests shall be processed as follows:

a.  The PNS shall endorse the request and nominate the midshipman to the Scholarship/Change of Option/Advanced Standing Selection Board held by OD2 at the end of the spring academic term.

b.  Marine Option students who are approved to become Navy Option students shall be discharged from the U.S. Marine Corps Reserve and enlist in the U.S. Naval Reserve for a period of eight years, or for such other period of time that ensures they will incur four years obligated service beyond commissioning.  They will be discharged from the Marine Corps Reserve one day and enlist in the Naval Reserves the next day without broken service.  The NROTC unit will prepare an Administrative Remarks, NAVPERS 1070/613.  The midshipman shall complete and sign the Enlistment/Reenlistment Document DD Form 4/1. Block 7b of the DD Form 4/1 shall reflect the inactive time served in the USNR.  Once all actions are complete, the NROTC unit will notify NSTC OD4, who will enter the appropriate changes in OPMIS.

**Change of Option, Navy to Marine Midshipman**

1.  Midshipmen can request a change of option from Navy to Marine by applying to the Marine Corps Side-load Board.  The request must enclose a current transcript and a degree completion plan.  Those seeking to change their option must meet the following requirements:

a.  Request is made after completion of one full academic year, but no later than the end of the junior year.

b.  Agreement to complete the six-week course at Marine Corps OCS prior to commissioning.  This requirement cannot be waived.  Those who fail this course (not recommended to return) are subject to disenrollment from the NROTC Program.

c.  Completion of or agreement to complete American History/National Security Policy courses.

d.  Completion of or agreement to complete the following courses in accordance with Table 3-2: Introduction to Naval Science, Sea Power and Maritime Affairs, Evolution of Warfare, Leadership and Management, Leadership and Ethics, and Amphibious Warfare.

e.  Waiver of USMC-required Naval Science courses is at the discretion of MCRC (ON/E).  Waiver is possible because Marine Option

midshipmen will develop a considerable base of such knowledge at The Basic School.

2.  The PNS shall endorse the request and forward it to MCRC (ON/E) for the current selection board's review.  MCRC will notify NSTC OD4 of approved selectees and, if approved, NSTC OD4 will enter the appropriate changes into OPMIS.

3.  Navy Option midshipmen selected for Marine Option will be released from the USNR and enlisted in the USMC Reserve for a period of eight years.  They will be discharged from the Naval Reserve one day and enlist in the Marine Corps Reserve the next day without broken service.  Prepare an Administrative Remarks page NAVPERS 1070/613. Complete an Enlistment/Reenlistment Document DD Form 4/1.  Block 7b of the DD Form 4/1 shall reflect the inactive time served in the USNR.

**Change of Option, Navy Option Midshipman URL to Navy Nurse Scholarship**

1.  Any midshipmen meeting the eligibility criteria specified below can request a change of option to the Navy Nurse Scholarship.

    a.  Applicant must have completed one full academic year.

    b.  Applicant must apply no later than the end of their sophomore year.

    c.  Applicant must be accepted at an accredited nursing school affiliated with an NROTC Program.

    d.  Applicant must have completed or agree to complete the following courses:  regional studies, world culture, or world religions, and English.

    e.  Applicant must have completed, or agree to complete, the following Naval Science courses: Introduction to Naval Science, Sea Power and Maritime Affairs, Leadership and Management, and Leadership and Ethics.

    f.  Applicant shall complete a 3/C or 2/C cruise at sea with a medical department and must complete a 1/C cruise at a Naval hospital.

2.  If the applicant has already received Scholarship or Advanced Standing, or is not applying for additional benefits, Navy Option applicants shall submit their change of option request to NSTC OD4 via NSTC OD2 (Medical Programs).  Marine Option applicants will submit their change of option request to NSTC OD4 via MCRC (ON/E) and NSTC OD2 (Medical Programs).  If the applicant is applying for Scholarship

or Advanced Standing, the applicant must submit their request to NSTC OD2 per the procedures outlined in CHAPTER 2.

3.  All application packages must include the following documents:

    a.  Letter of acceptance from nursing school

    b.  Copy of official transcript(s)

    c.  DCP

    d.  PNS recommendation

4.  If approved, the applicant must sign a Nurse Scholarship Service Agreement and NSTC OD4 shall change the option in OPMIS.

**Change of Option, Scholarship to College Program**

1.  As an alternative to disenrollment, Scholarship midshipmen who fail to satisfactorily complete calculus, calculus-based physics, or other program requirements, may contact NSTC OD and request transfer to the College Program following the results of a PRB.  This alternative is the only option change available to Nurse Scholarship students who are disenrolled from their Nursing Program.  Once the PNS has reviewed and endorsed the PRB, the PNS may favorably endorse the midshipman's request for this change.  If the PNS endorses the change request, the PNS must provide NSTC OD4 with the following information:

    a.  Specific reason for change (e.g., failure of calculus course and/or physics at least twice).

    b.  Number of times the student was placed on probation or LOA for academics.

    c.  Student's aptitude for Naval Service.

    d.  Extent of student involvement in unit activities (e.g., battalion commander, squad leader).

    e.  Current transcript.

    f.  DCP.

    g.  Copy of the most recent PRB with all endorsements.

2.  If the request is approved by CNSTC, NSTC OD4 will prepare an Appointment Termination Disenrollment Authorization (NSTC 1533/124) stating the obligation and enter the appropriate changes into OPMIS. The unit shall ensure the midshipman signs and acknowledges the following Page 13 entry:

"Scholarship students approved for transfer to the College
Program who have received more than one year of subsidized
education (two semesters/three quarters of tuition and ten
months of subsistence), or accepted their scholarship at the
beginning of the second or later year of Naval Science and
receiving benefits, shall be required to repay the educational
benefits they received while enrolled in the NROTC Program if
they fail to commission unless otherwise waived".

3.  Upon receipt of the Appointment Termination, NSTC OD4 will enter
the appropriate OPMIS code to change the midshipman's status from
Scholarship student to College Program student.

**Change of Option, STA-21**

1.  STA-21 Target Option OCs are not normally allowed to change
options unless found not physically qualified (NPQ) for their original
designator.  Changes that meet the needs of the Navy and do not delay
commissioning may be considered by NSTC OD assuming that the OC meets
**all** requirements for the requested designator.

2.  STA-21 OCs who request a change of option or re-designation must
submit their requests in writing to OPNAV N131 via NSTC OD4.

3.  STA-21 Target Option OCs interested in the nuclear community shall
request transfer to core or surface warfare option.  This request
shall be submitted to OPNAV N131 via NSTC OD4.  Applications for the
nuclear community are submitted to NSTC OD1.  STA-21 OCs will be
interviewed by Director, Naval Nuclear Propulsion before being
accepted into the NNPP.

**Transfers to Other Services' Programs for Midshipmen**

1.  Inter-service transfers are not available for midshipmen.  While
midshipmen may seek appointments to any service academy or other ROTC
programs, those desiring to transfer to other officer accession
programs will be placed on LOA (pending disenrollment) and processed
as a Drop on Request (DOR).

2.  If the midshipman's disenrollment is subject to recoupment, the
midshipman may submit a request to DFAS to have their recoupment order
suspended.  Upon commissioning and completion of two years of active
duty, the former midshipman may request their entire obligation be
terminated.

**Inter-service Transfers for STA-21 and MECEP Students**

1.  This section outlines responsibilities and procedures for allowing STA-21 and MECEP students to transfer to, and receive commissions in, the Marine Corps and Navy, respectively.  Both OPNAV N13 and MCRC (ON/E) must concur in all transfers.  Midshipmen seeking commissions in the Army, Air Force, or Coast Guard shall follow procedures specified by those services.  STA-21(N) Target Option OCs are ineligible for inter-service transfers.

2.  A STA-21 student requesting to be commissioned in the Marine Corps must:

    a.  Submit their request to MCRC (ON/E), via NTSC OD4 no later than the end of their junior year.  The request must contain the following documents:

        (1) Endorsement from CNSTC with recommendation;

        (2) NROTC unit CO's endorsement;

        (3) MOI statement or endorsement (MOI shall also sign DD Form 368 as "recruiter");

        (4) Request from the student;

        (5) DD Form 368, Request for Conditional Release, filled out and signed by an authorized Navy official;

        (6) NROTC Marine Applicant Information Sheet; and

        (7) Additional information responding to the NROTC Information Sheet Questions, such as tattoo photos with explanations, court documents and statement for legal convictions or arrests. Requirements for commissioning in the Marine Corps are established in the MCRC Officer Commissioning Manual.

    b.  Successfully complete Marine Corps OCS.  If they fail to do so, they must either fulfill their remaining STA-21 requirements or be disenrolled.  If they successfully complete Marine Corps OCS, they shall participate in all Marine Option Naval Science instruction and meet all other program requirements, including those set forth in the MCRC Officer Commissioning Manual, that are necessary to receive a commission as a Second Lieutenant.

    c.  When accepted by MCRC (ON/E), the student must submit a request for separation from the Navy to PERS (N13) in compliance with MILPERSMAN 1910-102.

3.   MECEP students requesting commissioning in the Navy must:

    a.   Submit a written request that contains the following information to NSTC OD4, via MCRC (ON/E) no later than the end of their sophomore year:

        (1) A statement on the reason for request, career goals, qualifications, interest, and other information deemed relevant by the requester.

        (2) Current transcript(s) and a DCP.

        (3) A statement that the requester understands that if conditionally approved for commissioning in the Navy, they must complete a pre-commissioning physical examination no later than 18 months prior to the graduation and be qualified for commissioning in the Navy as an URL officer.

    b.   MECEPs approved for transfer will compete for service assignment and are treated as STA-21 Core option students. Requirements for commissioning in the Navy are established in Chapter 4.  MECEPs seeking a commission in the Navy will complete all of the same prescribed NROTC university courses as STA-21 OCs.

4.   Students will retain their status as STA-21 OCs or MECEPs in their original service until graduation.  When requirements for commissioning have been met, students will be commissioned as ensigns or second lieutenants, as appropriate.  If commissioning requirements for the requested service are not met, the individual may be retained in their original service in a status determined by that service.

**Inter-service Transfers for Strategic Sealift Midshipman Program**

SSMP midshipmen may seek appointments to any service academy or ROTC program.  Midshipmen desiring to transfer to other accession programs will be placed on interim LOA and processed as a DOR.  The disenrollment shall be effected one day prior to appointment by the other ROTC program or service academy.  SSMP midshipmen in an obligated status will remain obligated until all service obligations are fulfilled.  Procedures vary per program type:

1.   SSMP to Navy (ROTC):  SSMP midshipmen may be recruited by NSTC OD1 (Nuclear Programs).  Selected midshipmen will be disenrolled from the SSMP as a DOR.  If obligated to MARAD, the midshipman will remain obligated until they complete the NROTC Program.

2.   SSMP to Marines: SSMP midshipmen may apply to a Marine Corps commissioning program at any time.  However, they must complete USMC

OCS prior to being commissioned. USMMA will complete a DD Form 368 Conditional Release for midshipmen to attend OCS. If their request is approved, midshipmen must complete OCS. They remain in the SSMP until graduation but commission as second lieutenants. All requests shall be submitted to MCRC (ON/E) via NSTC OD4.

3. <u>SSMP to Air Force or Army (ROTC)</u>: SSMP midshipmen must apply and be accepted before their senior year. Midshipmen shall be disenrolled from the SSMP as a DOR. If obligated to MARAD, the midshipmen will remain obligated until they complete the Air Force or Army ROTC Program.

**Graduate Study**

Many options are available for midshipmen to pursue graduate education either before or after they are commissioned. Marine Option students are not eligible for graduate education scholarships until they have completed The Basic School (TBS). STA-21 OCs may only apply for the Burke Program. Graduate education programs require additional active duty obligations in accordance with DoD Instruction 1215.08. Midshipmen who are interested in graduate study shall make their interests known to NSTC OD4 before or during service assignment education programs are classified as fully funded, partially funded, or non-funded.

1. Fully Funded.

   a. Massachusetts Institute of Technology (MIT)/Woods Hole Oceanographic Institution (WHOI) Joint Master Program. USNA and NROTC may each nominate one midshipman for participation in the MIT/WHOI Oceanography Program. The program begins in June, typically requires 24-27 months to complete, and leads to a 6402P (Operational Oceanography) subspecialty code. Midshipmen who service select aviation are not eligible for this program. Applicants for this program must first submit an application to MIT/WHOI by the deadline listed in the annual NAVADMIN. A package consisting of a copy of the MIT/WHOI application, transcripts, Graduate Record Examination (GRE) scores, student statement, and PNS endorsement shall be forwarded to NSTC OD4 no later than the MIT/WHOI application deadline listed in the NAVADMIN. Upon receipt, NSTC OD4 will screen the packages for eligibility and forward to OPNAV N13 for community manager concurrence. Once NSTC OD4 receives community manager concurrence, the list of nominees will be forwarded to the Office of the Oceanographer and Navigator of the Navy for approval.

   b. The Junior Line Officer Advanced Educational Program (Burke Program). The Burke Program provides an opportunity for URL officers

in scientific and engineering disciplines for assignment to
subspecialty billets.  This program includes aviation, subsurface, and
surface midshipmen and STA-21 OCs.  Curricula shall be consistent with
the individual's designator and the needs of the Navy.  Upon
commissioning, the selected recipient will attend post-accession
training before their initial 30-36 month operational tour.  After
completion of their initial tour, Burke Program students may be
assigned duty under instruction at civilian schools or attend the
Naval Post-Graduate School (NPS).  Participants in this program will
receive full pay and allowances and will be entitled to a PCS if
applicable.  NSTC OD may select 15 senior NROTC midshipmen or OCs each
year.  PNS shall forward nominations to NSTC OD4.  Upon receipt, NSTC
OD4 will screen the packages for eligibility and forward to OPNAV N13
for community manager concurrence.  Once NSTC OD4 receives community
manager concurrence, the list of nominees will be forwarded to NPS for
approval.

2.  Partially Funded

    a.  The Scholarship Program

        (1) The Scholarship Program is directed toward fulfilling Navy
needs in operational, technical, and managerial areas in concert with
the officer subspecialty system.  Upon commissioning, selectees attend
graduate school full-time and receive full pay and allowances.
Applicants must complete their degree in 24 months or less.  Personnel
may not attend law or medical school under this program.
Participation in the program will be at an institution within the
United States that is accredited by a regional accrediting association
recognized by the Department of Education.  Subspecialty code
determination is performed by NPS upon review of the student's
curriculum.  Exceptions are made for Rhodes, Olmsted, and similar
scholarships where study is required at a foreign institution.
Typically, the applicant must apply and receive a scholarship that is
equal to or greater than 50 percent of the tuition costs.  Annual
program quotas are established by OPNAV N13.  Historically, these
quotas have ranged from three to eleven NROTC midshipmen.

        (2) An application package prescribed by the annual NAVADMIN
must be received by NSTC OD no later than 15 January.  Upon receipt,
NSTC OD4 will screen the packages for eligibility and forward them to
OPNAV N13 for community manager concurrence.  Once NSTC OD4 receives
community manager concurrence, the list of nominees will be forwarded
to NPS for approval.  Selected students shall submit proof of
acceptance into a graduate program with a qualifying scholarship to

4-40

NSTC OD no later than 31 May.  Additional guidance may be found in the annual NAVADMIN and OPNAVINST 1520.24 series.

   b.  Anna Sobol Levy Foundation Scholarship

      (1) The purpose of this fellowship scholarship is to provide future officers an opportunity to learn first-hand about the unique relationship between the U.S. and Israel, to master regional politics, culture, and security affairs, and to study foreign languages at Hebrew University in Jerusalem.  Midshipmen should apply directly to the Foundation using application materials available from www.annasobollevyfoundation.org.

      (2) Midshipmen must submit an application package to NSTC OD4 per the current NAVADMIN for the Scholarship Program and OPNAVINST 1520.24 series no later than 15 January.  Upon receipt, NSTC OD4 will screen the packages for eligibility and forward them to OPNAV N13 for community manager concurrence.  Once NSTC OD4 receives community manager concurrence, the list of nominees will be forwarded to NPS for approval.  The student will be approved for graduate study contingent on detailer concurrence, acceptance into the graduate program, and receipt of the foundation scholarship.  The student shall submit proof of the foundation's scholarship to NSTC OD no later than 31 May.

      (3) This program is not the only means of attending the Hebrew University in Jerusalem; midshipmen may also apply under the Olmsted Foundation program.  Midshipmen may also attend for the purposes of broadening regional awareness and acquiring critical language skills in Hebrew and Arabic through cultural immersion via non-funded graduate, overseas study, or personal LOA.

      (4) This program may not be available every year.

3.  Non-funded

   a.  Graduate Education LOA.  NSTC OD may grant up to 40 Graduate Education LOAs for Navy Option midshipmen to pursue a graduate degree. Although selectees still compete for service assignment and are assigned a designator during their senior year, they are not commissioned until they finish their graduate degree requirements.  A five-year obligation must be maintained beyond graduation, the student must sign an Agreement to Extend Enlistment NAVPERS 1070/621 to maintain a five-year obligation beyond graduation.  To qualify for a Graduate Education LOA, the midshipmen must meet the following conditions:

(1) The student shall be ranked in the top 25% of their midshipman class;

(2) The graduate course of study shall reflect a logical progression of the undergraduate study;

(3) The study must be in a field of Navy interest;

(4) The study must be under the PNS supervision;

(5) The study must not require more than 24 months for completion; and

(6) All approvals are contingent on community manager concurrence and acceptance into a graduate program.

b.  Although Navy Option midshipmen may indicate their interest in graduate education during service assignment (i.e. when submitting their Service Assignment/Duty Preference Form) all official requests for Graduate Education LOA must be submitted to NSTC OD4. In doing so, midshipmen must indicate their degree interest, the school they plan to attend, and the anticipated length of the LOA. In addition, they shall provide a current transcript and either a completed application or proof of acceptance into a graduate degree program. Students scheduled for commissioning 1 October through 31 March must submit their request to NSTC OD4 no later than 1 August of the year prior to commissioning. All requests for graduate study LOA must be received by OD4 no later than eight months prior to the requesters scheduled graduation date. Upon receipt, NSTC OD4 will screen the packages for eligibility, make assignments, and coordinate community manager review. Upon receipt of community manager concurrence, the PNS is responsible for ensuring midshipman acceptance into a graduate degree program prior to commencement of LOA. NSTC OD4 will notify those midshipmen approved for graduate education LOA.

**NROTC Graduate Attendance at Medical or Dental School**

1.  NROTC midshipmen may apply for an Armed Forces Health Professions Scholarship (AFHPS) OPNAVINST 1520.39 to attend an accredited medical or dental school or the Uniformed Services University of the Health Sciences (USUHS). Unlike other graduate degree programs, these programs pertain to service assignment and result in a primary designator.

2.  NSTC OD2 (Medical Programs) will convene a recommendation board each July to select the most qualified applicants for the AFHPS and USUHS programs. For an applicant to be considered competitive and

subsequently accepted, the midshipman shall have a minimum GPA of 3.5 (with a strong emphasis in calculus, physics, biology, and chemistry) and high Medical College Aptitude Test (MCAT) or Dental Aptitude Test (DAT) scores.

3.  Midshipmen shall take the MCAT/DAT in the spring of their junior year for inclusion in their application.  Because of lead times associated with administering the MCAT/DAT and the early deadlines associated with medical school applications, midshipmen must submit their applications to NSTC OD2 no later than 30 June of their junior year to include the following information:

    a.  A copy of the American Medical College Application Service (AMCAS) submitted by the midshipman;

    b.  A certified copy of the results of the MCAT or DAT;

    c.  Current transcript;

    d.  A personal statement from the midshipman explaining why they want to serve in the Navy Medical or Dental Corps;

    e.  An endorsement from the PNS; and

    f.  Recommendation letters from three professors at the university the student is currently attending.

4.  During service assignment, the NROTC unit shall enter a Restricted Line (RL) designator code of 1970 (Medical Officer) or 1980 (Dental Officer) into OPMIS for those candidates desiring to be considered for Medical or Dental Corps.  Following the Service Assignment Panel's determination, selected midshipmen, if any, will be designated 1970 or 1980.  If the midshipman has been selected by AFHPS vice USUHS, and designated by the Service Assignment Panel, the candidate will be designated as either a 1975 (Reserve Medical Officer) or a 1985 (Reserve Dental Officer).

5.  Midshipman applicants not accepted by AFHPS or USUHS no later than 1 June of their senior year must accept a URL designator.  Service obligations for AFHPS and USUHS begin on completion of residency or internship and are served consecutively with the NROTC Program obligation.

**Overseas Study**

Overseas Study is normally an elective option and not required for graduation.  Students may participate while on LOA or with financial benefits but are responsible for all travel.

1. <u>Overseas Study without Benefits</u>.  The PNS may approve an LOA for midshipmen in overseas study <u>without</u> benefits under the following conditions:

     a.  Study is full-time and credits earned meet degree requirements.

     b.  Study does not affect timely completion of NROTC requirements, drills or summer training.

2. <u>Overseas Study with Benefits</u>.  NSTC OD may approve overseas study with benefits under the following conditions.

     a.  Study is full-time and credits earned meet degree requirements.

     b.  Study does not affect timely completion of program requirements, drills or summer training.

     c.  Graduation and commissioning are not delayed.

     d.  Study is in the best interest of the individual and the Navy.

     e.  Financial benefits are limited to only tuition and fees for specific classes and may not exceed normal tuition payments per term at the host institution.  Note that only those items covered through the NROTC Scholarship Program (i.e. tuition, book stipend, and fees) may be funded; other items (e.g., room and board, travel) are not authorized, regardless of cost.

3.  All requests for overseas study with benefits must be endorsed by the PNS and forwarded to NSTC OD4.  Requests for STA-21(N) OCs shall be forwarded to NSTC OD4 via NSTC OD1.  In addition to addressing the above requirements, the request should state where, when, and how long the student would be engaged in overseas study.  ***The request must include a DCP, current transcript, and a detailed cost break-down of the overseas study program.***

4.  STA-21 and MECEP OCs are DoD personnel and are required to adhere to DoD travel regulations.  The PNS should also require midshipmen to review and comply with the DoD Foreign Clearance Guide regarding travel clearances, as well as all State Department travel advisories. When the State Department Travel Advisory recommends deferring travel to a foreign country, travel to the country should not be authorized. In addition, the PNS shall provide a security brief in accordance with SECNAVINST 5510.30 series, encourage students to consult their local Naval Criminal Investigative Service, and review applicable guidance

contained at http://www.ncis.navy.mil concerning force protection and counter intelligence.

5.  All overseas travel should be carefully evaluated prior to approval.  Disregarding DoD travel clearance requirements may adversely affect the student's ability to obtain a nuclear designator and/or security clearance.

**4-31  Service Assignment Survey**

1.  The Service Assignment Survey is normally conducted during April of each year.  It is used by NSTC, OPNAV N13, and NPC to anticipate Navy Option midshipman and STA-21 OC graduation dates and determine designator production goals for service assignment.  This survey is required for freshman, sophomore and junior classes.

2.  When conducting the Service Assignment Survey, each NROTC unit is required to update or validate the "Naval Science year" and "date of commission" as listed in the OPMIS Student Data File.  In addition, each unit must enter the "first choice designator" for each student in the Service Assignment Form.  Although Aviation Selection Test Battery (ASTB) scores and other program requirements may not be completed yet, the unit shall not allow a student to choose a community for which they have already been disqualified.

**4-32  Pre-Service Assignment/ Military Occupational Specialty (MOS) Assignment Requirements**

1.  Student Naval Aviator (SNA) (1390) and Student Naval Flight Officers SNFO (1370).  These requirements are subject to change based on the most recent program authorization.  Additional information for ASTB and pre-commissioning physicals can be found at the Navy Medicine Operational Training Center (NMOTC) website.

  a.  Age.  Navy applicants must not have passed their 27th birthday when commissioned.  SNA (1390) may be granted an age waiver up to their 29th birthday, and SNFO (1370) may be granted an age waiver up to their 31st birthday for active duty prior service.  Marine Corps applicants must not have passed 27 1/2 at the time of commissioning. An age waiver may be granted up to their 29th birthday for all Marine Corps applicants including prior service.

  b.  Pre-commissioning physical.  The PNS must ensure the applicant has an approved NMOTC pre-commissioning physical.

  c.  Education.  A cumulative 2.5 GPA is required on a 4.0 scale.

  d.  ASTB Scores

(1) For Navy applicants, the following scores are required:

(a)  Pilot: Academic Qualifications Rating (AQR) 4/ Pilot Flight Aptitude Rating (PFAR) 5

(b)  Naval Flight Officer (NFO): AQR 4/ Flight Officer Flight Aptitude Rating (FOFAR) 5

(2) For Marine Corps applicants, the following scores are required:

(a)  Pilot: AQR 4/PFAR 6

(b)  NFO: AQR 4/FOFAR 6

The ASTB exam can be retaken as long as the first retest occurs no sooner than the 31st day following the first administration and the second and final retest occurs no sooner than the 91st day following the second administration (test may only be taken 3 times).  The most recent score is used.

e.  Introductory Flight Screening (IFS).  An IFS is required, post-commissioning, by both USN and USMC.  IFS is managed by Naval Aviation Schools Command (NASC) and conducted at Quantico, Annapolis, and Pensacola.

2.  Special Operations (SPECOPS) (1190) and Special Warfare (SPECWAR) (1180).  The following considerations apply to SPECOPS (1190) and SPECWAR (1180).  These requirements are subject to change based on the most recent program authorization.  Applications for SPECOPS and SPECWAR are due to NSTC OD4 in accordance with the annual Service Assignment OPMIS message.

a.  Physical Fitness.  Applicants must pass a physical fitness test established by the SPECOPS/SPECWAR community and administered according to their policy.

b.  Pre-commissioning Physical.  Applicants must be physically qualified by BUMED with no history of back or knee problems.

c.  Unofficial Transcript.  Applicants must submit a current transcript with their application.

d.  Letters of Recommendations.  Applicants should obtain letters of recommendation from current or former SPECOPS or SPECWAR officers to be included in the application.

e.  <u>Top Secret Security Clearance</u>.  Because SPECWAR/SPECOPS require eligibility for a top secret security clearance, applicants shall have a SSBI initiated before the start of their junior year.

f.  <u>Personal Essay</u>.  Applicants must submit a personal essay that addresses their work history, athletic achievements, extracurricular activities, leadership potential, and interest in either SPECOPS or SPECWAR.

g.  <u>PNS Interview</u>.  Application shall be strongly endorsed by the PNS, ranking the applicant in the top 25 percent of their class.  The PNS must screen the applicant for physical fitness and comment on the applicant's suitability for either designator.

h.  <u>Choices</u>.  Sea/Air/Land (SEAL) community manager shall only consider those students listing 1180 as their first choice.  Explosive Ordinance Disposal (EOD) community manager shall only consider those students listing 1190 as their first choice and 1190 as their second choice only if 1180 was their first choice.  A duplicate package is required for those students listing 1180 as the first choice and 1190 as the second choice, so one package may be forwarded to each community for consideration.  NSTC OD4 will forward applications to appropriate community managers.

3.  <u>Information Warfare (1810)</u>.  This designator applies only to those midshipmen assigned RL and found not physically qualified (NPQ) for the URL or STA-21 Target Option.  Because this designator requires eligibility for a top secret security clearance, applicants shall have an SSBI initiated before the start of their junior year.

4.  <u>Civil Engineering Corps (CEC) (5100)</u>.  This designator applies only to those midshipmen found not physically qualified for the URL or STA-21 Target Option.

5.  <u>Medical Officer (1970/5) and Dental Officer (1980/5)</u>.  These designators apply to officers attending medical school on active or reserve duty.  Officers designated as 1970 or 1980 will attend USUHS while on active duty.  Officers designated as 1975 and 1985 will participate in the AFHPS Program as reserve officers.  During service assignment, midshipmen wanting to be considered for medical or dental officer must choose the respective designator as their RL choice.  The NSTC Service Assignment Panel will consider the medical board recommendations when assigning designators.  Applicants not accepted for AFHPS or USUHS no later than 1 June of their senior year must accept an URL designator.  Those selected for 1970 or 1980 are commissioned as regular officers.  Those selected for 1975 or 1985 are

commissioned as reserve officers.  Units must notify NSTC OD4 immediately upon notification of acceptance to either USUHS or AFHPS or in the case of non-acceptance to either program.

**4-33  Service Assignment**

1.  Service Assignment is the process by which Navy Option midshipmen, STA-21 OCs, and SSMP midshipmen are assigned community designators. Marine Option midshipmen and MECEPs do not receive a military occupational specialty (MOS) until they complete The Basic School unless Marine Guaranteed Flight Option.  Commissioning scrolls, as discussed in Section 4-38, are required before any regular or reserve officer is commissioned.

2.  Although final Service Assignment decisions are made during the last year of enrollment, information about the process takes place throughout the NROTC Program.

    a.  During new student orientation or the initial enrollment period, PNSs are to communicate to students they will be assigned where the Navy needs them most.  NROTC process is service assignment not service selection.

    b.  Prior to the start of the sophomore year, the PNS will ensure that expectations regarding service assignment are reinforced to midshipmen before they become obligated.  If students are not prepared to serve where the Navy needs them to serve, they should not continue in the program.

    c.  Prior to the submission of student Service Assignment packages, the PNS is to communicate with seniors to ensure understanding and support of Navy needs and of service above self.

3.  Service Assignment is conducted by NSTC OD based on Navy needs and input provided by the student and the unit.  The information used to assign a designator will come from the OPMIS Service Assignment Form and the Service Assignment Packages.  NSTC OD conducts a Service Assignment Panel that recommends designator assignment to CNSTC for approval.

4.  The OPMIS Service Assignment Form is the primary source of information for the actual assignment of designators for NROTC Navy Option midshipmen and STA-21 OCs and is derived directly from the student data file in OPMIS.  Although some changes may be made at a later date, it is imperative that all student information such as Designator Choices, actual Date of Graduation/Commissioning, ASTB scores, and Physical Qualification Status be as accurate as possible

prior to pulling the verification report.  When reviewing and updating the student information contained in OPMIS, the following considerations apply:

    a.  Units shall verify completion and accuracy of race, sex, ethnicity, dependents, marital status, home of record, required university and Naval Science courses, Summer Training, degree major, cumulative GPA including Naval Science courses, aptitude scores, ASTB scores, security clearance status, status of pre-commissioning physical, commissioning date, and graduation date.

    b.  Each student will be asked to list their top preferences for URL designators.  Student must also indicate their preferred RL or Staff Corps (SC) designator should they be found NPQ for the URL at a later date.  Students shall not list designators for which they are not eligible (e.g., 1390 without qualifying ASTB score, 1170 if they have been down-screened by NR).  **The PNS must certify the applicant has not been physically disqualified for any of designator they list.**

    c.  In addition to the information given here, details on service assignment preference submission, service assignment packages, and the deadline for final update of the OPMIS Service Assignment Form will be provided annually via OPMIS OFFICIAL MAIL message.

    d.  After the deadlines established by NSTC OD4 have passed, all service assignment data is transferred to the master Service Assignment File maintained by NSTC OD4.  Any future changes must be emailed to NSTC OD4.

5.  <u>Service Assignment Packages</u>.  A service assignment package is required for all NROTC Navy Option midshipmen and STA-21 OCs.  SSMP midshipmen who request active duty shall follow guidance in Section 4-30.  Additionally, a service assignment package is required for all MECEP students that have been approved to commission into the Navy.  Once the Service Assignment File has been updated, a Service Assignment Package must be assembled per the below guidance.

    a.  <u>Content of Individual Packages</u>.  All service assignment packages shall include the following documents:

        (1)  OPMIS Service Assignment Unit Verification Report (GF30R17).  This report is available as soon as the file is transferred to NSTC OD;

        (2)  Service Assignment/Duty Preference Form;

        (3)  Transcript (Official, if at all possible); and

(4) Proof of pre-commissioning physical, (i.e., DoDMERB-approved DD-2808 or BUMED/NMOTC waiver recommendation approved).  If not approved by the date of commissioning, the PNS shall indicate physical status in the remarks section of the Service Assignment Duty Preference Form.  For example:

(a)  "Pre-commissioning physical taken 21 May XXXX and submitted to BUMED.  No indication of disqualifying physical defects."

(b)  "Pre-commissioning physical scheduled 21 September XXXX.  Entry physical and subsequent annual certifications of physical status indicate no disqualifying defects will be found."

(5) Any application or amplifying documents required for certain requested designators.

b.  Administrative Processing by the Unit.  All service assignment packages shall be consolidated at the unit and forwarded to NSTC OD4 per the guidance below:

(1) Print an OPMIS Service Assignment Unit Verification Report, GF30R17 for each participating student and attach it to the top of each service assignment package.

(2) Prepare one cover letter listing the name and SSN for each service assignment package.  Ensure that each package beneath the cover letter is stapled separately.  NROTC units with SSMP midshipmen may be required to prepare two or three separate cover letters.  One cover letter shall address all NROTC midshipmen.  The second cover letter shall address all STA-21 OCs (target and core option/MECEP approvals).  The third cover letter shall address SSMP midshipmen who request active duty.

(3) IRR Hardship Waiver and Volunteer Requests as well as all Graduate Study LOA Request Notifications should be submitted with the service assignment package.

(4) The deadline for final update of the OPMIS Service Assignment Form will be provided annually by OPMIS OFFICIAL MAIL message.

c.  Students will normally be assigned a URL designator upon commissioning.  Specific goals and policy decisions regarding assignments to URL and RL/SC designators are promulgated annually by NPC based on the needs of the Navy.  PERS-8 will provide the unit the commissioning documents needed for officer appointment, provided the

student's name appears on an approved regular or reserve commissioning scroll provided by OD4.

**4-34  Individual Ready Reserve (IRR).**

Some Navy Option NROTC commissionees may be required to commission into the IRR prior to beginning active duty and community-specific post-accession training.  NSTC will provide information regarding the IRR, including the policies, processes, and schedule for that year-group.  CNSTC is the approval authority for hardship waivers requesting exemption from the IRR.

**4-35  Marine Guaranteed Flight Option**

1.  Service assignment or duty assignment for MECEPs and Marine Option midshipmen is normally conducted at TBS.  However, MECEPs and Marine Option midshipmen may apply for guaranteed assignment to an aviation MOS after they have completed one year in the NROTC Program.  The goal of this program is to pre-designate students for aviation service a few years out from their commissioning in order to best control and anticipate recruiting requirements.

2.  Marine Option midshipmen previously awarded an aviation guarantee through another source (e.g., PLC) must reapply.  The application package must be endorsed by the MOI and PNS and forwarded directly to MCRC (ON/E) no later than 30 September.

3.  Application packages shall include:

    a.  Official Photograph NAVPERS 1070/884;

    b.  Information Sheet (NSTC 1533/62);

    c.  DoDMERB physical (unless a senior);

    d.  Eye refraction with depth perception and color blind testing;

    e.  Report of Medical Examination DD 2808;

    f.  Anthropometric Data Record, NAVMED 6410/9; and

    g.  Contact Lens Statement.

4.  Typically, aviation guarantees are granted freshman through junior year.  However, the opportunity to commission with an aviation MOS is not completely closed to Marine seniors.  If a senior desires an aviation MOS, they need to have a NMOTC approved flight physical with their Request For Appointment (RFA) or commissioning package and meet all other aviation requirements.  If billets are available for that

Fiscal Year and the student has requested aviation on their RFA, they may be selected for a commission with an aviation MOS. However, the RFA is the final point to request commissioning with an aviation MOS, unless the needs of the Marine Corps dictate otherwise.

**4-36 Nuclear Screening and Application**

1. The Navy is highly interested in students who want to pursue a career either as a nuclear trained officer in the fleet or as an engineer at Naval Reactors (NR). To increase each student's opportunity to enter these fields, the PNS shall encourage them to pursue technical majors within Tier 1 and Tier 2 categories, complete calculus and physics requirements early, participate in applicable Summer Training, and apply for an interview at the earliest opportunity.

2. The screening of applicants for nuclear service is in addition to the service assignment procedures. Interested students can obtain a NNPP Application from NSTC OD1 once all calculus and physics requirements are met and the student is within two years of graduation. NR will begin approving students for interview upon completion of the first semester of the junior year.

3. The following additional documents shall be included with the application upon submission:

    a. <u>Transcript</u>. Each application must include complete transcripts, showing course numbers, course names, and full letter grades. This applies to every collegiate academic institution attended, through the most recently completed term. An updated list of courses will be required prior to attending an interview if the student has not yet completed the current term. Unofficial transcripts are acceptable if verified by a member of the unit's chain of command.

    b. <u>Drug Abuse Statement</u>. A Pre-service Drug Abuse Statement must be signed by the student and a witness, in accordance with OPNAVINST 5355.3 series.

4. Based on platform limitations there are very few billets available for female submarine candidates each year. To ensure the most qualified females are selected for submarine service, female submarine candidates will not interview at NR until after the Service Assignment Panel has assigned them the 1170 designator (normally in September). Female SWO(N) or Naval Reactors Engineer candidates may interview as soon as their application is approved.

5.  Successful completion of an NNPP interview will require
significant preparation by each candidate and will also require close
supervision and assistance from the host NROTC unit NPO instructor,
other leaders, and most importantly the PNS.  Each candidate will
require a tailored plan which should be carefully developed and
managed by the host NROTC unit.  Each candidate will bring a unique
background to NR and therefore a tailored preparation plan is
important.  Most technical major candidates will require some brushing
up on basic level calculus and physics.  Non-technical major
candidates may require more extensive preparation.  All candidates
will require practice oral technical interviews – a new way for most
candidates to be examined.  The engineers at NR are used to evaluating
well-prepared candidates from NROTC, the USNA, and the Nuclear
Propulsion Officer Candidate (NUPOC) Program.  To ensure a proper
decision can be made about potential for service in the NNPP on
interview day at NR, it is critical that our candidates be technically
prepared.  Additionally, the final interview with the director of the
NNPP will be key to success and midshipmen should be trained by their
PNS to be as comfortable as possible with a four-star senior officer
in a job interview.  Because some candidates selected/assigned to the
NNPP may not be first preference Submarine or Surface (Nuclear) it is
critical to thoroughly prepare and evaluate their heart for service
above self in the NNPP.  The unit is charged with the challenging job
of teaching and evaluating candidates to present positively and
professionally at interview.  These NNPP candidates represent our
program at NR and their attitude and competence should be maximized.
Close coordination with OD1 to maximize success at interview with
candidates should routinely occur.  Each PNS is charged with
personally supervising this preparation process.  The checklist in
Appendix O shall be used for every NNPP candidate during preparation
and shall be retained in the student file.

6.  Students selected to the NNPP as a submarine or surface warfare
officer are eligible for the Nuclear Officer Accession Bonus as
authorized by OPNAVINST 7220.11 series.  The bonus is normally paid
within two months of their interview.  Those selected to work as a NR
Engineer are not eligible for the bonus.

7.  Any STA-21(N) OC who is not selected for the NNPP may be allowed
to complete their degree and be commissioned as an URL officer.  The
OC must be maintaining minimum program standards and be recommended by
the PNS and OD1.

8.  A radiation exposure medical examination in accordance with NAVMED
P-5055 shall be conducted at the earliest opportunity.  To the extent

possible, the PNS shall ensure students are PQ for nuclear duty prior to interviewing.  NR Engineer applicants need not be PQ for URL commissions, but must be qualified for the RL.

**4-37 Service Assignment for SSMP Midshipmen.**

Most SSMP midshipmen are service assigned for reserve commissions at their unit (based on the education, training and licensing they received), however a limited number of active duty URL designator quotas are often available for them, if desired.

1.  Active Duty Requests

    a.  All SSMP midshipmen who request active duty must submit a service assignment package to OPNAV N132 via NSTC OD4 per the service assignment timelines in this paragraph.  In doing so, each maritime academy shall rank order their midshipmen per first choice designator. For example: SWO 1-4.  OPNAV N132 finalizes the SSMP midshipmen active duty service assignment list.  As a result, these packages are required to be submitted no later than 10 January to NSTC OD4 for the spring graduation.  Service assignment packages received after that date may jeopardize the student's opportunity for active duty assignment.  Upon receipt of the service assignment package, OPNAV N132 will liaison with each community manager to determine service assignment.  The results will be passed to NSTC OD4 and each maritime academy.

    b.  Active duty quotas for SSMP midshipmen are established annually by NPC.  Selection is not guaranteed and is dependent on qualification, class ranking, and Navy needs.

    c.  When preparing commissioning scrolls, SSMP midshipmen who request active duty must appear on both the regular and reserve commissioning scrolls.  This is required because not all SSMP midshipmen who request active duty are approved for active duty when commissioning scrolls are due.

    d.  The commissioning package shall include:

        (1)  Application Control and Processing Record (NAVCRUIT 1100/14);

        (2)  Application for Commission or Warrant Rank (NAVCRUIT 1100/11);

        (3)  Certificate of Release or Discharge from Active Duty DD Form 214; and

(4)  Statement of Contingent Release (required if applicant is a member of a reserve component other than the SSMP).

e.  The following documents must be included in all SSMP active duty service assignment packages:

(1) Application for Recall to Extended Active Duty NAVPERS 1331/5;

(2) Service Assignment Duty Preference Form;

(3) Unofficial Transcript;

(4) Proof of pre-commissioning physical, i.e. DoDMERB-approved DD 2808 or BUMED/NMOTC waiver recommendation approved;

(5) A personal essay that addresses work history, personal achievements, extracurricular activities, leadership potential, and interest in the community; and

(6) An application or any documents required for certain designators.

f.  A SSMP midshipman who is seeking an appointment as a commissioned officer in another uniformed service must be accepted by the other service and conditionally released from the SSMP.  If approved, the midshipman shall be disenrolled and discharged from the Naval Service the day preceding appointment in the other service.  If disapproved, the midshipman remains obligated to accept a USNR/SSO commission if qualified for active duty assignment.

2.  Reserve Duty Requests

a.  SSMP midshipmen are service-selected depending on their maritime training and Navy needs.  This assignment is non-competitive and depends solely on the midshipman's education and training.

b.  All documents required for commissioning shall be forwarded to PERS-8 at least six months prior to the midshipman's commissioning date.  At the same time, all reserve commissioning scrolls shall be prepared by the unit and forwarded to NSTC OD4.

c.  The commissioning package shall include an Application Control and Processing Record (NAVCRUIT 1100/14).

d.  Upon receipt of the commissioning package, PERS-8 shall mail the maritime units the commissioning documents required for officer appointment.

**4-38 Commissioning Scrolls**

1.  Initial accessions are commissioned as regular or reserve officers.  All officer accession sources must prepare commissioning scrolls for Secretary of Defense (SECDEF) approval.  This requirement applies to officers of the armed forces.

2.  Navy Option midshipmen and STA-21 OCs/approved MECEP students are added to the regular and/or reserve officer commissioning scroll based on their estimated commissioning date, as reflected in OPMIS and verified by the NROTC unit.  NSTC OD4 pulls this information from OPMIS during Service Assignment, prepares the initial scroll, and sends it to each NROTC unit for verification.  Verification and notice of any changes must be e-mailed to NSTC OD4 by the PNS followed by receipt acknowledgment.  When verifying commissioning scrolls, the PNS must include those Navy Option pursuing service assignment as medical or dental officer (1970/5 or 1980/5) on both the regular and reserve officer scrolls (as they may be selected to either community).  **Note: PNS shall verify every midshipman or OC listed on the scroll.**  NSTC OD4 will forward the scroll to the Secretary of Defense (OSD) via CNSTC and Chief of Navy Personnel (CNP).  Midshipmen and OCs who do not receive SECDEF approval prior to graduation will not commission on time.

3.  Since SSMP midshipman data are not maintained in OPMIS, their names are added to the regular and/or reserve commissioning scrolls based on the maritime academies' input to NSTC OD4.  The PNS/OIC of NROTC and SSMP midshipmen may be responsible for preparing and verifying as many as four distinct commissioning scrolls:  NROTC (regular and reserve), and SSMP (regular and reserve).  The PNS/OIC is responsible for providing scroll input to NSTC OD4 during service assignment.  Shortly thereafter, NSTC OD4 will return the commissioning to the PNS/OIC for verification.  Verification and notice of any changes must be emailed to NSTC OD4 followed by receipt acknowledgment.  NSTC OD4 shall forward the scroll to OSD via CNSTC and CNP.  When preparing or verifying commissioning scrolls, the PNS/OIC shall include those midshipmen pursuing Recall to Active Duty on both the regular and reserve officer commissioning scrolls, as they may be selected to one or another community.  An SSMP midshipman who does not receive SECDEF approval prior to graduation will not commission on time.

4.  Marine Option and MECEP are added to the regular officer commissioning scroll by MCRC based on information contained in MCRISS. Annually in October, NSTC OD4 pulls the estimated commissioning dates for the next two fiscal years contained in OPMIS and forwards it to

MCRC (ON/E).  MCRC ensures all members on the OPMIS pull are scrolled.
MCRC (ON/E) shall forward the scroll to SECDEF.

5.  Once PERS-8 or MCRC (ON/E) receives the SECDEF approved scrolls,
commissioning packages are mailed to the NROTC units or maritime
academies.

**4-39 Commissioning Procedures**

1.  The Officer Appointment Acceptance and Oath of Office (NAVPERS
1000/4) or USMC Appointment Acceptance and Record (NAVMC 763), is
mailed to each NROTC unit and/or maritime academy by PERS-8 or MCRC
(ON/E).  Upon receipt, the PNS/OIC shall verify the name,
commissioning date, and designator listed on each document.  The
commissioning document is prepared for the requested date of
appointment and may not be used for any other date.  PNS/OIC shall
report any errors found on the commissioning document, to include
misspelled words to NSTC OD4 or MCRC (ON/E) immediately.  Signatures
must match the typed name on the commissioning document.

2.  The PNS/OIC is responsible for certifying that the student is
fully qualified to be commissioned.  Under no circumstance shall a
student be commissioned while awaiting trial, on probation, or serving
a suspended sentence without concurrence from NSTC OD or MCRC (ON/E).
If the student cannot be commissioned on the date printed on the
commissioning document, the PNS/OIC must return the NAVPERS 1000/4 or
NAVMC 763 to PERS-8 or MCRC (ON/E), as appropriate and notify NSTC
OD4.

3.  Graduating students and advisors must review the midshipman's
aptitude evaluations during the pre-commissioning counseling session.

4.  NROTC midshipmen, OCs, and SSMP midshipmen may be commissioned
upon successful completion of the following requirements:

    a.  Prescribed university and Naval Science courses;

    b.  Naval Science Laboratory and CALT;

    c.  Summer Training/OCS;

    d.  Approved baccalaureate degree;

    e.  Proof of pre-commissioning physical (i.e., DoDMERB DD 2808 or
BUMED/NMOTC waiver recommendation approved);

    f.  Department of Navy Central Adjudicating Facility (DONCAF)
approved secret security clearance;

g.  United States Merchant Marine Officer (USMMO) License or USCG License as applicable (SSMP only); and

h.  Under no circumstances will a student selected for aviation duty (1370/1390) be commissioned without final approval from NOMI.

5.  Commissioning ceremonies are an important and serious occasion. The PNS/OIC shall ensure propriety of the ceremony and ensure all midshipmen and OCs meet applicable requirements.  U.S. Code, Title 10, Article 1031 requires the administration of the oath of office by a commissioned officer or other person designated by DoD regulations to all persons enlisting in, or appointed to, the U.S. Armed Forces. There can only be one commissioning ceremony.  To preserve the dignity of the occasion and to avoid possible legal repercussions, all commissioning ceremonies must be conducted by a commissioned officer or other authorized designee in accordance with such regulations.

6.  The date of rank for ensigns or second lieutenants between 1 May and 30 June shall be the date of graduation of midshipmen from the USNA that year.  Therefore, blocks 14 and 16 of the NAVPERS 1000/4 shall reflect USNA's commissioning date.  The date of rank for ensigns or second lieutenants commissioned any other time is the date upon which they become fully qualified for commissioning.  The PNS/OIC shall ensure the student and witnessing officer sign the NAVPERS 1000/4, thereby acknowledging the actual date of commissioning and commencement of active or inactive duty.

7.  Midshipman are encouraged to consult their supporting PSD for advice on whether their active duty service for summer cruise or other training sill be included in the computation of their basic pay as a commissioned officer or toward their retirement and retirement pay.

8.  The unit must enter the actual date commissioned and the appropriate attrition code in OPMIS (see Appendix M).

9.  The local PSD or NOSC is responsible for preparing a new Armed Forces Identification Card.  Upon commissioning:

a.  Newly appointed ensigns and MECEP second lieutenants shall be issued an active duty Armed Forces Identification Card (unless initial assignment is in the IRR).

b.  Newly appointed Marine second lieutenants (non-MECEP) shall be issued a reserve Armed Forces Identification Card upon commissioning.

c.  O-1E pay status shall be established if the service member has four years of continuous active duty service prior to commissioning.

**4-40 Disposition of Student File.**

The Student File will be closed upon commissioning and maintained at the unit for a minimum of two years.

1. <u>Newly Appointed Active Duty Ensigns</u>

   a.  The following original or first copy documents, as applicable, are used to create the permanent personnel record.  These documents shall be prepared or removed from the Student File and send to PERS-8.  Once received, PERS-8 will forward these documents to PERS-312C to create the officer permanent record:

      (1) The Officer Appointment Acceptance and Oath of Office (NAVPERS 1000/4) (original).

      (2) College Transcript(s).  The unit shall provide a copy to PERS-45E.  PERS-45E (Vice Registrar, NPS) is responsible for getting degree and subspecialty data into the officer's permanent record.

      (3) USCG License (SSMP only).

      (4) Program Service Agreements (Nuclear, Air, Nurse) as applicable (original).

      (5) NROTC Scholarship/Non-Scholarship Service Agreement, or other applicable service agreements (original).

      (6) Enlistment/Reenlistment Document Armed Forces of the United States (DD Form 4/1) (plus any annexes).

      (7) Administrative Remarks Discharge, NAVPERS 1070/613 (original).

      (8) Certificate of Release or Discharge from Active Duty DD Form 214 or 215, if any).

      (9) History of Assignments, NAVPERS 1070/605 (if applicable).

      (10) Montgomery GI Bill DD Form 2366.

      (11) Drug and Alcohol Abuse Statement of Understanding OPNAV 5350/1.

      (12) Dependency Application/Record of Emergency Data NAVPERS 1070/602.  This form shall be updated upon commissioning.

      (13) SGLI SGLV 8286.  Updated upon commissioning.

      (14) DONCAF Security Determination.

(15) Classified Information Non-Disclosure Agreement SF 312.

(16) Officer's Report of Home of Record and Place from Which Ordered a Tour of Active Duty, NAVPERS 1070/74 (original).  Please refer to the JTR U5376 for guidance on shipment of household goods.

(17) Report of Medical Examination (copy).

(18) Report of Medical History (copy).

(19) NROTC Education Cost Record.

(20) Official Photo.  A new full-length photograph wearing Summer Khaki is required for all Navy officers upon commissioning. Detailed guidance is contained in MILPERSMAN 1070-180.

(21) Photocopy of Birth Certificate or other proof of citizenship endorsed indicating that the original or a certified true copy was presented to the ROTC unit.

b.  All documents shall be securely fastened and mailed to PERS-8. Documents for several officers may be sent in a single mailer marked "Officer Appointment-do not open in the mailroom." The following addresses for type of shipment apply:

(1) FEDEX or UPS: Commander, Navy Personnel Command, PERS-8, Bldg.  768, Room N206, 5660 Ticonderoga Loop, Millington, TN 38054.

(2) General Mail: Commander, Navy Personnel Command, PERS-8, 5720 Integrity Drive, Millington, TN 38055-8450.

c.  A copy of each document shall be provided to the newly appointed officer.  In addition, the newly appointed officer shall receive all other miscellaneous documents such as travel orders, training certificates, Letters of Commendation, birth certificates, Naval correspondence, completion certificates, cruise orders, and other documents which may be of value.  They shall be advised to maintain them for their own personal use and hand-carry them to their first duty station.

2.  Newly Appointed Reserve Duty Ensigns.  The following original or first copy documents, as applicable, are used to create the permanent personnel record.  Documents are sorted by destination activity:

a.  PERS-8.

(1) NAVPERS 1000/4, Oath of Office (original).

(2) Official Transcript of School.

(3) NSTC 1534/3, Training and Service Agreement (original).

(4) NAVPERS 1070/613, Discharge to accept Commission.

    b.  Commander, Naval Reserve Forces Command (COMNAVRESFORCOM) (N14).

        (1) NAVPERS 1070/602.

        (2) NAVPERS 1000/4 (pink copy).

        (3) Copy of USCG license (SSMP only).

        (4) NAVPERS 1070/74, Officer's Home of Record.

    c.  Naval Reserve Personnel Center (NRPC) (N3).

        (1) Medical and dental records.

        (2) NAVPERS 1070/613.

        (3) NAVPERS 1301/4, Officer Qualifications Questionnaire.

        (4) NAVPERS 5720/1, Officer Biography Sheet.

        (5) OPNAV 5350/1, Drug and Alcohol Abuse Statement of Understanding.

    d.  A copy of each document shall be provided to the newly appointed officer.  In addition, the newly appointed officer shall receive all other miscellaneous documents such as travel orders, training certificates, Letters of Commendation, birth certificates, Naval correspondence, completion certificates, cruise orders, and other documents which may be of value.  They shall be advised to maintain them for their own personal use and hand-carry them to their first duty station.

3.  <u>Newly Appointed Second Lieutenants</u>

    a.  Upon commissioning, the Appointment Acceptance Record (NAVMC 763) with proof of degree must be returned to MCRC (ON/E).  Also, all newly appointed second lieutenants will be discharged from enlisted status to accept a commission in the USMC.  The unit shall ensure a NAVMC 763, Proof of Graduation, or DD Form 214, if applicable, is mailed to MCRC (ON/E).

    b.  A copy of each document shall be provided to the newly appointed officer.  In addition, the newly appointed officer shall receive all other miscellaneous documents such as travel orders,

training certificates, Letters of Commendation, birth certificates, Naval correspondence, completion certificates, cruise orders, and other documents which may be of value. They shall be advised to maintain them for their own personal use and hand-carry them to their first duty station.

c. Newly commissioned second lieutenants are eligible to receive TRICARE benefits while they wait (in an IRR status) to go to TBS. In order to be eligible for TRICARE benefits, the service member must enroll in Defense Enrollment Eligibility Reporting System (DEERS) (coded in DEERS as 001) through their personnel office. Family members are not eligible for TRICARE until the service member reports for active duty (normally when they report to TBS).

**4-41 Health and Dental Record Disposition**

1. Disposition Instructions. Prior to summer training, the Health and Dental Record shall be delivered to the student along with summer training orders. Upon completion of summer training, the health record will be returned to unit custodian. Upon disenrollment or commissioning, the disposition instructions are as follows:

a. Disenrollment. As previously addressed, Health and Dental Records are only required for Scholarship and College Program Advanced Standing Students. In cases of Disenrollment, Health and Dental Records disposition will be handled by OD4.

b. Commissioning. When any midshipman, STA-21, or MECEP is commissioned, all Service Records, Health and Dental Records shall be issued to the newly appointed officer.

# CHAPTER 5    Unit Operations and Administration

5-1    General Policies ........................................... 5-2

5-2    Head of the Department of Naval Science .................... 5-2

5-3    Duties of Naval Science Instructor. ........................ 5-5

5-4    Duties of Other Officers and Enlisted Personnel ............ 5-6

5-5    Duties to the Host Institution Unrelated to NROTC .......... 5-7

5-6    Pursuit of Graduate Degrees ................................ 5-8

5-7    Residence and Uniform for NROTC Staff ...................... 5-8

5-8    Ethics Regulation/Standards of Conduct. .................... 5-8

5-9    Acceptance of Institution Benefits. ........................ 5-9

5-10    Unit Viability. ........................................... 5-9

5-11    Unit Military Manpower .................................... 5-9

5-12    Communications. ........................................... 5-11

5-13    Officer Program Management Information System (OPMIS) .... 5-11

5-14    Paper Files and Correspondence ........................... 5-11

5-15    Staff Fitness Reports. ................................... 5-11

5-16    Civilian Personnel Procedures ........................... 5-12

5-17    Staff and Unit Awards .................................... 5-14

5-18    Inspector General (IG) Programs. ......................... 5-15

5-19    Unit Safety. ............................................. 5-16

5-20    Mishap and Incident Reporting ........................... 5-16

5-21    Physical, Personnel, and Information Security Programs. ... 5-18

5-22    General Military Training (GMT). ......................... 5-19

5-23    Physical Readiness. ...................................... 5-20

5-24    Sexual Assault, Equal Opportunity (EO)/Sexual Harassment. 5-20

5-25    Victim and Witness Assistance Program (VWAP). ............ 5-20

5-26    Command Managed Equal Opportunity (CMEO) for Military. ... 5-20

5-27    Alcohol and Drug Abuse Prevention and Control. ........... 5-20

5-28    Urinalysis Testing ....................................... 5-20

5-29    Drug and Alcohol Program Advisor (DAPA). ................. 5-23

5-30    Suicide Prevention. ...................................... 5-23

5-31    Voting Assistance. ....................................... 5-23

5-32    Navy Family Accountability and Assessment System (NFAAS) . 5-23

5-33    Public Affairs .......................................... 5-23

5-34    Funding for NROTC Advertising ........................... 5-31

5-35    Recreation Funds ........................................ 5-32

5-36    National Scholarship Applicants' Officer Interviews ...... 5-32

**5-1    General Policies**

1.  Program Supervision.  Supervision, control, and direction of the Officer Development Programs are administered by SECNAV and NETC through NSTC.

2.  Academic Relationships.  Academic institution officials have the same academic relationship with the Department of Naval Science that they have with other departments of the institution.

3.  Unit Supervision.  COs and OICs shall ensure that each individual in their command is aware they are fully accountable for their own actions.  They shall assign clear lines of authority and responsibility, provide adequate resources and supervision for subordinates to meet prescribed responsibilities, and initiate appropriate corrective action when individuals fail to meet their responsibilities.

**5-2    Head of the Department of Naval Science**

1.  Assignment

    a.  Professor of Naval Science.  The Head of the DNS at an institution where an NROTC unit is established is the officer ordered by BUPERS or MMOA/M+RA as CO of the NROTC unit with additional duty as PNS.  PNSs should have a broad knowledge of the education field, both secondary and higher education.  They must also be technically qualified in the subject area of Naval Science, be capable of teaching at the college level, and have the ability to administer an academic program at a college or university.  A previous command tour is desirable; a graduate degree is essential.

    b.  Officer-in-Charge.  The Head of the DNS at a Maritime Institution where an NROTC unit is NOT established is the officer ordered by BUPERS as OIC.

2.  Reporting Relationships.  The PNS/OIC reports:

a.  Directly to CNSTC for all matters relating to the command and control of a Naval activity and for the professional development of NROTC midshipmen and officer candidates;

b.  To the Naval Installations Command, Regional Commander for the purposes of antiterrorism and force protection (AT/FP) and other regional functions; and

c.  To college or university officials responsible for academic and institutional governance for matters relating to the instruction of Naval Science on campus.

3.  <u>Academic Institution Benefits</u>.  As required by 10 USC § 2102, each academic institution hosting an NROTC unit must accord the academic rank of "Professor" to the PNS, together with all prerogatives and privileges (except tenure and financial benefits) associated with such rank.  In instances where a specific term for the NROTC CO has been defined through a contract with the institution by SECNAV, that title will be used.  The PNS or OIC, together with all other officers serving as instructors in the DNS, must be considered faculty members by the academic institution, shall be accorded ranks and titles commensurate with their faculty status comparable to those of their civilian colleagues and may thereby accept the benefits from the institution listed in Section 6.4 of <u>DoD Instruction 1215.08</u>.

4.  <u>Duties</u>.  The PNS or OIC shall:

a.  <u>Perform General Administration and Management</u>.  Carry out all duties required by applicable law and policy and ensure the appropriate personnel at the academic institution(s) are aware of any changes to such law and policy.  Maintain appropriate records for the staff and students assigned, resources allocated, and other matters relating to, their unit.  Request appropriate resources and execute program resource allocations to meet NROTC or SSMP and host institution goals and objectives.

b.  <u>Act as CO or OIC</u>.  The PNS is the CO of all Naval personnel and second level supervisor/senior rating official of all civil service personnel assigned to the DNS.  The OIC at each maritime academy has authority over all Naval Service personnel assigned to their unit.  The PNS/OIC shall conduct periodic inspections of military service members attached to the DNS staff.

c.  <u>Provide Curriculum Support</u>.  Supervise and evaluate the instruction of the Naval Science curriculum.  Plan and implement improvements and changes in courses to meet the requirements of the Navy, Marine Corps, and the host institution.  Establish high

standards of teaching effectiveness and student achievement.  Teach Naval Science courses and lecture on Naval Science subjects as appropriate.

   d.  Evaluate Performance of Naval Science Instructors.  Evaluate the performance of the Naval Science faculty to ensure a high level of performance per Section 3-9.  In all cases, the goal of the evaluation is to improve instructor delivery and enhance student understanding of subject material.  The PNS/OIC shall also encourage professional growth of the Naval Science faculty.

5.  Supervise Student Instruction and Development

   a.  NROTC, STA-21, MECEP, and SSMP Students.  Supervise the ethical, professional, and military development of students, ensuring that each maintains high standards of performance and meets all qualifications to become a newly commissioned officer in the Navy, Marine Corps, or the USNR Strategic Sealift Officer Program.  Ensure service above self is promoted in all unit activities.  Conduct periodic inspections of students.  Supervise the planning of academic study programs for students to ensure compatibility with the needs of the Naval Service and the students.  Ensure that students are given advisors and role models through NROTC staff assignments.

   b.  U.S. Naval Postgraduate School (NPS) Students.  At those NROTC units where students are taking graduate courses under the general supervision of NPS, the PNS, as their CO, shall conduct administrative affairs in connection with their military supervision and conduct. The Superintendent of the Postgraduate School will exercise, through the PNS, supervision over educational matters pertaining to such students.  Normally, no other active duty personnel will be assigned to the unit for supervision.  If requests or orders directing non-NPS students are received by an NROTC unit or DNS, units should immediately refer the requesting organization to NSTC OD.

   c.  Host Institution Committees and Organizations.  The PNS or OIC shall work closely and cooperate with officials of the host institution on all matters affecting NROTC and the DNS.  The PNS or OIC shall also:

      (1) Serve on committees and boards and participate in planning activities as a faculty member.

      (2) Encourage membership and participation by DNS instructors in and on standing and special faculty committees.

(3) Encourage DNS instructors to join faculty clubs, societies, and similar organizations.

d. <u>Community Relations</u>.  Maintain liaison with campus and community organizations, military related groups, veteran organizations, active and reserve military commands, and other groups or organizations having an interest in the Naval Service.  Seek assistance from and work with those groups and organizations encouraging their cooperation to improve NSTC OD programs and the national defense posture.

e. <u>Recruiting Efforts</u>.  Engage directly with local Navy Recruiting Districts (NRDs) and to the maximum extent possible see that NROTC scholarship applicants are interviewed by staff members currently assigned to NROTC units.  Manage and coordinate recruiting efforts at host and cross town schools to meet program goals and objectives.  Serve on selection boards.  Serve as a member of the recruiting district Navy Scholarship Information Team (NAVSIT) assisting local military recruiters.  Seek ways to improve recruiting.

f. <u>Area Coordination</u>.  Support military area coordinator functions and any other duties requested by seniors in the military coordination chain of command.

g. <u>JROTC Programs</u>.  Support local NJROTC and MCJROTC units with activities such as advising, field meets and guest lectures, etc. Specific NJROTC and MCJROTC responsibilities are listed in CHAPTER 1.

h. <u>Safety</u>.  Have primary responsibility for the safety and health of military and civilian staff members (and students when in a military duty status).  Coordinate with institution safety and health personnel to ensure that classrooms and training devices are also in compliance with institution safety policies and procedures.  Ensure ORM is used routinely to evaluate all aspects of the Naval Science Program per OPNAVINST 3500.39 series and MCO 3500.27 series.

i. <u>Anti-terrorism</u>.  Anti-terrorism guidance is provided in OPNAVINST 3300.53 series.  Contact Naval Installations Command, Regional Commander regarding force protection measures and guidance.

**5-3  Duties of Naval Science Instructor.**

Naval Science instructors train future Navy and Marine Corps Officers and civilian mariners in the U.S. Flag Merchant Fleet and Naval Reserve officers and are critical to the success of the NROTC, STA-21, MECEP and SSMP programs.  They must model the characteristics and values they are attempting to instill and foster in their students.

Academic and professional training responsibilities are defined in CHAPTER 3.  General duties include, but are not limited to:

1.  Provide counsel and advice to students.

2.  Maintain appropriate confidentiality about personal information on students (Privacy Act requirement).

3.  Perform academic and institutional responsibilities to highest standards as an active member of the academic community.

4.  Act as a positive role model and professional representative of the Naval Service.

5.  Document all proceedings of PRBs and submit correspondence in a timely fashion, as assigned.

6.  Prepare students for commissioning through professional development activities outside the classroom.

7.  Pursue opportunities for personal and professional development by taking advantage of formal education and training opportunities.

8.  Perform a wide variety of collateral duties.  A staff member shall not be required to sign a contract with the institution to serve in the hierarchy of the Corps of Cadets (e.g., Battalion Advisor, Tactical Officer).

**5-4  Duties of Other Officers and Enlisted Personnel**

1.  <u>Executive Officer</u>.  The duties and responsibilities of the XO of the NROTC unit include, but are not limited to:

    a.  Student Instruction.

    b.  Prepare all administrative actions required by current NSTC OD program regulations, directives, notices, and other forms of official correspondence in a timely manner.

    c.  Assign NROTC staff as student advisors.

    d.  Act as the NROTC unit OPMIS manager, responsible for the accuracy and timeliness of all data entered into OPMIS.

    e.  Serve as the supervisor/rating official of all civil service employees assigned to the unit.

    f.  Perform other duties as assigned by the CO.

2.  Officers/Enlisted Personnel.  Staff officers and enlisted personnel ordered to the NROTC unit for duty shall perform such duties as assigned by the CO.  Duty Under Instruction Students (DUINS) shall only be assigned additional duties which do not conflict, or have the potential to conflict, with their academic studies.

3.  ROTC Staff as Faculty.  So that maximum coordination may be achieved between the Naval Science and other academic departments, it is desired that the officers assigned to the staff of the PNS be made members of the university or college faculty in appropriate ranks and be accorded the rights and privileges, excluding tenure, of faculty members.  As such, it is desired that the PNS encourage the institutional authorities, when appropriate, to use these officers on special faculty committees in the same manner as other faculty members.  It is further desired that all NROTC staff members accept invitations that may be extended them to join special college faculties within the university and join faculty clubs, societies, and faculty student organizations.

**5-5  Duties to the Host Institution Unrelated to NROTC**

1.  In accordance with DoD Instruction 1215.08 series at Para 6.4.1, NROTC staff members may undertake duties and responsibilities for the university not related to their NROTC duties, provided such duties:

    a.  Are approved in writing and in advance by the PNS/OIC;

    b.  Are performed during non-duty hours;

    c.  Do not interfere with the full and effective performance of their official duties to NROTC;

    d.  Do not bring discredit upon the Government;

    e.  Comply with the DoD Joint Ethics Regulation; and

    f.  Do not interfere with the customary or regular employment of local civilians in their art, trade or profession.

2.  Any expenses incurred by staff members in performance of such duties shall not be the responsibility of the federal government, but the member maybe reimbursed by the academic institution.  In no case will the continued performance of such duties (e.g., teaching a non-DNS course or serving as a coach) be considered sufficient reason for modification of military orders.

3.  Reimbursement by the institution for expenses incurred by the member for services that are performed at the request of the

institution and, although clearly beyond the scope of regularly assigned military duties, that might have been expected to perform by virtue of the position, such as hosting a social function for visiting dignitaries or conducting an off-campus workshop for faculty or students.  Itemized bills for these expenses must be presented to the institution.  Whenever practicable, arrangements should be made for the institution to be billed for these expenses.  Under no circumstances may a commuted or fixed allowance be accepted from the institution for the purpose of meeting these expenses.

**5-6  Pursuit of Graduate Degrees**

1.  Professor of Naval Science.  Each PNS may take a course of instruction conducted by an educational institution upon the prior written approval of NSTC OD.  However, in view of the scope of their responsibilities at the unit and with the university, enrollment in a formal program leading to a masters or doctorate degree is, in most cases, not reasonable and will not be approved.

2.  NROTC Unit Staff.  A PNS may authorize officers and enlisted personnel under their command to take courses of instruction at institutions.  These courses shall not interfere with the individual's proper discharge of their Naval duties, which will at all times be considered paramount.

**5-7  Residence and Uniform for NROTC Staff**

1.  Residence/Housing.  Officers and enlisted personnel performing duty with NROTC units shall, when practicable, reside near the institution in which they are assigned.  If housing is accepted by a member from an institution at other than a reasonable rental (for example, without charge), the housing will be considered as furnished on behalf of the U.S. government and the member will not be entitled to a Basic Allowance for Housing (BAH).

2.  Uniforms.  In the performance of their duties, officers and enlisted personnel who serve on the DNS staff shall wear the seasonal service uniform prescribed by the PNS, who shall be guided by the directives of the local Naval Installations Command, Regional Commander.  The PNS should be aware of USMC directives regarding uniform guidance.

**5-8  Ethics Regulation/Standards of Conduct.**

Unit operations must conform to DOD 5500.7-R, the Joint Ethics Regulation (JER).  The JER requires all civilian personnel new to the DoD receive one hour of ethics training no later than 90 days from the day they reported for duty.  Designated ethics counselors can provide

this training.  They can also provide a safe harbor letter concerning proposed courses of contact.  PNS and unit personnel are encouraged to consult the NSTC Ethics Counselor on all ethics questions and any matters that may pose any appearance issue.  The NSTC Ethics Counselor can be reached at (847) 688-4422, DSN: 792-4422.

**5-9  Acceptance of Institution Benefits.**

If offered on the same basis to civilian members of the staff or faculty of the institution, NROTC staff may accept, either without charge or at a reduced rate: enrollment in courses by the member or any member of their immediate family; tickets to school or school sponsored activities; parking privileges; books and other supplies and materials from the institution's bookstore; and library privileges. NROTC staff is encouraged to take courses at the institution, provided the coursework will not interfere with the individual's proper discharge of their duties to the unit.  Enrollment in courses of study at the institution is not guaranteed, but is subject to the institution's policies and requirements.

**5-10  Unit Viability.**

Annual evaluations regarding the viability of NROTC units are conducted by NSTC OD5.  By 30 November each year, each unit must provide to OD5 the University Enrollment, Grade Point Average, and Scholastic Assessment Test Report in the format directed by the annual OPMIS OFFICIAL MAIL tasking.  University enrollment data reflects full time undergraduate enrollments for the previous fall term.  GPA data reflects the average GPA of all students graduating from the university during the past school year.  Consortium units should report this information for each participating institution.  Cross-enrollment data should be obtained where possible.  Units whose universities will not release that information should notify NSTC OD5 via email.

**5-11  Unit Military Manpower**

1.  <u>Detailing of Personnel</u>.  The detailing and relief of officer and enlisted personnel for duty with NROTC units is a function of the Bureau of Naval Personnel (BUPERS), the USMC Manpower Management Office Assignments (MMOA), or the USMC Manpower Management Enlisted Assignments (MMEA), as appropriate.  Direct liaison between the units and BUPERS in matters relating to the nomination and institutional acceptance of staff officers and personnel is authorized.  For Marine Corps personnel, MMOA/MMEA coordinates annual boards to select and assign all Marines.  Nominations for CO, XO, MOI and OIC will be initially coordinated between NSTC OD, BUPERS, and MMOA/MMEA.  These

nominees, once approved by NSTC OD, will be forwarded to the NROTC
unit CO for presentation to the appropriate institutional authorities
for acceptance.  Units should not initiate discussions with university
officials regarding PNS, OIC, or XO fills until the endorsement from
NSTC OD is received.  Once acceptance has been granted by the academic
institution, the CO shall notify NSTC OD via email, and BUPERS via
letter.

2.  NROTC Unit Manpower.  The number of officers and enlisted
personnel assigned to duty with NROTC units will be determined by CNO
and Commandant of the Marine Corps (CMC), based upon the needs of the
Navy and the Marine Corps.  NSTC determines unit manpower requirements
based on unit mission, throughput, capacity and Navy requirements
determination regulations.  Requests for changes to requirements
should be addressed to NSTC OD5 for review and submission to NSTC N1
Manpower for evaluation and recommendation.

3.  Personnel Rotation.  An institution normally will be notified by
BUPERS (nomination and orders processes) via NSTC OD before any change
of military personnel is made.  Military personnel slated for NROTC
duty must be acceptable to the institution and pass a high-risk
screening in accordance with OPNAVINST 1500.75 series and OPNAVINST
3500.39 series, prior to final execution of orders.

4.  Navy Sponsor Program.  The PNS shall assign sponsors for reporting
active duty members.  The guiding directive for the Sponsor Program is
OPNAVINST 1740.3 series.

5.  Biography Sheets and Photographs.  Upon reporting for duty, each
CO, XO, and OIC shall submit biographical background information
utilizing the Officer Biography Sheet, an 8x10 color photograph in
Service Dress Blue (Navy) or Service Alpha (USMC), and home telephone
number to NSTC OD Directorate Administrator (ODS).  These should be
updated as required throughout the tour.

6.  Leave Authorization.  Authority to grant leave rests at the unit
commander level.  COs and OICs should have their leave requests
approved by their XOs for accountability purposes.  However, a letter
requesting CO/OIC separation or terminal leave must be routed to the
NSTC Chief of Staff (CoS) via the Director, OD.  COs and OICs must
keep NSTC OD informed of their leave plans and identify the officer
acting in their stead during their absence.  Military service members
on unit staffs should be encouraged to take leave when practical
during times when students are on breaks or vacations.  As directed by
NAVADMIN 252/10, all leave transaction will be accounted for using
Electronic Leave via the Navy Standard Integrated Personnel System

(NSIPS).  NSIPS can be accessed online at
https://nsips.nmci.navy.mil/.

**5-12  Communications.**

It is the responsibility of the PNS and OIC to ensure that the
information promulgated by regulations, manuals, instructions, and
notices is properly disseminated to college, university and
institution officials, departmental staff personnel, and students as
appropriate, within the limitations imposed by the Privacy Act.

**5-13  Officer Program Management Information System (OPMIS)**

OPMIS supports the NROTC Program by linking each NROTC unit and vital
student information to NSTC, DFAS, BUPERS, CNRC, and DoDMERB.  The PNS
shall ensure applicable information is entered into OPMIS in a timely
manner.

**5-14  Paper Files and Correspondence**

1.  Format.  The guiding directive for Navy standards of writing
quality, correspondence format, and paperwork management is the DoN
Correspondence Manual SECNAVINST 5216.5 series.  It applies to all
personnel who prepare and approve correspondence.  Local activities
have latitude in implementing the many details, including, but not
limited to, the number and routing of internal copies and the format
for correspondence serial numbers.

2.  File Codes.  Files must be set up in accordance with the Standard
Subject Identification Code (SSIC) Manual SECNAV M-5210.2.

3.  Attachments.  When forwarding documents smaller than normal letter
size (8 1/2 x 11), such as birth certificates and transcripts, attach
the document to a standard size sheet of paper.  When using multi-copy
forms and continuation sheets, ensure that copies of the continuation
sheet are attached to each copy of the form.

4.  Disposal.  Disposal guidelines for hard copies and electronic
documents are contained in the Navy and Marine Corps Records
Management Manual SECNAV M-5210.1, the governing guidance for
government documents.  Units should familiarize themselves with host
institution requirements for correspondence and file retention when
dealing with institutional correspondence.  Host institution guidance
does not supersede DoD/DoN guidance.

**5-15  Staff Fitness Reports.**

BUPERSINST 1610.10 series and MCO P1610.7 series establish procedures
and reporting periods for Navy and Marine Corps personnel,

respectively.  NSTCINST 1610.1 series provides guidance regarding
Reporting Senior delegation and additional amplifying information.
Specific guidance regarding submission of materials in support of
preparing fitness reports for PNSs and OICs will be provided annually
by NSTC OD.

**5-16 Civilian Personnel Procedures**

1.  NSTC Civilian Manpower Support.  NSTC N1 Manpower Office, Great
Lakes, provides civilian manpower/manning support to all NROTC units.
NSTC civilian position information and related personnel information
and requirements will be developed by N1 via separate NSTC directives
or specific subject emails.

   a.  Requests for personnel actions, which include recruitment,
hiring, pay setting, name changes, awards, and/or other personnel
actions affecting the employee are processed by the NSTC N1 office.

   b.  To ensure civilian personnel manning status information is
maintained by NSTC N1 and that units are provided with appropriate
civilian personnel related guidance, any civilian personnel
resignation, transfer to new position, retirement, or other action
resulting in civilian positions becoming vacant shall be reported by
NROTC units to NSTC N1 and NSTC OD5.

   c.  NSTC N1 will coordinate the classification of all NROTC civil
service position descriptions (PDs) with the NETC Human Resources
Office (HRO). NSTC N1 will maintain copies of all classified PDs and
provide copies to the commands.  Unit compliance with civilian
personnel directives regarding position descriptions and periodic
evaluations will be assessed during command self-inspections and
Manager's Internal Control Program (MICP) assist team visits.

   d.  Supervisors shall ensure employees have access to their PDs by
providing copies to unit employees.  Supervisors shall review all PDs
to ensure accuracy.

2.  Evaluating Civilian Employee Performance.  Annually, NSTC N1 will
provide guidance regarding the requirements of civilian personnel
performance evaluations and award programs and processes.

3.  Support for Civilian Equal Employment Opportunity (EEO),
Disciplinary, and Other Actions.  Units shall seek support concerning
disciplinary, EEO, work hours, administrative grievance procedures,
workplace injury claims, the Drug-Free Workplace Program, and Civilian
Employee Assistance Program (CEAP) from NSTC N1 and/or NETC HRO.
Units shall in all cases seek such support and may not initiate any

actions without first consulting with their NETC HRO and documenting
this consultation in unit files.

4. <u>Leave</u>

a. <u>Federal Holidays</u>.  Each calendar year, the following ten days
are paid holidays for federal civilian employees:  New Year's Day,
Martin Luther King's Birthday, Presidents' Day, Memorial Day,
Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving
Day, and Christmas Day.  If a federal civilian employee is required to
work any of these days, the work is considered and documented as
overtime, and the employee will receive premium pay.  Federal civilian
employees cannot receive compensatory time for work performed on an
established holiday, and employees cannot be given a substituted day
off for federal holidays.

b. <u>Administrative Leave</u>.  NROTC units cannot arbitrarily grant a
federal civilian employee administrative leave during host institution
holidays (e.g., spring break, Christmas holiday, semester break,
etc.).  Examples where administrative leave may be granted include
extreme weather, extended power failure, machine breakdowns or
physical closure of a building.  Granting administrative leave when
the building or office in which the employee works is "physically
closed" is widely misinterpreted.  When a unit or institution limits
operations during a school break, it does not mean that the building
is physically closed if other members of the unit staff such as duty
officers and telephone watches, etc., have access to the building.
The building must be physically closed and the employee denied access
to the work place in order to grant administrative leave.  Some
examples of physical closure of a building would be if the host school
shuts off the heat or electricity during Christmas Break, or declares
the building closed and forbids entry.  In such a case, administrative
leave may be authorized.  If the unit has NOT stopped all operations,
and the employee does not want to take annual leave, they must be
allowed to work.  Caution should be used regarding employee safety.

5. <u>Civilian Employee Training Requirements</u>.  Federal civilian
employees must be provided training at a minimum in the following
areas:

a.  New Employee Orientation, including one hour of ethics
training for employees new to DoD to be provided within 90 calendar
days of their reporting for duty.

b.  Security.

c.  Health and Safety.  Safety training is provided via the Enterprise Safety Applications Management System (ESAMS).  Contact N00X at (847)688-7600 x163 for ESAMS assistance.

d.  Annual EEO/Sexual Harassment/NO FEAR Training.

e.  Drug-Free Workplace Program.

f.  Privacy Act/Personally Identifiable Information (PII) and Information Assurance via the Navy Knowledge Online (NKO) website or other Navy-approved training delivery method.

*Note: Other training requirements regarding topics of interest to the Navy will be directed through formal communications.

6.  Supervisor Training Requirements.  Supervisors of civilian employees shall have at a minimum the following supervisory-level training: Supervisory Training, Annual EEO Training, Civilian Employee Assistance Training, Drug-Free Workplace Program, and Privacy Act/PII.

7.  The CO shall exercise best efforts to provide all of the above required training.  If the unit experiences difficulties in providing the training by the requested deadline, the unit must contact NSTC OD5 for guidance as soon as possible.

8.  Host Institution employees.  Employees of the host institution should be assigned and trained in accordance with applicable Host Institution local personnel office directives.

**5-17 Staff and Unit Awards**

1.  General.  Good management practices prescribe public recognition for the achievement of excellence.  This recognition is the responsibility of the PNS.

2.  Presentation.  Awards and statements of recognition should, when possible, be presented during formal, public ceremonies with appropriate media coverage.  Awards and recognition shall be given consistent with law and regulation, including Navy instructions.  They should never be presented solely on the basis of availability or for the sake of giving awards.

3.  Military Staff.  The PNS may recommend to CNSTC military members of their staff for commendations in accordance with provisions and timelines of NSTCINST 1650.2 series.  The PNS may locally approve awards in accordance with regulations applicable to an O-6 in command.  Award recommendations for PNSs and OICs will be generated by the unit

staff and submitted via NSTC OD to CNSTC for endorsement or approval, as appropriate.

4. Civilians. The PNS may recommend civilian members or organizations of the university and local community who have worked closely with the Navy and the NROTC for appropriate commendations/citations in accordance with the provisions of the DoN Civilian Human Resources Manual (CHRM), Subchapter 451.1. Awards proposed for non-Federal entities or non-Federal personnel must first be cleared for potential endorsement or other ethics issues with the NSTC Ethics Counselor, Code OGC at (847) 688-4422.

5. PNS Commendations/Citations. The PNS may commend/cite deserving staff members, members of the university, and members of the civilian community. Such recognition shall be noted in reports of fitness/performance evaluations of military staff members so commended.

**5-18 Inspector General (IG) Programs.**

For all IG programs below, the NSTC point of contact is the NSTC IG.

1. NSTC IG Assist Visits. Visits by the NSTC IG staff will be conducted once every four years to provide additional command oversight and ensure compliance with NSTC and USN regulations. The current governing instruction is NSTCINST 5040.1D. This instruction should be read carefully.

2. Manager's Internal Control Program (MICP). Conducted in accordance with the annual NSTCNOTE 5200, NSTC Manager's Internal Control Program. This note is published each spring and provides detailed guidance on MICP including inventory, flowcharts, ORM Assessments, Internal Control Systems Test and Annual MICP Certification Statement.

3. Command Evaluation (CE) Program. NETCINST 5200.1, Command Evaluation within the NETC Domain, provides policy and guidance for all NETC commands. The CE Program, designed to be a proactive tool within a command, establishes a non-audit approach for performing and documenting independent, in-house reviews. Unit COs shall designate in writing a CE Officer. Each unit must provide NSTC IG with the name of this officer by 15 September each year by sending it to ODM. CE Officers will become familiar with the CE Program and Review process. The CE officer will conduct or coordinate reviews and forward the results to the unit CO.

5-15

4.  DoN Risk and Opportunity Assessment (ROA).  ROA is a SECNAV directed annual data call led by the Naval Inspector General (NAVINSGEN) and Naval Audit Service (NAVAUDSVC).  Activities identify high-level vulnerabilities that represent significant challenges to senior naval leadership, and are outside a single organization's ability to initiate corrective action.  The purpose of the annual DON ROA is to guide the development of the Annual Oversight Plan that includes audits, inspections, special studies, and other oversight functions.  Both the DON ROA and Annual Oversight Plan are reviewed and approved by the Oversight Planning Board, chaired by the Under Secretary of the Navy (UNSECNAV).  Solicitation for inputs and annual guidance will be issued by NSTC IG each spring.

**5-19 Unit Safety.**

NSTCINST 5100.1 requires all NSTC departments, commands, and activities to provide a safe, healthful workplace and training environment and to ensure safety is integral to all elements of the NSTC mission.  Safety initiatives shall be maintained at a level that facilitates sage but realistic training that fulfills fleet operational requirements within practical limits.  This policy is not intended to eliminate risk where it is necessary to meet valid training objectives but to promote the safest training that produces confident, capable officers.  Injuries and property damage are costly and in most cases avoidable.  Mishaps result in loss of operational readiness, pain, and personal hardship to the people involved.  There is no task so urgent or so important that it must be accomplished at the expense of safe work practices, training and working conditions.  ORM shall be used to continuously evaluate procedures, processes, and practices to identify and mitigate risk factors.  The success of our safety program is dependent upon the combined efforts of all NROTC Program personnel – staff, instructors, and students alike.  COs and OICs will ensure that all active duty personnel adhere to the traffic safety requirements set forth in OPNAVINST 5100.12J, including motorcycle training and personal protective equipment requirements.

**5-20 Mishap and Incident Reporting**

1.  Death or Injury of Personnel

    a.  Active Duty Students and Staff.  Death or injury to active duty service members and civilian staff (staff, STA-21, MECEP, etc) will be reported per current directives.  Ensure students are subsequently disenrolled per paragraph 8. 6-16 .  The unit should also consider holding a memorial service depending on circumstances and family desires.

b. <u>Midshipman in an Active Duty Status</u>. As per MILPERSMAN 1770-010, a midshipman who is injured or dies while performing authorized travel to, from, or while attending summer cruise is treated as an active duty member of the Navy. Personnel casualty reporting procedures are found in MILPERSMAN 1770-010. MILPERSMAN 1770-030, OPNAVINST 1770.1 and MCO P3040.4 series. Inform NSTC OD immediately of any such instances and include NSTC OD4 in the distribution of all death and injury reports. Ensure the midshipman is subsequently disenrolled per paragraph 8. 6-16 . The unit should also consider holding a memorial service depending on circumstances and family desires.

c. <u>Midshipman Not on Active Duty Status</u>. Immediately inform the NSTC Chain of Command. If, in the reasonable discretion of the PNS, significant media interest is anticipated, inform the NSTC PAO. Ensure the midshipman is subsequently disenrolled per paragraph 8. 6-16 . The unit should also consider holding a memorial service depending on circumstances and family desires.

2. <u>Mishap Reporting Procedures</u>

a. <u>Actions Requiring Report</u>. OPNAVINST 5102.1 series and OPNAVINST 5100.23 series require the report of all "on-duty" mishaps that result in the death or total disability of Navy military or civilian personnel, hospitalization of three or more personnel, or any mishap that causes damage of $1 million or more to government property.

b. <u>Reporting Requirements</u>. The above instructions require a telephone report within 8 hours of occurrence to the chain of command and Commander, Naval Safety Center (COMNAVSAFECEN). In the case of Marine Corps fatalities, also notify the Commandant of the Marine Corps (Safety Division).

3. <u>Personnel Incident Reports</u>. OPNAVINST F3100.6 series, available from the NSTC Security Manager, promulgates the procedures for worldwide reporting of events and special incidents that may attract national and/or high Navy interest. NSTCINST 3100.1 provides OPREP-3 reporting procedures. Submit an OPREP-3 NAVY BLUE for incidents with potential media interest and/or high Navy (Chief of Naval Operations (CNO)/Fleet Commander) interest. Submit a UNIT SITREP for incidents that are unlikely to generate media interest. These must be submitted by the lowest level command that has knowledge of the event and access to a communication network capable of relaying the report to a communication system serving the National Military Command Center (NMCC). Prior to unit release of a SITREP (and, follow-on updates), a

draft is to be submitted to NSTC OD for review with the NSTC Chain of Command and Region Legal.

    a.  Incident reports are required for active duty service members (staff or student) and civilian staff.  Make voice reports to NSTC OD and submit record message in accordance with OPNAVINST F3100.6 series.

    b.  Incident reports are required for midshipmen in an active duty status.  In accordance with NSTCINST 3100.1, OPREP reporting requirements apply when the midshipman is involved in a reportable event during unit-related activities or anytime media interest is anticipated.  For incidents involving midshipmen that do not require OPREP reporting, contact NSTC OD to report the incident.

    c.  Sexual assault incidents involving active duty personnel (staff or students) or midshipmen in an active duty status require, in addition to the NAVY BLUE or UNIT SITREP, submission of a NAVPERS 1752/1, "Sexual Assault Disposition Report", to CNO N1 within two business days of final disposition.  A command impact statement is due to CNSTC at the 30-day mark.

    d.  Motorcycle mishap incidents and other mishaps involving active duty personnel (staff or students) or midshipmen in an active duty status require a MISHAP Report in addition to the OPREP-3 Report.

**5-21 Physical, Personnel, and Information Security Programs.**

OPNAVINST 5530.14 series details the minimum requirements for Physical Security and Loss Prevention.  The PNS shall maintain a comprehensive Physical Security Program.  Physical Security is that part of an overall security program which is designed to apply physical measures for protection of activities and their facilities, materials, equipment, personnel, and documents against theft, sabotage, or other covert acts which would in some degree lessen the ability of the activity to perform its mission.

1.  Personnel/Information Security.  The guiding directive for Personnel Security is SECNAV M-5510.30.  The guiding directive for Information Security is SECNAVINST 5510.36 series.  The PNS shall ensure that the unit is complying with applicable instructions in conduct of personnel and information security, conduct self-assessments using the modified checklist included in NSTCINST 5211.1, provide training for newly assigned personnel, and provide annual training for all employees.

2.  Classified Material.  Normally, no requirement exists for the unit to maintain classified material.  If such material is received by the

unit, the designated Security Manager must log material in and destroy
it using approved procedures.  Procedures shall be established to
ensure that all classified information intended for destruction is
destroyed by authorized means and appropriately cleared personnel.
Records of destruction are not required for Secret and Confidential
information.  Contact the originator/distributor and request the unit
be removed from the distribution list.  For further guidance refer to
the DoN Information Security Program (ISP) Regulation SECNAVINST
5510.36.  NROTC units shall not hold any classified material.

3.  Cyber Security.  The guiding directives for Cyber Security are
SECNAVINST 5239.3 series and OPNAVINST 5239.1 series.

4.  Staff Security Clearances.  Officers, enlisted, and civil service
staff must ensure that they have and retain security clearance
eligibility while assigned to an NROTC unit.  The PNS and the Physical
Security Manager shall maintain no less than a secret clearance.

5.  Student Security Clearances.  Per SECNAV M-5510.30B, a National
Agency Check with Local Agency Check and Credit Checks (NACLC) is
required for each NROTC candidate before appointment.  It is paramount
that all clearance issues are resolved and the NACLC completed well
before the approach of commissioning.  Additionally, per summer
training guidance provided in the annual NSTCNOTE 1530, all midshipmen
should have a satisfactorily completed National Agency Check (NAC),
one portion of the NACLC, and be granted a SECRET clearance prior to
departing for summer training.

6.  Privacy Act Requirements.  Privacy Act limits an agency's
collection and sharing of personally identifiable information and
imposes safekeeping, access and other requirements.  The PNS shall
ensure the unit is complying with the guiding directive SECNAVINST
5211.5 series and NSTCINST 5211.1.  All unit personnel must receive
Privacy Act training when first reporting to the unit and annual
training thereafter.  Training certificates shall be maintained at the
unit.  Questions concerning the Privacy Act can be addressed to the
NSTC Privacy Act Coordination, Code OGC, at (847) 688-4422.

**5-22 General Military Training (GMT).**

All units are to fully support DoD and Navy programs by action,
education, training, and indoctrination.  Units shall provide GMT
training to all officer and enlisted personnel (to include STA-21,
MECEP, postgraduate students, stashed ensigns, and Temporary Duty
(TEMDU) personnel) as per NAVADMIN 264/13.  The unit shall maintain an
annual training plan that meets requirements and is logical.  Training

records must be kept on file.  NOTE: Civilian employees and midshipmen may be included in the program as appropriate.

**5-23  Physical Readiness.**

The Physical Readiness Program is governed by OPNAVINST 6110.1 series for Navy military personnel and MCO P6100.13 series for Marine Corps military personnel.

**5-24  Sexual Assault, Equal Opportunity (EO)/Sexual Harassment.**

Reporting procedures in the case of sexual assault are provided in OPNAVINST 1752.1 series and OPNAVINST F3100.6 series.  Reporting procedures for EO/Sexual Harassment complaints are provided for in OPNAVINST 5354.1 series.

**5-25  Victim and Witness Assistance Program (VWAP).**

Per OPNAVINST 5800.7A, each unit shall appoint in writing a Victim and Witness Assistance Coordinator (VWAC) who is the unit's primary point of contact in the area of victim and witness assistance.  VWAP shall be incorporated into the unit training program and training will be conducted at least once per year.  All DoN employees and service members should be provided with DD Form 2701 as part of annual training.  Each unit shall contact their respective Region Legal Services Office for any additional Region VWAP requirements.  The unit VWAC is responsible for meeting all requirements contained in OPNAVINST 5800.7A.

**5-26  Command Managed Equal Opportunity (CMEO) for Military.**

The PNS will maintain a CMEO/EEO program in accordance with current instructions.  The guiding directives for CMEO are OPNAVINST 5354.1 series and OPNAVINST 5370.2 series.

**5-27  Alcohol and Drug Abuse Prevention and Control.**

The PNS is responsible for implementing the requirements of OPNAVINST 5350.4 series, aggressively supporting these policies, and taking corrective measures in all cases where active duty personnel or midshipmen are involved in drug and alcohol abuse.

**5-28  Urinalysis Testing**

1.  All military personnel (including military staff members, officer candidates, and any other active duty military assigned to the command such as DUINS) and midshipmen (including all College Program midshipmen) assigned to or administered by an NROTC unit are subject to urinalysis testing as prescribed by OPNAVINST 5350.4 series and NSTCINST 5350.1 series.  All midshipmen, including all College Program midshipmen, will sign NSTC Form 1533/153 Naval Reserve Officers

Training Corps Drug and Alcohol Statement of Understanding, agreeing to be tested within 30 days of joining the unit and to random testing thereafter.

2. Monthly testing. An echelon 2 waiver is in place that allows units to test twice a month rather than four times a month.

3. Annual Testing

    a. New Student Sweep. All new students must be tested within 30 days of joining the unit. Typically this testing occurs during "freshman" or "new student" orientation at the beginning of the academic year. This also satisfies the annual requirement. These new students will also be subject to random urinalysis each month during the academic year.

    b. End of Year Sweep. OPNAVINST 5350.4 series requires commands to "review all personnel onboard who were not tested during the fiscal year and conduct a unit sweep of all those personnel prior to the end of the fiscal year." As students attend their host schools based on an academic year, a waiver is in place to conduct end of year midshipman sweeps based on the academic year. This means that any midshipman who was not tested in the past year must be tested within the first 30 days of the fall semester. For example, any midshipman who was not selected for random urinalysis during the sophomore year must be tested within the first 30 days of the junior year. For active duty members, end of year sweeps are still based on fiscal year.

    c. End of year sweeps, though conducted in the fall, satisfy the annual requirement for the previous academic year and therefore are not considered in the end of year sweep the following fall. For example, a College Program Basic student would be tested upon entering the program as a freshman, would be subject to random urinalysis during the freshman and sophomore years, and would be subject to an end of academic year sweep during the first 30 days of the junior year if the midshipman was selected for Advanced Standing or a side-load scholarship and was not selected for random urinalysis during the second academic year.

4. Urinalysis Program Coordinators (UPCs) and Observers. Although the OPNAVINST 5350.4 series states that "officers and chief petty officers should serve as UPCs and observers to the greatest extent possible," NROTC units may designate civilian employees as UPCs and may use trusted first-class midshipmen and STA-21/MECEP OCs as observers but not as the UPC. UPCs must be designated in writing by the commanding officer or OIC and may not also be the command Drug and

Alcohol Program Advisor (DAPA).  Observers shall sign the Urinalysis
Observer Briefing Sheet available in the UPC handbook.  The UPC will
keep the DD2624, UPC Ledger, and Observer Briefing Sheets on file for
three years.  Unit UPCs will use current Internet Forensic Toxicology
Drug Testing Laboratory (iFTDTL) software to administer the urinalysis
program.  NROTC UPCs must send urinalysis samples to Navy Drug
Screening Laboratory Great Lakes and will ship samples by FEDEX, using
the FEDEX government rate.  It is required that the UPC complete the
Urinalysis Program Coordinator course, CPPD-UPC-011-1.2, available in
the eLearning section of Navy Knowledge Online.  Additional program
information for UPCs is available at the Navy Drug and Alcohol Program
(NADAP) website.  Units may enter into a Memorandum of Understanding
(MOU) to receive UPC services from a nearby unit such as a Navy
Operational Support Center (NOSC).  A sample urinalysis MOU is
available from the NSTC Alcohol and Drug Control Officer (ADCO).  All
urinalysis MOUs must be sent for review to the NSTC ADCO prior to
signature.

5.  <u>NSTC Alcohol and Drug Control Officer (ADCO)</u>.  The NSTC ADCO is
responsible for monitoring the unit urinalysis programs throughout the
NSTC domain and will monitor the status of all positive test results
in the domain.  The NSTC ADCO will provide guidance to unit UPCs
regarding current CNETC-directed testing rates.

6.  <u>Commanding Officers</u>.  When a unit is notified of a positive drug
test result, OPNAVINST 5350.4 series states that the "commanding
officer must make an initial decision on whether the member's drug use
was wrongful." OICs, as they are not COs, must forward all available
information to have CNSTC make this determination.  If the CO makes a
determination of "wrongful" drug use, the unit shall begin the process
for administrative separation or disenrollment.  No PRB is required to
remove a College Program Basic midshipman from the program, however
the NSTC ADCO must be provided written record of the action taken,
i.e. a copy of a notification letter to the midshipman.  If the CO
makes a determination that the incident is not drug abuse, the CO will
send a letter to OPNAV 170 (incorrectly identified as OPNAV 135 in the
OPNAVINST).  A sample letter is provided in Appendix D to Enclosure
(2) of OPNAVINST 5350.4 series.  The letter to OPNAV 170 must be
routed via CNSTC so that the NSTC ADCO may properly track the results
of all positive test results.

7.  <u>Commissioning Physical Urinalysis</u>.  The urinalysis test given
during a student's commissioning physical is not an official test.
Among other things, this test does not have the necessary chain of
custody requirements.  Although an investigation should be conducted
to determine the circumstances that resulted in the positive test

result, the test itself may not be the basis for any administrative action.

**5-29 Drug and Alcohol Program Advisor (DAPA).**

Although the OPNAVINST 5350.4 series states that the "DAPA should be E7 or above," units may designate civilian employees as the command DAPA. DAPAs shall not be assigned duties as the UPC. Within 90 days of assuming duty, DAPAs must complete the DAPA course unless they have completed the course within the previous three years. DAPAs shall ensure their completed training is properly documented. Units may enter into an MOU with other units for DAPA services. A sample DAPA MOU is available from the NSTC ADCO. All DAPA MOUs must be sent for review to the NSTC ADCO prior to signature.

**5-30 Suicide Prevention.**

The PNS will conduct a Suicide Prevention Program in accordance with OPNAVINST 1720.4 series. Suicide prevention training shall be conducted at least annually for all active duty service members. Suicide prevention training should be included in GMT for midshipmen.

**5-31 Voting Assistance.**

The PNS shall maintain a program encouraging voter participation in accordance with OPNAVINST 1742.1 series.

**5-32 Navy Family Accountability and Assessment System (NFAAS)**

The NFASS system permits the Navy to account, manage, and monitor the recovery process for personnel and their families affected by a wide-spread catastrophic event. Each unit shall appoint a primary and secondary NFAAS Coordinator who shall have unit administrative rights within the NFAAS system and who are responsible for overseeing all unit NFAAS musters. NFAAS is accessible at https://navyfamily.navy.mil.

**5-33 Public Affairs**

1. Public Affairs Program. Because of its proximity to young people on the college campus, the NROTC unit has a distinct advantage in creating and promoting a favorable image of the United States Navy and Marine Corps to those men and women who will shape both the Naval Service and the country's future. The presence of NROTC units on campuses across the nation positions the Navy and Marine Corps in highly visible areas of public opinion. The ability of the Naval Service to obtain public support for its overall mission is affected by the effectiveness of the unit level public affairs program. Every unit's public affairs program additionally supports the Navy and Marine Corps recruiting efforts and is particularly important in the

era of the All-Volunteer Force.  NSTC recognizes this unique
opportunity and is ready to assist each NROTC unit in developing a
vigorous public affairs program.  Three parties are principals to this
end: the NSTC Public Affairs Officer (PAO), the unit PAO, and the
university or college PAO.  Units should directly liaise with the NSTC
PAO.  All correspondence between the unit and NSTC PAO must include
NSTC OD5 as an info recipient.  Close cooperation with the campus
public affairs operation will mean better contacts with the public
simply by virtue of continuity.  This section provides guidelines to
the NROTC unit PAO for developing and implementing a dynamic public
affairs program.  It is based on the directives and information
contained in SECNAVINST 5720.44 series and NSTCINST 5720.2.

2.  Public Relations.  The NROTC unit's public affairs program
revolves around three core areas: Internal Relations (Command
Information), Community Relations, and Public Information (Media
Relations).  Using this priority, there are "target audiences" within
these core areas that should be identified and addressed.

    a.  Internal Relations

        (1) For the NROTC unit, Internal Relations should be the
forefront of a public affairs program because the students are the
focal point of the entire NROTC Program.  Good communication with the
battalion presents a three-fold opportunity:

            (a)  To pass the word on all aspects of the Navy and
Marine Corps from SECNAV to the Battalion Commander, including the
elimination of rumors, doubts, and misinformation.

            (b)  As an educational tool, to impress on future Navy and
Marine Corps officers the value of good communication and how it is
achieved.

            (c)  To strengthen the confidence of each student in both
the NROTC Program and the Navy/Marine Corps, this contributes to a
solid group of "ambassadors" on campus and in home communities.

        (2) Four target audiences exist for the NROTC unit Internal
Navy Relations Program; the battalion, the family members of the
students, the unit staff, and the Navy and Marine Corps.  The Internal
Navy Relations Program should primarily educate and inform, report and
interpret, recognize individual and group accomplishments, and develop
unit pride and esprit de corps with these audiences.  At the unit
level, the printed word and face-to-face dialogue are considered the
two most widely used and convenient methods of communication.  A
variety of channels for internal relationships exist, such as:

(a)  <u>Print Media</u>.  The Plan of the Day (POD) is the most common example of a print medium in the Navy and Marine Corps.  It is considered best for a listing of daily routine, sometimes modified, but not to be relied upon for any sort of in-depth news or as a channel for feedback.

(b)  <u>Newspapers</u>.  A unit newspaper is best suited to reach three of the target audiences (students, unit staff, and family members) with maximum effect.  The newspaper may contain a broad range of news from DoD to Navy/Marine Corps to NETC, but primary emphasis should be on the unit.  If guest editorials and letters to the editor are used, the newspaper will be an invaluable means of total unit communication, allowing thoughts, opinions, and ideas to flow up and down "the chain of command." A regular feature of it should be input from the PNS who can use it to discuss topics of current interest and value to the unit.

<u>1</u>.  <u>Editorial Staff</u>.  An editorial staff composed of students should be appointed from volunteers and tasked with publishing a newspaper at least four times per academic year.

<u>2</u>.  <u>Unit Newspaper</u>.  The unit newspaper need not be large, but should be comprehensive in that it consistently represents the students, their family members, and unit staff.  For critiques of your newspaper's performance in the areas of news coverage, compare it with those from other units and/or contact the NSTC PAO for a more in-depth review.

<u>3</u>.  <u>Funding</u>.  A unit newspaper can be funded by unit OMN funds, however if OMN funds are used, advertising may not be included.  There are three publications, which provide guidance on printing regulations: Department of the Navy Publications and Printing Regulations, the Navy Ship and Station Newspaper Handbook, and the Navy Civilian Enterprise Publications Handbook.  Funding and publication by a student non-federal organization or the university should be encouraged.

<u>4</u>.  <u>Appropriated/non-Appropriated Funding</u>.  The Department of the Navy Regulations and Printing Regulations require that no Navy publication or printed matter, prepared or produced with either appropriated or non-appropriated funds or identified with any activity of the Department of the Navy, shall contain any advertisement inserted by or for any private individual, firm, or corporation; or contain material which implies in any manner that the Department of the Navy endorses or favors any specific commercial product, commodity, or service.  Units desiring to advertise in local

publications shall do so in conjunction with local Navy Recruiting District (NRD) advertising staff.

        (c)  <u>Unit Yearbook</u>.  The yearbook is a valuable capsule of the year's events and is usually very popular among students.  Funding for this type of publication is authorized through student/battalion organizations only; use of official funds for this purpose is not authorized.

        (d)  <u>Unit Website</u>.  NROTC host universities own and control the Department of Naval Science departmental websites.  These websites reside in the ".edu" domain, and are located on the university's server; however, NSTC PAO and Chief Information Officer (CIO) will monitor and provide recommendations on the content of these departmental websites.  These departmental sites are not official Navy websites and should not claim to be.  They should also not state they are "unofficial" Navy websites as this implies they are unapproved.  Website topics are limitless and can include everything from military medical system, to the unit's schedule for drill periods and the reason behind it and may include information such as instructor names and office contact information, if such information is published on other departmental websites.  Answering the most often asked questions via one of these methods will lessen correspondence and telephone calls.  Data available to the general public must be in accordance with Privacy Act regulations.  If a unit also maintains a website which resides in the .mil domain and is located on a Navy server, it must be identified as an "Official Navy Website", and the PNS must ensure it complies with the regulations outlined in Chapter 7 of the DoN Public Affairs Policy and Regulations (SECNAVINST 5720.44 series).

        (e)  <u>The Unit Brochure</u>.  Contingent upon available resources, each NROTC unit should publish a unit brochure for public affairs, recruiting, and student orientation.  The brochure should include these areas:

            <u>1</u>.  An overview of the NROTC mission.

            <u>2</u>.  A description of the host university or college and how the unit fits in as an academic department.

            <u>3</u>.  A description of the unit staff and battalion organization and size.

            <u>4</u>.  A capsule summary of the NROTC Program, especially if cross-town enrollments are available.

5.  A description of special activities, such as field trips, NROTC drill, rifle, or pistol teams, social events, community activities, and athletic events.

6.  The details of where to find the unit on campus and how to contact it by phone, mail, or email.

7.  Photographs are attractive in such a brochure, but are not required.  An offset printing at a commercial printer is considered most suitable for such a brochure.

(f)  Audio-Visual Media

1.  Navy/Marine Corps News This Week.  Each NROTC unit should encourage students to view this program each week.  It is an excellent vehicle for keeping students up-to-date on fleet events, policies and programs.  Navy/Marine Corps News This Week is available online from the Navy Broadcasting Service, Washington, D.C. under the "News" tab at http://www.navy.mil/index.asp.

2.  Unit Presentation.  Every NROTC unit and maritime academy should have a unit presentation.  The presentation is a good method of describing the NROTC Program to new students and their parents and should double as an effective recruiting tool.

3.  Bulletin Board.  Every NROTC unit and maritime academy should devote one highly accessible bulletin board for material, which will not be reproduced in the unit newspaper.  Such material should include:

a.  Navy Editor Service Clipsheet

b.  Material from Navy Birthday Kits/Captain's Call

c.  Armed Forces Press Service Clipsheet (from Assistant Secretary of Defense for Public Affairs)

4.  Fleet Hometown News Program (FHTNP).  The value of an active FHTNP cannot be overemphasized.  An NROTC unit or maritime academy can more effectively generate positive publicity via FHTNP than any other vehicle.  Information on how to organize and execute a viable FHTNP is available in the FHTNP "How to" Guide.

5.  Captain's Call.  By virtue of classroom time and drill periods, much time is available at an NROTC unit for face-to-face communication.  Regularly scheduled "Captain's Calls" are most

beneficial to deal directly with the students and the staff on the
broad range of Navy and Marine Corps issues.

b. <u>Internal Relations Outside the Unit</u>. The remaining segment of
the internal relations responsibility relates to the rest of the Navy
and Marine Corps. These two target audiences should be informed of
significant events, plans, programs, and accomplishments of NSTC OD
programs.

3. <u>Community Relations</u>

a. <u>General</u>. Strong campus and community support is the most
expeditious means of developing public awareness of the Navy and
Marine Corps on a local level. It is also the simplest means of
enhancing the Department of the Navy's recruiting efforts.

b. Any community relations program organized and executed by an
NROTC PAO should include the following components:

(1) <u>Community Liaison</u>. Liaison with community organizations,
particularly those affiliated with the military: Navy League, Naval
Reserve Association, American Legion, the Marine Corps Associations,
Veterans of Foreign Wars, Coast Guard Auxiliary, etc. is encouraged.
When interacting with such organizations, take care not to endorse any
non-federal entity. Questions regarding what constitutes such
endorsement should be directed to the NSTC Ethics Counselor, code NSTC
OGC, who can be reached at (847) 688-4422.

(2) <u>Extracurricular Activities</u>. Participation by the unit
drill team, color guard, or a representative group of students and
staff in campus and community activities such as parades, athletic
events, etc. is encouraged.

(3) <u>Open House/Orientations</u>. Annual open houses and
orientation tours should be scheduled with the concurrence of the host
institution. Both local citizens and campus residents should be
invited. The event need not be complicated. A presentation on the
NROTC unit and a demonstration of equipment on hand promotes public
understanding. These tours are invaluable in tying the mission of the
unit and the Naval Service to the public interest.

(4) <u>Community Relations Outreach Program</u>. Community relations
will be enhanced by visible community service and humanitarian
projects. As an example, several inner city NROTC units sponsor a
campus-wide collection of toys for children to be donated to local
inner city hospitals. Other potential projects include volunteer work
in learning centers and campus ecology projects. The volunteers for

these projects should be readily identifiable as NROTC students.
Students should be encouraged to wear Naval uniforms to allow maximum
recognition of the local NROTC unit's participation.  In organizing
these events, units must be aware that they cannot sponsor an event
which "directly or indirectly benefits or favors...any private
individual, commercial venture, sect, political or fraternal group",
as published in the Navy Public Affairs Regulations, "Fund Raising
Events".  Care shall be taken in such events not to violate federal
ethics guidelines.  When in doubt, contact the NSTC Ethics Counselor,
Code NSTC OGC at (847)688-4422.

(5) <u>Scholarship Awards</u>.  Some of the best opportunities for
public recognition occur in conjunction with NRC activities.  For
example, NRDs normally will arrange for presentation of NROTC
scholarship awards to recipients at high school commencements or award
ceremonies and are usually more than happy to have the PNS make the
presentation.  This can be particularly effective if the recipient is
a prospective member of the unit.

(6) <u>Annual Events</u>.  NROTC units typically sponsor various
social events during the year that should include prominent members of
the community whenever possible.  When organizing an Awards Banquet,
Mess Night, or a Navy Birthday Ball, ensure that university and local
civic, industrial, and religious leaders are invited to participate
when appropriate.

(7) <u>Speakers Bureau</u>.  Face-to-face communication with other
students and the local civilian community generates awareness,
understanding, and support not only for the unit, but the Navy and
Marine Corps as well.  In order to accomplish this, every NROTC unit's
Speakers Bureau should consist of the PNS, the executive officer, and
selected students.  For this plan, students may be more effectively
employed as speakers to groups in their hometowns during breaks in the
academic year.  Potential audiences include students, faculty, and
parent groups on the college, high school, and primary school level;
local businessmen's associations, such as the Lions Club, Elks,
Rotary, Jaycees, etc.; and military affiliates, such as the American
Legion, VFW, and MOAA.

(8) <u>Other Activities</u>.  The Navy Public Affairs Regulations
discuss at least three other special programs well within the
capability of an NROTC unit:

(a)  Exhibits of Navy and Marine Corps combat art.

(b)  Guest cruises for high-ranking university officials and civic leaders.

(c)  Allowing certain groups (e.g., Navy League, Naval Reserve Associations) use of unit wardroom for monthly meetings.

4.  <u>Public Information</u>

a.  <u>General</u>.  Every NROTC unit and maritime academy should have a systematic and regular means of publicizing news of unit programs, events, and achievements to the campus and community.  The unit should work closely with the host institution to demonstrate support for the goals of the university.  The university's public affairs office maintains contacts with media representatives in the area.  This relationship allows the unit to function as a university or college department, while utilizing a single source of media contact.  In smaller communities or universities, such an office may not exist, or the public information office of the host institution may not be capable of meeting the needs of the unit.  In this case, the NROTC unit or maritime academy may have to organize and execute a public information program.

b.  <u>Media Relations</u>.  Like Internal Relations and Community Relations, a strong Public Information Program is an asset to the NROTC unit as it generates awareness and support for the unit.  However, it is more difficult than the other two programs to execute because it is less accessible and more time consuming.  Stories of value to editors from the average NROTC unit center mostly on a highly visible drill team or unit marching, special occasions like awards ceremonies or mess nights, presentations at local high schools, and significant accomplishments for the unit.  In cases where adverse media coverage is likely, all releases must be coordinated between the PNS (or OIC), NSTC OD and NSTC.

c.  <u>Queries</u>.  All media queries should be referred to NSTC PAO.  Advise NSTC OD when this occurs.

d.  <u>Feedback Procedures</u>.  The ability of each NROTC unit to sell itself to the community in a manner which is credible and professional is a matter of interest to NSTC.  Since NROTC units do not have public affairs specialists and the officers that serve in the billet do so as a collateral duty, the experiences of each unit may be helpful to another.  Units that have instituted programs that are unique and particularly successful should be passed to other units as a "best practice" with a copy forwarded to NSTC PAO and NSTC OD5.

e.  <u>Information Provided to the University</u>.  The PNS/OIC may furnish the host institution with information about the department and the students enrolled in the program as appropriate.  Information related to special activities and accomplishments of members of the NROTC unit, such as visits to Naval and Marine Corps installations and selections for special programs such as flight, submarine, and nuclear power, may be included.  Provide copies of these reports to NSTC OD3 as appropriate.

f.  <u>VIP Visits</u>.  The PNS shall notify NSTC OD in advance of visits to the NROTC unit by flag/general officers or civilians of the equivalent rank.  The PNS should forward an after action summary report to NSTC ODS as soon as possible following the visit.

g.  <u>Media Issues</u>.  Units shall contact NSTC when issues arise which appear to have potential media interest, specifically if the issue is controversial, politically sensitive, or could require NSTC action.  When local media produce items that relate to the NROTC Program or DoD policies, copies should be forwarded to NSTC.

**5-34 Funding for NROTC Advertising**

1.  CNRC provides funds to Commanders, Navy Recruiting Regions for the support of the PNS.  These funds are administered by the COs of NRDs in whose recruiting territory the NROTC units are located.  Expenditures must be approved by the NRD CO prior to obligation of funds by the PNS.  These funds shall be used for local advertising and direct mail expenses incurred by the PNS while recruiting for the NROTC Program.  These funds will not be used for the production of internal publications for use by the NROTC unit or the procurement of services and materials not related to NROTC Program advertising.  Advertising expenditures are restricted to the purchase of newspaper and magazine space, creative production and direct mail only.  This precludes the purchase of any recruiting aids (e.g., key chains, bumper stickers, patches) as well as radio, television, and outdoor advertising.

2.  There are several interrelated objectives which should be achieved when obligating the advertising funds:

a.  Identify potential Scholarship and College Program candidates, especially potential nuclear power candidates.

b.  Identify potential NROTC Nurse Corps Scholarship candidates.

3.  The PNS should place advertising in cost-efficient media that generates the most inquiries concerning the NROTC Program and the

unit.  Units desiring advertising assistance may contact their recruiting district or recruiting area public affairs officer.

**5-35  Recreation Funds**

1.  As Naval commands, NROTC units may maintain a Morale, Welfare and recreation (MWR) Fund for active duty personnel, including both staff and active duty students.  Expenditure of MWR funds must benefit active duty personnel only; NROTC midshipmen are prohibited from participating in such funds.  An annual grant request letter, including the exact number of active duty staff and active duty students actually onboard as of 30 September must be provided to Commander, Naval Installation Command (CNIC), N948D.  An annual financial statement shall also be provided in accordance with CNIC guidance.

2.  The establishment of a Student Recreation Fund is authorized. This fund must be generated from local sources and separated at all times from the MWR fund.  No report of a Student Recreation Fund is required by BUPERS.

**5-36  National Scholarship Applicants' Officer Interviews**

1.  NROTC unit staff member will conduct officer interviews for students applying for a National Scholarship.  While NROTC units cannot conduct the interviews for all the applicants to the National Scholarship, units will coordinate with their local NRDs in order to conduct interviews to the maximum extent possible.  There is no requirement for the applicant to have listed a school at a unit, as one of their five school choices, in order for that unit to conduct the interview.  These interviews maybe set up by the local recruiter or may be done for an applicant who walks in "off the street" during a campus visit.

2.  Units should conduct the Officer Interview for any College Program midshipmen applying for the National Scholarship.  These interviews maybe conducted by the PNS, the XO or other staff officer at the discretion of the PNS.

3.  Units who conduct the interviews at a local recruiting station are authorized to utilize the unit's Government Owned Vehicle (GOV) for transportation to the recruiting station.  The GOV may be parked at the recruiting station overnight.

# CHAPTER 6    Performance Evaluation and Counseling

6-1    General ...................................................... 6-1

6-2    Student Performance File. ................................... 6-1

6-3    Principles of Performance Counseling ....................... 6-2

6-4    Midshipman Counseling ...................................... 6-3

6-5    Midshipman Fitness Reports. ................................ 6-5

6-6    Active Duty Student Performance Evaluation. ................ 6-7

6-7    Warning, Probation, and Leave of Absence. .................. 6-8

6-8    Non-judicial Punishment (NJP) and Administrative Separations 6-12

6-9    Performance Review Board (PRB) ............................. 6-13

6-10    Convening a PRB ........................................... 6-15

6-11    The Respondent's Rights Before the PRB .................... 6-17

6-12    PRB Procedures ............................................ 6-18

6-13    The PRB Report ............................................ 6-19

6-14    Disenrollment Recommendations ............................. 6-20

6-15    Recoupment, AES, and Obligation Waiver .................... 6-24

6-16    Types of Disenrollments. .................................. 6-25

6-17    Disenrollment Packages. ................................... 6-30

6-18    ASN (M&RA) Directed AES ................................... 6-38

6-19    ASN (M&RA) Directed Recoupment. ........................... 6-39

**6-1    General.**

This chapter covers performance evaluation and counseling from
reporting through commissioning or disenrollment.

**6-2    Student Performance File.**

The Student Performance File is maintained by the counselor or class
advisor and consists of the following documents:

1.  Left Hand Side

    a.  All Fitness Reports and Counseling Records (NAVPERS 1620/2).

    b.  Letters of Appreciation, certificates, and awards.

    c.  Warning and probation letters, LOAs, and PRB reports.

2.  Right Hand Side

    a.  OPMIS Student File Information (Generated by the unit and signed by the student).

    b.  NROTC Program Requirement Checklist (See Example 8-A).

    c.  Academic Planning Schedule (See Example 8-B).

    d.  NROTC Student Performance Record (See Example 8-C).

    e.  Term Academic Performance Worksheet (See Example 8-D).

    f.  Current college level academic transcripts including summer school and transfer credit.

**6-3  Principles of Performance Counseling**

1.  The performance evaluation system facilitates reviewing academic progress and measuring a student's aptitude for service as a Naval officer.  The evaluation system uses periodic counseling among other tools to identify shortcomings and motivate performance improvement.

2.  The tasks of the counselor or class advisor are to direct and focus the performance of the student and to develop their professional and military expertise.  Before students can improve, they must know how well they are currently performing and what is expected of them.

3.  Counseling should be a dynamic relationship where the student feels free to discuss issues and to receive direction and guidance. The counselor should discuss all relevant strengths and weaknesses.

4.  The counseling session can be enhanced by:

    a.  Determining the best time for the session and providing the student advance notice so they can prepare.

    b.  Gathering information and relevant material.

    c.  Having students complete a self-appraisal and gather all relevant information related to their performance.

    d.  Planning discussion points, remembering the objective is to achieve growth in performance.

5.  There are five objectives to accomplish during each counseling session:

a.  Identify the student's strengths and weaknesses.  Establishing a fair, accurate, and realistic assessment of the student's performance is crucial to the counseling process.

b.  Address specific performance problems, concentrating on ways to develop growth in these areas.  Point out ways to improve, but do not dwell on the negatives.

c.  Help the students evaluate their previous goals, and establish new goals for each semester.  Ensure that the goals are challenging, realistic, and attainable.

d.  Ensure the students have a clear understanding of their performance and acknowledge the areas that need improvement.

e.  Review what is expected of the student before the next counseling session.  Make sure they understand program expectations.  However, be careful not to make promises or guarantees to the midshipman regarding what the marks or recommendations will be at the end of the evaluation period.

6.  The student and advisor shall sign the counseling form.  The student shall receive a copy, and the original shall be placed in the Student Performance File.

**6-4  Midshipman Counseling**

1.  Initial Interview.  The class advisor shall conduct an initial interview with each student at the beginning of each academic term.  During the initial interview with the student, the class advisor will review the student's past performance, as evidenced by high school record, SAT/ACT scores, or prior college-level work.  The purpose of the initial interview is to establish goals for the ensuing academic term and remaining college career while considering course load, past performance, extracurricular activities, outside work, and other factors that may impact an individual's performance.  The student's goals are to be noted as expected grades for scheduled courses and expected GPA for the term.  The interview will include at a minimum:

a.  A review of the individual's Student File and Student Information maintained in OPMIS.

b.  A discussion of specific program requirements and the requirement to develop or revise an individual degree plan.

c.  A review of academic performance based on information either from the institution or from the individual, as required under the circumstances.

d.  Discussion that aptitude scores and scholastic achievement contribute to a student's national ranking for designator assignment and class rank (lineal number) upon commissioning.

e.  Advice to the student on their assigned billets within the battalion.

2.  <u>Progress Counseling</u>.  The class advisor shall conduct at least one counseling session (in addition to the initial counseling session) with each student during the academic term to determine progress in meeting established goals.  The number of counseling sessions depends upon the needs of the individual.  The unit shall consult with the academic institution faculty advisor when the student's academic performance becomes marginal or unsatisfactory.

3.  <u>End of Term Performance Counseling</u>.

a.  Upon receipt of an official grade report or transcript, the class advisor shall counsel each student on their performance in the previous academic term.  This counseling session may be combined with the initial counseling session for the next term.  This counseling session should identify:

(1) Students who do not appear to be performing at a level commensurate with their potential as established during the initial interview.

(2) Students who have unsatisfactory degree progress or have unsatisfactory academic results within a program or degree requirement.

(3) Students whose individual DCP will not permit them to complete requirements within the time period indicated in their NROTC contract.  Factors to consider include, but are not limited to, changes in major, option, or academic course offerings, or any physical readiness deficiencies.  A revised DCP should be developed and approved during the review.  This DCP may require consultation with the academic institution academic advisor.

b.  The advisor shall debrief and have the student sign the student's most recent fitness report.

c.  The PNS will conduct a review of each individual's performance with the class advisor and take appropriate action to implement remedial programs, place the individual on probation, and/or hold a PRB, if required or appropriate.

**6-5  Midshipman Fitness Reports.**

The fitness report performance evaluation system provides a formal process for reviewing a student's developmental progress and measuring their aptitude for service as a Naval officer.  Midshipman fitness reports shall be completed on all students using Fitness Report and Counseling Record, NAVPERS 1610/2.

1.  <u>Objectives</u>.  The objectives of midshipman Fitness Reports are to:

    a.  Contribute to a student's national ranking for designator assignment, ship selection, aviation order of merit and disenrollment processing.

    b.  Identify areas for improvement and provide counsel and guidance to improve officer-like qualities.

    c.  Give each student experience performing professional observation and evaluation of individual performance.

    d.  Rank students in their officer-like qualities for assignments to positions of authority and responsibility within the program.

2.  <u>Raters</u>.  For the professional development of midshipmen, battalion involvement in the Fitness Report process is encouraged to include providing 'Comments on Performance'.

3.  <u>Reporting Senior</u>.  The Fitness Report shall be signed by the PNS as the Reporting Senior and the trait average assigned shall be entered into OPMIS as the midshipman's aptitude score.

4.  <u>Timing</u>.  There are two reporting periods per year.  Reports and OPMIS entries are due on 31 Jan and 31 Jul of each year.  Closing dates should coincide with the end of the preceding academic term.

5.  <u>Competitive Groups</u>.  Competitive groups are divided by program and expected fiscal year of commission.  The three programs are Navy options including nurses, Marine options, and OCs.  For example, all Navy Option midshipmen with FY2019 estimated commissionings compete only against other Navy Option, FY2019 commissioning midshipmen.  The estimated fiscal year of commission for incoming freshman shall be 4 years out.  For those not planning to graduate in 4 years the unit shall update their estimated fiscal year of commission upon approval of extended benefits or other special requests.  This normally occurs during their sophomore year.

NOTE: MECEPs are not covered by this program, but are covered general USMC requirements.

6.  Ratings.  In addition to the rubric given on NAVPERS 1610/2, direction is provided for the following:

    a.  Professional Expertise (Block 33).  This trait mark shall reflect the student's grade point average in Naval Science courses as follows.

| NS GPA (4.0 scale) | P. E. Trait Mark |
|---|---|
| NS GPA < 1.50 | 1 |
| 1.50 <= NS GPA < 2.50 | 2 |
| 2.50 <= NS GPA < 3.15 | 3 |
| 3.15 <= NS GPA < 3.75 | 4 |
| 3.75 <= NS GPA | 5 |

    b.  Command Climate/Equal Opportunity (Block 34).  Use the rubric provided on the form substituting NROTC Program retention/attrition for Navy retention/reenlistment.

    c.  Military Bearing/Character (Block 35).  Students on a conduct based warning, probation, or LOA during the reporting period shall not be rated higher than 'Progressing', 2.0, on this trait.  Students failing to meet the physical readiness standards (see section 3-20 ) during the reporting period shall not be rated higher than 'Progressing', 2.0, on this trait.  A Navy PFA of Outstanding or a Marine PFT/CFT of 285 is required to receive 'Greatly Exceeds Standards', 5.0, on this trait.

    d.  Teamwork (Block 36).  Evaluate per PNS direction consistent with the rubric provided on the form.

    e.  Mission Accomplishment (Block 37).  This trait should reflect contributions to the battalion's mission to include billet performance and unit participation.  However, strong performance and participation cannot come at the cost of their individual responsibility to the program.  Students failing to make satisfactory progress toward degree completion and program academic requirements during the reporting period shall not be marked higher than 'Progressing', 2.0, on this trait.

    f.  Leadership (Block 38).  Evaluate per PNS direction consistent with the rubric provided on the form.

    g.  Tactical Performance (Block 39).  This trait only applies to warfare qualified officers and shall be marked 'NOB'.

    h.  Recommendations (Block 40).  Use as the PNS directs.

i.  Comments (Block 41).  Comments are not required.  The PNS may use this area for the professional development of those rated and those providing rating inputs.  Fitness reports, including any comments, are part of the midshipman's file.

j.  Promotion Recommendation (Block 42).  Rounding up to the next whole person, no more than 20% of a competitive group may be rated as 'Early Promote'.  Similarly, up to 40% of a competitive group may be rated as 'Must Promote'.

k.  A student rated less than 3.0 in any category (Blocks 33-38) shall receive more frequent counseling and other supervision as directed by the PNS.

7.  Summary Sheets.  Summary sheets shall be prepared and held for submission at NSTC OD request.  These requests generally coincide with the convening of various boards or panels.

8.  Summer Training Aptitude.  Although aptitude evaluation during Summer Training is optional, OICs of each program may identify midshipmen whose performance, attitude, and motivation is clearly outstanding or substandard and notify the appropriate PNS by letter.

a.  Summer Training aptitude assessment for NROTC 1/C, 2/C, and 3/C midshipmen involves assessment of performance of duty, leadership qualities, and whole person evaluation.  Evaluations may be submitted in the form of a Fitness Report or a Page 13.  The Midshipman Summer Training Manual contains the procedures for conducting the evaluations.  Although optional, if completed, Summer Training aptitude grades (5.0 grade scale) shall be entered in the OPMIS Grade Screen, and the fitness report shall be placed in the individual's Student Performance File.

b.  Shipboard evaluations of each midshipman, if submitted, shall be conducted and documented in the manner prescribed in the Summer Training Manual.  These reports shall be reviewed and signed by the ship's CO and forwarded under a transmittal letter to the respective NROTC units no later than 15 days following the midshipman's debarkation from cruise.

**6-6  Active Duty Student Performance Evaluation.**

The provisions of BUPERSINST 1610.10 series and MCO P1610.7 series apply as appropriate for active duty students, including those in the STA-21 and MECEP programs.

1.  STA-21 students will normally have a Class Advisor as Rater, XO as Senior Rater, and CO as Reporting Senior (RS).  Statements concerning

aptitude, potential for service as an officer, military bearing, and evaluation of potential for completing the program should be included as remarks.

2.  Forward copies of STA-21(N) student evaluations to NSTC OD1 that contain adverse comments or on which a student elects to make a statement.

3.  For students in a DUINS status only, a report may be delayed up to three months to the end of an academic period, provided it is submitted in time for any selection board for which the member may be eligible.  This is an exception to the general rule against delay of periodic reports.  See Chapter 8 of BUPERSINST 1610.10 series.

4.  For MECEP students, when possible, both the RS and Reviewing Officer (RO) shall be a Marine Corps officer.  The RS will normally be the MOI.  The RO will normally be the CO, unless the CO is USN and the XO is USMC.  In this situation, the RO should be the XO.  NSTC ODM will conduct Third Officer sightings on MECEP adverse reports.

5.  For USMC reports, the RS will submit the complete report via the Automated-Performance Evaluation System (A-PES) accessed through the Marine Online (MOL) website or hard copy (with three signed copies of page 5) to the RO.  The RS should also forward a summary of performance and copies of commendatory letters.  Commendatory, derogatory, or administrative material will not be forwarded to Commandant of the Marine Corps as attachments to the fitness reports. This material must be sent to CMC (MMSB-20) under a separate cover letter for inclusion in the Marine's Official Military Personnel File (OMPF).

**6-7  Warning, Probation, and Leave of Absence.**

When counseling fails to correct substandard performance as defined in CHAPTER 3, the actions below should be considered.  Appendix B provides guidelines on the level of action in response to common issues.  Unless clear from the onset that neither LOA nor a recommendation for disenrollment is being considered, a PRB is required.

1.  Warning.  Warning is the first level of disciplinary action for students who have failed to achieve or maintain program standards. Warning does not require an OPMIS entry but requires counseling and documentation in the Student Performance File.  The PNS shall issue a letter notifying any student placed on warning.  The warning letter should state precisely the nature of the concern, identify remedial actions required of the student, outline assistance available, and

warn that failure to correct the deficiencies or identification of further deficiencies may result in probation, LOA, or disenrollment. The decision to place a student on warning is at PNS discretion and does not require a PRB.

   a. <u>Academic Warning</u>.  The conditions stated in the academic warning letter shall include participation in a mandatory study hall consisting of a minimum of unit or academic institution-supervised study and weekly counseling with the class advisor.  Mandatory study hours should be flexible to encourage individual time management and shall not exceed 15 hours per week.  Mandatory study hall hours may include the student's tutoring session, time spent in the computer lab, and other similar time approved by the class advisor.  The academic warning letter shall address where the student can obtain additional assistance and state that continued poor academic performance may result in probation, LOA, or disenrollment.

   b. <u>Aptitude Warning</u>.  The concerns stated in the warning letter should also be documented in the student's counseling worksheet or fitness report.

   c. <u>Physical Readiness Warning</u>.  A student may be placed on warning based on substandard performance on a mock or official PFA or swim test.  Direction to participate in FEP or to seek qualified swim instruction is generally appropriate.

2. <u>Probation</u>.  Probation is an administrative tool.  It shall have no effect on the student incurring a service obligation or the student's receipt of NROTC benefits.  The PNS shall issue a letter notifying any student placed on probation.  The probation letter should state precisely the nature of the concern, identify remedial actions required of the student, and warn that failure to correct the deficiencies or identification of further deficiencies may result in LOA, or disenrollment.  An OPMIS entry is required when a student is placed in a probationary status.  In no case shall a student be placed on probation for more than two consecutive terms for the same deficiency without approval of NSTC OD.  This is especially applicable in the cases of midshipmen who are about to enter obligated status.  Although continuation of probation beyond one term is an option that may be exercised by the PNS, a more appropriate action may be LOA or disenrollment.  The decision to place a student on probation is at PNS discretion and only requires a PRB if requested by the student.

   a. <u>Academic Probation</u>.  Once the academic term has ended, the student will be re-evaluated.  A second term of academic probation is

not prohibited but should only be considered when reasonable certainty
exists that the student will overcome their difficulties.

b. <u>Aptitude Probation</u>.  Whether assigned for poor leadership,
poor military aptitude, or a combination of aptitude deficiencies and
minor offenses, probation letters shall specify the nature of the
performance concerns and required actions to remediate.  If any doubt
exists regarding aptitude for service, the unit should consider LOA or
disenrollment.  Aptitude probation shall not be assigned for more than
one term.

c. <u>Disciplinary Probation</u>.  Generally this is assigned to
students who commit a single core value violation which does not
warrant disenrollment.  Such violations may include simple assault,
underage drinking, trespassing, or similar offenses.  This type of
probation should not be assigned to those who have exhibited a pattern
of misconduct.  Since this type of probation is designed to provide an
opportunity to develop core values and improve moral reasoning, it
should not normally be assigned to a student in their senior year.

(1) The PNS may place students on Disciplinary Probation in
lieu of disenrollment if it is believed the student can learn from
their mistake and correct their actions.  The PNS will administer the
remedial aspects of the probation and assign a member of the staff to
serve as an advisor.  The class advisor will then notify the student
that he or she is being placed on probation and of probation
requirements.  Upon completion of the remediation period, the advisor
should state whether the individual successfully completed the
remediation program or whether disenrollment is recommended.

(2) The student may be required to complete additional
selected readings during their period of remediation that will cause
them to reflect on correct values.  The student may also be tasked
with preparing a written paper relating to ethics and character.  The
readings and writing project should be tailored to the individual
student's specific transgression and be reasonably related to the
deficiency to be remediated.  The student may be required to keep a
journal discussing their reflections concerning the remediation
efforts and progress.

d. <u>Physical Readiness</u>.  Any student placed on aptitude probation
for deficiencies in physical fitness or body composition should be
assigned to a FEP.  A student with swim deficiencies should obtain
assistance from qualified swim instructors.  The terms of probation
should state that any repeat failure could result in LOA or
disenrollment.  A second term of aptitude probation is not prohibited

but should only be considered when significant improvement has been noted and reasonable certainty exists that the student will overcome their difficulties.

3. <u>LOA</u>.  LOA is an administrative tool which suspends NROTC benefits. Performance related LOAs are discussed below.  Other LOAs are discussed in Section 4-28.  When considering circumstances for which this manual directs an LOA, the PRB must verify said circumstances before recommending LOA.  The decision to place a student on LOA is at the PNS discretion and, unless an exception is provided below, requires a PRB.

   a. <u>Interim LOA</u>.  The PNS may assign interim LOA pending further investigation.

     (1) A PRB should be held as soon as possible after assigning an interim LOA.  Situations where this may be appropriate include, but are not limited to, a midshipman failing to meet program requirements by the end of their freshman year or being charged with a serious moral or criminal offense.  If the board recommends an LOA, and the PNS concurs, the interim status will transition to a regular LOA.

     (2) A PRB is not required for interim LOAs issued for any midshipman who is being investigated, charged with, or is pending prosecution for any infraction which might lead to disenrollment on disciplinary grounds.  Place the student on interim LOA until the matter is fully resolved and consult NSTC OD and NSTC Staff Judge Advocate (SJA).  Ensure associated OPMIS entries are made.

       (a)  If the midshipman is convicted of a criminal offense or the functional equivalent, a PRB must be held to consider disenrollment from the program.  If the midshipman is incarcerated, hold the PRB in absentia.  The midshipman shall be notified of the pending PRB and provided a copy of the preliminary inquiry.  Once the PRB is held and endorsed by the PNS, the midshipman shall receive a copy of the PRB report and its endorsements.

       (b)  Midshipmen found not guilty or exonerated of criminal charges, may be removed from LOA and allowed to continue in the program or receive their commission.  A PRB may still be held, however, to examine the circumstances surrounding the event and assess the midshipman's behavior and aptitude for service.  In the event the unit has already received commissioning documents for the midshipman, use those same documents to confer the commission.  The effective date will remain the original date of commissioning for time-in-grade purposes.

(3)  If a midshipman claims to be a conscientious objector,
the PNS shall assign interim LOA and will follow Navy regulations for
active duty personnel by processing for disenrollment in consultation
with NSTC OD4 and the NSTC SJA.

b.  <u>Academic LOA</u>.  A midshipman may be placed on LOA due to
unsatisfactory academic performance or when it appears that the
midshipman may not complete the program.  If the midshipman is still
academically deficient at the end of one term on LOA, the PNS shall
recommend either an extension or academic disenrollment.  All requests
for extensions shall be submitted to NSTC OD in letter form.  The PNS
shall include a statement of facts and a copy of the midshipman's most
current transcript and degree completion plan.

c.  <u>Aptitude LOA</u>.  A midshipman may be placed on LOA for continued
or significant deficiencies in aptitude such as failure to meet
conduct standards other than major offenses or failures in bearing,
teamwork, initiative, leadership, irresponsibility, etc.

d.  <u>Disciplinary LOA</u>.  Generally given for a core value violation
or willful non-compliance with program requirements when the PNS does
not recommend disenrollment.

e.  <u>Physical Readiness LOA</u>.  An LOA for Physical Readiness must be
based on an official PFA/PFT/CFT or swim test.  A PRB should review
the administration of the test and accuracy of the results being
considered in addition to the other aspects of midshipman performance.
Students who fail to adhere to physical readiness standards, but
demonstrate significant improvement may be granted a second probation.

**6-8  Non-judicial Punishment (NJP) and Administrative Separations**

1.  Midshipmen fall under the UCMJ only when assigned to active duty,
normally during Summer Training.  Although midshipmen are subject to
the UCMJ regulations including NJP while on summer cruise, midshipmen
suspected of any infraction are normally returned to their home NROTC
unit for disciplinary or administrative action vice being offered NJP
while deployed.  If a midshipman is sent home from summer cruise or
other active duty periods due to disciplinary reasons, NROTC unit COs
are required to officially contact the fleet command from which they
were detached and acknowledge the midshipman's return and inform the
fleet that appropriate actions are being taken.  It is inappropriate,
however, to discuss the exact nature of the actions taken.  In cases
of misconduct by midshipmen, the PNS will normally utilize
administrative remedies (e.g., warning, probation, LOA,
disenrollment).  If circumstances warrant, after consultation with the

NSTC Staff Judge Advocate (SJA), the PNS may request the midshipman be recalled to active duty for trial by court martial.

2.  OCs are always subject to the UCMJ.  In cases of misconduct by OCs, the PNS may conduct NJP or refer the charges to trial by court martial after consultation with the NSTC SJA.  The PNS may also convene an Administrative Separations Board to determine whether the individual is suitable for continued service.

3.  Although any finding of guilt during NJP can, in some instances, be enough to warrant disenrollment, a PRB must be held before disenrolling the student due to the differences in process, possible outcome, and releasability of information.

**6-9  Performance Review Board (PRB)**

1.  The PRB is an administrative tool available to the PNS to investigate, review, and document recommendations regarding the best course of action to be taken to ensure successful fulfillment of program requirements by students enrolled in any NSTC OD program. Ideally, the unit will identify potential problems that may lead to a PRB and solve the most problems through counseling or extra instruction, as appropriate.

2.  Appendix F provides guidance on how a PRB shall be conducted.  The PRB is not a judicial proceeding but rather an informal administrative hearing most similar to a college or university academic review board. As such, the student is not entitled to be represented by an attorney at the hearing (See Section 6-11 for further information).  The PRB will be conducted with formality and decorum, although testimony under oath is not necessary, it is permissible.  The student has the right to appear before the board, to submit a written statement, and to present documents or witnesses on his or her behalf.  The student will be counseled by the class advisor and may review all evidence to be presented to the board prior to convening.

3.  PRB Required.  The PRB process protects certain rights of midshipmen; therefore, a PRB shall be convened:

    a.  When a student being placed on probation without a PRB requests a PRB in writing within seven days of being notified of the probation.

    b.  When administrative action may result in a leave of absence, other than for personal or medical reasons.

    c.  For performance that may result in disenrollment or active service obligation by any midshipman who has received educational

assistance and/or subsistence from the Navy.  This requirement may be waived by the midshipman as given in paragraph 4 below.

    d.  When an Executive Board (EB) has been conducted at the USMMA and the OIC does not concur with the findings of the board.

    e.  When a student tests positive for drugs.  Anyone determined by the CO to have abused drugs, as defined in SECNAVINST 5340.4 series, shall not be ordered to AES; recoupment is mandatory.

    f.  When a STA-21 OC receives a grade or cumulative GPA less than program requirements as defined in the applicable OPNAV N13 Program Authorization.

    g.  STA-21(N) Option Only.  A PRB may be used at the discretion of the PNS to motivate academic or aptitude performance.  PRB results shall be reported in accordance with Section 4-23.  The PRB should be completed in time to ensure it is an effective tool for shaping the next semester's performance.  A PRB is required in the following cases:

        (1) Term GPA < 2.75.

        (2) Two consecutive terms of a GPA < 3.00.

        (3) Cumulative GPA < 3.0.

        (4) Receipt of a failing grade in any course.

    h.  When a MECEP fails to meet established standards as directed by MCRC.

4.  <u>PRB Waivers</u>.  Midshipmen being considered for disenrollment may waive the right to a PRB in certain types of disenrollments.  In those specific disenrollment cases that allow midshipmen to waive their PRB, an acknowledgement using Example 8-E must be signed and dated by the student who elects to waive the PRB.  The PNS may still hold the PRB if deemed necessary.  STA-21 and MECEP students may not waive a PRB. The types of disenrollments midshipmen may waive are outlined below:

    a.  Drop on Request by any student who has received educational assistance and/or subsistence from the Navy;

    b.  Physical (when disqualification has been documented by BUMED);

    c.  Host institution denies student continuation (when the host university has disenrolled a student or denied them opportunity to continue in their approved field of study, e.g., nursing candidates); and

d.  A midshipman is no longer in the Corps of Cadets at a unit
where the host institution requires Corps of Cadet membership in order
to participate in ROTC.  This exception does not apply if another
disenrollment type such as disciplinary or aptitude is appropriate.

5.  <u>PRB Not Required</u>.  A PRB need not be convened under these
circumstances:

    a.  Drop on Request by any College Program Basic student who has
not received educational assistance and/or subsistence from the Navy;

    b.  When an Executive Board (EB) has been conducted at the USMMA
and the OIC concurs with the findings of the board.

6.  MECEPs and Marine Option midshipmen who have become the subject of
a PRB for misconduct or other situation that would require a "moral"
waiver where the disenrollment is not recommended, should have their
packages forwarded to MCRC ON/E via NSTC ODM for review and waiver
decision.  ODM will make a recommendation to MCRC.

**6-10 Convening a PRB**

1.  The PNS will normally be the appointing authority for the PRB,
unless otherwise directed by higher authority.  The PRB shall consist
of at least three voting members (an uneven number composed of at
least two officers and, potentially, a representative of the academic
institution) and one non-voting member (officer or senior enlisted) to
serve as the recorder.  The PNS may also appoint one other non-voting
board member, (e.g., the student's company or battalion commander) to
advise the senior board member on the student concerned.  Members of
the PRB shall be notified of their appointment in writing (See Example
8-G).  The student will be notified of the PRB in writing.  The PRB
Appointment letter must be dated prior to the student notification
letter.  The PRB Appointment and Student Notification letters (See
Example 8-F) must be dated prior to the PRB.

2.  The senior member of the PRB is a voting member and must be an O-4
or above and is normally the unit XO.  The PNS may not be a member of
the PRB.  Voting board members may include officers from other NROTC
units, any active or reserve Naval Officer, or an official from the
academic institution concerned.  If the host institution declines to
appoint a member representing the academic institution, or if the
person appointed does not attend, the PNS will appoint another member.

3.  To avoid conflicts of interest, only persons who have no
involvement with the matters before the board may be appointed as
voting members.  If the XO or any other voting board member has a

conflict of interest, as determined by the PNS, the PNS must appoint a new voting board member.  The class advisor of the student concerned shall not serve as a voting board member.

4.  The PRB outcome is determined by majority vote.  The senior board member's vote carries the same weight as other voting members.

5.  The recorder is a non-voting member, normally the student's class advisor and is typically the most familiar with the student's performance and conduct.  The recorder is responsible for preparing and presenting the case on behalf of the command.  At the discretion of the PNS, an additional member from either the active-duty or civilian staff may be assigned to assist the recorder in his note-taking duties and serve as the recorder's assistant.  Normally, the student's company or battalion commander will be asked to provide testimony regarding the student concerned.  Non-voting members shall not be present during final deliberations.

6.  The recorder is responsible for assembling pertinent directives, interviewing prospective witnesses, gathering all available evidence, and conducting a preliminary inquiry in cases involving disciplinary matters.

   a.  No later than five full business days before the PRB is scheduled to convene, the recorder shall:

      (1) Provide the student with written notice of the date the PRB will convene and general reasons for the PRB;

      (2) Provide the student with any and all documents that may be presented in the case against the student, including but not limited to the PRB Appointment letter, counseling sheets, witness statements, and a complete copy of the preliminary inquiry (if any);

      (3) Provide the student with a list of all witnesses expected to be called in the Recorder's case;

      (4) Have the student sign AND DATE the notification letter and acknowledge receipt of all material provided; and

      (5) Obtain a signed Privacy Act Statement from the student.

   b.  The recorder must keep an accurate record of the proceedings and prepare the record for the senior board member's review and signatures of all board members.  This summary shall include the testimony of the student, all board members, and any witnesses.  A recorded or verbatim transcript is not required, but is highly advised in high visibility cases.  Audio recordings of the proceedings may be

used for purposes of preparing an accurate summary.  Any such recordings shall be destroyed as soon as the summary is approved by the senior board member.  In the event the proceedings are not recorded, the recorder should take sufficient notes in order to prepare such summaries.

    c.  Ensure that a copy of the record of proceedings is delivered to the student no later than five business days after the PRB (See 6-13).

**6-11 The Respondent's Rights Before the PRB**

1.  Students shall be advised of the following rights before their PRB:

    a.  To appear before the board at their expense.  The student's presence is recommended but is not mandatory.  If the student does not intend to appear, the student shall submit written notification to the PNS within the five business day notification period.  In these cases, the PRB will be held in absentia.  Likewise, if the student is in civilian or military custody or unable to appear based on circumstances outside of the control of the command, the PRB may also proceed in absentia.

    b.  To submit a written statement to the board.

    c.  To present documents or witnesses on their behalf (at own expense).

    d.  To review their personnel record and all documents submitted for board consideration prior to the convening of the board.

2.  The student shall be advised of the possible outcomes the board may recommend to the PNS and that AES or recoupment could apply in case of disenrollment.

3.  The student shall be notified, in writing, at least **five full business days** prior to the convening of a PRB.  Notification should be delivered in person, normally by the class advisor or another staff officer, or if the student is not in the immediate area, by certified mail, return receipt requested.  A copy of the notification letter, along with a signed and dated proof of delivery, shall be included in the board report.  The notification letter shall advise the student, in general terms, of the reason(s) for the PRB.

4.  The student may waive the five business day notification period, but any such waiver must be in writing.  If requested by the student,

a reasonable delay in convening the proceedings may be granted and
should be documented in the PRB file.

5.  The student subject to the PRB may retain counsel at his or her
own expense.  If the student wishes to have his or her counsel present
at PRB proceedings, the student must first notify the PNS, in writing,
no later than 48 hours before the start of the board.  Generally,
counsel is free to make opening and closing statements on the
student's behalf (as may any witness).  During these statements,
counsel may testify/recount counsel's understanding of the events that
occurred.  Counsel may also explain why these events do not warrant
any, or lesser, administrative action on the part of the Navy.
However, counsel may not actively participate in the board's
proceedings (e.g., call witnesses, ask questions of witnesses).

6.  The student may request to have observers attend the board.  This
request must be made in writing to the PNS no later than 48 hours
before the start of the board.

**6-12  PRB Procedures**

1.  The senior member will call the board to order and explain the
basis for holding the board (e.g., academic, aptitude), presenting
only the facts before the board.  The student will again be advised of
the possible outcomes of the board, including AES or recoupment if
disenrollment is recommended and approved.

2.  The recorder will present the relevant facts, to include any
witness testimony or documentary evidence.  Unless unavoidable (e.g.,
the PNS is the only eyewitness to an incident), the PNS shall not
testify as a witness to preclude the appearance of undue command
influence.  When it appears the PNS may have to testify, guidance
shall be obtained from the NSTC SJA.  Unless specifically authorized
by the student, medical documents shall not be acquired for or
presented to the PRB.  BUMED notification of a student's
disqualification suffices to determine that the student is not
physically qualified.

3.  The student, and/or the student's counsel, will be afforded the
opportunity to make a statement on the student's behalf.  At the
senior member's discretion, any board member may ask the student or
counsel to clarify any testimony or statements brought before the
board.

4.  The student or student's counsel may object to specific board
actions or proceedings, but must provide a statement as to why he or
she finds it objectionable.  Any objections will be considered and

ruled on by the senior member.  If, in the senior member's judgment, the conduct of any person interferes with the orderly conduct of the board, the hearing will be adjourned until order is restored.  The rulings of the senior member are final with respect to the proceedings but are subject to review by higher authority.  All objections and rulings must be included in the PRB report.

5.  The board shall not be limited to only considering those performance shortcomings listed as reasons for the PRB specified in the student notification letter.  Rather, the board will be allowed to consider and make its findings and recommendations on any additional grounds that are discovered during the proceedings.  However, the student shall be afforded the right, if he or she so requests, to an adjournment for a reasonable period to prepare a response to any additional grounds not previously addressed.

6.  After all evidence has been presented and all statements have been submitted, all persons, except the voting board members, will leave the board room.  Only the voting board members may deliberate and, to prevent the appearance of undue command influence, **vote shall be by secret ballot**.  A simple majority will determine the outcome.  Upon reaching a decision, the senior member will reconvene the board (to include the student and any witnesses he/she desires) and announce the board's findings of fact and recommendations.  The PRB may make the following recommendations:  no action, warning, probation, LOA, or disenrollment.  If the board recommends disenrollment, they should also make a recommendation for either AES or recoupment, if applicable.

**6-13  The PRB Report**

1.  The Report of PRB Proceedings (See Example 8-H) will be prepared by the recorder, reviewed by the Senior Member of the board, signed by all voting board members, and forwarded to the PNS.  When a board member is not from the local area, an electronic signature obtained via email or fax will suffice.  Any board member may submit a dissenting opinion and append it to the report.  The Report of PRB Proceedings shall include the appointing memorandum, the PRB notification letter and signed Privacy Act statement, the preliminary investigation (if applicable), all documents considered by the board, and a summarized testimony of each witness, and the results of any board vote (to include the number of dissenting votes).

2.  A copy of the Report of PRB Proceedings will be given to the student.  Providing an electronic copy is permitted as long as positive receipt is documented.  If the PRB was held in absentia or the student is no longer in contact with the unit, a copy of the PRB

proceedings shall be sent to the student by certified mail, return receipt requested.  The student shall acknowledge receipt of the PRB report and be afforded five business days to provide written response to the PNS (See Example 8-I).

3.  Once the student has had an opportunity to respond to the Report of PRB Proceedings, the PNS will consider the package in its totality and endorse the board report, either concurring or non-concurring with the findings and recommendations of the board (See Example 8-J).  In cases where the PNS is a witness and has testified before the PRB, the PNS may not endorse the Report of PRB proceedings and shall seek guidance from the NSTC SJA.  In the endorsement, the PNS should not comment on matters not discussed before the PRB, either by the board members or the student, but instead limit comments only to those matters presented to the board.

4.  The student shall be given a copy of the PNS's recommendation, and the student will be given up to five business days to respond to the PNS's recommendation.  If the PRB was held in absentia or the student is no longer in contact with the unit, a copy of the PNS's recommendations shall be sent to the student by certified mail, return receipt requested.

5.  A copy of the PRB Report, including the student's responses and the PNS endorsement, shall be maintained in the Student File.

6.  In cases involving STA-21(N) OC's, a copy of the PRB Report, including PNS cover letter and student responses, shall be forwarded to OPNAV N133 via NSTC OD1.  This report is the only instance when a PRB Report must be forwarded to NSTC OD absent of a recommendation for disenrollment.  However, should the applicant be processed for disenrollment, the entire disenrollment report must be forwarded to NSTC OD4 after disenrollment approval has been granted by N133 via NSTC OD1.

**6-14 Disenrollment Recommendations**

1.  Ultimate disenrollment authority for Navy Option midshipmen is with SECNAV (currently delegated to Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN (M&RA)), CNSTC for STA-21 OCs, MCRC for MECEP OCs, Director, Officer Development for all non-obligated midshipmen, and MARAD for SSMP midshipmen.  The PNS has some latitude in determining whether circumstances warrant the recommendation of disenrollment of a student.  A recommendation for disenrollment should be considered as the primary course of action following a PRB hearing for the following:

a.  Continued academic deficiencies (Section 3-18) resulting in
LOA for more than two successive semesters or three quarters without
considerable improvement.

b.  Conduct deficiencies (Section 3-19)

(1) A major conduct offense.

(2) Positive urinalysis test.

(3) Any felony conviction.

(4) Repeated minor infractions, substandard aptitude, or an
unwillingness to make necessary behavioral changes.

c.  Cases involving what could reasonably be construed as an
intentional failure of any standard should be handled as a
disciplinary matter.  Disenrollment is appropriate in such a case, if
the facts warrant.

d.  Continued physical readiness deficiencies (Section 3-20),
especially when it appears the individual is not exerting proper
effort to achieve and maintain these standards.

2.  The PNS endorsement shall contain a recommendation for repayment:
AES or recoupment.  All recommendations marked "Definitely not
recommended" must include justification.

3.  If, during the PRB or in the disenrollment paperwork, a statement
is made that the student has a physical, psychological, alcohol, or
drug problem that may preclude them from AES, a medical evaluation
shall be completed and forwarded to BUMED before mailing the
disenrollment package to NSTC OD4.  If the PNS recommends recoupment
or if the student tests positive during a urinalysis test, a medical
evaluation is not required.

4.  The PNS shall personally sign all disenrollment reports and make
the appropriate recommendations.  If the PNS is unavailable, the XO
may sign the disenrollment report as "Acting." However, the XO may not
endorse the disenrollment report if he or she served as the senior
member for that board.  The student is also required to sign the
disenrollment report.  In doing so, the student may address any
matters pertaining to the disenrollment recommendation.  In effect,
the student is allowed to make two statements: one immediately
following the PRB, and a second prior to completion of the
disenrollment report.  There is no separate appeal process for a
recommendation for disenrollment, as every disenrollment package,
including student statements, is reviewed by each signature authority

as the disenrollment package progresses (OD Director, CNSTC, MCRC, and ASN (M&RA), as appropriate).

5.  Following a midshipman PRB, if the PNS recommends disenrollment, and the midshipman is not already on Interim LOA or LOA, the midshipman will be immediately placed on Interim LOA (in writing) pending final disenrollment determination.  All entitlements will be stopped.  Should the recommendation for disenrollment be overturned in the chain of command above the PNS, all entitlements, less stipend, will be restored effective the date Interim LOA began.  Stipend monies will be restored effective the date the disenrollment recommendation is overturned.

6.  The timeliness of disenrollment recommendations is critical to ensure program efficiency and proper use of Navy and Marine Corps manpower.

    a.  The PNS shall sign and forward the properly completed midshipmen disenrollment recommendation to OD4 within 30 days of the date of the PRB or the date that the student waived the right to a PRB.  Packages that are delayed at the unit beyond 30 days shall contain a written explanation of the delay signed by the PNS.  This policy includes packages that are forwarded by the unit to NSTC OD that are deficient; deficient packages must be corrected by the unit within 30 days of the PRB.  Deficient packages not corrected within 30 days of the PRB shall require a written explanation from the PNS of the deficiency and delay from the unit.

    b.  The OIC at the USMMA shall inform the office of the USMMA Superintendent regarding all recommendations for midshipman disenrollment.  If the USMMA Superintendent's office desires to add information to the disenrollment package, that information will be included in the OIC's disenrollment submission to NSTC OD.  Due to this additional administrative requirement, disenrollment packages from the USMMA shall be forwarded to NSTC OD within 45 days of the PRB or an explanation of the delay must be forwarded with the package by the OIC.

    c.  NSTC OD shall sign all complete disenrollment packages for non-obligated midshipmen within 30 days of receipt from the units. NSTC OD shall process and forward all other complete disenrollment packages to CNSTC within 30 days of receipt from the units.  Deficient disenrollment packages received at OD shall be processed and forwarded within 30 days of receiving all required documents.  Packages delayed at OD beyond this 30-day requirement shall have a written explanation

of the delay, signed by the Director or Assistant Director that will be forwarded with the package.

    d. NSTC OD will ensure a system to track disenrollment actions pending at NROTC units and OD is in place and available for CNSTC review. NSTC OD will use TV5 (Taskers) to submit packages to CNSTC to provide greater visibility of packages moving to completion.

    e. CNSTC will be equally timely in its processing of disenrollments. All packages shall be processed and forwarded as appropriate within 30 days of receipt from NSTC OD.

    f. Active duty disenrollments (STA-21, MECEP) will be expedited at each level in order to efficiently return manpower to the Fleet. The processing of active duty disenrollments shall take priority over midshipmen disenrollments.

7. **STA-21(N) only**. If the PNS considers the OC unsuitable for enlisted duty in the NNPP, then Navy Enlisted Classification Code (NEC) removal action per OPNAVINST 1220.1 series shall be initiated as part of the disenrollment recommendation. Nuclear NEC removal will not be considered a substitute for appropriate disciplinary action. Recommendations for non-return to nuclear enlisted service shall include sufficient information and justification concerning the recommendation (e.g., counseling records, NJP documentation). Lack of motivation is not sufficient reason for non-return to nuclear enlisted service.

8. The PNS may authorize students disenrolled for other than disciplinary reasons or aptitude before the end of an academic term to complete the current term as Naval Science students.

9. Any student who is disenrolled must return all government property (uniforms, Naval Science text books, etc.) before leaving the unit. As midshipmen are members of the Inactive Ready Reserve until ASN (M&RA) approves disenrollment, midshipmen pending disenrollment shall not have their military identification cards confiscated. The student shall be held accountable for damaged, missing, or lost items and must reimburse the government for any items returned damaged or not returned. When a student has left the unit without turning in government property, the PNS will request via certified mail, the return of all government property. In addition, students who have had access to classified material shall be debriefed and shall execute a Security Termination Statement OPNAV 5511/14, in accordance with SECNAVINST 5510.30 series. The original will be filed in the student file and a copy maintained at the unit for a period of two years.

**6-15 Recoupment, AES, and Obligation Waiver**

1.  NROTC midshipmen who have a military obligation per their service agreement (e.g., have passed their obligation date, were released from active duty to accept a scholarship), but who attrite from the program before commissioning are subject to recoupment and/or AES per the terms of their service agreement.

    a.  Scholarship students who incur obligation remain obligated even if they transfer to the College Program.

    b.  Students awarded NROTC scholarships from active duty will be processed for recoupment and may be ordered back to active duty to complete the obligation remaining on their most recent enlistment contract.  These students will be referred to the appropriate Service Agency (USN or USMC) for re-accession into the enlisted ranks.

2.  SSMP midshipmen disenrolled at any time may be subject to recoupment or AES.  The authority to pursue recoupment or AES rests with the MARAD.

3.  All obligated students being processed for disenrollment shall be afforded the option to request recoupment or AES using the Disenrollment Acknowledgement Form NSTC 1533/120.

    a.  Requests for AES must explain the reason(s) for the request for service.

    b.  If the student refuses to sign the Disenrollment Acknowledgement Form, the PNS shall make a statement to that effect on the form.

4.  In exceptional cases, the student may request a waiver of all obligations for medical or other extraordinary circumstances. Students shall provide a written statement regarding their request for obligation waiver.

5.  The PNS shall provide an endorsement to OD on the student's NSTC 1533/120 or waiver request and must recommend recoupment, AES, or a waiver of obligation. The PNS should base his decision on the following guidance:

    a.  While recoupment is the preferred Navy policy, the PNS will normally recommend recoupment in cases where the midshipman fails to meet the requirements set forth in their Service Agreement.

    b.  Should AES become the preferred Navy policy, the PNS will normally recommend AES in cases where the midshipman fails to meet the

requirements set forth in their Service Agreement unless the PNS feels that the student is unsuitable due to disciplinary issues, drug abuse, family hardship, etc.

c.  Waiver of all obligations will be considered on a case-by-case basis and generally only recommended when significant extenuating circumstance beyond the student's control lead to the disenrollment.

**6-16  Types of Disenrollments.**

The following sections classify the twelve types of disenrollments and address the unique requirements of each.

1.  <u>Academic</u>

a.  Students who remain on academic probation or on LOA for more than one term (quarter or semester) must be considered for academic disenrollment.

b.  The PNS shall recommend the disenrollment of any NROTC student whose general academic record and/or specific academic failures make their value as an officer doubtful.

c.  When recommending a student for an academic disenrollment, a statement concerning any probationary or LOA letters previously issued by the PNS is required.  The statement need not be submitted as a separate letter, but may be included within the statement of circumstances recorded on the NSTC 1533/32 form in the space designated for PNS's comments.  The statement need only declare that the student had been issued previous letters of academic probation and list the dates of such letters.  For example: "MIDN [Name] has been placed on academic probation on two different occasions by correspondence dated 21 January and 15 April 2012."

d.  The PNS must include a recommendation regarding AES or recoupment, if the student is obligated.

2.  <u>Aptitude</u>

a.  The PNS shall recommend disenrollment of any NROTC student who has demonstrated a lack of officer aptitude as to make further retention unjustified.  Inaptitude disenrollment recommendations may include, but are not limited to, any of the following:

(1) Failure to meet conduct standards other than major offenses.

(2) Failures in bearing, teamwork, or initiative.

(3) Unsatisfactory leadership qualities.

(4) Unsatisfactory acceptance of responsibility.

b.  In cases where the student is being disenrolled for inaptitude/unsuitability reasons, the student shall be afforded the opportunity to provide a written statement regarding the circumstances that led to their disenrollment.  The statement shall include an acknowledgment by the student that they have been advised by the unit that the disenrollment may be prejudicial to their interests should they ever apply for a commission in the Armed Forces.  Should the student refuse to sign and/or submit a statement, the PNS should document the student's actions in the Disenrollment Report.

3.  <u>Disciplinary</u>

a.  Disciplinary disenrollment recommendations may include, but are not limited to, any of the following:

(1) Major breach of Naval Service discipline.  Lying or cheating should normally be considered a disciplinary disenrollment and not an inaptitude disenrollment.

(2) Criminal and/or moral offenses deemed to be disqualifying by the PNS, including violation of standards of honor expected of NROTC midshipmen.

(3) Cumulative unsatisfactory disciplinary record.

(4) Unwillingness to schedule required academic courses or dropping such courses without approval of the PNS.

(5) Scholarship students who complete program requirements, but refuse to accept their commissions, may be subject to recoupment or required to serve not more than four years active duty in an enlisted status.

(6) Alcohol or drug abuse, or alcohol/drug-related incidents as addressed in <u>OPNAVINST 5350.4</u> series.

b.  The PNS is responsible for ensuring that all relevant facts and evidence are fully and specifically set forth in cases of disciplinary disenrollment.  Appropriate officials of the host institution shall be notified of the final Navy disposition of all such cases.  The academic institution, without regard to such disposition, may take disciplinary action independently.  The PNS will advise NSTC OD of any such disciplinary action taken by the institution.

c.  Disciplinary disenrollments become a matter of permanent federal record and may prejudice the individual for future military or civil employment.  Disciplinary disenrollments may be disqualifying for future federal security clearances that are often necessary for positions in private industry.  Disciplinary disenrollments may be prejudicial to their interests should they ever apply for a commission in the Armed Forces.  Therefore, students being disenrolled for disciplinary reasons must state, in writing, that they understand such a disenrollment is prejudicial to their interests.  Should the student refuse to sign and/or submit a statement, the PNS should document the student's actions in the Disenrollment Report.

4.  <u>Physical Readiness</u>.  Inability to meet physical conditioning standards or swimming qualification requirements

5.  <u>DOR</u>

a.  Any student may request to disenroll at any time, **including those notified of a pending PRB**.  As with all requests to drop, the student may waive PRB.  Requests to drop should be in writing, dated, and signed by the student.  If the student was notified of a pending PRB, the recommended attrition code on NSTC Form 1533/122 will reflect the original reason of the PRB notification.  In these cases, the final attrition code in OPMIS will be entered by OD when final approval for disenrollment has been received.

b.  Any student may disenroll at their own request if appointed to another service academy or ROTC program.  Additional guidance concerning inter-service transfer requests is contained in Chapter 4.

c.  In the case of non-obligated Scholarship or College Program Basic students who have received benefits, submitted a DOR in writing, and then waived their right to the PRB, a PRB is not required. However, a PNS endorsement of the written DOR request is required.

d.  Voluntary disenrollment requests for STA-21(N) OCs should be given careful consideration and forwarded with appropriate comments and recommendations.  The PNS must make a statement concerning the OC's suitability for returning to nuclear enlisted duty.

6.  <u>Special Reasons</u> (Hardship, Family Illness, Conscientious Objector, and Refusal of Immunization, and Corps of Cadets Membership).

a.  NROTC students may apply, via the chain of command, for disenrollment for special reasons.  Special requests shall be endorsed only after conducting a preliminary inquiry and a Performance Review Board.

b.  Disenrollments for special reasons may include, but are not limited to, the following:

(1) Severe financial hardship on the same grounds as set forth in MILPERSMAN 1910-110.

(2) Family illness that requires student withdrawal from school.

(3) A conscientious objector defined the same as in MILPERSMAN 1900-020.  Due to the mission of the NROTC Program to produce unrestricted warfare line officers, midshipmen may not claim conscientious objector status and remain a midshipman, assuming burdens describe below are met.

(a)  Student's statements that they are conscientious objectors do not automatically constitute grounds for disenrollment. Students bear the burden of proving their claims as grounds for disenrollment or assignment to noncombatant training and service. Students also have the burden of determining and setting forth the exact nature of their request (e.g., whether for separation or for assignment to noncombatant training).

(b)  An O-4 or above should be appointed by the PNS as investigating officer to conduct an investigation to determine the student's motive.  If the investigating officer determines that the student made the statement for the purpose of seeking separation, the unit may process the disenrollment on the basis of DOR, or if other concerns are brought to light, the unit may process the disenrollment on the basis of inaptitude.  In either case, recoupment or AES may be recommended.

(c)  For further guidance, consult MILPERSMAN 1900-020 and the NSTC SJA before taking action regarding an alleged conscientious objector.

c.  Refusal of Immunization.  See Chapter 9 for additional guidance.

d.  Corps of Cadets Membership.  At some host institutions, it is a school requirement that a student be a member of the Corps of Cadets in order to participate in ROTC.  At such schools, any midshipman who resigns, is expelled, or is suspended from the Corps of Cadets shall normally be disenrolled.  The PNS may recommend to CNSTC that a midshipman's scholarship be transferred to another host institution.

7.  Medical disqualification

a.  The PNS will request a review of pertinent medical information, records, and/or examinations by BUMED when it is suspected that physically disqualifying problems exist for an NROTC student.  The PNS shall include any existing medical documentation on behalf of the midshipman.  Moreover, it is equally important that the PNS provide BUMED and NSTC OD a "non-medical assessment of the student" concerned.

b.  Upon written notification and determination by BUMED that a student is NPQ for continued service, Director, OD, as delegated by CNSTC, may concur with a BUMED waiver recommendation.  If the Director, OD non-concurs with the BUMED recommendation, the BUMED letter will be forwarded to CNSTC for a waiver determination.  If Director, OD or CNSTC disapproves the waiver, the PNS shall process the disenrollment due to physical disqualification.

c.  If an active duty student (MECEP/STA-21) is found NPQ for the program by BUMED, and BUMED, MCRC, OD, or the PNS believes that the member may be medically disqualified for continued military service, the member will be referred to the nearest Medical Treatment Facility (MTF).  The MTF will make a determination if a Medical Evaluation Board (Med Board) would be appropriate.  Should the MTF determine that a Med Board is required, efforts should be made to transfer the student to the nearest military location capable of receiving members placed on medical hold.  These actions will be conducted parallel to the disenrollment process.  The member should not be made available for orders back to the fleet until the MTF review has been completed.

d.  A student processed for disenrollment due solely to alcohol abuse/dependency may be processed as a medical disenrollment if BUMED has confirmed that the problem is disqualifying and does not recommend a waiver.  However, if misconduct is involved or an administrative action is pending, the alcohol problem and misconduct may be treated separately.  In doing so, process the disenrollment for either disciplinary or inaptitude reasons.  Likewise, an inability to meet physical readiness standards shall be characterized as such, unless occasioned by a medical problem.  If medical reasons are not the only basis for disenrollment, the PNS may use the other reason to determine the type of disenrollment recommended.

8.  Death.  When processing a disenrollment due to death, the following shall be addressed and forwarded to NSTC OD4:

a.  NROTC Student File (to include Health records); and

b.  Statement from the PNS concerning the death (time, date, location and circumstances, if known).

9.  <u>Dropped by the Institution</u>.  Any NROTC student dropped (or involuntarily disenrolled) by the academic institution for any reason shall be immediately disenrolled by the PNS.  This includes students who are "suspended," "forced to withdraw," "Not permitted to register for the next semester," or for any other similar reason are prevented by the institution from continuing their enrollment, either temporarily or permanently.  The date of disenrollment shall be reported on the NROTC Student Disenrollment Report under the category "Dropped by the Institution."

10.  <u>Failure to Enroll</u>

a.  The PNS shall recommend disenrollment of any NROTC student who has failed to enroll in Naval Science course.

b.  Any student who, although eligible to continue enrollment at the institution, discontinues their enrollment, shall be immediately recommended for disenrollment by the PNS.

11.  <u>MCRC Directed</u>

a.  Moral Waiver Denials.  MCRC may direct the disenrollment of a MECEP or Marine Option midshipman following the review of a moral waiver.  As a PRB was previously conducted for the moral waiver, no further PRB is required for the MCRC directed disenrollment.  The unit shall forward all other required documentation for the disenrollment to OD for normal disenrollment processing.

b.  OCS Failure.  MCRC may direct disenrollment based on performance at OCS.  A PRB should consider the midshipman's performance at the unit in its entirety.  The ultimate decision regarding disenrollment belongs to ASN (M&RA).  The PRB should also consider and make a recommendation regarding change of option to the Navy.

12.  <u>Not Selected for Advanced Standing</u>.  This characterization is given to disenrollments of College Program Basic students who are not selected for Advanced Standing or Scholarship prior the start of their Junior year.

**6-17 Disenrollment Packages**

1.  <u>Scholarship Program (Obligated) or College Program Advanced Standing</u>

a.  When processing a student for disenrollment and the disenrollment Recommendation Report has been signed, if the student is currently on a non G-code ("pending disenrollment") LOA in OPMIS, this code will be closed out and the student assigned a G-code ("pending disenrollment") LOA status.  If the student is not on LOA, then a G-code LOA will be initiated.  These actions will be accomplished prior to the disenrollment package being forwarded to NSTC OD.  The following documents shall be forwarded to NSTC OD4 within 30 days of the PRB:

    (1) Disenrollment Report, NSTC 1533/122.

    (2) Student File.

    (3) Health Record.

    (4) Performance File, to include unofficial transcript.

    (5) NROTC Educational Program Costs, NSTC 1533/113.

    (6) Disenrollment Acknowledgement Form NSTC 1533/120.

    (7) Privacy Act statement signed/dated by student

    (8) Any student rebuttal statements.

b.  The above documents reflect the basic documents required.  Any additional documents required depend on the type of disenrollment:

    (1) Academic (Dropped by Institution), Academic, Aptitude/Unsuitability, Disciplinary or Special Reasons

        (a)  Copy of PRB to include all enclosures (notification, preliminary inquiry, student PRB waiver (if applicable), past probation letters, etc.);

        (b)  Official notification of drop and statement from college officials (if available);

        (c)  Statement from the student regarding mitigating circumstances, such as illness, which may have affected academic or physical performance, or statement from the PNS regarding student's refusal to sign or submit a statement; and

        (d)  Statement from the PNS regarding student's case and a recommendation for recoupment or AES.

    (2) Physical Disqualification

(a)  BUMED letter stating student is not physically qualified for continued service; and

(b)  Statement from the PNS concerning the student's injury or illness and overall opinion of their academics and aptitude.

(3) <u>Failure to Enroll</u>

(a)  Statement from the student concerned, or statement from the PNS regarding student's refusal to sign or provide a statement; and

(b)  Statement from the PNS concerning the student's case, overall opinion of their academics and aptitude, and a recommendation for recoupment or AES.

(4) <u>Drop on Request</u>.  Any statements or emails from the student requesting to drop from the respected program.  If the student refused to provide a written request, provide a signed and dated statement from the staff member who received the verbal request to drop.

c.  Upon receipt of the disenrollment package, NSTC OD4 will process and forward for ASN (M&RA) decision through the chain of command.  Marine Option packages are forwarded to ASN (M&RA) by NSTC via MCRC (ON/E).

d.  Upon receipt of the disenrollment package, ASN (M&RA) may, when in the best interests of the service, release any person from the program and discharge them from Naval Service.  Also, ASN (M&RA) may order obligated students who fail to complete educational requirements to AES, or to reimburse the government with interest for scholarship costs.

e.  Upon receipt of the disenrollment package from ASN (M&RA), NSTC OD4 will prepare and send the unit a Disenrollment Authorization, NSTC 1533/123 and Appointment Termination, NSTC 1533/124.  The originals should be signed by the disenrolled student and returned to NSTC OD4.  The unit shall discharge the midshipman from the USNR or USMC.  NSTC OD4 will enter the appropriate attrition code in OPMIS (see Appendix M) and forward the closed-out record to the Federal Records Center, St. Louis, Missouri.

f.  Two- and Four-Year National Scholarship midshipmen disenrolled are entitled to travel reimbursement to their home of record through the end of the school year.  If a student continues their enrollment at the institution after the school year of NROTC disenrollment, they

are not entitled to travel reimbursement.  When authorized, the NSTC 1533/124 must be endorsed by the PNS to indicate the amount to be reimbursed.  In addition, attach a Travel Voucher with completion instructions to the original NSTC 1533/124 and deliver it to the student.  Retain a copy in the unit files and all other copies may be destroyed.  NROTC 2- or 3-Year Scholarship students are not authorized travel reimbursement to their home of record.

2.  <u>Scholarship (Not Obligated) or College Program Basic</u>

    a.  When processing a student for disenrollment, the Disenrollment Report, NSTC 1533/122 shall be forwarded to NSTC OD4.

    b.  Additional documents that are required depend on type of disenrollment and include:

        (1) Academic (Dropped by Institution), Academic, Aptitude/Unsuitability, Disciplinary or Special Reasons.

            (a)  Copy of PRB to include all enclosures (notification, preliminary inquiry, student PRB waiver (if applicable), past probation letters, etc.).

            (b)  Student file.

            (c)  Performance file.

            (d)  Official notification of drop and statement from college officials (if available).

            (e)  Statement from the student regarding mitigating circumstances, such as illness, which may have affected academic or physical performance, or statement from the PNS regarding student's refusal to sign or submit a statement.

            (f)  Statement from the PNS regarding student's case.

        (2) Physical Disqualification

            (a)  BUMED letter stating student is not physically qualified for continued service.

            (b)  Statement from the PNS concerning the student's injury or illness and overall opinion of their academics and aptitude.

            (c)  Health record.

            (d)  Student file.

(3) Failure to Enroll

        (a)  Statement from the student concerned, or statement from the PNS regarding student's refusal to sign or provide a statement.

        (b)  Statement from the PNS concerning the student's case and overall opinion of their academics and aptitude.

        (c)  Student file.

        (d)  Performance file.

    c.  Upon receipt of the disenrollment package, NSTC OD4 will enter the attrition data in OPMIS (see Appendix M).

3.  STA-21 OCs

    a.  STA-21 OCs are obligated to serve five years from their disenrollment date or fulfill their existing contracts, whichever is longer.  Moreover, if deemed unsuitable for AES, STA-21 OCs may be required to reimburse the government for any funds received for tuition, books, and fees.  Determination of unsuitability for AES requires processing for administrative separation in accordance with MILPERSMAN 1910-400.  When processing a STA-21 OC for disenrollment, the following shall be forwarded to NSTC OD4:

        (1) Disenrollment Report, NSTC 1533/122

        (2) STA-21 Tuition Authorization forms from NCMIS for each academic term attended.

        (3) Administrative separation Naval message from CNSTC or CNPC, as applicable.

        (4) Disenrollment authorization from N133 (STA-21(N) OCs only).

    b.  Disenrollment as a result of administrative separation by CNSTC or CNPC should be preceded by a Naval message.  Any additional documents required depend on the type of disenrollment:

        (1) Dropped by Institution, Academic, Aptitude/Unsuitability, Disciplinary, or Special Reasons

        (a)  Copy of PRB to include all enclosures (e.g., notification, preliminary inquiry, past probation letters, etc).

(b)  Official notification of drop and a statement from college officials (if statement is available).

(c)  Statement from the OC concerned regarding mitigating circumstances, such as illness, which may have affected academic or physical performance, or statement from the PNS regarding OC's refusal to sign or submit a statement.

(d)  Statement from the PNS regarding OC's case and a recommendation for recoupment or AES.

(2) Physical Disqualification

(a)  BUMED letter stating OC is NPQ for continued service.

(b)  Statement from the PNS concerning the OC's injury or illness, and overall opinion of their academics and aptitude.

(3) Other

(a)  Statement from the OC concerned, or statement from the PNS regarding OC's refusal to sign or provide a statement.

(b)  Statement from the PNS concerning the OC's case, overall opinion of their academics and aptitude, and a recommendation for recoupment or AES.

c.  Upon receipt of the disenrollment package, NSTC OD4 will review the package for completeness and accuracy and forward to CNSTC. In cases of administrative separation, CNSTC will make a determination for recoupment.  Once approved, NSTC OD4 will enter the appropriate attrition code in OPMIS.

(1) If the service member is deemed suitable for active duty by CNSTC, the package will be returned to the unit.  Upon receipt, the PNS shall ensure that a NAVPERS 1070/613 is prepared for the Enlisted Service Record and ensure the service member is made available to the servicing PSD for orders.

(2) If recoupment is directed by CNSTC, a copy of all STA-21 Tuition Authorization forms shall be forwarded to DFAS-DE by NSTC OD4 to initiate recoupment.  The PNS shall ensure that an Administrative Remarks Form NAVPERS 1070/613 is prepared for the Enlisted Service Record.

(3) In cases of administrative separation, the unit must coordinate with servicing PSD for separation processing.

4.  MECEP

a.  MECEPs are obligated to fulfill the time remaining on their enlistment or reenlistment contract.  When processing a MECEP OC for disenrollment, the following shall be forwarded to MCRC (ON/E), via NSTC OD4:

(1)  Disenrollment Report, NSTC 1533/122.

(2)  Performance file.

b.  The above documents reflect the basic documents required.  Any additional documents required depend on the type of disenrollment:

(1)  Dropped by Institution, Academic, Aptitude/Unsuitability, Disciplinary, or Special Reasons

(a)  Copy of PRB to include all enclosures (notification, preliminary inquiry, past probation letters, etc.).

(b)  Official notification of drop and a statement from college officials (if statement is available).

(c)  Statement from the MECEP concerned regarding mitigating circumstances, such as illness, which may have affected academic or physical performance, or statement from the PNS regarding MECEP's refusal to sign or submit a statement.

(d)  Statement from the PNS regarding MECEP's case and a recommendation for continuation of AES.

(2)  Physical Disqualification

(a)  BUMED letter stating the MECEP is NPQ for continued service.

(b)  Statement from the PNS concerning the MECEP's injury or illness, and overall opinion of their academics and aptitude.

(3)  Other

(a)  Statement from the MECEP, or statement from the PNS regarding MECEP's refusal to sign or provide a statement.

(b)  Statement from the PNS concerning the MECEP's case and overall opinion of their academics and aptitude and a recommendation for continuation of AES.

c.  Upon receipt of the disenrollment package, NSTC OD4 will enter the attrition data in OPMIS and forward the package to CNSTC for recommendation to MCRC (ON/E), who will make the final decision.  Once

approved, MCRC (ON/E) will return the package to the unit.  The PNS shall ensure that a Page 13 entry is prepared for the Service Record and ensure the service member is made available to local Inspector and Instructor (I&I) unit for further action.

5.  <u>SSMP Midshipmen</u>

    a.  Disenrolled SSMP midshipmen may be obligated to serve on active duty or reimburse the government as required by current policy. USMMA midshipmen are obligated after having attended the USMMA for two years or such period of time as specified in 46 U.S.C. § 51306. Midshipmen attending a state maritime academy are obligated upon receipt of SIP for at least two academic years or such period of time as set forth in 46 U.S.C. § 51509.  In either case, the MARAD has the authority to recoup should SECDEF not pursue AES.  Disenrollments for non-obligated SSMP midshipmen may be processed at the unit.  However, in the case of obligated midshipmen, the following shall be forwarded to NSTC OD4.

        (1) Disenrollment Report, <u>NSTC 1533/122</u>.

        (2) Copy of the SSMP Service Agreement and enlistment contract.

    b.  The above documents reflect the basic documents required.  Any additional documents required depend on the type of disenrollment:

        (1) <u>General (Dropped by Institution), Academic, Aptitude/Unsuitability, Disciplinary or Special Reasons</u>

            (a)  Copy of PRB to include all enclosures (notification, preliminary inquiry, student PRB waiver (if applicable), past probation letters, etc.).

            (b)  Official notification of drop and statement from college officials (if available).

            (c)  Statement from the student concerned regarding mitigating circumstances, such as illness, which may have affected academic or physical performance, or statement from the PNS regarding student's refusal to sign or submit a statement.

            (d)  Statement from the PNS regarding student's case and a recommendation for recoupment or AES.

        (2) <u>Physical Disqualification</u>

       (a)  BUMED letter stating student is not physically qualified for continued service.

       (b)  Statement from the student concerned regarding mitigating circumstances, such as illness, which may have affected academic performance, or statement from the PNS regarding student's refusal to sign or submit a statement.

       (c)  Statement from the PNS concerning the student's injury or illness, and overall opinion of their academics and aptitude.

     (3) <u>Other</u>

       (a)  Statement from the student concerned, or statement from the PNS regarding student's refusal to sign or provide a statement.

       (b)  Statement from the PNS concerning the student's case and overall opinion of their academics and aptitude.

       (c)  Statement from the PNS regarding student's case and a recommendation for recoupment or AES.

   c.  In contrast to other programs, SSMP midshipman disenrollments are finalized by the OIC of each maritime academy.  Forms such as the Disenrollment Authorization, NSTC 1533/123 or the Appointment Termination, NSTC 1533/124 do not apply.  Nonetheless, the OIC shall forward the Disenrollment Report, NSTC 1533/122, and all supporting documentation to NSTC OD4 for review.

   d.  Upon receipt of the disenrollment package, NSTC OD4 will review the package for completeness and accuracy and send to CNSTC, who will review the package and forward to MARAD.  Typically, any action taken by MARAD to pursue recoupment or AES is outside the scope of NSTC.  Consequently, final results are not made known, in contrast to decisions made by ASN (M&RA).  Nonetheless, the OIC should ensure the Student File, Health Record, and Performance File are returned to the individual or destroyed.

**6-18 ASN (M&RA) Directed AES**

1.  Upon receipt of the disenrollment package from ASN (M&RA), NSTC OD4 will prepare and send the unit a Disenrollment Authorization, NSTC 1533/123 and Appointment Termination, NSTC 1533/124.  The originals should be signed by the disenrolled student and returned to NSTC OD4.

2.  In the event ASN (M&RA) orders a former Marine Option midshipman to AES, MCRC (ON/E) will forward the Appointment Termination, NSTC 1533/124 to the Marine Corps Reserve Support Center, Overland Park, Kansas.

3.  In the event ASN (M&RA) orders a former Navy Option midshipman to AES, NSTC OD4 will forward the Appointment Termination, NSTC 1533/124 to the CO, PERS-4013, 5722 Integrity Drive, Building 784, Millington, TN 38054-5057.

4.  In those cases where ASN (M&RA) directs a former Navy Option midshipman to AES, the midshipman will be disenrolled and an entry will be made regarding their rank.  The enlisted rate at time of separation shall be determined by the following criteria:

    a.  If a student has participated in the NROTC Program for a minimum of six months (22 credits), but less than a year, they will be advanced to Seaman Apprentice.

    b.  If a student has participated in the program one year (45 credits) or longer, they will be advanced to Seaman.

    c.  No entry is required if the student has participated in the NROTC Program less than six months.

    d.  STA-21 OCs retain the previous rank held at time of release.

5.  Midshipmen disenrolled from the NROTC Program and the academic institution, and ordered to AES, will be immediately called to service unless they request a waiver to defer commencement of AES from PERS-4013 or Marine Corps Reserve Support Center.  Deferment of AES will not normally be granted beyond 1 July of the year following the year in which the former midshipman's class graduated.  Deferment of AES may be approved under the following conditions:

    a.  Individual must acknowledge, in writing, their active duty obligation.

    b.  Individual must be accepted as full-time student at an accredited four-year academic institution.

    c.  Individual must show proof of attendance at the academic institution each semester and prove they can complete their degree within the time requested.

**6-19 ASN (M&RA) Directed Recoupment.**

In those cases where ASN (M&RA) has directed recoupment, the NROTC unit shall perform the following actions:

1.  The Disenrollment Authorization, NSTC 1533/123 shall be signed and
dated by the individual.  If the individual is unable or refuses to
sign, this fact should be typed or annotated on the form.  Provide a
copy to the midshipman and forward the original to NSTC OD4.  Upon
approval by ASN (M&RA), NSTC OD4 will send the original to DFAS.  DFAS
in DCMO, Dept 3300, ATTN: Special Action, 8899 East 56th Street,
Indianapolis, IN 46249-3300.

2.  Shortly after the NSTC 1533/123 is received by DFAS-IN, the
individual will receive a debt collection letter to establish a
payment plan of 36 months and a form to defer payment until they
graduate from college.  The burden is on the individual to demonstrate
inability to make minimum monthly payments until after graduation.

3.  DFAS will also normally grant a deferral for individuals who
enlist in the armed forces and terminate the debt after two years of
active duty service.  Nonetheless, if the individual does not respond
to the collection letter in three months, the debt will be transferred
to a collection agency, the Internal Revenue Service (IRS) will be
notified, and reports will be made to the three major credit-reporting
agencies.

4.  Individuals desiring to have their debt waived through AES should
contact a local recruiter.  When doing so, the individual should
provide NSTC OD4 a copy of the new enlistment contract with a cover
letter requesting deferment of the debt.  NSTC OD4 will then forward
the request to DFAS-IN.  On receipt, DFAS-IN should suspend the debt
while the service member is in an active duty status.  Once the
service member completes two years of AES, the service member shall
provide a statement of service from their command as proof of two
years of service.  NSTC OD4 will then send a letter to DFAS-IN
requesting that the debt be terminated.

# CHAPTER 7     Pay, Allowances and Benefits

7-1 General Benefits ........................................... 7-1

7-2 Scholarship Tuition, Fees, and Related Expenses ............ 7-2

7-3 Subsistence Allowances ..................................... 7-5

7-4 Active Duty Pay ............................................ 7-6

7-5 Payments and other Benefits in Cases of Disability or Death . 7-7

7-6 Service Disabled Veterans. ................................. 7-7

7-7 Space Available and Reduced Fare Travel .................... 7-7

7-8 Federal Taxes ............................................. 7-8

7-9 Uniform Allowances. ....................................... 7-8

7-10   Record of Education Expenses ............................ 7-8

7-11   Procedures for Paying Education Expenses. ............... 7-9

7-12   Non-Government Funds .................................... 7-9

## 7-1   General Benefits

1.  Financial benefits are authorized for courses which are required to receive an undergraduate degree in the major field of study set forth in the NROTC Service contract and for Naval Science courses. Benefits are not authorized for courses which are not required by the degree or the NROTC Program.

2.  Students on LOA are not authorized financial benefits or subsistence payments.

3.  Entitlement to benefits for Scholarship Program students is authorized by Title 10, USC, for the length of the scholarship award and is subject to the following limitations:

    a.  In accordance with Section 209, Title 37, USC, subsistence benefits shall not exceed 20 months during the basic course (first two years of Naval Science) and 20 months during the advanced course (last two years of Naval Science) for a total period not exceeding 40 months.  In addition, entitlements cannot exceed a maximum of ten months per year.

    b.  For a student transferring from the College Program to the Scholarship Program, the length of the scholarship award is predicated upon the student's degree plan.  Students will receive scholarship

benefits only for the time remaining until their class would graduate. If additional benefits are necessary, midshipmen may, in some cases, be granted extended benefits as discussed in Section 4-30.

    c.  Entitlements during the advanced course may be extended if authorized per the provisions of extended benefits as discussed in Section 4-30.  However, entitlement to such benefits shall not exceed a total of 30 months, in accordance with Section 209, Title 37, USC.

4.  Students must be full time students and meet all curriculum and Naval Science requirements to be eligible to receive benefits.  The PNS may waive participation in some requirements for short periods of time based on degree plan requirements and short-term medical limitations.  Naval Science students (those university students not affiliated with the NROTC Program) are not entitled to any benefits, but may use of Naval Science textbooks if sufficient inventory exists.

5.  Financial benefits are not authorized for retaking courses for which payment was made in previous terms (e.g., second tries at courses previously failed, re-enrollment in courses dropped after the Navy was financially obligated to pay tuition, etc.).

## 7-2  Scholarship Tuition, Fees, and Related Expenses

1.  Payment for educational expenses (tuition, book stipends, and approved fees) are subject to limitations for the basic and advanced courses and the length of the scholarship award as set forth in Section 7-1.

    a.  Tuition.  Payments are not authorized for special interest elective courses requiring additional fees (e.g., physical education courses for mountain climbing, skiing, horseback riding, etc.) or courses in elective options for academic majors that require additional fees (e.g., flying instruction).

    b.  NROTC will pay for tuition and fees, excluding travel costs, for a course taken away from the campus where the student is enrolled, provided that:

        (1) The course is included in the student's approved degree plan and has been approved by the PNS and the institution in advance; and

        (2) Tuition for the course will not exceed that which would be paid for a course taken at the campus where the student is enrolled.

2.  Fees.  Fees for advanced placement examinations will be reimbursed only if the examination results in credit for courses which are

included in the student's degree program or will advance the student's commissioning date.  NROTC will pay fees (such as health, student activity, athletic, library, student union, or transcript fees) imposed on all full-time undergraduate students, and which are not optional (i.e. cannot be rejected by the student).  The PNS will ensure that only fees compensable under this section are paid with NROTC funds.

3.  Personal Student Equipment.  Purchase of any equipment intended for personal use (such as laptops, calculators, drafting tools, etc.) cannot be paid by NROTC even if such purchase is required by the educational institution.

4.  GI Bill.  GI Bill benefits are available to students with prior enlisted service who are eligible for such benefits.  The VA's Office of the General Counsel (OGC) has determined that use of both STA-21 Program funds and GI Bill benefits may be used simultaneously so long as payment is for different courses and not combined to pay for the same course.  The VA determined that while 38 U.S.C § 3681(a)(1) bars concurrent use of funds from both the GI Bill and DoD programs like STA-21 to pay for the same course, it does not bar concurrent payment from both sources for different courses that are part of a program of education.

    a.  The Navy's STA-21 Program pays selected enlisted service members up to $10,000 annually to attend college full time and earn a degree, on the condition that they will then serve the Navy for an agreed upon period of time.  This Navy scholarship is not always sufficient to pay for all courses needed to fulfill degree requirements.  The service member can use GI Bill benefits from the VA (Chapter 30 of Title 38) to pay for courses after the service member's STA-21 funds are exhausted.

    b.  Because MECEP and College Program students do not receive tuition allocation, they are already authorized to use the GI Bill for tuition payments.

    c.  Scholarship students are not authorized to use GI Bill benefits for tuition payment.

    d.  Questions concerning this or any other matter regarding the coordination of benefits executed under NSTC OD and the VA should be directed to NSTC OD4.

5.  Expenses Paid by the Individual Student.  Many education-related expenses are not reimbursable by the Navy and are the responsibility of the student.  These include, but are not limited to:

a.  Expendable supplies, such as pencils, pens, films, and art supplies;

b.  Refundable fees and deposits, such as breakage fees or deposits required to obtain the use of any apparatus or any breakage charges or fees incurred by the student;

c.  Delinquent fees assessed by the institution for failure to comply with institutional requirements;

d.  Tuition charges and fees for work undertaken as a result of past academic deficiencies or failures, including but not limited to:

    (1) The student withdrew from a course;

    (2) The student had to repeat because they failed the course;

    (3) The student withdrew after incurring a fee because withdrawal was after a time when the student could have withdrawn without penalty; or

    (4) The student is retaking in an effort to receive a better grade.

e.  Food, lodging, and transportation and other travel expenses, for travel that is not taken pursuant to official government travel orders.

f.  Textbook costs not covered by the textbook stipend.

g.  Nurse Corps Option midshipmen nursing uniforms.

h.  Any alterations of uniforms after the initial fitting and issue.

i.  Successful completion of the National Council Licensure Exam-Registered Nurse (NCLEX-RN) is required of all Nurse-option students. The first attempt at this exam shall be funded for all Scholarship nursing students by the NROTC unit with appropriated funds.  This includes approved travel to the examination site closest to the NROTC unit, in cases where the exam is not offered at the university.  This funding applies to the first attempt only.  Funding for any subsequent attempts will be the sole responsibility of the student (including travel).  STA-21 nursing students are responsible for all licensure exam fees and associated costs however, travel will be provided as required, as indicated above.

6.  MECEP Marines receive full pay and allowances that are commensurate with their rank and may be eligible for non-competitive promotion.  They do not receive any additional monies to pay for educational expenses from the Navy or Marine Corps.  MECEP students, if eligible, may be able to receive educational assistance from the VA under Chapter 30, Active Duty GI Bill.  Contact the local host institution's VA representative and check the VA's website for further guidance and procedures.

7.  STA-21 students receive full pay and allowances per their enlisted pay-grades and are eligible for advancement while participating in the program.  STA-21 students receive up to $10,000 per year, paid by NSTC to the university/college for the supplemental cost of tuition, books and fees (i.e., if tuition, books and fee cost totals $7,000, only $7,000 will be paid; if tuition, fees and book costs total $13,000, the OC must pay $3,000).  STA-21(N) students are not eligible for Submarine Duty Incentive Pay (SUBPAY), Special Duty Assignment Pay (SDAP), or Selective Reenlistment Bonus (SRB).  Some special pays may continue for those individuals selected for and participating in the STA-21 Special Warfare or Special Operations Option Programs (if directed by the Officer Community Manager).  STA-21 students are not eligible for tuition assistance under the Navy's Tuition Assistance Program.

8.  Financial benefits and subsistence payments are not authorized for courses required for any degree other than the one in the major course of study indicated in the student's service agreement.

**7-3  Subsistence Allowances**

1.  <u>General Entitlement</u>.  Scholarship Program students and Advanced Course College Program students are entitled to a monthly stipend, unless they are performing Summer Training or at-sea training, in which case they are considered to be on active duty for training and receive active duty pay.

    a.  Scholarship Program students in the first two years (basic course) of a four-year program are entitled to a subsistence allowance beginning on the day they start the first term of college work and continuing through completion of the second year.  Entitlement to subsistence may not exceed 20 months or be paid during summer vacation between the traditional academic school years.

    b.  Scholarship and Advanced Course College Program students enrolled in the last two years of a four-year program are entitled to receive the subsistence allowance beginning on the day advanced training commences.  Additionally, subsistence is paid during the

summer between the junior and senior year.  Entitlement to subsistence may not exceed 20 months, unless extended benefits are authorized.

    c.  The subsistence allowance is calculated on a daily basis.

2.  <u>Participation in NROTC training at the Unit during the summer</u>.  At institutions operating an accelerated program or cooperative study programs, students who register and participate in NROTC unit training during summer terms may be paid the subsistence allowance subject to the time limitations for the basic and advanced courses.

3.  <u>MARAD SIP and Allowances</u>.

    a.  Simultaneous participation in more than one officer accession program is prohibited.  NROTC Scholarship or College Program students enrolled at maritime academies who receive subsistence payments under Section 209, Title 37, USC, are not eligible for the MARAD SIP commencing with the first date they become eligible for subsistence payments.  Loss of SIP remains in effect for the remainder of the student's enrollment in NROTC.

    b.  Maritime academy students may also qualify for travel allowances payable by the Secretary of Transportation for costs incurred while travelling to and from training (See 46 USC §51508).

**7-4  Active Duty Pay**

1.  <u>Basic Pay</u>.  Scholarship and Advanced Standing College Program students and applicants for membership in the NROTC (NSI attendees) are entitled to basic active duty pay at the rate established for USNA midshipmen while attending summer or at-sea training.  Pay status begins on the day of arrival at the training site or on the effective date of orders, whichever is later, and ends on the day the member or applicant is relieved from such training.  There is no entitlement to basic pay while performing authorized travel to or from the training site.  No longevity increases may accrue because of participation in such training.

2.  <u>Special and Incentive Pay</u>.  A member or applicant for membership in the NROTC Program is not entitled to special or incentive pay. Accession bonuses are not affected by this provision.

3.  <u>Allowances</u>.  A member or applicant for membership in the NROTC Program is not entitled to allowances while performing field training or at-sea training.

4.  <u>Travel and Transportation Allowances</u>.  A member or applicant for membership in the NROTC Program may be furnished travel and transportation allowances as prescribed in the JTR Section U7600.

5.  <u>Subsistence in Kind (SIK)</u>.  All members of the NROTC shall be provided subsistence in kind while embarked on a Naval vessel for at-sea training or while undergoing summer training ashore.  When members of the NROTC are subsisted in a mess other than a general mess, payment for their subsistence will be made by the disbursing officer to the mess treasurer, per existing instructions contained in the DOD Financial Management Regulation (FMR).

**7-5   Payments and other Benefits in Cases of Disability or Death**

1.  <u>Entitlement</u>.  A member or applicant for membership in the NROTC who suffers disability from an injury incurred in the line of duty while performing Summer Training or at-sea training or while en route to or from such training may be entitled to the payments and benefits described in the DoD FMR Volume 7A, Chapter 59, paragraph 5905.

2.  <u>Payments on Behalf of Deceased Members</u>.  Beneficiaries of any member or applicant for membership in the NROTC who suffers death under the conditions specified in the DoD FMR Volume 7A, Chapter 59, paragraph 5906 may be entitled to the payments and benefits described therein.

3.  <u>SGLI</u>.  Title 38, United States Code, Section 1965 et seq. provides for SGLI coverage to ROTC members if death occurs while on orders performing Summer Training.

**Note**: SECNAVINST 1770.3 series contains additional information regarding disability benefits for Navy and Marine Corps Reservists.

**7-6   Service Disabled Veterans.**

Any member of the NROTC who is separated under other than dishonorable conditions with a service-connected disability may be eligible for Service Disabled Veterans Insurance (S-DVI).  More information can be obtained at http://benefits.va.gov/compensation/.  Disability is determined by the VA.

**7-7   Space Available and Reduced Fare Travel**

1.  Under certain conditions, NROTC students may be eligible for reduced fares offered by some commercial carriers.  Questions about eligibility for reduced fares should be directed to the individual carriers.

2.  All NROTC Scholarship students and Advanced Standing College Program students, due to their status as Midshipmen, Naval Reserve are eligible to travel on government aircraft within the United States on a space-available basis upon presentation of a valid Armed Forces Identification Card.  NROTC students who do not fall into the above categories are not eligible to travel on a space-available basis.

**7-8  Federal Taxes**

1.  Federal Income Tax.  Active duty pay is taxable.  Subsistence allowances are non-taxable.  Entitlements received for medical care, tuition, fees, books, laboratory expenses, and uniforms are not income and, therefore, are not taxable.

2.  Federal Insurance Contributions Act (FICA).  The basic pay of all NROTC students while engaged in Summer Training duty of 14 days or more is subject to FICA withholding for the Social Security Program.

**7-9  Uniform Allowances.**

Both Regular and Reserve Officers commissioned upon completion of the NROTC Program are entitled to initial active duty uniform allowances upon first reporting for active duty.  The procedures for payment of these allowances are contained in the DFAS Pay/Personnel Procedures Manual (Navy), Vol 1 (NAVSO P-3050-1).

**7-10  Record of Education Expenses**

1.  Permanent records of all costs attributable to tuition, book stipend, and fees paid by the government, either directly to Scholarship Program students or on their behalf, must be maintained at the unit for each student.  The Individual NROTC Education Program Costs NSTC 1533/113 must be used for documenting authorized education expenses.  Neither benefit costs nor signatures shall be entered for any term in which a midshipman is on LOA, and tuition, book stipend and other NROTC benefits shall not be paid.  Enter "LOA" for that particular term.  If the midshipman is placed on LOA during the term, document all tuition, book stipend, and fees paid prior to commencement of LOA.  In cases where benefits are paid retroactively, enter tuition, book, and fee costs and have the midshipman sign the document in the block indicated for signature.  This form ensures there is documentation of the midshipman's acknowledgment of benefits paid so if recoupment is directed, in cases of disenrollment, the total amount of benefits paid on the midshipman's behalf is established by the unit and the midshipman.

a.  Tuition amounts recorded on the cost form must match exactly the amount listed on the university invoice.  Only those midshipmen on the itemized university invoices should receive tuition support.

b.  Forms shall be signed by students after costs have been gathered from invoices and written on the cost record in ink. Midshipmen shall sign the form as soon as possible after university invoices have been received by the unit.

c.  All signatures and dates shall be made in ink.  Corrections or changes to tuition shall be initialed and dated in ink by the midshipman.  Do not use whiteout or correction tape.  Corrections shall be made by lining-out and initialing.

d.  The Individual NROTC Education Program Cost Form NSTC 1533/113 shall be retained in each Scholarship midshipman's NROTC student file while the student is enrolled, in either an active or LOA status.

2.  Disposition of Record of Costs

a.  The original Individual NROTC Educational Program Costs Form must be left in the Student File when submitting a disenrollment.  A copy shall be retained by the unit for two years.

b.  When midshipmen are commissioned, forward the original cost form in the commissioning package to Commander, Navy Personnel Command (PERS-8024) or MCRC (ON/E).  A copy shall be retained by the unit for two years.

**7-11  Procedures for Paying Education Expenses.**

Refer to current NSTC Comptroller (N8) guidance for paying costs attributable to education expenses for midshipmen to host and non-host institutions.

**7-12  Non-Government Funds**

1.  Funds allocated to the NROTC unit by the institution will be administered using the policies and procedures of the institution.  It is imperative that non-government funds are maintained and accounted for separately from the appropriated funds provided to the unit.

2.  Midshipman/Battalion Funds.  Midshipman/Battalion organizations, which receive non-governmental funds, should be linked to the host school in a manner similar to other student organizations.  This relationship requires adherence to policies and procedures prescribed by the host school.

3.  Contributions to Midshipman/Battalion funds or fundraising
activities may not be required as a condition to continue in the NROTC
Program.

# CHAPTER 8     Supply Procedures

8-1   General Supply Management ................................... 8-2

8-2   STA-21 Authorized Payments for Tuition, Books, and Fees ..... 8-5

8-3   Military Personnel, Navy (MPN) .............................. 8-8

8-4   Travel Entitlements ........................................ 8-8

8-5   Property Accountability .................................... 8-10

8-6   Inventory Requirements. .................................... 8-13

8-7   Clothing ................................................... 8-14

8-8   Commutation in Lieu of Uniforms. ........................... 8-19

8-9   Government-wide Commercial Purchase Card Program Overview .. 8-22

8-10   Small Arms and Ammunition ................................. 8-25

8-11   GSA Leased Vehicles. ...................................... 8-27

8-12   Member POV Parking Reimbursement .......................... 8-29

8-13   Tutorial Services ......................................... 8-30

8-14   Textbooks, Supplies, and Equipment. ....................... 8-30

8-15   Training Materials. ....................................... 8-32

8-16   Initial Telephone Service or Changes to Existing Service. 8-32

8-17   Cell Phones. .............................................. 8-32

8-18   NROTC Medical Matters. .................................... 8-33

8-19   Information Technology (IT). .............................. 8-34

8-20   Reprographic Equipment. ................................... 8-35

8-21   Survey and OPREP Reporting. ............................... 8-35

8-22   Transportation Account Code (TAC). ........................ 8-35

8-23   Allowed/Disallowed Expenses ............................... 8-35

8-24   Receipt of Property from Defense Reutilization and Marketing Office (DRMO) or Army Central Issue Facility (CIF) .............. 8-36

8-25   Storage of Supplies ....................................... 8-37

8-26   MREs and Tailored Operational Training Meals (TOTMs). .... 8-38

8-27   Document Register for Supply Actions ...................... 8-38

8-28   Accounting for Lost, Damaged, and Destroyed Property. .... 8-39

8-29   Gymnasium Fees. ........................................... 8-40

8-30   Military Retirement Ceremonies Fees. ..................... 8-40

## 8-1   General Supply Management

1. Introduction

    a.  NROTC units are fourth echelon shore activities that report directly to CNSTC.  NROTC units are provided administrative and logistics support and guidance necessary to effectively operate as a shore activity and to achieve the objectives of the NROTC Program. The majority of guidance regarding supply management is provided by NSTC OD.  Guidance is supplemented by a variety of publications from the SECNAV, OPNAV, Comptroller of the Navy, NETC, Fleet Industrial Supply Center (FISC), and Naval Facilities Engineering Command.

    b.  The NROTC unit supply technician is an essential element in the effective and efficient operation of the unit.  Supply technicians are responsible for all aspects of appropriated funds and material management.  These functions include maintenance of the NROTC unit's OPTAR records for both OMN and MPN appropriations, monitoring, and receipt control of unit procurements, uniform and textbook issue and control, and other miscellaneous functions.

2. Organizational Elements

    a.  Primary Staff Elements.  In the course of all financial operations, guidance and direction shall come directly from the NSTC Comptroller (N8).  The NSTC Comptroller is the Chief Financial Advisor to the CNSTC and NROTC COs and has overall responsibility for maintaining the controls on all matters relating to financial management.  In the course of all supply operations, guidance and direction shall come directly from NSTC OD5.  This communication and interface allows for clarification of areas of current interest before problems develop.

    b.  Organizational Element Roles.  The role of each organizational element is as follows:

        (1) NSTC OD is the program manager for NROTC.  NSTC OD5 handles most matters relating to NROTC unit operations and supply policy and administration and is responsible for identifying and defining NROTC unit operating cost requirements.

        (2) NSTC Comptroller, with offices located in Great Lakes, IL, oversees and is responsible for all budget formulation and execution related to NROTC units.  On behalf of the NSTC Comptroller, NETPDTC,

Saufley Field, Pensacola, FL, Accounting Division directly supports
NROTC units in the area of accounts payable.  NETPDTC is responsible
for monitoring and/or certifying payments for related billings for the
NROTC Program.

3.  <u>NROTC Unit Resources</u>

    a.  <u>General</u>.  As cited above, NROTC units receive funds from two
Congressional appropriations: OMN and MPN.  DNS offices located at
SSMP units receive OMN funds only.

    b.  <u>OMN</u>.  The OMN appropriation provides resources for daily
operation and maintenance expenses of the Navy.  In support of the
NROTC Program, OMN funds tuition, tutoring, books, fees,
communications (e.g., telephone), vehicles, postage, consumable
supplies, civilian salaries, printing and reproduction, staff
Temporary Duty (TDY) travel, midshipmen summer training travel,
midshipmen initial/discharge travel, rentals, and equipment costing
less than $100,000.  For DNS, it similarly supports consumable
supplies, printing and reproduction, etc.

        (1) Fund Administration and Standardized Document Application
(FASTDATA) is a web-based system used to execute and track each unit's
OPTAR.  FASTDATA user information and instructions on how to use the
system is located at https://app.nrotc.navy.mil/nrotc.aspx.

        (2) All accounting documentation relating to bill payments
shall be forwarded to NETPDTC N811.  The official mailing address for
NETPDTC is:

Commanding Officer
NETPDTC N811
6490 Saufley Field Road
Pensacola, Florida 32509-5241

    c.  <u>MPN</u>.  The MPN appropriation provides for midshipman pay and
allowances, monthly stipends, uniforms and alterations, subsistence-
in-kind, commutations-in-lieu, Meals Ready to Eat (MREs), and Tailored
Operational Training Meals (TOTMs) for NROTC midshipmen.

    d.  <u>Non-appropriated Funds - Recreation Funds</u>.  Expenditures from
Navy recreation funds must benefit active duty personnel only; this
includes STA-21 and MECEP students.  NROTC students are prohibited
from participating in the use of such funds.  The administration of
that fund shall be in accordance with BUPERSINST 1710.11 (series).
Control over the recreation fund and other special unit funds will not
be placed under custody of the unit supply technician.

e.  <u>Other Navy Resources</u>.  Certain materials are provided to support the NROTC Program even though the NROTC unit is not directly involved in funding for these items.  Examples include requirements for small arms and ammunition, training aids, IT equipment, and unit vehicles.

f.  <u>Non-governmental (Host Institution) Funds</u>.  Host colleges or universities may provide funds to respective NROTC units and DNS's because of their departmental status at the institution.  Support may be provided in the form of classroom and office space, equipment, utilities, secretarial services, reproduction and office supplies, and other miscellaneous support.  Management and accountability of this monetary allowance is a matter between the NROTC unit, DNS and the institution.  Other resource support may be provided by alumni or retired veteran associations for special projects, such as equipment for the drill team or drum and bugle corps.

4.  <u>Unit Financial Management Controls, NROTC Unit Identification</u>.  Within the financial system, the Unit Identification Code (UIC) and a two-digit school code identify each NROTC unit.  A list of unit UICs, school codes, purchasing office codes, and call/order serial numbers is available at https://app.nrotc.navy.mil/nrotc.aspx.

5.  <u>Budget Calls</u>

a.  OMN.  A budget call is forwarded to the NROTC units and DNS each year by NSTC OD via OPMIS OFFICIAL MAIL message.  Each unit shall submit a completed budget request and spending plan to NSTC OD53 not later than the second Friday in March.  Past and current year budget data are requested by expense element (See Appendix H) and spending plans by quarters.  Justification for the amount requested in each expense element is required.  The spending plan will enable NSTC N8 to distribute funds in the order of unit execution and NSTC OD5 to monitor execution.  Special attention shall be given to the fact that funds shall be completely expended each quarter.  An approved OPTAR with annotations on disapprovals is forwarded to the NROTC units and DNS by 30 August each year.

b.  MPN Annual Financial Plan, Schedule C.  Each April, a Schedule C report shall be submitted for the coming fiscal year.  Directions for completing the form will be issued by NSTC OD via OPMIS OFFICIAL MAIL message.  The form will list dollar requirements for clothing by quarter, and the number of students by class.  Accurate forecasting based upon past and current year enrollments must be carefully computed to ensure adequate funding for clothing.

6. <u>Contracting Authority</u>.  As directed by NAVSUPINST 4200.99 series, NROTC units are authorized to place orders under existing Educational Service Agreements and bookstore contracts subject to the ordering limitations of the agreements and contracts as long as the following actions have occurred:

   a.  Prior to establishing a local Government-wide Commercial Purchase Card (GCPC) Program, the Head of Activity (HA) (e.g., Commanding Officers, Officers in Charge) must obtain a grant or delegation of authority to operate a GCPC Program from FISC, Norfolk. See section 8-9 .

   b.  After grant or delegation of authority is received the HA can re-delegate contracting authority to each potential cardholder (CH), or one individual within the activity (e.g., the Agency Program Coordinator (APC)).  Delegations shall be made on a SF 1402, Certificate of Appointment, after successful completion of the Simplified Acquisition Procedures (SAP) course (CON 237).

   c.  For preparation of Scholarship Program tuition and fees obligating documents i.e., DD1155, DD1149, and SF30, refer to latest NSTC Comptroller guidance.

## 8-2   STA-21 Authorized Payments for Tuition, Books, and Fees

1. <u>Funds Allocation</u>.  STA-21 students receive up to $10,000 per year for tuition, CLEP courses, books, and fees.  Those funds are spread across the fiscal year.  Therefore, students attending semester schools receive $4000 for spring and fall and $2000 for summer. Students attending quarter schools receive $2500 per quarter.  Funds not used in a previous term can be rolled over to the next term as long as it is within the same fiscal year.  Students are not entitled to funds for semesters or quarters in which they do not attend school. The amount available at any point in time is shown on the NCMIS Authorization Form.  This is a dynamic amount that is increased each semester/quarter and decreased as it is used for tuition authorizations and claims for reimbursement.  The amount shown is only valid as of the date the form is printed as authorizations or claims may have been submitted since the authorization date shown.

2. <u>Authorized Payments</u>.  The Navy authorizes the STA-21 Program payments to cover tuition, books, and fees.  Fees are defined as student-associated academic fees and do not include parking fees. Advance deposits, registration, and application fees are allowed for the assigned NROTC unit.  Shipping costs for books ordered on-line are authorized.  Reimbursement for CLEP courses is authorized if the member completed the CLEP courses while enrolled in STA-21 and the

courses shall count toward degree completion. If feasible, students shall utilize Navy College offices for CLEP testing. Items such as calculators, notebooks, pencils, pens, printer paper, computers, drafting tools, nursing uniforms, and tutoring costs, and other miscellaneous supplies are not authorized for payment.

3. <u>Overseas Study</u>. STA-21 students are allowed to take courses overseas; see Section 4-30 for additional information. Funding is allowed to cover tuition, books, and academic fees. The student is responsible for their own travel costs. Requests for approval shall be sent to NSTC OD4.

4. <u>Graduate Course Work</u>. STA-21 students are not allowed to take graduate level courses. STA-21 is an undergraduate program and all students are expected to receive a baccalaureate degree and be commissioned at the earliest date allowable. Students entering college with a significant amount of advanced credits for degree purposes should expect tours of duty under instruction to be reduced proportionately.

5. <u>Grade Reporting</u>. The PNS shall designate an NROTC unit staff member to input grades received on all courses paid by STA-21 funds. Grades shall be entered into OPMIS and NCMIS systems. The PNS will determine if the designated staff member will be the unit Supply Clerk or STA-21 Academic Advisor. Grades shall be entered immediately upon receipt from the university for each term.

6. <u>Financial Aid/Scholarships</u>. STA-21 students cannot use their, Navy College Fund, or Tuition Assistance while enrolled in the program. See paragraph 7-2.4. for various GI Bill programs. Students are allowed to use other scholarships, loans, or grants available through the financial aid office. If the financial aid is earmarked for tuition, the university may use the financial aid as the first source of funds and then the remaining balance can be charged against the student's STA-21 account. If the financial aid is not earmarked for tuition, the university may charge tuition and fees against the student's STA-21 account first. Since the policy can vary between universities, check with the university billing office for assistance.

7. <u>Non-NROTC Affiliated Schools</u>. STA-21 students may be allowed to take a course at a non-NROTC affiliated school when it is in the best interest of the program. This does not apply to calculus or physics courses unless the host institution accepts both transfer credit and letter grade for the courses taken at the non-NROTC affiliated school as discussed in section 3-6. For example, if there is a local junior college that offers courses at a lower cost, students can be allowed

to attend.  However, this type of accommodation requires coordination by the STA-21 academic advisor and shall be used on a limited basis. Before the student can attend the non-affiliated school, the STA-21 academic advisor must obtain documentation that the courses will be accepted and count toward the student's degree program at the host university.  The STA-21 Academic Advisor shall send an email request to NETPDTC N811 (Accounting Technician) to add the non-affiliated school to the list of schools accessible to the NROTC unit through the NCMIS.

8.   Uniform Allowance.  Per the DoD FMR Volume 7a (Chapter 29-30), STA-21 students are not authorized the annual enlisted uniform allowance while participating in a commissioning program.  During the first week at NSI, students report to the uniform shop and receive a full sea bag of items listed on the NSI Uniform Requirements List. Items not available during issue are ordered immediately.  Male students receive a $1,200 uniform allowance and female students receive a $1,400 uniform allowance approximately one month following uniform issue.  Students shall pay their Navy Exchange (NEX) uniform shop accounts prior to graduating from NSI.

9.   Reporting Students into NCMIS.  STA-21 students shall be entered into NCMIS by NSTC OD staff personnel.  Units that have a student onboard who is not in the NCMIS database shall contact NSTC OD4 for assistance.

10.  Dropped or Failed Courses.  Dropped or failed courses that must be repeated shall not be funded using STA-21 funds.  Students are not required to reimburse the government for dropped or failed courses.

11.  STA-21 Tuition/Fees Payment Process

     a.  STA-21 student registers.

     b.  STA-21 student returns registration document to NROTC unit.

     c.  NROTC unit staff member inputs course data into NCMIS.

     d.  NROTC staff member produces the tuition authorization form via NCMIS.  The original shall be furnished to the bursar after all parties sign and date.  If the student drops, adds or otherwise changes courses, NCMIS must be updated by the unit staff and a new authorization form provided to the school.

     e.  The Bursar's Office will mail the invoice for payment to:

Commanding Officer
NETPDTC N811 (STA-21)
6490 Saufley Field Road
Pensacola, Florida 32509-5241.

A copy of the original STA-21 tuition authorization should accompany
the invoice.

12.  STA-21 Book Reimbursement Process

    a.  STA-21 student purchases books.

    b.  STA-21 student returns receipts to NROTC staff member.

    c.  The NROTC staff member prepares a SF 1164 per NSTC Comptroller
guidance.  The STA-21 student must be entered in NCMIS before the
NROTC staff member can prepare the SF 1164 for reimbursement.

13.  STA-21 Tuition, Books, and Fees Allocation.  The available
benefit for STA-21 students is $10,000 per school year allocated as
follows:

| SEMESTER SCHOOLS: | QUARTER SCHOOLS: |
|---|---|
| $4,000 FALL | $2,500 FALL |
| $4,000 SPRING | $2,500 WINTER |
| $2,000 SUMMER | $2,500 SPRING |
| | $2,500 SUMMER |

Funds not spent can be carried over from one semester/quarter to
another, as long as the terms are within the same fiscal year.  Use
the SF 1164 reimbursement process to get funds for excess tuition and
fees paid in previous semesters.  Students who begin schooling in the
summer are unable to draw fees from the fall/winter/spring of that FY.

**8-3  Military Personnel, Navy (MPN)**

1.  BUPERS issues an allocation of MPN funds to NSTC.  Training costs
incurred for NROTC midshipmen pay, FICA, and SIK allowance, are
charged to the NSTC allocation.  Amounts for pay, FICA, and SIK are
based on data (dates of expected training) input through OPMIS to
DFAS.  DFAS transmits computerized Leave and Earnings Statement (LES)
information to NSTC.  The LES information is used to generate
applicable obligations.

**8-4  Travel Entitlements**

1.  Allowances.  Members who have been appointed "midshipman" in the
NROTC Program are entitled to travel and per diem allowances

prescribed in paragraph U7620, Joint Travel Regulations, and DoD 7000.14-R, Financial Management Regulation, Vol 9.

2. <u>Allowance Summary</u>.  Allowances are summarized as follows:

    a.  Advanced Standing College Program members and designated applicants (10 U.S. Code 2104):

        (1) Are authorized transportation from home of record or the location of the NROTC unit, as specified in the orders, to the authorized field training or at sea training site and return.

        (2) May be furnished NROTC unit funded transportation and subsistence, or be paid a mileage allowance, for travel to and from installations for medical or other examinations, or to observe military functions and operations, or for other observations deemed appropriate by the service concerned.

        (3) Are authorized transportation by government conveyance or GTR.

        (4) Are, if necessary, authorized mileage allowance at the rate prescribed by JTR to be paid for the official distance for travel performed under subparagraphs 1 or 2 above, if method of transportation is privately owned vehicle (POV).

        (5) Are authorized per diem for foreign exchange cruises only.

        (6) Are authorized reimbursement for lodging and meal expenses when traveling to and from field training when, through no fault of the member, a delay occurs at a place where no government quarters or mess are available.

    b.  <u>Basic Standing College Program</u>.

        (1) Basic Standing College Program students shall not be placed under orders.

        (2) However, for training that is required for commissioning, an applicant for membership in the NROTC Program may travel via government vehicle to attend events such as drill meets, sporting tournaments, indoctrination trips, or other functions associated with receiving a commission.

    c.  Allowances for Scholarship midshipman (10 U.S. Code 2107) are:

        (1) A person who travels to an educational institution to accept an appointment as a midshipman is entitled to the PCS

allowances for the travel performed to the institution incident to the appointment.  The allowances payable shall not exceed those payable from the appointee's permanent place of abode, home, school, or duty station at the time travel began to the educational institution.  A mileage allowance equivalent to the Monetary Allowance in Lieu of Transportation (MALT) rate is payable for travel performed POV to accept an appointment or at the government cost of a one-way airline ticket.

        (2) Per diem is not payable for TDY where both government quarters and government mess are available.

        (3) Per diem is authorized for the constructive travel time (commercial airline schedule plus time to and from carrier terminals) to and from training sites.

        (4) Per diem may be payable for periods of delay en route to or from at sea or field training when government quarters and messing facilities are not available.

    d.  <u>Settlement of Travel Claims and Liquidation of Travel Advances</u>.  Prior to commencement of Active Duty for Training (ADT), the NROTC unit shall furnish each midshipman with:

        (1) Large stamped envelope pre-addressed to the NROTC unit;

        (2) LES;

        (3) Training Orders DD Form 1351/2; AND

        (4) A copy of the travel voucher DD Form 1351/2 signed by the traveler prior to commencement of travel.  Original voucher will be retained by the Non-DTS Entry Agent (NDEA).  Refer to current NSTC Comptroller guidance for further direction in settlement of travel claims.

**8-5  Property Accountability**

1.  Roles and Responsibilities

    a.  <u>Commander</u>.  The Commanding Officer has command responsibility and supervisory responsibility, respectively, for property within their organization.  They shall designate a Personal Property Manager (PPM)/Responsible Officer in writing.  The Personal Property Manager ensures all property is properly maintained, safeguarded, accounted for, and accurately reported.

    b.  <u>Personal Property Manager</u>.  The PPM Implements DoN/NETC personal property policies and procedures; schedules training of

Personal Property Personnel; ensures NROTC Online Supply System (NOSS) data integrity; schedules and monitors physical inventories; and controls access to NOSS, ensuring compliance.

    c.  <u>Responsible Officer (RO)</u>.  The RO ensures the due care and safekeeping of personal property assigned to their custody and the custody of those personnel reporting to them.

    d.  <u>All Personal Property Personnel</u>.  Personal Property Personnel shall implement controls to ensure Management Control objectives are attained.

    e.  <u>Property Custodian</u>.  The property custodian has direct responsibility for property.  NROTC units are responsible for all supplies, material and equipment issued to and/or stocked at the unit.

2.  <u>Minor Property</u>.  Minor property and shall be physically marked, when feasible, with an appropriate designation indicating U.S. Navy ownership along with a locally established identification number. Serial Numbers must be used.  All government property shall be accounted for and tracked in NOSS.  Minor Property refers to equipment which requires special management.  Examples include:

    a.  Property which is relatively valuable and easily converted to personal use.  The Commanding Officer may designate additional items as minor property.

    b.  All information technology (IT) equipment purchased with Government Funds shall be inventoried and reported in NOSS.  Note: NSTC N6 approval shall be obtained prior to any IT equipment purchase. Coordinate these approvals via NSTC OD5.

    c.  <u>Material Custody</u>.  The term custody indicates the responsibility for proper care, stowage, and use of Navy material.

    d.  <u>Sub-custody of Material/Supplies</u>.  All property shall be signed for by using a NOSS custody record (PROPERTY CUSTODY RECORD). All property shall be returned by the sub-custodian prior to transfer from NROTC unit.  Any property not signed for on NOSS SUBCUSTODY RECORD is the responsibility of the CO or his designated person(s). The NOSS user information and instructions on how to use the system are located at https://app.nrotc.navy.mil/nrotc.aspx.

3.  <u>Transfer/Turn-in Procedures</u>.  Items shall be turned in or transferred when they are in excess of authorized allowances; not needed and the authorization is not mandatory; become unserviceable or

uneconomically reparable.  Such items shall be turned in or transferred:

    a.  Turn-in to Defense Logistics Agency (DLA) (formerly known as Defense Reutilization and Marketing Office (DRMO)) Disposition Services Site in accordance with DoD 4000.25-1-M, appendix C46A. Website: http://www.dispositionservices.dla.mil/Pages/default.aspx

        (1) For IT equipment (CPU, laptops, etc.) obtain approval from NSTC N6.

        (2) Create NOSS Transfer (see tab 37 of the NROTC Training Binder).  Transfer items to DLA.

        (3) Contact DLA and prepare documents and equipment in accordance with DRMO procedures.

        (4) Post document numbers to document register to show turn in pending.

        (5) Deliver the items to the turn-in point and make turn in.

        (6) After the items have been accepted, post the document register to show the turn-in as being completed.  File the DD 1348 and NOSS transfer in the support file.

    b.  Transfer of Property.

        (1) To transfer property to other NROTC units: create NOSS Transfer (see tab 37 of the NROTC Training Binder).  Transfer items to gaining unit.

        (2) Transfer to Non Navy Department of Defense Activity Address Codes (DODAACs): The DoD has implemented the Computers for Learning Program in accordance with Executive Order 12999, 13096, 13230, 13270 and 13256.  Public schools may register at http://www.dispositionservices.dla.mil/Pages/default.aspx.  Once registered, they may receive IT equipment from NROTC units.  In order to transfer excess equipment, the NROTC unit must first report the equipment to its local DLA Disposition Services.  Once the DLA Disposition Services has accepted accountability of the equipment and the school is registered, each line item may be transferred directly to the school via an 1149.  Free shipping is possible, http://www.iamovers.org/ or by calling 1-703-317-9950.  This is the process NROTC units must use to ensure transferred equipment is removed from NROTC records and all accountability and support is the school or university's responsibility.  For further information go to http://www.dispositionservices.dla.mil/Pages/default.aspx.

(3) Units shall no longer return DLA Disposition Services IT items to NETPDTC unless otherwise directed by NSTC N6.

(4) Post document numbers to document register to show turn in transfer.

(5) Deliver the items to the turn-in point or make arrangements for pickup from gaining unit.

(6) After the items have been accepted post the document to the register to show the transfer as being completed.  File the DD 1348 and NOSS transfer in the support file.

**8-6   Inventory Requirements.**

The NROTC unit shall inventory all clothing and equipment (INVENTORY SUMMARY) to include computers, printers, audiovisual (AV), all other government-owned equipment, including sail equipment, during the 6-month period prior to 1 November.  The unit shall forward a copy of the memorandum only (not the automated inventory listing) signed by the responsible officer to NSTC OD54 by 10 November every calendar year.

1.  Clothing.

    a.  Annual Inventory.  The annual inventory requirement for the current year is considered to be satisfied when a wall-to-wall inventory of all clothing has been taken during the 6-month period prior to 1 November.  The responsible officer shall review and sign the LOSS/GAIN History report for clothing.  The report shall be printed from NOSS and dated from the last inventory to present and filed with the Inventory Record.

    b.  Inventory Record.  A Memorandum for the Record will be maintained stating that the unit supply technician maintains a computerized uniform inventory via the NOSS Inventory Module.

    c.  All clothing that the NROTC unit identifies as excess upon the completion of the inventory shall be reported to NSTC OD54 by 1 November.  The report format shall include national stock number (NSN), nomenclature, size, and quantity, broken down by gender.

2.  PNS Change of Command.  The NROTC unit shall complete a 100% equipment inventory before the change of PNS.  At least 10 percent of the clothing stock shall be inventoried.  If there is a significant inventory discrepancy (greater than 5% of items checked), PNS shall conduct a 100% inventory prior to Change of Command.

3.  <u>Change of Unit Supply Technician</u>.  The NROTC unit shall conduct a 100% clothing and equipment inventory upon change/relief of unit supply technician.  Supply Technician shall report to PNS the condition of the stock, the storeroom, and the inventory accuracy.  A storeroom validity of over 95% is recommended per <u>NAVSUP P486</u>.

4.  <u>Change of a Head of Department</u>.  The NROTC unit shall inventory all items in the custody of department concerned within 30 days of the commencement date.

5.  Small arms and dummy weapons are considered "signature required" controlled equipage.  The NAVSUP 306 form shall be used as a custody record and inventory control document.  Small arms shall be inventoried annually, quarterly, and monthly as required by NAVSEAINST 8370.2 series.  Dummy weapons shall be inventoried annually.  Inventories shall be posted to Master Custody Record <u>NAVSUP 306</u>.

6.  <u>Instructional Materials Inventory</u>

    a.  Every summer, each NROTC unit shall conduct a physical wall-to-wall, 100% inventory of all instructional materials, including the unit library (with the exception of sail equipment when is included in the inventory summary due 10 November annually), provided by NSTC OD.  The inventory shall be submitted by the unit via NOSS no later than 30 September of each year.  The training binder website, <u>https://app.nrotc.navy.mil/nrotc.aspx</u> has instructions on completing the inventory.

    b.  All discrepancies shall be corrected by the NROTC unit in NOSS by either using gain by inventory, survey, or the transfer options.  A signed copy of all survey and transfer reports shall be forwarded to NETPDTC N862C and the originals shall be kept for the unit's records.

7.  <u>Inventory reconciliation</u>.  The NROTC unit shall ensure that the NOSS Midshipmen Database is up-to-date, that the midshipmen alpha roster is current.  Post issues, graduations, lateral transfers and turn-ins; account for as much inventory as possible.  After all transactions have been posted, the unit shall account for any differences from the NOSS balance by using the NOSS SURVEY <u>DD Form 200</u>.  After the DD 200 is approved, the unit shall post the transaction to NOSS.

**8-7  Clothing**

1.  <u>Requisitioning</u>.  Requisitions for clothing are submitted using the NOSS.  NOSS provides an automated system to submit uniform clothing requisitions to the Navy Exchange Service Command (NEXCOM) and Defense

Supply Center, Philadelphia (DSCP) – S9T.  The data entry module gives the NROTC units the ability to create a clothing order on a local microcomputer.  The NOSS user is given the option of entering clothing items by Navy Item Identification Number (NIIN) or nomenclature.  When the nomenclature option is selected, the user may scroll through the item database and enter the quantity desired for each item.  NROTC units that have purchases generated in NOSS shall be subject to MPN capping; a unit cannot submit a clothing order that exceeds its current MPN balance.  If unit MPN funds are available, the unit MPN balance will be automatically reduced by the amount of the order that was submitted.  When the order is complete, it is converted into Military Standard Requisitioning and Issue Procedures (MILSTRIP) format for transfer to NEXCOM and S9T.  Commercial uniform items are shipped from NEXCOM and standard defense stock items are shipped from DSCP.  NEXCOM updates the NOSS database on a quarterly basis.  As changes are made, NETPDTC N6 updates the revised file in the NOSS database on a quarterly basis.  Refer to the NOSS help desk for operational procedures and problems in the NOSS system.  NOSS Help Desk email address: netc.helpdesk@navy.mil, put "JUMS" in the subject line, Commercial phone number: (850) 473-6215.  Any other means of procuring uniforms must be approved prior to purchase by NSTC OD54.  The NOSS user information and instructions on how to use the system is located at https://app.nrotc.navy.mil/nrotc.aspx.

2.  Quality Deficiency Report.  A Quality Deficiency Report SF 368 shall be prepared when clothing received does not conform to current uniform specifications and regulations (e.g., flimsy material, uneven seams, pants and shirt that do not match).  Electronic transmission (ET) of quality report SF 368 is available.  Units are no longer required to submit message/paper generated SF-368s.  For further information on how to establish ET contact FMSO's Code 05614, DSN 430-4224, (COMM (717) 605-2319).  The original report shall be submitted to:

Commanding Officer
NAVICP
PO Box 2020
5450 Carlisle Pike
Mechanicsburg, PA 17055

3.  Report of Discrepancy (ROD).  If an order from DSCP is not correct, the unit shall prepare a report of discrepancy SF 364 and fax it to DSCP at (215) 737-7255.

4.  Intra-organizational (Other NROTC units) Cooperation.  If able, the unit supply technician shall exchange stock clothing items with

nearby units when an excess or insufficiency exists.  System backorder delays and excess inventory costs are generally reduced as a result of these initiatives.  Transfer accounting processes shall be maintained to record these transactions.  Transfers of clothing shall be documented by using DD 1149 with a copy retained in the unit expenditure file.

5.  Uniform Ownership.  The authorized outfit for midshipmen is prescribed in Appendix I (Uniform Requirements for NROTC) and in U.S. Naval Uniform Regulations.  Most of the clothing items become the property of the individual midshipman, but only if he or she satisfactorily completes the NROTC Program.  Other items such as insignia and special summer cruise apparel and equipment is designated "organizational clothing" and shall remain the property of the U.S. Government and must be returned.  This policy also applies to Marine Option graduates.

6.  Accountability of Uniform Clothing by Student.  All items of government property shall be accounted for.  Uniform articles can be issued on uniform issue forms in order to save time during events like fall uniform issue.  The form shall contain the following:  Printed Name; a list of all articles of uniform issued; accountability statement (see 8-7.10); student's signature; signature of Supply Rep For issue or turn in.  This form is authorized for use for a maximum of 30 days.  All clothing and equipment information shall be transferred from this form into NOSS as soon as possible, but in less than 30 working days.  The NROTC unit supply technician shall maintain an electronic (NOSS) uniform issue form for each student in a separate record folder.  Electronic uniform issue forms can be printed for signatory purposes.  Uniform articles that are lost, mutilated, or destroyed through negligence or carelessness shall be replaced in kind or paid for by the student with a money order or certified check. Personal checks are not accepted.  The NROTC unit CO shall make collections using Collection Vouchers DD Form 1131, cite MPN accounting data, and indicate the purpose of collection, date, student's name, and amount of each collection.  The Collection Voucher shall be forwarded to NETPDTC N811.

7.  Alterations and Renovations.  Clothing alterations and/or renovations are made via a contract with local tailoring businesses. Uniform alterations are set up on a piecework basis with each class of work defined and itemized in the contract.  The supply technician shall validate the work performed.  Major alterations to NROTC uniforms are not authorized.  In the fitting of uniforms for NROTC students, minor alterations such as adjustments for sewing on

insignia, hat bands, loops, and sleeve length for dress coats, trouser and skirt length, and slits for swords are authorized.  All other alterations are considered major alterations.  Minor alterations shall be charged to the appropriate expenditure account number.  Allotments of funds for this purpose are granted.

8.  Uniform Issue.  The PNS shall only issue the basic minimal uniform items, per CHAPTER 8 Appendix I (Uniform Requirements for NROTC), necessary for use on campus for the year.  Midshipmen shall not be issued summer cruise sea bag items until scheduled for that activity. Units that participate in the commutation-in-lieu of uniform allocations are not eligible to be issued Navy uniforms.  Only summer training uniforms shall be issued to these midshipmen.

9.  Nurse Uniforms.  Midshipmen uniforms shall be issued as per other Scholarship midshipmen.  Nurse Option midshipmen shall furnish their own nursing uniforms and shoes required by their institution.

10.  Accountability Statement: Each person authorized issue of uniforms shall read, understand and sign an accountability statement prior to such uniform issue; this signed statement shall be maintained in the student file.  The language of such a statement shall read: "I acknowledge receipt of the clothing/equipment listed above, for which I hold myself responsible.  I understand this clothing/equipment is government property and must be returned to the Navy in the event of my disenrollment.  I further understand and agree to reimburse the Government for the value of any such clothing/equipment, which is lost or damaged through my own negligence or carelessness.  These articles of clothing/equipment were issued to me in a clean and 'ready to wear/use' condition and I shall return them in the same condition. Furthermore, I understand that until the items are returned or reimbursed, my college transcript will be withheld."

11.  The cost of cleaning and laundering midshipmen uniforms and clothing during the academic year and summer training periods shall be the responsibility of the midshipman.

12.  Authorized Quantity On Hand.  COs are authorized to retain at the NROTC unit adequate uniform items to meet normal uniform issue requirements as well as outfitting for summer training.  COs shall take action to ensure that the amount of initial uniform items on hand does not exceed 125% of the average fall freshman enrollment for the current and past four academic years.  The allowance for summer training clothing is 150% of the average fall freshman enrollment for the current and past four academic years.  Calculations shall be made separately for males and females.

13.  Disposition of Used/Excess Clothing

    a.  Not Ready for Issue (NRFI).  Used clothing determined to be unfit for reissue shall be disposed of at the NROTC unit by use of NOSS Survey, or turned in to the nearest DRMO branch for disposal. Unit disposition includes designating worn out uniforms for midshipmen's use in performing odd jobs (e.g., cleaning, painting) but does not include donations of such clothing to charities or to private individuals.  NRFI clothing can be transferred to NJROTC, other Navy activities, or turned in to the nearest DRMO.

    b.  Excess Clothing.  NROTC units shall send a list of excess clothing to NSTC OD54 every November.  The report format shall include NSN, nomenclature, size, and quantity, (broken down by gender).  From these listing a program-wide, collective list of excess clothing will be published.  Units shall utilize this list when possible to fill requirements, in lieu of ordering new items from the supply system. NROTC units are authorized to contact other units directly to arrange transfer of items.  If, after coordinating with other units and excesses are still held, the unit shall turn them in to the system as follows:

        (1) Step 1: Send excess ready for issue uniforms (condition code A) to the DSCP;

        (2) Step 2: Send remaining condition code A, and reusable used clothing to nearest reclaimed uniform clothing store; and

        (3) Step 3: Send to DRMO.

    c.  Return of Ready for Issue (RFI) Uniforms to DSCP.  The following procedures apply:

        (1) Only new uniforms are acceptable.  Do not ship uniforms that have been previously worn, stenciled, or tailored.  FAX a copy to (215) 737-7255, of RFI uniforms to DSCP to get authorization for items to return.  To get a verbal approval call (215) 737-3191;

        (2) Sort the uniform items by nomenclature, NSN, and size; and

        (3) Using the information below, complete a Material Turned Into Store (MTIS) document for each NSN/size turned in.  The following applies only to excess RFI uniforms returned to DSCP.

30 N
31-35 UNIT UIC
36-39 CURRENT JULIAN DATE
40-43 RT

```
44 R (two-digit serial number)
45 LAST POSITION OF FISCAL YEAR
46-50 7272R
51 A
52-53 VJ
67-68 20
```

A job order shall be set up for each school.  The UIC in the document
number and the other data as explained above shall be used to
automatically post credit the Standardized Accounting and Reporting
System – Field Level (STARS-FL).  All copies shall be turned in to the
NROTC accounting technician at NETPDTC N811.

14.  <u>Recovery of Government Property</u>.  The PNS shall require a
disenrolling student to return all government property (e.g.,
clothing, books, ID cards).  If a student leaves the NROTC unit
without turning in all required government property, the PNS shall
notify the university Bursar's office and place a hold on the
student's university transcripts.  The PNS shall notify the student
via certified mail, with return receipt, that such hold has been
placed, and advise the student to return all government property to
the unit.  If government property is not returned, a survey report
shall be filed by the PNS within 30 days from discovery of loss.

15.  **<u>Name Tapes</u>.  Name tapes and U.S. Navy tapes request shall be sent
to njrotc@nexweb.org with cc: eugene_gonzalez@nexweb.org.**

16.  <u>Transfer of Clothing</u>.  Transfers can be made when there is excess
property in one organization and shortages in another.  The unit
transferring the clothing shall complete the transfer report form in
NOSS.  Prepare the form with enough copies to meet the needs of the
losing and gaining units.  NOSS Training Binder tab 38 gives
instructions for preparing transfer.  Note:  Both gaining and losing
NROTC units' document numbers and signatures are required on transfer
documents.

**8-8  Commutation in Lieu of Uniforms.**

It is DoD policy to provide commutation funds in lieu of uniforms for
members of NROTC programs located at military schools.  The provisions
of the below instructions apply to essentially military and maritime
academies, colleges, and universities which meet the criteria and
exceptions below.

1.  The Institution shall:

    a.  Confer baccalaureate or graduate degrees;

b.  Require military training throughout the undergraduate course for all qualified undergraduate students;

c.  Organize military or merchant marine students as a corps of cadets under constantly maintained military discipline;

d.  Require all members of the corps, including those members enrolled in the NROTC, to be habitually in uniform when on campus;

e.  Have as their objectives the development of the military or merchant marine student's character by means of military training and the regulation of their conduct in accordance with the principles of military discipline;

f.  Require all members of the corps of cadets to be under constantly maintained military discipline at all times;

g.  In general, meet military standards similar to those maintained at the service academies.

2.  <u>Exceptions</u>.  The designation "all qualified undergraduate students" in paragraph 1.b. includes all physically fit students except:

a.  Students who are pursuing special undergraduate courses in excess of 4 years after completion of the required military training, and;

b.  Certain categories of students who are specifically excused by (board of trustees) administrative decisions and approved by the NROTC unit commander (e.g., MECEP students).

3.  <u>Commutation</u>.  Commutation-in-lieu of uniforms is payment made by the Navy to midshipmen at approved institutions instead of the issue of uniforms in accordance with 10 U.S.C., Chapter 103, Sections 2101-2111.  Commutation in lieu of uniforms for NROTC students enrolled at military and maritime academies, colleges, and universities meeting the established criteria, is a reimbursement made to midshipmen for cadet uniforms based on the requirement to wear school-designated uniforms daily throughout the school year.

a.  <u>Standard Commutation Rates</u>.  Each year, the Secretary of the Military Department concerned shall provide the estimated rates of commutation for basic and advanced ROTC programs to the Assistant Secretary of Defense (Force Management and Personnel) (OASD(FM&P)). The OASD(FM&P) will determine and notify the Military Services of the approved rates that will serve as a maximum rate for the year. Commutation rates shall be determined based upon approved clothing

prices as published annually by the Defense Logistics Agency.  Uniform issue shall consider dress, duty (daily, seasonal), including insignia, outer garments and accessories, a consideration for alterations and maintenance (not to exceed $100.00 per cadet).  NSTC OD5 shall publish the standard commutation rates to the Military Schools by October of every year.

b.  Payments.  Standard commutation payments shall be made directly to midshipmen during the second semester.  For new Scholarship students, the first semester shall qualify as an initial probationary period of enrollment.  For College Program Students, the Basic Course is the probationary period.  For students in the probationary period, payment will only be made to those who complete the probationary requirements specified in DoDINST 1215.08.  For students beyond the defined initial probationary period, payments will be made to those in good standing.  It is the midshipman's responsibility to settle accounts with the school for their uniforms.  Reimbursement payments shall be made on an annual basis.  Any deviation from this policy shall require written approval from NSTC OD.

c.  Naval Science Students.  Naval Science students are not entitled to commutation.  Only those students officially enrolled in the NROTC Scholarship or College Program shall receive commutation.

d.  Navy Uniform Issuance.  Navy uniforms shall not be issued at NROTC units where commutation funds are accepted.  Summer training uniforms only shall be issued to members drawing commutation funds in accordance with directives, as required for each type of training.  Such uniforms shall be returned to the unit upon completion of Summer Training.

4.  Action

a.  NSTC OD5 shall:

(1) Review standard rate estimates and submit special rate estimates when tasked by OSD.

(2) Promulgate the approved special rate to the NROTC units during the month of August annually or when the rate letter is officially signed by OSD.

b.  NSTC OD Shall:

(1) Determine eligibility of schools for commutation in lieu of uniforms.

     (2) Conduct inspections, arrange for and conduct other reviews
as required by higher authority to ensure that individuals receiving
commutation in lieu of uniforms are qualified.

   c.  Commanding Officers, NROTC Units shall:

     (1) Notify NSTC OD5 for resourcing if eligible for
commutation-in-lieu of uniforms,

     (2) Monitor and inform NSTC OD5 of resource changes or
problems which cannot be resolved locally,

     (3) Include requirements for commutation in lieu of uniforms
in annual and quarterly financial plans (Schedules C and C1).

**8-9  Government-wide Commercial Purchase Card Program Overview**

1.  GSA Contract with Citibank.  The General Services Administration
(GSA) has a contract with Citibank to issue commercial purchase cards
to authorized Government personnel to use in support of official
Government purchases.  The contract is commonly referred to as the
"Government-wide Commercial Purchase Card (GCPC) Program".

2.  Internal Operating Procedures (IOPs).  IOPs for use of the GCPC is
the NAVSUPINST 4200.99 series with updates provided by the DoN
Consolidated Card Program Management Division (CCPMD).  NROTC units
shall generate their own IOPs to implement the DON GCPC policies, to
include:

   a.  Nomination, appointment and replacement of program
participants;

   b.  Requirement processing and purchase authorization (obtaining
funding, approvals);

   c.  Record keeping;

   d.  Receipt, inspections acceptance of supplies and services
purchased;

   e.  Notifying the personal property manager of accountable
property procurements, especially pilferable property;

   f.  Reconciliation and verification of the CH's statement and
certification of the bank invoice for payment;

   g.  Restricted purchases;

   h.  Disciplinary/administrative actions;

i.  Closure of accounts upon CH transfer, retirement, or termination of employment and ensuring the activity's checkout process includes a requirement to physically turn-in a departing CH's card before departure; and

j.  Any other procedures applicable to the mission of the activity.

3.  <u>Head of Activity (HA)</u>.  The Commanding Officers or Officers in Charge at each NROTC unit is designated to serve as the HA (after grant or delegation of authority letter is received) and is responsible for support/sponsorship to all participants in the GCPC Program as follows:

a.  Ensure that appropriate administrative and disciplinary actions are taken when fraudulent, improper and/or abusive purchase card transactions are found;

b.  Ensure that all program participants (Head of Activity (HA), Agency Program Coordinator (APC), Authorizing Official (AO) and Cardholders (CHs)) have received the required training per DOD and DON policy and procedures;

c.  Ensure refresher training on current DON policies and procedures and local IOP training is completed every two years;

d.  Ensure program personnel, APCs, AOs and CHs are properly appointed;

e.  Ensure that the number of AOs and purchase card accounts appointed within a command is the minimum number necessary to meet mission requirements and within current span of control guidance; and

f.  Ensure that the roles and responsibilities of the individuals within their programs are not in conflict and adequate checks and balances are in place to manage local programs.

4.  <u>Separation of Functions</u>.  Controls shall be established to ensure a three-way or at least a two-way separation of function is occurring for each transaction made by the CH.  The same individual shall not initiate the requirement, place the order and receive the supplies or service.

5.  <u>Separation of Duties</u>.

a.  APCs shall not be AOs or CHs within the same hierarchy.  In cases where commands have limited numbers of personnel to execute the Purchase Card Program and an APC must be an AO, an approved waiver is

required from DON Consolidated Card Program Management Division
(CCPMD).  All requests must be forwarded through NSTC N41 to NETC for
approval.

    b.  Individuals designated as AOs shall not be assigned as CHs or
as APCs within the same hierarchy.  If personnel considerations
require an AO to be a CH, under no circumstances shall any CH be their
own AO.  In addition, AOs should be, to the greatest extent possible,
the supervisor of the CH or be in the direct line of authority of
their CH but not supervisor of their APC.

6.  <u>File Retention</u>.  Financial documents (invoices, dispute
documentations, receipts, etc.) shall be retained for a period of ten
years and three months.  Non-financial documents shall be retained for
a period of three years (e.g., training certificates).

7.  <u>Requisition Form</u>.  A Requisition Form (e.g., Purchase Order
Request Form) is required for all purchases.  The request is initially
prepared by the individual requiring supply/service and approved by
the AO or his designated representative before procurement by the CH.

8.  <u>Miscellaneous Documents</u>.  NROTC unit CHs (military and civilian)
shall ensure a Miscellaneous Document (internally) is created in
FASTDATA prior to making credit card purchases.  FASTDATA shall
reflect funds availability.  If funds are not available, the CH is not
authorized to make the purchases(s).  Proceeding without available
funds is an "UNAUTHORIZED COMMITMENT," and the CH is subject to both
civil and criminal penalties.

9.  <u>Convenience Checks</u>.

    a.  Prior to establishing a convenience check account, the NROTC
unit must have an active GCPC program in place.

    b.  Requests must be justified in writing and approved by the
commander/director and coordinated through NSTC N4 and the Level III
APC.

    c.  Convenience check use incurs both a flat fee and a percentage
fee in addition to the face value.  Convenience checks may only be
used after the NROTC unit has made every attempt to use the GCPC.

    d.  NROTC units shall establish internal controls to include
approval at least one level above the check writer.

    e.  An officer or equivalent DOD civilian who is independent of
the office maintaining the account must audit Convenience Check
accounts yearly on an unannounced basis.

8-24

f.  Convenience check use has Internal Revenue Service reporting
requirements.  Details are available on the web at DFAS4DOD.

**8-10  Small Arms and Ammunition**

1.  Allowance.  All NROTC units must have an approved allowance to
obtain or possess small arms and drill rifles.  Small arms and drill
rifles shall not be issued to or authorized for retention by those
units that do not have an approved allowance.

2.  Establish Change of Small Arms Allowance.  A proposed allowance or
allowance change request in the form of a letter shall be submitted
to:

Program Executive Office
Expeditionary Warfare (PMS325J)
1333 Isaac Hull Ave SE
Washington Navy Yard, DC 20736-2101

This proposal shall be submitted via NSTC OD5.  The request shall
contain justification, nomenclature, serial number, quantity, NSN, and
UIC.

3.  Requisitioning Small Arms/Dummy Weapons.  After an allowance has
been established or increased, the small arms and dummy weapons
authorized may be requisitioned by the NROTC unit through normal
supply channels.  Small arms are Mandatory Turn-in Repairables (MTRs).
If they become unserviceable, utilize paragraph 2 above to obtain
replacements.  For NROTC units who need to have dummy drill rifles
ONLY replaced, the following applies:

Call: (717) 605-5647 Commercial or DSN 430-5647
Email: david_w_reinert@icp.mech.navy.mil

The following information is required:

Name of unit
UIC NSN (Stock Number)
Model
Quantity
POC name and phone number
Street Address (no PO BOX)

Additional information is contained in NAVSEAINST 8370.2 series.

4.  Dummy Drill Rifle Spare Parts.  Replacement parts for the MK5-0,
MK5-1, MK6-0, and MK6-1 dummy drill rifles are obtained by submitting
an e-mail request to NSTC OD54.

5. <u>Accessories</u>.  Initial issue of cleaning kits and cleaning fluid shall be provided by NSWC with issue of rifles.  Spotting scopes, mats, jackets, replace supplies etc., may be purchased through NROTC unit OPTAR funds.

6. <u>Missing, Lost, Stolen, or Recovered Small Arms</u>.  These shall be reported per references OPNAVINST 5530.13C, NAVSEAINST 8370.2.

7. <u>Inventory Requirements</u>.  Small arms and dummy weapons are considered "signature required" controlled equipage.  NAVSUP 306 shall be used as a custody record and inventory control document.  Units shall inventory small arms annually, quarterly, and monthly as required by reference NAVSEAINST 8370.2 series.  Units shall inventory dummy weapons annually.  Inventories shall be posted to Master Custody Cards.

8. <u>Ammunition</u>.  Ammunition allocations are promulgated annually by NSTC OD.  Units are authorized to requisition only enough ammunition to meet the quantity allocated.  On hand quantity at the start of the fiscal year and the requisitioned quantity together shall not exceed the unit's total allocation by more than 25 percent.

9. <u>Additional Information</u>.  Most questions concerning small arms and ammunition can be answered by references to NAVSEAINST 8370.2 series (Small Arms and Weapons Management Policy and Guidance Manual).  OPNAVINST 5530.13 series (Physical Security Instruction for Sensitive Conventional Arms, Ammunition, and Explosives (AA&E) and OPNAVINST 5530.14 series (Physical Security and Loss Prevention Manual) contains information concerning minimum standards for safeguarding all arms and ammunition.

10. <u>Ammunition Allocation</u>

    a. <u>Ammunition Requisition</u>

        (1) Activities west of the Mississippi River shall submit ammunition requisition to Naval Ordnance Center Pacific Fleet (NAVORDCEN AMMOPAC) over the telephone by calling, DSN 735-8454, COMM (800) 600-2666 or (619) 545-8454.

        (2) Activities east of the Mississippi River shall fax a copy to AMMOLANT.  POC: Code 00300315, Fax numbers: DSN 953-4899, COMM (757) 887-4899.  For confirmation of fax call, DSN 953-4745/4746, COMM (800) 600-2666, or (757) 887-4745/4746.

        (3) A copy of each ammunition requisition that is prepared by the unit shall be forwarded to NSTC OD54 and the original submitted to

Ships Parts Control Center (SPCC).  When requisitioning ammo use NSTC OD's UIC N3560A in the first field of the document number, followed by the Julian Date; use series 8, followed by your unit's School Code, followed by a numeric number.  For example, an Auburn AMMO requisition should read N3560A-8222-8101.

    b.  <u>Accountability</u>

        (1) Receipts and expenditures shall be properly accounted for by the use of a document register/log.  At the end of each firing day, the accountable person shall have each authorized user acknowledge by signature, the number of rounds he/she has fired.

        (2) As a minimum, the ammunition accountability log shall contain the authorized user's name (printed), date, SSN, quantity issued, and signature.

        (3) Ammunition shall not be stockpiled at the NROTC unit; only reasonable quantity shall be requisitioned and appropriately expended each fiscal year.

        (4) The ammunition log shall be closed and balanced similar to closing a manual OPTAR log at the end of the month showing the number of rounds fired, current balance, receipts, and reviewed by an accountable officer with his signature along the balance on hand line.

        (5) The accountable officer must be designated in writing by the commanding officer.

        (6) Ammo Stock Record Card (NAVSUP 1296) NSN 0108-LF-501-2971 and Lot Locator Card (NAVSUP 1297) NSN 0108-LF-501-2961 shall be maintained and retained for three years.

11.  <u>Ammunition Transaction Report (ATR)</u>.  A monthly ATR shall be submitted to NSTC OD54 for consolidation and further submission to SPCC Mechanicsburg.  Monthly inventory report shall contain for each type of ammunition the NALC, NIIN, balance brought forward, expenditure, and balance on hand.  If there is any receipt during the reporting period, the document number, NALC, NIIN, and source of supply's UIC shall also be reported.  A copy of receiving document (DD 1348) shall be faxed to NSTC OD54.  The report is due at NSTC OD54 no later than the 4th day of the month.

**8-11 GSA Leased Vehicles.**

NSTC OD53 manages GSA leased vehicles.  Requests for initial issue and replacement of vehicles shall be forwarded to NSTC OD53 for resourcing

coordination with NSTC N8 prior to contacting GSA.  A copy of this section, 8-11 is required in the log book of each vehicle.

1.  Procedures for maintenance, repairs, reporting requirement, monthly vehicle mileage reports, and forms and rules of operation are published in GSA Fleet Management Center at http://www.gsa.gov/portal/category/100759.

2.  Procedures for Fuel Card are published in GSA Fleet Management Center at http://www.gsa.gov/portal/category/21213.

3.  All accidents, however minor, shall be reported to NSTC OD5 and NSTC N8.  Accident reporting procedures are published in GSA Fleet Management Center at http://gsa.gov/portal/content/182715.

    a.  Before contacting the Accident Management Center (AMC) make sure that the driver and all passengers are in a safe location.  Have the following information ready:

        (1) Any injuries or fatalities (Note: Fatalities must be reported within 24 hours)

        (2) A brief description of the accident, road and weather conditions.

        (3) The date, time, and location of the accident.

        (4) Information on police response, if available and/or applicable.

        (5) The tag number and location of the vehicle if towed.

        (6) Whether seat belts were used and whether air bags deployed.

    b.  The AMC Phone number is (866) 400-0411.  Select option 2.  The hours of operation are 0600 – 1900 Central Standard Time.

4.  Ensure a GSA Accident Reporting Kit (SF 91, 94, and 95) is located in the glove compartment of each GSA vehicle.  These forms can be found and completed online to send to the AMC:

    a.  Standard Form 91, Motor Vehicle Accident Report

    b.  Standard Form 94, Statement of Witness

    c.  Standard Form 95, Claim for Damage, Injury, or Death

5.  <u>Third Parties</u>.  All third parties who wish to file a claim for damage, injury, etc. shall be referred to the Region Legal Service Office (RLSO) Midwest at (847) 688-3805 for guidance for filing a claim.  The unit shall complete an investigation into the circumstances surrounding the accident and forward to RLSO Midwest for endorsement

RLSO Midwest
2540 Paul Jones St.
Suite 300 Bldg.  2
Great Lakes, IL 60088-2936

and final forwarding to the claims office for adjudication:

Commanding Officer
Tort Claims Unit Norfolk
9620 Maryland Avenue, Suite 100
Norfolk, VA 23511-2989.

Units shall contact RLSO Midwest as soon as an accident occurs so they can assist with the investigation.  The claims office requires completion of the investigation before the claim can be adjudicated.

6.  Motor Equipment Utilization Record <u>DD Form 1970</u> is required for usage.  <u>DD Form 1970</u>s must be maintained for four years.

7.  <u>Personnel Authorized to Drive GSA Vehicles</u>.  Operating GSA vehicles is limited to active duty personnel and DoN Civilians.

8.  <u>Loan of Vehicles</u>.  Loans of vehicles to non-NROTC unit commands are limited to minimum use due to cost and liability issues.

**8-12 Member POV Parking Reimbursement**

1.  <u>Amount Reimbursable</u>.  Per JTR, U1220, B.3, SROTC unit staff personnel (military members and DoD Civil Service Employees only) are "authorized reimbursement for that portion of their monthly parking expenses in excess of $25.00 but not to exceed $200. […] For example: monthly parking expenses of $135.00 would warrant reimbursement of $110.00 ($135 – $25 = $110) while monthly parking expenses of $320.00 would warrant reimbursement of $200.00 ($320-$25 = $295 but  not to exceed $200)".

2.  <u>SF-1164 or Local Voucher</u>.  As schools may have different systems of charging parking fees, each NROTC unit shall calculate requirements to determine if they are eligible for parking reimbursement.  If a member is eligible for reimbursement, reimbursement shall be made via a <u>SF-1164</u> or use local voucher in the DTS.

3.  POC is NSTC OD53 at (850) 452-4974.

**8-13 Tutorial Services**

1.  Tutorial service costs should be included in the unit's annual OPTAR requests.

2.  Only calculus and physics tutorial services are normally authorized.  Units may submit a waiver request to include additional subjects via NSTC OD3 and NSTC OD5 to NSTC Comptroller with justification included.

3.  Only Scholarship midshipmen are eligible for tutoring services.

4.  NROTC Midshipmen and Staff are not eligible for additional compensation for tutoring midshipmen.

5.  Sharing.  Units may share tutorial services with other services' ROTC units as long as expenses are shared.  If a flat hourly rate is charged, and no additional costs are incurred, non-Scholarship midshipmen may attend tutoring sessions contracted for Scholarship students who must be in attendance.

**8-14 Textbooks, Supplies, and Equipment.**

All books, including Naval Science books, supplies, and equipment provided by the government shall be accounted for via the NOSS program.

1.  Instructional materials may be issued via locally generated forms for the sake of expediency.  The forms shall contain the following: printed name, all articles of instructional materials issued, accountability statement, and the student's signature.  This form is authorized for use a maximum of 30 days.  All items shall be transferred to NOSS during this time frame.

2.  Instructional Material Procurement

    a.  Instructional materials, to include books, instruments, and videos which are required curriculum shall be provided by NSTC OD.  Materials shall be ordered through NOSS using the Automated Instructional Material Request(AIMR) order form.

    b.  Units shall complete the course scheduling form for each university prior to ordering instructional materials.  The form is available 1 April and must be submitted through NOSS no later than 30 April of that year.  After the course schedule is submitted, NOSS will automatically determine each unit's authorized quantity for the academic year.

c.  Instructional material ordering shall be submitted after the course scheduling is complete.  AIMR shall be available year-round; however, the supply office needs at least one month lead time to fill large orders.  Commissioning binders shall also be ordered through the AIMR.  Additionally, NROTC units are not allowed to borrow materials from other units without prior approval from NSTC OD3.

d.  Units shall post receipt of all instructional materials in NOSS within five working days of delivery.  Training for the ordering and posting of instructional materials is available.

e.  Supplemental materials may be procured by the NROTC unit using OPTAR funds under guidance established by OD3.  These requirements shall be included in the annual budget submission whenever possible.

3.  Procuring Navy and Marine Corps Publications

a.  Navy publications - downloadable from http://doni.daps.dla.mil/default.aspx.

b.  Marine Corps Doctrine publications - downloadable from https://www.doctrine.usmc.mil/.

c.  Mapping Customer Operations (MCO) products shall be ordered through NETPDTC N862C by submitting a MCO order form.  The administrative and lead time is 1-3 weeks.  Confirmation of receipt shall be emailed to NETPDTC N862C within five working days of delivery.

d.  Naval Logistics Library (NLL) products may be ordered through NETPDTC N862C by submitting a NLL order form.  The administrative and lead time is 1-3 weeks.  Confirmation of receipt shall be emailed to NETPDTC N862C within five working days of delivery.

4.  Disposition and Transfer of Unserviceable or Old Instructional Materials

a.  Unserviceable instructional materials shall be transferred to DRMO.  If a DRMO facility is unavailable, the school's recycling facility may be used.  All unserviceable materials shall be surveyed.  A survey report must be submitted to NETPDTC N862C after materials are recycled.  A DD Form 1149 or DD Form 1348 shall be submitted by the unit if a DRMO facility is used.  OPNAVINST 5760.5C

b.  Old instructional materials can transferred to a local NJROTC unit, Sea Cadet, Young Marine or Boy Scout unit (per OPNAVINST 5760.5 series) or be transferred to NETPDTC N862COld materials shall be transferred to the NJROTC, Sea Cadet, Young Marine, or Boy Scout unit

or NETPDTC N862C in NOSS, listing the facility name in the comment block.  A transfer report must be submitted to NETPDTC N862C when the materials have been transferred.

5.  Reporting Lost Instructional Materials.

    a.  If instructional materials are lost, mutilated, or destroyed through negligence or carelessness, they shall be paid for with a money order or certified check by the student (personal checks are not accepted).  The PNS shall make collections using the Cash Collection Vouchers DD Form 1131, cite MPN accounting data, and indicate the purpose of collection, date, student's name, and amount of each collection.  The Cash Collection Voucher shall be forwarded to NETPDTC N811.  The materials shall be surveyed in NOSS with a copy of the signed survey report forwarded to NETPDTCN862C.

    b.  Instructional materials that cannot be accounted for shall be surveyed in NOSS with a copy of the signed survey report forwarded to NETPDTC N862C.

**8-15  Training Materials.**

Training materials include: transparencies, slides, Navy films/videos, and locally developed training aids.  Units shall account for items defined as being of a durable nature capable of continuous or repetitive use.  These training materials may be ordered through NOSS using the AIMR order form.  If the material is not available for issue, the activity will be advised of the availability date.

**8-16  Initial Telephone Service or Changes to Existing Service.**

Units shall submit requirements by NAVCOMPT 2276 to the local FISC.  Refer to NSTC Comptroller for further guidance.

**8-17  Cell Phones.**

DoN activities are able to obtain cellular phone service through the Fleet Logistics Center San Diego (FLCSD) multiple award contracts (Cingular/ATT; Nextel/Sprint; Verizon, and T-Mobile).  These contracts are competitive Firm Fixed Price contracts with Indefinite-Delivery-Indefinite-Quantity (IDIQ) and Requirements clauses.  Units must ensure a national pricing list and ordering guide is obtained through the NSTC Contract Analyst.  An Information Technology Procurement Request (ITPR) is required.  Process questions may be directed to NSTC N3 Contract Analyst, (847) 688-7600 ext 143; FAX (847) 688-5589 DSN 922.

**8-18  NROTC Medical Matters.**

Certain medical services are required to support NROTC physical examinations for entrance into the program, such as pre-commissioning, flight training, submarine service, vaccinations and inoculations, etc.  These services are normally provided by military facilities on a non-reimbursement basis.  When necessary, medical services may be procured from civilian sources.  Guidance and procedures to follow for NROTC medical matters are:

1. <u>Military Facilities</u>.  Military treatment facilities and MEPS, shall be utilized to the maximum extent possible.

2. <u>Travel in Connection with Medical Examinations</u>.  The PNS is authorized to direct the transport of NROTC Scholarship and College Program midshipmen to and from installations when it is necessary for them to undergo medical exams or for physical consultations and observations required by the commissioning or service assignment processes (e.g., commissioning or flight physicals).  The PNS may also authorize travel and per diem for Scholarship students only, while they are at, or traveling to or from, such installations in accordance with the Federal Joint Travel Regulations, paragraph U7150 using funds available.  OPTAR funds issued to the PNS by NSTC Comptroller may be used.  Every attempt shall be made to minimize costs and to arrange group travel in all cases possible.  The PNS may use government owned vehicles for the purpose of such group travel when the distance travelled is reasonable.  Travel requiring airfare must be arranged through DTS, and will be funded through the centrally billed account by NSTC N8.  Questions regarding use of the centrally billed account may be directed to (847) 688-3371/6808 extension 175.

   a.  Units located in remote locations, with no military medical facility or NOSC, are authorized to procure civilian medical services for NROTC required vaccinations, inoculations, etc.  Medical facilities within a radius of 50 miles of the unit are considered to be available, unless written notice from the facility is received that states they are unable to provide the service required.

   b.  The GCPC may be used to pay for civilian medical services valued at or below the micro-purchase limit for service which is $2,500.  All requests above $2,500 must go through the NSTC Comptroller for appropriate obligation of funds and payment of invoices.

   c.  Summer Cruise Requirements.  The DoDMERB cannot provide medical care for illness or injuries, or for Navy specific requirements for summer cruises (G6PD testing or blood typing).  If

possible individuals will obtain the physical during the summer
cruise. If there is no doctor on board, then the individual has to
obtain their physical prior to boarding.

**8-19  Information Technology (IT).**

Guidance and direction for all information management (IM) and IT
operations shall come directly from the NSTC Command Information
Officer (N6).

1.  NROTC units shall initiate all requests for IT procurements and
technology refresh to the NSTC Technology Management Branch (N61),
NSTC_N61@navy.mil, by submitting a Request for IT Services (RIS). No
Navy funds may be expended on IT without NSTC N6 approval, except as
noted in paragraph 2 below.

2.  Units may purchase IT consumables (e.g., toner cartridges, compact
disk media).

3.  Units may obtain IT support services from the institution IT
department without prior approval, provided that services are at no
cost to the federal government.

4.  Units may accept at no cost to the federal government, any
computer assets from the host institution. These assets will remain
institution property.

5.  Units may purchase IT assets with department funds provided by the
institution without obtaining NSTC approval. These assets are not
considered to be "Navy-owned."

6.  All NROTC unit-assigned IT assets, whether Navy-owned or not, must
be strictly accounted for in NOSS. The unit's IT inventory is subject
to verification before additional IT assets are provided to the unit.

7.  Navy-owned computers and other IT assets will be assigned to a
Navy military member or civilian. Computers will not normally be
provided for midshipmen use, except as part of the Mariner Skills
Simulator (MSS) classroom, if present.

8.  Disposal of IT assets must be in strict accordance with DoN Chief
Information Officer message 281759ZAUG12, Processing of Electronic
Storage Media for Disposal.

9.  Data used solely to conduct Navy business (e.g., physicals, summer
cruise, commissioning), including but not limited to PII, should be
stored on Navy computers or servers when practicable.

10.  NROTC unit web sites provided and maintained by the host institution and residing in the ".edu" domain, are not "Official U.S. Navy" websites, and should not be identified as such.

11.  Waivers from any of the above requirements must be obtained in writing from NSTC N6.

**8-20  Reprographic Equipment.**

The purchase, lease, trial, replacement, or change in rental or lease plan of reprographics equipment is not authorized unless the requestor has complied with the requirements of the Navy Reprographic Equipment Program.  The requestor must obtain written approval from the Defense Printing Service Office (DPSO) for all shore copying equipment with speeds of 71 or more copies per minute.  The letter of approval shall be annotated on the purchase request, contract document, and purchase or delivery order.  The NROTC unit servicing DPSO can generally provide historical and copier cost data.

**8-21  Survey and OPREP Reporting.**

Use OPNAVINST F3100.6 series (Special Incident Reporting Instruction) and OPNAVINST 5530.13 series (DoN Physical Security Instruction for Conventional Arms, Ammunition, and Explosives) for loss of the following:

1.  Any serialized or un-serialized firearms, weapons, or ammunition regardless of value (does not include drill rifles).

2.  Any government property having a value of $5,000 or more.

3.  Any government property considered to be "sensitive items" regardless of the actual or estimated amount.

**8-22  Transportation Account Code (TAC).**

The cost of TAC cannot be applied to GCPC purchases.  It shall be posted against the NROTC unit OPTAR in accordance with NAVSUPINST 4200.85 series.  This does not apply to MPN.

**8-23  Allowed/Disallowed Expenses**

1.  Allowed Expenses.  Scholarship students shall be furnished financial assistance for educational expenses toward a baccalaureate degree for:

   a.  Tuition, including registration, matriculation, graduation, and laboratory fees;

    b.  Health, student activity, athletic, library, student union,
transcript, nursing liability insurance, and similar fees payable to
the institution that are required of all full-time undergraduate
students, and are not optional nor can be rejected by the student; and

    c.  Textbooks, articles, workbooks, and publications required for
completion of courses, not to exceed the book stipend amount.

2.  Expenses Not Allowed

    a.  Special interest elective courses requiring additional fees,
such as physical education courses for mountain climbing, skiing,
horseback riding, etc., and courses in elective options for academic
majors that require additional fees, e.g., flying instruction.

    b.  Purchase of equipment with a long life cycle that would be of
lasting benefit to the individual, such as type-writers, mini-
computers, instruments, cameras, calculators, etc.  If a long life
cycle item is required for a course such as dissecting equipment,
drafting tools, etc., it can be purchased by the NROTC unit, using
NROTC unit OPTAR funds, and held in inventory as Government property
to be issued and taken back into inventory.

    c.  Expendable supplies: Pencils, pens, film and development, art
supplies, computer disks, and paper.

    d.  Refundable fees such as breakage or required deposits for use
of apparatus.

    e.  Tuition charges and fees for work undertaken as a result of
past academic deficiencies or failures.

**8-24 Receipt of Property from Defense Reutilization and Marketing
Office (DRMO) or Army Central Issue Facility (CIF)**

1.  Defense Reutilization and Marketing Office.  The Property Manager
for the NROTC unit shall process all requests for property from
Defense Reutilization and Marketing Office (DRMO) through the supply
activity website http://www.drms.dla.mil/.  NSTC OD54 shall approve
all requests for items regardless of the intended purpose.  Account
for all property drawn from DRMO on the NROTC unit's property record.
Send copies of all receipt documents to NSTC OD54.

2.  Requests for property from Army CIF.  The Army may have property
at CIF that can be laterally transferred to the NROTC.  The Property
Manager for the NROTC unit will process all requests through the Army
CIF activity.  The CIF does not have a shipping department, so all
property must be picked up by NROTC unit personnel.  Submit all

requests for items, regardless of the intended purpose, for approval to NSTC OD54.  All requests shall be in accordance with the CIFs SOP.  Account for all property drawn from CIFs on the NROTC unit's property record.  Send copies of all receipt documents to NSTC OD54.

**8-25 Storage of Supplies**

1.  Supply representatives shall use the following guidance to ensure proper storage of equipment and supplies:

    a.  Maximize the use of available space.  Provide orderly storage and ready accessibility.

    b.  Reduce the possibility of material loss or damage.

    c.  Minimize the possibility of personnel harm or equipment damage.

    d.  Make inventories easier.

    e.  Use labels (tags for items stored on pallets) to reflect the identity of items; e.g., nomenclature, NSN, quantity.

    f.  Separate government property from school property and that property donated or purchased by the institution and midshipmen/cadet fund raisings.

    g.  Ensure security of all government property.

    h.  Use storage equipment for clothing that is insect treated, clean, and has smooth surfaces.

    i.  Organize storage so that space is fully used.  And that the storage area is clean and neat.

    j.  Adherence to fire and safety standards.

    k.  Excess items tagged to indicate what disposition is being taken.

2.  <u>Storage of Meals Ready to Eat (MREs) (Applicable to NROTC units only)</u>

    a.  Operational rations require only temporary storage since they are normally consumed within the same school year.

    b.  Store rations in an area with limited access to safeguard them from theft.

c.  Ensure protection from rodents through use of bait, traps, or other approved methods.

d.  Store rations in a clean, dry area on dunnage at least 2 inches off the floor and 24 inches away from walls.

e.  Store identical lot numbers together with identification data (lot number and date of pack) facing toward the aisles

**8-26 MREs and Tailored Operational Training Meals (TOTMs).**

MREs and TOTMs are the standard meals authorized for NROTC field training.  On-hand quantity shall not exceed a one academic year (AY) requirement as justified by the NROTC unit's master training schedule.

1.  Strict accountability of MREs AND TOTMs is essential.  Units shall maintain a log containing the recipient's name (printed), SSN (last four) if available, date, and signature.  A separate form is required for MREs and TOTMs, NAVSUP 306.

2.  MREs and TOTMs may also be issued to students undergoing "pre-Marine OCS" training when it is impractical to provide other type meals.

3.  Staff members and students drawing Basic Allowance for Subsistence (BAS) involved with the field training shall reimburse the government for MREs and TOTMs at the rate promulgated by NETPDTC N8.  Charges collected shall be forwarded to NETPDTC N812 in the form of a money order or certified check payable to "US Treasury" with a DD Form 1131.

4.  Ordering MREs and TOTMs.  The Federal Acquisition Regulations (FAR) states the supply system is the first source of procurement for MREs and TOTMs.  The ordering of MREs or TOTMs must be accomplished via MILSTRIP document in DoD eMall or directly uploaded into the supply system.  Instructions for ordering MREs and TOTMs are covered in TAB 28 of the NOSS NROTC Training Binder.

5.  Creating the MILSTRIP.  Instructions for creating the MILSTRIP for ordering MREs and TOTMs are covered in TAB 28 of the NOSS NROTC Training Binder.

**8-27 Document Register for Supply Actions**

1.  The document register is a record of document numbers assigned to supply transaction documents.  It serves as the suspense file for open supply request transactions.  NROTC units shall establish and maintain a document register to record all supply transactions pertaining to clothing, Organizational Clothing and Individual Equipment (OCIE), and other supply transactions that are not recorded by NOSS, FASTDATA or

any other systems.  Units shall maintain active and inactive (current and past years) document registers for 6 years.

2.  <u>Supporting document file</u>.  Supporting document file contains all documents that support open and closed-out entries on the document register.  NROTC units shall establish and maintain a supporting document file to support all supply transactions in NOSS, FASTDATA and manual register in document number order.

**8-28 Accounting for Lost, Damaged, and Destroyed Property.**

This paragraph prescribes policy regarding accountability for all property losses, damages, and destruction when it occurs in NSTC. Types of property included under this policy are (which requires formal and informal accountability) minor, organizational, installation and midshipmen clothing/OCIE.  It applies to loss of, damage to, and destruction of any NSTC property by active duty military personnel, government civilian employees, contractor personnel, NROTC midshipmen/cadets (NROTC/NJROTC), and educational institutions accounting for government property.  Ensure timely processing when initiating methods of release from property accountability.   The methods and circumstances for processing release from property responsibility follows:

1.  <u>Statement of charges/Cash Collection Voucher</u>.  Charges collected shall be forwarded to NETPDTC N812 in the form of a money order or certified check payable to "US Treasury" with a DD Form 1131.  DD Form 362 shall be used when:

    a.  An active duty person, midshipmen/cadet, contractor personnel or government civilian employee admits liability and offers cash payment or agrees to payroll deduction to settle the charges of financial liability.

    b.  The charge does not exceed the monthly basic pay of the individual being charged.

    c.  There is not a mandatory requirement for either a report of survey or an investigation for sensitive items.

2.  <u>Surveys</u>.  A survey is the procedure required when Navy property or Defense Logistics Agency material is lost, damaged, or destroyed, except in incoming shipments.  A survey's purpose is to determine who or what is responsible and to affix the actual loss to the United States Government.  To make a true determination, the facts surrounding the loss or damage must be thoroughly investigated in a timely manner.  Use JAG Instruction 5800.7F CHAPTER II, and NAVSUP

Publication 485 VOLUME III, Ashore Supply.  The following forms are used in connection with survey procedures:

    a.  Survey (Generated from NOSS; see tab 37 and 38 of the NOSS NROTC Training Binder for instruction).  This form shall be used if no personal liability exists.

    b.  DD Form 200, Financial Liability Investigation of Property Loss, Report of Survey.  This form shall be used if personal responsibility is evident, when the incident involves a sensitive item and/or investigation, if the reviewing authority does not approve the survey, or if the CO or higher authority so directs.  The DD Form 200 shall be initiated by the person accountable or responsible for the property in question.

3.  Educational institution accounting for government property under bonding/insurance provisions.  An educational institution having accountability and responsibility for U.S. government property reimburses the government for losses where negligence or willful misconduct is the proximate cause of the loss.  Either the bond or insurance applies; or the institution reimburses the government for property lost, damaged, or destroyed.  In this situation, assess an amount equal to the fair market value less depreciation.  NSTC in coordination with the support installation Financial Administrative Officer (FAO) representative determines the method of collection.

4.  Midshipmen/Cadet Property Losses.  When a midshipmen/cadet loses clothing and equipment, allow them to reimburse the government using cash collection procedures or initiate a Report of Survey (ROS) if reimbursement is not received.  In no case, shall an approving authority relieve a midshipmen/cadet when there is evidence of negligence.

**8-29 Gymnasium Fees.**

If the college or university requires active duty military staff (to include temporarily assigned newly commissioned officers) to pay fees for using the gymnasium, the individuals should be reimbursed as military provided facilities are not available.  If cross-town NROTC students are required to pay for gymnasium fees at the host NROTC unit, they should be reimbursed for gymnasium fees.  The unit supply technicians should budget for gymnasium fees in their OPTAR request each year.

**8-30 Military Retirement Ceremonies Fees.**

MILPERSMAN 1800-010 provides current information regarding allowable expenses for appropriated funds.  Unit supply staff should budget in

their OPTAR for military retirement ceremonies and every reasonable
effort within regulations, budgetary constraints, and practicality to
provide the items requested.

**This page intentionally left blank.**

# CHAPTER 9    Medical

9-1    General ...................................................... 9-1

9-2    Medical Examinations ....................................... 9-1

9-3    Physical Readiness ......................................... 9-4

9-4    Immunizations .............................................. 9-6

9-5    Medical Leave of Absence ................................... 9-7

9-6    Travel in Connection with Program Required Medical Examination .
........................................................... 9-7

9-7    Medical and Dental Care .................................... 9-8

9-8    Medical Claims and Compensation ............................ 9-9

9-9    Pre-commissioning Physicals ................................ 9-9

9-10    Health and Dental Records ................................ 9-14

## 9-1    General.

The requirements for physical examinations and the maintenance of
health records for midshipmen and OCs are contained in the Physical
Standards for Enlistment, Appointment and Induction DoD Directive
6130.03 and the Manual of the Medical Department (MANMED) NAVMED P117,
Chapters 15 and 16.  DoDMERB is the DoD agency responsible for the
determination of medical acceptability of applicants for appointment
to United States Service Academies, the USUHS, and the ROTC programs
of the United States Armed Forces.  DoDMERB determines medical
acceptability for NROTC Scholarship, College Program Advanced
Standing, and SSMP Programs.

## 9-2    Medical Examinations

1.    General.  The DoDMERB accession physical is valid for two years.
Additionally, it may be used for commissioning purposes for up to five
years (does not apply to some specialized programs).  Report of
Medical Examination DD 2351 documents physical examination results for
civilian applicants.

2.    National Four-Year Scholarship Recipients

    a.    An annual OPMIS OFFICIAL MAIL message requires units to
identify which students have reported to the unit.  NSTC OD2 then

forwards the DD 2351 to the unit for filing in the midshipman's health
record.

b.  National Four-Year Scholarship midshipmen are notified of
their selection in writing by NSTC OD2 (Navy Option) MCRC (ON/E)
(Marine Option).  The letter contains instructions for scheduling a
medical examination.  Data, including zip code, contained in OPMIS is
used by DoDMERB to assign applicants to DoDMERB-approved civilian
doctors or MTFs, assigning a physician or medical care provider near
the applicant's home of record.  The applicant is responsible for
completing the DoDMERB medical examination.  The applicant is also
responsible for obtaining any additional tests or clinical abstracts
that DoDMERB may direct.  In most cases, DoDMERB may fund the cost of
requested additional testing.  Applicants should have their DoDMERB
medical examination completed as soon as possible.

c.  After reviewing the DoDMERB Report of Medical Examination DD
2351, DoDMERB will post the applicant's physical status on the DoDMERB
secure website.  Applicants deemed physically qualified will receive a
"Q" code.  Applicants deemed physically disqualified receive a "D"
code.  The applicant's physical status is then downloaded into the
OPMIS placement file and is maintained there until NSTC OD2 purges the
file in October.  The physical status of midshipmen determined to be
physically qualified after the placement files are purged will not be
automatically updated in OPMIS and the unit must manually enter their
medical status.

d.  DoDMERB will identify the medical examinations for applicants
deemed not physically qualified.  OD2A will forward those applicants'
medical information to BUMED for review and waiver recommendation.
BUMED reviews requests for waivers of physical standards for all
applicants seeking entry into the U.S. Navy or Marine Corps and
uploads waiver recommendations into WebWave.  NSTC OD2A reviews the
recommendation from BUMED, stamps the BUMED letter, and makes a
recommendation to Director, OD.  The Director OD, as delegated by
CNSTC, may concur with the BUMED recommendation and stamps the letter
as appropriate.  If the Director, OD does not concur with the BUMED
recommendation, the BUMED letter will be forwarded to CNSTC for a
waiver determination.  NSTC OD2A will update the DoDMERB website with
the waiver authority decision, triggering a file transfer that updates
both OPMIS and the applicant's NROTC online application.  In OPMIS,
those deemed not physically qualified but received a waiver are
granted a code of the "W," while those who are denied a waiver receive
a "Z" code.  NSTC OD2A will inform the applicant and the unit by
letter of the waiver authority decision.

e.  Midshipman candidates disqualified or pending physical qualification at the start of class may not sign any scholarship agreement or receive any benefits.  However, they may participate in the physical training aspects of the program with written clearance from a physician.  Midshipmen waived or deemed physically qualified after the commencement of the academic term **may be entitled** to retroactive benefits, except subsistence.

3.  Other Scholarship and College Program Advanced Standing Midshipmen.  Students nominated for other scholarships (2-year National, NSTC Controlled, etc.) or College Program Advanced Standing must be found medically qualified or waived prior to receiving benefits.  The basic procedures addressed for Four-Year National Scholarship recipients apply.  However, the NROTC unit is responsible for contacting the local MTF or DoDMERB authorized physicians to schedule the DoDMERB medical examination.  To avoid any delay in benefits, the medical examination should be completed as soon as the applicant applies for Scholarship or Advanced Standing.  Once the medical examination is completed, the units review the DoDMERB website to determine status, and enter the appropriate physical qualification codes in OPMIS.  If deemed not physically qualified by DoDMERB, the unit will notify NSTC OD2A that a waiver review is required.  NSTC OD2A is responsible for requesting a waiver review from BUMED.  BUMED will review the medical examination, determine if a waiver is recommended, and will inform OD2A of the waiver recommendation.  NSTC OD2A will send the BUMED letter to the unit and will inform them of the waiver authority determination.

4.  SSMP Midshipmen

    a.  United States Merchant Marine Academy (USMMA).  The Head Surgeon at the service academy performs the medical examination and forwards to DoDMERB the Report of Medical Examination DD Form 2808, which documents physical examination results for those already in the military.  DoDMERB will then post the applicant's physical status on the DoDMERB secure website and respond back to the applicant and the USMMA.  Medical examinations for applicants deemed not physically qualified are forwarded to BUMED.  Applicants deemed not physically qualified or who have their waiver denied shall not be allowed to sign any service agreements.

    b.  State Maritime Academies.  DoDMERB medical examinations for SSMP (obligated) midshipmen at the state and regional maritime academies are initiated by the unit on an individual basis.  SSMP midshipmen will obtain their DoDMERB medical examination through an

authorized DoDMERB physician.  Medical examinations for applicant's
deemed not physically qualified are forwarded to BUMED.  Applicants
deemed not physically qualified or waiver denied shall not be allowed
to sign any service agreements.  SSMP (non-obligated) midshipmen are
not required to have a DoDMERB exam.  They must receive a sports
physical and complete a Report of Medical History DD Form 2807-1
before participating in unit physical training.

5.  College Program Midshipmen Basic Standing.  College Program Basic
Standing midshipmen are not required to complete a DoDMERB medical
examination.  They must receive a sports physical and complete a
DoDMERB Report of Medical History DD Form 2492.  The Professor of
Naval Science (PNS) must review the Report of Medical History and
determine if the midshipman is physically qualified to participate.
If the midshipman indicates past or present injuries or illnesses that
may be physically disqualifying in nature, the PNS should consult with
BUMED to assess future eligibility.  Midshipmen should not be allowed
to participate in the College Program if there is a strong possibility
they may be determined physically disqualified for Advanced Standing.

6.  Seaman to Admiral-21 (STA-21) and Marine Enlisted Commissioning
Education Program (MECEP) OCs.  STA-21 and MECEP OCs must be
determined to be medically qualified for their respective designators
prior to receiving orders to their NROTC unit.  While participating in
their respective commissioning programs, transportation costs involved
in the conduct of routine medical examinations and/or pre-
commissioning physicals are funded by the NROTC unit.  Prior to
commissioning, all STA-21 and MECEP OCs must be determined to meet
medical standards for pre-commissioning into their respective
designators.

**9-3  Physical Readiness**

1.  OPNAVINST 6110.1 series requires all students be medically
screened before participating in any physical readiness training.
NROTC Scholarship, College Program Advanced Standing, STA-21 and
MECEP, and obligated SSMP midshipmen are medically screened by
DoDMERB.  College Program Basic Standing students must receive a
medical screening equivalent to the university sports physical exam.
The purpose of the sports exam is to identify midshipmen at risk of
cardio-respiratory illnesses, orthopedic injuries, or other
injuries/illnesses that may be aggravated by required exercises.  The
DoDMERB Report of Medical History DD Form 2492 or DD Form 2807 is
utilized to document the student's past and present medical condition.

2.  To ensure all incoming midshipmen are fit to participate in
orientation, the CFL or designated representative shall verify the
student's physical status in OPMIS.  If the student's Personal/Program
Information Form contains a "Q" (qualified) or "W" (waiver granted),
the student is physically qualified to participate.  If the student's
Personal/Program Information Form contains an "R" (remedial) or "D"
(disqualified), the student is not physically qualified to
participate, unless a sports physical is provided to the unit,
allowing for Physical Training (PT) activities.

3.  All students will comply with the Physical Readiness Program as
directed in OPNAVINST 6110.1s series or Marine Corps Physical Fitness
Program in MCO P6100.13.  The designated CFL is responsible for
ensuring all Navy students complete a Physical Activity Risk Factor
Questionnaire (PARFQ) NSTC 1533/138 prior to their first unit directed
physical training activity.  Blank PARFQs are available on the
Physical Readiness Information Management Systems (PRIMS) website.
The CFL will review and sign the form if all questions on the PARFQ
are answered in the negative.  The PNS will review and sign all PARFQs
with any "Yes" responses.  Medical evaluations must be conducted in
cases of positive responses to any questions on the PARFQ or if the
student is out-of-standards per OPNAVINST 6110.1 series before the
student can participate in the PRT/PFT/CFT or unit fitness training.
The completed PARFQ is filed in the student's health record.  In the
case of College Program Basic Standing students, the form is filed in
the NROTC Student File until the health record is opened.

4.  The PNS must ensure all students complete Report of Medical
History DD Form 2807-1 prior to the first PRT/CFT each fall.
Graduating seniors and fifth year students will also complete this
form at the beginning of their last term just prior to graduation.
The PNS should carefully review the student's response to all
questions.  Sometimes injuries, accidents, or illnesses that should
have been reported earlier may not have been reported.  If there is
any doubt whether the injury, illness, or prescription could be a
physically disqualifying factor, the PNS must immediately notify OD2A
or BUMED, Physical Qualifications and Standards (M3/5 WII 1).

5.  Midshipmen shall be given at least a 10-week notice prior to a
PFA.  The 10-week notice may be waived for freshmen taking the PFA
during orientation.  However, in accordance with section 4-5, the
welcome aboard letter will notify students that they will be
participating in an orientation PFA.

**9-4   Immunizations**

1.  All students are required to receive immunizations as specified below in paragraph 3.  Immunization waivers will only be granted in accordance with SECNAVINST 1730.8 series.

2.  The PNS is responsible for establishing procedures to ensure that Scholarship and College Program Advanced Standing midshipmen receive immunizations prior to summer training.  The PNS should use local MTFs for satisfying immunization requirements.  When MTFs do not exist locally, the inoculations may be ordered and administered by military health professionals, local university health professionals, or other personnel qualified to administer inoculations.  Immunizations for MECEP students are completed at Marine Corps OCS.

3.  Immunization recommendations and requirements are contained in BUMED Notice 6230, dated 21 December 2004.  Midshipmen should provide proof of immunization or receive all immunizations.  Midshipmen should receive the Measles, Mumps, Rubella (MMR) vaccine or appropriate serological testing as early as possible.  Midshipmen should also receive the Varicella vaccine (if there is no known history of chickenpox or evidence of serological immunity).  Midshipmen shall receive two doses of the Hepatitis A virus (HAV) vaccine before graduation (one dose before executing summer assignments orders to the operating force).  Upon graduation or commissioning, the midshipmen or OCs must have been immunized or received the following inoculations:

   a.  HAV vaccine (first and second dose).

   b.  Influenza vaccine.

   c.  Measles/Mumps/Rubella vaccine (one dose).

   d.  Inactive poliovirus vaccine (IPV) (one dose).

   e.  Tetanus-diphtheria toxoid (one dose).

   f.  Varicella vaccine (two dose primary series).

4.  Further guidance may be obtained in the Summer Training Manual NSTC M-1533.5.  Instructions for completing the Immunization Record SF 601 and the International Certificate of Vaccination (CDC 731), formerly PHS 731, are contained in the Manual of the Medical Department NAVMED P-117, Chapter 16, Article 16-59.  These forms must be used to record all immunizations and retained in the student's health record.

**9-5   Medical Leave of Absence**

1.  MLOA may be initiated by the student or the PNS.  If initiated by the PNS, the PNS will provide the student written notice of initiation of the MLOA process requiring the student to submit written medical information within 30 days of receipt that either supports or contests granting an MLOA.

2.  The PNS shall provide BUMED via WebWave all medical information and the non-medical assessment of the student.

3.  The PNS shall seek to obtain BUMED's recommendation on the need for an MLOA no later than the date when the next tuition payment for that student is due.  The PNS may consult with BUMED at any point in the MLOA process but shall not request a written recommendation from BUMED until the student's 30-day window for providing information has expired or the student has provided complete medical information, whichever comes first.  BUMED shall consider all relevant information, including that provided by the student and provide its recommendation on a Statement of Physical Qualification for Continuation.

4.  Upon receipt of BUMED's recommendation, the PNS shall immediately assign an MLOA to any midshipmen who BUMED has determined does not meet the required physical standards for retention.

5.  The PNS may not extend or remove a student from an MLOA without first consulting BUMED and NSTC OD4.  When the PNS requests removal of a student from an MLOA, a clinical abstract of treatment and any special report requested shall be forwarded to BUMED.  If the student participated in all assigned classes and laboratory work while on MLOA, the PNS may request retroactive tuition payments from NSTC OD4.

6.  Pregnant students do not need to be placed on MLOA.  Students who become pregnant may request to be placed on MLOA per the procedures outlined above.  Upon delivery or termination of the pregnancy, the student must send their physical exam to BUMED only if the student was assigned MLOA.  The guidance contained in Guidelines Concerning Pregnant Servicewomen, OPNAVINST 6000.1 series, governs participation by pregnant students in unit activities.  Normally, the MLOA period will be discontinued approximately 6 to 8 weeks after pregnancy.  Students desiring to discontinue officer training due to pregnancy or birth of a child may request disenrollment per Section 4-30.

**9-6   Travel in Connection with Program Required Medical Examination.**

The PNS is authorized to transport students to required medical examinations and physical consultations.  The PNS may utilize unit

funds to authorize travel and per diem in accordance with the Joint Travel Regulations, Chapter 7.

**9-7  Medical and Dental Care**

1.  STA-21 and MECEP students are covered by TRICARE.  Midshipmen should be advised to remain under a private insurance plan or participate in the university's health care plan.  NROTC Scholarship and College Program Advanced Standing midshipmen are eligible to receive care at military medical facilities under the following circumstances:

    a.  Required medical examinations and immunizations.

    b.  While on summer training, routine medical and dental care or examinations on a space available basis.

    c.  Emergency treatment and continued hospitalization or medical care for injuries incurred while en route to/from or during field training or summer cruise.  Elective surgery or remedial treatment for pre-existing conditions is not authorized without prior approval from BUMED.

2.  In the case of a medical emergency while on active duty for training, midshipmen should be treated at the nearest military or civilian hospital, or medical treatment facility.  Authorized expenses will be covered by TRICARE.  Contact the Military Medical Support Office at 1-888-647-6676 for assistance with claims.  The midshipman may be responsible for initial payment for medical care prior to reimbursement by TRICARE.  If it is determined that an injured midshipman will require extended care, immediately notify NSTC OD2A for guidance.

3.  NROTC Scholarship and College Program (Advanced Standing and Basic) midshipmen injured while in an official status may seek civilian care.  Official status includes travel to/from special duties authorized by the PNS, duties performed on a voluntary basis in connection with prescribed training, and maintenance activities of the unit.  Additional guidance for filing claims for midshipmen injured while in the line of duty is addressed in section 9-8.

4.  NSTC OD/OD2A should be notified immediately of any midshipmen serious injury or emergency.  See CHAPTER 5 for additional reporting requirements.

5.  A midshipman who becomes disqualified for military service due to the results of elective surgery is subject to recoupment of all funds expended on their behalf.

**9-8   Medical Claims and Compensation**

1.  Effective 1 October 1988, Title 10, 2109 and Title 5, 8140 of the U.S. Code were revised to extend injury, disability, and death compensation coverage for NROTC midshipmen injured in the line of duty during practical military training, as well as field training and practice cruises.

2.  A midshipman or designated applicant from the NROTC Program who is injured while participating in unit related activities, not under orders, may receive civilian care paid for by the Office of Workers' Compensation Program (OWCP).  A Notice of Injury Form (CA-1) must be prepared immediately.  An Authorization of Treatment (CA-16) must be completed prior to treatment or surgery unless it is an emergency. All OWCP claims must be sent to the Department of Labor at:

U.S. Department of Labor
OWCP/DFEC
400 West Bay Street Room 827
Jacksonville, FL 32202.

All claim forms may also be faxed with corresponding attachments to 202-343-5570.

3.  The CA-1 and CA-16 forms require supporting documentation, such as medical documents, line of duty statement The CA-1 form requires certain codes: OWCP Agency Code is 65400U5, and the Occupational Safety and Health Administration (OSHA) Site Code is the unit's UIC. The correct OWCP agency code for Naval ROTC is 9999 53.

4.  CA-1 form and information can be accessed at: http://webapps.dol.gov/libraryforms/

5.  All forms with the exception of the CA-16 are available at the website provided above or a more direct link to the DOL forms is http://www.dol.gov/owcp/dfec/regs/compliance/forms.htm.  The CA-16 is a controlled form, meaning that it is not available for public download and use.  Contact the Medical Programs Coordinator, OD2A, for the form, should your NROTC unit not have it on file.

6.  Units may contact the DoD Liaison, Kristen Zeno at Kristin.Gulling-Zeno@cpms.osd.mil or 216-522-2786.

**9-9   Pre-commissioning Physicals**

1.  A pre-commissioning, specialty designator physical should be scheduled no earlier than 24 months prior to the NROTC, STA-21, or MECEP student's estimated commissioning date, if required.  Pre-

commissioning physicals may be conducted at a MTF, MEPS, or during the midshipman's First Class Cruise.  If conducted during summer cruise, orders should be endorsed to reflect the type of exam (i.e., SPECOPS/SPECWAR, nuclear, and aviation).  Pre-commissioning physical qualification determination for Marine Option midshipmen should be accomplished before they begin OCS.  The extent of the pre-commissioning physical is determined by the community.  See the pre-commissioning package checklist (See Appendix D).  Prior to conduct of a flight physical the individual must be found anthropometrically qualified.  Individuals may not be commissioned without a completed and approved physical for their assigned community.  The first step in the pre-commissioning physical qualification process is submission of the package to BUMED.  The BUMED pre-commissioning physical package consists of:

    a.  Pre-commissioning Physical Cover Letter to include what designator the midshipman is pursuing and a POC;

    b.  DoDMERB/BUMED original approved Report of Medical History DD Form 2492 or DD Form 2807-1 and Report of Medical Examination (Report of Medical Examination DD Form 2351 or DD Form 2808 or special duty physical examination;

    c.  All Annual Certificates of Physical Condition NAVMED 6120/3;

    d.  Human Immunodeficiency Virus (HIV) test (within 2 years);

    e.  Dental examination (within one year of submission); and

    f.  Pap exam (female only)(within two years).

2.  Students diagnosed with HIV are not eligible for commissioning. As a result, all students shall be tested as part of their pre-commissioning physical requirements.  The test should be completed within two years of commissioning.  Students determined to be HIV-positive must be disenrolled for physical reasons.  STA-21 and MECEPs may return to the fleet to complete their enlistment, if they do not exhibit symptoms of Auto-Immune Deficiency Syndrome (AIDS).  HIV test results must be treated with the highest degree of confidentiality and released to no one without a need to know.  Strict compliance with the provisions of SECNAVINST 5211.5 series is required.  Additional guidance concerning HIV-testing is contained in SECNAVINST 5300.30 series.

3.  BUMED will determine if the member is physically qualified for commissioning in the URL.  If BUMED determines the applicant is unqualified for the URL, OD4 will be informed.  If the student is

determined to be medically qualified for the RL or SC, OD4 will arrange for the member to be commissioned into those communities as needed to meet the needs of the Navy.

4.  Pre-commissioning physicals are reviewed by the BUMED, Qualifications and Standards (M3B2), via the medical waiver system, WebWave.  To access WebWave, members must first register at https://nmo2.med.navy.mil/webwave/Login.aspx.  Registration applications are electronically sent to the WebWave system administrator, who will approve them and set the appropriate permission level.  The administrator will e-mail the member when access has been granted.  Once the NROTC unit has access to WebWave, all pre-commissioning physical (or medical waiver/disqualification) packages should be submitted for BUMED review via WebWave only.  Once BUMED has completed reviewing the package, the NROTC unit can view and print the finished BUMED qualification/disqualification letter directly from the WebWave portal.

    a.  Surface Warfare Officers, Marine Ground, and Nurse Corps (Conventional).  Pre-commissioning physical packages are forwarded per standard Naval letter format to BUMED, Qualifications and Standards via WebWave.  The pre-commissioning physical cover letter must be signed by the PNS and state "Pre-commissioning Physical ICO MIDN__, SSN last four, and designator." Surface Warfare Officer, Marine Ground, and Nurse Corps pre-commissioning physicals consist of:

        (1) DoDMERB/BUMED original approved/waived Report of Medical History DD Form 2492 or DD Form 2807-1;

        (2) DoDMERB/BUMED original approved/waived Report of Medical Examination DD Form 2351 or DD Form 2808;

        (3) Annual Certificate of Physical Condition NAVMED 6120/3;

        (4) HIV test (within two years);

        (5) Dental examination (within one year of submission);

        (6) Pap test (female only) (within two years); and

        (7) Copies of treatment records for significant medical conditions that have developed since enrollment.

    b.  Nuclear Officers.  Nuclear pre-commissioning physicals are forwarded per standard Naval letter format to Undersea and Radiation Medicine (URM) or Dive and Undersea via BUMED, Qualifications and Standards, via WebWave.  The pre-commissioning physical cover letter

must be signed by the PNS and state "Pre-commissioning Physical ICO MIDN__, SSN last four, Surface Warfare (Nuclear) (1160N)/Submarine Warfare (1170)/Naval Reactors (1220)." Nuclear Officer pre-commissioning physicals consists of:

       (1) The Basic BUMED pre-commissioning letter

       (2) Report of Medical Examination DD Form 2351 or DD Form 2808 completed by an Undersea Medical Officer;

       (3) Report of Medical History DD Form 2492 or DD Form 2807-1 completed by an Undersea Medical Officer;

       (4) Ionizing Radiation Medical Examination (NAVMED 6470/13);

       (5) Dental examination (within one year);

       (6) Pap test (female only) (within two years);

       (7) Annual Certificate of Physical Condition NAVMED 6120/3;

       (8) Ancillary studies per MANMED Chapter 15;

       (9) Health Records Privacy Statement DD Form 2005; and

       (10) HIV test (within two years).

   c. <u>Aviation:  Pilot or Naval Flight Officer</u>.  Aviation pre-commissioning physicals are forwarded per standard Naval letter format to NMOTC via BUMED, Qualifications and Standards via WebWave.  The pre-commissioning physical cover letter must be signed by the PNS and state "Pre-commissioning Physical ICO MIDN__, SSN last four, Student Naval Aviator (1390)/Student Naval Flight Officer (1370)/Marine Student Naval Aviator/Marine Student Naval Flight Officer".  Aviation (1390/1370) pre-commissioning physical consists of:

       (1) The basic BUMED pre-commissioning letter;

       (2) Report of Medical Examination (within 24 months) DD Form 2351 or DD Form 2808) (original) completed by a Flight Surgeon;

       (3) Report of Medical History (within 24 months) DD Form 2807-1 or DD Form 2492 (original, by a Flight Surgeon;

       (4) Dental Examination (within one year);

       (5) Electrocardiography (EKG) Tracing;

       (6) Annual Certificate of Physical Condition NAVMED 6120/3;

(7) Anthropometric Data Record NAVMED 6410/9;

(8) Ancillary studies per MANMED Chapter 15;

(9) Health Records Privacy Statement DD Form 2005;

(10) HIV test (within two year); and

(11) Pap test (female only) (within two years).

    d.  Naval Special Warfare or Explosive Ordnance Disposal.  Naval Special Warfare or Explosive Ordnance Disposal pre-commissioning physicals are forwarded per standard Naval letter format to the URM or Dive and Undersea via BUMED, Qualifications and Standards, via WebWave.  The pre-commissioning physical cover letter must be signed by the PNS and state "Pre-commissioning Physical ICO MIDN__, SSN last four, Naval Special Warfare(1XXX)/Explosive Ordnance Disposal(1XXX)". Naval Special Warfare/Explosive Ordnance Disposal pre-commissioning physicals consists of:

        (1) The Basic BUMED pre-commissioning letter;

        (2) Report of Medical Examination DD Form 2351 or DD Form 2808 completed by an Undersea Medical Officer;

        (3) Report of Medical History DD Form 2807-1 or DD Form 2492 completed by an Undersea Medical Officer;

        (4) Diver/Basic Underwater Demolition/SEAL (BUDS/S) Medical Screening Questionnaire;

        (5) Dental examination (within one year);

        (6) Pap test (female only) (within two years);

        (7) Ancillary studies per MANMED Chapter 15;

        (8) Health Records Privacy Statement DD Form 2005,

        (9) Annual Certificate of Physical Condition NAVMED 6120/3; and

        (10) HIV test (within two years).

    e.  Once NMOTC, URM, Dive and Undersea, or BUMED determine the student's physical qualification for their respective community, the unit will be notified.  If the applicant is physically qualified and does not require a waiver, BUMED will provide a stamped-approved return endorsement to student's pre-commissioning physical package.

If the pre-commissioning package requires a waiver, BUMED will send a recommendation and physical qualification letter to NSTC OD2A or MCRC (ON/E) with a copy to the unit.  NSTC OD2A or MCRC (ON/E) will endorse the letter "approved" or "disapproved" and forward it to the unit. Upon receipt, the unit shall enter the appropriate pre-commissioning physical code in the Personal/Program Information Form and the Service Assignment Form.

   f.  **No student shall be commissioned unless physically qualified for their respective designator.**

**9-10  Health and Dental Records**

1.  General.  Detailed instruction for the maintenance of Health and Dental Records is provided in the MANMED NAVMED P-117, Chapter 16. Scholarship and College Program Advanced Standing midshipmen, and SSMP midshipmen will have Health and Dental Records opened and maintained at the unit.  If dental records are available, a Dental Record should be established.  Although not required, a Health and/or Dental Record may be established for College Program Basic Standing students if sufficient documents exist.  STA-21 and MECEP OCs will continue to use their previously established Health and Dental Records; however, these files shall be maintained at the NROTC unit.  **Health and Dental records contain Privacy Act information and shall be secured accordingly.**

2.  Contents of the Health Record.  The Health Record is a four partition folder.  The medical documents or forms listed below shall be filed in the health record in the appropriate section.  Each section is numbered left to right and documents listed top to bottom, with each form arranged with newest on top within each group.

   a.  Section 1

      (1) Record of Preventive Medicine and Occupational Health.

      (2) Immunization Record, SF 601, CDC-731/PHS-731, or civilian equivalent).

      (3) Record of Occupational Exposure to Ionizing Radiation NAVMED 6470/10 (Only required if student has been exposed to ionizing radiation).

      (4) Audiology.

      (5) Eye Exams.

   b.  Section 2

(1) Annual Reports of Medical History, DD Form 2807-1, or Annual Certificates of Physical Condition NAVMED 6120/3.

(2) Chronological Record of Medical Care SF 600, (if applicable).

c.  Section 3

(1) Report of Medical Examination DD Form 2351 or DD Form 2808, Report of Medical History DD Form 2492 or DD Form 2807-1 (original).

(2) Anthropometric Data Record NAVMED 6410/9 Statement of Wearing Contact Lenses NSTC 1533/103 or Cycloplegic Eye Exam, etc., as applicable.

(3) BUMED Waiver Letters and any additional medical documents such as hospital records, consults, etc.  (if applicable).

(4) Privacy Act Statement - Health Care Records DD Form 2005 (signed).

(5) Record of Disclosure OPNAV 5211/9.

d.  Section 4

(1) Electrocardiograph Record.

(2) X-rays reports.

(3) Laboratory Report.

3.  Contents of the Dental Record (if applicable)

a.  Left Side of Folder

(1) Unmounted radiographs in envelopes.

(2) Sequential bite wing radiograph mounts.

(3) Panographic or full mouth radiographs.

(4) Report of Dental Exam, DD Form 2480.

(5) Privacy Act Statement-Health Care Records DD Form 2005 (signed).

(6) Record of Disclosure OPNAV 5211/9.

b.  Right Side of Folder.  Record of Dental Care, SF 603 or civilian equivalent.

4.  <u>Health and Dental Record Annual Reviews</u>.  The Health and Dental Records shall be reviewed annually by NROTC unit custodian.  Health record access shall be limited to the custodian, CO, and XO only.  Whenever practicable, verification of the Health and Dental Record shall be completed prior to active duty training periods.  At the very minimum, the person conducting the review shall first verify the completeness, accuracy, legibility of all identifying information (name, SSN, date of birth, place of birth, and gender).  A log page shall be kept recording annual verification on the top left hand side of the record.

5.  <u>Disposition Instructions</u>.  Prior to summer training, the Health and Dental Record shall be delivered to the student along with summer training orders.  Upon completion of summer training, the health record will be returned to unit custodian.  Upon disenrollment or commissioning, the disposition instructions are as follows:

    a.  <u>Disenrollment</u>.  As previously addressed, Health and Dental Records are only required for Scholarship and College Program Advanced Standing students.  In cases of Disenrollment, Health and Dental Records will be disposed of in accordance with CHAPTER 4.

    b.  <u>Commissioning</u>.  When any midshipman, STA-21, or MECEP is commissioned, all Service Records, Health and Dental Records shall be issued to the newly appointed officer.

NSTC M-1533.2A
17 July 15

**Index of Directed Administrative Actions with Page Numbers**

Directed Disenrollment Recommendation
  Academic ................................................... 6-25
  Aptitude .................................................. 6-26
  Death .............................................. 5-16, 5-17
  Disciplinary ................................. 4-12, 4-14, 5-22
  Dropped by Institution .................................... 6-30
  Failure to Enroll ......................................... 6-30
  Not Selected for Advanced Standing .................. 2-5, 4-5
  Special ................................................... 6-12
Directed LOA
  Academic .............................. 3-11, 3-12, 3-40, 6-12
  Interim ............................... 4-27, 6-11, 6-12, 6-22
  Medical .................................................... 9-7
  Physical Readiness ....................................... 3-43
Directed PRB.............. 4-12, 4-27, 6-8, 6-9, 6-11, 6-13, 6-14, 6-31