UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE,<br>   Plaintiff,<br><br> v.<br><br>PURDUE UNIVERSITY,<br>PURDUE UNIVERSITY BOARD OF TRUSTEES,<br>MITCHELL ELIAS DANIELS, JR.,<br>ALYSA CHRISTMAS ROLLOCK,<br>KATHERINE SERMERSHEIM,<br>   Defendant. | CAUSE NO.: 2:17-CV-33 |

### ORDER FOR SETTLEMENT CONFERENCE

A Settlement Conference in the above case is hereby scheduled for **February 13, 2023 at 09:30 a.m. Central time** (date agreed to by the parties) via Zoom, before the Honorable Joshua P. Kolar, Magistrate Judge. This Settlement Conference represents a **FINAL** effort to achieve a settlement of all issues in the case. It is assumed that by the time of the scheduled Conference, the parties will have made a concerted effort to settle this case on their own but have been unable to do so.

If no settlement is reached during the Court's Settlement Conference, it is expected that no settlement will be possible in the future and that the case can proceed to trial. The Settlement Conference will be conducted in such a manner as not to prejudice any party in the event settlement is not reached.

Unless excused by the Court in advance, all individual parties and/or chief corporate officers as well as lead trial counsel for the parties and those persons possessing final settlement authority for or on behalf of the parties shall **personally appear and remain present throughout the Settlement Conference**. It should not be necessary for persons attending the Settlement Conference to confer or consult with any persons who are not attending the Settlement Conference before making, accepting or rejecting a settlement offer. **Any failure of the lead counsel, parties or persons with final authority to attend the Settlement**

1

**Conference may result in an order to pay the fees and costs expended by the other parties in preparing for and attending the Conference, or other sanctions.**

Each party shall provide the court with a brief Confidential Settlement Memorandum **by January 23, 2023**. **The Confidential Settlement Memorandum should be emailed in .pdf format to <u>Kolar_Chambers@innd.uscourts.gov</u>**. To the extent possible, any exhibits to the settlement memorandum should be included with the memorandum as a single .pdf document. Under no circumstances will the Confidential Settlement Memoranda be disclosed to opposing counsel by the Court. The following information shall be included in the Confidential Settlement Memorandum:

1. A brief statement of the facts of the case, and of the claims and defenses, <u>i.e.</u>, the statutory or other grounds upon which the claims are founded. This statement should identify the major factual and legal issues in dispute.

2. If any part of the pending action is based upon a written instrument, a copy of the relevant portions of any such instrument should be attached.

3. An itemized statement or breakdown of the damages claimed, and of any other relief sought.

4. An estimate as to the total length of trial.

5. Whether any recovery by the Plaintiff(s) would be subject to any lien and, if so, the source, nature and amount of any such lien.

6. A summary of settlement negotiations to date.

7. A good faith estimate of your client's range of settlement. This figure is for the Court's own consideration and will not be disclosed to opposing counsel.

8. Any other matter which you feel the Court should be made aware of prior to the commencement of the conference.

So ORDERED this 21st day of December 2022.

    /s/Joshua P. Kolar  
UNITED STATES MAGISTRATE JUDGE