IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO RESCHEDULE FINAL PRETRIAL CONFERENCE

The remaining Defendant, Purdue University, by counsel, respectfully moves the Court to reschedule the final pretrial conference, which is currently set for March 7, 2023. The undersigned lead trial counsel William Kealey has a longstanding vacation scheduled for March 3-8, 2023. On March 7, 2023, the undersigned will be in remote southwest Colorado, flying back to Indiana on March 8.

Purdue University trial counsel Kealey and Jones have general availability on March 1, 2, 10, 13, 14, 15, 16, 20, 23, 24 and 28-31, 2023. Defendant Purdue University respectfully requests that the Court move the final pretrial conference to one of those dates.

This motion is not made for the purpose of vexation nor delay, and counsel does not anticipate that this proposed rescheduling will impact the April 24, 2023, trial setting.

Dated: February 15, 2023                    Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ William P. Kealey</u>
William P. Kealey (No. 18973-79)
Tyler L. Jones (No. 34656-29)
James F. Olds (No. 27989-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
          tlj@stuartlaw.com
          jfo@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***

</div>