IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO DEFENDANTS' MOTION
TO RESCHEDULE PRETRIAL CONFERENCE**

In response to Defendants' motion to reschedule the pre-trial conference, Plaintiff, John Doe, by counsel, does not object so long as the rescheduled date is March 14, 15, 16, 20, 23, 24 and 28-30, 2023.  Plaintiff's counsel is previously engaged on the other dates suggested by Defendants' counsel.

Date: February 15, 2023

Respectfully submitted,
/s/ Philip A. Byler
Philip A. Byler (pro hac vice)
Andrew T. Miltenberg
Nesenoff & Miltenberg LLP
363 7th Ave, 5th floor
New York, NY 10001
Email: pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
Telephone: 212-736-4500
Attorneys for Plaintiff

[1]

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on February 15, 2023.

William P. Kealey, Esq.
Tyler L. Jones, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
        tlj@stuartlaw.com
*Attorneys for Defendants*

BY:   ☐ U.S. Mail   ☐ Federal Express

       ☐ Hand-Delivery   x   <u>Other: ECF</u>

                                   <u>_____**Philip A. Byler, Esq.**_____</u>
                                      Philip A. Byler, Esq.