# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

March 6, 2023

Before

DIANE S. SYKES, *Chief Judge*

AMY J. ST. EVE, *Circuit Judge*\*

| No. 23-1310 | IN RE:<br>　JOHN DOE,<br>　　　　Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 2:17-cv-00033-JPK<br>Magistrate Judge Joshua Paul Kolar ||

Upon consideration of the **PETITION FOR A WRIT OF MANDAMUS**, filed on February 17, 2023, by counsel for the petitioner,

**IT IS ORDERED** that the petition for writ of mandamus is **DENIED**.

[\*] Circuit Judge Barrett was part of the panel in *Doe v. Purdue University*, 928 F.3d 652 (7th Cir. 2019). This petition is resolved by a quorum of that panel pursuant to 28 U.S.C. § 46(d).