| | |
|---|---|
| From: | Phil Byler <pbyler@nmllplaw.com> |
| Sent: | Tuesday, February 28, 2023 8:02 AM |
| To: | Jones, Tyler L. |
| Cc: | Kealey, William P. |
| Subject: | Re: Doe v. Purdue: Communication re Supplementation |

Tyler:

Plaintiff John Doe, under the present circumstances of the matter, does not have a current obligation to comply with your unreasonable and irrelevant demands. That you press those demands reflects that Purdue has Magistrate Judge Kolar in its back pocket and you are fully committed to the character assassination of Plaintiff John Doe in spite of you and your client's proven mistreatment of him.

*Phil*

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue - 5th Floor
New York, New York 10001
pbyler@nmllplaw.com
Telephone: 212.736.4500
Telecopier: 212.736.2260



**Phil Byler, Senior Litigation Counsel**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Jones, Tyler L. <TLJ@stuartlaw.com>
**Sent:** Monday, February 27, 2023 8:13 AM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** RE: Doe v. Purdue: Communication re Supplementation

1

EXHIBIT B

Phil,

We have not received any response from your office. Please advise if Plaintiff intends to honor his duty to supplement, update, and correct previous discovery responses and disclosures, as spelled out in my 2/9 letter.

Tyler

---

**From:** Jones, Tyler L.
**Sent:** Thursday, February 9, 2023 10:40 AM
**To:** Phil Byler <pbyler@nmllplaw.com>
**Cc:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Doe v. Purdue: Communication re Supplementation

Phil,

Please see attached.

Regards,

Tyler

**Tyler L. Jones**
ASSOCIATE



300 Main Street, Suite 900 | P.O. Box 1010 | Lafayette, IN 47902-1010
P: 765.428.7085 | F: 765.742.8175 | tlj@stuartlaw.com

This message is a confidential legal communication to named recipients. If you receive this message in error or are not a named recipient, please notify the sender and delete this email.
Stuart & Branigin LLP

---

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.