reducing high stress levels. Specific dates of the appointments are contained in a document file of Plaintiff's costs that has been produced. See Rule 33(d) of the Federal Rules of Civil Procedure. Also, while at Taylor University, Plaintiff had discussions with Tyler Witzig and Rachel MacGregor on dates reflected in the Taylor University document production subpoenaed by Defendants. With respect to Rachel McGregor, the entries for October 13, 2016 (page 7), October 28, 2016 (page 19), November 14, 2016 (page 21) and November 16, 2016 (page 23) reflect depression on the part of Plaintiff as to which Plaintiff was in denial and that, among other things, Plaintiff did not want to take depression medication because he says it will jeopardize the chances of joining the military in the future. With respect to Tyler Witzig, the entries for October 15, 2016 (pages 9, 11), October 27, 2016 (page 17), February 14, 2017 (page 29), August 26, 2017 (pages 33, 35), and September 1, 2017 (page 37) reflect depression on the part of Plaintiff and expression of frustration on the part of Plaintiff about how he was treated at Purdue. It was recorded by the Winfield Family Medicine that Plaintiff suffered from generalized anxiety disorder on January 17, 2019, March 14, 2019, April 5, 2019, April 10 2019, April 22, 2019, April 29, 2019, May 14, 2019, June 14, 2019, July 23, 2019, August 13, 2019, August 21, 2019, October 1, 2019, November 5, 2019, February 28, 2020, March 17, 2020, April 6, 2020 and July 14, 2020.

15. For each clinical diagnosis of harm that you attribute to the events alleged in your Amended Complaint, state the name and date of the diagnosis; the name and address of the persons making each diagnosis, and the date(s) of diagnosis.

**ANSWER:** Plaintiff objects to this interrogatory because Plaintiff answered this inquiry in his Response No. 9 to Defendants' First Set of Interrogatories and because of the interrogatory's ambiguity -- Plaintiff must presume that Defendants' use of the word "diagnosis" indicates the interrogatory is directed to Plaintiff's emotional and psychological damages. Subject to objection, Plaintiff has only discussed periodically with his treating professional possible clinical diagnoses.

16. If you, your attorneys, or anyone acting on your behalf knows of the existence of any statement, whether recorded, written, reported by a stenographer or otherwise, given by a person having or claiming to have knowledge regarding any of the facts, conditions, events, or happenings referred to in your Amended Complaint or concerning how the incidents alleged in your Amended Complaint occurred, or concerning the injuries or damages you alleged, state:

    a. whether or not the statement was taken by you or by anyone acting on your behalf;

    b. the name, title, employer, residence address, employment address, telephone number, and present whereabouts of each person giving the