**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK,** | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## PROPOSED REQUESTS FOR VOIR DIRE EXAMINATION

Come now Plaintiff John Doe, by counsel, and Defendant The Trustees of Purdue

University ("Purdue"), by counsel, and submit the following proposed voir dire questions for the

potential jurors. The instructions are presented jointly where indicated. Where the parties have

not so agreed, the party presenting the instruction is identified.


Respectfully submitted,

/s/ Philip A. Byler (w/permission)     /s/ William P. Kealey
Philip A. Byler                        William P. Kealey (18973-79)
Andrew T. Miltenberg                   Tyler L. Jones (34656-29)
Nesenoff & Miltenberg LLP              James F. Olds (27989-53)
363 7th Ave 5th floor,                 Stuart & Branigin, LLP
New York, NY 10001                     300 Main St., Ste. 900
Email: pbyler@nmllplaw.com             P.O. Box 1010
       amiltenberg@nmllplaw.com        Lafayette, IN 47902-1010
Telephone: 212-736-4500                Email: wpk@stuartlaw.com
***Attorneys for Plaintiff***                tlj@stuartlaw.com
                                              jfo@stuartlaw.com
                                       Telephone: 765-423-1561
                                       ***Attorneys for Defendants***

Dated: March 21, 2023

1554166

**<u>Joint Voir Dire Question No. 1</u>**

Do you or any of your relatives work for Purdue University, or know anyone who works for Purdue University?

**Plaintiff's Proposed Voir Dire Question No. 2**

Do you believe that young women at universities should be presumed to be telling the truth when complaining about sexual misconduct?

**<u>Joint Voir Dire Question No. 3</u>**

Have you ever been accused of sexual misconduct?

**<u>Joint Voir Dire Question No. 4</u>**

Have you ever accused anyone else of sexual misconduct?

**<u>Joint Voir Dire Question No. 5</u>**

Have you heard about this case in the press?

**Plaintiff's Proposed Voir Dire Question No. 6**

Do you have an issue with a young man suing a university over his treatment when a student at the university?

**Joint Voir Dire Question No. 7**

Has anyone in your family attended college in the last twenty (20) years?

a.        If so, please name the school or educational institution your family member

attended, when your family member attended that college, and your relationship to that family

member.

**<u>Joint Voir Dire Question No. 8</u>**

Have you or a family member been involved in a high school or college disciplinary situation?

<u>**Joint Voir Dire Question No. 9**</u>

What is your educational background?

a.    Where did you receive your high school education?

b.    Have you received any further education or job training after high school? If so,

please describe the education or training.

<u>**Joint Voir Dire Question No. 10**</u>

Have you, any member of your family, or a close personal friend ever been in a lawsuit?

a.    If so, were you or that person the plaintiff, that is the person bringing the action, or the defendant, the person who was sued in the case?

b.    Please describe the lawsuit.

## Joint Voir Dire Question No. 11

Have you or any member of your family ever worked for a school or educational institution?

a.        If so, please name the school or educational institution you or your family member worked for, your relationship to that family member (if applicable), when you or your family member worked there, and describe the job responsibilities.

### Joint Voir Dire Question No. 12

What is your present occupation?

a.      Where are you employed, how long have you been employed by your present

employer, and what is your duty or responsibility at your job?

## <u>Joint Voir Dire Question No. 13</u>

Do you have a spouse? If so:

a.      Is your spouse employed?

b.      If so, where is your spouse employed, and what is his/her work?

## **Joint Voir Dire Question No. 14**

State the number of children you have and their ages.

### Joint Voir Dire Question No. 15[1]

Are you personally acquainted with, or to your knowledge is any member of your

immediate family or any close friend of yours acquainted with, any of the witnesses or lawyers

or any of their spouses, parents or children?  Potential witnesses in this case include:

- [Plaintiff's name]
- Zenon Horb
- Monique Horb
- [Jane Doe's name]
- [Midshipman A's name]
- Christie Joehl
- Katherine Sermersheim
- Alysa Rollock
- Erin Oliver
- Jake Amberger
- Monica Soto Bloom
- Matthew Conaway
- Paige Cunningham
- Paula Courtney
- Ralph Webb
- Craig Remaly
- Megan Redlawsk/May/Chester
- Kyle Willstatter
- Adam Sheppard
- Rodney Hutton
- List to be supplemented

---

[1] To be updated to final witness list in proposed Pretrial Order.

17

## <u>Joint Voir Dire Question No. 16</u>

Have you or an immediate family member ever served in any branch of the U.S. Armed Forces (including any State or National Guard)? If so, please identify who served, what branch they served in, when they served, and whether they ever received discipline during that service.

## <u>Joint Voir Dire Question No. 17</u>

Have you ever reported an act of misconduct to authorities for investigation, whether to law enforcement, or in a workplace, in a school setting, or in another setting such as a group where you were a voluntary member? If so, please identify the type of misconduct that you reported and the type of organization to whom you reported.

## **Joint Voir Dire Question No. 18**

What is your favorite television network?

**<u>Joint Voir Dire Question No. 19</u>**

Have you ever served on a jury before?

a.    If so, when and how many times?

b.    In what court?

c.    If you sat on a case, was that a civil or criminal case?

d.    In those cases, where you did sit as a juror, that were civil cases, was the verdict for the plaintiff or for the defendant?

e.    On those juries where you actually sat, did all of them come to verdict or in some cases, was there such a split in decision that you had what we call a hung jury?

f.    Is there anything about your previous experience on a jury, or even being involved with a panel and being subjected to questioning by the court, that makes you feel that you would rather not sit again on a jury and, in particular, to sit on this jury?

## Joint Voir Dire Question No. 20

If you were to serve on this jury, would you take the law exactly as I give it to you regardless of whether, in your mind, you might feel that some part of the law is unwise or that you disagree with some part of the law?

### Joint Voir Dire Question No. 21

Will you commit at this time to me that whether you feel the law is wise or unwise, you will accept the law as I give it to you as being the law that you must use in deciding this case?

**<u>Joint Voir Dire Question No. 22</u>**

In other words, will you follow the law even though your idea of what the law should be is different from what I tell you the law is?

**Joint Voir Dire Question No. 23**

If you are chosen as a juror in this case, will you decide this case solely on the basis of the evidence that you hear in this courtroom, on the testimony of the witnesses that you hear in this courtroom, and on the instructions that I give you and that you will not consider any outside source of information or make any independent investigations of your own outside this courtroom?

## Joint Voir Dire Question No. 24

If you serve as a member of this jury, will you keep an open mind about the case until it is finally submitted to you and you are asked to make a decision on it?