# EXHIBIT Q

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
 2               INDIANAPOLIS DIVISION
 3             CASE NO. 2L17-cv-33-JPK
 4
        JOHN DOE,                    )
 5                                   )
             Plaintiff,              )
 6                                   )
             vs.                     )
 7                                   )
        PURDUE UNIVERSITY, PURDUE    )
 8      UNIVERSITY BOARD OF          )
        TRUSTEES, MITCHELL ELIAS     )
 9      DANIELS, JR., in his         )
        official capacity as         )
10      President of Purdue          )
        University, ALYSA            )
11      CHRISTMAS ROLLOCK, in her    )
        official capacity at         )
12      Purdue University,           )
        KATHERINE SERMERSHEIM, in    )
13      her official capacity at     )
        Purdue University,           )
14                                   )
             Defendants.             )
15
16
                      CONFIDENTIAL
17
              DEPOSITION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮
18
19
        The deposition upon oral examination of
20   ▮▮▮▮▮▮▮▮▮▮▮▮▮, a witness produced and sworn before me,
     Amy Doman, Registered Merit Reporter, Certified
21   Realtime Reporter, Certified Shorthand Reporter, Notary
     Public in and for the County of Hamilton, State of
22   Indiana, taken on behalf of the Defendants, at the
     offices of Stuart & Branigin LLP, 300 Main Street,
23   Suite 900, The Life Building, Lafayette, Indiana,
     scheduled to begin at 9:00 a.m., on Monday,
24   August 17, 2020, pursuant to the Federal Rules of Civil
     Procedure.
25
```

CONFIDENTIAL



Page 2

```
 1            A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3        Philip A. Byler
          NESENOFF & MILTENBERG
 4        363 Seventh Avenue, Fifth Floor
          New York, NY  10001
 5        212.736.4500
          pbyler@nmllplaw.com
 6
     FOR THE DEFENDANTS:
 7
          William P. Kealey
 8        Tyler L. Jones
          STUART & BRANIGIN LLP
 9        300 Main Street, Suite 900
          P.O. Box 1010
10        Lafayette, IN  47902-1010
          765.423.1561
11        wpk@stuartlaw.com
          tlj@stuartlaw.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

CONFIDENTIAL

Page 137

1  Q   And you weren't personally up at Taylor with him to
2      observe any of the --
3  A   No.
4  Q   -- reported anxiety?
5  A   No.  I've never been to Taylor.
6  Q   Fair enough.
7  A   But I have had friends that were there with him,
8      and I mean, I think one of them, his name is ▇ ,
9      he's told me that, you know, ▇ definitely had
10     anxiety issues.
11 Q   What's ▇ last name?
12 A   I don't remember.
13 Q   Taylor is a nice campus, you should go up there
14     sometime.
15 A   Oh, is it?
16 Q   It is.
17       So after his suspension, have you witnessed
18     any of this paralyzing anxiety that you've told me
19     about personally?
20 A   I mean, he's just like -- I can kind of see it in
21     his face sometimes when he talks about it.  And
22     just, like, thinking of the case, changes his mood,
23     like, quickly.  And even his mom has told me when
24     he has to do, like, case-related things, he kind of
25     has to, like, isolate himself in his room

35 (Pages 134 - 137)

|  | Page 138 |
|---|---|
| 1 | downstairs and just take a breather for, |
| 2 | like, a few days. And then something like that. |
| 3 | So that's, like, roughly what I've heard from his |
| 4 | mom. |
| 5 Q | So you haven't seen him -- |
| 6 A | Uh-huh. |
| 7 Q | -- become paralyzed at Taylor unable to study |
| 8 | because you weren't there, correct? |
| 9 A | I wasn't there. |
| 10 | MR. BYLER: Objection to form. |
| 11 | BY MR. JONES: |
| 12 Q | Okay. |
| 13 A | But we would be in enough contact that I would, you |
| 14 | know, it was consistent with what he was telling |
| 15 | me. |
| 16 Q | And he's the one telling you this, correct? |
| 17 A | Yes. He was telling me this. |
| 18 Q | And again, I'm not trying to belabor a point, when |
| 19 | I say personal knowledge, I mean what you've seen |
| 20 | and experienced, not what others have told you. |
| 21 A | Right. |
| 22 Q | Because I can talk to ▇ and get his version of |
| 23 | events pretty easily. |
| 24 A | Sure. |
| 25 Q | Okay. You never saw his inability to go to work |

|  | Page 140 |
|---|---|
| 1 A | Gotcha. |
| 2 Q | So it sounds like your basis for the conclusion or |
| 3 | the recommendation, whatever you would characterize |
| 4 | it as, that he was stressed out was simply because |
| 5 | when you saw him, those two to five times -- |
| 6 A | Uh-huh. |
| 7 Q | -- his mood changed a little bit when you talked to |
| 8 | him about the case; is that fair? |
| 9 A | Yeah. It was just different. |
| 10 Q | Okay. Just a little more depressed? |
| 11 A | A lot more. |
| 12 Q | Okay. Before we kind of wrap up here -- |
| 13 A | Uh-huh. |
| 14 Q | -- how would you characterize "a lot more" |
| 15 | depressed from normal ▇? What specifically? |
| 16 A | Well, I didn't really see him, like, he would |
| 17 | normally, like, send lots of like, you know, just |
| 18 | like -- I don't know. Every time we saw him in |
| 19 | general, like, in the beginning, all throughout |
| 20 | until, I guess, like post-allegation and |
| 21 | post-suspension, I mean, he was super cheery and |
| 22 | made jokes all the time. He still has humor in |
| 23 | him, but it's just like, it never was as frequent |
| 24 | and, like, you could see him, like, his mood |
| 25 | visibly change, shift. Like, he just -- he |

|  | Page 141 |
|---|---|
| 1 | wouldn't be as happy, like, he wouldn't have the |
| 2 | energy, if that makes sense. |
| 3 Q | Okay. So if I'm understanding you then, |
| 4 | post-suspension, he has kind of two moods; he has |
| 5 | general, happy, normal ▇ mood -- |
| 6 A | Yeah. |
| 7 Q | -- goes to movies, plays video games, whatever it |
| 8 | may be. |
| 9 A | Yeah. |
| 10 Q | And then if someone brings up the case with him, he |
| 11 | gets depressed. |
| 12 | Is that what you're telling me? |
| 13 A | I mean, it literally led him to have to look into |
| 14 | solutions online for all kinds of ways he could, |
| 15 | you know, feel better. |
| 16 Q | What are you talking about? |
| 17 A | Like the -- well, one of them was like at Taylor, |
| 18 | when he was microdosing LSD, when he told me about |
| 19 | that. And I don't think he would have ever even |
| 20 | considered it if he wasn't going through such mood |
| 21 | shifts. |
| 22 Q | Why did he decide to go online to look for |
| 23 | solutions, if you know? |
| 24 A | Because he has internet access. That's all I can |
| 25 | say, yeah. |