# EXHIBIT V

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
 2                      HAMMOND DIVISION
 3                   CASE NO. 2:17-cv-33-JPK
 4    JOHN DOE,                         )
                                        )
 5         Plaintiff,                   )
                                        )
 6         -vs-                         )
                                        )
 7    PURDUE UNIVERSITY, PURDUE         )
      UNIVERSITY BOARD OF TRUSTEES,     )
 8    MITCHELL ELIAS DANIELS, JR.,      )
      in his official capacity as       )
 9    President of Purdue               )
      University, ALYSA CHRISTMAS       )
10    ROLLOCK, in her official          )
      capacity at Purdue University,    )
11    KATHERINE SERMERSHEIM, in her     )
      official capacity at Purdue       )
12    University,                       )
                                        )
13         Defendants.
14
15            DEPOSITION OF KATHERINE SERMERSHEIM
16
17       The ZOOM deposition upon oral examination of
      KATHERINE SERMERSHEIM, a witness produced and sworn
18    before me, Clarice H. Howard, CCR-Ky, Notary Public in
      and for the County of Boone, State of Indiana, taken on
19    behalf of the Plaintiff, on Tuesday, August 25, 2020,
      scheduled to commence at 1:00 p.m., pursuant to the
20    Federal Rules of Civil Procedure with written notice as
      to time and place thereof.
21
22
23
24
25
```

```
                                              Page 2
 1            A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4        Philip A. Byler
          NESENOFF & MILTENBERG LLP
 5        363 Seventh Avenue
          Fifth Floor
 6        New York, New York 10001
          1.212.736.4500
 7        pbyler@nmllplaw.com
 8
      FOR THE DEFENDANTS:
 9
          William P. Kealey
10        STUART & BRANIGIN, LLP
          300 Main Street
11        Suite 900.
          Lafayette, Indiana 47902-1010
12        1.765.423.1561
          wpk@stuartlaw.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 12

1        (Deposition Exhibit No. 33 marked
2              for identification.)
3  BY MR. BYLER:
4  Q   Okay.  Have you looked at the document?
5  A   Yes.
6  Q   I want to give you that opportunity.  Are you able
7      to identify what kind of document Sermersheim
8      Exhibit 33 is?
9  A   I think this is 32, is it not?
10 Q   The Exhibit number is 33.  It's Bates stamp 32 and
11     33.
12 A   Okay.  I just wanted to be clear.
13 Q   I appreciate it.  We want to be on the same page.
14     It's Bates stamp 32 to 33.  It's received in the
15     deposition as Exhibit No. 33.
16        So my question is can you identify what kind
17     of document this is?
18 A   Yes.
19 Q   What is it?
20 A   It's a student of concern report.
21 Q   And this particular one concerns what?
22 A   It would be reported as a concern for a student's
23     mental health.
24 Q   Okay.  And does the report reflect why there was a
25     concern for a student's mental health?

Page 13

1  A   There is a narrative describing an interaction
2      between the Purdue Promise coach and a student,
3      yes.
4  Q   Who's the student about whom there's a concern for
5      mental health?
6  A   The name appears to be blacked out.
7  Q   Redacted.  Okay.  Does this report indicate who was
8      the one making the report?
9  A   It does.
10 Q   And who is it?
11 A   Leanne DeLosh.
12 Q   And does report indicate who she talked to that
13     prompted filing this report?
14 A   Yes.
15 Q   And who is that?
16 A   ▮▮▮▮▮▮▮▮.
17 Q   Does that report reflect that ▮▮▮▮▮▮▮▮ told the
18     reporter that the redacted name had committed --
19     had attempted to commit suicide?
20        MR. KEALEY:  Objection to form.
21 A   It indicates that she had thoughts of suicide.
22 Q   Is this the kind of document that gets sent to you
23     in your capacity as dean of students?
24 A   I receive a copy of this, yes.
25 Q   So you would have received a copy of what we've

4 (Pages 10 - 13)

Page 14

1   marked as Sermersheim Exhibit 33 with Bates stamp
2   32 to 33?
3 A   Yes.
4 Q   Do you recall receiving a copy of that back in
5   February of 2016?
6 A   I do not.
7 Q   Okay. And let's go to what I'm going to mark as
8   Sermersheim Exhibit 2, which has the Bates stamp
9   726 to 728.
10         (Deposition Exhibit No. 2 marked
11             for identification.)
12         (Witness reviews documents.)
13 BY MR. BYLER:
14 Q   Have you looked at the document?
15 A   Yes.
16 Q   Is this an e-mail from one Monica Bloom to you and
17   Vice President Rollock?
18 A   Yes.
19 Q   At that point in time, what position do you know
20   that Monica Bloom had?
21 A   At that time Monica Bloom would have been the
22   director of CARE, our Center for Advocacy Response
23   and Education.
24 Q   Okay. What is your understanding that CARE does?
25 A   They support students during situations of domestic

5 (Pages 14 - 17)