# EXHIBIT W

Page 1

1  IN THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION
3  --------------------------------------------------x
4  JOHN DOE,
5                   Plaintiff,
6           V.                    No. 2:17-cv-33-JPK
7  PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF
8  TRUSTEES, MITCHELL ELIAS DANIELS, JR., in his
9  official capacity as President of Purdue
10 University, ALYSA CHRISTMAS ROLLOCK, in her
11 official capacity of Purdue University, KATHERINE
12 SERMERSHEIM, in her official capacity at Purdue
13 University,
14                 Defendants.
15
16 --------------------------------------------------x
17
                           Videoconference
18
19                         December 4, 2020
                           1:30  P.M.
20
21
22
23 Deposition of ERIN OLIVER, held at the above time
24 and place, pursuant to Order, taken before a Court
25 Reporter of the State of Indiana.

```
                                                          Page 2
 1   APPEARANCES:
 2
 3        NESENOFF & MILTENBERG, LLP.
          Attorneys for Plaintiff, John Doe.
 4        363 Seventh Avenue - 5th Floor
          New York, New york 10001
 5
          BY:  PHILIP A. BYLER, ESQ.
 6
 7        STUART & BRANIGAN, LLP.
          Attorneys for Defendants.
 8        300 Main Street - Suite 900
          P.O. Box 1010
 9        Lafayette, Indiana 47902-1010
10        BY:  WILLIAM P. KEALEY, ESQ.
11
12   ALSO PRESENT: Bill Lahey.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

|   | | Page 24 |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Now. Let me direct your attention to Purdue 40, that first page now, you see in the middle of page December 13, things started going downhill unstable after that? |
| 6 | A | Yes. |
| 7 | Q | Was that the date that ▓▓▓▓ identified to you as the date that the situation with respect to ▓▓▓▓ where she was to commit suicide? |
| 11 | A | Yes, I believe so. |
| 12 | Q | That was at the armory at Purdue? |
| 13 | A | I do not recall any details. |
| 14 | Q | Strike that.<br>Was that at the parking lot next to the armory, at Purdue? |
| 17 | A | I recall the conversation involving a parking garage but I don't recall where on campus. A parking garage on campus.<br>I don't recall which one. |
| 21 | Q | There was a parking garage next to the armory? |
| 23 | A | Yes, caddy-corner across the street. |
| 24 | Q | The armory is where the Army ROTC and the Navy ROTC house their program, correct? |

7 (Pages 22 - 25)



Page 27

1   A   Yes.
2   Q   Do you recall that in that interview,
3   Mr. ▮▮▮▮▮ was a roommate related to you that
4   ▮▮▮▮▮▮▮ was concerned about the suicide
5   attempt that ▮▮▮▮▮▮▮ made?
6   A   Yes.
7   Q   And in your interview of the roommate
8   he indicated that Mr. ▮▮▮ was pretty much told
9   that he was from the Navy ROTC?
10  A   Correct.
11  Q   In that interview the roommate talked
12  about, you know playing around with the stunt but,
13  in a joking and friendly way?
14  A   Yes, he specifically indicated to me
15  during the interview that they messed around with
16  it for a bit.
17  Q   So page 48 and toward the bottom, I am
18  just going to read your notes: "Generally not a
19  disrespectful guy a moral guy will speak out what
20  people are having sex with lots of girls."
21      Is that in your note?
22  A   Correct.
23  Q   That is what the roommate said about
24  ▮▮▮▮▮▮▮?
25  A   Yes.

8 (Pages 26 - 29)



Page 49
1  said about the subject?
2     A    Sorry -- re-read this paragraph, real
3  quick.
4     Q    Go ahead.
5     A    He specifically contradicted there was
6  anything that he chased her.
7     Q    Is the witness waiting for something, I
8  thought I had a question.
9     A    I believe I answered the question if
10 not.
11    Q    Now let's go still on 379, to the
12 third, well it is the paragraph toward the bottom
13 of the page, where it states around December 2015
14 redaction, Mr.          made statements to him that
15 made him to believe that          was considering
16 suicide.
17         Question to you:  Do you recall
18              saying that          was considering
19 suicide or that she had attempted suicide?
20    A    I believe from my notes there was an
21 indication that there had been an incident on the
22 parking garage which I don't again recall the
23 details of and also disclosed my notes indicate
24 several attempts in high school.  Again, I don't
25 recall any further detail of that.

13 (Pages 46 - 49)