IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) No. 2:17-cv-33-JPK ) ) ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO VACATE TRIAL DATE AND REFER THE PARTIES TO MAGISTRATE JUDGE RODOVICH FOR JUDICIAL SETTLEMENT CONFERENCE

Plaintiff and Defendants (the "Parties"), by counsel, jointly move the Court to (i) vacate the April 24, 2023 trial date and (ii) refer the Parties to Magistrate Judge Andrew Rodovich for a second judicial settlement conference session. In support of this Joint Motion, the Parties state:

1. This matter is currently set for a jury trial beginning on April 24, 2023.

2. On February 13, 2023, the Parties participated in a judicial settlement conference via Zoom. DE 223.

3. At the Final Pretrial Conference on March 14, 2023, this Court invited the Parties to consider reconvening for a second judicial settlement conference session, and the Court suggested Magistrate Judge Rodovich as an available judicial officer for that purpose.

4. The undersigned have conferred and agree that a second judicial settlement conference session with Magistrate Judge Rodovich by Zoom would be productive. However, due to the press of trial preparation in this cause and other calendaring concerns, the

1

undersigned respectfully submit to the Court that convening a second judicial settlement conference session is only feasible if the Court vacates the April 24, 2023 trial setting.

Wherefore, the Parties request the following relief:

A. That the Court vacate the April 24, 2023 trial setting; and

B. That the Court refer this matter to Magistrate Judge Rodovich for a judicial settlement conference by Zoom.

Respectfully submitted,

/s/ Philip A. Byler (*with permission*)
Philip A. Byler (pro hac vice)
Andrew T. Miltenberg
Nesenoff & Miltenberg LLP
363 7th Ave 5th floor,
New York, NY 10001
Email: pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
Telephone: 212-736-4500
*Attorneys for Plaintiff*

/s/ William P. Kealey
William P. Kealey (18973-79)
Tyler L. Jones (34656-29)
Stuart & Branigin, LLP
300 Main St., Ste. 900 P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tlj@stuartlaw.com
Telephone: 765-423-1561
*Attorneys for Defendant*

1556887v1