# EXHIBIT D

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
 2                      HAMMOND DIVISION
 3                  CASE NO. 2:17-cv-33-JPK
 4     JOHN DOE,                          )
                                          )
 5         Plaintiff,                     )
                                          )
 6         -vs-                           )
                                          )
 7     PURDUE UNIVERSITY, PURDUE          )
       UNIVERSITY BOARD OF TRUSTEES,      )
 8     MITCHELL ELIAS DANIELS, JR.,       )
       in his official capacity as        )
 9     President of Purdue                )
       University, ALYSA CHRISTMAS        )
10     ROLLOCK, in her official           )
       capacity at Purdue University,     )
11     KATHERINE SERMERSHEIM, in her      )
       official capacity at Purdue        )
12     University,                        )
                                          )
13         Defendants.
14
15                DEPOSITION OF ████████████
16
17     The videotaped deposition upon oral examination of
       ████████████, a witness produced and sworn before me,
18     Clarice H. Howard, CCR-Ky, Notary Public in and for the
       County of Boone, State of Indiana, taken on behalf of
19     the Defendants, at the offices of Stuart & Branigin,
       LLP, 300 Main Street, Suite 900, Lafayette, Indiana, on
20     Tuesday, August 18, 2020, scheduled to commence at
       10:00 a.m., pursuant to the Federal Rules of Civil
21     Procedure with written notice as to time and place
       thereof.
22
23
24
25
```



Page 21

1  Q   Mr. ▇▇▇, I'm handing you Deposition Exhibit 2.
2      Please review this document.  Do you recognize this
3      document?
4  A   I recognize my signature.  Yes, I do.
5  Q   Who drafted that document?
6  A   That I do not recall.
7  Q   Did you draft it?
8  A   No, I don't think I did.
9  Q   Who requested that creation and signature on
10     Deposition Exhibit 2?
11 A   I don't recall.
12 Q   Was it somebody from Navy ROTC?
13 A   It may have been.  I don't recall.
14 Q   Do you recall whether Navy ROTC asked you to sign a
15     release for Navy ROTC to access the information
16     described in Deposition Exhibit 2?
17 A   No, but it's here, so they must have.
18 Q   After you signed this document, who did you give it
19     to?
20 A   I don't recall who I gave it to.
21 Q   What did you understand was the reason why you were
22     signing Deposition Exhibit 2?
23 A   Upon looking at the document, it seems pretty
24     straight to the point.  It's saying that the school
25     investigation is permitted to be seen by the Navy

6 (Pages 18 - 21)

Page 22

1   and it's asking for my consent in that matter.
2 Q   What did you understand to be the reason why Navy
3     ROTC was obtaining your consent?
4 A   I imagine they wanted to be in the loop on what was
5     going on.
6 Q   You imagine that or did somebody tell you that?
7 A   Well, this document does.
8 Q   You don't recall one way or the other anybody at
9     the Navy telling you that the Navy wanted access to
10    information from Purdue?
11 A  No, I do not.
12 Q  So as you sit here today, you didn't have any
13    recollection of the circumstances under which you
14    signed Deposition Exhibit 2?
15         MR. BYLER:  Objection, form.
16 A  When this investigation started at the school, I
17    was in disarray.  I was in disbelief and a lot of
18    the details were or some of the details of the
19    early stages of the investigation and who got
20    access to what, was lost on my memory.
21 Q  As of May 24, 2016, you wanted access to the
22    investigator's report yourself, right?
23 A  I did want access to the investigator's report
24    because I want to defend myself in the case that
25    Purdue had me in.  If the 24 is that date, then

7 (Pages 22 - 25)

Page 104

1   you reporting suicide attempts or suicide risks on
2   the part of Ms. ▓▓▓▓ right?
3 A  Yes.
4 Q  So your complaint is premised on something totally
5   unrelated to sexual assault awareness month, is it
6   not?
7       MR. BYLER: Objection to form.
8 A  No, it is not totally unrelated.
9 Q  Was Ms. ▓▓▓▓ sensitive to your suicide reporting
10  because of sexual assault awareness month?
11 A Could you repeat that one more time?
12 Q What did sexual assault awareness month have to do
13  with your contention that you were accused of
14  sexual assault in retaliation for suicide
15  reporting?
16 A Well, it's pretty crazy timing that she decided to
17  suddenly report something in April, which just
18  happens to be sexual assault awareness month, even
19  though this is five to six months after she's
20  alleging something happened.
21 Q When did you make reports to her RA's about
22  suicide?
23 A It would have been in late January or February.
24 Q So isn't it pretty crazy to think that a report in
25  early April relates to acts you did in January?

Page 105

1 A  I don't think so.
2 Q  So you think the lag of time in between January and
3   April for response to suicide reporting is
4   plausible, yes?
5 A  I think there's a cocktail factor, yes.
6 Q  A cocktail. What are the other factors?
7 A  She tried to rekindle a relationship with me in
8   February and March and I shot that down. I was not
9   interested. And I don't think she was happy with
10  that rejection.
11     And April rolls around and here you have an
12  April promotion for sexual assault awareness, and I
13  think that's very possible that that idea gets put
14  in someone's head that when you see it's being
15  promoted towards women, that they will inherently
16  have advantage in those sorts of allegations.
17 Q Let me be sure I'm crystal clear on your
18  allegation. Had there been no sexual assault
19  awareness month at Purdue University, Ms. ▓▓▓▓
20  would have never made her allegation against you?
21 A I think it's quite possible.
22 Q Regardless of your attempts to report suicidal
23  tendencies?
24 A I think it's quite possibly. It's impossible to
25  say whether what the straw was that broke the

27 (Pages 102 - 105)

Page 113

1    A    Yes.
2    Q    Because you contend that if you had sexually
3         assaulted Ms. ▮▮▮▮ she would referred to it in
4         the text messages?
5    A    I would have thought so.
6    Q    And if there, in fact, text messages in which she
7         and you referred to sexual contact, that would be
8         bear on whether she was telling the truth or you
9         were telling the truth, correct?
10   A    Correct.
11   Q    So if the investigators found texts in which the
12        two of you were discussing sexual contact, it would
13        be appropriate for the investigators to rely upon
14        those texts as evidence, correct?
15   A    Correct.
16   Q    And if the investigators found such texts and
17        relied upon them, that would not be act of antimale
18        basis, would it?
19   A    It would depend on the manner in which they relied
20        upon it and whether they chose to ignore context or
21        conclude context.  In some of the notes of the
22        investigator's report, they included context in the
23        notes and then they refused to add the context to
24        the final analysis findings.
25   Q    Explain.

29 (Pages 110 - 113)

Page 114

1  A   If they were unbiased in their findings, I would
2      think that they would try to be as clear as
3      possible with explanations in regards to texts.
4      Instead they went and they cherry picked several
5      different texts and they decided that those were
6      confessions on my part.
7         And they ignored the context surrounding those
8      texts. They ignored my explanation. They said I
9      was not a credible witness. They said that she
10     was. And they said in their report he's lying,
11     she's not.
12        The entire process, in my opinion, was deeply
13     flawed and is the only reason we ended up with the
14     result that we did.
15 Q   Your contention to the investigators was that none
16     of these texts deserved any attention at all,
17     correct?
18 A   My contention to the investigators was that these
19     texts showed there was no evidence of any sort of
20     sexual misconduct between the two of us.
21 Q   And so your credibility depended entirely on
22     whether that assertion by you was plausible?
23        MR. BYLER: Objection to form.
24 A   I also provided refutations to all of the other
25     allegations, and I provided explanations of her

Page 115

1      mental fortitude and why I thought she was not a
2      credible witness. And everything but texts was
3      ignored by the investigators.
4  Q   What does Ms. ▓▓▓▓ mental fortitude have to do
5      with your contention?
6  A   Her fortitude has to do with the allegations.
7  Q   Well, you're alleging that she intentionally framed
8      you for sexual assault?
9  A   Yes.
10 Q   What does her mental fortitude have to do with
11     that?
12 A   Perhaps fortitude is not the right word.
13 Q   What does your contention that she was suicidal
14     have to do whether she intentionally framed you for
15     sexual assault?
16 A   As I said before, I think that the suicide attempt
17     was something that changed out relationship. And
18     when I reported it, after our relationship was
19     over, I think that upset her. And she decided
20     months later that she was going to get back at me
21     for that.
22 Q   Why did you make a report of suicide attempt after
23     your relationship was over?
24 A   Because when the attempt happened, I didn't know
25     what to do. She was very mentally unstable around

Page 116

1      the attempt and after the attempt, and she never
2      acted the same way. But I debated for a while
3      whether it was a wise decision to report it because
4      I didn't want to further destabilize her mental
5      health, given that she had just tried to jump off
6      of a parking garage in front of me on the Sunday
7      before finals week.
8         So after about one month at the end of
9      January, I gathered up my courage and went to RA
10     and told them, hey, this is what's going on and I'm
11     really concerned for this girl. And I don't know
12     what's on with her, but I want it to be aware just
13     in case that could be something that could help
14     her.
15        I reported that to ▓▓▓▓ and it's
16     inside the very large investigation report document
17     with many copies of texts.
18 Q   You testified a minute ago that you made a report
19     about ▓▓▓▓ after you relationship was over, not
20     after she allegedly attempt to commit suicide, but
21     after the relationship was over, right?
22 A   Yes.
23 Q   You did so in mid February, not January, right?
24 A   The date I remember seeing was late January.
25 Q   So somewhere between six and eight weeks after the

Page 117

1      supposed incident in mid December?
2  A   Yes.
3  Q   Would you agree with me that if somebody was
4      concerned about suicide risk would not wait six to
5      eight weeks to report it?
6  A   No.
7  Q   You'd wait and see whether there was a suicide
8      during the six or eight weeks?
9  A   I was worried that doing that would further
10     destabilize her because the reasoning she was
11     giving me up to her suicide attempt was that she
12     was afraid she wasn't going to make in the Navy,
13     she wasn't going to get her grades where she needed
14     them to be, that she wasn't good enough to keep
15     following this path she had, saying she didn't even
16     know if she wanted to, all over the place.
17        And in my mind, if I were to go to the school
18     and say hey, this girl just tried to kill herself
19     and then the school were to go to her right away, I
20     think that would have upset her even more and
21     potentially put her at more risk.
22 Q   That's exactly what you did. You went to the
23     school and said that exact thing, didn't you?
24 A   One month later when I thought it had calmed down.
25 Q   You went and reported that she was a suicide risk

30 (Pages 114 - 117)

Page 118

1  after you thought she was no longer a suicide risk?
2  A  I didn't report a suicide risk. I reported the
3     attempt to the school.
4  Q  You reported the attempt to the school because you
5     thought she needed help because you thought she was
6     a suicide risk?
7  A  Okay. Yes.
8  Q  And you did that somewhere between six weeks and
9     two months after you concluded that she was a
10    suicide risk?
11 A  Yes.
12 Q  And you did that after the relationship had ended?
13 A  Yes. It was several weeks after the relationship
14    had ended.
15 Q  In Deposition Exhibit 13, please turn to the page
16    that's marked at the bottom PU 262. Please look
17    through the text messages on page 262 and tell me
18    when you've done so.
19 A  I've read it.
20 Q  Did the investigators discuss this sets of texts
21    with you?
22 A  They did.
23 Q  What did they discuss with you?
24 A  They pushed me, saying that this was evidence of a
25    sexual allegation.

Page 119

1  Q  What exactly did they say?
2  A  They asked me about the texts and they wanted to
3     know what my explanations for them were.
4  Q  Did you consider the investigators asking you about
5     the texts and your explanation for them to be an
6     act of bias?
7  A  Could you say it again one more time?
8  Q  Did you consider the investigators asking you about
9     the texts on page 262 and your explanation for them
10    to be an act of bias?
11 A  The question itself being an act of bias, no.
12 Q  So it was a reasonable nonbiased step for the
13    investigators to read these texts and have
14    questions about them?
15 A  Yes.
16 Q  And the reason was a reasonable nonbiased reaction
17    for the investigators to read these texts and have
18    questions about them is that the texts refer at one
19    point to you touching ▮▮▮▮▮▮▮▮?
20 A  Yes.
21 Q  Which is a sexual contact?
22 A  No.
23 Q  Not possible for any person to read a reference to
24    you touching your girlfriend as a reference to
25    sexual contact?

Page 120

1  A  In this context, it's not referring to anything
2     sexual.
3  Q  You said a moment ago, it was reasonable and not
4     biased for investigators looking into a sexual
5     assault allegation to ask questions about these
6     texts because they refer to you touching ▮▮▮▮▮
7     ▮▮▮▮▮▮.
8       MR. BYLER: Objection to form, misstates
9     testimony.
10 A  Yes, because they refer to me touching her, but
11    they do not specify what kind of touching. After
12    her suicide attempt, our entire relationship was
13    different. She put up all of these boundaries.
14      And in the context before these texts, I don't
15    know if you have them here, but I explained to her
16    that I don't understand what she's doing because
17    she has no communication with me. I don't
18    understand what she wants out of the relationship,
19    what she wants from me. And she even replies and
20    says well, I'm not going to tell or I don't care to
21    communicate with you.
22      And after her suicide attempt on the 13 of
23    December, it was as though the relationship
24    completed bucked. And any and all physical
25    interaction from that point on was very minimal and

Page 121

1     she didn't seem to be okay with stuff that she had
2     been okay with prior to the suicide attempt. And
3     I'm referring to nonsexual touching, just anything
4     and everything. And that was what I explained to
5     the investigators.
6  Q  You said she was putting up boundaries and in the
7     text message at 10:22 p.m. on December 28, 2015,
8     she says in parted "I literally can't trust you if
9     you don't respect my boundaries." Do you see that?
10 A  Yeah.
11 Q  That's a reference to her boundaries, right?
12 A  Yeah.
13 Q  It's not a reference to your schoolwork, is it?
14 A  No.
15 Q  So in that text message, which starts out with a
16    reference to her waking up to you touching me, and
17    several words ends with an assertion that she
18    cannot trust you if you don't respect her
19    boundaries, she was talking about your physical
20    contact with her, not about your schoolwork?
21 A  She was talking about, I think, everything. Her --
22    if you look at the texts right before here, I say
23    she's constantly vague about things. She says I
24    know or I don't care.
25      And both this and the 23 of December texts

31 (Pages 118 - 121)

Page 122
1  were the one that were contended by the
2  investigators.  Now, when the suicide attempt
3  happened or after the suicide attempt happened, she
4  started to no be okay with any sort of physical
5  contact.  And that as something that I learned over
6  several instances, and we met one time only after
7  the Christmas break was over.  That was the 14 of
8  January, where she invited me over to her room for
9  Netflix, despite her saying in the investigation
10 report that our relationship was over before we
11 went on Christmas vacation and her saying that she
12 hadn't communicated with me after the first week of
13 December.  And we watched Netflix, fell asleep
14 together.  There was nothing sexual and she got
15 upset by that.
16     And it was something that we had one plenty of
17 times prior to her suicide attempt.  And I think at
18 that point she realized that she could no longer er
19 have that same sort of relationship.  I don't know
20 where that came from.  I think she has some sort of
21 deep seated trauma from her previous rape that she
22 claims to have happened in her past.
23     And she also had claimed that she had several
24 previous suicide attempts in her past, one of which
25 her parents walked in on.  And I don't know what

Page 123
1  sort of scars that leaves on someone emotionally.
2  But I was very apologetic this whole time,
3  especially after the suicide attempt because I was
4  scared that she was becoming more unstable and me
5  being the person I was at the time, I thought that
6  apologizing was the right thing to do.
7     And I had never had any experience with a
8  relationship before, and I felt if I was the way I
9  was, which was apologetic and trying to take
10 responsibility for things and -- I felt responsible
11 for all the bad stuff that was happening to her in
12 her head and the suicide attempts because I felt
13 that in the relationship, I had been inadequate in
14 some way or I had done something to spur that.
15     And that -- I beat myself up for that for a
16 couple of years after that until I finally
17 reflected enough to realize that's now it was.  But
18 she was very push, pull and manipulative which
19 caused me to apologize a lot in the texts.  And
20 that's what I explained to the investigators was
21 that I was overly apologetic about things.
22     I think that context is important.
23 Q  Let's take a look back at Deposition Exhibit 7.
24 The first page of Deposition Exhibit 7 in the
25 second paragraph, you are discussing a date in mid

Page 124
1     December; do you see that?
2  A  I do.
3  Q  And you state on that date in mid December, I woke
4     up and placed my hand on ▇▇▇▇▇▇▇▇▇ knee out
5     of affection.
6  A  Uh-huh.
7  Q  Yes?
8  A  Yes.
9  Q  Is that still your testimony today?
10 A  It is.
11 Q  And your testimony today is that the 10:22 p.m.
12    text message on December 28, in which Ms. ▇▇▇▇
13    refers to wake up to you touching me was a
14    reference to that same event described in
15    Deposition Exhibit 7?
16 A  Yes.
17 Q  And that your next line on page 262 of Deposition
18    Exhibit 13, in your 10:37 p.m. text message is you
19    apologizing for placing your hand on her knee out
20    of affection?
21 A  Yes.
22 Q  And that texts exchange is not a reference to you
23    getting behind in your schoolwork?
24 A  It's reference to both, the one after it, the one
25    at 10:56.



32 (Pages 122 - 125)

Page 185

1    you would have an opportunity to give a statement?
2  A  I did.
3  Q  And when you got to the panel meeting, did you give
4    a statement?
5  A  I did.
6  Q  Did you write it out?
7  A  No, I did not.
8  Q  So you have no record of what you said to the
9    panel?
10 A  No.
11 Q  When you got to the panel meeting, what did you
12   intend to communicate to the panel?
13 A  I intended to reaffirm my innocence and explain my
14   side of the allegations and hopefully persuade some
15   minds because I was looking for opportunities to
16   help myself in this case.  And they give me this
17   opportunity that ended up not going anywhere.
18 Q  What was the primary point you wanted to make to
19   sway minds?
20 A  I don't know that there was a primary point.
21 Q  As you sit here today, you can't recall what was
22   the most important point you wanted to communicate
23   the panel?
24 A  My innocence.
25 Q  Just to assert your innocence?

47 (Pages 182 - 185)

Page 186

1  A   I believe I gave an overview and those present had
2      copies of the investigator report and then they
3      began asking me questions from the investigator
4      report.
5  Q   What questions did they ask you?
6  A   They asked me -- I think Dean Sermersheim lead it
7      and two of the three present had never looked at
8      the report before. So they were following along
9      with what was being asked. But the questions were
10     regarding the text messages that I provided and he
11     overall allegations, the list of allegations.
12 Q   So the questions directed to you were about the
13     evidence and the allegations?
14 A   Correct.
15 Q   And the primary evidence they were asking you about
16     was the text messages?
17 A   Yes.
18 Q   Was there any other evidence that you expected them
19     to ask you about?
20 A   The only other documents that I had were character
21     references -- I don't know that I brought those
22     with me -- and my written explanations refuting the
23     other allegations. And I think that would have
24     been the only piece of evidence that questions were
25     asked from.

Page 187

1  Q   My question was slightly different. It was not was
2      that the only evidence question were asked from.
3         My question was was there any other evidence
4      you expected questions on?
5  A   Not to my recollection. I didn't know of any other
6      evidence.
7  Q   At the hearing, did you have an opportunity to
8      explain the text messages?
9  A   I did.
10 Q   Were you cut short in your opportunity to explain
11     the text messages?
12 A   I don't believe so.
13 Q   There were three panel members. Did all of them
14     ask you questions about the text messages?
15 A   I don't think so.
16 Q   One of them was an older gentleman, one of them
17     maybe middle aged to a younger gentleman and then
18     the third one a woman; do you remember that?
19 A   I don't remember all of them.
20 Q   Do you remember there being two men and a woman?
21 A   I think so.
22 Q   Do you remember whether the questions you received
23     were from men or women or both?
24 A   No, I don't remember. I remember one the men
25     asking me, but I don't remember if the other two

Page 188

1      did.
2  Q   Did the Dean ask you any questions?
3  A   I think so.
4  Q   What questions did she ask you?
5  A   I don't remember.
6  Q   Did you take offense to any of the questions that
7      were asked of you?
8  A   I did not like the way in which they acted with
9      hostility and they seemed to be leading all the
10     questions. I don't remember what the questions
11     were exactly, though.
12 Q   You thought you were being cross-examined?
13 A   I felt that the questions were loaded.
14 Q   You felt that you were being cross-examined?
15 A   Is that what cross-examine means?
16 Q   Well, you alleged in your complaint many things
17     about cross-examination, such as that you wanted
18     the opportunity to cross-examine Ms.
19        So I'm asking if you felt cross-examined by
20     the panel?
21 A   I don't know.
22 Q   Please turn to paragraph 41 of the complaint,
23     Deposition Exhibit 1. Paragraph 41 is on page 24.
24        In paragraph 41 of your amended complaint, you
25     allege that a Purdue employee, Monica Bloom, wrote