# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Tyler L. Jones of the law firm of Stuart & Branigin LLP moves to withdraw his appearance on behalf of the Defendants. Defendants will continue to be represented by William P. Kealey.

WHEREFORE, Tyler L. Jones respectfully requests that the Court permit him to withdraw his appearance in this matter.

Respectfully submitted,

*/s/ Tyler L. Jones*
Tyler L. Jones, Attorney No. 34656-29
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Phone: (765) 423-1561
Facsimile: (765) 742-8175
Email: tlj@stuartlaw.com