IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** ) | |
| **DANIELS, JR.**, in his official capacity as President of ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Comes now Andrew T. Miltenberg, counsel of record for Plaintiff, and respectfully moves the Court for leave to withdraw his appearance, and in support thereof, states as follows:

1. Counsel is the managing Partner of the firm Nesenoff & Miltenberg, LLP. Our firm has been counsel of record for Plaintiff John Doe since the inception of the matter.

2. Philip Byler, an attorney with the firm Nesenoff & Miltenberg LLP, who has also filed an appearance in this matter was the attorney handling the day-to-day actions of this litigation.

3. Communication with the Plaintiff has broken down and became contentious, most recently with differing opinions on strategic decisions, in addition to outstanding legal fees. Due to such, the Plaintiff has terminated our representation and decided, we believe, to continue with Mr. Byler as his attorney. Effective June 24, 2023, Mr. Byler is no longer affiliated with Nesenoff & Miltenberg, LLP.

4. Counsel for Plaintiff hereby requests the Court's permission to withdraw from representation of Plaintiff pursuant to Local Rule N.D. Ind. L.R. 83-8 and Indiana Rule of Professional Conduct 1.16.

5. Counsel requests that the seven-day notice be waived as it was the Plaintiff who discharged the firm as counsel and is certainly aware that we are no longer representing him. Attached is a copy of Plaintiff's June 24, 2023 discharge e-mail with redactions to protect the confidentiality of information consistent with Indiana Rule of Professional Conduct 1.6.

6. Should the Motion For Leave To Withdraw be granted, Plaintiff will be without counsel. Counsel strongly believes Mr. Byler will shortly be filing a separate appearance under a new firm affiliation. As Plaintiff has been proceeding as a John Doe, it is respectfully requested that Counsel be permitted not to include in his application Plaintiff's contact information pursuant to N.D. Ind. L.R. 83-8. Counsel is prepared to provide send information to the Court as per the Judge's instructions. As noted in the Certification of Service Counsel will be forwarding a copy of this Motion to the Plaintiff. Counsel is prepared to forward all further filed documents related to this Motion to the Plaintiff.

7. Indiana Rule of Professional Conduct 1.16(a)(3) requires Plaintiff's counsel to withdraw from representation as Counsel has been discharged by the client.

8. Counsel also seeks permissive leave to withdraw pursuant to Indiana Rule of Professional Conduct 1.16(b) as a result of a breakdown of the attorney client relationship.

9. This matter is at the trial ready stage which was going to be conducted by Mr. Byler.

10. Counsel has an obligation to protect the confidentiality of information of his representation of his client. If the Court requires more information as to the basis for Counsel's Motion For Leave To Withdraw, Counsel requests an expedited *in camera* hearing with the Court based on the reasons set forth in paragraph 3.

WHEREFORE, Andrew T. Miltenberg respectfully requests that he be granted leave to withdraw his appearance and that the firm of Nesenoff & Miltenberg be relieved as counsel of or in the alternative, counsel requests an expedited *in camera* hearing.

Dated this 27th day of June 2023.

NESENOFF & MILTENBERG, LLP

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.
363 Seventh Avenue, 5th Floor
New York, NY 10001
Telephone: 212.736.4500
amiltenberg@nmllplaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  A true and accurate copy of the above was served on all counsel and parties of records via the Courts ECF system at the time of filing. A copy of the motion was electronically sent to the Plaintiff John Doe to the e-mail address maintained by the firm.

                 *s/ Andrew T. Miltenberg*
                 Andrew T. Miltenberg, Esq.