**From:** ███████████████████
**Sent:** Saturday, June 24, 2023 2:40 PM
**To:** Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** ███████████████████████████

Effectively immediately, I am terminating your firm's representation of me in my *Doe v. Purdue* case. I no longer wish to be represented by Nesenoff & Miltenberg LLP in my *Doe v. Purdue* case.

Effective immediately, you and everyone else at your firm have no authority to take any steps on my behalf.

███████████████████████████████████████████████████████████

Thank you for the representation up until this point.