IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY** )<br>**BOARD OF TRUSTEES, MITCHELL ELIAS** )<br>**DANIELS, JR.**, in his official capacity as President of )<br>Purdue University, **ALYSA CHRISTMAS ROLLOCK**, )<br>in her official capacity at Purdue University, **KATHERINE** )<br>**SERMERSHEIM**, in her official capacity at Purdue University, )<br>)<br>Defendants. ) | **CIVIL ACTION**<br><br><br><br><br><br>No. 2:17-cv-33-JPK |

## NOTICE OF APPEARANCE

**To:** The Clerk of Court and all parties of record, I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff John Doe ("John Doe").

**Dated:  July 3, 2023**

                                      Respectfully submitted,
                                      **LAW OFFICES OF PHILIP A. BYLER**
                                      **By: /s/** *Philip A. Byler*
                                      **Philip A. Byler, Esq.**
                                      11 Broadview Drive
                                      Huntington, New York 11743
                                      **(631) 848-5175**
                                      philb@optonline.net
                                      *Attorneys for Plaintiff John Doe*

[1]

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on July 3, 2023.

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
*Attorneys for Defendants*

BY: ☐ U.S. Mail     ☐ Federal Express

☐ Hand-Delivery     x   Other: ECF

*____Philip A. Byler, Esq._____*
Philip A. Byler, Esq.