IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) ) | No. 2:17-cv-33-JPK |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF PLAINTIFF JOHN DOE
### IN SUPPORT OF APPEARANCE
### OF PHILIP A. BYLER, ESQ.
### AND RELIEVE NESENOFF & MILTENBERG LLP

**PLAINTIFF JOHN DOE**, a Court authorized pseudonym, hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

### Introduction

1. I am John Doe and Plaintiff in the *Doe v. Purdue* Title IX/Due Process case.

2. I make this Declaration in support of Mr. Byler's appearance as my lawyer and to request, without fully agreeing to the reasons offered by Nesenoff & Miltenberg LLP, Nesenoff & Miltenberg LLP be relieved as counsel to Plaintiff John Doe in this action.

3. While it is true there have recently been some disagreements between myself and Nesenoff & Miltenberg, the main reason this is necessary is because of poor communication and lack of respect between myself, Mr. Byler, and those at the firm now affecting our ability to properly handle the case. Although this has been an ongoing issue, it has recently come to a point where I have realized my chances of winning are diminished with the present structure of representation. I have full trust and confidence in Mr. Byler, which is why I am comfortable continuing with him.

4. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of July, 2023.

\_\_\_\_\_John Doe, a pseudoynm\_\_\_
**John Doe, a pseudonym**