IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) | |
| **KATHERINE SERMERSHEIM**, in her official | ) | |
| capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF PHILIP A. BYLER, ESQ.
### IN SUPPORT OF APPEARANCE
### OF PHILIP A. BYLER, ESQ.
### AND RELIEVE NESENOFF & MILTENBERG LLP

**PHILIP A. BYLER**, hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

### Introduction

1. I am admitted *pro hac vice* to this Court for this case. I have appeared in this action from its start, I drafted the original Complaint in this action that was upheld by the Seventh Circuit in *Doe v. Purdue*, 928 F.3d 652(7th Cir. 2019) (Barrett, J.), and I am the signatory on Plaintiff's Second Amended Complaint.

2. I make this Declaration in support of my appearance as Plaintiff John Doe's lawyer (see Notice of Appearance) and to request, per Plaintiff's instructions

and without agreeing to the reasons offered by Nesenoff &Miltenberg LLP, Nesenoff & Miltenberg LLP be relieved as counsel to Plaintiff John Doe in this action.

## Professional Credentials

3. At Plaintiff's request, I begin with a statement of professional credentials because Plaintiff's decision to proceed with me as the lawyer in whom he has trust and confidence should be understood in connection with my professional background.

4. I am a member of the Bars of, among others, the States of New York and Ohio, the U.S. District Courts for the Southern, Eastern, Northern and Western Districts of New York, the Southern District of Ohio, the District of Columbia and the District of Colorado, the U.S. Courts of Appeals for the First, Second, Third, Sixth, Seventh, Eighth, Ninth and Tenth Circuits and the U.S. Supreme Court.

5. I received my J.D. degree in 1976 from the Harvard Law School.  From 1976 to 1978, I was law clerk to the Honorable Judge John W. Peck of the U.S. Court of Appeals for the Sixth Circuit.  In 1978, I began the private practice of law as an associate in the Litigation Department of Cravath, Swaine & Moore in New York City working on antitrust, securities, First Amendment and civil rights litigations. In 1984, I moved to Weil Gotshal & Manges in New York City, where I worked on international trade, accounting fraud, First Amendment, RICO, ERISA, breach of contract and commercial litigations.  In 1990, I established my own practice. From 2002 until recently, I had been Senior Litigation Counsel at Nesenoff & Miltenberg LLP where I have been engaged in federal court and complex state court practice,

specializing in appeals and trials.

6.     I have tried cases in New York state court and in federal court to decision. I have briefed and orally argued cases in the U.S. Courts of Appeals for the First, Second, Seventh, Eighth, Ninth and Tenth Circuits, the New York Court of Appeals, the New York Appellate Divisions for the First and Second Departments, and the Arizona Supreme Court.  Among others, I briefed and orally argued *Immuno A.G. v. Moor-Jankowski*, 77 N.Y.2d 235, 567 N.E.2d 1270, 566 N.Y.S.2d 906 (Kaye, J.), *cert. denied*, 500 U.S. 954 (1991); *Doe v. Columbia*, 831 F.3d 46 (2d Cir. 2016) (Leval, J.); *Doe v. Purdue*, 928 F.3d 652 (7th Cir. 2019) (Barrett, J.); and *Doe v. MIT*, 46 F.4th 61 (1st Cir. 2022) (Selya, J.).

7.     I am and have been for 14 years a Delegate to a Judicial Nominating Conventions for New York's 10th Judicial District.  I am active in Bar Associations, including the New York State Bar Association and the New York City Bar Association.  I am and have been since 2007 a member of the Professional Discipline Committee of the New York State Bar Association, its Secretary since 2015 and its Chair of its Subcommittee on Fitness To Practice; and I am and have been since 2009 a member of the Professional Discipline Committee of the New York City Bar Association.  For the last consecutive twelve years, I have been listed on the Thomson Reuters Super Lawyers list for the New York Metro region.  I was given the Community Service Award by DePauw University in 2008.

## Relieve Nesenoff & Miltenberg LLP

8. As noted above, Plaintiff desires that Nesenoff & Miltenberg LLP be relieved as his counsel but not for the reasons given by Nesenoff & Miltenberg LLP in its application. There was not and is not so much disagreement over strategic decisions as there was insufficient communication. Plaintiff's e-mail that was attached to Nesenoff & Miltenberg LLP's application was in response to an e-mail sent by Mr. Miltenberg that both Plaintiff and I found disrespectful of Plaintiff as the client and of me as the lawyer in whom the client has trust and confidence.

Executed on this 3rd day of July, 2023.

_____*Philip A. Byler*_____
**Philip A. Byler**