IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF LIEN

1. On July 5, 2023, this Honorable Court granted (ECF 255) the application of Andrew T. Miltenberg, Esq and Nesenoff & Miltenberg, LLP to be relieved as counsel of record for the plaintiff John Doe.

2. Philip Byler will be continuing as counsel of record. Philip Byler was an attorney with Nesenoff & Miltenberg LLP, until June 24, 2023. Mr. Byler was the attorney handling the day-to-day actions of this litigation.

3. At the time Plaintiff discharged Nesenoff & Miltenberg, LLP as his counsel, there existed an outstanding balance of unpaid legal fees.

4. By this Notice, outgoing counsel is placing all concerned of its intention to seek recovery, to the fullest extent allowed by law, of all outstanding monies owed to Nesenoff & Miltenberg, LLP by John Doe.

NESENOFF & MILTENBERG, LLP (Outgoing Counsel)

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.
363 Seventh Avenue, 5th Floor
New York, NY 10001
Telephone: 212.736.4500
amiltenberg@nmllplaw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

  A true and accurate copy of the above was served on all counsel and parties of records via the Courts ECF system at the time of filing. A copy of the Notice was electronically sent to the Plaintiff John Doe to the e-mail address maintained by the firm.

*s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.
