### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF JOHN DOE'S MOTION TO RECUSE MAGISTRATE JUDGE KOLAR

Plaintiff John Doe ("John Doe"), through counsel, moves pursuant to 28 U.S.C. § 144 and 28 U.S.C. § 455 to recuse Magistrate Judge Joshua Kolar from being the judge for pre-trial proceedings and the trial judge in this case because, per 28 U.S.C. § 455(a) ("Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned"), Judge Kolar's "impartiality might reasonably be questioned," and per 28 U.S.C. § 144 ("Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding"), Magistrate Judge Kolar "has a personal bias or prejudice either against [Plaintiff John Doe] or in favor of the adverse party [Defendant Purdue University]."

[1]

In support of the Motion To Recuse are: (i) a Declaration by Philip A. Byler, Esq., with references to the public record; and (ii) a Declaration by Plaintiff John Doe, with references to the public record.

**Dated: July 10, 2023**

                                    **Respectfully submitted,**
                                    **LAW OFFICES OF PHILIP A. BYLER**
                                    **By: /s/** *Philip A. Byler*
                                    **Philip A. Byler, Esq.**
                                    **11 Broadview Drive**
                                    **Huntington, New York 11743**
                                    **(631) 848-5175**
                                    **philb@optonline.net**
                                    *Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on July 10, 2023.

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
*Attorneys for Defendants*

BY:   ☐  U.S. Mail      ☐    Federal Express

          ☐  Hand-Delivery   x    Other: ECF

                              ____*Philip A. Byler, Esq.*_____
                                  Philip A. Byler, Esq.

[2]