IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) ) | No. 2:17-cv-33-JPK |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

**To:** The Clerk of Court and all parties of record, I am admitted or otherwise authorized to practice in this court, and I appear in this case as the Law Offices of Philip A. Byler, as counsel and, by the effect of the Court granting on June 5, 2023, the Nesenoff & Miltenberg LLP's Motion To Withdraw [DE 255], Attorney of Record for Plaintiff John Doe.  All notices should be directed to the undersigned to the stated e-mail addresses.

**Dated:  August 22, 2023**

                                                **Respectfully submitted,**
                                                **LAW OFFICES OF PHILIP A. BYLER**
                                                **By:** /s/ *Philip A. Byler*
                                                **Philip A. Byler, Esq.**
                                                **11 Broadview Drive**
                                                **Huntington, New York 11743**
                                                **(631) 848-5175**
                                                philb@optonline.net
                                                pbyler1976@gmail.com
                                                *Attorneys for Plaintiff John*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 22, 2023, the foregoing Notice of Appearance was electronically served by e-filing upon the attorneys of record for each party to the above-entitled cause at the address shown below by ECF on.

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
     tlj@stuartlaw.com
*Attorneys for Defendants*

BY:  ☐ U.S. Mail      ☐ Federal Express

     ☐ Hand-Delivery   x  Other: ECF

_____*Philip A. Byler, Esq.*_____
Philip A. Byler, Esq.