IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) | |
| **KATHERINE SERMERSHEIM**, in her official | ) | |
| capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE/CORRECTION
OF LEAD PLAINTIFF ATTORNEY ADDRESS**

**To:** The Clerk of Court and all parties of record, I am admitted or otherwise authorized to practice in this court, and I have appeared in this case as the Law Offices of Philip A. Byler, as counsel, and my Notice of Appearance represents that by by the effect of the Court granting on July 5, 2023, the Nesenoff & Miltenberg LLP's Motion To Withdraw [DE 255], I am the Attorney of Record for Plaintiff John Doe. The Court public electronic file does recognize me as the lead attorney. Correction of the Court public electronic file, however, is in order because the undersigned's address, telephone number and e-mail address are still incorrectly listed on the Court public electronic file as at Nesenoff & Miltenberg LLP, a withdrawn firm by Court Order. When the Court held the teleconference and granted the motion to withdraw on July 5, 2023 [DE255], the undersigned was not affiliated with Nesenoff & Miltenberg LLP and had not been since June 25, 2023, but rather I was functioning in the capacity as the Law Offices of Philip A. Byler, as I

am now. The undersigned's correct address, telephone number and e-mail address need to be listed on the Court public electronic file in accordance with my Notice of Appearance, the information which is again stated below. As per my Notice of Appearance, all notices should be directed to the undersigned to the stated e-mail addresses.

**Dated: August 24, 2023**

        **Respectfully submitted,**
        **LAW OFFICES OF PHILIP A. BYLER**
        **By: /s/ *Philip A. Byler***
        **Philip A. Byler, Esq.**
        **11 Broadview Drive**
        **Huntington, New York 11743**
        **(631) 848-5175**
        philb@optonline.net
        pbyler1976@gmail.com
        *Attorneys for Plaintiff John*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 24, 2023, the foregoing Notice of Appearance/Correction of Lead Plaintiff Attorney Address was electronically served by e-filing upon the attorneys of record for each party to the above-entitled cause at the address shown below by ECF on.

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
*Attorneys for Defendants*

| BY: | ☐ U.S. Mail | ☐ | Federal Express |
|---|---|---|---|
|  | ☐ Hand-Delivery | x | Other: ECF |

        *Philip A. Byler, Esq.*
        Philip A. Byler, Esq.