IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) | |
| **KATHERINE SERMERSHEIM**, in her official | ) | |
| capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF THE LEAD PLAINTIFF ATTORNEY
OF RECORD'S ADDRESS, TELEPHONE NUMBER AND
<u>E-MAIL ADDRESSES IN THE COURT'S PUBLIC ELECTRONIC FILE</u>**

**To:** The Clerk of Court and all parties of record, I am admitted to practice in this court, and I have appeared and am appearing in this case as lead counsel for Plaintiff John Doe, and I should be listed as attorney of record for Plaintiff John Doe. My prior address was Nesenoff & Miltenberg LLP, 363 Seventh Avenue – 5th Floor, New York, New York 10001, 212-736-4500, pbyler@nmllplaw.com. My changed address is as shown below and here stated: Law Offices of Philip A. Byler, 11 Broadview Drive, Huntington, New York 11743, 631-848-5175, philb@optonline.net, pbyler1976@gmail.com. All identifications of me are to be directed to the new changed addresses, and all email notifications go to philb@optonline.net and pbyler1976@gmail.com.

Dated: August 25, 2023

          Respectfully submitted,
          **LAW OFFICES OF PHILIP A. BYLER**

          By: /s/ *Philip A. Byler*
          **Philip A. Byler, Esq.**
          11 Broadview Drive
          Huntington, New York 11743
          **(631) 848-5175**
          philb@optonline.net
          pbyler1976@gmail.com
          *Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2023, the foregoing Notice of Change of Lead Plaintiff Attorney of Record Address, Telephone Number and E-Mail Addresses In The Court's Public Electronic File was electronically served by e-filing upon the attorneys of record for each party to the above-entitled cause at the address shown below by ECF on.

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
*Attorneys for Defendants*

BY:  ☐ U.S. Mail   ☐ Federal Express

   ☐ Hand-Delivery x <u>Other: ECF</u>

        ____*Philip A. Byler, Esq.*_____
          Philip A. Byler, Esq.