IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.,** in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) No. 2:17-cv-33-JPK |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S TITLE IX INJUNCTIVE RELIEF CLAIM

Defendants, The Trustees of Purdue University ("Purdue University"), Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, and Katherine Sermersheim, by counsel, move pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiff's Title IX claim for injunctive relief.

For Plaintiff's only remaining cause of action, under Title IX, he seeks damages against Purdue University and injunctive relief against Purdue University and named officials in their official capacities. Count II of the Second Amended Complaint (DE 160) alleges: "As a result of the foregoing, John Doe has standing to seek and is entitled to an injunction vacating John Doe's disciplinary findings and decision, granting expungement of John Doe's transcript of the disciplinary record, ordering the ending of the suspension subject to any readmission requirements." (Para. 153). A corresponding prayer appears at page 64. However, John has not carried these contentions forward in the parties' proposed Joint Final Pretrial Order (DE 239).

1

Plaintiff's Title IX injunctive relief claim does not meet the standing test for subject matter jurisdiction.

A supporting brief is filed herewith.

                                                      Respectfully submitted,

                                                      /s/ William P. Kealey  
                                                      William P. Kealey (18973-79)  
James F. Olds (27989-53)  
Stuart & Branigin LLP  
300 Main St., Ste. 900  
P.O. Box 1010  
Lafayette, IN 47902-1010  
Email: wpk@stuartlaw.com  
       jfo@stuartlaw.com  
Telephone: 765-423-1561  
*Attorneys for Defendants*