# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| JOHN DOE<br>*Plaintiff* | ) | |
| v. | ) | Case No.  2:17-cv-00033-JPK |
| PURDUE UNIVERSITY, et al.<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Trustees of Purdue University, Mitchell Elias Daniels, Jr., Alysa Christmas Rollock, Katherine Sermersheim        .

Date:  10/26/2023

/s/ Scotty N. Teal
*Attorney's signature*

Scotty N. Teal, #35713-53
*Printed name and bar number*

Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902
*Address*

snt@stuartlaw.com
*E-mail address*

(765) 423-1561
*Telephone number*

(765) 742-8175
*FAX number*