IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S EXHIBIT LIST

Defendant, The Trustees of Purdue University ("Purdue"), by counsel and submits the following list of materials that Defendant may offer to be entered into evidence at a trial of this matter:

A. Contract between John Doe and Navy dated August 20, 2015

B. Text Messages Between John Doe and Jane Doe of December 2015 and January 2016

C. Department of the Navy Placement on Academic Warning dated January 15, 2016

D. Jane's Sexual Violence Report dated April 4, 2016

E. Email from Rodney Hutton to Jeffery Stefancic dated April 4, 2016

F. Lt. Sheppard's Sexual Violence Report dated April 4, 2016

G. Electronic notification email of incident report dated April 4, 2016

H. Notice of Allegations dated April 5, 2016

I. Notice of Interim Leave of Absence dated April 5, 2016

1

J. Email from Monica Bloom dated April 5, 2016, advising of meeting with Jane

K. Correspondence from Dr. Sermersheim to John Doe dated April 11, 2016 (Including information sheet attachments for student complainants and respondents)

L. Correspondence from Dr. Sermersheim to Jane Doe dated April 11, 2016 (Including information sheet attachments for student complainants and respondents)

M. Investigator emails to John/Jane

N. John's response to Notice of Allegations

O. Erin Oliver Investigator's Notes

P. Jake Amberger Investigator Notes

Q. Email from Adam Sheppard to John Doe dated April 26, 2016

R. Investigator's request for extension (PU0369)

S. University Investigator's Report, including all exhibits dated May 20, 2016

T. Notice from Rodney Hutton and NROTC to John Doe dated May 20, 2016

U. John's authorization to PU to disclose NROTC records dated May 24, 2016

V. Email from Katherine Sermersheim to Panel of Advisory Committee on May 26, 2016

W. Letter from Katherine Sermersheim to John Doe dated May 31, 2016

X. Email from Joanna Sharp to Investigators dated May 31, 2016

Y. Email from Jane Doe to Monica Bloom dated June 5, 2016

Z. Email from Monica Bloom to Katherine Sermersheim dated June 5, 2016

AA. Emails constructing the authorization (See "Docs Produced to PL 6-15-20)

BB. Determination Letter dated June 14, 2016

CC. Lt. Megan Redlawsk's Preliminary Inquiry Recommendations dated June 14, 2016

| | |
|---|---|
| DD. | Department of the Navy Initial Notification of Performance Review Board dated June 16, 2016 |
| EE. | Letter from Alysa Rollock to John Doe dated June 28, 2016 |
| FF. | Final Determination dated June 29, 2016 |
| GG. | John Doe's Appeal of Revised Final Determination dated July 10, 2016. |
| HH. | Final Determination dated July 21, 2016 |
| II. | Email from Kyle Willstatter to John Doe dated July 26, 2016 |
| JJ. | Email from Remaly re: Plaintiff's responsiveness dated July 29, 2016 |
| KK. | Performance Review Board Summary and Recommendation dated August 10, 2016 |
| LL. | Department of Navy Appointment Termination effective August 29, 2016 |
| MM. | Taylor University Student Records |
| NN. | Taylor University Transcript |
| OO. | John's application to Indiana Beverage dated June 14, 2018 |
| PP. | Indiana Beverage night warehouse job description |
| QQ. | Email dated August 13, 2018 from Jane Petrone to John |
| RR. | Departing Employee Supervisor Feedback from Indiana Beverage dated August 15, 2108 |
| SS. | Email dated November 8, 2019 to John from Indiana Beverage |
| TT. | All records from Noel Perry's office |
| UU. | Deposition of Anna Earley. |

Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (18973-79)
James F. Olds (27989-53)
Scotty N. Teal (35713-53)
Stuart & Branigin LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
       jfo@stuartlaw.com
Telephone: 765-423-1561
*Attorneys for Defendants*

#3485021