IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br>v.<br><br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University,<br><br>    Defendants. | No. 2:17-cv-00033-JPK<br>Magistrate Judge Joshua P. Kolar |

## MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL

Now comes Damon M. Cheronis, counsel of record for the Plaintiff, John Doe, and respectfully moves this Court for leave to withdraw his appearance, and in support thereof, states as follows:

1. Counsel filed a notice of appearance as local counsel on behalf of John Doe on December 15, 2017.

2. The purpose of said filing was to file the notice of appeal and act as local counsel for the Miltenberg firm in the Seventh Circuit for an appellate matter that arose during this case as they were not members of the Seventh Circuit bar.

3. John Doe is additionally represented by Attorneys Paul E. Luka of Mendoza Law PC, Phillip A. Byler of the Law Offices of Phillip A. Byler, and Roberto (Alex) Alejandro Mendoza of Alex Mendoza Law LLC.

4. Undersigned counsel has spoken to plaintiff's attorney, and he has no objection to the request.

5. Undersigned counsel has also spoken to the plaintiff who does not object and in fact agrees that leave to withdraw is in appropriate and in everyone's best interest and specifically asked that undersigned counsel be discharged from the case.

6. No prejudice will befall the plaintiff based on the above-described limited role undersigned counsel has had in the proceedings.

7. Pursuant to Indiana Rule of Professional Conduct 1.16(a)(3) requires plaintiffs' counsel to withdraw from representation as Counsel has been discharged by the client.

8. So it is clear, undersigned counsel makes no claim to any jury verdict or settlement that may arise in this case.

9. Counsel hereby requests the Court's permission to withdraw from representation of John Doe pursuant to Local Rule N.D. Ind. L.R. 83-8 and Indiana Rule of Professional Conduct 1.16.

Wherefore, Damon M. Cheronis, counsel of record for the Plaintiff, John Doe, respectfully moves this Court for leave to withdraw his appearance.

Respectfully submitted,

/s/ Damon M. Cheronis
**Damon M. Cheronis**

**Cheronis & Parente LLC**
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644
damon@cheronislaw.com

# CERTIFICATE OF SERVICE

I, Damon Cheronis, hereby certify that on December 19, 2023, I electronically filed the foregoing **Motion for Leave to Withdraw as Counsel** with the Clerk of the U.S. District Court for the Northern District of Indiana, Hammond Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Damon M. Cheronis
**Damon M. Cheronis**
**Cheronis Parente & Levitt**
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644