IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JOHN DOE**,

            Plaintiff,

  v.

**PURDUE UNIVERSITY**, et al.,

            Defendants.

No.   2:17-cv-00033-JPK

## MOTION TO WITHDRAW AS LOCAL COUNSEL

Attorneys Roberto Alejandro (Alex) Mendoza and Paul Luka of Mendoza Law each request leave to withdraw as local counsel for the plaintiff. In support, they state as follows:

1. Principal counsel for the plaintiff, Philip A. Byler, had previously been admitted *pro hac vice* to represent the plaintiff in the captioned case.

2. Mendoza and Luka had been retained to act as local counsel in the captioned case by the plaintiff and Byler.

3. However, Byler has now been admitted as a regular member of the bar of the Northern District of Indiana.

4. Additionally, Byler has for many months (after the captioned case was remanded to this Court following an appeal) handled all substantive matters in the captioned case on behalf of the plaintiff—and no issue related to geographic location of counsel has arisen.

5. Accordingly, in order to save resources and in the interest of efficiency, the plaintiff desires to terminate local counsel; Byler, Mendoza and Luka are all in agreement.

6. Byler, who has been fully admitted to practice before this Court, still represents the plaintiff and will continue to do so if Mendoza and Luka are allowed to withdraw as local counsel for the plaintiff.

7. Withdrawal of Mendoza and Luka as local counsel will not prejudice any party.

WHEREFORE, the plaintiff prays that this Court will:

A. grant attorneys Paul Luka and Roberto Alejandro Mendoza leave to withdraw as local counsel for the plaintiff in the captioned case;

B. direct the clerk to terminate attorneys **Paul Luka** and **Roberto Alejandro Mendoza** as counsel for the plaintiff on the docket in the captioned case.

Respectfully submitted,                            Respectfully submitted,

/s/Roberto Alejandro Mendoza                       /s/Paul Luka (by permission)
Attorney for Plaintiff                             Attorney for Plaintiff
(Local Counsel)                                    (Local Counsel)

Roberto Alejandro Mendoza 30766-49                 /s/Philip A. Byler (by permission)
Alex Mendoza Law, LLC                              Attorney for Plaintiff
6950 Indianapolis Blvd.,                           (Principal Counsel)
Hammond, Indiana 46324
(219) 200-2000
alex@alexmendozalaw.com
(LOCAL COUNSEL)

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he served a copy of the attached document(s) on all parties of record by causing them to be issued through the Court's Electronic Case Filing System.

                                            /s/Roberto Alejandro Mendoza
                                                  Attorney for Plaintiff