UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-33 |
| | ) |
| PURDUE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

On February 2, 2024, the Honorable Joshua P. Kolar was sworn in as a Circuit Judge. In anticipation of Judge Kolar's elevation to the Seventh Circuit, the district court established a plan for managing the cases assigned to Judge Kolar as a magistrate judge. Pursuant to than plan, all of the fully consented cases were transferred from Judge Kolar's docket to the docket of the undersigned magistrate judge. As required by law, the parties were given the option of withdrawing their consent and having the case assigned to a district judge. The Notice entered on the docket and approved by the district court stated, in part:

> The case will remain on full consent with Magistrate Judge Rodovich unless you object to such reassignment within thirty (30) days from the date of this notice **by notifying the clerks office in writing**. To maintain the confidentiality of the consent process, **do NOT notify chambers or file any objection on the docket**. Rather, if you object to the reassignment, you must either mail or email your objection to the clerk's office where the case is pending . . . .

DE 306 (emphasis in original).

On February 5, 2024, Philip A. Byler, the attorney for the plaintiff, filed a Denial of Consent/Objection [DE 307] in violation of the Notice [DE 306]. The docket contains multiple personal attacks against then Magistrate Judge Kolar, and the instant Denial of

Consent/Objection includes another such attack even though it has no relevance to the issue of consenting to another magistrate judge.

Pursuant to **Federal Rule of Civil Procedure 11(b)(1)**, Attorney Byler shall show cause within 14 days of this Order as to why sanctions should not be imposed for violating the Notice and for the unprofessional attack on Judge Kolar.

ENTERED this 6th day of February, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge