Philip A Byler
Law Offices of Philip A Byler
11 Broadview Drive
Huntington, NY 11743




Retail

RDC 99

46320



9589 0710 5270 0119 3980 02

United States District Court
Northern District of Indiana
5400 Federal Plaza
Suite 2300
Hammond, IN 46320