IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33 |
| in her official capacity at Purdue University, | ) | |
| **KATHERINE SERMERSHEIM**, in her official | ) | |
| capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

## CROSS-MOTION

**PLEASE TAKE NOTICE** that upon the Declaration of Philip A. Byler, Plaintiff John Doe, by counsel, respectfully will cross-move this Honorable Court, for an Order to disqualify Magistrate Judge Radovich for lack of impartiality and assign the case to an active Article III judge who will actively and impartially decide trial motions and oversee the trial, and for such further and other relief as the Court deems fit.

Dated:   February 20, 2024

                                                Respectfully submitted,
                                                LAW OFFICES OF PHILIP A. BYLER
                                                By: /s/Philip A. Byler
                                                Philip A. Byler, Esq.
                                                11 Broadview Drive
                                                Huntington, New York 11743
                                                (631) 848-5175
                                                pbyler1976@gmail.com
                                                *Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on February 20. 2024 by ECF:

William P. Kealey, Esq.
James Olds, Esq.
Scotty Teal, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com

                                                  _____/s/ *Philip A. Byler*_____
                                                        Philip A. Byler