UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| JOHN DOE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 2:17 CV 33 |
|  | ) |  |
| PURDUE UNIVERSITY, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 137 and Northern District of Indiana Local Rule 40-1(f)(1), the court finds that the speedy administration of justice requires that this case be reassigned. Accordingly, the undersigned hereby **RECUSES** himself from this matter and **DIRECTS** the Clerk to reassign this case to another district judge in accordance with the Local Rules.

**SO ORDERED.**

Date: March 13, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT