UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-33 |
| | ) |
| PURDUE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the Motion to Withdraw as Local Counsel [DE 305] filed by attorneys Roberto Alejandro Mendoza and Paul Luka, counsel for the plaintiff, John Doe, on February 2, 2024. The court, being duly advised, hereby **GRANTS** the motion [DE 305]. The appearance of Roberto Alejandro Mendoza and Paul Luka is **WITHDRAWN.**

ENTERED this 14th day of March, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge