UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO.: 2:17-CV-33-JVB-APR |
| | ) |
| PURDUE UNIVERSITY, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

This matter is before the Court *sua sponte* for the purpose of case management. Certain motions were filed in this case in anticipation of trial before then-Magistrate Judge Joshua Kolar. Judge Kolar has now been elevated to the Seventh Circuit Court of Appeals, and this case has been reassigned. There is also a pending motion to dismiss, filed on October 20, 2023, that needs to have the response deadline reset.

Therefore, the following motions are **DENIED without prejudice to refiling after the final pretrial conference has been reset**:

1. Defendant's Motion in Limine [DE 235],
2. Motion to Exclude Barden Opinions [DE 240],
3. Plaintiff John Doe's Motion to Place in the Trial Record Defendants' Admissions from Their Answer to the Second Amended Complaint [DE 241], and
4. Defendants' Motion to Bifurcate Liability and Remedy Phases of Trial [DE 284].

Further, the Court **RESETS** Plaintiff's deadline to **April 8, 2024**, to respond to Defendants' Motion to Dismiss Plaintiff's Title IX Injunctive Relief Claim [DE 273].

SO ORDERED on March 19, 2024.

                                                s/ Joseph S. Van Bokkelen
                                                JOSEPH S. VAN BOKKELEN, JUDGE
                                                UNITED STATES DISTRICT COURT