UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:17-CV-33-JVB-APR |
| | ) |
| PURDUE UNIVERSITY, *et al.*, | ) |
|     Defendants. | ) |

## **ORDER**

Pursuant to N.D. Ind. L.R. 40-1(f)(1), and for the reason of efficient administration of the docket, the undersigned **DIRECTS** the Clerk of the Court to randomly reassign this case in accordance with Northern District of Indiana Local Rule 40-1(f)(1) .

SO ORDERED on May 1, 2024.

                                                  s/ Joseph S. Van Bokkelen
                                                JOSEPH S. VAN BOKKELEN, JUDGE
                                                UNITED STATES DISTRICT COURT