IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33- AVB |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF JOHN DOE'S MOTION TO PLACE
IN THE TRIAL RECORD DEFENDANTS' ADMISSIONS FROM
DEFENDANTS' ANSWER TO THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE that upon** Plaintiff's Memorandum of Law and the cited exhibits, Plaintiff John Doe, through counsel, respectfully moves by leave of the Court (DE 315, DE 324), to place in the trial record Defendants' admissions (Ex. A hereto & DE 241-1) from Defendants' Answer (Ex. B hereto, DE 161 & DE 241-2) to the Second Amended Complaint (Ex. C hereto, DE 160, & DE 241-3).

**Dated: June 28, 2024**

                 **Respectfully submitted,**
                 **LAW OFFICES OF PHILIP A. BYLER**
                 **By:** */s/Philip A. Byler*
                 **Philip A. Byler, Esq.**
                 **11 Broadview Drive**
                 **Huntington, New York 11743**
                 **(631) 848-5175**
                 *Attorneys for Plaintiff John Doe*

**MOTION EXHIBITS**

Ex. A          Defendants' Admissions   (DE 241-1) from Defendants' Answer)

Ex. B          Second Amended Complaint (DE 161 & DE 241-2)

Ex. C          Defendants' Answer to Second Amended Complaint (DE 160, & DE 241-3)


**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on June 28, 2024:

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
*Attorneys for Defendants*

BY:     ☐ U.S. Mail          ☐ Federal Express

         ☐ Hand-Delivery    x    Other: ECF


_____*Philip A. Byler, Esq.*_____
Philip A. Byler, Esq.