IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>       Plaintiff,<br>   v.<br><br>**PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University,<br><br>       Defendants. | CIVIL ACTION<br><br>No. 2:17-cv-33-JPK |

## JOINT MOTION TO MODIFY MOTIONS' BRIEFING SCHEDULES

Plaintiff, John Doe ("Plaintiff"), by counsel, and Defendant Purdue University ("Defendant"), by counsel, stipulate and agree to the following and respectfully request that the Court order the below referenced motions' briefing schedules as follows:

1.     Plaintiff's deadline for filing his opposition to Defendant's motion to exclude from trial the expert testimony and reports of Dr. R. Christopher Barden and Dr. Stan Smith is July 26, 2024.

2.     Plaintiff's deadline for filing his opposition to Defendant's motion *tin limine* is July 26, 2024.

3.     Plaintiff's deadline for filing his reply in further support of his motion to place in the trial record Defendant's admissions in the Answer to the Second Amended Complaint is July 26, 2024.

4.     Defendant's deadline for filing its reply in further support of its motion to bifurcate liability and remedies at trial is July 24, 2024.

- 1 -

- 2 -

5. Defendant's deadline for filing its reply in further support of its motion to vacate the pseudonym order is July 24, 2024.

6. Defendant's deadline for filing its reply in further support of its motion to exclude from trial the expert testimony and reports of Dr. R. Christopher Barden and Dr. Stan Smith is August 16, 2024.

7. Defendant's deadline for filing its reply in further support of its motion *in limine* is August 16, 2024.

Date:   July 11, 2024

Respectfully submitted,

| /s/ Philip A. Byler<br>Philip A. Byler, Esq.<br>Law Offices of Philip A. Byler<br>11 Broadview Drive<br>Huntington, New York 11743<br>Email: pbyler1976@gmail.com<br>Telephone:  631-848-5175<br>Attorneys for Plaintiff | /s/ William P. Kealey<br>William P. Kealey (18973-79)<br>James F. Olds(27989-53)<br>Stuart & Branigin, LLP<br>300 Main St., Ste. 900 P.O. Box 1010<br>Lafayette, IN 47902-1010<br>Email: wpk@stuartlaw.com<br>jfo@stuartlaw.com<br>Telephone: 765-423-1561<br>Attorneys for Defendants |
|---|---|