# EXHIBIT I

Page 1

1               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF INDIANA
2                     HAMMOND DIVISION
3              CIVIL ACTION NO. 2:17-cv-33-JPK
4    JOHN DOE,                       )
                                     )
5           Plaintiff,               )
                                     )
6              -vs-                  )
                                     )
7    PURDUE UNIVERSITY, et al.,      )
                                     )
8           Defendants.              )
9
10           REMOTE DEPOSITION OF NOEL PERRY
11
12
          The deposition upon oral examination of
13   NOEL PERRY, a witness produced and sworn before me,
     Janine A. Ferren, RPR, CRR, CSR-IL No. 84-4852,
14   Notary Public in and for the County of Hamilton,
     State of Indiana, taken on behalf of the
15   Defendants, in Valparaiso, port County, Indiana, on
     the 5th day of February 2021, at 1:02 p.m.,
16   pursuant to the Federal Rules of Civil Procedure
     with written notice as to time and place thereof.
17
18
19
20
21
22
23
24
25

Page 2

```
 1                    APPEARANCES
 2          (All appearances via videoconference)
 3   FOR THE PLAINTIFF AND THE WITNESS:
 4           Philip A. Byler
             NESENOFF & MILTENBERG LLP
 5           363 Seventh Avenue
             Fifth Floor
 6           New York, NY  10001
             212.736.4500
 7           pbyler@nmllplaw.com
 8
 9   FOR THE DEFENDANTS:
10           William P. Kealey
             Tyler L. Jones
11           STUART & BRANIGIN LLP
             300 Main Street
12           Suite 900
             P.O. Box 1010
13           Lafayette, IN  47902-1010
             wpk@stuartlaw.com
14           tlj@stuartlaw.com
15
16   ALSO PRESENT:
17           Colleen Brady
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  INDEX OF EXAMINATION

 2                                              Page

 3   DIRECT EXAMINATION  . . . . . . . . . . . . . .6

         Questions by William P. Kealey

 4

     CROSS-EXAMINATION . . . . . . . . . . . . . .107

 5       Questions by Philip A. Byler

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                             Page 4
 1                  INDEX OF EXHIBITS
 2                                            Page
 3   Defendant's Deposition Exhibit No.:
 4   Exhibit 1  - Progress Notes, 2/26/18, pages . . 18
                  179 and 180
 5
     Exhibit 2  - Progress Notes, 3/15/18, pages . . 22
 6                177 and 178
 7   Exhibit 4  - Progress Notes, 4/2/18, pages  . . 29
                  173 and 174
 8
     Exhibit 6  - Progress Notes, 5/15/18, pages . . 28
 9                166 and 167
10   Exhibit 7  - Progress Notes, 8/25/18, pages . . 41
                  165 and 166
11
     Exhibit 8  - Progress Notes, 8/29/18, pages . . 42
12                162 and 163
13   Exhibit 10 - Progress Notes, 9/19/18, . . . . . 49
                  pages 155 and 156
14
     Exhibit 11 - Progress Notes, 10/10/18,  . . . . 49
15                pages 151 and 152
16   Exhibit 12 - Progress Notes, 10/29/18,  . . . . 34
                  pages 149 and 150
17
     Exhibit 13 - Progress Notes, 11/12/18,  . . . . 83
18                pages 147 and 148
19   Exhibit 14 - Progress Notes, 12/10/18,  . . . . 45
                  pages 142 and 143
20
     Exhibit 15 - Progress Notes, 1/7/19, pages  . . 44
21                137 and 138
22   Exhibit 16 - Progress Notes, 1/14/19, . . . . . 63
                  pages 135 and 136
23
     Exhibit 20 - Progress Notes, 3/25/19, . . . . . 55
24                pages 106 and 107
25   Exhibit 21 - Progress Notes, 4/4/19, pages  . . 72
                  104 and 105
```

```
                                              Page 5
```

 1   Defendant's Deposition Exhibit No. (Continued):
 2   Exhibit 22 - Progress Notes, 4/8/19, pages  . . 78
                  101 and 102
 3
     Exhibit 23 - Progress Notes, 4/15/19, . . . . . 58
 4                pages 98 and 99
 5   Exhibit 24 - Progress Notes, 4/29/19, . . . . . 85
                  pages 92 and 93
 6
     Exhibit 25 - Progress Notes, 5/6/19, pages  . . 86
 7                89 and 90
 8   Exhibit 26 - Progress Notes, 5/28/19, . . . . . 89
                  pages 79 and 80
 9
     Exhibit 27 - Progress Notes, 6/10/19, . . . . . 91
10                pages 76 and 77
11   Exhibit 28 - Progress Notes, 7/1/19, pages  . .107
                  67 and 68
12
     Exhibit 30 - Progress Notes, 7/22/19, . . . . . 92
13                pages 60 and 61
14   Exhibit 33 - Progress Notes, 10/7/19, . . . . .113
                  pages 35 and 36
15
     Exhibit 34 - Progress Notes, 10/14/19, . . . . 95
16                pages 32 and 33
17   Exhibit 35 - Progress Notes, 10/21/19, . . . . 98
                  pages 29 and 30
18
     Exhibit 36 - Progress Notes, 10/28/19, . . . . 99
19                pages 26 and 27
20   Exhibit 39 - Progress Notes, 11/18/19, . . . .100
                  pages 17 and 18
21
     Exhibit 41 - Progress Notes, 6/22/20, . . . . . 35
22                pages 4 and 5
23   Exhibit 42 - Progress Notes, 8/27/20, . . . . . 99
                  pages 1 and 2
24
     Exhibit 43 - What is EMDR?  . . . . . . . . . .105
25

Page 6

1    (Time noted:  1:02 p.m.)

2                       NOEL PERRY,

3    having been duly sworn to tell the truth, the whole

4    truth, and nothing but the truth relating to said

5    matter, was examined and testified as follows:

6

7    DIRECT EXAMINATION,

8       QUESTIONS BY WILLIAM P. KEALEY:

9    Q   Good afternoon, Mr. Perry.  My name is William

10       Kealey.  I'm counsel for Purdue University.

11       Thank you for coming to your deposition today.

12       We'll handle a few preliminaries first.

13           Would you please state your full name,

14       including your middle name, and a mailing

15       address that you go by.

16   A   My name is Noel Edmond Perry.  My work address

17       is 2004 Valparaiso Street, Valparaiso, Indiana

18       46383.

19   Q   How long have you had that work address?

20   A   Think for a second.  Two and a half years.

21   Q   That's the address of Family Concern Counseling?

22   A   Yes, sir, it is.

23   Q   Have you been deposed before?

24   A   Yes, sir.

25   Q   How many occasions?

Page 7

1    A    One.

2    Q    How recent was that?

3    A    Several years ago.  It's not recent at all.

4    Q    Was it in connection with your work in the

5         therapy field?

6    A    No.

7    Q    What kind of case was it?

8    A    It was a wrongful death case.

9    Q    Were you a party to the litigation?

10   A    The company I worked for was.

11   Q    I'll refresh you, then, on the deposition

12        procedure.  We are on the record as if we were

13        in court.  There is no judge here, but the

14        testimony functions the same way as testimony in

15        court in the sense that it's under oath, it's

16        transcribed, and the objective is to collect

17        testimony for use in this case brought by ████

18        ████ as John Doe versus Purdue University and

19        others, a case that's pending in federal court

20        in the Northern District of Indiana.

21             While we're on the record, everything that

22        is said by you and by the lawyers will be

23        transcribed.  Because it's being transcribed,

24        it's important that we take precautions to not

25        speak over one another.  When I'm posing a

Page 8

1    question, sometimes it will come out rather

2    slowly because of my goal of precision, so

3    please wait until the question is fully posed

4    before you begin your answer.  Also, before you

5    begin your answer, Mr. ██████'s counsel who is

6    here in this procedure with us today, Mr. Byler,

7    will have an opportunity to assert an objection.

8    So you need to allow a pause for that, too.

9        When you're answering, I'll do my best to

10    ensure that you had a complete opportunity to

11    answer the question before we turn to the next

12    question.

13        You will have an opportunity to review the

14    transcript after it's prepared and make notes to

15    the transcript.  That process is intended for

16    minor corrections, such as the spelling of a

17    name, a juxtaposed date, or similar details, not

18    for changing your testimony.  If you do need to

19    correct an answer you've given, let us know

20    while we're all together today and we'll circle

21    back to the question and give you an opportunity

22    to add or supplement or modify your answer.

23        If you don't understand a question, please

24    say so.  Our goal is to ask questions that are

25    clear and that, for you, translate into

Page 9

1        something that you can answer.  If need be, I'll

2        try to rephrase or repose a question with that

3        in mind.

4            I understand from Mr. Byler that he is also

5        representing you at this deposition; is that

6        correct?

7    A   Yes, that is correct.

8    Q   Do you have any questions of me about the

9        process?

10   A   No, sir.

11   Q   How did you prepare for today's deposition?

12   A   Read through my notes.

13   Q   The same notes that have been produced to the

14       litigants?

15   A   Yes, that's correct.  Actually, I should correct

16       that.  I read through the exhibitions, the ones

17       generated.

18   Q   The once that are numbered in the lower

19       right-hand corner as Defendant's 1, Defendant's

20       2, and so forth?

21   A   Yes, sir.

22   Q   And you have a hard copy of those with you as

23       well?

24   A   Yes, sir, I do.

25   Q   Very good.  Did you do anything else to prepare

Page 10

```
 1       for the deposition?
 2    A  Got a good night's sleep.
 3    Q  Didn't talk to anybody to try to gather
 4       information or refresh your recollection?
 5    A  No.
 6    Q  Didn't consult any reference works or anything
 7       like that?
 8    A  No.
 9    Q  In this case, have you been asked by Mr. Byler
10       to prepare any opinions for this case?
11    A  Prepare opinions?
12    Q  Yes.  Has he asked you to give him an analysis
13       or an opinion on any topic for his use in this
14       case?
15    A  No.  He asked me to review the exhibitions and
16       make sure I had a printed copy.
17    Q  So other than preparing for today's deposition,
18       you haven't interacted with Mr. Byler?
19    A  No.
20    Q  One note about process.  Because this is a
21       transcribed proceeding, if you're answering me
22       with a shake of the head or a nod of the head,
23       I'll know what you're communicating to me, but
24       it won't show up on the printed page.
25    A  Thanks for the reminder.
```

Page 11

1   Q   So if I say "yes or no" in that tone of voice,
2       it's just my prompt to please go ahead and
3       express your answer as a "yes" or a "no."
4   A   I understand.
5   Q   So in connection with this case, has anybody
6       asked you to prepare any report about Mr. ████?
7   A   No.
8   Q   Please provide me a rundown of your training and
9       studies and credentialing from the time you
10      graduated high school up to the present.
11  A   From the time I graduated from high school?
12  Q   Yes.
13  A   Okay.  I received my undergraduate degree at
14      Purdue University in a technical field unrelated
15      to my current profession.  I then worked in a
16      variety of capacities.  Career experience
17      doesn't matter if it's unrelated to this; is
18      that correct, sir?  Education only; is that
19      correct?
20  Q   This question is about your education, yes.
21  A   Then returned to school to get my master's to be
22      a mental health counselor roughly five years
23      ago.  Achieved that degree, and then sought
24      special certification as an EMDR therapist for
25      the treatment of trauma and other distorted

Page 12

1  cognitions that go along with traumatic life

2  events.

3  Q  Just for my background reference, prior to

4    making a career turn in the direction of

5    therapy, what generally were the fields in which

6    you were working?

7  A  The first 20 years of my career I spent in an

8    industrial field, marketing and sales.  The next

9    ten years were also in a marketing/sales

10    capacity in the construction industry.  Those

11    are my primary experiences.

12  Q  So was it in 2015 or 2016 that you made a career

13    turn toward training for counseling work?

14  A  I don't remember exactly, I'd have to do the

15    math.  Let me think for a second here.  Would

16    have been '15, I believe, when I started.

17  Q  By "started," you mean when you started in

18    school?

19  A  Yes, sir.

20  Q  Where was that?

21  A  Grace College, Winona Lake, Indiana.  It's a

22    three-year program.

23  Q  A part-time program or full-time program?

24  A  I'm not sure how to categorize that.  I was in

25    school every week, every semester.

Page 13

1    Q    A six-semester program?

2    A    Yes, that's correct.

3    Q    When did you complete that program?

4    A    2018, May of 2018.

5    Q    What was the master's degree field that you

6         obtained that degree?

7    A    Clinical mental health counselor.

8    Q    You mentioned the EMDR therapy a few moments

9         ago.  Was that a particular focus of the program

10        at Grace College?

11   A    No.  It was provided by -- the certification was

12        through EMDRIA.

13   Q    How is that spelled?

14   A    E-M-D-R-I-A.  That was in addition to my degree

15        at Purdue, with a specific focus on trauma and

16        how to treat that with EMDR therapy.

17   Q    You said your degree at Purdue.  Did you mean

18        your degree at Grace College?

19   A    I'm sorry, yes.  My degree at Grace College.

20   Q    So in your degree work at Grace College, you had

21        a focus on trauma?

22   A    No.  My study at Grace was guided by the CACREP

23        certification, which is specifically for

24        clinical mental health counseling.

25   Q    Can you spell what you just described as the

Page 14

1        CACREP?

2    A   Yes.  CACREP is spelled C-A-C-R-E-P.

3    Q   What does that stand for?

4    A   I don't know what the acronym represents, but

5        they are the highest level of certification that

6        a master's program can have in the United

7        States.

8    Q   Did I hear you correctly an answer or two ago

9        referring to a trauma focus in your training?

10   A   Yes.

11   Q   What was that?  Could you repeat that for me?

12   A   Yes.  The EMDR therapy is specific to treat both

13       what they call small-t and large-T trauma.

14       Large-T trauma would be a war vet that returns

15       from Afghanistan and saw a friend die in an

16       intense and traumatic way.  Small-t trauma would

17       be someone that's bullied for three years and

18       the impact that has on their life going forward.

19   Q   How did you connect to the EMDR training?  How

20       did you get involved in that?

21   A   I was introduced through our training.  Our

22       master's program, we're exposed to many

23       different types of training.  We were introduced

24       to that as one possible area to work on.  And it

25       aligned very well with my core theory of

```
 1        counseling, which is Adlerian theory.  So it was
 2        a complement to what I'd already been trained
 3        in.
 4   Q    And by Adlerian, you mean A-D-L-E-R-I-A-N,
 5        Arthur Adler?
 6   A    Yes, sir.
 7   Q    Have you been employed as a counselor anywhere
 8        other than Family Concern Counseling?
 9   A    No.
10   Q    How did you become affiliated with Family
11        Concern Counseling?  Does that employer have a
12        therapeutic focus that aligned specifically with
13        your interest, or was there some other factor
14        connecting you to that organization?
15   A    During our training for our graduate work, we
16        had to complete an internship, and this was one
17        place that offered internships.  So I completed
18        my internship there during my graduate training,
19        and then they hired me as a full-time employee.
20   Q    Do you hold any other credentials in the
21        counseling field other than your master's degree
22        from Grace College and the EMDR credential?
23   A    No, sir.
24   Q    Do you hold any license from the State of
25        Indiana?
```

Page 16

```
 1   A   No, sir, I do not.

 2   Q   Do you hold a license from any state?

 3   A   No.

 4   Q   What do you understand to be the counseling or

 5       therapeutic services that you are not able to

 6       offer due to not having a license as a

 7       psychologist from the state of Indiana?

 8   A   As long as I am under supervision of a licensed

 9       therapist, there is no limit.

10   Q   So who is the licensed therapist who supervises

11       you currently?

12   A   Chris Hamrick.

13   Q   How is his or her last name spelled?

14   A   His last name is H-A-M-R-I-C-K.

15   Q   So how does that supervision work?

16   A   By state requirement, we have an hour of

17       face-to-face supervision weekly.

18   Q   In that hour, do you talk about all of your

19       cases, or maybe I should say all of your

20       clients?

21   A   No, not all of them.  Just selected clients

22       based on need.

23   Q   Does Family Concern Counseling have any

24       faith-based affiliation?

25   A   You mean with a specific organization?
```

Page 17

```
 1   Q   With a particular denomination or a particular
 2       church where the counseling services are offered
 3       as complementary to that denomination or that
 4       church.
 5   A   We do not have any specific relationships with
 6       churches or organizations.  Many of the
 7       counselors are Christian.
 8   Q   I'm going to begin asking you some questions
 9       where we'll be looking at the notes as we go
10       along.  Each time I ask you to look at a note,
11       I'll tell you specifically which one we're
12       looking at.  Generally, we're going to proceed
13       in chronological order.
14   A   Okay.
15   Q   So Mr. ████ came to see you in 2018; correct?
16   A   Yes.
17   Q   Your first meeting with him was on February 26,
18       2018?
19   A   Yes, that's correct.  Actually, let me correct
20       that, I'm sorry.  The first meeting I had in
21       relationship to this client was with his
22       parents.
23   Q   Was that a separate meeting with the parents
24       only?
25   A   It was a separate meeting with the parents only,
```

Page 18

```
 1        and that was on the 26th of February 2018.
 2   Q    So you met with the parents, and then that same
 3        day, subsequently you met with --
 4   A    No.  That day I only met with the parents.
 5   Q    Okay.
 6             (Defendant's Deposition Exhibit 1 marked
 7        for identification.)
 8   Q    So if we look at Defendant's Exhibit 1, your
 9        note indicates, quote, Client's parents came in
10        for first consultation, end quote.  That's what
11        you mean as the meeting where it was parents
12        only, without          ?
13   A    Yes.
14   Q    Why did your engagement begin with the parents
15        in a meeting without      ?
16   A    They were concerned about his well-being, his
17        inability to thrive, and were seeking
18        professional help.
19   Q    Did they tell you what they thought the problem
20        was that needed help?
21   A    No, they didn't.  They didn't know what the
22        problem was.  It was a memorable meeting because
23        they were in tears for most of it.  They were
24        heartbroken.  Their son had a past that was very
25        productive and fruitful; had withdrawn, spending
```

Page 19

1    most of his days in their basement, had broken

2    all relationships with friends, was not

3    thriving.

4         They'd told me he had an altercation at

5    Purdue where he lost his scholarship, was

6    removed from the university, removed from ROTC.

7    He then tried to reengage at another university,

8    I believe it was Taylor University; could not

9    complete the requirements there, couldn't focus,

10   couldn't complete his classes, withdrew, I

11   believe on probation of some kind because of his

12   academic -- inability to achieve academically.

13        They said, "He's just shut down, he's

14   changed, he's not the son we used to have."

15   They were very broken, very upset.

16 Q In your Defendant's Exhibit 1, under the

17   assessment in connection with meeting with the

18   parents, your problem list entry shows, quote,

19   Anxiety, depression, end quote.

20        Do you see that?

21 A Yes, sir.

22 Q Was that their description of the problem?

23 A At that point, yes.

24 Q What did they describe as anxiety behaviors?

25 A That he was having physical symptoms, that he

Page 20

```
 1      was fearful of going outside of the house, that
 2      he had had -- I'm trying to remember at this
 3      point.  The hospitalizations I think had already
 4      happened.  He'd been in the hospital with
 5      symptoms mocking a heart attack:  shortness of
 6      breath, palpitations, ongoing stomach problems,
 7      fear, worry.
 8   Q  What did they describe as depression?
 9   A  No interest in the things he used to enjoy, not
10      relating to his friends that he used to spend
11      time with, not entering into family events,
12      fearful to go anywhere.
13          I remember cutting the grass -- that wasn't
14      their report, it was his report.  Cutting the
15      grass was a major thing.  He could go out for
16      five or ten minutes, panic would set in; he
17      couldn't breathe.  He'd have to go in the house
18      and calm down.  Come back out a half hour later;
19      cut a few more minutes.
20          So they shared several stories like that.
21   Q  Did they tell you how long he'd been at Taylor?
22   A  I don't recall.
23   Q  Did you subsequently learn how long he had been
24      at Taylor?
25   A  It may have been mentioned, but I don't remember
```

Page 21

1      at that point.
2    Q   Did you have any understanding as to whether it
3        was more than one semester?
4    A   No, I don't know.
5    Q   Did you understand that he had been at Taylor
6        after he had been at Purdue?
7    A   Yes, sir.
8    Q   Over the course of your meetings with ████████,
9        was there any discussion of what had worsened
10       between the time he was at Taylor as an
11       on-campus residential student going to classes,
12       and when he came home and couldn't mow the lawn
13       for five minutes?
14   A   I don't remember it in a comparative sense the
15       way you've asked the question.  I don't remember
16       discussing it that way.
17   Q   Do you understand the comparison I'm trying to
18       draw?
19   A   I believe so.
20   Q   That while he was at Taylor, he was living
21       outside the family home, sleeping outside the
22       family home, had a class schedule, was at least
23       a sometime student, maybe not a fully successful
24       student, but nonetheless doing some things as a
25       student in his courses, and then subsequently

Page 22

```
 1        unable to mow the lawn for five minutes while
 2        living at home?
 3     A  We didn't discuss in that kind of detail his
 4        experience at Taylor.  It was referenced
 5        generally, that he went there and he could not
 6        thrive; he came home.
 7     Q  And when he came home, his condition worsened?
 8     A  It was sometime, I don't know exactly when, it
 9        wasn't specified, sometime after he left Taylor,
10        the condition worsened.
11     Q  Just a quick note about your note-taking
12        acronyms, does the term CIT refer to you?
13     A  Yes.
14     Q  Does that mean counselor in therapy?
15     A  Counselor in training.
16     Q  In training?
17     A  So when I first met him, it was at the very end
18        of my internship.  You'll see the transition to
19        CR, which refers to counselor; CL is client.
20            (Defendant's Deposition Exhibit 2 marked
21        for identification.)
22     Q  Let's turn to Defendant's Exhibit 2.  So in
23        Exhibit 1, you had met with the parents on
24        February 26.  Now in Exhibit 2, it is March 15
25        of 2018.  Just for clarity, I have not marked
```

Page 23

1    every one of your notes.  To use our time well

2    today, I've just selected the ones on which I

3    have questions.

4        So I want to first talk about the way your

5    notes are set up.  Looking at Exhibit 2, under

6    "Chief Concerns:  Mood state and depression,"

7    are these chief concerns as reported by the

8    client?

9  A  No.  They're recorded by me.

10 Q  So when you wrote "mood state and depression" in

11    this exhibit, was that your concern after having

12    spent a session with Mr. ███ that day?

13 A  Yes.

14 Q  In the same exhibit, in the same part of the

15    exhibit, under "Work Activity," you wrote,

16    quote, Refusing work, doesn't feel he needs to

17    work right now, unquote.

18        Do you see that?

19 A  Yes.

20 Q  What were you referring to when you made that

21    entry?

22 A  The client's statement.

23 Q  Did you ask questions about his work activity?

24 A  Yeah.  Is he working; it was a simple question

25    asked.

Page 24

```
 1    Q    And realizing this is some time ago, what

 2         generally do you recall about his answer?

 3    A    What I recorded in my notes.  That was all that

 4         he said.

 5    Q    He said he didn't feel he needed to work?

 6    A    That's correct.

 7    Q    Do you have an understanding what he meant by

 8         that statement?

 9    A    Not at that point.

10    Q    Did he clarify whether he meant he didn't need

11         to work because he had his parents' roof over

12         his head and meals on the table, or some other

13         meaning of needing to work?

14    A    It was a brand-new relationship.  I can only

15         report what happened that day.

16    Q    Something he said caused you to write that he

17         was refusing work.  Was there a discussion that

18         he had been offered work or asked to find work

19         and refused to do so?

20    A    No.  Refusing work is one of the choices on a

21         drop-down menu.

22    Q    What is that choice supposed to capture?

23    A    That the client is choosing not to work at this

24         point in time.

25    Q    So in other words, not a lack of access to work
```

Page 25

1       or an incapacity to work, but just a choice not

2       to work?

3    A  I didn't know at that time.  All I know is he

4       indicated that he was not working and didn't

5       feel he needed to.

6    Q  You understood "didn't feel he needed to" as an

7       expression of his choice?

8    A  All I can tell you is what he said that day.

9    Q  In Defendant's Exhibit 2, you have a number of

10      other notes about the session.  Are all of these

11      fields populated with drop-down menus?

12   A  On the first page labeled 177, up to "Additional

13      Information," everything above that is a

14      drop-down.  And there's space to add additional

15      note with every drop-down.

16   Q  Under "Additional Information" you wrote, quote,

17      Client was focused on defending everything he

18      said with highly intelligent complex answers,

19      unquote.

20          What did you mean by that?

21   A  In our profession, we have a term that is

22      "resistance."  If a client is not comfortable,

23      doesn't trust, is not interested or motivated in

24      the process of counseling, they become very

25      resistant.  So he would have an explanation of

Page 26

```
 1        his -- of some logic for anything I asked him.
 2   Q    Can you give me an example of a question you
 3        asked him that he had an answer for that you
 4        found to be resistant?
 5   A    I don't recall what the questions were that day.
 6   Q    But you do recall that he was resistant to the
 7        therapeutic session?
 8   A    That's correct.
 9   Q    Didn't want to be there?
10   A    I would say that he didn't want to be there and
11        that at that point he did not trust me.
12   Q    Did he express he was only there because his
13        parents were making him attend?
14   A    No, not on that day.
15   Q    In the initial sessions that you had with ███
16        ███  in the first few months of 2018, did he
17        disclose to you any trauma in his past?
18   A    In his past.  Are you asking me in his life?
19   Q    Yes.
20   A    I would have to review all those notes.  I don't
21        recall.
22   Q    In the meeting that you had with his parents as
23        documented in Defendant's Exhibit 1, did his
24        parents disclose to you any trauma in his past?
25   A    They were concerned that his experience at
```

Page 27

```
 1        Purdue was traumatic.  I believe they used the
 2        term that he may have PTSD or something to that
 3        effect.  That was the only mention of anything
 4        traumatic.
 5   Q    What is the procedure at Family Concern
 6        Counseling for making a diagnosis of a patient?
 7   A    As we learn more of the client's story, we
 8        compare that to the criteria in the DSM, which
 9        is the standard in our industry for
10        psychological disorders.  And we work toward, as
11        we learn more of their story and their struggles
12        and their symptomology, what criteria they meet.
13   Q    And for the diagnostic step, does that require
14        the involvement of Mr. Hamrick?
15   A    No, sir, it does not.
16   Q    So in ██████████ case, did any licensed
17        therapist make a diagnostic evaluation of him?
18   A    No.
19   Q    Was there any consideration to have a licensed
20        therapist make a diagnostic evaluation of ████
21        ████?
22   A    No.
23   Q    Have you ever made a diagnosis of PTSD?
24   A    Yes.
25   Q    When you make a diagnosis of PTSD, do you record
```

Page 28

1      that in the progress notes?

2   A   Yes.  It would be under the diagnosis.

3   Q   And it would include the diagnostic code for

4      PTSD?

5   A   Yes, sir.

6   Q   So in my understanding, the diagnostic code

7      under the ICD-10 for posttraumatic stress

8      disorder is F43.12.  Does that sound right to

9      you?

10  A   I'd have to look.  I don't have them memorized,

11     sir.

12         (Defendant's Deposition Exhibit 6 marked

13     for identification.)

14  Q   I'd like to jump forward for a moment to

15     Defendant's Exhibit 6.  Defendant's Exhibit 6 is

16     your progress note from the May 15, 2018 session

17     with Mr. ████.  On the second page, which is

18     numbered 167 in the lower right-hand corner, in

19     the "Diagnosis" field you have a diagnosis code,

20     F43.20.  Do you see that?

21  A   Yes, sir.

22  Q   Do you recall what that diagnosis code is for?

23  A   An adjustment disorder unspecified.

24  Q   So as of May 15, 2018, you had not diagnosed

25     PTSD in Mr. ████?

Page 29

1    A    That's correct.

2         (Defendant's Deposition Exhibit 4 marked

3         for identification.)

4    Q    Turn back now, please, to Defendant's Exhibit 4.

5         This is your April 2nd, 2018.

6    A    I have it.

7    Q    From your meeting with Mr. ███, in the "Remarks

8         Made During Session" field, you wrote, quote,

9         Client stated he should be able to support

10        himself by his mid-20s, unquote.

11             Do you see that?

12   A    Yes, sir.

13   Q    Did you understand that to be a statement by

14        Mr. ███ that he thought he would be living

15        independently and employed by his mid-20s?

16   A    It was his response to a question that I asked

17        him as an indication of when, yes, when he might

18        be independent and able to support himself.

19   Q    By "able to support himself," you meant able to

20        earn a paycheck?

21   A    Yes, sir.

22   Q    In the same field you wrote, quote, Client

23        reported his experience at Purdue with sex abuse

24        allegations may have been traumatic but now

25        positive, unquote.

Page 30

```
 1             Do you see that?
 2    A   Yes, I do.
 3    Q   What did he tell you made that experience,
 4        quote, now positive, unquote?
 5    A   This was very early in the relationship.  Client
 6        was still explaining his symptomology, his
 7        medical.  He did not believe there was any
 8        psychological basis for his struggle and,
 9        therefore, dismissed what happened at Purdue as
10        a possible cause for his medical symptomology.
11    Q   Based on your note, I read it as he did more
12        than dismiss it; he described it as positive.
13    A   Yes, sir, that's what my note says.
14    Q   So in what way did he describe it as positive?
15    A   He didn't elaborate.
16    Q   Were you curious what made it positive?
17    A   No, because I felt he was in denial of what his
18        real problem was.
19    Q   What did you think his real problem was?
20    A   At that point -- let's see, where are we in the
21        journey?  I didn't know for sure at that point,
22        but some distorted cognition that he had taken
23        away from that experience, leading to social
24        anxiety or some other type of anxiety at that
25        point.
```

Page 31

1   Q   You thought that because that's what his parents

2       had told you in the first session?

3   A   No, sir.  I thought that as my professional

4       opinion.

5   Q   In any of the notes that we've looked at, did

6       you record anything about the Purdue experience?

7   A   In any of the notes we've look at so far?

8   Q   Yes.

9   A   I'd have to look back through them.  I don't

10      remember precisely.

11   Q   So as of this April 2nd, 2018 session with ███

12      ███, both ███ and his parents thought that he

13      should and would be working, certainly by the

14      time he was in his mid-20s?

15   A   I don't know what his parents were thinking.

16      Client responded to the question I asked him and

17      he thought by his mid-20s he should be able to

18      support himself.

19   Q   Isn't it true that when his parents came to see

20      you, they were upset because he was living in

21      their basement and not working?

22   A   They were upset because he was withdrawn and

23      struggling.  I don't remember them specifically

24      saying it was because he wasn't working.

25   Q   ███ himself told you at a number of points over

Page 32

```
 1        your therapeutic relationship with him, that his
 2        father thought he should be working at that
 3        time; right?
 4    A   Yes.  His parents both desired him to have
 5        employment.
 6    Q   In their view, as ███ related to you, that was
 7        not something to be achieved by his mid-20s,
 8        that was something he should be doing as of the
 9        time he was doing therapy with you; right?
10    A   Can you restate the question, please?
11    Q   Sure.  As described by ███████, his parents
12        thought that he should have already been in a
13        job while he was meeting with you for a period
14        of more than a year?
15    A   Yes.
16    Q   And ████ himself thought that he should be in a
17        job by his mid-20s?
18            MR. BYLER:  Objection to form.
19    Q   It's still a pending question, Mr. Perry, so you
20        should answer.
21    A   When I asked the client the question at what
22        point in his life he feels he should be able to
23        support himself, he said mid-20s.
24    Q   Mr. Perry, in looking over your notes of your
25        meetings with ███████ between early 2018 and
```

Page 33

```
 1        mid-2020, I did not see any mention by you of

 2        any mention by ██████████ of an aspiration to a

 3        military career.  Did --

 4   A    Are you asking me if I put in my notes that he

 5        aspired to have a military career?

 6   Q    Yes.

 7   A    We didn't discuss it.

 8   Q    He didn't bring the subject up to you and you

 9        didn't bring the subject up to him?

10   A    No.  I said I didn't put it in my notes.

11   Q    I think you just said you didn't discuss it.

12   A    Can you restate the question, please?

13   Q    I think you've answered it.  I'll go ahead and

14        move on.

15             So what did you understand from Mr. ████ to

16        have been his academic interests when he left

17        high school for college?  What did he want to

18        study?

19   A    He never told me what he wanted to study.  I

20        know that he was enrolled in the ROTC, he was

21        enrolled at Purdue as a full-time student, I

22        believe he had scholarships along with that.

23        That's all I know.

24   Q    Did he tell you anything about his academic

25        performance at Purdue?
```

Page 34

```
 1   A   No.

 2   Q   Did you ask?

 3   A   No, not that I recall.

 4   Q   Did he tell you whether he was academically

 5       eligible to continue at Purdue in ROTC for his

 6       sophomore year?

 7   A   I don't know when in reference to

 8       freshman-sophomore year.  I just know that he

 9       was told he had to withdraw from the program.

10   Q   From the ROTC program?

11   A   Yes.

12   Q   Your objective with Mr. ███ was to make

13       therapeutic progress in the course of

14       approximately ten sessions; right?

15   A   No.  My objective was to help him address his

16       goals in whatever time period that took.

17           (Defendant's Deposition Exhibit 12 marked

18       for identification.)

19   Q   Move forward, if you would, please, to

20       Defendant's Exhibit 12, which is your

21       October 29, 2019 progress note.

22   A   I have it.

23   Q   On the second page of that note, which is

24       numbered 150 in the lower right-hand corner, you

25       have a list of goals, and the number one goal
```

Page 35

1       refers to, quote, Client will learn why he has

2       anxiety and will lower from a 10 to 3 by client

3       reports in 10 to 12 sessions, unquote.

4           Do you see that?

5   A   Yes, sir.

6   Q   And you repeated that statement in many of your

7       subsequent progress notes; did you not?

8   A   I would have to look.

9           It's certainly in the next one.

10          (Defendant's Deposition Exhibit 41 marked

11      for identification.)

12  Q   For example, if we go forward to Defendant's

13      Exhibit 41, which is dated June 22 of 2020,

14      approximately 20 months after Defendant's

15      Exhibit 12, your statement of goals includes the

16      identical statement; does it not?

17  A   Yes, sir.

18  Q   So if Mr. ██████ had an anxiety disorder, the

19      therapy that you had in mind was designed to be

20      effective in a course of 10 to 12 sessions to

21      lower his anxiety from a self-report of 10 to a

22      self-report of 3; correct?

23  A   No, sir.

24  Q   What about the statement I just made is not

25      correct?

Page 36

```
 1   A    Goals are objectives that we work towards, that
 2        we try to define and achieve them.  But they are
 3        not an exact measurement.  They're a goal that
 4        we strive for.
 5   Q    Where did you come up with the number 10 to
 6        12 sessions?
 7   A    Best estimate at the time.
 8   Q    Based on what?
 9   A    What I knew at that point of his case.
10   Q    So everything that you knew about Mr. ▓▓▓▓ when
11        you set this goal suggested to you that his
12        anxiety was a candidate for lowering in 10 to
13        12 sessions from a self-report of 10 to a
14        self-report of 3?
15   A    No.  That goal was to strive to achieve it in
16        that time period.
17   Q    It wasn't a random goal; it was a goal based on
18        your training; was it not?
19   A    Correct.
20   Q    So it was a goal based on your understanding of
21        the therapeutic literature and the therapeutic
22        techniques and how similarly situated patients
23        would respond; correct?
24   A    No.  It's an individual evaluation made based on
25        the needs of each client.
```

Page 37

```
 1    Q    Without regard to what the therapeutic
 2         literature says?
 3    A    No, I didn't say that.
 4    Q    You just disagreed with my statement, and my
 5         statement asked you about the therapeutic
 6         literature.
 7    A    Our training informs our goals and our approach,
 8         the therapies we might use, absolutely.  But a
 9         goal is something we strive for.  It is not an
10         exact definition of how it will happen.
11    Q    I didn't ask you anything about exact
12         definitions of how it will happen.  I asked you
13         whether that was what you thought was
14         achievable.
15    A    At that point in time, yes.
16    Q    And that never changed, did it?
17    A    I never changed the goal, that's correct.
18    Q    Did you meet the goal?
19    A    Ultimately, yes.
20    Q    Tell me what you mean by that.
21    A    By the end of his therapy, the goal was
22         achieved.
23    Q    And "by the end of his therapy," you mean his
24         last session with you in mid-2020?
25    A    Correct.
```

Page 38

```
 1   Q   And in what sense was the goal achieved as of
 2       that time?
 3   A   The client's report of his anxiety was at the
 4       level that we strive to reach.
 5   Q   It was at a self-report of 3?
 6   A   I'd have to look at the goals.  There were times
 7       when I did question him towards the end of
 8       therapy and he did comment specifically where it
 9       was.
10   Q   So if a client has a self-report of 3 on an
11       anxiety scale of 1 to 10, you would consider
12       that to be a success for the type of therapy you
13       were attempting with Mr. ████?
14   A   Yes.
15   Q   And reaching that milestone of success should
16       mean, in Mr. ████'s case, that he was ready, for
17       example, to return to the workforce as of
18       mid-2020?
19   A   It would mean that we met that goal.
20   Q   That you met that obstacle to his return to the
21       workforce?
22   A   It would mean that we met the goal of lowering
23       his anxiety to that level.
24   Q   As of mid-2020, was there anything in your
25       therapeutic interaction with Mr. ████ that
```

Page 39

```
 1        indicated to you that anxiety was an obstacle to
 2        his return to the workforce?
 3              MR. BYLER:  Objection to form.
 4    A   I was focused on achieving goals.  I don't
 5        recall an answer that would satisfy your
 6        question.
 7    Q   Well, every single therapeutic note that you
 8        took made an annotation on client's refusal to
 9        work.  So that was central to the therapeutic
10        project you were undergoing with Mr. █████;
11        correct?
12    A   It's one of the drop-down boxes that was marked.
13    Q   Not just a software box; it's an objective; is
14        it not?
15    A   It is one of the drop-down boxes we can choose
16        from in describing the case.
17    Q   So you never reached a professional opinion as
18        of mid-2020 whether Mr. █████ had an anxiety
19        condition that was an obstacle to his return to
20        the workforce?
21              MR. BYLER:  Objection to form.
22    A   We were focused on achieving the goals as we
23        initially established.
24    Q   That wasn't my question, with respect.  My
25        question is just a yes-or-no question.
```

Page 40

1      Did you have a professional opinion as of
2   mid-2020 on the topic of whether Mr. ██████ had an
3   anxiety condition that stood in the way of his
4   return to the workforce?  Either you had such an
5   opinion or --
6   A   I don't recall an opinion at that point in time.
7   Q   Mr. ████ had a recurring usage of stimulants
8   before and during the time you were in therapy
9   with him; correct?
10  A   I have no knowledge of that the way you've
11  stated it.
12  Q   Well, you've reviewed your progress notes before
13  today's deposition.  You're aware that in many,
14  many of those notes, you record stimulant use;
15  right?
16  A   Yes, that was the initial entry; that remains
17  part of the file.
18  Q   And so for example, in August of 2018, about six
19  months after you first met with Mr. ██████s
20  parents, ████████ called you and said that he
21  was at the ER because ██████ had been using
22  experimental mind-enhancing substances that
23  landed him in the ER twice.  Do you recall that?
24  A   Which exhibit are you looking at, sir?
25  Q   Defendant's Exhibit 7.

Page 41

1           (Defendant's Deposition Exhibit 7 marked
2       for identification.)
3    A  I see that note, yes, sir.
4    Q  The subject of stimulant use came up in several
5       of your sessions with Mr. ███, did it not?
6    A  What sessions are you referring to, please?
7    Q  I'm just asking you whether you remember it
8       coming up.
9    A  There was more than one session where it was
10      discussed.
11   Q  Did you explore with Mr. ███ why he was using
12      stimulants?
13   A  Only on one occasion.
14   Q  What did you discuss with him?
15   A  It was the occasion of when he started his new
16      job.
17   Q  How did the topic come up?
18   A  I believe I asked him why he chose to use
19      stimulants.
20   Q  What did he say?
21   A  I believe that he was -- I don't remember
22      exactly, but he was tired and anxious and
23      thought it might help him be more awake and
24      alert for his new job.
25   Q  Did you believe that explanation?

Page 42

```
 1   A   I had no reason to question it.
 2   Q   Did you ever obtain from Mr. ██████ any disclosure
 3       of what prescriptions he had for medications?
 4   A   No.  He referenced -- he always referenced it
 5       generically as "stimulants."  One time I believe
 6       he used the word "Adderall."
 7   Q   And he described it as self-prescribed Adderall?
 8   A   I'd have to look at that note.
 9           (Defendant's Deposition Exhibit 8 marked
10       for identification.)
11   Q   Take a look, please, at Defendant's Exhibit 8.
12   A   Okay.  I see that note.
13   Q   That he told you this was his second trip to the
14       ER possibly because of too much self-prescribed
15       Adderall?
16   A   Correct, I see the note.
17   Q   By "self-prescribed," did you understand that to
18       mean he didn't have a doctor's prescription?
19   A   I didn't know.  He didn't specify.
20   Q   He used the term "self-prescribed"?
21   A   I don't recall.
22   Q   Well, you said you don't know what the term
23       means, so it wasn't your term, I gather?  It
24       must have been his term?
25   A   I honestly don't remember.
```

Page 43

```
 1   Q   In other words, he was acquiring Adderall
 2       without a prescription?
 3   A   We didn't discuss that.
 4   Q   Did you not find it irrelevant to your
 5       diagnostic task with Mr. ███ to have a full
 6       disclosure of what medications he was taking and
 7       where he was getting them, whether under a
 8       doctor's care or otherwise?
 9   A   I am not medically trained.  I knew he was under
10       the care of a physician, so that was not my
11       concern professionally.  Awareness of him
12       sharing it with me, I made note of.
13   Q   Why do you say he was under the care of a
14       physician?
15   A   He had been seeing a physician the entire time I
16       was seeing him.
17   Q   Well, he described the person as a holistic
18       doctor; correct?
19   A   He saw many healthcare professionals:  medical
20       doctors, holistic doctors, acupuncturists.
21       There were many professionals that helped him.
22   Q   There are drugs that can cause anxiety effects,
23       are there not?
24   A   I don't know.  I'm not a doctor.
25   Q   In your therapeutic training, did you ever
```

Page 44

1       encounter that proposition?

2  A    Yes, it is a possibility.

3  Q    Stimulants can cause anxiety in some people, can

4       they not?

5  A    I would have to know what stimulant you're

6       referring to specifically.

7  Q    Well, you've heard of the general proposition

8       that stimulants can stimulate anxiety, among

9       other things; right?

10 A    They can make it worse, is what I was trained.

11      Beyond that, I have no expertise.

12 Q    So stimulants can make anxiety worse, and you

13      were treating Mr. ███ for what he characterized

14      as anxiety.  Would it not be relevant to know

15      what stimulants he was taking?

16 A    In my professional opinion, I felt he was having

17      panic attacks and the stimulants were very

18      secondary.

19          (Defendant's Deposition Exhibit 15 marked

20      for identification.)

21 Q    Take a look at Defendant's Exhibit 15.

22          MR. BYLER:  Did you say 15 or 16?

23          MR. KEALEY:  15, one-five.

24          MR. BYLER:  Thank you.

25 BY MR. KEALEY:

Page 45

```
 1   Q   Under your field for chief concerns in
 2       Defendant's Exhibit 15, one of your chief
 3       concerns listed was anxiety; right?
 4   A   Correct.
 5   Q   You didn't write panic attacks, you wrote
 6       anxiety; right?
 7   A   That note says anxiety, yes.
 8   Q   Many of your notes say anxiety, do they not?
 9   A   There's also reference to panic attacks in the
10       notes.
11   Q   My question is about where you write down
12       anxiety.
13   A   Where it says "Chief Concerns," mood state and
14       anxiety is what's written on the paper, yes,
15       sir.
16           (Defendant's Deposition Exhibit 14 marked
17       for identification.)
18   Q   In fact, you wrote that in every one of your
19       progress notes, starting on at least
20       Defendant's 14 on December 10, 2018, through the
21       end of your therapeutic relationship with
22       Mr. ███ in mid-2020, didn't you?
23   A   In that field, yes, sir.
24   Q   So you, in fact, were evaluating Mr. ███ as
25       somebody who had an anxiety condition?
```

Page 46

```
 1   A   Yes, sir.

 2   Q   That, as you stated, could be worsened by

 3       stimulant use?

 4           MR. BYLER:  Objection to form.

 5   A   You asked me if I knew stimulants could impact

 6       anxiety, and I said yes, part of my training

 7       informed me of that.

 8   Q   What you said is that it could make anxiety

 9       worse?

10   A   Correct.

11   Q   So if you're treating a patient for anxiety and

12       you know that they're using stimulants, would it

13       not be important to know what stimulants they're

14       using, with what frequency and what dosage, and

15       whether prescribed or bought off the street?

16   A   The only concern I would have is if the client

17       is continuing to use those stimulants.  The

18       client reported that he had stopped, so I no

19       longer was concerned.

20   Q   Was stopping using the stimulants part of the

21       progress that you reported was achieved by

22       mid-2020?

23   A   No, that was not part of our -- that's not what

24       I recorded.

25   Q   I'm just asking you if it, in fact, is plausible
```

Page 47

```
 1        that that was one reason the anxiety got better
 2        by mid-2020.
 3   A    It was not one of our goals and I did not
 4        discuss it with him further.
 5   Q    So you don't have any view one way or the other
 6        whether Mr. ███ reporting that he was stopping
 7        using stimulants was one reason why his anxiety
 8        level was going down?
 9   A    No, because the majority of his symptoms
10        remained.
11   Q    You testified a few minutes ago that by
12        mid-2020, a majority of his symptoms did not
13        remain.
14   A    At the time I referenced originally, which was
15        when he started a new job, that was the
16        reference to when he was using stimulants.  I
17        don't remember the date of that specifically,
18        I'd have to look back at the notes.  When the
19        client reported he was no longer using
20        stimulants and his symptoms remained, I
21        eliminated that as a variable.
22   Q    A moment ago you told me you didn't consider it
23        as a variable, that it wasn't part of your
24        evaluation.
25   A    My professional opinion was, he was having panic
```

Page 48

1       attacks.

2    Q   Did you identify it as a variable or not?

3    A   At what point in time?

4    Q   Did you identify it as a variable at any point

5        in your therapeutic relationship with Mr. ████?

6    A   I considered it when he reported it.  But once

7        he reported no longer using them, it was no

8        longer a variable.

9    Q   Did you ever tell Mr. ████ that one step he

10       could take to reduce his anxiety was to reduce

11       his stimulant use?

12   A   I don't recall.

13   Q   One of your recorded diagnoses of Mr. ████ under

14       code 43.20 was adjustment disorder, as you've

15       testified.  What did you diagnose Mr. ████ as

16       adjusting to?

17   A   Adjustment disorder is a broad diagnosis until

18       we know the specific cause of the symptomology

19       we're treating.  So that diagnosis specifically

20       says, "Adjustment disorder unspecified."  As we

21       progressed with his care, the diagnosis was then

22       changed.

23   Q   How was it changed?

24   A   I'll have to look.  I believe I changed it

25       twice.  Once was to adjustment -- let me look to

Page 49

1      be sure.

2          It was changed on 9/19.  On 9/19/2018, your

3      Exhibit 10.  The diagnosis was changed to

4      F43.23, which is adjustment disorder with mixed

5      anxiety and depression.  And on October 10,

6      2018, my final diagnosis was social anxiety

7      disorder with panic attacks.

8          So it was changed twice after the original

9      diagnosis.

10         (Defendant's Deposition Exhibits 10 and 11

11     marked for identification.)

12  Q  When you were diagnosing it as adjustment

13     disorder, what did you theorize was the event to

14     which Mr. ██████ was struggling to adjust?

15  A  At what point in time?

16  Q  Well, let's take the first point.  You just gave

17     me a chronology, so let's begin at the

18     beginning.

19  A  So are you asking me when I changed the

20     diagnosis the first time?

21  Q  You said you started with "adjustment disorder

22     unspecified."

23  A  That's correct.

24  Q  So let's begin with, when you first made that

25     diagnosis, what was the event to which he was

Page 50

```
 1      adjusting?

 2  A   At that point all I had to go on was what

 3      happened at Purdue and at Taylor.

 4  Q   What had happened at Taylor?

 5  A   That he was unable to thrive in that environment

 6      and had to come home.

 7  Q   Was that a cause or a symptom?

 8  A   I don't understand your question.

 9  Q   What was he failing to adjust to at Taylor?

10  A   I would define thriving as staying enrolled,

11      achieving academic accomplishment, and moving

12      forward in his education.  He was unable to do

13      that.

14  Q   The diagnosis of adjustment disorder is a

15      disordered response to a life event; correct?

16  A   Correct.

17  Q   So what life event was Mr. ███ failing to

18      adjust to while he was at Taylor?

19  A   As I repeated earlier, his trouble adjusting was

20      related to both events, Purdue and Taylor.

21  Q   Well, neither Purdue nor Taylor is an event;

22      they're both educational institutions.  So those

23      are places; places aren't events.

24          What event at Taylor was he failing to

25      adjust to?
```

Page 51

```
 1   A   His inability to thrive.

 2   Q   That's not an event.

 3   A   I don't have knowledge beyond that, sir.

 4   Q   Why did you change the diagnosis from adjustment

 5       disorder to social anxiety?

 6   A   When or why?

 7   Q   Why.

 8   A   Because it became more apparent, the nature of

 9       his struggle, the origins of his struggle.

10   Q   One way it became more apparent was it became

11       more apparent that his struggle, by his account,

12       had to do with his negative experience with his

13       father when he was still living at home before

14       college; right?

15   A   What exhibit are you referring to, sir?

16   Q   Do you recall what I'm talking about?

17           MR. BYLER:  Object to form.

18   A   No.  What specifically are you referencing in my

19       notes, please?

20   Q   I'll get the note.  But you just testified that

21       you changed the diagnosis because he had changed

22       information.  Do you remember what changed

23       information you had?

24   A   Let me review my note and I'll let you know.

25   Q   Okay.
```

Page 52

```
 1    A    It was a time frame of the increase in
 2         symptomology reported by the client, if you look
 3         at Exhibit 10.
 4    Q    Yes.
 5    A    Part of diagnosing something requires a specific
 6         period of time of which they had those symptoms.
 7         So as I progressed with his care and learned
 8         more information, it allowed me to refine my
 9         diagnosis.
10    Q    So in Exhibit 10, you used the acronym CR.  What
11         does the acronym CR stand for?
12    A    Counselor.
13    Q    The date of Exhibit 10 is September 19, 2018?
14    A    Correct.
15    Q    And you write in the middle of the "Remarks"
16         section, quote, CR assessed onset six months ago
17         with increase three months ago.  CL reported
18         started coming to counseling the first time six
19         months ago and his parents stepped up their game
20         three months ago, unquote.
21             Do you see that passage?
22    A    Yes, sir.
23    Q    Can you translate that for me?
24    A    I was trying to determine the severity of his
25         symptoms, and we use scaling to do that, either
```

Page 53

```
 1        time or other measures.  And this allowed me to
 2        find the point at which his symptomology
 3        increased and caused additional distress in his
 4        life.
 5    Q   Well, you used the word "additional," but you
 6        also, in this passage I quoted, used the word
 7        "onset."  That would mean the beginning; right?
 8    A   This was the client's report at that time, yes.
 9    Q   No, your entry says this was your assessment.
10    A   Based on what the client told me, that's
11        correct.
12    Q   So you assessed the onset of anxiety as
13        approximately March of 2018?
14    A   My questioning of the client gave me that time
15        frame.
16    Q   In the passage I quoted to you, there's a
17        reference to the parents stepping up their game
18        three months ago.  What does that mean?
19    A   They were having discussions with him about
20        moving forward in life.
21    Q   Their view as of September 2018 and the three
22        months leading up to September was that ███
23        ███ should be moving forward in life?
24    A   You'd have to ask them.  I don't know exactly
25        what they were thinking.  I can only tell you
```

Page 54

```
 1        what he told me.
 2   Q    I'm asking what he told you.
 3   A    He told me that his parents were increasing
 4        their conversations about him moving forward in
 5        life.
 6   Q    Did you ever learn in your therapeutic
 7        interaction with ██████████ when he was enrolled
 8        at Purdue?
 9   A    You mean a specific date?
10   Q    Yes.
11   A    No, I don't know the specific date he enrolled.
12   Q    So in this entry, you're trying to create a
13        chronology of onset of symptoms by months.  Do
14        you know, as of September 2018, how long ████████
15        ██████ had been gone from Purdue?
16   A    No.
17   Q    Did it matter to you?
18   A    Did it matter to me?
19   Q    Did it have any therapeutic relevance to you to
20        know how long he had been gone from Purdue as of
21        the time of the, quote, onset, unquote, of the
22        anxiety described in Defendant's Exhibit 10?
23   A    No.  I was evaluating the severity of his
24        symptoms and what his report was as to when they
25        were worse.  I wasn't thinking about Purdue at
```

Page 55

```
 1        that point in time.
 2    Q   In the same entry, there are notes about Purdue
 3        and Taylor.  Do you see that?
 4    A   Yes, I do.
 5    Q   How did that come up in this context?
 6    A   The statement that the client made towards the
 7        end of the session.
 8    Q   Not something that you thought was relevant to
 9        diagnosing the chronology of the anxiety onset?
10    A   Diagnosing the problem is not from my
11        profession.  I was not concerned about
12        chronology of things.  I was concerned about
13        distortions, the cognitive distortions in his
14        mind that that event may have impacted or
15        imprinted.  Identifying those and correcting
16        those would bring him healing and good health.
17    Q   What event are you talking about?
18    A   Purdue and Taylor.  Whatever -- that was his
19        struggle, that's been his reported struggle.
20            (Defendant's Deposition Exhibit 20 marked
21        for identification.)
22    Q   Take a look at Defendant's Exhibit 20, please.
23        A moment ago you referred to Mr. █████s reported
24        struggle.  So I'd ask you to take a look at the
25        next-to-last paragraph in the "Remarks" section
```

Page 56

```
 1        on page 106 of Defendant's Exhibit 20.
 2             In this paragraph, there is passage that
 3        reads, quote, CR and CL also conceptualized how
 4        his possible fear of failure could be part of
 5        his struggle, unquote.
 6             Do you see that?
 7   A    I must be in the wrong paragraph.  Hold on.
 8             Yes, I see it now.
 9   Q    So fear of failure was part of the struggle that
10        the two of you together conceptualized as
11        needing therapeutic attention; right?
12   A    In March of 2019, yes, that's correct.
13   Q    And the fear of failure was attributed by
14        Mr. ████ in some degree to, quote, his middle
15        school years, remembering his father was and
16        still is very controlling, unquote.
17             Do you see that?
18   A    I see the note, yes.
19   Q    That was his own description of a factor in his
20        struggle with fear of failure; right?
21   A    That was his description, yes, that day.
22   Q    And he elaborated, quote, CL reported he did not
23        feel he could please his father and felt like a
24        failure, unquote; right?
25   A    When he was reflecting on his middle school
```

Page 57

```
 1        years, yes.

 2   Q    Well, actually in the previous sentence, he said

 3        it started in his middle school years and that

 4        his father, quote, still is very controlling.

 5        Do you see that?

 6   A    "Client reflected back on his middle school

 7        years, remembering his father was and still is

 8        very controlling."  Yes, I see the sentence.

 9   Q    So his fear of failure in the eyes of his father

10        was from his middle school years right up to the

11        date of that session?

12             MR. BYLER:  Object to the form.

13   A    You'd have to ask his father.  The way you asked

14        that, it sounds like you're asking me what his

15        father thinks.

16   Q    No, not at all.  I'm asking you what you wrote.

17   A    I can reread what I wrote, if that helps.

18   Q    Yes, since I'm asking you to confirm the meaning

19        of what you wrote.

20             MR. BYLER:  Object to the form.

21   Q    Mr. ███ described fear of failure in the eyes

22        of his father as something that still was, as of

23        the date of that session, part of his struggle.

24   A    He said his father "was and still is very

25        controlling."  He didn't say his fear of failure
```

Page 58

1    was and still is.

2    Q    Well, the very next sentence says that he

3         "reported he did not feel he could please his

4         father."

5    A    Past tense.  This was in reference to middle

6         school.  The conversation was in reference to

7         middle school.  He did make the statement that

8         his father is still controlling presently, but

9         we were talking about middle school.

10   Q    The relevance of talking about middle school

11        fear of failure would be whether Mr. ███ was

12        experiencing a fear of failure on March 25th,

13        2019; right?

14   A    He was comparing the feeling he had in middle

15        school to the feeling he had after his

16        experience at Purdue and Taylor.  He was drawing

17        a comparison between those two feelings and

18        experiences in his life.

19            (Defendant's Deposition Exhibit 23 marked

20        for identification.)

21   Q    Take a look at Defendant's Exhibit 23, which is

22        an April 15, 2019 session note.  Under the

23        "Remarks" section, there is a discussion of the

24        urinary tract discomfort Mr. ███ was

25        experiencing at the time of the session, and the

Page 59

1         discussion of his decisions and interactions

2         regarding his doctor.

3    A    Yes.

4    Q    And your note states in the present tense,

5         quote, Client initially reported it could be

6         related to his strict, controlling father,

7         unquote.

8              Do you see that?

9    A    I see the sentence.

10   Q    The next sentence, "Counselor challenged client

11        to reflect on other times authority broke his

12        trust."

13             Do you see that?

14   A    Yes, I see it.

15   Q    So he was stating that his distrust of anyone in

16        a position of authority as of April 2019 could

17        be related to his strict, controlling father?

18             MR. BYLER:  Objection to form.

19   A    All I can do is tell you what he said.  "Client

20        initially reported it could be related to a

21        strict, controlling father."  That was a

22        statement that he made.

23   Q    And it was a statement in the context of

24        something that was happening then, not something

25        that happened in his middle school years?  Then

Page 60

```
 1      in 2019.
 2   A  We were talking about his struggle with trusting
 3      authority figures in general, and that was the
 4      context of the conversation.
 5   Q  What did you attempt therapeutically to deal
 6      with Mr. ███████'s fear of failure in the eyes of
 7      his strict, controlling father?
 8   A  It was not a primary concern of my care.  His
 9      symptomology was a result of distorted beliefs
10      and cognitions about himself and the world
11      around him.  I was focused on treating that
12      distortion to bring him healing and good mental
13      health.
14   Q  Was his relationship with his strict,
15      controlling father as of 2019 part of that
16      distortion?
17           MR. BYLER:  Objection to form.
18   A  I don't know.  That wasn't something I worked on
19      specifically.
20   Q  Well, you thought about it, you asked him about
21      it, and you wrote it down.
22   A  It was mentioned, but it wasn't the primary
23      focus of my care.  We explore many things when
24      we're trying to find the root of a problem.
25   Q  This was one of the roots that the client told
```

Page 61

1      you was troubling him, wasn't it?

2          MR. BYLER:  Object to the form.

3   A  No, sir, it wasn't a root.  It was an

4      observation and a comment made.

5   Q  It wasn't a root in your view or it wasn't a

6      root in Mr. ████'s view?

7   A  I don't know, because it wasn't what I treated

8      ultimately.

9   Q  As a therapist, weren't you in the business of

10     treating the roots of distress reported by the

11     client?

12  A  The roots of distress related specifically to

13     his present symptomology and symptoms, not every

14     problem he has in his life.

15  Q  If you're going to talk about things that

16     happened in the past at his colleges and you're

17     going to talk about things that happened in his

18     middle school years, and one of the things that

19     he says happened in his middle school years and

20     to the present is a strict, controlling father,

21     how do you set that aside as part of the

22     therapeutic task?

23  A  I would identify it as part of discovery.  And

24     then we moved from that point in therapy to

25     identifying the distorted cognitions we had.  We

Page 62

```
 1        treated that with EMDR therapy.
 2   Q    You just chose not to treat him for his fear of
 3        failure in the eyes of his strict, controlling
 4        father; is that what you're telling me?
 5   A    That was not my primary concern.
 6   Q    It wasn't your concern at all?
 7   A    I said that was not my primary concern.
 8   Q    I know, and I'm asking a follow-up question.
 9        Was it your concern at all?  Was it a secondary
10        concern?
11   A    It was part of discovery to learn and understand
12        what might be going on with my client.
13   Q    I'm asking a question about your therapeutic
14        objective.  Was it even a secondary therapeutic
15        objective for you to treat your client's fear of
16        failure in the eyes of his strict, controlling
17        father?
18   A    No.
19             MR. BYLER:  Objection to form.
20   Q    Thank you.
21             MR. KEALEY:  We've been going for an hour
22        and three quarters and I think I owe the
23        reporter a break, so let's go ahead and take a
24        five-minute break.
25             (A recess was taken between 2:44 p.m. and
```

Page 63

1      2:53 p.m.)

2          (Defendant's Deposition Exhibit 16 marked

3      for identification.)

4  BY MR. KEALEY:

5  Q   So we're back on the record.  Let's take a look

6      at Defendant's Exhibit 16, which is the progress

7      note for January 14, 2019.

8          Mr. Perry, in your "Remarks" section on

9      this progress note, you refer to starting EMDR

10     therapy.  Just for the record, can you recite

11     what the EMDR acronym stands for?

12 A   Yes.  It's eye motion desensitization and

13     reprocessing.

14 Q   In a sentence or two, what does the technique

15     involve?

16 A   The technique duplicates the process of our

17     brain during REM sleep, to cope with life,

18     correct distortions from life, and help us move

19     forward.  EMDR duplicates that process, allows

20     us to go into the unconscious mind, identify and

21     correct cognitive distortions that are causing

22     distress in a person's life.

23 Q   In the session itself, what are the types of

24     techniques used?

25 A   It's basically a three-phase process.  We

Page 64

```
1        identify what is the cognitive distortion.  I'll
2        use as an example a young lady who is bullied
3        for multiple years in school, middle school.
4        She may leave that and, as a grown adult,
5        believe that she is undesirable, unlovable,
6        affecting relationships and marriage and other
7        parts of her life.
8              Once we identify in words the cognitive
9        distortion, "I'm unlovable," we go back to times
10       in her life when she felt that way, and we
11       process that event with the negative "I'm
12       unlovable"; we replace it with a new cognition
13       of the client's choosing, "I am lovable," that's
14       Phase 2.
15             And Phase 3 is called a body scan.  Our
16       body remembers trauma.  We have to clear out
17       anything that the body nervous system has stored
18       from that trauma and distorted cognition.
19  Q    In Defendant's 16 you use the phrase of
20       "securing his container."  What does that phrase
21       mean?
22  A    One of the things that we have to protect people
23       from is not retraumatizing them and not making
24       them relive a difficult life experience.  A
25       container is an object, a symbolic object that
```

Page 65

```
 1        allows the mind to compartmentalize these events
 2        and put them somewhere safe, and recognize and
 3        connect with them, without reliving the
 4        traumatic experience.
 5   Q    So in Defendant's 16, your diagnosis on the
 6        second page, numbered page 136, is diagnosis
 7        code F40.10.  That's a change of code and a
 8        change of diagnosis; correct?
 9   A    Yes, sir.
10   Q    That's the code for social phobia?
11   A    Social anxiety disorder, yes, with a
12        specified -- by the number, with a specifier of
13        panic attacks.
14   Q    Is the term "social phobia" also used in that
15        code?
16   A    It may have been in the older diagnosis, the
17        ICD -- ICD, maybe, codes.  But on the current
18        DSM-V, which is the current standard, social
19        anxiety disorder.
20   Q    So in that context, what does the term "social"
21        refer to?
22   A    Interactions with other people where the person
23        feels judged, fears being judged by others.
24   Q    So your diagnosis as of Defendant's 16, the
25        January 14, 2019 note, was anxiety due to fear
```

Page 66

1          of being judged?

2     A    Yes, sir.

3     Q    And your pursuit through the EMDR technique was

4          to isolate the experiences of being judged and

5          proceed from there?

6     A    Genetically -- yes, generically, yes.  We have

7          to use an event from the person's life to access

8          where it is in the unconscious mind.

9     Q    An experience, in Mr. ████'s case, of being

10         judged?

11    A    An experience where he felt what he describes as

12         his cognitive distortion.

13    Q    The distortion of feeling judged?

14    A    No.  Feeling judged is a description of how the

15         person is impacted by the disorder and what the

16         root of the fear is.

17              So when I mentioned earlier that he had

18         trouble mowing the grass, neighbors who knew

19         that he'd gotten a scholarship, was going to

20         have an ROTC Purdue experience, would see him

21         back home when he should be in college.  That's

22         an environment and a situation where he might

23         feel judged.

24    Q    Judged by the neighbors?

25    A    Correct, even though they may not even be

Page 67

1      present.

2  Q   Neighbors that have also seen him go off to

3      Taylor and come back?

4  A   Correct.

5  Q   What about his father seeing him and judging him

6      for not being in the workforce?

7  A   Generally, it's in social settings where they

8      have to interact with other people.  That

9      diagnosis is specific to outside of their home,

10     social settings where they have to interact with

11     public, other people.

12 Q   So in the EMDR therapy, were you trying to

13     address negative recollections of his

14     interactions with his father?

15 A   I'd have to look and see.  We processed many

16     different distorted cognitions.  I don't recall

17     if we processed any related to him specifically

18     or not.

19 Q   Where would that be shown in your notes?

20 A   I have no idea.  It would be in one of the

21     sessions if it's in there; I just don't know

22     which one.

23 Q   For the social anxiety relating to perception of

24     being judged --

25 A   Yes.

Page 68

```
 1   Q   -- being at home mowing the lawn also is
 2       associated with not living independently;
 3       correct?
 4   A   I'm not sure how you're making that connection.
 5       Can you elaborate on that, please?
 6   Q   Well, you gave the example of people, in
 7       Mr. ████s mind, people asking the question of,
 8       "Why are you at home mowing the lawn?  I thought
 9       you went off to college."  A variation on that
10       would be, "Why are you at home mowing the lawn?
11       I thought that you had moved out of the home and
12       were living independently."
13   A   Someone could have that variation, I suppose.
14   Q   Or, "Why are you at home mowing the lawn and not
15       at a job?"
16           MR. BYLER:  Objection.  Speculation.
17   A   At the time, the client said it was his fear of
18       what they thought of him, because he shouldn't
19       be at home right now, he should be at school.
20   Q   So the first part of it is "shouldn't be at home
21       right now."  The second part of it is, "If
22       you're not at home, where are you?"; right?
23           MR. BYLER:  Objection to form.
24   Q   And one of the things he had reported to you is
25       that his parents thought he should be at a job?
```

Page 69

```
 1          MR. BYLER:  Objection to form.
 2    A   I feel like you're combining two things that are
 3        unrelated.
 4    Q   Well, they're related enough for you to combine
 5        them in your notes.
 6    A   Where did I combine them in my notes?  Can you
 7        show me the exhibit?
 8    Q   Sure.  First we looked at Defendant's Exhibit 20
 9        previously, so let's go back there.  Exhibit 20
10        is the March 25, 2019 note.
11    A   I have it.
12    Q   On the first page, the end of the first
13        paragraph of "Remarks," quote, CL reported he
14        father [sic] is pressing him to get a job and
15        start producing an income for himself, unquote.
16            Do you see that?
17    A   Yes, I see that note.
18    Q   So that's reporting anxiety about how people
19        perceive him?
20    A   It doesn't say that.
21    Q   Isn't that the context in which you are
22        recording this observation?
23    A   Give me a moment.  I'll review the whole note.
24    Q   Okay.
25    A   Thank you.
```

Page 70

```
 1            The context of that note was his feeling
 2       the need to be in control as a means of coping
 3       and managing his anxiety.  And he said he is not
 4       ready to take the step that his father was
 5       pressing him to take.
 6    Q  And the context is a therapeutic session for
 7       social anxiety disorder?
 8    A  Correct.
 9    Q  Which you have described as social anxiety about
10       perception of being judged?
11    A  Correct.
12    Q  So in the context of social anxiety about
13       perception of being judged, the client reported
14       his father's pressure on him to get a job and
15       start producing income for himself?
16    A  That can add to his existing anxiety, but it is
17       not causal.
18    Q  Well, you've testified that you weren't focused
19       on what was causing it.  I asked you that
20       earlier.
21    A  In this note, in the context of this note, his
22       reference to his father's pressuring him was
23       adding to his anxiety.  He's not ready for that
24       because that would force him to be in a public
25       setting, which is the thing that he's avoiding
```

Page 71

```
 1      and the root of his anxiety.
 2   Q  Being in a setting such as mowing the lawn in
 3      the front yard where he'd perceive being judged
 4      by, among others, his father?
 5         MR. BYLER:  Object to the form.
 6   A  In the context of mowing the front lawn, he did
 7      not discuss his father at all.  Other people
 8      seeing him, neighbors seeing him there.
 9   Q  That was your example, the mowing the front --
10      there's no mention of mowing the lawn anywhere
11      in the notes.  But you brought that up as an
12      illustration.
13   A  I don't believe that's correct.
14         This is the note, but I don't know how long
15      you want me to take to find it.  The reference
16      to the lawn mowing is in the notes, but I don't
17      know where.  It's your Exhibit 9.
18         I asked the client, "Counselor questioned
19      under what situations does he experience social
20      anxiety.  Client reported anything outside.
21      Client reported he can't even finish cutting the
22      grass without going inside to calm down."
23         That's the conversation I'm referencing.
24      It's not a generic example; it's a specific
25      account by the client.
```

Page 72

```
 1   Q   In this particular account that you're quoting
 2       from, does he say anything about strangers
 3       outside the family?
 4   A   He made no reference to family members during
 5       that conversation.
 6   Q   He made no reference to strangers either, did
 7       he?
 8   A   He said "neighbors."
 9   Q   In this paragraph, the word "neighbors"?
10   A   No.  I'm saying during the conversation, he
11       specifically said "neighbors," that's all.  He
12       didn't say which neighbors, he didn't say they
13       were driving by in -- he just said generically
14       "neighbors."
15   Q   On this specific conversation two and a half
16       years ago, you remember a word he used that you
17       didn't write down in your notes?
18   A   Yes, sir.  Notes are a summary.  They're not a
19       dictation of every word said.
20           (Defendant's Deposition Exhibit 21 marked
21       for identification.)
22   Q   So let's take a look at Defendant's Exhibit 21.
23       Defendant's Exhibit 21 in the "Remarks" section
24       refers to a "target event."  Do you see that?
25   A   Yes, I do.
```

Page 73

```
 1    Q    Is that a term in EMDR therapy?
 2    A    Yes, sir, it is.
 3    Q    So what were all the target events that you used
 4         in EMDR therapy with Mr. ████?
 5    A    I would have to go through all my notes and
 6         create a list.
 7    Q    Do you remember any of them as you sit here?
 8    A    No, not specifically.  It was two years ago.  It
 9         was a lot of care and counseling, so I don't
10         remember.
11    Q    A moment ago you remembered a specific word that
12         he used two years ago.
13    A    That's correct.
14    Q    But you can't remember any of the target events
15         from EMDR therapy?
16    A    Not that I would speak about casually without
17         looking at the notes.
18    Q    In this particular note, the target event is
19         when Mr. ████ was in high school.  Do you see
20         that?
21    A    Yes, that's correct.
22    Q    So in this particular session, the diagnosis of
23         social anxiety was being treated by a
24         therapeutic technique with a target event when
25         he was in high school; right?
```

Page 74

```
 1   A    Just one moment, let me look at the context.
 2             One of the distorted cognitions was fear of
 3        failure from the note prior, Defendant's
 4        Exhibit 20.  That was a new theme and
 5        disturbance the client brought up.  Any event in
 6        his life where he felt fear of failure allows me
 7        to go to the neural pathway where that's stored
 8        in his unconscious mind and change the core
 9        distortion.  So that is the one he chose and
10        that is the one we processed, yes.
11   Q    And that was the earliest one; right?
12   A    You mean the first time I treated him with EMDR?
13   Q    No.  The first target event in his life.
14   A    I don't know if it was the first.  It was the
15        one he chose to process.  We let the client
16        choose.  If we create a list of thee or four,
17        some may be easier for them to return back to
18        and process than others.  We always want to
19        avoid retraumatizing the client, so we let the
20        client choose which event they want to process
21        that relates to fear of failure.
22   Q    So the first one that Mr. ████ chose was when he
23        was in high school when his father yelled at him
24        for a bad soccer performance; right?
25   A    Yes.
```

Page 75

```
 1    Q    So that would indicate that Mr. ████'s fear of
 2         failure had a causal root, at least in part of
 3         in his pre-college years, and specifically his
 4         relationship with his father in his pre-college
 5         years; right?
 6              MR. BYLER:  Objection to form.
 7    A    I wasn't treating that portion of his life or
 8         struggle in his life.
 9    Q    That wasn't my question.
10    A    But I can't answer the question the way you
11         asked the question.
12    Q    What about the question I asked you is beyond
13         your therapeutic skill to answer?
14    A    What I was treating was, in general, his fear of
15         failure, not specific to any time in his life.
16         It was a present fear.
17    Q    My question is straight out of your notes.
18    A    Okay.  Can you restate it, please?
19    Q    You have used the term "causal roots," you have
20         used the term "target event," and the EMDR
21         technique, as you've described it, is directed
22         to a target event that may be a causal root;
23         correct?
24    A    It's one of multiple target events that he can
25         use to attach to that cognitive distortion.
```

Page 76

```
 1   Q   I'll take that as a "yes."  So --
 2   A   That's not what I said.  I didn't say "yes."
 3   Q   Is there any reason you can't answer that
 4       question "yes"?
 5   A   Yes, because you're saying that is the cause.  I
 6       believe, if I understand your question --
 7   Q   No, that's not.  I'll ask the question to be
 8       read back to you.  I'm going to ask you to
 9       answer it this time.
10   A   Okay.
11           MR. KEALEY:  Madam Reporter, can you just
12       read the previous question about causal root?
13           (The requested text was read by the
14       reporter.)
15           MR. BYLER:  Objection to form.
16           Go ahead.
17   Q   That's a yes-or-no question, Mr. Perry.
18   A   Are you asking me if that is the cause of his
19       fear of failure?
20   Q   The question on its face is a question about the
21       EMDR technique.
22   A   But the way you've phrased the question, it
23       would misrepresent the truth.
24           It's one of multiple events.  The client
25       chose that one.  That does not mean it is the
```

Page 77

```
 1        only root cause of fear of failure.
 2    Q   So you're saying it is a root cause but not the
 3        only one?
 4    A   It's one represented event in his life that
 5        connects with the neural pathway for his fear of
 6        failure.
 7    Q   So what were the root causes?
 8    A   I don't know all the root causes.  The point is
 9        change the distortion; that's what the therapy
10        does.  It's not to identify all root causes.
11    Q   Can you identify any root causes?
12    A   The target events are just a means to attach to
13        the distorted cognition, and through our --
14    Q   This is a yes-or-no question.  Can you identify
15        any root causes for Mr. ____?  Yes or no.
16    A   Can I identify any?
17    Q   Just yes or no.
18    A   Yes.  There's multiple.
19    Q   What are they?
20    A   It could be his inability to thrive at Taylor,
21        it could be being removed from Purdue, it could
22        be a childhood event where he felt like he was a
23        failure.  It could be any of those.  They tend
24        to line up on the name neural pathway.  So as
25        long as we connect with that neural pathway, we
```

Page 78

1       can correct the distortion.  One is not the only

2       source.

3              (Defendant's Deposition Exhibit 22 marked

4       for identification.)

5   Q   Taking a look at Defendant's Exhibit 22, in your

6       "Remarks" section for the April 8, 2019 progress

7       note on page 101, in the last paragraph of the

8       "Remarks" section, the first sentence says,

9       quote, CR and CL continued discussion about

10      entering back into society and getting a job,

11      unquote.

12             Do you see that?

13  A   Yes.

14  Q   Why were you having that discussion?

15  A   To evaluate if his social anxiety and fear was

16      low enough that he could take a step forward in

17      life.

18  Q   You didn't say "step forward in life."  You just

19      said "entering back into society and getting a

20      job."  Why were you talking about getting a job?

21  A   Because he desired to correct his mental

22      struggle and enter back into the mainstream of

23      life.  I'm not quite sure --

24  Q   Did he tell you he wanted to get a job?

25  A   Did he tell me he wanted to get a job?  Yes,

Page 79

```
 1        eventually.
 2    Q   Mr. ██████ told you that he wanted to get a job?
 3    A   Yes.
 4    Q   Not that his parents wanted him to get a job,
 5        but that he himself wanted to get a job?
 6    A   Yeah.  He wanted to be independent, he wanted to
 7        get his own apartment, he wanted to live on his
 8        own.
 9    Q   In this same exhibit, first paragraph of the
10        "Remarks" section, you noted that there was a
11        discussion of anxiety, and Mr. ██████ "reported
12        the best it has been in a year."
13            Do you see that?
14    A   Yes, sir.
15    Q   Had it been good a year previous?
16    A   Had it been good a year previous?  No, that's
17        not my understanding of the conversation.
18    Q   What is the meaning "best it has been in a
19        year"?
20    A   That it's improved, this is the best he's felt
21        in the last year.
22    Q   At this point you had been in therapy together
23        for more than a year?
24    A   Yeah, it looks like it.  I don't remember
25        exactly when we started, but yes, sir.
```

Page 80

```
 1   Q   The next sentence says that Mr. ███ "reported
 2       his anxiety is a 2 out of 10 down from 11 out of
 3       10."
 4           Do you see that?
 5   A   Yes.
 6   Q   So as of April 8, 2019, you achieved the
 7       therapeutic objective of reducing his anxiety
 8       down to 3 out of 10, in fact, you'd exceeded it
 9       down to 2 out of 10; right?
10   A   At the time of that session, yes, sir.
11   Q   So the therapy had been successful?
12   A   Yes, sir.  We'd made marked progress.
13   Q   At the next session a week later, as shown in
14       Defendant's 23, on page 98, the anxiety had
15       declined apparently further down to be even 1 or
16       2 out of 10.  Do you see that?
17   A   Yes, sir.
18   Q   So with his anxiety at 1 or 2 out of 10, his
19       anxiety was not an obstacle to Mr. ███
20       returning to the workforce as of April 2019, was
21       it?
22           MR. BYLER:  Objection to form.
23   A   I can't comment on that.  All I can tell you is
24       that client reported it was reducing.
25   Q   Well, you did comment on that, because in this
```

Page 81

```
 1        same note you gave Mr. ████, in your words,
 2        quote, Homework to bring a list of possible jobs
 3        he might enjoy, unquote; right?
 4    A   Yes, that's correct.
 5    Q   So you gave him that homework because you
 6        thought the progress of therapy had reached the
 7        point where he should be making a list of jobs
 8        that he would enjoy?
 9    A   Yes.  I wanted to help him continue moving in
10        that direction to reengage in society, yes.
11    Q   Make a list of jobs and then go apply for some
12        of them; right?
13    A   Just make a list.  It was a next step.  It was a
14        next step, to make a list.
15    Q   Did he ever make the list?
16    A   I don't recall.
17    Q   You didn't follow up therapeutically and ask him
18        whether he'd done his homework?
19    A   That session actually I did, because he reported
20        he did not work on it.
21    Q   What did you take that to mean?
22    A   Didn't mean anything, just that he chose not to
23        do it.
24    Q   As a therapist, you must have had an
25        interpretation of his decision not to do the
```

Page 82

```
 1        homework you gave him.
 2   A    If it's a recurrent theme, then it's something
 3        we might address.  People often forget to do
 4        their homework in therapy; it's a very common
 5        occurrence.
 6   Q    It doesn't say that he forgot to do it.
 7   A    People fail to do their homework in therapy
 8        often; it's a common occurrence.
 9   Q    Did you ever ask him to do that homework again?
10   A    I'd have to look at my notes.
11   Q    At the same time he was telling you that he was
12        not doing that homework, you were continuing to
13        report, under "Work Activity," that he was
14        refusing; right?
15   A    I hadn't changed the status of that drop-down
16        box, that's correct.
17   Q    You didn't have reason to change it, did you?
18   A    At that point I hadn't changed it.
19   Q    Every session you go through all of the fields
20        in the software and you make a decision whether
21        to change them or not; right?
22   A    No, not every session.  Some of them are kept as
23        history.  So it's a historical value, not
24        current reflection.
25   Q    So there's something of interest to me,
```

Page 83

1      Mr. Perry.  If you go back to Defendant's
2      Exhibit 10 -- excuse me, let's go to Defendant's
3      Exhibit 13.
4          (Defendant's Deposition Exhibit 13 marked
5      for identification.)
6   A  Okay.  I have it.
7   Q  In Defendant's Exhibit 13, under "Work
8      Activity," your notation is, "Refusing work.
9      Doesn't feel he needs to work right now."
10         Do you see that?
11  A  Yes.
12  Q  And the phrasing "doesn't feel he needs to work
13     right now" isn't phrasing from the software,
14     it's phrasing that is from your keystroking;
15     right?
16  A  Correct.  "Refusing to work" is the drop-down
17     box item, and then the note beyond that is mine.
18  Q  So Mr. ████ told you, and you made this note,
19     that he didn't feel that he needs to work right
20     now?
21  A  I believe that was established earlier and it
22     just hadn't been established at that point in
23     time.  I don't know if that was the first time
24     that was recorded.  I'd have to look back
25     through the notes.

Page 84

```
 1    Q    It wasn't.  I'll just tell you that that's the
 2         phrasing as it appeared in a long series of
 3         notes going back to the beginning.
 4    A    Correct.
 5    Q    So Defendant's Exhibit 13 is dated November 12,
 6         2018.  Your next exhibit is Defendant's 14,
 7         dated December 10th, 2018.
 8    A    Yes.
 9    Q    In Defendant's 14, you changed that --
10    A    Yes, that's correct.
11    Q    -- "Work Activity" field and now it says,
12         "doesn't feel he can work right now."
13              Do you see that?
14    A    Yes, I do.
15    Q    So for most of the first year of therapy, from
16         March through November of 2018, it was that he
17         doesn't feel he needs to work, and then in
18         December it was he doesn't feel he can work?
19    A    Yes, that's correct.
20    Q    So up until December 2018, Mr. ████ wasn't
21         telling you that he couldn't work, just that he
22         didn't need to?
23    A    Yes.  If the statement says he doesn't feel he
24         needed to, yes, that's all he had reported.
25    Q    There is a difference between saying he didn't
```

Page 85

```
 1        feel he needed to work and didn't feel he could
 2        work; right?
 3   A    Correct.  Significant, therapeutically
 4        significant.
 5   Q    Please elaborate on "therapeutically
 6        significant."
 7   A    That was the first acknowledgment that he was
 8        avoiding work because of fear.
 9   Q    Earlier when he said he didn't feel he needed to
10        work, do you think he meant something other than
11        what he said?
12   A    You'd have to ask him.  I'm not sure.  That's
13        what he was reporting at that time.
14            (Defendant's Deposition Exhibit 24 marked
15        for identification.)
16   Q    Let's take a look at Defendant's Exhibit 24.
17   A    Okay.  I have it.
18   Q    So Defendant's Exhibit 24, in the "Remarks"
19        section, reports a dialogue about Mr. ██████
20        thinking about conspiracies.  Do you see that?
21   A    Can you tell me what sentence you're referring
22        to specifically?
23   Q    Sure.  The last sentence of the first paragraph
24        of the "Remarks" section.  Quote, He spends time
25        considering all the conspiracies there are
```

Page 86

1       against us.

2   A   Yes, I see it.

3   Q   So that's a recordation of what he told you he

4       was spending time thinking about; right?

5   A   That's my summary of what he said.  We were

6       working on trust, his struggle with trusting

7       authority figures.  And I was challenging -- I

8       believe I was challenging, is this grounded in

9       truth and fact or are these conspiracy theories.

10  Q   And he said the onset of his type of thinking

11      about conspiracy theories was around the end of

12      high school or the start of college?

13  A   That's what he reported, yes.

14          (Defendant's Deposition Exhibit 25 marked

15      for identification.)

16  Q   Let's turn, then, to the next exhibit,

17      Number 25.

18  A   Okay.

19  Q   This progress note is for the May 6, 2019

20      session?

21  A   Yes, sir.

22  Q   On that date Mr. █████ reported that "his anxiety

23      is consistently better every day"; right?

24  A   Yes.

25  Q   In the second paragraph, he reported that he

Page 87

```
 1        "feels guilt"?
 2    A   I see that, yes.
 3    Q   And in the second sentence of that paragraph, it
 4        reads, quote, CL reported guilt is from what
 5        happened at Purdue, unquote.
 6            Do you see that?
 7    A   Yes, I see it.
 8    Q   So that's your recordation of what Mr. ▮▮▮ said
 9        to you?
10    A   What he was feeling, yes.
11    Q   What he was feeling was guilt from what happened
12        at Purdue?
13    A   That's what it says, yes, sir.
14    Q   The reason it says that is that's what he said
15        to you?
16    A   Yes, that's what he reported to me, yes, in that
17        conversation.
18    Q   And in the next sentence, quote, CL reported his
19        actions to fault for half of what happened, but
20        his girlfriend in the system was at fault for
21        the other half, unquote.
22            Do you see that?
23    A   Yes, I see it.
24    Q   That's also a recordation of what Mr. ▮▮▮ said
25        to you?
```

Page 88

1    A    Yes, sir.

2    Q    The next sentence says, quote, CL wrestled with

3         guilt over his actions that were beyond a

4         boundary his girlfriend had set, unquote.

5              Is that sentence also a recordation of what

6         Mr. ████ said to you?

7    A    So there's one distinction I'd like to make.

8         When I say "he reported," it's very close, as

9         close as I can to his words.  This next one

10        says, "Client wrestled with," that's an

11        observation by me.  In most accounts where it

12        says "he reported," it's something he said.

13        That's why I say it that way; it's very

14        intentional.

15   Q    In the sentence that says, "He wrestled," there

16        was a reference to his actions "were beyond a

17        boundary his girlfriend had set."

18   A    Yes.

19   Q    That's a reference to a description Mr. ████

20        gave you?

21   A    A -- you mean -- he was describing something,

22        yes.  He was making a description, yes.

23   Q    So he in some manner referred to actions of his

24        that were beyond the boundary his girlfriend had

25        set?

Page 89

1   A   Correct, yes.

2           (Defendant's Deposition Exhibit 26 marked

3       for identification.)

4   Q   Let's turn, then, to Defendant's Exhibit 26.

5   A   Okay.

6   Q   In the "Remarks" section of Defendant's

7       Exhibit 26, in the second paragraph, there is a

8       discussion between you and Mr. ████ of what

9       Mr. ████ called a, quote, wall of

10      procrastination, unquote.

11  A   Yes.

12  Q   Meaning procrastination by Mr. ████?

13  A   Correct.

14  Q   And Mr. ████ reported that the wall of

15      procrastination is "not fear but a response to

16      his father's controlling ways"; right?

17  A   Yes, that's correct.

18  Q   And Mr. ████ reported that the procrastination

19      response to his father's controlling ways "has

20      been a struggle since he was a child"; right?

21  A   Correct.

22  Q   And in the next sentence, Mr. ████ reported "his

23      father wants him to get a job immediately"?

24  A   Yes.

25  Q   So this paragraph is describing a wall of

Page 90

1      procrastination that is a topic in the therapy

2      session, at least in part because of

3      procrastination in the face of his father's

4      wanting him to get a job immediately; right?

5   A  Yes.

6   Q  So Mr. ███ father thought, as of May 2019,

7      that Mr. ███ should be getting a job, and

8      Mr. ███ was procrastinating and he attributed

9      his procrastination to something other than

10     social anxiety?

11  A  Correct.

12  Q  He attributed his procrastination to the

13     struggle between him and his father since he was

14     a child; right?

15  A  Correct.

16  Q  And the struggle turning on whether his father

17     could make him do something?

18  A  Yes.  He referenced that, yes.

19  Q  So Mr. ███ description in this session in

20     May 2019 which follows several sessions where he

21     has reported his anxiety as a 1 or a 2 and

22     consistently better every day, he's still not

23     getting a job, he's procrastinating about

24     getting a job, and it's a subject of a struggle

25     between him and his father that dates back to

Page 91

```
 1        when he was a child; right?
 2   A    Yes.
 3             (Defendant's Deposition Exhibit 27 marked
 4        for identification.)
 5   Q    Let's take a look at Defendant's Exhibit 27.  So
 6        on Defendant's Exhibit 27, which is dated
 7        June 10, 2019, on page 76 in the "Remarks"
 8        section, Mr. ████ reported that he was "doing
 9        good with low anxiety the last two weeks" and
10        that he had "some spikes in anxiety when his
11        father pressed him to get a job"; right?
12   A    Yes, that's correct.
13   Q    So at the time of this particular session, the
14        anxiety that he experienced as a spike was
15        attributable to pressure from his father?
16   A    Yes.  Overall, his anxiety was low and then had
17        some spikes related to his father, yes.
18   Q    The next paragraph of this same exhibit, there's
19        another reference to the wall of procrastination
20        and, quote, CL also reported a strong resistance
21        to anything his father commands him to do,
22        unquote.
23             Do you see that?
24   A    Yes, I do.
25   Q    So that's a description of what Mr. ████ said?
```

Page 92

1   A   Yes.

2   Q   So the term "strong resistance to anything his

3       father commands him to do" is not a report of an

4       emotional fear, is it?

5   A   No.  By client's report, he said that was not

6       the basis of it.

7   Q   It's a report of father-son friction?

8   A   Correct.

9           (Defendant's Deposition Exhibit 30 marked

10      for identification.)

11  Q   Let's turn forward to Defendant's Exhibit 20.

12  A   Okay.

13  Q   In the "Remarks" section, Mr. ████quote,

14      Reported he is encouraged by recent news from

15      his attorney but has some guilt about the one

16      choice he made that was not good, unquote.

17          Do you see that?

18  A   Exhibit 30?

19  Q   Yes.

20  A   I don't see it.  It's the second paragraph?

21  Q   Second paragraph of the "Remarks" section.

22  A   Oh, there it is, I found it.  Yes, I see it.

23  Q   So this sentence, you use the term "reported"

24      which, as I understand it, what you're writing

25      down is that Mr. ████ expressed some guilt about

Page 93

```
 1        the one choice he made that was not good?
 2   A    That's correct.
 3   Q    And he made that statement of the emotion of
 4        guilt in the context of recent news from his
 5        attorney?
 6   A    And being the responsible person I think was the
 7        context of the conversation.
 8   Q    Did you ask him what the choice was that he made
 9        that was not good?
10   A    I did.
11   Q    What did he say?
12   A    He said he regretted telling the truth to Purdue
13        because they twisted the facts and it hurt him.
14   Q    He felt guilty about telling the truth?
15   A    He said, "I was raised to always tell the truth
16        and I did that with the officials at Purdue,"
17        and they twisted the facts and turned it against
18        him and it ended up hurting him, being moral and
19        truthful.  That was the dilemma he was wrestling
20        with.
21   Q    So he described it as he felt guilt about
22        telling the truth to Purdue?
23   A    Yeah.  "Guilt" is the word that he used.  That's
24        why it's described as a split.  I think he
25        called it a split.  Like he was feeling the
```

Page 94

1        tension between what he was raised to believe
2        and do, and how that played out.  He couldn't
3        find peace about that conflict.
4    Q   Specifically, the split was that he felt
5        negative about taking responsibility and
6        negative about not taking responsibility?
7    A   He felt negative about the fact that he was
8        responsible and told the truth and it ended up
9        hurting him.
10   Q   What you wrote was "he felt negative about
11       taking responsibility and negative about not
12       taking responsibility."
13   A   Right.
14   Q   So responsibility for what?
15   A   For telling the truth, for being responsible.
16       That's my comment.  It doesn't say "reported."
17       It says, "Client commented," so that's my
18       impression of what he said, not a
19       client-reported.  That was identifying the
20       tension between those two things.
21   Q   Do you find it odd that somebody would say they
22       felt guilty about telling the truth?
23   A   Yeah.  That's how I remember the conversation.
24       It is odd, I agree.  They shouldn't feel guilt
25       about telling the truth.  That was the

Page 95

```
 1        dissonance, that was the problem.  It was a
 2        position of regret.
 3   Q    In the previous session, in Defendant's 25, he
 4        referred to --
 5   A    25?
 6   Q    25.
 7   A    I'm sorry, Exhibit 25, is that where we're at?
 8   Q    Yes.
 9   A    Okay.  Let me get back to that.
10            Okay.  I have it.  Go ahead.
11   Q    In Exhibit 25, as you recorded it, the guilt was
12        described by Mr. ████ as "his actions as fault
13        for half of what happened, his girlfriend and
14        the system at fault for the other half."
15   A    Okay.
16   Q    That's the guilt?
17   A    That's the guilt that he was talking about on
18        that day.  On that day, that's correct.
19   Q    So in that comment he was not expressing guilt
20        for telling the truth.  He was expressing guilt
21        for his half of what happened?
22   A    Correct.  Those are different events.
23            (Defendant's Deposition Exhibit 34 marked
24        for identification.)
25   Q    Let's turn Defendant's Exhibit 34.
```

Page 96

```
1    A    Okay.

2    Q    In the "Remarks" section of Defendant's 34, the

3         first sentence indicates that you advised

4         Mr. ████ that Mr. ████ father had contacted

5         you about a family meeting; right?

6    A    Correct.

7    Q    And then the next sentence refers to a follow-on

8         on that to question about a family meeting.  The

9         next sentence reads, quote, CL commented that he

10        does not want to comply with his father's desire

11        for him to get a job, unquote.

12             Do you see that?

13   A    Yes, correct.

14   Q    So still, as of October of 2019, Mr. ████ was

15        defining the question of whether to get a job in

16        terms of whether he would resist or comply with

17        his father's desire for him to get a job?

18   A    I don't know how he's defining it, but he said

19        he does not want to comply with his father's

20        desire for him to get a job.

21   Q    Well, there's no indication in this paragraph

22        that he's defining it in terms of fear of

23        failure if he gets a job; right?

24   A    That is correct, there's no mention of that.

25   Q    And his stated rationale -- let me start over.
```

Page 97

```
 1          His description of his thinking included
 2     that he thought it was "a waste of time to get a
 3     minimum-wage job that he does not like or
 4     enjoy"?
 5   A  What's the context of that?  He said he was
 6     ready to try and get a low-stress job, volunteer
 7     or work position, but he didn't want to get a
 8     minimum-wage job, that's correct.
 9   Q  At that session, whether Mr. ▇▇▇ got a job came
10     down to, number one, how he defined that as
11     between his father and himself, and number two,
12     whether he would have a job that he liked and
13     enjoyed?
14          MR. BYLER:  Objection to form.
15   A  One was a statement of feelings about his
16     interactions with his father, the other is his
17     state of what he believes he's ready to do.  I
18     don't quite know how to answer your question.
19   Q  It doesn't say what he's ready to do.  It says
20     what he likes or enjoys doing; right?
21   A  Context is "Client suggested that he is ready to
22     try a low-stress volunteer or work position.
23     Client reported he feels it is a waste of him to
24     get a minimum-wage job that he does not like or
25     enjoy."
```

Page 98

```
 1   Q   So a volunteer position is less than minimum
 2       wage, so he's ruling that out?
 3   A   That's what he said.  That's what he reported.
 4   Q   So in other words, it had to be a job that
 5       Mr. █████ thought was worth his time?
 6           MR. BYLER:  Objection to form.
 7   A   No.  He was looking for something low stress,
 8       was the point of that comment.
 9   Q   Well, actually, his phrasing doesn't refer to
10       stress.  It says, "waste of time."
11   A   But in the context of the conversation, he was
12       commenting on what he was willing to do at that
13       point in time.  And volunteer or a work position
14       was an indication of a lower stress -- my
15       recollection of it was that was an indication of
16       a lower-stress position, he was ready to try a
17       lower-stress position.
18   Q   That was your statement.  His statement was what
19       he was willing to do was a job that was not a
20       waste of his time?
21   A   Yes.
22           (Defendant's Deposition Exhibit 35 marked
23       for identification.)
24   Q   In Defendant's 35, Mr. █████ affirms that "he is
25       ready to get a 15-hour-a-week job" and gradually
```

Page 99

1        increase how many hours he worked; right?

2   A    Yes, I see that note.

3   Q    I mean, that's what he said to you; right?

4   A    Yes, sir.

5   Q    So this is as of October 21st, 2019?

6   A    Yes, that's correct.

7   Q    Your last session with Mr. ███ was on

8        August 27th, 2020, based on Defendant's

9        Exhibit 42.

10            (Defendant's Deposition Exhibit 42 marked

11        for identification.)

12  Q    So between October 21st, 2019, and the end of

13       August 2020, did Mr. ███ tell you that he, in

14       fact, ever got a job?

15  A    No.  I don't recall him telling me he got a job.

16            (Defendant's Deposition Exhibit 36 marked

17        for identification.)

18  Q    In Defendant's 36 at page 26 at the last

19       paragraph of the "Remarks" section, you

20       suggested to Mr. ███ that he get in contact

21       with a "temp agency as a quick way to get

22       hours."

23            Do you see that?

24  A    Exhibit 36, is that what you said?

25  Q    Yes.

Page 100

1    A    Yes, I see it.

2    Q    And Mr. ███ told you that he would consider

3         doing so?

4    A    Yes, that's correct.

5    Q    He didn't tell you that he would do so?

6    A    Correct.

7    Q    Did he ever tell you that he did do so?

8    A    I don't remember discussing it after that.

9             (Defendant's Deposition Exhibit 39 marked

10        for identification.)

11   Q    In Defendant's 39, on page 17, as of

12        November 18, 2019, Mr. ███ was reporting

13        "consistent low anxiety"?

14   A    I don't see any specific statement about the

15        state of his anxiety during that session.

16   Q    The second-to-last line of the "Remarks"

17        section.

18   A    Oh, I'm sorry, forgive me.  Yes, I see it.

19   Q    That's what he told you?

20   A    Yes, sir.

21             MR. KEALEY:  Let's go off the record for a

22        few minutes.  I'm near the end of my questions.

23             Mr. Perry, what I'd like to do is give you

24        a chance to stretch your legs, and I'll go

25        through my outline and see if I've missed

Page 101

1      anything.  And then Mr. Byler will have a chance

2      to ask questions.

3           MR. BYLER:  I'll have a few, but not very

4      long.

5           MR. KEALEY:  So it's 4:01; get together

6      about 4:05, and we'll go from there.

7           THE WITNESS:  Sounds good.  Thank you.

8           (A recess was taken between 4:01 p.m. and

9      4:08 p.m.)

10  BY MR. KEALEY:

11  Q   Mr. Perry, do you have access to a web browser

12      right now?

13  A   Yes.

14  Q   Okay.  So I am looking at a website that you're

15      probably familiar with, www.emdr.com.  So take a

16      look at that website and tell me whether you

17      recognize it.

18           MR. BYLER:  Can you state the web address

19      you just gave again?

20           MR. KEALEY:  Sure.  It's E like elephant, M

21      like Mary, D like David, R like Robert, dot com.

22  BY MR. KEALEY:

23  Q   Are you familiar with that website, Mr. Perry?

24  A   I'll get my glasses; it's kind of small.

25           I don't know that I've been on this

Page 102

```
 1        website.  But it looks like it's related to the
 2        founding father -- or the founding mother, if
 3        you will, of EMDR, which is Francine Shapiro.
 4        She is the original founder of the technique.
 5   Q    That was my impression as well, because it
 6        refers to the EMDR Institute.  Do you recognize
 7        that as part of the governing of the EMDR field,
 8        that institute?
 9   A    Yes.  Francine Shapiro is the founder.  You bet.
10   Q    So under the button "EMDR Info," which is the
11        second --
12   A    Yes.
13   Q    -- under that, there is a subheading, "What is
14        EMDR?"
15   A    Yes.
16   Q    I just ask you to click on "What is EMDR?," if
17        you would, please.
18   A    Okay.
19   Q    Under the "What is EMDR?" button, there are
20        three sections, and the third one is entitled
21        "Treatment Description," so if you just scroll
22        down the page.
23   A    You bet.
24   Q    The treatment description shows Phase 1 through
25        Phase 8.
```

Page 103

```
1   A   Yes.

2   Q   I'm happy to give you as much time as you'd like

3       to look at this.

4           MR. KEALEY:  Mr. Byler, if you're having

5       trouble accessing it, I can email you a PDF of

6       it.  I think what I'll propose to do is email a

7       PDF to the reporter to be marked as the next

8       exhibit in order.

9   Q   What I'll ask you to do, Mr. Perry, is look at

10      the treatment description and tell me if it is

11      generally consistent with EMDR as you did it

12      with Mr. ████.

13  A   Yes, it is.

14          MR. BYLER:  I would appreciate a PDF, Bill.

15          MR. KEALEY:  I'm going to email it to you

16      right now and we'll get it marked as an exhibit.

17          MR. BYLER:  Rather than looking down at the

18      other exhibits, just in fairness to the

19      witnesses.

20  BY MR. KEALEY:

21  Q   Mr. Perry, if you have an email address you'd

22      like me to use right now, I can send it to you

23      right now.

24  A   Sure.  It's Noel, N-O-E-L, noel@familycounsel --

25  Q   Dot org?  You broke up a little.
```

Page 104

1  A    Yes.  Is the document you're sending different

2       than what I'm seeing on the web?

3  Q    No.  I'm just going to send it to you --

4  A    Yes, dot org.

5  Q    F-A-M-I-L-Y-C-O-U-N-S-E-L dot org?

6  A    Yes.

7           MR. KEALEY:  Madam Reporter, what address

8       should I use for you?

9           THE STENOGRAPHER:  Ferrenreporting, that's

10      F as in Frank, E-R-R-E-N reporting@gmail.com.

11          MR. KEALEY:  I'm hitting the send button

12      right now.

13          My request, Madam Reporter, is that this

14      will be marked as the next in order, which is

15      Defendant's 43.  I'm going to pause for however

16      long we need to allow for Mr. Byler and

17      Mr. Perry to receive the email, click open the

18      PDF, and ensure that everybody is comfortable

19      with what we're looking at.

20          MR. JONES:  This is Tyler Jones and, for

21      the record, I received the email.

22          THE WITNESS:  This is Noel Perry.  I now

23      have the email.

24          THE STENOGRAPHER:  I have received the

25      email.

Page 105

1          MR. BYLER:  I have received the email that

2      has an eight-page-long description of EMDR, it

3      looks like for a layperson.

4          (Defendant's Deposition Exhibit 43 marked

5      for identification.)

6  BY MR. KEALEY:

7  Q    So Mr. Perry, before I emailed the hard copy,

8      you indicated that the third section under

9      "Treatment Description" looked to you to be

10     consistent with the EMDR treatment that you

11     deployed with Mr. ████.  Now that you have the

12     hard copy or PDF, I'll just ask you to confirm

13     that that's still your response to this

14     document.

15 A    Yes, that is correct.

16 Q    Thank you.

17         So just a couple more questions, Mr. Perry.

18     What software tool did you use for the progress

19     notes that we've been looking at today?

20 A    TherapyAppointment.

21 Q    That's the name of the software product?

22 A    Yes, sir.

23 Q    Early on you referred to your relationship under

24     the oversight of Chris Hamrick.

25 A    Yes.

Page 106

1   Q   Over the course of the sessions that we've been

2       looking at chronologically for the last few

3       hours, about how often did you consult with

4       Mr. Hamrick?  To be a little more precise about

5       it, how often did you consult with Mr. Hamrick

6       about Mr. ████?

7   A   I don't recall, to be honest with you.  We go

8       through a lot of clients every session, so it's

9       hard to remember which meeting I had spoke with

10      him about this case.

11  Q   Do you recall any specific input that

12      Mr. Hamrick gave about the therapy with

13      Mr. ████?

14  A   I really don't, quite honestly.  That's a long

15      period of time with a lot of conversations, so

16      I'm sorry, I don't.  But he would have -- he

17      would have general awareness.  We did discuss it

18      at different times.

19  Q   Earlier you also indicated that you hold a

20      credential with the acronym EMDRIA, E-M-D-R-I-A.

21      Does that credential put you into a directory of

22      authorized EMDR practitioners?

23  A   I don't know.  It may.  I haven't looked.

24  Q   Within Family Concern Counseling, is EMDR a

25      widely used technique?

Page 107

```
 1   A    It's becoming more widely.  I and one other

 2        person are the first ones trained.  It's on my

 3        business card.  There are four -- I believe we

 4        now have four therapists trained in it of the 16

 5        that we have.  So it's a newer therapy to our

 6        company.

 7              MR. KEALEY:  Thank you, Mr. Perry.  I don't

 8        have any other questions at that point.

 9              (Defendant's Deposition Exhibit 28 marked

10        for identification.)

11   CROSS-EXAMINATION,

12     QUESTIONS BY PHILIP A. BYLER:

13   Q    I'd like you to turn to what's been marked as

14        Defendant's Exhibit 28, which is pages 67 to 68

15        of a session held on July 1, 2019.

16   A    What was the exhibit again?  I'm sorry.

17   Q    Two-eight, 28.

18   A    Thank you.  Okay.  I have it.

19   Q    Okay.  Do you recognize this as your notes for a

20        session meeting you had on July 1, 2019?

21   A    Yes, I do.

22   Q    Okay.  Let me go down to "Remarks Made During

23        Session," and the second paragraph.

24   A    Yes.

25   Q    I'd ask you to look at that.  CL means client;
```

Page 108

1      correct?

2   A  Yes.

3   Q  Okay.  And "Client reported Friday he heard

4      three judges voted unanimously in appeals court

5      that his case must be retried."

6          Now, he's not a lawyer, but that's your

7      account of what he said?

8   A  Yes.

9   Q  Okay.  "Client reported this is a big

10      affirmation that he was railroaded and

11      mistreated by Purdue and ROTC."

12          Do you see that?

13   A  Yes.

14   Q  And that's what the client was reporting to you?

15   A  Yes, that's what he said.

16   Q  Okay.  Did he use the word "railroaded"?

17   A  I would have used his words in that situation,

18      yes.

19   Q  Do you recall the context in which this part of

20      your session came up in?

21   A  Let me think right here.  I don't.  My notes are

22      always in order of how they occurred, so it was

23      towards the end of the session he gave me an

24      update, I guess, on what was happening with the

25      legal matter.  We weren't working on it as a

Page 109

1       therapeutic element.

2   Q   I was asking if there was some reason why it

3       came up.

4   A   I don't recall.

5   Q   Can you turn to page 68, which is the next page

6       of that session.  Under "Assessment, Available

7       Support," you have listed "nuclear family," and

8       I've seen that throughout your notes.  Why is

9       that listed as part of your assessment?

10  A   There is substantial research that indicates

11      clients that have good supports in place,

12      consistent good supports in place, have better

13      outcomes.  So we made note of that.  If they

14      don't have it, we try to find it for them.

15  Q   Did ██████████ have that kind of support of a

16      nuclear family?

17  A   Yes.

18  Q   Okay.  Do you know if he had brothers --

19  A   Yes.

20  Q   -- or sisters?

21          And this is a plus in terms of the therapy

22      work you do?

23  A   Yes.  He has -- yes, he has siblings, multiple

24      siblings.

25  Q   Above "Available Support" is "Virtue List" and

Page 110

```
 1         you have "open-mindedness, love of learning,
 2         love."  That's your assessment?
 3     A   Yes.
 4     Q   Why did you choose these adjectives to describe
 5         ███?
 6     A   He spent a considerable amount of time
 7         researching, studying on the internet, anxiety,
 8         psychological disorders.  He started with
 9         medical research, and then he moved to
10         psychological research.  So he's like a student
11         of learning, is how he impressed me.  Most
12         people wouldn't bother to spend the amount of
13         time he did.  He'd bring comments in from
14         articles and share things with me constantly, so
15         I knew he loved to study and learn.
16              Once I built his trust, he became very
17         curious about EMDR therapy and what I was trying
18         to teach him.  And then he shifted from being
19         resistant and not trusting, to being a learner
20         and curious and open, so ...
21     Q   Okay.
22     A   He was always -- when I say "open-mindedness,"
23         he was always -- go ahead.
24     Q   No, no.  You started to talk about "he always,"
25         and then I didn't mean to interrupt you.
```

Page 111

1   A    Oh, okay.  He was always very respectful, very

2        kind.  He's a gentle spirit, warm-hearted, and

3        very respectful of my time.  So when I say he

4        was loving in nature, he wasn't selfish, he

5        wasn't arrogant, you know.  In that sense, he

6        was a very good client to work with.

7   Q    Okay.  Now, was your development of trust with

8        him progress in the therapy you did?

9   A    Yes.  I would say in the beginning he was one of

10       the most resistant clients I've ever had.  It

11       took a long time to build trust with him.

12  Q    Toward the end, how would you describe the trust

13       relationship?

14  A    Excellent.

15  Q    Did he ever tell you that, at Purdue, he did

16       what he was accused of?

17  A    He told me he did not do what he was accused of,

18       but he never told me what he was accused of.  I

19       don't know.  He didn't tell me.

20  Q    Okay.  Let's turn back to 23, which is page 98

21       and 99, Defendant's Exhibit 23.  No, strike

22       that, I'm sorry.  Okay, I'm sorry.  I meant to

23       go to 25.  I misread my writing.  That's

24       pages 89 to 90.

25  A    I have it.

Page 112

1   Q   General question:  Did ████ describe having a

2       relationship with his ex-girlfriend?

3   A   Yes.  He said that they dated for several

4       months.

5   Q   Okay.  Do you recall him discussing in terms of

6       feeling guilt with respect to that relationship?

7   A   He did at one point; I don't remember which

8       session it was.  Part of it was guilt for

9       getting involved in that relationship, choosing

10      to be in that relationship.  I believe there was

11      another time when he talked about feeling guilt

12      related to what had happened.

13   Q   In 25, your attention was directed to the

14      language about client reporting "his actions to

15      be at fault for half of what happened, but his

16      girlfriend and the system was at fault for the

17      other half."

18         Do you recall more specifically what he was

19      talking about?  Was it the relationship in

20      general or was it something else?

21   A   He didn't specify.  He didn't go into detail

22      about what each half was, beyond what I wrote.

23   Q   Did he ever talk to you about guilt about having

24      the kind of relationship he had with that girl?

25   A   He had guilt about being in the relationship.

Page 113

```
 1      That was the context when he would talk about

 2      it.

 3   Q  Was it guilt because they had sex?

 4          MR. KEALEY:  Object to form.

 5   A  It was regret -- it was regret, is what I

 6      recall, regret of choosing to be in that

 7      relationship.

 8          (Defendant's Deposition Exhibit 33 marked

 9      for identification.)

10   Q  Let me go to Defendant's Exhibit 33.  This is

11      October 7, 2019.

12   A  I have it.

13   Q  Under "Remarks Made During Session," I want to

14      direct your attention to the second paragraph.

15      "Client added that when he had to leave college,

16      he lost everything, his plan for life, career,

17      social community, and his purpose.  Client

18      reported now he feels that was his intended path

19      and now he feels lost, not knowing what to do

20      with his life."  Stop there.

21          In this session, what's the context of what

22      he's describing to you here?

23   A  Give me one moment to read all my notes.

24   Q  Please.

25   A  Best of my recollection, it was a session on
```

Page 114

```
 1        reflecting on his life, where he's been, the
 2        struggle he's been through.  It was more of a
 3        reflection overall of his life, is what we were
 4        talking about, and how he finds himself in this
 5        place and he kind of like doesn't know what's
 6        next.  He feels stuck, lost where he's at.
 7    Q   When he was going to college at Purdue, he was
 8        part of the ROTC program.  Did you have that
 9        understanding?
10    A   Yes, I did.
11    Q   Okay.  And when he left Purdue, that is part of
12        what he lost; correct?
13    A   Correct.
14    Q   By the way, on the second page of this, page 36,
15        under "Executive Functioning," you have next to
16        "Intelligence:  Bright."
17    A   Yes.
18    Q   Is that an assessment you made of ████ in terms
19        of hiss level of intellectual capacity?
20    A   Yes.
21    Q   How did he demonstrate that to you?
22    A   It was actually a challenge in the beginning,
23        because he was working so hard to figure out
24        what was wrong with himself, by researching and
25        these other things, that no matter what I would
```

Page 115

1      challenge him with or present, he would have an

2      intellectual, thought-out argument based on

3      facts he had learned.  It impeded progress in

4      the beginning.  He was so capable of coming up

5      with logical arguments, almost debating at

6      times.  He's a very intelligent guy.

7  Q   By the way, under "Plan," under "Goals" it says,

8      "Progress excellent."

9          By this time of October 7, 2019, was ████

10     making excellent progress?

11 A   Yes.  He was doing much, much better.

12 Q   And that meant that he had come a long way from

13     where he was at the beginning when you first met

14     him in March of 2018?

15 A   Yes, that's correct.

16         MR. BYLER:  I don't have any further

17     questions.

18         MR. KEALEY:  Nothing further from me.

19     Thank you, Mr. Perry.  This concludes the

20     questioning.

21         The only other business item we have with

22     you is that you have the opportunity to review

23     the transcript.  It's optional, not obligatory.

24     If you'd like to review it, then the reporter

25     will send it to you, as we say, for signature,

Page 116

1          meaning that you'll go through it and note

2          whether it's an accurate transcript, and sign it

3          and send it back to the reporter.

4                So just let us know now, if you would,

5          please, whether you'd like to do that.

6                THE WITNESS:  Yes, I would be willing to do

7          that.

8                MR. BYLER:  I was going to say, I recommend

9          to witnesses they do that.

10               THE STENOGRAPHER:  In what format are you

11         purchasing the transcript?

12               MR. BYLER:  I like both, the minuscript and

13         the full page, for different purposes.  The

14         minuscript is easier and faster to read.  The

15         long page sometimes, I've had courts say, "Give

16         me the long page."

17               THE STENOGRAPHER:  Do you want that in hard

18         copy or electronic?

19               MR. BYLER:  Electronic's fine.

20               MR. KEALEY:  Same for us.

21               (Time noted:  4:40 p.m.)

22

23

24

25

Page 117

1        AND FURTHER THE DEPONENT SAITH NOT.
2
3
4

                                    _____
5                                   NOEL PERRY
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118

1    STATE OF INDIANA              )

                                   )  SS:

2    COUNTY OF HAMILTON            )

3         I, Janine A. Ferren, a Notary Public in and

4    for the County of Hamilton, State of Indiana at

5    large, do hereby certify that NOEL PERRY, the

6    deponent herein, was by me first duly sworn to tell

7    the truth, the whole truth, and nothing but the

8    truth in the aforementioned matter;

9         That the foregoing deposition was remotely

10   taken on behalf of the Defendants, in Valparaiso,

11   Porter County, Indiana, on the 5th day of February

12   2021, commencing at the hour of 1:02 p.m., pursuant

13   to the Federal Rules of Civil Procedure;

14        That said deposition was taken down

15   stenographically and transcribed under my direction

16   as accurately as possible, considering the quality

17   of the videoconference communication, and that the

18   typewritten transcript is a true record of the

19   testimony given by the said deponent; and

20   thereafter presented to said deponent for his

21   signature;

22        That the parties were represented by their

23   counsel as aforementioned.

24        I do further certify that I am a disinterested

25   person in this cause of action; that I am not a

Page 119

1    relative or attorney of any party, or otherwise

2    interested in the event of this action, and am not

3    in the employ of the attorneys for any party.

4         IN WITNESS WHEREOF, I have hereunto set my

5    hand and affixed my notarial seal on this 19th

6    day of February 2021.

7

8

9

10                        Janine A. Ferren

11

12

     Seal, Notary Public          My Commission Expires:

13   State of Indiana             April 22, 2024

14   Janine A. Ferren             County of Residence:

     Commission No. NP0681591     Hamilton

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 120

1                      Veritext Legal Solutions

                           1100 Superior Ave

2                              Suite 1820

                         Cleveland, Ohio 44114

3                       Phone: 216-523-1313

4

     February 19, 2021

5

     Noel Perry

6

7    Case Name: Doe, John v. Purdue University, et al.

8    Veritext Reference Number: 4450374  Deposition Date:  2/5/2021

9

     Dear Sir/Madam:

10

11   Enclosed you will find a transcript of your deposition.

12   As the reading and signing have not been expressly

13   waived, please review the transcript and note any

14   changes or corrections on the errata sheet

15   included, indicating the page, line number, change and

16   reason for the change. Sign at the bottom of the sheet

17   in the presence of a notary and forward the errata sheet

18   back to us at the address shown above or email to

19   production-midwest@veritext.com.

20

     If the errata is not returned within thirty days of your receipt of

21

     this letter, the reading and signing will be deemed waived.

22

23   Sincerely,

24   Production Department

25

     NO NOTARY REQUIRED IN CA
```

Page 121

1                    DEPOSITION REVIEW
                 CERTIFICATION OF WITNESS
2
     ASSIGNMENT REFERENCE NO: 4450374
3    CASE NAME: Doe, John v. Purdue University, et al.
     DATE OF DEPOSITION: 2/5/2021
4    WITNESS' NAME: Noel Perry
5         In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7         I have made no changes to the testimony
     as transcribed by the court reporter.
8
     _____          _____
9    Date                             Noel Perry
10        Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
          Statement; and
14        Their execution of this Statement is of
          their free act and deed.
15
          I have affixed my name and official seal
16
     this _____ day of_____, 20_____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25

Page 122

```
 1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS
 2

        ASSIGNMENT REFERENCE NO: 4450374
 3      CASE NAME: Doe, John v. Purdue University, et al.
        DATE OF DEPOSITION: 2/5/2021
 4      WITNESS' NAME: Noel Perry
 5           In accordance with the Rules of Civil
        Procedure, I have read the entire transcript of
 6      my testimony or it has been read to me.
 7           I have listed my changes on the attached
        Errata Sheet, listing page and line numbers as
 8      well as the reason(s) for the change(s).
 9           I request that these changes be entered
        as part of the record of my testimony.
10
             I have executed the Errata Sheet, as well
11      as this Certificate, and request and authorize
        that both be appended to the transcript of my
12      testimony and be incorporated therein.
13      _____        _____
        Date                             Noel Perry
14
             Sworn to and subscribed before me, a
15      Notary Public in and for the State and County,
        the referenced witness did personally appear
16      and acknowledge that:
17           They have read the transcript;
             They have listed all of their corrections
18           in the appended Errata Sheet;
             They signed the foregoing Sworn
19           Statement; and
             Their execution of this Statement is of
20           their free act and deed.
21           I have affixed my name and official seal
22      this _____ day of_____, 20_____.
23           _____
             Notary Public
24
             _____
25           Commission Expiration Date
```

Page 123

1                    ERRATA SHEET

          VERITEXT LEGAL SOLUTIONS MIDWEST

2              ASSIGNMENT NO: 4450374

3      PAGE/LINE(S) /        CHANGE        /REASON

4      _____

5      _____

6      _____

7      _____

8      _____

9      _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19

       _____        _____

20     Date                          Noel Perry

21     SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22     DAY OF _____, 20_____ .

23                 _____

                   Notary Public

24

                   _____

25                 Commission Expiration Date

[& - 3]                                                                                Page 1

**&**

**&**   2:4,11

**1**

**1**   4:4 5:23 9:19
    18:6,8 19:16
    22:23 26:23 38:11
    80:15,18 90:21
    102:24 107:15,20
**1/14/19**   4:22
**1/7/19**   4:20
**10**   4:13 28:7 35:2
    35:3,20,21 36:5,12
    36:13 38:11 45:20
    49:3,5,10 52:3,10
    52:13 54:22 80:2
    80:3,8,9,16,18
    83:2 91:7
**10/10/18**   4:14
**10/14/19**   5:15
**10/21/19**   5:17
**10/28/19**   5:18
**10/29/18**   4:16
**10/7/19**   5:14
**100**   5:20
**10001**   2:6
**101**   5:2 78:7
**1010**   2:12
**102**   5:2
**104**   4:25
**105**   4:25 5:24
**106**   4:24 56:1
**107**   3:4 4:24 5:11
**10th**   84:7
**11**   4:14 49:10 80:2
**11/12/18**   4:17
**11/18/19**   5:20
**1100**   120:1
**113**   5:14
**12**   4:16 34:17,20
    35:3,15,20 36:6,13

84:5
**12/10/18**   4:19
**13**   4:17 83:3,4,7
    84:5
**135**   4:22
**136**   4:22 65:6
**137**   4:21
**138**   4:21
**14**   4:19 45:16,20
    63:7 65:25 84:6,9
**142**   4:19
**143**   4:19
**147**   4:18
**148**   4:18
**149**   4:16
**15**   4:20 12:16
    22:24 28:16,24
    44:19,21,22,23
    45:2 58:22 98:25
**150**   4:16 34:24
**151**   4:15
**152**   4:15
**155**   4:13
**156**   4:13
**16**   4:22 44:22 63:2
    63:6 64:19 65:5
    65:24 107:4
**162**   4:12
**163**   4:12
**165**   4:10
**166**   4:9,10
**167**   4:9 28:18
**17**   5:20 100:11
**173**   4:7
**174**   4:7
**177**   4:6 25:12
**178**   4:6
**179**   4:4
**18**   4:4 5:20 100:12
**180**   4:4

**1820**   120:2
**19**   52:13 120:4
**19th**   119:5
**1:02**   1:15 6:1
    118:12

**2**

**2**   4:5 5:23 9:20
    22:20,22,24 23:5
    25:9 64:14 80:2,9
    80:16,18 90:21
**2/26/18**   4:4
**2/5/2021**   120:8
    121:3 122:3
**20**   4:23 12:7 35:14
    55:20,22 56:1
    69:8,9 74:4 92:11
    121:16 122:22
    123:22
**2004**   6:17
**2015**   12:12
**2016**   12:12
**2018**   13:4,4 17:15
    17:18 18:1 22:25
    26:16 28:16,24
    29:5 31:11 32:25
    40:18 45:20 49:6
    52:13 53:13,21
    54:14 84:6,7,16,20
    115:14
**2019**   34:21 56:12
    58:13,22 59:16
    60:1,15 63:7
    65:25 69:10 78:6
    80:6,20 86:19
    90:6,20 91:7
    96:14 99:5,12
    100:12 107:15,20
    113:11 115:9
**2020**   33:1 35:13
    37:24 38:18,24
    39:18 40:2 45:22

46:22 47:2,12
    99:8,13
**2021**   1:15 118:12
    119:6 120:4
**2024**   119:13
**20s**   29:10,15 31:14
    31:17 32:7,17,23
**21**   4:25 72:20,22
    72:23
**21167**   119:9
**212.736.4500**   2:6
**216-523-1313**
    120:3
**21st**   99:5,12
**22**   4:5 5:2 35:13
    78:3,5 119:13
**23**   5:3 58:19,21
    80:14 111:20,21
**24**   5:5 85:14,16,18
**25**   5:6 69:10 86:14
    86:17 95:3,5,6,7
    95:11 111:23
    112:13
**25th**   58:12
**26**   5:8,19 17:17
    22:24 89:2,4,7
    99:18
**26th**   18:1
**27**   5:9,19 91:3,5,6
**27th**   99:8
**28**   4:8 5:11 107:9
    107:14,17
**29**   4:7 5:17 34:21
**2:17**   1:3
**2:44**   62:25
**2:53**   63:1
**2nd**   29:5 31:11

**3**

**3**   35:2,22 36:14
    38:5,10 64:15
    80:8

[3/15/18 - address]                                                                 Page 2

**3/15/18**  4:5
**3/25/19**  4:23
**30**  5:12,17 92:9,18
**300**  2:11
**32**  5:16
**33**  1:3 5:14,16
  113:8,10
**34**  4:16 5:15 95:23
  95:25 96:2
**35**  5:14,17,21
  98:22,24
**36**  5:14,18 99:16
  99:18,24 114:14
**363**  2:5
**39**  5:20 100:9,11

**4**

**4**  4:7 5:22 29:2,4
**4/15/19**  5:3
**4/2/18**  4:7
**4/29/19**  5:5
**4/4/19**  4:25
**4/8/19**  5:2
**41**  4:10 5:21 35:10
  35:13
**42**  4:11 5:23 99:9
  99:10
**43**  5:24 104:15
  105:4
**43.20**  48:14
**44**  4:20
**44114**  120:2
**4450374**  120:8
  121:2 122:2 123:2
**45**  4:19
**46383**  6:18
**47902-1010**  2:13
**49**  4:13,14
**4:01**  101:5,8
**4:05**  101:6
**4:08**  101:9

**4:40**  116:21

**5**

**5**  5:22
**5/15/18**  4:8
**5/28/19**  5:8
**5/6/19**  5:6
**55**  4:23
**58**  5:3
**5th**  1:15 118:11

**6**

**6**  3:3 4:8 28:12,15
  28:15 86:19
**6/10/19**  5:9
**6/22/20**  5:21
**60**  5:13
**61**  5:13
**63**  4:22
**67**  5:11 107:14
**68**  5:11 107:14
  109:5

**7**

**7**  4:10 40:25 41:1
  113:11 115:9
**7/1/19**  5:11
**7/22/19**  5:12
**72**  4:25
**76**  5:10 91:7
**77**  5:10
**78**  5:2
**79**  5:8

**8**

**8**  4:11 42:9,11
  78:6 80:6 102:25
**8/25/18**  4:10
**8/27/20**  5:23
**8/29/18**  4:11
**80**  5:8
**83**  4:17

**84-4852**  1:13
**85**  5:5
**86**  5:6
**89**  5:7,8 111:24

**9**

**9**  71:17
**9/19**  49:2
**9/19/18**  4:13
**9/19/2018**  49:2
**90**  5:7 111:24
**900**  2:12
**91**  5:9
**92**  5:5,12
**93**  5:5
**95**  5:15
**98**  5:4,17 80:14
  111:20
**99**  5:4,18,23
  111:21

**a**

**able**  16:5 29:9,18
  29:19,19 31:17
  32:22
**absolutely**  37:8
**abuse**  29:23
**academic**  19:12
  33:16,24 50:11
**academically**
  19:12 34:4
**access**  24:25 66:7
  101:11
**accessing**  103:5
**accomplishment**
  50:11
**account**  51:11
  71:25 72:1 108:7
**accounts**  88:11
**accurate**  116:2
**accurately**  118:16

**accused**  111:16,17
  111:18
**achievable**  37:14
**achieve**  19:12 36:2
  36:15
**achieved**  11:23
  32:7 37:22 38:1
  46:21 80:6
**achieving**  39:4,22
  50:11
**acknowledge**
  121:11 122:16
**acknowledgment**
  85:7
**acquiring**  43:1
**acronym**  14:4
  52:10,11 63:11
  106:20
**acronyms**  22:12
**act**  121:14 122:20
**action**  1:3 118:25
  119:2
**actions**  87:19 88:3
  88:16,23 95:12
  112:14
**activity**  23:15,23
  82:13 83:8 84:11
**acupuncturists**
  43:20
**add**  8:22 25:14
  70:16
**added**  113:15
**adderall**  42:6,7,15
  43:1
**adding**  70:23
**addition**  13:14
**additional**  25:12
  25:14,16 53:3,5
**address**  6:15,16,19
  6:21 34:15 67:13
  82:3 101:18

103:21 104:7
120:18
**adjectives** 110:4
**adjust** 49:14 50:9
50:18,25
**adjusting** 48:16
50:1,19
**adjustment** 28:23
48:14,17,20,25
49:4,12,21 50:14
51:4
**adler** 15:5
**adlerian** 15:1,4
**adult** 64:4
**advised** 96:3
**affiliated** 15:10
**affiliation** 16:24
**affirmation**
108:10
**affirms** 98:24
**affixed** 119:5
121:15 122:21
**afghanistan** 14:15
**aforementioned**
118:8,23
**afternoon** 6:9
**agency** 99:21
**ago** 7:3 11:23 13:9
14:8 24:1 47:11
47:22 52:16,17,19
52:20 53:18 55:23
72:16 73:8,11,12
**agree** 94:24
**ahead** 11:2 33:13
62:23 76:16 95:10
110:23
**al** 1:7 120:7 121:3
122:3
**alert** 41:24



**aligned** 14:25
15:12
**allegations** 29:24
**allow** 8:8 104:16
**allowed** 52:8 53:1
**allows** 63:19 65:1
74:6
**altercation** 19:4
**amount** 110:6,12
**analysis** 10:12
**annotation** 39:8
**answer** 8:4,5,11
8:19,22 9:1 11:3
14:8 24:2 26:3
32:20 39:5 75:10
75:13 76:3,9
97:18
**answered** 33:13
**answering** 8:9
10:21
**answers** 25:18
**anxiety** 19:19,24
30:24,24 35:2,18
35:21 36:12 38:3
38:11,23 39:1,18
40:3 43:22 44:3,8
44:12,14 45:3,6,7
45:8,12,14,25 46:6
46:8,11 47:1,7
48:10 49:5,6 51:5
53:12 54:22 55:9
65:11,19,25 67:23
69:18 70:3,7,9,12
70:16,23 71:1,20
73:23 78:15 79:11

80:2,7,14,18,19
86:22 90:10,21
91:9,10,14,16
100:13,15 110:7
**anxious** 41:22
**anybody** 10:3 11:5
**apartment** 79:7
**apparent** 51:8,10
51:11
**apparently** 80:15
**appeals** 108:4
**appear** 121:11
122:15
**appearances** 2:1,2
**appeared** 84:2
**appended** 122:11
122:18
**apply** 81:11
**appreciate** 103:14
**approach** 37:7
**approximately**
34:14 35:14 53:13
**april** 29:5 31:11
58:22 59:16 78:6
80:6,20 119:13
**area** 14:24
**argument** 115:2
**arguments** 115:5
**arrogant** 111:5
**arthur** 15:5
**articles** 110:14
**aside** 61:21
**asked** 10:9,12,15
11:6 21:15 23:25
24:18 26:1,3
29:16 31:16 32:21
37:5,12 41:18
46:5 57:13 60:20
70:19 71:18 75:11
75:12

**asking** 17:8 26:18
33:4 41:7 46:25
49:19 54:2 57:14
57:16,18 62:8,13
68:7 76:18 109:2
**aspiration** 33:2
**aspired** 33:5
**assert** 8:7
**assessed** 52:16
53:12
**assessment** 19:17
53:9 109:6,9
110:2 114:18
**assignment** 121:2
122:2 123:2
**associated** 68:2
**attach** 75:25 77:12
**attached** 122:7
**attack** 20:5
**attacks** 44:17 45:5
45:9 48:1 49:7
65:13
**attempt** 60:5
**attempting** 38:13
**attend** 26:13
**attention** 56:11
112:13 113:14
**attorney** 92:15
93:5 119:1
**attorneys** 119:3
**attributable** 91:15
**attributed** 56:13
90:8,12
**august** 40:18 99:8
99:13
**authority** 59:11,16
60:3 86:7
**authorize** 122:11
**authorized** 106:22
**available** 109:6,25

**ave** 120:1
**avenue** 2:5
**avoid** 74:19
**avoiding** 70:25
  85:8
**awake** 41:23
**aware** 40:13
**awareness** 43:11
  106:17

**b**

**back** 8:21 20:18
  29:4 31:9 47:18
  57:6 63:5 64:9
  66:21 67:3 69:9
  74:17 76:8 78:10
  78:19,22 83:1,24
  84:3 90:25 95:9
  111:20 116:3
  120:18
**background** 12:3
**bad** 74:24
**based** 16:22,24
  30:11 36:8,17,20
  36:24 53:10 99:8
  115:2
**basement** 19:1
  31:21
**basically** 63:25
**basis** 30:8 92:6
**becoming** 107:1
**beginning** 49:18
  53:7 84:3 111:9
  114:22 115:4,13
**behalf** 1:14 118:10
**behaviors** 19:24
**beliefs** 60:9
**believe** 12:16 19:8
  19:11 21:19 27:1
  30:7 33:22 41:18
  41:21,25 42:5
  48:24 64:5 71:13

  76:6 83:21 86:8
  94:1 107:3 112:10
**believes** 97:17
**best** 8:9 36:7 79:12
  79:18,20 113:25
**bet** 102:9,23
**better** 47:1 86:23
  90:22 109:12
  115:11
**beyond** 44:11 51:3
  75:12 83:17 88:3
  88:16,24 112:22
**big** 108:9
**bill** 103:14
**body** 64:15,16,17
**bother** 110:12
**bottom** 120:16
**bought** 46:15
**boundary** 88:4,17
  88:24
**box** 2:12 39:13
  82:16 83:17
**boxes** 39:12,15
**brady** 2:17
**brain** 63:17
**brand** 24:14
**branigin** 2:11
**break** 62:23,24
**breath** 20:6
**breathe** 20:17
**bright** 114:16
**bring** 33:8,9 55:16
  60:12 81:2 110:13
**broad** 48:17
**broke** 59:11
  103:25
**broken** 19:1,15
**brothers** 109:18
**brought** 7:17
  71:11 74:5

**browser** 101:11
**build** 111:11
**built** 110:16
**bullied** 14:17 64:2
**business** 61:9
  107:3 115:21
**button** 102:10,19
  104:11
**byler** 2:4 3:5 8:6
  9:4 10:9,18 32:18
  39:3,21 44:22,24
  46:4 51:17 57:12
  57:20 59:18 60:17
  61:2 62:19 68:16
  68:23 69:1 71:5
  75:6 76:15 80:22
  97:14 98:6 101:1
  101:3,18 103:4,14
  103:17 104:16
  105:1 107:12
  115:16 116:8,12
  116:19

**c**

**c** 14:2,2 16:14
  104:5
**ca** 120:25
**cacrep** 13:22 14:1
  14:2
**call** 14:13
**called** 40:20 64:15
  89:9 93:25
**calm** 20:18 71:22
**campus** 21:11
**candidate** 36:12
**capable** 115:4
**capacities** 11:16
**capacity** 12:10
  114:19
**capture** 24:22
**card** 107:3

**care** 43:8,10,13
  48:21 52:7 60:8
  60:23 73:9
**career** 11:16 12:4
  12:7,12 33:3,5
  113:16
**case** 7:7,8,17,19
  10:9,10,14 11:5
  27:16 36:9 38:16
  39:16 66:9 106:10
  108:5 120:7 121:3
  122:3
**cases** 16:19
**casually** 73:16
**categorize** 12:24
**causal** 70:17 75:2
  75:19,22 76:12
**cause** 30:10 43:22
  44:3 48:18 50:7
  76:5,18 77:1,2
  118:25
**caused** 24:16 53:3
**causes** 77:7,8,10
  77:11,15
**causing** 63:21
  70:19
**central** 39:9
**certainly** 31:13
  35:9
**certificate** 122:11
**certification** 11:24
  13:11,23 14:5
  121:1 122:1
**certify** 118:5,24
**challenge** 114:22
  115:1
**challenged** 59:10
**challenging** 86:7,8
**chance** 100:24
  101:1

**change** 51:4 65:7,8 74:8 77:9 82:17 82:21 120:15,16 122:8 123:3
**changed** 19:14 37:16,17 48:22,23 48:24 49:2,3,8,19 51:21,21,22 82:15 82:18 84:9
**changes** 120:14 121:7 122:7,9
**changing** 8:18
**characterized** 44:13
**chief** 23:6,7 45:1,2 45:13
**child** 89:20 90:14 91:1
**childhood** 77:22
**choice** 24:22 25:1 25:7 92:16 93:1,8
**choices** 24:20
**choose** 39:15 74:16,20 110:4
**choosing** 24:23 64:13 112:9 113:6
**chose** 41:18 62:2 74:9,15,22 76:25 81:22
**chris** 16:12 105:24
**christian** 17:7
**chronological** 17:13
**chronologically** 106:2
**chronology** 49:17 54:13 55:9,12
**church** 17:2,4
**churches** 17:6
**circle** 8:20

**cit** 22:12
**civil** 1:3,16 118:13 121:5 122:5
**cl** 22:19 52:17 56:3 56:22 69:13 78:9 87:4,18 88:2 91:20 96:9 107:25
**clarify** 24:10
**clarity** 22:25
**class** 21:22
**classes** 19:10 21:11
**clear** 8:25 64:16
**cleveland** 120:2
**click** 102:16 104:17
**client** 17:21 22:19 23:8 24:23 25:17 25:22 29:9,22 30:5 31:16 32:21 35:1,2 36:25 38:10 46:16,18 47:19 52:2 53:10 53:14 55:6 57:6 59:5,10,19 60:25 61:11 62:12 68:17 70:13 71:18,20,21 71:25 74:5,15,19 74:20 76:24 80:24 88:10 94:17,19 97:21,23 107:25 108:3,9,14 111:6 112:14 113:15,17
**client's** 18:9 23:22 27:7 38:3 39:8 53:8 62:15 64:13 92:5
**clients** 16:20,21 106:8 109:11 111:10

**clinical** 13:7,24
**close** 88:8,9
**code** 28:3,6,19,22 48:14 65:7,7,10,15
**codes** 65:17
**cognition** 30:22 64:12,18 77:13
**cognitions** 12:1 60:10 61:25 67:16 74:2
**cognitive** 55:13 63:21 64:1,8 66:12 75:25
**collect** 7:16
**colleen** 2:17
**college** 12:21 13:10,18,19,20 15:22 33:17 51:14 66:21 68:9 75:3,4 86:12 113:15 114:7
**colleges** 61:16
**com** 101:21
**combine** 69:4,6
**combining** 69:2
**come** 8:1 20:18 36:5 41:17 50:6 55:5 67:3 115:12
**comfortable** 25:22 104:18
**coming** 6:11 41:8 52:18 115:4
**commands** 91:21 92:3
**commencing** 118:12
**comment** 38:8 61:4 80:23,25 94:16 95:19 98:8
**commented** 94:17 96:9

**commenting** 98:12
**comments** 110:13
**commission** 119:12,14 121:19 122:25 123:25
**common** 82:4,8
**communicating** 10:23
**communication** 118:17
**community** 113:17
**company** 7:10 107:6
**comparative** 21:14
**compare** 27:8
**comparing** 58:14
**comparison** 21:17 58:17
**compartmentalize** 65:1
**complement** 15:2
**complementary** 17:3
**complete** 8:10 13:3 15:16 19:9 19:10
**completed** 15:17
**complex** 25:18
**comply** 96:10,16 96:19
**conceptualized** 56:3,10
**concern** 6:21 15:8 15:11 16:23 23:11 27:5 43:11 46:16 60:8 62:5,6,7,9,10 106:24
**concerned** 18:16 26:25 46:19 55:11

55:12

**concerns** 23:6,7
45:1,3,13

**concludes** 115:19

**condition** 22:7,10
39:19 40:3 45:25

**confirm** 57:18
105:12

**conflict** 94:3

**connect** 14:19
65:3 77:25

**connecting** 15:14

**connection** 7:4
11:5 19:17 68:4

**connects** 77:5

**consider** 38:11
47:22 100:2

**considerable**
110:6

**consideration**
27:19

**considered** 48:6

**considering** 85:25
118:16

**consistent** 100:13
103:11 105:10
109:12

**consistently** 86:23
90:22

**conspiracies** 85:20
85:25

**conspiracy** 86:9
86:11

**constantly** 110:14

**construction**
12:10

**consult** 10:6 106:3
106:5

**consultation** 18:10

**contact** 99:20

**contacted** 96:4

**container** 64:20
64:25

**context** 55:5 59:23
60:4 65:20 69:21
70:1,6,12,21 71:6
74:1 93:4,7 97:5
97:21 98:11
108:19 113:1,21

**continue** 34:5 81:9

**continued** 5:1 78:9

**continuing** 46:17
82:12

**control** 70:2

**controlling** 56:16
57:4,8,25 58:8
59:6,17,21 60:7,15
61:20 62:3,16
89:16,19

**conversation** 58:6
60:4 71:23 72:5
72:10,15 79:17
87:17 93:7 94:23
98:11

**conversations**
54:4 106:15

**cope** 63:17

**coping** 70:2

**copy** 9:22 10:16
105:7,12 116:18

**core** 14:25 74:8

**corner** 9:19 28:18
34:24

**correct** 8:19 9:6,7
9:15,15 11:18,19
13:2 17:15,19,19
24:6 26:8 29:1
35:22,25 36:19,23
37:17,25 39:11
40:9 42:16 43:18
45:4 46:10 49:23

50:15,16 52:14
53:11 56:12 63:18
63:21 65:8 66:25
67:4 68:3 70:8,11
71:13 73:13,21
75:23 78:1,21
81:4 82:16 83:16
84:4,10,19 85:3
89:1,13,17,21
90:11,15 91:12
92:8 93:2 95:18
95:22 96:6,13,24
97:8 99:6 100:4,6
105:15 108:1
114:12,13 115:15

**correcting** 55:15

**corrections** 8:16
120:14 122:17

**correctly** 14:8

**counsel** 6:10 8:5
118:23

**counseling** 6:21
12:13 13:24 15:1
15:8,11,21 16:4,23
17:2 25:24 27:6
52:18 73:9 106:24

**counselor** 11:22
13:7 15:7 22:14
22:15,19 52:12
59:10 71:18

**counselors** 17:7

**county** 1:14,15
118:2,4,11 119:14
121:10 122:15

**couple** 105:17

**course** 21:8 34:13
35:20 106:1

**courses** 21:25

**court** 1:1 7:13,15
7:19 108:4 121:7

**courts** 116:15

**cr** 22:19 52:10,11
52:16 56:3 78:9

**create** 54:12 73:6
74:16

**credential** 15:22
106:20,21

**credentialing** 11:9

**credentials** 15:20

**criteria** 27:8,12

**cross** 3:4 107:11

**crr** 1:13

**csr** 1:13

**curious** 30:16
110:17,20

**current** 11:15
65:17,18 82:24

**currently** 16:11

**cut** 20:19

**cutting** 20:13,14
71:21

**cv** 1:3

**d**

**d** 13:14 15:4
101:21 106:20

**date** 8:17 47:17
52:13 54:9,11
57:11,23 86:22
120:8 121:3,9,19
122:3,13,25
123:20,25

**dated** 35:13 84:5,7
91:6 112:3

**dates** 90:25

**david** 101:21

**day** 1:15 18:3,4
23:12 24:15 25:8
26:5,14 56:21
86:23 90:22 95:18
95:18 118:11
119:6 121:16

122:22 123:22
**days** 19:1 120:20
**deal** 60:5
**dear** 120:9
**death** 7:8
**debating** 115:5
**december** 45:20
84:7,18,20
**decision** 81:25
82:20
**decisions** 59:1
**declined** 80:15
**deed** 121:14
122:20
**deemed** 120:21
**defendant's** 4:3
5:1 9:19,19 18:6,8
19:16 22:20,22
25:9 26:23 28:12
28:15,15 29:2,4
34:17,20 35:10,12
35:14 40:25 41:1
42:9,11 44:19,21
45:2,16,20 49:10
54:22 55:20,22
56:1 58:19,21
63:2,6 64:19 65:5
65:24 69:8 72:20
72:22,23 74:3
78:3,5 80:14 83:1
83:2,4,7 84:5,6,9
85:14,16,18 86:14
89:2,4,6 91:3,5,6
92:9,11 95:3,23,25
96:2 98:22,24
99:8,10,16,18
100:9,11 104:15
105:4 107:9,14
111:21 113:8,10
**defendants** 1:8,15
2:9 118:10

**defending** 25:17
**define** 36:2 50:10
**defined** 97:10
**defining** 96:15,18
96:22
**definition** 37:10
**definitions** 37:12
**degree** 11:13,23
13:5,6,14,17,18,19
13:20 15:21 56:14
**demonstrate**
114:21
**denial** 30:17
**denomination**
17:1,3
**department**
120:24
**deployed** 105:11
**deponent** 117:1
118:6,19,20
**deposed** 6:23
**deposition** 1:10,12
4:3 5:1 6:11 7:11
9:5,11 10:1,17
18:6 22:20 28:12
29:2 34:17 35:10
40:13 41:1 42:9
44:19 45:16 49:10
55:20 58:19 63:2
72:20 78:3 83:4
85:14 86:14 89:2
91:3 92:9 95:23
98:22 99:10,16
100:9 105:4 107:9
113:8 118:9,14
120:8,11 121:1,3
122:1,3
**depression** 19:19
20:8 23:6,10 49:5
**describe** 19:24
20:8 30:14 110:4

111:12 112:1
**described** 13:25
30:12 32:11 42:7
43:17 54:22 57:21
70:9 75:21 93:21
93:24 95:12
**describes** 66:11
**describing** 39:16
88:21 89:25
113:22
**description** 19:22
56:19,21 66:14
88:19,22 90:19
91:25 97:1 102:21
102:24 103:10
105:2,9
**desensitization**
63:12
**designed** 35:19
**desire** 96:10,17,20
**desired** 32:4 78:21
**detail** 22:3 112:21
**details** 8:17
**determine** 52:24
**development**
111:7
**diagnose** 48:15
**diagnosed** 28:24
**diagnoses** 48:13
**diagnosing** 49:12
52:5 55:9,10
**diagnosis** 27:6,23
27:25 28:2,19,19
28:22 48:17,19,21
49:3,6,9,20,25
50:14 51:4,21
52:9 65:5,6,8,16
65:24 67:9 73:22
**diagnostic** 27:13
27:17,20 28:3,6
43:5

**dialogue** 85:19
**dictation** 72:19
**die** 14:15
**difference** 84:25
**different** 14:23
67:16 95:22 104:1
106:18 116:13
**difficult** 64:24
**dilemma** 93:19
**direct** 3:3 6:7
113:14
**directed** 75:21
112:13
**direction** 12:4
81:10 118:15
**directory** 106:21
**disagreed** 37:4
**disclose** 26:17,24
**disclosure** 42:2
43:6
**discomfort** 58:24
**discovery** 61:23
62:11
**discuss** 22:3 33:7
33:11 41:14 43:3
47:4 71:7 106:17
**discussed** 41:10
**discussing** 21:16
100:8 112:5
**discussion** 21:9
24:17 58:23 59:1
78:9,14 79:11
89:8
**discussions** 53:19
**disinterested**
118:24
**dismiss** 30:12
**dismissed** 30:9
**disorder** 28:8,23
35:18 48:14,17,20
49:4,7,13,21 50:14

51:5 65:11,19
66:15 70:7
**disordered**  50:15
**disorders**  27:10
110:8
**dissonance**  95:1
**distinction**  88:7
**distorted**  11:25
30:22 60:9 61:25
64:18 67:16 74:2
77:13
**distortion**  60:12
60:16 64:1,9
66:12,13 74:9
75:25 77:9 78:1
**distortions**  55:13
55:13 63:18,21
**distress**  53:3 61:10
61:12 63:22
**district**  1:1,1 7:20
**distrust**  59:15
**disturbance**  74:5
**division**  1:2
**doctor**  43:18,24
59:2
**doctor's**  42:18
43:8
**doctors**  43:20,20
**document**  104:1
105:14
**documented**  26:23
**doe**  1:4 7:18 120:7
121:3 122:3
**doing**  21:24 32:8,9
82:12 91:8 97:20
100:3 115:11
**dosage**  46:14
**dot**  101:21 103:25
104:4,5
**draw**  21:18

**drawing**  58:16
**driving**  72:13
**drop**  24:21 25:11
25:14,15 39:12,15
82:15 83:16
**drugs**  43:22
**dsm**  27:8 65:18
**due**  16:6 65:25
**duly**  6:3 118:6
**duplicates**  63:16
63:19

**e**

**e**  13:14 14:2 15:4
101:20 103:24
104:5,10,10
106:20
**earlier**  50:19
66:17 70:20 83:21
85:9 106:19
**earliest**  74:11
**early**  30:5 32:25
105:23
**earn**  29:20
**easier**  74:17
116:14
**edmond**  6:16
**education**  11:18
11:20 50:12
**educational**  50:22
**effect**  27:3
**effective**  35:20
**effects**  43:22
**eight**  105:2 107:17
**either**  40:4 52:25
72:6
**elaborate**  30:15
68:5 85:5
**elaborated**  56:22
**electronic**  116:18
**electronic's**
116:19

**element**  109:1
**elephant**  101:20
**eligible**  34:5
**eliminated**  47:21
**email**  103:5,6,15
103:21 104:17,21
104:23,25 105:1
120:18
**emailed**  105:7
**emdr**  5:24 11:24
13:8,16 14:12,19
15:22 62:1 63:9
63:11,19 66:3
67:12 73:1,4,15
74:12 75:20 76:21
102:3,6,7,10,14,16
102:19 103:11
105:2,10 106:22
106:24 110:17
**emdria**  13:12
106:20
**emotion**  93:3
**emotional**  92:4
**employ**  119:3
**employed**  15:7
29:15
**employee**  15:19
**employer**  15:11
**employment**  32:5
**enclosed**  120:11
**encounter**  44:1
**encouraged**  92:14
**ended**  93:18 94:8
**engagement**  18:14
**enhancing**  40:22
**enjoy**  20:9 81:3,8
97:4,25
**enjoyed**  97:13
**enjoys**  97:20
**enrolled**  33:20,21
50:10 54:7,11

**ensure**  8:10
104:18
**enter**  78:22
**entered**  122:9
**entering**  20:11
78:10,19
**entire**  43:15 121:5
122:5
**entitled**  102:20
**entry**  19:18 23:21
40:16 53:9 54:12
55:2
**environment**  50:5
66:22
**er**  40:21,23 42:14
**errata**  120:14,17
120:20 122:7,10
122:18 123:1
**established**  39:23
83:21,22
**estimate**  36:7
**et**  1:7 120:7 121:3
122:3
**evaluate**  78:15
**evaluating**  45:24
54:23
**evaluation**  27:17
27:20 36:24 47:24
**event**  49:13,25
50:15,17,21,24
51:2 55:14,17
64:11 66:7 72:24
73:18,24 74:5,13
74:20 75:20,22
77:4,22 119:2
**events**  12:2 20:11
50:20,23 65:1
73:3,14 75:24
76:24 77:12 95:22
**eventually**  79:1

**everybody**  104:18
**ex**  112:2
**exact**  36:3 37:10
  37:11
**exactly**  12:14 22:8
  41:22 53:24 79:25
**examination**  1:12
  3:1,3,4 6:7 107:11
**examined**  6:5
**example**  26:2
  35:12 38:17 40:18
  64:2 68:6 71:9,24
**exceeded**  80:8
**excellent**  111:14
  115:8,10
**excuse**  83:2
**executed**  122:10
**execution**  121:14
  122:19
**executive**  114:15
**exhibit**  4:3,4,5,7,8
  4:10,11,13,14,16
  4:17,19,20,22,23
  4:25 5:1,2,3,5,6,8
  5:9,11,12,14,15,17
  5:18,20,21,23,24
  18:6,8 19:16
  22:20,22,23,24
  23:5,11,14,15 25:9
  26:23 28:12,15,15
  29:2,4 34:17,20
  35:10,13,15 40:24
  40:25 41:1 42:9
  42:11 44:19,21
  45:2,16 49:3
  51:15 52:3,10,13
  54:22 55:20,22
  56:1 58:19,21
  63:2,6 69:7,8,9
  72:20,22,23 74:4
  78:3,5 79:9 83:2,3

83:4,7 84:5,6
  85:14,16,18 86:14
  86:16 89:2,4,7
  91:3,5,6,18 92:9
  92:11,18 95:7,11
  95:23,25 98:22
  99:9,10,16,24
  100:9 103:8,16
  105:4 107:9,14,16
  111:21 113:8,10
**exhibition**  71:17
**exhibitions**  9:16
  10:15
**exhibits**  4:1 49:10
  103:18
**existing**  70:16
**experience**  11:16
  22:4 26:25 29:23
  30:3,23 31:6
  51:12 58:16 64:24
  65:4 66:9,11,20
  71:19
**experienced**  91:14
**experiences**  12:11
  58:18 66:4
**experiencing**
  58:12,25
**experimental**
  40:22
**expertise**  44:11
**expiration**  121:19
  122:25 123:25
**expires**  119:12
**explaining**  30:6
**explanation**  25:25
  41:25
**explore**  41:11
  60:23
**exposed**  14:22
**express**  11:3 26:12

**expressed**  92:25
**expressing**  95:19
  95:20
**expression**  25:7
**expressly**  120:12
**eye**  63:12
**eyes**  57:9,21 60:6
  62:3,16

**f**

**f**  104:5,10
**f40.10.**  65:7
**f43.12.**  28:8
**f43.20.**  28:20
**f43.23**  49:4
**face**  16:17,17
  76:20 90:3
**fact**  45:18,24
  46:25 80:8 86:9
  94:7 99:14
**factor**  15:13 56:19
**facts**  93:13,17
  115:3
**fail**  82:7
**failing**  50:9,17,24
**failure**  56:4,9,13
  56:20,24 57:9,21
  57:25 58:11,12
  60:6 62:3,16 74:3
  74:6,21 75:2,15
  76:19 77:1,6,23
  96:23
**fairness**  103:18
**faith**  16:24
**familiar**  101:15,23
**family**  6:21 15:8
  15:10 16:23 20:11
  21:21,22 27:5
  72:3,4 96:5,8
  106:24 109:7,16
**familycounsel**
  103:24

**far**  31:7
**faster**  116:14
**father**  32:2 51:13
  56:15,23 57:4,7,9
  57:13,15,22,24
  58:4,8 59:6,17,21
  60:7,15 61:20
  62:4,17 67:5,14
  69:14 70:4 71:4,7
  74:23 75:4 89:23
  90:6,13,16,25
  91:11,15,17,21
  92:3,7 96:4 97:11
  97:16 102:2
**father's**  70:14,22
  89:16,19 90:3
  96:10,17,19
**fault**  87:19,20
  95:12,14 112:15
  112:16
**fear**  20:7 56:4,9,13
  56:20 57:9,21,25
  58:11,12 60:6
  62:2,15 65:25
  66:16 68:17 74:2
  74:6,21 75:1,14,16
  76:19 77:1,5
  78:15 85:8 89:15
  92:4 96:22
**fearful**  20:1,12
**fears**  65:23
**february**  1:15
  17:17 18:1 22:24
  118:11 119:6
  120:4
**federal**  1:16 7:19
  118:13
**feel**  23:16 24:5
  25:5,6 56:23 58:3
  66:23 69:2 83:9
  83:12,19 84:12,17

84:18,23 85:1,1,9
94:24
**feeling** 58:14,15
66:13,14 70:1
87:10,11 93:25
112:6,11
**feelings** 58:17
97:15
**feels** 32:22 65:23
87:1 97:23 113:18
113:19 114:6
**felt** 30:17 44:16
56:23 64:10 66:11
74:6 77:22 79:20
93:14,21 94:4,7,10
94:22
**ferren** 1:13 118:3
119:10,14
**ferrenreporting**
104:9
**field** 7:5 11:14
12:8 13:5 15:21
28:19 29:8,22
45:1,23 84:11
102:7
**fields** 12:5 25:11
82:19
**fifth** 2:5
**figure** 114:23
**figures** 60:3 86:7
**file** 40:17
**final** 49:6
**find** 24:18 43:4
53:2 60:24 71:15
94:3,21 109:14
120:11
**finds** 114:4
**fine** 116:19
**finish** 71:21
**first** 6:12 12:7
17:17,20 18:10

22:17 23:4 25:12
26:16 31:2 40:19
49:16,20,24 52:18
68:20 69:8,12,12
74:12,13,14,22
78:8 79:9 83:23
84:15 85:7,23
96:3 107:2 115:13
118:6
**five** 11:22 20:16
21:13 22:1 44:23
62:24
**floor** 2:5
**focus** 13:9,15,21
14:9 15:12 19:9
60:23
**focused** 25:17 39:4
39:22 60:11 70:18
**follow** 62:8 81:17
96:7
**follows** 6:5 90:20
**force** 70:24
**foregoing** 118:9
121:13 122:18
**forget** 82:3
**forgive** 100:18
**forgot** 82:6
**form** 32:18 39:3
39:21 46:4 51:17
57:12,20 59:18
60:17 61:2 62:19
68:23 69:1 71:5
75:6 76:15 80:22
97:14 98:6 113:4
**format** 116:10
**forth** 9:20
**forward** 14:18
28:14 34:19 35:12
50:12 53:20,23
54:4 63:19 78:16
78:18 92:11

120:17
**found** 26:4 92:22
**founder** 102:4,9
**founding** 102:2,2
**four** 74:16 107:3,4
**frame** 52:1 53:15
**francine** 102:3,9
**frank** 104:10
**free** 121:14 122:20
**frequency** 46:14
**freshman** 34:8
**friction** 92:7
**friday** 108:3
**friend** 14:15
**friends** 19:2 20:10
**front** 71:3,6,9
**fruitful** 18:25
**full** 6:13 12:23
15:19 33:21 43:5
116:13
**fully** 8:3 21:23
**functioning**
114:15
**functions** 7:14
**further** 47:4 80:15
115:16,18 117:1
118:24

| g |
|---|

**game** 52:19 53:17
**gather** 10:3 42:23
**general** 44:7 60:3
75:14 106:17
112:1,20
**generally** 12:5
17:12 22:5 24:2
67:7 103:11
**generated** 9:17
**generic** 71:24
**generically** 42:5
66:6 72:13

**genetically** 66:6
**gentle** 111:2
**getting** 43:7 78:10
78:19,20 90:7,23
90:24 112:9
**girl** 112:24
**girlfriend** 87:20
88:4,17,24 95:13
112:2,16
**give** 8:21 10:12
26:2 69:23 100:23
103:2 113:23
116:15
**given** 8:19 118:19
**glasses** 101:24
**gmail.com.** 104:10
**go** 6:15 11:2 12:1
17:9 20:12,15,17
33:13 35:12 50:2
62:23 63:20 64:9
67:2 69:9 73:5
74:7 76:16 81:11
82:19 83:1,2
95:10 100:21,24
101:6 106:7
107:22 110:23
111:23 112:21
113:10 116:1
**goal** 8:2,24 34:25
36:3,11,15,17,17
36:20 37:9,17,18
37:21 38:1,19,22
**goals** 34:16,25
35:15 36:1 37:7
38:6 39:4,22 47:3
115:7
**going** 14:18 17:8
17:12 20:1 21:11
47:8 61:15,17
62:12,21 66:19
71:22 76:8 84:3

103:15 104:3,15
114:7 116:8
**good** 6:9 9:25 10:2
55:16 60:12 79:15
79:16 91:9 92:16
93:1,9 101:7
109:11,12 111:6
**gotten** 66:19
**governing** 102:7
**grace** 12:21 13:10
13:18,19,20,22
15:22
**gradually** 98:25
**graduate** 15:15,18
**graduated** 11:10
11:11
**grass** 20:13,15
66:18 71:22
**grounded** 86:8
**grown** 64:4
**guess** 108:24
**guided** 13:22
**guilt** 87:1,4,11
88:3 92:15,25
93:4,21,23 94:24
95:11,16,17,19,20
112:6,8,11,23,25
113:3
**guilty** 93:14 94:22
**guy** 115:6

**h**

**h** 16:14
**half** 6:20 20:18
72:15 87:19,21
95:13,14,21
112:15,17,22
**hamilton** 1:14
118:2,4 119:14
**hammond** 1:2
**hamrick** 16:12
27:14 105:24

106:4,5,12
**hand** 9:19 28:16
34:24 119:5
**handle** 6:12
**happen** 37:10,12
**happened** 20:4
24:15 30:9 50:3,4
59:25 61:16,17,19
87:5,11,19 95:13
95:21 112:12,15
**happening** 59:24
108:24
**happy** 103:2
**hard** 9:22 105:7
105:12 106:9
114:23 116:17
**head** 10:22,22
24:12
**healing** 55:16
60:12
**health** 11:22 13:7
13:24 55:16 60:13
**healthcare** 43:19
**hear** 14:8
**heard** 44:7 108:3
**heart** 20:5
**heartbroken**
18:24
**hearted** 111:2
**held** 107:15
**help** 18:18,20
34:15 41:23 63:18
81:9
**helped** 43:21
**helps** 57:17
**hereunto** 119:4
**high** 11:10,11
33:17 73:19,25
74:23 86:12
**highest** 14:5

**highly** 25:18
**hired** 15:19
**hiss** 114:19
**historical** 82:23
**history** 82:23
**hitting** 104:11
**hold** 15:20,24 16:2
56:7 106:19
**holistic** 43:17,20
**home** 21:12,21,22
22:2,6,7 50:6
51:13 66:21 67:9
68:1,8,10,11,14,19
68:20,22
**homework** 81:2,5
81:18 82:1,4,7,9
82:12
**honest** 106:7
**honestly** 42:25
106:14

**hospital** 20:4
**hospitalizations**
20:3
**hour** 16:16,18
20:18 62:21 98:25
118:12
**hours** 99:1,22
106:3
**house** 20:1,17
**hurt** 93:13
**hurting** 93:18 94:9

**i**

**icd** 28:7 65:17,17
**idea** 67:20
**identical** 35:16
**identification** 18:7
22:21 28:13 29:3
34:18 35:11 41:2
42:10 44:20 45:17
49:11 55:21 58:20
63:3 72:21 78:4
83:5 85:15 86:15
89:3 91:4 92:10
95:24 98:23 99:11
99:17 100:10
105:5 107:10
113:9
**identify** 48:2,4
61:23 63:20 64:1
64:8 77:10,11,14

77:16
**identifying** 55:15
61:25 94:19
**il** 1:13
**illustration** 71:12
**immediately** 89:23
90:4
**impact** 14:18 46:5
**impacted** 55:14
66:15
**impeded** 115:3
**important** 7:24
46:13
**impressed** 110:11
**impression** 94:18
102:5
**imprinted** 55:15
**improved** 79:20
**inability** 18:17
19:12 51:1 77:20
**incapacity** 25:1
**include** 28:3
**included** 97:1
120:15
**includes** 35:15
**including** 6:14
**income** 69:15
70:15
**incorporated**
122:12
**increase** 52:1,17
99:1
**increased** 53:3
**increasing** 54:3
**independent** 29:18
79:6
**independently**
29:15 68:2,12
**index** 3:1 4:1
**indiana** 1:1,14,15
6:17 7:20 12:21

15:25 16:7 118:1
118:4,11 119:13
**indicate** 75:1
**indicated** 25:4
39:1 105:8 106:19
**indicates** 18:9
96:3 109:10
**indicating** 120:15
**indication** 29:17
96:21 98:14,15
**individual** 36:24
**industrial** 12:8
**industry** 12:10
27:9
**info** 102:10
**information** 10:4
25:13,16 51:22,23
52:8
**informed** 46:7
**informs** 37:7
**initial** 26:15 40:16
**initially** 39:23
59:5,20
**input** 106:11
**inside** 71:22
**institute** 102:6,8
**institutions** 50:22
**intellectual** 114:19
115:2
**intelligence**
114:16
**intelligent** 25:18
115:6
**intended** 8:15
113:18
**intense** 14:16
**intentional** 88:14
**interact** 67:8,10
**interacted** 10:18
**interaction** 38:25
54:7

**interactions** 59:1
65:22 67:14 97:16
**interest** 15:13 20:9
82:25
**interested** 25:23
119:2
**interests** 33:16
**internet** 110:7
**internship** 15:16
15:18 22:18
**internships** 15:17
**interpretation**
81:25
**interrupt** 110:25
**introduced** 14:21
14:23
**involve** 63:15
**involved** 14:20
112:9
**involvement** 27:14
**irrelevant** 43:4
**isolate** 66:4
**item** 83:17 115:21

**j**

**janine** 1:13 118:3
119:10,14
**january** 63:7
65:25
**job** 32:13,17 41:16
41:24 47:15 68:15
68:25 69:14 70:14
78:10,20,20,24,25
79:2,4,5 89:23
90:4,7,23,24 91:11
96:11,15,17,20,23
97:3,6,8,9,12,24
98:4,19,25 99:14
99:15
**jobs** 81:2,7,11
**john** 1:4 7:18
120:7 121:3 122:3

**jones** 2:10 104:20
104:20
**journey** 30:21
**jpk** 1:3
**judge** 7:13
**judged** 65:23,23
66:1,4,10,13,14,23
66:24 67:24 70:10
70:13 71:3
**judges** 108:4
**judging** 67:5
**july** 107:15,20
**jump** 28:14
**june** 35:13 91:7
**juxtaposed** 8:17

**k**

**k** 16:14
**kealey** 2:10 3:3
6:8,10 44:23,25
62:21 63:4 76:11
100:21 101:5,10
101:20,22 103:4
103:15,20 104:7
104:11 105:6
107:7 113:4
115:18 116:20
**kept** 82:22
**keystroking** 83:14
**kind** 7:7 19:11
22:3 101:24
109:15 111:2
112:24 114:5
**knew** 36:9,10 43:9
46:5 66:18 110:15
**know** 8:19 10:23
14:4 18:21 21:4
22:8 25:3,3 30:21
31:15 33:20,23
34:7,8 42:19,22
43:24 44:5,14
46:12,13 48:18

51:24 53:24 54:11
54:14,20 60:18
61:7 62:8 67:21
71:14,17 74:14
77:8 83:23 96:18
97:18 101:25
106:23 109:18
111:5,19 114:5
116:4
**knowing**  113:19
**knowledge**  40:10
51:3

**l**

**l**  2:10 15:4 103:24
104:5,5
**labeled**  25:12
**lack**  24:25
**lady**  64:2
**lafayette**  2:13
**lake**  12:21
**landed**  40:23
**language**  112:14
**large**  14:13,14
118:5
**lawn**  21:12 22:1
68:1,8,10,14 71:2
71:6,10,16
**lawyer**  108:6
**lawyers**  7:22
**layperson**  105:3
**leading**  30:23
53:22
**learn**  20:23 27:7
27:11 35:1 54:6
62:11 110:15
**learned**  52:7 115:3
**learner**  110:19
**learning**  110:1,11
**leave**  64:4 113:15
**left**  22:9 33:16
114:11

**legal**  108:25 120:1
123:1
**legs**  100:24
**letter**  120:21
**level**  14:5 38:4,23
47:8 114:19
**license**  15:24 16:2
16:6
**licensed**  16:8,10
27:16,19
**life**  12:1 14:18
26:18 32:22 50:15
50:17 53:4,20,23
54:5 58:18 61:14
63:17,18,22 64:7
64:10,24 66:7
74:6,13 75:7,8,15
77:4 78:17,18,23
113:16,20 114:1,3
**liked**  97:12
**likes**  97:20
**limit**  16:9
**line**  77:24 100:16
120:15 122:7
123:3
**list**  19:18 34:25
73:6 74:16 81:2,7
81:11,13,14,15
109:25
**listed**  45:3 109:7,9
122:7,17
**listing**  122:7
**literature**  36:21
37:2,6
**litigants**  9:14
**litigation**  7:9
**little**  103:25 106:4
**live**  79:7
**living**  21:20 22:2
29:14 31:20 51:13
68:2,12

**llp**  2:4,11
**logic**  26:1
**logical**  115:5
**long**  6:19 16:8
20:21,23 54:14,20
71:14 77:25 84:2
101:4 104:16
105:2 106:14
111:11 115:12
116:15,16
**longer**  46:19 47:19
48:7,8
**look**  17:10 18:8
28:10 31:7,9 35:8
38:6 42:8,11
44:21 47:18 48:24
48:25 52:2 55:22
55:24 58:21 63:5
67:15 72:22 74:1
78:5 82:10 83:24
85:16 91:5 101:16
103:3,9 107:25
**looked**  31:5 69:8
105:9 106:23
**looking**  17:9,12
23:5 32:24 40:24
73:17 98:7 101:14
103:17 104:19
105:19 106:2
**looks**  79:24 102:1
105:3
**lost**  19:5 113:16,19
114:6,12
**lot**  73:9 106:8,15
**lovable**  64:13
**love**  110:1,2
**loved**  110:15
**loving**  111:4
**low**  78:16 91:9,16
97:6,22 98:7
100:13

**lower**  9:18 28:18
34:24 35:2,21
98:14,16,17
**lowering**  36:12
38:22

**m**

**m**  13:14 16:14
101:20 104:5
106:20
**madam**  76:11
104:7,13 120:9
**mailing**  6:14
**main**  2:11
**mainstream**  78:22
**major**  20:15
**majority**  47:9,12
**making**  12:4 26:13
27:6 64:23 68:4
81:7 88:22 115:10
**managing**  70:3
**manner**  88:23
**march**  22:24
53:13 56:12 58:12
69:10 84:16
115:14
**marked**  18:6
22:20,25 28:12
29:2 34:17 35:10
39:12 41:1 42:9
44:19 45:16 49:11
55:20 58:19 63:2
72:20 78:3 80:12
83:4 85:14 86:14
89:2 91:3 92:9
95:23 98:22 99:10
99:16 100:9 103:7
103:16 104:14
105:4 107:9,13
113:8
**marketing**  12:8,9

**marriage** 64:6
**mary** 101:21
**master's** 11:21
  13:5 14:6,22
  15:21
**math** 12:15
**matter** 6:5 11:17
  54:17,18 108:25
  114:25 118:8
**meals** 24:12
**mean** 12:17 13:17
  15:4 16:25 18:11
  22:14 25:20 37:20
  37:23 38:16,19,22
  42:18 53:7,18
  54:9 64:21 74:12
  76:25 81:21,22
  88:21 99:3 110:25
**meaning** 24:13
  57:18 79:18 89:12
  116:1
**means** 42:23 70:2
  77:12 107:25
**meant** 24:7,10
  29:19 85:10
  111:22 115:12
**measurement** 36:3
**measures** 53:1
**medical** 30:7,10
  43:19 110:9
**medically** 43:9
**medications** 42:3
  43:6
**meet** 27:12 37:18
**meeting** 17:17,20
  17:23,25 18:11,15
  18:22 19:17 26:22
  29:7 32:13 96:5,8
  106:9 107:20
**meetings** 21:8
  32:25

**members** 72:4
**memorable** 18:22
**memorized** 28:10
**mental** 11:22 13:7
  13:24 60:12 78:21
**mention** 27:3 33:1
  33:2 71:10 96:24
**mentioned** 13:8
  20:25 60:22 66:17
**menu** 24:21
**menus** 25:11
**met** 18:2,3,4 22:17
  22:23 38:19,20,22
  40:19 115:13
**mid** 29:10,15
  31:14,17 32:7,17
  32:23 33:1 37:24
  38:18,24 39:18
  40:2 45:22 46:22
  47:2,12
**middle** 6:14 52:15
  56:14,25 57:3,6,10
  58:5,7,9,10,14
  59:25 61:18,19
  64:3
**midwest** 120:19
  123:1
**milestone** 38:15
**military** 33:3,5
**miltenberg** 2:4
**mind** 9:3 35:19
  40:22 55:14 63:20
  65:1 66:8 68:7
  74:8
**mindedness** 110:1
  110:22
**mine** 83:17
**minimum** 97:3,8
  97:24 98:1
**minor** 8:16

**minuscript** 116:12
  116:14
**minute** 62:24
**minutes** 20:16,19
  21:13 22:1 47:11
  100:22
**misread** 111:23
**misrepresent**
  76:23
**missed** 100:25
**mistreated** 108:11
**mixed** 49:4
**mocking** 20:5
**modify** 8:22
**moment** 28:14
  47:22 55:23 69:23
  73:11 74:1 113:23
**moments** 13:8
**months** 26:16
  35:14 40:19 52:16
  52:17,19,20 53:18
  53:22 54:13 112:4
**mood** 23:6,10
  45:13
**moral** 93:18
**mother** 102:2
**motion** 63:12
**motivated** 25:23
**move** 33:14 34:19
  63:18
**moved** 61:24
  68:11 110:9
**moving** 50:11
  53:20,23 54:4
  81:9
**mow** 21:12 22:1
**mowing** 66:18
  68:1,8,10,14 71:2
  71:6,9,10,16
**multiple** 64:3
  75:24 76:24 77:18

**109:23**

**n**

**n** 15:4 103:24
  104:5,10
**name** 6:9,13,14,16
  8:17 16:13,14
  77:24 105:21
  120:7 121:3,4,15
  122:3,4,21
**nature** 51:8 111:4
**near** 100:22
**need** 8:8,18 9:1
  16:22 24:10 70:2
  84:22 104:16
**needed** 18:20 24:5
  25:5,6 84:24 85:1
  85:9
**needing** 24:13
  56:11
**needs** 23:16 36:25
  83:9,12,19 84:17
**negative** 51:12
  64:11 67:13 94:5
  94:6,7,10,11
**neighbors** 66:18
  66:24 67:2 71:8
  72:8,9,11,12,14
**neither** 50:21
**nervous** 64:17
**nesenoff** 2:4
**neural** 74:7 77:5
  77:24,25
**never** 33:19 37:16
  37:17 39:17
  111:18
**new** 2:6 24:14
  41:15,24 47:15
  64:12 74:4
**newer** 107:5
**news** 92:14 93:4

night's 10:2
nmllplaw.com 2:7
nod 10:22
noel 1:10,13 6:2
  6:16 103:24,24
  104:22 117:5
  118:5 120:5 121:4
  121:9 122:4,13
  123:20
northern 1:1 7:20
notarial 119:5
notary 1:14 118:3
  119:12 120:17,25
  121:10,18 122:15
  122:23 123:23
notation 83:8
note 10:20 17:10
  18:9 22:11,11
  25:15 28:16 30:11
  30:13 34:21,23
  39:7 41:3 42:8,12
  42:16 43:12 45:7
  51:20,24 56:16
  58:22 59:4 63:7,9
  65:25 69:10,17,23
  70:1,21,21 71:14
  73:18 74:3 78:7
  81:1 83:17,18
  86:19 99:2 109:13
  116:1 120:13
noted 6:1 79:10
  116:21
notes 4:4,5,7,8,10
  4:11,13,14,16,17
  4:19,20,22,23,25
  5:2,3,5,6,8,9,11,12
  5:14,15,17,18,20
  5:21,23 8:14 9:12
  9:13 17:9 23:1,5
  24:3 25:10 26:20
  28:1 31:5,7 32:24

33:4,10 35:7
  40:12,14 45:8,10
  45:19 47:18 51:19
  55:2 67:19 69:5,6
  71:11,16 72:17,18
  73:5,17 75:17
  82:10 83:25 84:3
  105:19 107:19
  108:21 109:8
  113:23
notice 1:16
november 84:5,16
  100:12
np0681591 119:14
nuclear 109:7,16
number 25:9
  31:25 34:25 36:5
  65:12 86:17 97:10
  97:11 120:8,15
numbered 9:18
  28:18 34:24 65:6
numbers 122:7
ny 2:6

**o**

o 103:24 104:5
oath 7:15
object 51:17 57:12
  57:20 61:2 64:25
  64:25 71:5 113:4
objection 8:7
  32:18 39:3,21
  46:4 59:18 60:17
  62:19 68:16,23
  69:1 75:6 76:15
  80:22 97:14 98:6
objective 7:16
  34:12,15 39:13
  62:14,15 80:7
objectives 36:1
obligatory 115:23

observation 61:4
  69:22 88:11
obstacle 38:20
  39:1,19 80:19
obtain 42:2
obtained 13:6
occasion 41:13,15
occasions 6:25
occurred 108:22
occurrence 82:5,8
october 34:21 49:5
  96:14 99:5,12
  113:11 115:9
odd 94:21,24
offer 16:6
offered 15:17 17:2
  24:18
official 121:15
  122:21
officials 93:16
oh 92:22 100:18
  111:1
ohio 120:2
okay 11:13 17:14
  18:5 42:12 51:25
  69:24 75:18 76:10
  83:6 85:17 86:18
  89:5 92:12 95:9
  95:10,15 96:1
  101:14 102:18
  107:18,19,22
  108:3,9,16 109:18
  110:21 111:1,7,20
  111:22 112:5
  114:11
older 65:16
once 9:18 48:6,25
  64:8 110:16
ones 9:16 23:2
  107:2

ongoing 20:6
onset 52:16 53:7
  53:12 54:13,21
  55:9 86:10
open 104:17 110:1
  110:20,22
opinion 10:13 31:4
  39:14 40:1,5,6
  44:16 47:25
opinions 10:10,11
opportunity 8:7
  8:10,13,21 115:22
optional 115:23
oral 1:12
order 17:13 103:8
  104:14 108:22
org 103:25 104:4,5
organization
  15:14 16:25
organizations 17:6
original 49:8
  102:4
originally 47:14
origins 51:9
outcomes 109:13
outline 100:25
outside 20:1 21:21
  21:21 67:9 71:20
  72:3
overall 91:16
  114:3
oversight 105:24
owe 62:22

**p**

p 2:10 3:3 6:8 14:2
p.m. 1:15 6:1
  62:25 63:1 101:8
  101:9 116:21
  118:12
p.o. 2:12

**page** 3:2 4:2 10:24 25:12 28:17 34:23 56:1 65:6,6 69:12 78:7 80:14 91:7 99:18 100:11 102:22 105:2 109:5,5 111:20 114:14,14 116:13 116:15,16 120:15 122:7 123:3
**pages** 4:4,5,7,8,10 4:11,13,15,16,18 4:19,20,22,24,25 5:2,4,5,6,8,10,11 5:13,14,16,17,19 5:20,22,23 107:14 111:24
**palpitations** 20:6
**panic** 20:16 44:17 45:5,9 47:25 49:7 65:13
**paper** 45:14
**paragraph** 55:25 56:2,7 69:13 72:9 78:7 79:9 85:23 86:25 87:3 89:7 89:25 91:18 92:20 92:21 96:21 99:19 107:23 113:14
**parents** 17:22,23 17:25 18:2,4,9,11 18:14 19:18 22:23 24:11 26:13,22,24 31:1,12,15,19 32:4 32:11 40:20 52:19 53:17 54:3 68:25 79:4
**part** 12:23 23:14 40:17 46:6,20,23 47:23 52:5 56:4,9 57:23 60:15 61:21

**particular** 13:9 17:1,1 72:1 73:18 73:22 91:13
**parties** 118:22
**parts** 64:7
**party** 7:9 119:1,3
**passage** 52:21 53:6,16 56:2
**path** 113:18
**pathway** 74:7 77:5 77:24,25
**patient** 27:6 46:11
**patients** 36:22
**pause** 8:8 104:15
**paycheck** 29:20
**pbyler** 2:7
**pdf** 103:5,7,14 104:18 105:12
**peace** 94:3
**pending** 7:19 32:19
**people** 44:3 64:22 65:22 67:8,11 68:6,7 69:18 71:7 82:3,7 110:12
**perceive** 69:19 71:3
**perception** 67:23 70:10,13
**performance** 33:25 74:24
**period** 32:13 34:16 36:16 52:6 106:15
**perry** 1:10,13 6:2 6:9,16 32:19,24

**63:8 76:17 83:1 100:23 101:11,23 103:9,21 104:17 104:22 105:7,17 107:7 115:19 117:5 118:5 120:5 121:4,9 122:4,13 123:20
**person** 43:17 65:22 66:15 93:6 107:2 118:25
**person's** 63:22 66:7
**personally** 121:11 122:15
**phase** 63:25 64:14 64:15 102:24,25
**philip** 2:4 3:5 107:12
**phobia** 65:10,14
**phone** 120:3
**phrase** 64:19,20
**phrased** 76:22
**phrasing** 83:12,13 83:14 84:2 98:9
**physical** 19:25
**physician** 43:10 43:14,15
**place** 1:16 15:17 109:11,12 114:5
**places** 50:23,23
**plaintiff** 1:5 2:3
**plan** 113:16 115:7
**plausible** 46:25
**played** 94:2
**please** 6:13 8:3,23 11:2,8 29:4 32:10 33:12 34:19 41:6 42:11 51:19 55:22 56:23 58:3 68:5 75:18 85:5 102:17

**113:24 116:5 120:13
**plus** 109:21
**point** 19:23 20:3 21:1 24:9,24 26:11 30:20,21,25 32:22 36:9 37:15 40:6 48:3,4 49:15 49:16 50:2 53:2 55:1 61:24 77:8 79:22 81:7 82:18 83:22 98:8,13 107:8 112:7
**points** 31:25
**populated** 25:11
**port** 1:15
**porter** 118:11
**portion** 75:7
**posed** 8:3
**posing** 7:25
**position** 59:16 95:2 97:7,22 98:1 98:13,16,17
**positive** 29:25 30:4,12,14,16
**possibility** 44:2
**possible** 14:24 30:10 56:4 81:2 118:16
**possibly** 42:14
**posttraumatic** 28:7
**practitioners** 106:22
**pre** 75:3,4
**precautions** 7:24
**precise** 106:4
**precisely** 31:10
**precision** 8:2
**preliminaries** 6:12

**prepare** 9:11,25
  10:10,11 11:6
**prepared** 8:14
**preparing** 10:17
**prescribed** 42:7
  42:14,17,20 46:15
**prescription** 42:18
  43:2
**prescriptions** 42:3
**presence** 120:17
**present** 2:16 11:10
  59:4 61:13,20
  67:1 75:16 115:1
**presented** 118:20
**presently** 58:8
**pressed** 91:11
**pressing** 69:14
  70:5
**pressure** 70:14
  91:15
**pressuring** 70:22
**previous** 57:2
  76:12 79:15,16
  95:3
**previously** 69:9
**primary** 12:11
  60:8,22 62:5,7
**printed** 10:16,24
**prior** 12:3 74:3
**probably** 101:15
**probation** 19:11
**problem** 18:19,22
  19:18,22 30:18,19
  55:10 60:24 61:14
  95:1
**problems** 20:6
**procedure** 1:16
  7:12 8:6 27:5
  118:13 121:5
  122:5

**proceed** 17:12
  66:5
**proceeding** 10:21
**process** 8:15 9:9
  10:20 25:24 63:16
  63:19,25 64:11
  74:15,18,20
**processed** 67:15
  67:17 74:10
**procrastinating**
  90:8,23
**procrastination**
  89:10,12,15,18
  90:1,3,9,12 91:19
**produced** 1:13
  9:13
**producing** 69:15
  70:15
**product** 105:21
**production** 120:19
  120:24
**productive** 18:25
**profession** 11:15
  25:21 55:11
**professional** 18:18
  31:3 39:17 40:1
  44:16 47:25
**professionally**
  43:11
**professionals**
  43:19,21
**program** 12:22,23
  12:23 13:1,3,9
  14:6,22 34:9,10
  114:8
**progress** 4:4,5,7,8
  4:10,11,13,14,16
  4:17,19,20,22,23
  4:25 5:2,3,5,6,8,9
  5:11,12,14,15,17
  5:18,20,21,23 28:1

28:16 34:13,21
  35:7 40:12 45:19
  46:21 63:6,9 78:6
  80:12 81:6 86:19
  105:18 111:8
  115:3,8,10
**progressed** 48:21
  52:7
**project** 39:10
**prompt** 11:2
**propose** 103:6
**proposition** 44:1,7
**protect** 64:22
**provide** 11:8
**provided** 13:11
**psychological**
  27:10 30:8 110:8
  110:10
**psychologist** 16:7
**ptsd** 27:2,23,25
  28:4,25
**public** 1:14 67:11
  70:24 118:3
  119:12 121:10,18
  122:15,23 123:23
**purchasing** 116:11
**purdue** 1:7 6:10
  7:18 11:14 13:15
  13:17 19:5 21:6
  27:1 29:23 30:9
  31:6 33:21,25
  34:5 50:3,20,21
  54:8,15,20,25 55:2
  55:18 58:16 66:20
  77:21 87:5,12
  93:12,16,22
  108:11 111:15
  114:7,11 120:7
  121:3 122:3
**purpose** 113:17

**purposes** 116:13
**pursuant** 1:16
  118:12
**pursuit** 66:3
**put** 33:4,10 65:2
  106:21

**q**

**quality** 118:16
**quarters** 62:22
**question** 8:1,3,11
  8:12,21,23 9:2
  11:20 21:15 23:24
  26:2 29:16 31:16
  32:10,19,21 33:12
  38:7 39:6,24,25,25
  42:1 45:11 50:8
  62:8,13 68:7 75:9
  75:10,11,12,17
  76:4,6,7,12,17,20
  76:20,22 77:14
  96:8,15 97:18
  112:1
**questioned** 71:18
**questioning** 53:14
  115:20
**questions** 3:3,5 6:8
  8:24 9:8 17:8 23:3
  23:23 26:5 100:22
  101:2 105:17
  107:8,12 115:17
**quick** 22:11 99:21
**quite** 78:23 97:18
  106:14
**quote** 18:9,10
  19:18,19 23:16
  25:16 29:8,22
  30:4 35:1 52:16
  54:21 56:3,14,22
  57:4 59:5 69:13
  78:9 81:2 85:24
  87:4,18 88:2 89:9

91:20 92:13 96:9
**quoted** 53:6,16
**quoting** 72:1

**r**

**r** 13:14 14:2 15:4
16:14 101:21
104:10,10 106:20
**railroaded** 108:10
108:16
**raised** 93:15 94:1
**random** 36:17
**rationale** 96:25
**reach** 38:4
**reached** 39:17
81:6
**reaching** 38:15
**read** 9:12,16 30:11
76:8,12,13 113:23
116:14 121:5,6,12
122:5,6,17
**reading** 120:12,21
**reads** 56:3 87:4
96:9
**ready** 38:16 70:4
70:23 97:6,17,19
97:21 98:16,25
**real** 30:18,19
**realizing** 24:1
**really** 106:14
**reason** 42:1 47:1,7
76:3 82:17 87:14
109:2 120:16
122:8 123:3
**recall** 20:22 24:2
26:5,6,21 28:22
34:3 39:5 40:6,23
42:21 48:12 51:16
67:16 81:16 99:15
106:7,11 108:19
109:4 112:5,18
113:6

**receipt** 120:20
**receive** 104:17
**received** 11:13
104:21,24 105:1
**recess** 62:25 101:8
**recite** 63:10
**recognize** 65:2
101:17 102:6
107:19
**recollection** 10:4
98:15 113:25
**recollections**
67:13
**recommend** 116:8
**record** 7:12,21
27:25 31:6 40:14
63:5,10 100:21
104:21 118:18
122:9
**recordation** 86:3
87:8,24 88:5
**recorded** 23:9
24:3 46:24 48:13
83:24 95:11
**recording** 69:22
**recurrent** 82:2
**recurring** 40:7
**reduce** 48:10,10
**reducing** 80:7,24
**reengage** 19:7
81:10
**refer** 22:12 63:9
65:21 98:9
**reference** 10:6
12:3 34:7 45:9
47:16 53:17 58:5
58:6 70:22 71:15
72:4,6 88:16,19
91:19 120:8 121:2
122:2

**referenced** 22:4
42:4,4 47:14
90:18 121:11
122:15
**referencing** 51:18
71:23
**referred** 55:23
88:23 95:4 105:23
**referring** 14:9
23:20 41:6 44:6
51:15 85:21
**refers** 22:19 35:1
72:24 96:7 102:6
**refine** 52:8
**reflect** 59:11
**reflected** 57:6
**reflecting** 56:25
114:1
**reflection** 82:24
114:3
**refresh** 7:11 10:4
**refusal** 39:8
**refused** 24:19
**refusing** 23:16
24:17,20 82:14
83:8,16
**regard** 37:1
**regarding** 59:2
**regret** 95:2 113:5
113:5,6
**regretted** 93:12
**related** 32:6 50:20
59:6,17,20 61:12
67:17 69:4 91:17
102:1 112:12
**relates** 74:21
**relating** 6:4 20:10
67:23
**relationship** 17:21
24:14 30:5 32:1
45:21 48:5 60:14

75:4 105:23
111:13 112:2,6,9
112:10,19,24,25
113:7
**relationships** 17:5
19:2 64:6
**relative** 119:1
**relevance** 54:19
58:10
**relevant** 44:14
55:8
**relive** 64:24
**reliving** 65:3
**rem** 63:17
**remain** 47:13
**remained** 47:10
47:20
**remains** 40:16
**remarks** 29:7
52:15 55:25 58:23
63:8 69:13 72:23
78:6,8 79:10
85:18,24 89:6
91:7 92:13,21
96:2 99:19 100:16
107:22 113:13
**remember** 12:14
20:2,13,25 21:14
21:15 31:10,23
41:7,21 42:25
47:17 51:22 72:16
73:7,10,14 79:24
94:23 100:8 106:9
112:7
**remembered**
73:11
**remembering**
56:15 57:7
**remembers** 64:16
**reminder** 10:25

**remote** 1:10
**remotely** 118:9
**removed** 19:6,6
  77:21
**repeat** 14:11
**repeated** 35:6
  50:19
**rephrase** 9:2
**replace** 64:12
**report** 11:6 20:14
  20:14 24:15 35:21
  35:22 36:13,14
  38:3,5,10 53:8
  54:24 82:13 92:3
  92:5,7
**reported** 23:7
  29:23 46:18,21
  47:19 48:6,7 52:2
  52:17 55:19,23
  56:22 58:3 59:5
  59:20 61:10 68:24
  69:13 70:13 71:20
  71:21 79:11 80:1
  80:24 81:19 84:24
  86:13,22,25 87:4
  87:16,18 88:8,12
  89:14,18,22 90:21
  91:8,20 92:14,23
  94:16,19 97:23
  98:3 108:3,9
  113:18
**reporter** 62:23
  76:11,14 103:7
  104:7,13 115:24
  116:3 121:7
**reporting** 47:6
  69:18 85:13
  100:12 104:10
  108:14 112:14
**reports** 35:3 85:19

**repose** 9:2
**represented** 77:4
  118:22
**representing** 9:5
**represents** 14:4
**reprocessing**
  63:13
**request** 104:13
  122:9,11
**requested** 76:13
**require** 27:13
**required** 120:25
**requirement**
  16:16
**requirements** 19:9
**requires** 52:5
**reread** 57:17
**research** 109:10
  110:9,10
**researching** 110:7
  114:24
**residence** 119:14
**residential** 21:11
**resist** 96:16
**resistance** 25:22
  91:20 92:2
**resistant** 25:25
  26:4,6 110:19
  111:10
**respect** 39:24
  112:6
**respectful** 111:1,3
**respond** 36:23
**responded** 31:16
**response** 29:16
  50:15 89:15,19
  105:13
**responsibility**
  94:5,6,11,12,14
**responsible** 93:6
  94:8,15

**restate** 32:10
  33:12 75:18
**result** 60:9
**retraumatizing**
  64:23 74:19
**retried** 108:5
**return** 38:17,20
  39:2,19 40:4
  74:17
**returned** 11:21
  120:20
**returning** 80:20
**returns** 14:14
**review** 8:13 10:15
  26:20 51:24 69:23
  115:22,24 120:13
  121:1 122:1
**reviewed** 40:12
**right** 9:19 23:17
  28:8,18 32:3,9
  34:14,24 40:15
  44:9 45:3,6 51:14
  53:7 56:11,20,24
  57:10 58:13 68:19
  68:21,22 73:25
  74:11,24 75:5
  80:9 81:3,12
  82:14,21 83:9,13
  83:15,19 84:12
  85:2 86:4,23
  89:16,20 90:4,14
  91:1,11 94:13
  96:5,23 97:20
  99:1,3 101:12
  103:16,22,23
  104:12 108:21
**robert** 101:21
**roof** 24:11
**root** 60:24 61:3,5
  61:6 66:16 71:1
  75:2,22 76:12

**77**:1,2,7,8,10,11
  77:15
**roots** 60:25 61:10
  61:12 75:19
**rotc** 19:6 33:20
  34:5,10 66:20
  108:11 114:8
**roughly** 11:22
**rpr** 1:13
**rules** 1:16 118:13
  121:5 122:5
**ruling** 98:2
**rundown** 11:8

**s**

**s** 104:5 122:8,8
  123:3
**safe** 65:2
**saith** 117:1
**sales** 12:8,9
**satisfy** 39:5
**saw** 14:15 43:19
**saying** 31:24 72:10
  76:5 77:2 84:25
**says** 30:13 37:2
  45:7,13 48:20
  53:9 58:2 61:19
  78:8 80:1 84:11
  84:23 87:13,14
  88:2,10,12,15
  94:17 97:19 98:10
  115:7
**scale** 38:11
**scaling** 52:25
**scan** 64:15
**schedule** 21:22
**scholarship** 19:5
  66:19
**scholarships** 33:22
**school** 11:10,11,21
  12:18,25 33:17
  56:15,25 57:3,6,10

58:6,7,9,10,15
59:25 61:18,19
64:3,3 68:19
73:19,25 74:23
86:12
**scroll** 102:21
**seal** 119:5,12
121:15 122:21
**second** 6:20 12:15
28:17 34:23 42:13
65:6 68:21 86:25
87:3 89:7 92:20
92:21 100:16
102:11 107:23
113:14 114:14
**secondary** 44:18
62:9,14
**section** 52:16
55:25 58:23 63:8
72:23 78:6,8
79:10 85:19,24
89:6 91:8 92:13
92:21 96:2 99:19
100:17 105:8
**sections** 102:20
**securing** 64:20
**see** 17:15 19:20
22:18 23:18 28:20
29:11 30:1,20
31:19 33:1 35:4
41:3 42:12,16
52:21 55:3 56:6,8
56:17,18 57:5,8
59:8,9,13,14 66:20
67:15 69:16,17
72:24 73:19 78:12
79:13 80:4,16
83:10 84:13 85:20
86:2 87:2,6,7,22
87:23 91:23 92:17
92:20,22 96:12

99:2,23 100:1,14
100:18,25 108:12
**seeing** 43:15,16
67:5 71:8,8 104:2
**seeking** 18:17
**seen** 67:2 109:8
**selected** 16:21
23:2
**self** 35:21,22 36:13
36:14 38:5,10
42:7,14,17,20
**selfish** 111:4
**semester** 12:25
13:1 21:3
**send** 103:22 104:3
104:11 115:25
116:3
**sending** 104:1
**sense** 7:15 21:14
38:1 111:5
**sentence** 57:2,8
58:2 59:9,10
63:14 78:8 80:1
85:21,23 87:3,18
88:2,5,15 89:22
92:23 96:3,7,9
**separate** 17:23,25
**september** 52:13
53:21,22 54:14
**series** 84:2
**services** 16:5 17:2
**session** 23:12
25:10 26:7 28:16
29:8 31:2,11
37:24 41:9 55:7
57:11,23 58:22,25
63:23 70:6 73:22
80:10,13 81:19
82:19,22 86:20
90:2,19 91:13
95:3 97:9 99:7

100:15 106:8
107:15,20,23
108:20,23 109:6
112:8 113:13,21
113:25
**sessions** 26:15
34:14 35:3,20
36:6,13 41:5,6
67:21 90:20 106:1
**set** 20:16 23:5
36:11 61:21 88:4
88:17,25 119:4
**setting** 70:25 71:2
**settings** 67:7,10
**seventh** 2:5
**severity** 52:24
54:23
**sex** 29:23 113:3
**shake** 10:22
**shapiro** 102:3,9
**share** 110:14
**shared** 20:20
**sharing** 43:12
**sheet** 120:14,16,17
122:7,10,18 123:1
**shifted** 110:18
**shortness** 20:5
**show** 10:24 69:7
**shown** 67:19 80:13
120:18
**shows** 19:18
102:24
**shut** 19:13
**siblings** 109:23,24
**sic** 69:14
**sign** 116:2 120:16
**signature** 115:25
118:21 119:9
**signed** 121:13
122:18

**significant** 85:3,4
85:6
**signing** 120:12,21
**similar** 8:17
**similarly** 36:22
**simple** 23:24
**sincerely** 120:23
**single** 39:7
**sir** 6:22,24 9:10,21
9:24 11:18 12:19
15:6,23 16:1
19:21 21:7 27:15
28:5,11,21 29:12
29:21 30:13 31:3
35:5,17,23 40:24
41:3 45:15,23
46:1 51:3,15
52:22 61:3 65:9
66:2 72:18 73:2
79:14,25 80:10,12
80:17 86:21 87:13
88:1 99:4 100:20
105:22 120:9
**sisters** 109:20
**sit** 73:7
**situated** 36:22
**situation** 66:22
108:17
**situations** 71:19
**six** 13:1 40:18
52:16,18
**skill** 75:13
**sleep** 10:2 63:17
**sleeping** 21:21
**slowly** 8:2
**small** 14:13,16
101:24
**soccer** 74:24
**social** 30:23 49:6
51:5 65:10,11,14
65:18,20 67:7,10

67:23 70:7,9,12
71:19 73:23 78:15
90:10 113:17
**society** 78:10,19
81:10
**software** 39:13
82:20 83:13
105:18,21
**solutions** 120:1
123:1
**somebody** 45:25
94:21
**son** 18:24 19:14
92:7
**sophomore** 34:6,8
**sorry** 13:19 17:20
95:7 100:18
106:16 107:16
111:22,22
**sought** 11:23
**sound** 28:8
**sounds** 57:14
101:7
**source** 78:2
**space** 25:14
**speak** 7:25 73:16
**special** 11:24
**specific** 13:15
14:12 16:25 17:5
48:18 52:5 54:9
54:11 67:9 71:24
72:15 73:11 75:15
100:14 106:11
**specifically** 13:23
15:12 17:11 31:23
38:8 44:6 47:17
48:19 51:18 60:19
61:12 67:17 72:11
73:8 75:3 85:22
94:4 112:18

**specified** 22:9
65:12
**specifier** 65:12
**specify** 42:19
112:21
**speculation** 68:16
**spell** 13:25
**spelled** 13:13 14:2
16:13
**spelling** 8:16
**spend** 20:10
110:12
**spending** 18:25
86:4
**spends** 85:24
**spent** 12:7 23:12
110:6
**spike** 91:14
**spikes** 91:10,17
**spirit** 111:2
**split** 93:24,25 94:4
**spoke** 106:9
**ss** 118:1
**stand** 14:3 52:11
**standard** 27:9
65:18
**stands** 63:11
**start** 69:15 70:15
86:12 96:25
**started** 12:16,17
12:17 41:15 47:15
49:21 52:18 57:3
79:25 110:8,24
**starting** 45:19
63:9
**state** 1:14 6:13
15:24 16:2,7,16
23:6,10 45:13
97:17 100:15
101:18 118:1,4
119:13 121:10

122:15
**stated** 29:9 40:11
46:2 96:25
**statement** 23:22
24:8 29:13 35:6
35:15,16,24 37:4,5
55:6 58:7 59:22
59:23 84:23 93:3
97:15 98:18,18
100:14 121:13,14
122:19,19
**states** 1:1 14:7
59:4
**stating** 59:15
**status** 82:15
**staying** 50:10
**stenographer**
104:9,24 116:10
116:17
**stenographically**
118:15
**step** 27:13 48:9
70:4 78:16,18
81:13,14
**stepped** 52:19
**stepping** 53:17
**stimulant** 40:14
41:4 44:5 46:3
48:11
**stimulants** 40:7
41:12,19 42:5
44:3,8,12,15,17
46:5,12,13,17,20
47:7,16,20
**stimulate** 44:8
**stomach** 20:6
**stood** 40:3
**stop** 113:20
**stopped** 46:18
**stopping** 46:20
47:6

**stored** 64:17 74:7
**stories** 20:20
**story** 27:7,11
**straight** 75:17
**strangers** 72:2,6
**street** 2:11 6:17
46:15
**stress** 28:7 97:6,22
98:7,10,14,16,17
**stretch** 100:24
**strict** 59:6,17,21
60:7,14 61:20
62:3,16
**strike** 111:21
**strive** 36:4,15 37:9
38:4
**strong** 91:20 92:2
**struggle** 30:8 51:9
51:9,11 55:19,19
55:24 56:5,9,20
57:23 60:2 75:8
78:22 86:6 89:20
90:13,16,24 114:2
**struggles** 27:11
**struggling** 31:23
49:14
**stuart** 2:11
**stuartlaw.com**
2:13,14
**stuck** 114:6
**student** 21:11,23
21:24,25 33:21
110:10
**studies** 11:9
**study** 13:22 33:18
33:19 110:15
**studying** 110:7
**subheading**
102:13
**subject** 33:8,9
41:4 90:24

**subscribed** 121:10 122:14 123:21
**subsequent** 35:7
**subsequently** 18:3 20:23 21:25
**substances** 40:22
**substantial** 109:10
**success** 38:12,15
**successful** 21:23 80:11
**suggested** 36:11 97:21 99:20
**suite** 2:12 120:2
**summary** 72:18 86:5
**superior** 120:1
**supervises** 16:10
**supervision** 16:8 16:15,17
**supplement** 8:22
**support** 29:9,18 29:19 31:18 32:23 109:7,15,25
**supports** 109:11 109:12
**suppose** 68:13
**supposed** 24:22
**sure** 10:16 12:24 30:21 32:11 49:1 68:4 69:8 78:23 85:12,23 101:20 103:24
**sworn** 1:13 6:3 118:6 121:10,13 122:14,18 123:21
**symbolic** 64:25
**symptom** 50:7
**symptomology** 27:12 30:6,10 48:18 52:2 53:2 60:9 61:13

**symptoms** 19:25 20:5 47:9,12,20 52:6,25 54:13,24 61:13
**system** 64:17 87:20 95:14 112:16

**t**

**t** 14:13,13,14,16
**table** 24:12
**take** 7:24 42:11 44:21 48:10 49:16 55:22,24 58:21 62:23 63:5 70:4,5 71:15 72:22 76:1 78:16 81:21 85:16 91:5 101:15
**taken** 1:14 30:22 62:25 101:8 118:10,14
**talk** 10:3 16:18 23:4 61:15,17 110:24 112:23 113:1
**talked** 112:11
**talking** 51:16 55:17 58:9,10 60:2 78:20 95:17 112:19 114:4
**target** 72:24 73:3 73:14,18,24 74:13 75:20,22,24 77:12
**task** 43:5 61:22
**taylor** 19:8 20:21 20:24 21:5,10,20 22:4,9 50:3,4,9,18 50:20,21,24 55:3 55:18 58:16 67:3 77:20
**teach** 110:18

**tears** 18:23
**technical** 11:14
**technique** 63:14 63:16 66:3 73:24 75:21 76:21 102:4 106:25
**techniques** 36:22 63:24
**tell** 6:3 17:11 18:19 20:21 25:8 30:3 33:24 34:4 37:20 48:9 53:25 59:19 78:24,25 80:23 84:1 85:21 93:15 99:13 100:5 100:7 101:16 103:10 111:15,19 118:6
**telling** 62:4 82:11 84:21 93:12,14,22 94:15,22,25 95:20 99:15
**temp** 99:21
**ten** 12:9 20:16 34:14
**tend** 77:23
**tense** 58:5 59:4
**tension** 94:1,20
**term** 22:12 25:21 27:2 42:20,22,23 42:24 65:14,20 73:1 75:19,20 92:2,23
**terms** 96:16,22 109:21 112:5 114:18
**testified** 6:5 47:11 48:15 51:20 70:18
**testimony** 7:14,14 7:17 8:18 118:19 121:6,7 122:6,9,12

**text** 76:13
**thank** 6:11 44:24 62:20 69:25 101:7 105:16 107:7,18 115:19
**thanks** 10:25
**thee** 74:16
**theme** 74:4 82:2
**theories** 86:9,11
**theorize** 49:13
**theory** 14:25 15:1
**therapeutic** 15:12 16:5 26:7 32:1 34:13 36:21,21 37:1,5 38:25 39:7 39:9 43:25 45:21 48:5 54:6,19 56:11 61:22 62:13 62:14 70:6 73:24 75:13 80:7 109:1
**therapeutically** 60:5 81:17 85:3,5
**therapies** 37:8
**therapist** 11:24 16:9,10 27:17,20 61:9 81:24
**therapists** 107:4
**therapy** 7:5 12:5 13:8,16 14:12 22:14 32:9 35:19 37:21,23 38:8,12 40:8 61:24 62:1 63:10 67:12 73:1 73:4,15 77:9 79:22 80:11 81:6 82:4,7 84:15 90:1 106:12 107:5 109:21 110:17 111:8
**therapyappoint...** 105:20

**thereof** 1:16
**thing** 20:15 70:25
**things** 20:9 21:24
  44:9 55:12 60:23
  61:15,17,18 64:22
  68:24 69:2 94:20
  110:14 114:25
**think** 6:20 12:15
  20:3 30:19 33:11
  33:13 62:22 85:10
  93:6,24 103:6
  108:21
**thinking** 31:15
  53:25 54:25 85:20
  86:4,10 97:1
**thinks** 57:15
**third** 102:20 105:8
**thirty** 120:20
**thought** 18:19
  29:14 31:1,3,12,17
  32:2,12,16 37:13
  41:23 55:8 60:20
  68:8,11,18,25 81:6
  90:6 97:2 98:5
  115:2
**three** 12:22 14:17
  52:17,20 53:18,21
  62:22 63:25
  102:20 108:4
**thrive** 18:17 22:6
  50:5 51:1 77:20
**thriving** 19:3
  50:10
**time** 1:16 6:1 11:9
  11:11 12:23,23
  15:19 17:10 20:11
  21:10 23:1 24:1
  24:24 25:3 31:14
  32:3,9 33:21
  34:16 36:7,16
  37:15 38:2 40:6,8

42:5 43:15 47:14
48:3 49:15,20
52:1,6,18 53:1,8
53:14 54:21 55:1
58:25 68:17 74:12
75:15 76:9 80:10
82:11 83:23,23
85:13,24 86:4
91:13 97:2 98:5
98:10,13,20 103:2
106:15 110:6,13
111:3,11 112:11
115:9 116:21
**times** 38:6 59:11
  64:9 106:18 115:6
**tired** 41:22
**tlj** 2:14
**today** 6:11 8:6,20
  23:2 105:19
**today's** 9:11 10:17
  40:13
**told** 19:4 31:2,25
  33:19 34:9 42:13
  47:22 53:10 54:1
  54:2,3 60:25 79:2
  83:18 86:3 94:8
  100:2,19 111:17
  111:18
**tone** 11:1
**tool** 105:18
**topic** 10:13 40:2
  41:17 90:1
**tract** 58:24
**trained** 15:2 43:9
  44:10 107:2,4
**training** 11:8
  12:13 14:9,19,21
  14:23 15:15,18
  22:15,16 36:18
  37:7 43:25 46:6

**transcribed** 7:16
  7:23,23 10:21
  118:15 121:7
**transcript** 8:14,15
  115:23 116:2,11
  118:18 120:11,13
  121:5,12 122:5,11
  122:17
**transition** 22:18
**translate** 8:25
  52:23
**trauma** 11:25
  13:15,21 14:9,13
  14:14,16 26:17,24
  64:16,18
**traumatic** 12:1
  14:16 27:1,4
  29:24 65:4
**treat** 13:16 14:12
  62:2,15
**treated** 61:7 62:1
  73:23 74:12
**treating** 44:13
  46:11 48:19 60:11
  61:10 75:7,14
**treatment** 11:25
  102:21,24 103:10
  105:9,10
**tried** 19:7
**trip** 42:13
**trouble** 50:19
  66:18 103:5
**troubling** 61:1
**true** 31:19 118:18
**trust** 25:23 26:11
  59:12 86:6 110:16
  111:7,11,12
**trusting** 60:2 86:6
  110:19
**truth** 6:3,4,4 76:23
  86:9 93:12,14,15

93:22 94:8,15,22
94:25 95:20 118:7
118:7,8
**truthful** 93:19
**try** 9:2 10:3 36:2
  97:6,22 98:16
  109:14
**trying** 20:2 21:17
  52:24 54:12 60:24
  67:12 110:17
**turn** 8:11 12:4,13
  22:22 29:4 86:16
  89:4 92:11 95:25
  107:13 109:5
  111:20
**turned** 93:17
**turning** 90:16
**twice** 40:23 48:25
  49:8
**twisted** 93:13,17
**two** 6:20 14:8
  56:10 58:17 63:14
  69:2 72:15 73:8
  73:12 91:9 94:20
  97:11 107:17
**tyler** 2:10 104:20
**type** 30:24 38:12
  86:10
**types** 14:23 63:23
**typewritten**
  118:18

| u |
|---|

**u** 104:5
**ultimately** 37:19
  61:8
**unable** 22:1 50:5
  50:12
**unanimously**
  108:4
**unconscious** 63:20
  66:8 74:8

**undergoing** 39:10
**undergraduate**
  11:13
**understand** 8:23
  9:4 11:4 16:4 21:5
  21:17 29:13 33:15
  42:17 50:8 62:11
  76:6 92:24
**understanding**
  21:2 24:7 28:6
  36:20 79:17 114:9
**understood** 25:6
**undesirable** 64:5
**united** 1:1 14:6
**university** 1:7
  6:10 7:18 11:14
  19:6,7,8 120:7
  121:3 122:3
**unlovable** 64:5,9
  64:12
**unquote** 23:17
  25:19 29:10,25
  30:4 35:3 52:20
  54:21 56:5,16,24
  59:7 69:15 78:11
  81:3 87:5,21 88:4
  89:10 91:22 92:16
  96:11
**unrelated** 11:14
  11:17 69:3
**unspecified** 28:23
  48:20 49:22
**update** 108:24
**upset** 19:15 31:20
  31:22
**urinary** 58:24
**usage** 40:7
**use** 7:17 10:13
  23:1 37:8 40:14
  41:4,18 46:3,17
  48:11 52:25 64:2

64:19 66:7 75:25
92:23 103:22
104:8 105:18
108:16

### v

**v** 65:18 120:7
  121:3 122:3
**valparaiso** 1:15
  6:17,17 118:10
**value** 82:23
**variable** 47:21,23
  48:2,4,8
**variation** 68:9,13
**variety** 11:16
**veritext** 120:1,8
  123:1
**veritext.com**
  120:19
**versus** 7:18
**vet** 14:14
**videoconference**
  2:2 118:17
**view** 32:6 47:5
  53:21 61:5,6
**virtue** 109:25
**voice** 11:1
**volunteer** 97:6,22
  98:1,13
**voted** 108:4
**vs** 1:6

### w

**wage** 97:3,8,24
  98:2
**wait** 8:3
**waived** 120:13,21
**wall** 89:9,14,25
  91:19
**want** 23:4 26:9,10
  33:17 71:15 74:18
  74:20 96:10,19

97:7 113:13
116:17
**wanted** 33:19
  78:24,25 79:2,4,5
  79:6,6,7 81:9
**wanting** 90:4
**wants** 89:23
**war** 14:14
**warm** 111:2
**waste** 97:2,23
  98:10,20
**way** 7:14 14:16
  21:15,16 23:4
  30:14 40:3,10
  47:5 51:10 57:13
  64:10 75:10 76:22
  88:13 99:21
  114:14 115:7,12
**ways** 89:16,19
**we've** 31:5,7 62:21
  105:19 106:1
**web** 101:11,18
  104:2
**website** 101:14,16
  101:23 102:1
**week** 12:25 80:13
  98:25
**weekly** 16:17
**weeks** 91:9
**went** 22:5 68:9
**whereof** 119:4
**widely** 106:25
  107:1
**william** 2:10 3:3
  6:8,9
**willing** 98:12,19
  116:6
**winona** 12:21
**withdraw** 34:9
**withdrawn** 18:25
  31:22

**withdrew** 19:10
**witness** 1:13 2:3
  101:7 104:22
  116:6 119:4 121:1
  121:4,11 122:1,4
  122:15
**witnesses** 103:19
  116:9
**word** 42:6 53:5,6
  72:9,16,19 73:11
  93:23 108:16
**words** 24:25 43:1
  64:8 81:1 88:9
  98:4 108:17
**work** 6:16,19 7:4
  12:13 13:20 14:24
  15:15 16:15 23:15
  23:16,17,23 24:5
  24:11,13,17,18,18
  24:20,23,25 25:1,2
  27:10 36:1 39:9
  81:20 82:13 83:7
  83:8,9,12,16,19
  84:11,12,17,18,21
  85:1,2,8,10 97:7
  97:22 98:13
  109:22 111:6
**worked** 7:10 11:15
  60:18 99:1
**workforce** 38:17
  38:21 39:2,20
  40:4 67:6 80:20
**working** 12:6
  23:24 25:4 31:13
  31:21,24 32:2
  86:6 108:25
  114:23
**works** 10:6
**world** 60:10
**worry** 20:7

[worse - ■■■■]                                                    Page 25

| | |
|---|---|
| **worse** 44:10,12 46:9 54:25 | **young** 64:2 |
| **worsened** 21:9 22:7,10 46:2 | **z** |
| **worth** 98:5 | ■■■■■■■ |
| **wpk** 2:13 | |
| **wrestled** 88:2,10 88:15 | |
| **wrestling** 93:19 | |
| **write** 24:16 45:5 45:11 52:15 72:17 | |
| **writing** 92:24 111:23 | |
| **written** 1:16 45:14 | |
| **wrong** 56:7 114:24 | |
| **wrongful** 7:8 | |
| **wrote** 23:10,15 25:16 29:8,22 45:5,18 57:16,17 57:19 60:21 94:10 112:22 | |
| **www.emdr.com.** 101:15 | |
| **y** | |
| **y** 104:5 | |
| **yard** 71:3 | |
| **yeah** 23:24 79:6 79:24 93:23 94:23 | |
| **year** 12:22 32:14 34:6,8 79:12,15,16 79:19,21,23 84:15 | |
| **years** 6:20 7:3 11:22 12:7,9 14:17 56:15 57:1 57:3,7,10 59:25 61:18,19 64:3 72:16 73:8,12 75:3,5 | |
| **yelled** 74:23 | |
| **york** 2:6 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.