# EXHIBIT O

Page 1

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
 2                      HAMMOND DIVISION
 3
 4     JOHN DOE,                    )
                                    )
 5          Plaintiff,              ) CIVIL ACTION NUMBER
                                    ) 2:17-cv-33-JPK
 6          vs.                     )
                                    )
 7     PURDUE UNIVERSITY, PURDUE    )
       UNIVERSITY BOARD OF          )
 8     TRUSTEES, MITCHELL ELIAS     )
       DANIELS, JR., in his         )
 9     official capacity as         )
       President of Purdue          )
10     University, ALYSA            )
       CHRISTMAS ROLLOCK, in her    )
11     official capacity at         )
       Purdue University,           )
12     KATHERINE SERMERSHEIM, in    )
       her official capacity at     )
13     Purdue University,           )
                                    )
14          Defendants.             )
15
16
17                  DEPOSITION OF  ████████████
18
19     The deposition upon oral examination of
       ████████████, a witness produced and sworn before me,
20  Megan M. Bowman, Notary Public in and for the County of
    Marion, State of Indiana, taken on behalf of the
21  Defendants, at the offices of Stuart & Branigin LLP,
    300 Main Street, Suite 900, Lafayette, Tippecanoe
22  County, Indiana, on Wednesday, August 19, 2020,
    scheduled to commence at 9:00 a.m., pursuant to the
23  Federal Rules of Civil Procedure with written notice as
    to time and place thereof.
24
25
```

```
                                              Page 2
 1         A P P E A R A N C E S
 2  FOR THE PLAINTIFF:
 3         Philip A. Byler
            NESENOFF & MILTENBERG LLP
 4         363 Seventh Avenue
            Fifth Floor
 5         New York, NY 10001
            212.736.4500
 6         pbyler@nmllplaw.com
 7
    FOR THE DEFENDANT(S):
 8
            Tyler L. Jones
 9         William P. Kealey
            STUART & BRANIGIN LLP
10         300 Main Street
            Suite 900
11         P.O Box 1010
            Lafayette, IN 47902-1010
12         765.423.1561
            tlj@stuartlaw.com
13         wpk@stuartlaw.com
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 44

1  specific description or idea of how it's been
2  different itself?
3  A  The stress of what happened at Purdue definitely
4     affected him.  The frustration, the --
5  Q  I can ask it a different way.
6       What physiological difference have you observed
7     between stressed out ▇ before Purdue and
8     stressed out ▇ after Purdue?
9  A  I didn't say he was stressed out before Purdue.
10 Q  So he was never stressed out before he went to
11    Purdue?
12 A  Not that I recall.
13 Q  Okay.  So if I understand your testimony, ▇
14    was never stressed before he went to Purdue and
15    then he came back from Purdue and he had stress all
16    of a sudden?
17      MR. BYLER:  Objection to form.
18 A  You would have to ask him if he had stress.
19 Q  You couldn't testify to that?
20 A  I don't recall my son being a stressed out person
21    growing up.  He was a happy kid.  He was
22    enthusiastic, had a lot of friends, played soccer,
23    straight A student at school.  He did very very
24    well, so I don't recall a stressed out kid growing
25    up.

Page 45

1  Q  And I appreciate that.  What you said was we need
2     to go talk to him if we want to know about his
3     stress; is that fair?
4  A  Because I don't -- I don't recall having a lot of
5     -- him having a lot of stress growing up.
6  Q  So we need to go talk to him?
7  A  Okay.  Sure.
8  Q  Was that a "yes"?
9  A  You're asking what I have seen.  I did not see a
10    lot of stress.
11 Q  And I -- and forgive me.  My question was simply:
12    So we need to go talk to him if we want to hear
13    about stress?
14 A  Sure, yes.
15 Q  Okay.  That was all I had.  Similarly, was ▇
16    anxious?  Did he ever have anxiety before he went
17    to Purdue?
18 A  No.
19 Q  Never?
20 A  Not that I recall.
21 Q  Okay.  But you're saying he has anxiety now?
22 A  Yes.
23 Q  Okay.  Like the stress, would we need to go talk to
24    ▇ or one of his doctors to know exactly what
25    kind of anxiety he's going through?

12 (Pages 42 - 45)

```
                                                      Page 46
 1  A   Yes.
 2  Q   Okay.  ▇▇▇▇, do you know that your son's
 3      represent that he has ADHD?
 4  A   Yes.
 5  Q   You're familiar with ADHD; correct?
 6  A   Yes.
 7  Q   Has he been diagnosed with ADHD?
 8  A   Yes.
 9  Q   When was he diagnosed?
10  A   When he was little.  I don't know the year.
11      Probably -- he might have been five or six.
12  Q   Okay.  Do you know the doctor?
13  A   Yes.
14  Q   What's the doctor's name?
15  A   ▇▇▇▇▇▇▇.
16  Q   ▇▇▇▇▇▇▇.  Another ▇▇▇▇▇.  Is he a
17      relation?
18  A   Yes.
19  Q   How's he related?
20  A   My father.
21  Q   Gotcha.  Is he a pediatrician?
22  A   Yes.
23  Q   I was wondering.  Does he still practice at all?
24  A   Not at this time.  He's retired.
25  Q   Gotcha.  Was ▇▇▇ ever prescribed medications to
```



Page 74

1  Q   Okay. Has -- to your knowledge has ▇ reached
2      out to the Navy and asked them if this would bar
3      him from applying?
4  A   I do not know.
5  Q   Have you reached out to the Navy and asked them?
6  A   No.
7  Q   Has he ever talked to you about trying? Has he
8      ever talked to you about trying to reach out to the
9      Navy to figure out if he could apply?
10 A   No.
11 Q   Okay. So it sounds like you were aware at least
12     generally of his grades at Taylor or his struggles
13     at Taylor; would that be fair?
14 A   Yes.
15 Q   Okay. If you know, what was causing the grades to
16     be so low at Taylor?
17 A   He told me he was having a hard time focusing and
18     doing his studies because he spent a lot of time
19     thinking and worrying about the events that
20     happened at Purdue and that was very much affecting
21     him.
22 Q   Okay. Did he tell you whether he went to class?
23 A   Sometimes he did and sometimes he didn't.
24 Q   You'd agree with me that going to class is a
25     prerequisite -- a prerequisite to doing well in a

Page 75

1      class?
2  A   Going to class is important, yes.
3  Q   Okay. Did he tell you if he did his homework?
4  A   I did not ask him if he did his homework.
5  Q   He didn't bring it up?
6  A   I think he -- I didn't ask him, "Are you doing your
7      homework?" He did tell me that some classes he
8      wasn't going to.
9  Q   Why not?
10 A   He was depressed. He couldn't concentrate and
11     focus because he spent a lot of time worrying about
12     Purdue and what was going on.
13 Q   What classes did he say he couldn't do his homework
14     in?
15 A   I don't recall.
16 Q   Nothing specific that --
17 A   No.
18 Q   -- comes to mind? And I appreciate your telling me
19     that he told you that his thinking got in the way
20     of doing his homework. What specifically about his
21     thinking prevented him from doing his homework?
22        MR. BYLER: Objection to form. Go ahead.
23 A   What prevented -- what -- I -- what prevented him
24     from doing it in his thinking?
25 Q   Well, we can walk through it. You said that he

20 (Pages 74 - 77)

Connor Reporting
A Veritext Company

www.veritext.com                                    800-554-3376

Page 94
1  to him as well. Will follow up to his gmail
2  account today and attempt to find a time to contact
3  (sic)."
4     Do you remember if Mr. Morley told you that he
5  was going to do that?
6  A  He probably told me he was going to do that. He
7  may have said, "I will reach out to ▓."
8  Q  Right. You think -- do you know Steve at all?
9  A  No. I mean, not -- I know who he is.
10 Q  Right. You never met him though?
11 A  I may have met him in person, like, as an
12    introduction but --
13 Q  Right.
14 A  -- he's in the student development department.
15 Q  Did he seem concerned about ▓?
16 A  He did.
17 Q  Did he seem like he wanted to help ▓?
18 A  Yes.
19 Q  Any reason to think that he wasn't trying to help
20    ▓?
21 A  No.
22 Q  Fair enough. Turn the next page, please. This is
23    a record dated 10/15/2016, 11:30 p.m., staff
24    member: Tyler Witzig. This says -- it starts out,
25    "I met with ▓ mother by her request."

Page 95
1     Did you request a meeting with Tyler Witzig?
2  A  Yeah.
3  Q  Why did you request a meeting with him?
4  A  As the hall director and the person who is
5    overseeing the students on campus, I was concerned
6    with ▓ and so that is the person who is in
7    charge of that -- that dorm.
8  Q  Gotcha. And at this point had ▓ signed the
9    waiver, if you know?
10 A  I don't know the date of it.
11 Q  Fair enough. I want you to take a look -- I won't
12    read the whole thing on the record, but he says,
13    "Here's a quick summary of our meeting." Could you
14    read that and tell me -- let me know when you're
15    done.
16 A  Where does it say, "Here's a quick summary"?
17 Q  At the very top. Sorry. He says, "I met with
18    ▓ mother by her request. Here's a quick
19    summary of our meeting."
20 A  Oh, okay. "Mrs. ▓ reviewed ▓ story
21    (confirmed the experiences that ▓ shared with me
22    the day before). Mrs. ▓ is concerned by his
23    apathy and depression and would like him to go to
24    counseling. She's concerned that he's falling
25    through the cracks and urged me to continue meeting

Page 96
1  with ▓ I reaffirmed my commitment to continue
2  meeting with ▓ and shared my mutual concern.
3  She also wanted to communicate that ▓ doesn't
4  respond to email but he does respond to texts."
5  And that's his phone number.
6  Q  Okeydoke. Is that an accurate summary of the
7  meeting to the best of your recollection?
8  A  Yeah.
9  Q  Anything that got omitted?
10 A  Not that I recall.
11 Q  Anything inaccurate?
12 A  No.
13 Q  Do you know for a fact if Mr. Witzig was meeting
14    regularly with ▓?
15 A  I do not know for a fact if they were meeting
16    regularly.
17 Q  Gotcha. Did he give you any sense of how often
18    they were meeting?
19 A  No.
20 Q  Weekly?
21 A  I don't know.
22 Q  Was it your idea that ▓ should go to counseling?
23 A  It was a suggestion, yes.
24 Q  Did ▓ want him to go to counseling?
25 A  Yes.

Page 97
1  Q  He did? If you can, when was the first time you
2     thought to yourself that ▓ should go to
3     counseling?
4  A  Oh, I don't know. I don't know when that date
5     would have been.
6  Q  Do you have any estimate?
7  A  Probably the summer that he came home from Purdue.
8  Q  Okay. What was -- at least that summer, what was
9     ▓ attitude towards counseling?
10 A  He was very depressed. He didn't want to talk to
11    anybody about anything.
12 Q  Including a counselor?
13 A  Yeah. He didn't -- he didn't -- he was very
14    shutdown. He didn't want to talk at all.
15 Q  Okay. It sounds like the unwillingness to talk to
16    a counselor continued at least through Taylor.
17    Would that be a fair statement?
18 A  Sure.
19 Q  Do you know if there's a specific reason why he
20    wouldn't want to talk to a counselor?
21 A  No.
22 Q  Had he ever been to a counselor before?
23 A  I don't think so. Not that I know of.
24 Q  Okay. Do you know if he's received counseling in
25    this case?

25 (Pages 94 - 97)

|  | Page 98 |
|---|---|
| 1 A | Yes. |
| 2 Q | Do you know who's provided him counseling? |
| 3 A | Yes. |
| 4 Q | Who's that? |
| 5 A | Noel Perry. |
| 6 Q | Where's he based out of? |
| 7 A | Valparaiso. |
| 8 Q | Is that Perry, P-E-R-R-Y? |
| 9 A | Yes. |
| 10 Q | Do you know how -- well, let me start here. When |
| 11 | did ▮ decide that he wanted to have counseling? |
| 12 A | I don't know when the date -- I don't know when -- |
| 13 | I don't remember when it started. |
| 14 Q | Do you have an approximation? |
| 15 A | A year and a half ago maybe, couple years. |
| 16 Q | We need to go talk to Dr. Perry if we wanted to |
| 17 | know when he started; fair? |
| 18 A | Yeah. |
| 19 Q | Okay. Is there any particular reason why Dr. Perry |
| 20 | was selected? |
| 21 A | It was the local counseling center. |
| 22 Q | Did you look for him or did ▮ look for him? Was |
| 23 | it a family effort? |
| 24 A | We were thinking about who do we know that does |
| 25 | counseling and so we knew of him and -- |

|  | Page 99 |
|---|---|
| 1 Q | How did you know -- |
| 2 A | -- kinda -- |
| 3 Q | -- oh, go ahead. Sorry. |
| 4 A | But we knew of him and then connected the office |
| 5 | that he works out of. |
| 6 Q | How did you know of Dr. Perry? |
| 7 A | I knew who he was because we used to attend the |
| 8 | same church and then at some point I heard that he |
| 9 | was doing -- he changed careers and became a |
| 10 | counselor. And then I thought well, might as well |
| 11 | start with somebody that you're familiar with at |
| 12 | least of reputation than somebody that you didn't |
| 13 | know at all. |
| 14 Q | Fair enough. What'd he do before he was a |
| 15 | counselor? |
| 16 A | He was in sales or something. I don't remember. |
| 17 Q | Fair enough. Did ▮ know Dr. Perry before he saw |
| 18 | him? |
| 19 A | He knew who he was. |
| 20 Q | Had he met him? |
| 21 A | He had met him. I don't know how familiar he was |
| 22 | with him. |
| 23 Q | Gotcha. Do you know what he's talked to Dr. Perry |
| 24 | about? |
| 25 A | No. |

|  | Page 100 |
|---|---|
| 1 Q | Have you been to any of his sessions? |
| 2 A | No. One -- one session. |
| 3 Q | When was that? |
| 4 A | I don't remember. There's just one initial session |
| 5 | that my husband and I went to with him. |
| 6 Q | An initial session? |
| 7 A | I don't know if it's -- at the beginning, near the |
| 8 | beginning. |
| 9 Q | What'd Dr. Perry talk about? |
| 10 A | I'm trying to remember. I think we would just -- |
| 11 | my husband and I just talked about we were |
| 12 | concerned about with him and his depression and |
| 13 | apathy and anxiety and we're hoping that they were |
| 14 | able to work through that. That was pretty much |
| 15 | just a general concern, our concern -- |
| 16 Q | Right. |
| 17 A | -- for him. |
| 18 Q | Was ▮ in the room when you were -- |
| 19 A | Yeah. |
| 20 Q | So it was you, ▮, ▮, and then Dr. Perry? |
| 21 A | Yeah. |
| 22 Q | Anyone else? |
| 23 A | No. |
| 24 Q | Is it your understanding that ▮ went to go see |
| 25 | Dr. Perry for injuries he alleged that he sustained |

|  | Page 101 |
|---|---|
| 1 | from Purdue? |
| 2 A | Yes. |
| 3 Q | Has Dr. Perry billed you? |
| 4 A | Bill -- well, ▮ name is on the bill. He's the |
| 5 | patient. |
| 6 Q | Sure. But there are bills? |
| 7 A | Yeah. |
| 8 Q | Dr. Perry isn't working for free? |
| 9 A | Correct. |
| 10 Q | Fair enough. Are you aware the defense has asked |
| 11 | for Dr. Perry's records? |
| 12 A | I don't know what you've asked for. |
| 13 Q | I'm just asking -- |
| 14 A | No. |
| 15 Q | -- if you were aware of it. Okay. Did ▮ tell |
| 16 | you that he's refused to give his psych- -- his |
| 17 | psych- -- psych- -- his therapist records to the |
| 18 | defense? |
| 19 A | Yes. He did tell me that. |
| 20 Q | Did he tell you why? |
| 21 A | Because it's his personal private information. |
| 22 Q | Was that a decision he reached on his own? |
| 23 A | We talked about it and that's what he wanted to do |
| 24 | and I said that "You can decide what you want to do |
| 25 | with that." |