# EXHIBIT P

```
 1                     UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF INDIANA
 2                         HAMMOND DIVISION
 3
 4      JOHN DOE,                    )
                                     )
 5           Plaintiff,              ) CIVIL ACTION NUMBER
                                     ) 2:17-cv-33-JPK
 6           vs.                     )
                                     )
 7      PURDUE UNIVERSITY, PURDUE    )
        UNIVERSITY BOARD OF          )
 8      TRUSTEES, MITCHELL ELIAS     )
        DANIELS, JR., in his         )
 9      official capacity as         )
        President of Purdue          )
10      University, ALYSA            )
        CHRISTMAS ROLLOCK, in her    )
11      official capacity at         )
        Purdue University,           )
12      KATHERINE SERMERSHEIM, in    )
        her official capacity at     )
13      Purdue University,           )
                                     )
14           Defendants.             )
15
16
17                  DEPOSITION OF ███████████
18
19      The deposition upon oral examination of ███████████,
     a witness produced and sworn before me, Megan M. Bowman,
20   Notary Public in and for the County of Marion, State of
     Indiana, taken on behalf of the Defendants, at the
21   offices of Stuart & Branigin LLP, 300 Main Street, Suite
     900, Lafayette, Tippecanoe County, Indiana, on
22   Wednesday, August 19, 2020, scheduled to commence at
     12:15 p.m., pursuant to the Federal Rules of Civil
23   Procedure with written notice as to time and place
     thereof.
24
25
```



Page 2

```
 1           A P P E A R A N C E S
 2  FOR THE PLAINTIFF:
 3        Philip A. Byler
          NESENOFF & MILTENBERG LLP
 4        363 Seventh Avenue
          Fifth Floor
 5        New York, NY 10001
          212.736.4500
 6        pbyler@nmllplaw.com
 7
    FOR THE DEFENDANT(S):
 8
          Tyler L. Jones
 9        William P. Kealey
          STUART & BRANIGIN LLP
10        300 Main Street
          Suite 900
11        P.O Box 1010
          Lafayette, IN 47902-1010
12        765.423.1561
          tlj@stuartlaw.com
13        wpk@stuartlaw.com
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Page 23

1    I'm going through my memory, but it was that -- it
2    must have been after he was suspended because that
3    was at the point I think that the NROTC was
4    dismissing him.  And that's why I was asking about
5    whether or not the NROTC does a separate
6    investigation.  And because of the suspension, that
7    was ▮▮▮▮ s exit out of the NROTC.
8      I remember asking him, "What are the
9    repercussions of that?"  And he said that, you
10   know, basically he would not be able to come back
11   because it has to be -- I do remember it was, you
12   know, you have to come back the next year.  You
13   can't take a year off and hold that scholarship.
14   And that he said that basically it would very
15   difficult for him to get back into an NROTC
16   program.
17 Q   I gotcha.  And if I'm understanding you correctly,
18   you know all these things because of what this
19   person told you?
20 A   Correct.
21 Q   Okay.  Kind of like Purdue and the Navy, you
22   weren't at Taylor with your son; correct?
23 A   No.
24 Q   You weren't taking his classes with him?
25 A   No.

7 (Pages 22 - 25)

Page 32

1  A   Oh, the depression just, you know, eats at you
2       physically.  So do you know anyone that's been
3       depressed?  It takes a toll on a body.
4  Q   Can you tell me how depression has eaten at ███
5       physically?
6  A   There have been a lot of times where he would be
7       sleeping 18/20 hours a day.  There were a lot of
8       times where he would not have any social
9       interaction with my wife and I, siblings.  So
10      couple examples.
11 Q   When was the last time he slept 18/20 hours a day?
12 A   That I don't know.  I mean, he's -- he's been
13      better.  I would say much better in the last -- I
14      guess so -- last six months, you know, things have
15      gotten better.
16 Q   Sure.  When's the last time he didn't have any
17      social contact with his family?
18 A   Again, I'd have to look at a calender and really
19      dig into that.  I don't know.
20 Q   Nothing comes to mind right now?
21 A   No.  Not in the near past here.
22 Q   Gotcha.  Was ███ ever stressed in high school?
23 A   No.  Not that I can recall.
24 Q   He had never been stressed before?
25 A   Not that I recall.  He was a straight A student,

Page 31

1  Q   Do you know what you'd be called to testify for if
2       you were asked to be a witness?
3  A   Again, I'm not an attorney, so you'd have to tell
4       me what I'd be called for.
5  Q   Okay.  Do you know what his -- if Dr. Perry has
6       billed ███?
7  A   Yes, because I know that -- we've paid for a lot of
8       that counseling.
9  Q   Okay.  How often do you get bills from Dr. Perry?
10 A   I don't know.  I'm sure there's monthly statements.
11      I'd have to go and look.
12 Q   If you had to estimate, about how much have you
13      spent in counseling fees?
14 A   Could not give you an estimate.  I'd have to go
15      back and look.
16 Q   $10,000?
17 A   Again, I'm not gonna -- I'm not gonna stab a guess
18      if I don't know.
19 Q   What would ███ have seen Dr. Brechner for?
20 A   Again, Dr. Brechner, part of that I think was
21      looking a holistic approach.  Not only the mental
22      health but, you know, physically there were things
23      that he suffered.
24 Q   When you said "things that he suffered," what do
25      you mean?

9 (Pages 30 - 33)



Page 37

1  A   I know that Strattera would have been one of them

2      and as far as the stimulants, I don't remember the

3      exact ones.  Maybe Vyvanse or Concerta.

4  Q   Do you know if he took Adderall?

5  A   Again, I -- if I -- if you give me medical records

6      to look at, I could tell you "yes" or "no" to, you

7      know, confirm that.  It might have been, but --

8  Q   Understood, sir.  Have you -- when ▓ was in high

9      school, did you have an opportunity to observe him

10     when he was taking his medications for ADHD and

11     when he wasn't?

12  A   Yeah.  I'm sure.  I mean, there's nothing that I

13     can think of specifically.

14  Q   Were there any differences that you noticed when he

15     was taking his medications versus when he wasn't?

16  A   In general, with ▓ it would have just been

17     focus.

18  Q   What kind of focus?  Just forgetting to --

19  A   Schoolwork.

20  Q   -- forgetting to turn in assignments?

21  A   No.  I mean, a straight A student doesn't forget to

22     turn in assignments.

23  Q   Okay.  So what was he forgetting then in schoolwork

24     then?

25  A   Just focus.  If you have ADHD, it takes a little

10 (Pages 34 - 37)

Page 40

1    I would describe him as. Athletic kid, loved to
2    play sports.
3  Q   And I appreciate that. I want to know more about
4    his relationship with you. How was your
5    relationship with ███?
6  A   Father/son.
7  Q   Good?
8  A   Yes, yeah.
9  Q   No complaints?
10  A   No.
11  Q   How is your relationship now?
12  A   I think it's good.
13  Q   Any changes?
14  A   Well, changes because he's different, yes.
15  Q   In the relationship itself?
16  A   No. I'm still his dad so that hasn't changed.
17  Q   Still a good relationship?
18  A   Yeah.
19  Q   Any noteworthy changes that you would note in your
20    relationship?
21  A   I would just say in the, you know, pre-Purdue
22    versus post-Purdue, if -- I think a good example
23    would be if I was going to a job on the weekend or
24    something and said, "Hey, ███. Why don't you come
25    with me? Help me do some clean up. Help me do

Page 41

1    this or that," he'd get right in the truck. We'd
2    go do it.
3      Post, you know, over the last couple years, few
4    years when I've asked that kind of stuff, he's very
5    apprehensive, very apprehensive to, you know,
6    really go out and do stuff like that. So, you
7    know, that's changed.
8  Q   Gotcha. How does he get along with his brothers
9    and sisters?
10  A   Again, I'd say last four to six months has been a
11    better relationship between them because, you know,
12    he's doing more interaction.
13  Q   Do they all live at home?
14  A   No. We have -- well, ███████ at home now because
15    ███ is doing remote for the first semester.
16    ███ his other sister's at home and so it's just
17    them three right now.
18  Q   When did the brothers move out?
19  A   Last year.
20  Q   Where are they at now?
21  A   Near Eau Claire, Wisconsin.
22  Q   And they moved there for work or school?
23  A   One of my sons moved there because he got a job
24    with a -- at a Love's truck stop in a mechanic's
25    program. And then the other one moved up there.

11 (Pages 38 - 41)

Page 65

1  A    What do you think happened?  He was depressed.  It
2        was -- just got suspended and lost his dream for
3        the NROTC.
4  Q    He got suspended at Taylor?
5  A    At Purdue.
6  Q    Okay.  So what happened at Taylor?
7  A    What do you mean what happened at Taylor?  Why he
8        struggled?  I just answered that.  After getting
9        suspended at Purdue, that was obviously a traumatic
10      experience for him.
11  Q    What specifically about being depressed affected
12      his grades at Taylor?
13  A    I don't understand the question.
14  Q    Okay.
15  A    Can you rephrase it or --
16  Q    Sure.  Is it your testimony that your son was
17      depressed at Taylor?
18  A    I would say yeah.  I think that he struggled that
19      first semester, and I remember having conversations
20      with him that he was just having a real hard time
21      in concentrating.
22  Q    What happened after that?
23  A    As far as?
24  Q    What'd he -- what were you guys talking about that
25      brought up his grades or his --

17 (Pages 62 - 65)

Page 66

1  A   Just father/son talks just how things were going
2      and obviously we knew at that point that, you know,
3      he was struggling emotionally.
4  Q   Did you guys talk over the phone?
5  A   Yes.
6  Q   In person?
7  A   I think I do remember at least driving down once.
8      It might have been twice.  Again, I don't -- I
9      can't tell you exactly.
10 Q   It sounds like you guys mainly talked through the
11     phone?
12 A   Primarily.
13 Q   Did you guys text to each other?
14 A   Again, I don't recall.  Most of it would have been
15     probably phone calls.
16 Q   Gotcha.  Do you know how often you talked to ▮
17     when he was at Taylor?
18 A   I mean, I don't recall specifics.
19 Q   A couple times a month?
20 A   At least.
21 Q   Do you have reason to think it's more?
22 A   It's probably more than that but, again, I don't
23     want to, you know, say specifically unless I looked
24     at my own phone records from Sprint.
25 Q   Sure.  Do you remember any specific conversations

18 (Pages 66 - 69)