# EXHIBIT U



Student of Concern Report
Submitted on February 16, 2016 at 5:15:32 pm EST

Type: Student of Concern
Urgency: Normal

Incident Date: 2016-02-16
Incident Time:
Incident Location: Other Non-Academic Building

Reported by

Name: Leanne DeLosh
Title:
Email:
Phone: 765-496-2933
Address:

Involved Parties

███████████████            Female

███████████████            Male

Specific Information

Please indicate any of the following concerns that you have observed or have been reported to you about this student:
Emotional: Changes in mood, displaying sadness, anger, anxiety or seems disengaged, displays aggressive behavior or increased irritability, expressed thoughts of harming self or suicide

Describe the student's behaviors that are currently a cause for concern.
I believe Res Life and possibly ODOS/ CAPS is working with this student ███████ but wanted to submit as an FYI:

███ came in for his Purdue Promise coaching meeting and disclosed that he and ███████ were in a relationship last semester, and that at the end of last semester she had suicidal thoughts/ behaviors. When ███ got back to Purdue this semester, he approached his friend's RA, who reported the behavior to his supervisors. ███ spoke to that supervisor and she reassured him that ███████ was getting help (but obviously could not and did not give details). ███ and ███████ are no longer in a relationship.

I spoke to ███ about how he is handling everything, as he and ███████ are in the same involvement, and I spoke to him about going to CAPS, which he was not necessarily open to, but I believe he is still just processing everything and knows to reach out if he needs any support.

How long has the above behavior been going on?
n/a

What is the history of the above concerns and/or are there other individuals who have reported these concerns (peers, staff, etc.)?

Are you aware of any previous interventions that have been made for the individual and the result of those interventions?

Do you wish for a staff member from the Office of the Dean of Students to follow up with you? If yes, would you

SERMERSHEIN
EXHIBIT 33
8/25/20
John Doe v.
Purdue University,
et al.

Clarice H. Howard
CCR-KY

PU 0032

prefer:
**Follow up by e-mail**

Pending IR #00011109
Submitted from 128.210.73.132 and routed to Steven Yeagley (Assistant Dean of Students, Crisis Management)

PU 0033