# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY BOARD OF TRUSTEES, MITCHELL ELIAS DANIELS, JR.**, in his official capacity as President of Purdue University, **ALYSA CHRISTMAS ROLLOCK**, in her official capacity at Purdue University, **KATHERINE SERMERSHEIM**, in her official capacity at Purdue University, | ) ) ) ) ) ) ) | No. 2:17-cv-33-GSL |
| Defendants. | ) ) | |

## PLAINTIFF JOHN DOE'S MOTION TO
## TO REINSTATE HIS DUE PROCESS CLAIM

Plaintiff John Doe, through undersigned counsel, respectfully moves, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the law of the case doctrine of the Seventh Circuit, and 28 U.S.C. § 636, this Honorable Court, U.S. Judge Gretchen S. Lund presiding, Hammon Division, located at the U.S. Courthouse, 5400 Federal Plaza, Hammond, Indiana 46320, for the Court to reinstate the due process claim of Plaintiff John Doe.

Filed herewith in support of the aforementioned motion is a Memorandum of Law, and also supporting the motion are the cited exhibits from the electronic file.

**Dated: August 29, 2024**      Respectfully submitted,
                                LAW OFFICES OF PHILIP A. BYLER

                                By: /s/ *Philip A. Byler*
                                **Philip A. Byler, Esq.**
                                11 Broadview Drive
                                Huntington, New York 11743
                                (631) 848-45175
                                pbyler1976@gmail.com
                                *Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on August 29, 2024.

William P. Kealey, Esq.
James F. Olds, Esq.
Scott N. Teal, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
　　　　jfo@stuartlaw.com
　　　　snt@stuartlaw.com
*Attorneys for Defendants*

BY:　☐ U.S. Mail　　☐ Federal Express

　　　☐ Hand-Delivery　x　Other: ECF

　　　　　　　　　　　　　　　　　**By:** /s/ *Philip A. Byler*
　　　　　　　　　　　　　　　　　**Philip A. Byler, Esq.**