## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| **ALEXANDER HORB,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-GSL |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

### DEFENSE STATEMENT REGARDING JOINT FINAL PRETRIAL ORDER

Defendant The Trustees of Purdue University, by counsel, states:

This Court's Scheduling, Pretrial Conference, and Trial Order (DE 325) states, on the first page: "Counsel for Plaintiff is to prepare and file the proposed joint final pretrial order by **December 9, 2024** . . ." On December 4, 2024, the undersigned Attorney Kealey emailed Plaintiff's counsel, Attorney Byler, citing that instruction and proposing an online mechanism for joint drafting. Attorney Byler has not responded to that email and did not answer a call to his office number, which auto-responded that his voicemailbox is full.

On March 21, 2023, the parties submitted a proposed Joint Final Pretrial Order (DE 239). Having no response from Plaintiff's counsel regarding this Court's December 9, 2024 deadline for a joint final pretrial order, the undersigned attorneys for Purdue University have prepared a draft order in the form attached hereto as

1

**Exhibit A**. Due to the recent lack of engagement by Plaintiff's counsel, **Exhibit A** carries over the substance of Plaintiff's portion of the March 21, 2023 version of the proposed Joint Final Pretrial Order. It is also noted that, on December 3, 2024, Plaintiff Alexander Horb personally made an electronic delivery of trial exhibits to the undersigned, including some exhibits which were not on Plaintiff's exhibit list in the March 21, 2023 version of the proposed Joint Final Pretrial Order at DE 239.

When Plaintiff's counsel re-engages with the undersigned, the defense will promptly collaborate with Plaintiff's counsel to submit a proposed Joint Final Pretrial Order that is complete and mutually agreeable.

Respectfully submitted,

s/ William P. Kealey
William P. Kealey (18973-79)
Trenten D. Klingerman ((23033-53)
James F. Olds (27989-53)
Scotty N. Teal (35713-53)
Stuart & Branigin, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
tdk@stuartlaw.com
jfo@stuartlaw.com
snt@stuartlaw.com
Telephone: 765-423-1561
***Attorneys for Defendants***