IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33- AVB |
| in her official capacity at Purdue University, **KATHERINE** | ) | |
| **SERMERSHEIM**, in her official capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF ALEXANDER HORB'S OBJECTION AND STEATEMENT REGARDING THE "MARCH 23, 2023 PRE-TRIAL ORDER" SUDMITTED BY DEFENDANTS**

Defendants, in DE359, have filed what should be considered a false filing and consequently should be rejected. What is submitted as a March 23, 2023 Joint Pretrial Order was a rushed document and which is not a pretrial order prepared in conformity with this Court's Rules, is objectionable for a number of reasons to be discussed below and thus is not acceptable to Plaintiff.

Accompanying this Statement and Objection is the start of a draft pretrial order prepared in accordance with this Court's Rules, The draft is incomplete because there are a number of issues outstanding due to the Court-ordered delay in the Daubert hearings and in hearings on a series of outstanding motions and due to objections that Plaintiff has to Defendants' exhibits (the objected to exhibits are listed in Defendants' list).

Defendants pretend that December 4, 2024 is the submit date for the Joint Pretrial Order by ignoring the Court-ordered delays, which makes make a mockery of the joint order process.

[1]

Accordingly, the Court Defendants' submission of the "so called March 23, 2023 pretrial order should be rejected, and the Court should order such further and other relief as the Court deems just and proper.

**Dated: December 10, 2024**

        **Respectfully submitted,**
        **LAW OFFICES OF PHILIP A. BYLER**
        **By:** /s/ *Philip A. Byler*
        **Philip A. Byler, Esq.**
        **11 Broadview Drive**
        **Huntington, New York 11743**
        **(631) 848-5175**
        *Attorneys for Plaintiff Alexander Horb*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on December 10, 2024:

William P. Kealey, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
*Attorneys for Defendants*

    BY:    ☐ U.S. Mail    ☐ Federal Express

            ☐ Hand-Delivery   x   <u>Other: ECF</u>

        _____*Philip A. Byler, Esq.*_____
            Philip A. Byler, Esq.