IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PURDUE UNIVERSITY, PURDUE UNIVERSITY ) | |
| BOARD OF TRUSTEES, MITCHELL ELIAS ) | |
| DANIELS, JR., in his official capacity as President of ) | |
| Purdue University, ALYSA CHRISTMAS ROLLOCK, ) | No. 2:17-cv-33-GSL |
| in her official capacity at Purdue University, ) | |
| KATHERINE SERMERSHEIM, in her official ) | |
| capacity at Purdue University, ) | |
| ) | |
| Defendants. ) | |

## JOINT PRE-TRIAL ORDER

The attorneys for the parties to this action appeared before the United States District Judge in Hammond, Indiana, in person, starting at 1:30 p.m. (Central) on January 9, 2025, for a final pretrial conference under Rule 16(e) of the Federal Rules of Civil Procedure.

Plaintiff John Doe is represented by Philip A. Byler of the Law Offices of Philip A. Byler. Defendants are represented by William P. Kealey, James F. Olds and Scotty Teal of the firm of Stuart & Branigin LLP.

      A.    **Jurisdictional Statement.** This Court, the Honorable Gretchen S. Lund, Judge for the United States District Court for the Northern District of Indiana, presiding, has federal court jurisdiction for Plaintiff John Doe's 's due process and

[1]

Title IX claims pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights) because the case arises under the laws of the United States and because the claims brought under 42 U.S.C. § 1983 and under Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 et seq., are civil rights claims;.

B. **Joint Concise Statement of the Case**. Plaintiff John Doe asserts two claims, one for denial of constitutional due process in violation of 42 U.S.C. §1983 and one for sex discrimination in violation of Title IX in connection with the disciplinary suspension of John from what John alleges were false accusations of sexual misconduct (non-consensual sexual touching) by an ex-girlfriend.

C. **Brief Description of Claims To Be Tried**

   1. Purdue Defendants' denial of due process in disciplining Plaintiff for alleged sexual touching
   2. Purdue's sex discrimination in disciplining Plaintiff for alleged sexual touching

D. **Damages and Relief Sought**

   1. Expungement of the disciplinary files
   2. Removal of all conditions to the re-entry of Plaintiff John Doe to Purdue University
   3. Money damages in the amount reflected in the report by Dr, Stan V. Smith
   4. Attorneys' fees
   5. Expert fees

E.  **Stipulations of Fact.** See Court opinion on Plaintiff's to place in the trial record Defendants' admissions in their Answer to Plaintiff's Second Amended Complaint

F.  **Exhibit Lists.**

The following is a list of materials that Plaintiff may offer to be entered into evidence at a trial of this matter:

1. Pl SJM 10: Sermersheim 33, 02/16/2016 Student of Concern Report (PU 32-33)
2. Pl SJM 11: Rollock/Bloom 2 (PU 726-728) Pl SJM 12: Rollock/Bloom 3 (PU 729-730)
3. Pl SJM 13:Semersheim/Rollock 10, Sermersheim Letter (PU 568-572)
4. Pl SJM 16: Sermersheim 11, John Doe Response to Allegations (PU 573 576)
5. Pl SJM 17: Amberger 27, Texts (PU 206-339)
6. Pl SJM 18: Amberger/Oliver 25, Amberger Notes (PU 60-83)
7. Pl SJM 19: Amberger/Oliver 24, Oliver Notes (PU 34-59)
8. Pl SJM 20: Amberger 19, Amberger E-Mail to Bloom (PU 364)
9. Pl SJM 21: Amberger 21, Bloom E-Mail to Amberger (PU 370)
10. Pl SJM 22: Rollock/Sermersheim/Amberger/Oliver 14, Investigation Report with transmittal e-mail (PU 373-391)
11. Pl SJM 23: Sermersheim 34, Sermersheim Memo (PU 655)
12. Pl SJM 24: Sermersheim 35, Sermersheim E-Mail (PU 596)
13. Pl SJM 25: Amberger 29, Sharp E-Mail (PU 392)
14. Pl SJM 26: Bloom 23, Bloom transmittal of June 5, 2016 statement (PU653-654)
15. Pl SJM 27: Sermersheim 4, Sermersheim June 14, 2016 Letter (PU 579 599)
16. Pl SJM 28: Rollock 5, John Doe June 23 Appeal (PU 717-718)
17. Pl SJM 29: Rollock 6, Rollock June 28 Letter (PU 600-601)
18. Pl SJM 30: Semersheim/Rollock 7, Sermersheim June 29, 2016 Letter (PU 603-607)
19. Pl SJM 31: Rollock 8, John Doe July 10, 2021 Appeal (PU 695-698)
20. Pl SJM 32: Rollock 9, Rollock July 21, 2021 Appeal (PU 608-609)
21. Pl SJM 33: Rollock 16, Rollock July 25, 2016 E-Mail (PU 702-73)

22. Pl SJM 36: Hutton G/Remaly E/Willstetter D, August 10, 2020 Performance Review Board document (NSTC 00011-0012)
23. Pl SJM 37: Hutton H, August 2020 ROTC Appointment Termination and Disenrollment Authorization (NSTC 0001-0004)
24. Pl SJM 40: Willstetter C/Remaly D, E-mail by Staff Lieutenant Willstatter (NSTC 0140-0142)
25. Pl SJM 42: Daniels Interrogatory Answers
26. Pl SJM 43: Sheppard 2, Sheppard E-Mail (NSTC 0179) Navy ROD 2015-2016
27. Pl SJM 44: John Doe 2, Authorization (PU 704)
28. Pl SJM 45: Hutton E, Fitness Report (NSTC 0166)
29. Pl Opp DSJ 3: Hutton D (NSTC 0055 – 0060)
30. Pl Opp. DSJ 6: PU 0731-0732 (Ex. K to Defendants' Motion)
31. Pl Opp DSJ 7: NSTC 0154 (Ex. N to Defendants' Motion)
32. Pl Opp DSJ 11: Purdue Data 2015-2016
33. Pl Opp DSJ 15: NSTC 0153 (Ex. WW to Defendants' Motion)
34. Pl Opp DSJ 16: John Doe Dep Ex 21 Pl
35. Opp DSJ 18: April 2011 Dear Colleague Letter
36. Pl Opp DSJ 19: Assistant Secretary Lhamon Testimony
37. Pl Opp DSJ 20: CARE Facebook postings PU 0756-0884
38. Pl Opp DSJ 21: Plaintiff's Answers to Defendants' Third Set of Interrogatories
39. Pl Opp DSJ 23: Rape and Sexual Assault Victimization among College Age Females, 1995-2013 (Special Report), U.S. Department of Justice, December 2014, http://www.bjs.gov.content/pub/pdf/ravcaf9513.pdf).
40. Pl Opp DSJ 26: Hutton Dep Ex I (N 0005-0006)
41. Pl Opp DSJ 27: Defendants' Responses To Plaintiff's Requests for Admission No. 2
42. Rollock Deposition
43. Bloom Deposition
44. Sermersheim Deposition
45. Amberger Deposition
46. Oliver Deposition
47. Noel Perry Deposition
48. Noel Perry Deposition Exhibit 28
49. Noel Perry Deposition Exhibit 33
50. Captain Rodney Hutton Deposition
51. Executive Officer Craig Remaly Deposition

[4]

52. Lieutenant Taylor Deposition
53. Lieutenant Kyle Willstatter Deposition
54. Lieutenant Adam Sheppard Deposition
55. Megan Redlawsk/Chester Deposition
56. Anna Early Deposition
57. Plaintiff John Doe Mother Deposition
58. Plaintiff John Doe Father Deposition
59. Trent Klingerman Deposition
60. Second Amended Complaint (ECF 160)
61. Defendants' Answer to Second Amended Complaint (ECF 161)
62. Summary: Facts Based on Defendants' Admissions in Answer to Second Amended Complaint
63. Commissioned Officer Monthly Pay Tables 2019
64. Commissioned Officer Monthly Pay Tables 2020
65. Commissioned Officer Monthly Pay Tables 2021
66. Commissioned Officer Monthly Pay Tables 2022
67. Commissioned Officer Monthly Pay Tables 2023

G. Witness Lists.

Plaintiff's Witnesses. The following is a list of individuals that Plaintiff may offer to provide testimony at a trial of this matter:

1. Plaintiff John Doe

2. Dr. R. Chris Barden

3. Dr. Stan V. Smith

4. Noel Perry

5. Alyssa C. Rollock

6. Katherine L. Sermersheim

7. Ms. Erin Oliver

8. Mr. Jacob Amberger

9. Monica Soto Bloom

10, Elvin Uthupan

11. Captain Rodney Hutton

12. Executive Officer Craig Remaly

13. Lieutenant Taylor

14. Lieutenant Kyle Wilstatter

15. Lieutenant Adam Sheppard

16. Plaintiff John Doe's father

17. Plaintiff John Doe's mother

**APPROVED:**

**By:** *Philip A. Byler, Esq.*
**Philip A. Byler, Esq.**
**LAW OFFICES OF PHILIP A. BYLER**
**11 Broadview Drive**
**Huntington, New York 11743**
**(631) 848-9515**
pbyler1976@gmail.com
*Attorneys for Plaintiff John Doe*

_____
United States District Judge Gretchen S. Lund