IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **ALEXANDER HORB,** | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) |
| **DANIELS, JR.,** in his official capacity as President of | ) |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) No. 2:17-cv-33-GSL |
| in her official capacity at Purdue University, | ) |
| **KATHERINE SERMERSHEIM**, in her official capacity | ) |
| at Purdue University, | ) |
| | ) |
| Defendants. | ) |

## DEFENSE SECOND STATEMENT REGARDING JOINT FINAL PRETRIAL ORDER

Defendant The Trustees of Purdue University, by counsel, states: This Statement relates to the Court's December 19, 2024 Order (DE 366) and matters detailed in Purdue University's December 19, 2024 filing (DE 365) and December 9, 2024 filing (DE 358). Filed herewith are emails dated December 4, 2024, December 19, 2024, and December 23, 2024 showing efforts of the undersigned to collaborate with Plaintiff's counsel on submission of a Proposed Joint Final Pretrial Order.

    Respectfully submitted,

    s/ William P. Kealey
    William P. Kealey (18973-79)
    Trenten D. Klingerman ((23033-53)
    James F. Olds (27989-53)
    Scotty N. Teal (35713-53)
    Stuart & Branigin, LLP
    300 Main St., Ste. 900
    P.O. Box 1010
    Lafayette, IN 47902-1010

          Email: wpk@stuartlaw.com
          tdk@stuartlaw.com
          jfo@stuartlaw.com
          snt@stuartlaw.com
          Telephone: 765-423-1561
          ***Attorneys for Defendants***