**Kealey, William P.**

| | |
|---|---|
| **From:** | Kealey, William P. |
| **Sent:** | Monday, December 23, 2024 10:17 AM |
| **To:** | Phil Byler |
| **Cc:** | Klingerman, Trenten D.; Teal, Scotty N. |
| **Subject:** | RE: FW: Activity in Case 2:17-cv-00033-GSL Horb v. Purdue University et al Order |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Phil Byler | |
| | Klingerman, Trenten D. | Delivered: 12/23/2024 10:17 AM |
| | Teal, Scotty N. | Delivered: 12/23/2024 10:17 AM |

Phil,

We are nearing the court's deadline today for you to submit the proposed Joint Final PTO and I don't have a draft from you to review. Please advise.

Bill

William P. Kealey
Stuart & Branigin LLP
(765) 428-7077

**From:** Phil Byler <pbyler1976@gmail.com>
**Sent:** Thursday, December 19, 2024 8:32 PM
**To:** Kealey, William P. <WPK@stuartlaw.com>
**Subject:** Re: FW: Activity in Case 2:17-cv-00033-GSL Horb v. Purdue University et al Order

NOT OK.

On Thu, Dec 19, 2024 at 5:04 PM Kealey, William P. <WPK@stuartlaw.com> wrote:

> Phil, In connection with the order below to work with Defendants and submit the Proposed Joint Final Pretrial Order by Monday, December 23, 2024, attached is the Word version of the draft that I appended to my 12-9-24 filing (DE 358). The only change from the 12-9-24 version is that I removed the DRAFT watermark. I propose to put this Word doc into an online Sharepoint location that we can jointly edit, okay with you? Bill
>
>
> William P. Kealey
>
> Stuart & Branigin LLP
>
> (765) 428-7077

**From:** CMECFinnd@innd.uscourts.gov <CMECFinnd@innd.uscourts.gov>
**Sent:** Thursday, December 19, 2024 4:33 PM
**To:** CMECFinnd@innd.uscourts.gov
**Subject:** Activity in Case 2:17-cv-00033-GSL Horb v. Purdue University et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court Northern District of Indiana [LIVE]

USDC Northern Indiana

## Notice of Electronic Filing

The following transaction was entered on 12/19/2024 at 4:32 PM EST and filed on 12/19/2024

| | |
|---|---|
| **Case Name:** | Horb v. Purdue University et al |
| **Case Number:** | 2:17-cv-00033-GSL |
| **Filer:** | |
| **Document Number:** | 366(No document attached) |

**Docket Text:**
**ORDER: Plaintiff has failed to follow this Courts Scheduling, Pretrial, and Trial Order, at (DE [325]). Plaintiff has not fully adhered to the deadlines for A1, A2, or A3, found on Page 2 of the Scheduling, Pretrial, and Trial Order, DE [325]. Plaintiff is ORDERED to file the required pretrial materials found in A1, A2, and A3, by Monday, December 23, 2024, at 12:00PM Central Standard Time. Plaintiff is further ORDERED to SHOW CAUSE by filing, as a separate docket entry apart from the required pretrial materials, a document explaining his inability to adhere to the following deadlines. November 28, 2024: deadline to exchange all exhibits with opposing counsel. December 5, 2024: deadline to submit plaintiffs trial brief; proposed jury instructions, verdict form, and voir dire questions; and any objections to another partys expert witness. December 12, 2024: deadline to submit responses to objections to expert testimony; any objections to proposed jury instructions, verdict forms, and voir dire questions; any objections to documents or exhibits, along with a copy of the contested document or exhibit; and any objections to portions of depositions, along with a copy of the deposition transcript. Additionally, the Court ORDERS Plaintiff to work with Defendants and submit the Proposed Joint Final Pretrial Order by Monday, December 23, 2024, at 12:00PM Central Standard Time. Plaintiff is ORDERED to review the Courts Scheduling, Pretrial, and Trial Order, at DE [325], for further explanation and instruction regarding these requirements. Text entry by Judge Gretchen S Lund on 12/19/2024. (jss)**

**2:17-cv-00033-GSL Notice has been electronically mailed to:**

William P Kealey (Terminated)    wpk@stuartlaw.com, map@stuartlaw.com, psg@stuartlaw.com

Trenten D Klingerman    tdk@stuartlaw.com, gle@stuartlaw.com, psg@stuartlaw.com

James F Olds (Terminated)    jfo@stuartlaw.com, jla@stuartlaw.com, pas@stuartlaw.com

Philip A Byler (Terminated)    pbyler1976@gmail.com

Scotty N Teal    snt@stuartlaw.com, jla@stuartlaw.com

**2:17-cv-00033-GSL Notice has been delivered by U.S. Mail or other means to:**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--
*Philip A. Byler Esq.*
*Law Offices of Philip A. Byler*