IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **ALEXANDER HORB,** | ) | |
| | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PURDUE UNIVERSITY, PURDUE UNIVERSITY** | ) | |
| **BOARD OF TRUSTEES, MITCHELL ELIAS** | ) | |
| **DANIELS, JR.**, in his official capacity as President of | ) | |
| Purdue University, **ALYSA CHRISTMAS ROLLOCK**, | ) | No. 2:17-cv-33-JPK |
| in her official capacity at Purdue University, | ) | |
| **KATHERINE SERMERSHEIM**, in her official | ) | |
| capacity at Purdue University, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR CONTINUANCE

### Introduction

1. Upon the accompanying affidavit of Alexander Horb, Plaintiff and his counsel respectfully moves this Court for a further continuance of 60 days to allow necessary additional time for the retention of second-chair counsel to assist in the litigation of this case through to trial. A brief continuance is necessary to allow Plaintiff to secure adequate legal representation. This request is made in good faith and not for the purpose of delay. Granting this Motion will not unduly prejudice the opposing party but will serve the interests of justice.

## Conclusion

2. **WHEREFORE,** Plaintiff Alexander Horb respectfully requests that this Honorable Court grant this Motion for Continuance and reschedule the relevant proceedings accordingly.

**Dated: February 5, 2025**

        **Respectfully submitted,**
        **LAW OFFICES OF PHILIP A. BYLER**
        **By:** /s/ *Philip A. Byler* _____
        **Philip A. Byler, Esq.**
        **11 Broadview Drive**
        **Huntington, New York 11743**
        **(631) 848-5175**
        pbyler1976@gmail.com
        *Attorneys for Plaintiff Alexander Horb*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on February 5, 2025:

William P. Kealey, Esq.
James Olds, Esq.
Scotty Teal, Esq.
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com

*Attorneys for Defendants*

**BY: ECF**

                                                    ____*Philip A. Byler, Esq.*____
                                                    **Philip A. Byler, Esq.**