UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ALEXANDER HORB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:17-CV-33-JVB-APR |
| | ) |
| PURDUE UNIVERSITY, *et al.,* | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order dated February 5, 2025 (ECF No. 377), undersigned counsel writes to notify the Court that Binnall Law Group has been retained to represent Plaintiff Alexander Horb in this case through trial as lead counsel. The undersigned was, however, just retained earlier today and is still in the process of onboarding and obtaining the client file. Undersigned counsel will prepare for trial as diligently as possible and would welcome a status conference with the Court to discuss scheduling, logistics for trial, and any other pending issues in this case.

Respectfully submitted,

*/s/ Benjamin North*
Benjamin North
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: ben@binnall.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a true and correct copy of the foregoing was serviced by the Court's Electronic Filing System on all counsel of record.

/s/ Benjamin North
Benjamin North

*Attorney for Plaintiff*
