# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **ALEXANDER HORB,** | ) |
|  | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| **PURDUE UNIVERSITY, PURDUE** | ) |
| **UNIVERSITY BOARD OF TRUSTEES,** | ) |
| **MITCHELL ELIAS DANIELS, JR.,** in his official | ) |
| capacity as President of Purdue University, | ) No. 2:17-cv-33-GSL |
| **ALYSA CHRISTMAS ROLLOCK**, in her official | ) |
| capacity at Purdue University, **KATHERINE** | ) |
| **SERMERSHEIM**, in her official capacity at | ) |
| Purdue University, | ) |
|  | ) |
| Defendants. | |

## JOINT STIPULATION REGARDING PRE-TRIAL MATTERS

Come now the parties, by their undersigned counsel, and hereby agree and stipulate as follows:

1. On May 13, 2025, the Court and Parties convened for a status conference for purposes of setting a new trial date and final pre-trial conference as well as to assess the status of several pending pre-trial issues. (DE 381)

2. The Court noted the illness and death of prior counsel for the Plaintiff and further noted the Court's concern that Plaintiff have a full and fair opportunity to participate in pre-trial submissions to help the Court and the Parties prepare for issues likely to arise at trial. The Court directed the parties to confer on these matters and, to the greatest extent possible, stipulate to the status and schedule for

briefing and hearing pending pre-trial matters. The Final Pre-Trial Conference is set for October 8, 2025. (DE 381)

3. The Parties have conferred and offer the Court the following Stipulations, subject to the Court's approval.

4. *Defendant's Motion to Compel Supplemental Discovery and Plaintiff's Deposition* (DE 370, 374, 376). The parties have agreed that Plaintiff will (i) produce to Defendants a supplemental disclosure of damages and supporting documents under Federal Rules of Civil Procedure 26(a)(1)(A)(iii) and 26(e)(1)(A) (including all healthcare records not previously produced and his tax returns and all W-2 and 1099 income records for the years 2021-2024), and any documents provided to Dr. Stan Smith and (ii) appear for a supplemental deposition limited to discovery of plaintiff's attempts to further his education, pursue a career in the armed services, or pursue any job, profession, or career; his earning history since his previous deposition in this case; and his mental healthcare history since his previous deposition in this case; and all information provided to and interactions with Dr. Stan Smith. The parties will cooperate on a reasonable timeline for production of documents and supplemental deposition at least 90 days prior to trial. This paragraph resolves Defendant's Motion to Compel in full, and therefore the Motion is withdrawn.

5. *Plaintiff's Motion to Reinstate his Due Process Claim* (DE 345, 346, 347). The parties agree this motion is fully briefed and will be prepared to argue the motion at the June 18, 2025 hearing.

6.     *Defendant's Motion to Exclude Expert Testimony* (DE 240, 245, 330, 341, 343). The parties agree this motion is fully briefed and will be prepared to argue the motion at the June 18, 2025 *Daubert* hearing. It is anticipated that Plaintiff's expert Dr. Stan Smith will be present at the hearing for examination and cross-examination.

7.     *Joint Final Pretrial Order.* Plaintiff's counsel shall prepare and file the proposed joint pretrial order by September 8, 2025. Defense counsel shall provide Plaintiff's counsel with their portions of the Joint Final Pretrial Order not later than September 3, 2025. The proposed joint final pretrial order shall contain:

   a.     a jurisdictional statement;

   b.     a joint concise statement describing the case in an impartial and easily understood manner which will be read to the jury panel during voir dire;

   c.     a brief description of the claims (and defenses) to be tried and the law pertaining to each element of the issues;

   d.     a list of the damages sought (as disclosed to Defendants under Section 4, above), the legal basis (which allows for the recovery of the damages sought), and a statement identifying which damages are to be submitted to the jury for determination;

   e.     stipulations of fact; and

   f.     exhibit and witness lists.

The parties agree that, other than documents timely disclosed in June 2025 in conjunction with Section 4 above, no witness nor exhibit that was not exchanged by

3

the parties in November 2024 and no damage claim not disclosed under Section 4 above will be included in the final pre-trial order.

    8.    *Exhibits*. The parties stipulate that, with the exception of the limited supplemental deposition of the Plaintiff described in Section 4 above, all depositions have been completed. The parties will exchange exhibits on or before September 8, 2025.

    9.    *Trial Briefs*. Plaintiff's trial brief is due September 12, 2025. Defendant's trial brief is due September 19, 2025. Any supplementary trial brief is due September 26, 2025.

    10.    *Motions in Limine*. Defendant's Motion in Limine (DE 331, 342, 344) is fully briefed and pending. The parties agree that Plaintiff may file any Motion in Limine on or before September 12, 2025. Defendant may respond to Plaintiff's Motion in Limine on or before September 19, 2025. Plaintiff may reply to Defendant's response to Plaintiff's Motion in Limine on or before September 26, 2025.

    11.    *Jury Instructions, Verdict Forms, and Voir Dire Questions*. Defendant's Proposed Jury Instructions, Verdict Form and Voir Dire Questions are filed (DE 354, 355, 356). Plaintiff may file proposed jury instructions, verdict form and voir dire questions on or before September 12, 2025. The parties may file objections to proposed jury instructions, verdict forms and voir dire questions on or before September 19, 2025.

12.  *Objections to Exhibits and Deposition Testimony.* The parties shall file their objections to any document, exhibit, or portion of depositions, along with a copy of the contested document, exhibit, and relevant excerpt of the deposition transcript on or before September 19, 2025. The parties shall file any response to the other party's objections to an exhibit or deposition testimony on or before September 26. 2025.

WHEREFORE, the parties request the Court enter a scheduling order consistent with the above stipulations.

Respectfully submitted,

/s/Benjamin North  (w/permission)
Benjamin North
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: ben@binnall.com
*Attorney for Plaintiff*

/s/William P. Kealey
William P. Kealey (18973-79)
Trenten D. Klingerman (23033-53)
Scotty N. Teal (35713-53)
Stuart & Branigin LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
*Email:* wpk@stuartlaw.com
tdk@stuartlaw.com
snt@stuartlaw.com
Telephone: 765-423-1561
*Attorneys for Defendants*