## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| **ALEXANDER HORB,** | ) |
| Plaintiff, | ) **CIVIL ACTION** |
| v. | ) |
| | ) |
| **PURDUE UNIVERSITY, PURDUE** | ) |
| **UNIVERSITY BOARD OF TRUSTEES,** | ) |
| **MITCHELL ELIAS DANIELS, JR.,** in his official | ) |
| capacity as President of Purdue University, | ) No. 2:17-cv-33-GSL |
| **ALYSA CHRISTMAS ROLLOCK**, in her official | ) |
| capacity at Purdue University, **KATHERINE** | ) |
| **SERMERSHEIM**, in her official capacity at | ) |
| Purdue University, | ) |
| | ) |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and all Defendants, having voluntarily resolved all claims in this action, jointly stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) to the dismissal of all claims in this action with prejudice, each side to bear its own fees and costs.

Respectfully submitted,

 /s/ Benjamin North
Benjamin North
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: ben@binnall.com
*Attorney for Plaintiff*

 /s/ William P. Kealey (w/permission)
William P. Kealey (18973-79)
Trenten D. Klingerman (23033-53)
Scotty N. Teal (35713-53)
Stuart & Branigin LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902-1010
*Email:* wpk@stuartlaw.com
tdk@stuartlaw.com
snt@stuartlaw.com
Telephone: 765-423-1561
*Attorneys for Defendants*